UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DINOSAUR FINANCIAL GROUP LLC and SWISS LIFE INVESTMENT MANAGEMENT HOLDING AG, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>        v.<br><br>CUSIP GLOBAL SERVICES, S&P GLOBAL, INC. AMERICAN BANKERS ASSOCIATION, and FACTSET RESEARCH SYSTEMS INC.<br><br>        Defendants. | Case No. 1:22-cv-1860-KPF<br><br>ORDER FOR ADMISSION PRO HAC VICE |

The motion of David Nimmer, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of California; and that his contact information is as follows:

| | |
|---|---|
| Applicant's Name: | David Nimmer |
| Firm Name: | Irell & Manella LLP |
| Address: | 1800 Avenue of the Stars, Suite 900 |
| City / State / Zip | Los Angeles, CA 90067 |
| Telephone / Fax | (310) 203-1010 / (310) 203-7199 |

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Plaintiffs, Dinosaur Financial Group LLC and Swiss Life Management Investment Holding AG on behalf of themselves and all others similarly situated, in the above titled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____ _____

The Honorable Katherine Polk Failla,<br>United States District Judge