UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
DINOSAUR FINANCIAL GROUP LLC and
SWISS LIFE INVESTMENT
MANAGEMENT HOLDING AG, on behalf
of themselves and all others similarly situated,

                Plaintiffs,

   -against-

CUSIP GLOBAL SERVICES, S&P
GLOBAL, INC., AMERICAN BANKERS
ASSOCIATION, and FACTSET RESEARCH
SYSTEMS, INC.,

                Defendants.
------------------------------------------------------------x

No. 22 Civ. 1860

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant S&P Global Inc., through its undersigned counsel, certifies that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
      April 20, 2022

GIBSON, DUNN & CRUTCHER LLP

By: */s/ Eric J. Stock*
    Eric J. Stock

GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue, 47th Floor
New York, NY 10166-0193
Tel: (212) 351-2301
Fax: (212) 716-0801
estock@gibsondunn.com

*Counsel for S&P Global Inc.*