# EXHIBIT 1

## to Defendants' Pre-Motion Letter

*Dinosaur Financial Group LLC et al. v. S&P Global, Inc. et al.*, Case Nos. 22 Civ. 1860-KPF, 22 Civ. 1929-KPF



American National Standard
for Financial Services

# ANSI X9.6-2014

# Committee on Uniform Security Identification Procedures Securities Identification CUSIP



Accredited Standards Committee X9, Incorporated
Financial Industry Standards

**Date Approved: December 23, 2014**

American National Standards Institute

American National Standards, Technical Reports and Guides developed through the Accredited Standards Committee X9, Inc., are copyrighted.  Copying these documents for personal or commercial use outside X9 membership agreements is prohibited without express written permission of the Accredited Standards Committee X9, Inc.  For additional information please contact ASC X9, Inc., 275 West Street, Suite 107, Annapolis, Maryland 21401.

# Introduction

This American National Standard for securities and investment media identification recognizes the need for a common alphanumeric designation for issues of securities and other investment media. The approach outlined herein is intended to permit the greatest degree of flexibility within the financial community in facilitating interchange of securities, other investments and related communications.

NOTE   The user's attention is called to the possibility that compliance with this standard may require use of an invention covered by patent rights.

By publication of this standard, no position is taken with respect to the validity of this claim or of any patent rights in connection therewith. The patent holder has, however, filed a statement of willingness to grant a license under these rights on reasonable and nondiscriminatory terms and conditions to applicants desiring to obtain such a license. Details may be obtained from the standards developer.

Suggestions for the improvement or revision of this Standard are welcome. They should be sent to the X9 Committee Secretariat, Accredited Standards Committee X9, Inc., Financial Industry Standards, 275 West Street Suite 107, Annapolis, MD 21401 USA.

This Standard was processed and approved for submittal to ANSI by the Accredited Standards Committee on Financial Services, X9. Committee approval of the Standard does not necessarily imply that all the committee members voted for its approval.

The X9 committee had the following members:

Roy C. DeCicco, X9 Chairman
Claudia Swendseid, X9 Vice Chairman
Steve Stevens, X9 Executive Director
Janet Busch, Program Manager

| *Organization Represented* | *Representative* |
|---|---|
| ACI Worldwide | Doug Grote |
| American Bankers Association | Diane Poole |
| Bank of America | Daniel Welch |
| Bank of New York Mellon | David Goldberg |
| Blackhawk Network | John Silveria |
| Certicom Corporation | Daniel Brown |
| Citigroup, Inc. | Karla McKenna |
| CLS Bank | Ram Komarraju |
| Conexxus, Inc. | Alan Thiemann |
| CUSIP Service Bureau | Gerard Faulkner |
| Deluxe Corporation | Angela Hendershott |
| Diebold, Inc. | Bruce Chapa |
| Discover Financial Services | Michelle Zhang |
| Federal Reserve Bank | Mary Hughes |
| First Data Corporation | Rick Van Luvender |
| FIS | Stephen Gibson-Saxty |
| Fiserv | Dan Otten |