December 5, 2022

**By ECF**
The Honorable Katherine Polk Failla
United States District Court
for the Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square, Room 618
New York, New York 10007

Re: *Dinosaur Financial Grp. LLC et al. v. S&P Global, Inc. et al.*, 22 Civ. 1860 (KPF); *Hildene Capital Management, LLC v. American Bankers Association et al.*, 22 Civ. 1929 (KPF)

**Subject: Joint Proposed Schedule for Amended Complaint and Motion to Dismiss**

Dear Judge Failla:

In accordance with the Court's directions at the November 17, 2022 court conference, the parties have met and conferred and agreed upon a schedule for plaintiffs to file an amended complaint and for defendants' joint motion to dismiss, as well as suggested page limits for the briefing on the motion to dismiss. Subject to the Court's approval, the parties have agreed to the following schedule:

- Plaintiffs file amended complaint by **December 21, 2022**

- Defendants file joint motion to dismiss not to exceed 35 pages by **February 14, 2023**

- Plaintiffs file opposition to joint motion to dismiss not to exceed 35 pages by **April 3, 2023**

- Defendants file reply in support of joint motion to dismiss not to exceed 17 pages by **April 27, 2023**.

Respectfully Submitted,

WOLLMUTH MAHER & DEUTSCH LLP

By: */s/ Ronald J. Aranoff*
    David H. Wollmuth
    R. Scott Thompson
    Ronald J. Aranoff
    Ryan A. Kane
    500 Fifth Avenue, 12th Floor
    New York, New York 10110
    Telephone: (212) 382-3300
    dwollmuth@wmd-law.com
    sthompson@wmd-law.com
    raranoff@wmd-law.com
    rkane@wmd-law.com

GIBSON, DUNN & CRUTCHER LLP

By: */s/ Eric J. Stock*
    Eric J. Stock
    Alexander H. Southwell
    200 Park Avenue, 47th Floor
    New York, New York 10166
    Telephone: (212) 351-2301
    estock@gibsondunn.com
    asouthwell@gibsondunn.com

*Counsel for Defendant S&P Global*

| | |
|---|---|
| COMPETITION LAW PARTNERS PLLC | JONES DAY LLP |
| By: */s/ Leiv Blad* <br> Leiv Blad <br> Jeffrey Blumenfeld <br> Meg Slachetka <br> 1101 Pennsylvania Avenue, NW <br> Washington, DC 20004 <br> Telephone: (202) 742-4300 <br> leiv@competitionlawpartners.com <br> jeff@competitionlawpartners.com <br> meg@competitionlawpartners.com | By: */s/ David C. Kiernan* <br> David C. Kiernan <br> 555 California Street, 26th Floor <br> San Francisco, California 94104 <br> Telephone: (415) 875-5745 <br> dkiernan@jonesday.com <br><br> Michelle Fischer (Pro Hac Vice) <br> 901 Lakeside Avenue <br> Cleveland, Ohio 44114 <br> Telephone: (216) 586-7096 <br> mfischer@jonesday.com |
| KAPLAN FOX & KILSHEIMER LLP | Alexander V. Maugeri <br> 250 Vesey Street <br> New York, New York 10281 <br> Telephone: (212) 326-3939 <br> amaugeri@jonesday.com |
| By: */s/ Robert N. Kaplan* <br> Robert N. Kaplan <br> Gregory K. Arenson <br> Elana Katcher <br> 850 Third Avenue, 14th Floor <br> New York, NY 10022 <br> Telephone: (212) 687-1980 <br> rkaplan@kaplanfox.com <br> garenson@kaplanfox.com <br> ekatcher@kaplanfox.com | *Counsel for Defendant American Bankers Association* |
| | CONSTANTINE CANNON LLP |
| *Interim Class Counsel for Plaintiffs* | By: */s/ Jeffrey I. Shinder* <br> Jeffrey I. Shinder <br> Ethan E. Litwin <br> 335 Madison Avenue 9th Floor <br> New York, New York 10017 <br> Telephone: (212) 350-2700 <br> jshinder@constantinecannon.com <br> elitwin@constantinecannon.com <br><br> W. Stephen Cannon <br> Seth D. Greenstein <br> 1001 Pennsylvania Avenue NW, 1300N <br> Washington, D.C. 20004 <br> Telephone: (202) 204-3500 <br> scannon@constantinecannon.com <br> sgreenstein@constantinecannon.com <br><br> *Counsel for Defendant FactSet Research Systems Inc.* |