UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X
DINOSAUR FINANCIAL GROUP LLC and : 
SWISS LIFE INVESTMENT :
MANAGEMENT HOLDING AG, on behalf :
of themselves and all others similarly :
situated, :
:
             Plaintiffs, :
:
    -against- :
:
CUSIP GLOBAL SERVICES, S&P :
GLOBAL, INC., AMERICAN BANKERS :
ASSOCIATION, and FACTSET :
RESEARCH SYSTEMS INC., :
:
             Defendants. :
: X
-------------------------------------------------------

Case No. 1:22-cv-1860-KPF [Rel. 22-cv-1929

**MOTION FOR ADMISSION *PRO HAC VICE***

    Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Craig E. Stewart, hereby move this Court for an Order for admission to practice *pro hac vice* to appear as counsel for the American Bankers Association in the above-captioned action.

    I am in good standing of the bar of the State of California, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: February 27, 2023

Respectfully submitted,

JONES DAY

By: */s/ Craig E. Stewart*
    Craig E. Stewart
    JONES DAY
    555 California Street, 26th Floor
    San Francisco, CA  94104
    Telephone:  +1.415.875.5714
    Facsimile:  +1.415.875.5700
    cestewart@jonesday.com

Attorneys for Defendant
AMERICAN BANKERS ASSOCIATION