UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
DINOSAUR FINANCIAL GROUP LLC and : 
SWISS LIFE INVESTMENT : Case No. 1:22-cv-1860-KPF [Rel. 22-cv-
MANAGEMENT HOLDING AG, on behalf : 1929]
of themselves and all others similarly :
situated, : **AFFIDAVIT OF CRAIG E. STEWART**
: **IN SUPPORT OF MOTION FOR**
Plaintiffs, : **ADMISSION *PRO HAC VICE***
:
-against- :
:
CUSIP GLOBAL SERVICES, S&P :
GLOBAL, INC., AMERICAN BANKERS :
ASSOCIATION, and FACTSET :
RESEARCH SYSTEMS INC., :
:
Defendants. :
X
------------------------------------------------------------

I, Craig E. Stewart, declare under penalty of perjury that the following is true and correct:

1. I am a partner at the law firm of Jones Day, attorneys for Defendant the American Bankers Association. I submit this affidavit in support of my Motion for Admission *Pro Hac Vice* before this Court.

2. I am a member in good standing of the bar of the State of California. I have attached a recent Certificate of Good Standing from the Supreme Court of California.

3. I have never been convicted of a felony.

4. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

5. There are no disciplinary proceedings presently against me in any state or federal Court.

-2-

I state under penalty of perjury of the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Dated: February 27, 2023

JONES DAY

By: /s/ Craig E. Stewart
Craig E. Stewart
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone: +1.415.875.5714
Facsimile: +1.415.875.5700
cestewart@jonesday.com

Attorneys for Defendant
AMERICAN BANKERS ASSOCIATION

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA
COUNTY OF SAN FRANCISCO

Subscribed and sworn to (or affirmed) before me on this **27th day of February, 2023**, by **Craig E. Stewart**, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature: _____ (Seal)

CAROLINE PATRICIA CAVALLERO
Notary Public – California
San Francisco County
Commission # 2422188
My Comm. Expires Oct 20, 2026