

# Supreme Court of California

JORGE E. NAVARRETE
Clerk and Executive Officer of the Supreme Court

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### CRAIG ELLSWORTH STEWART

I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that CRAIG ELLSWORTH STEWART, #129530, was on the 23rd day of September, 1987 duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.

Witness my hand and the seal of the court
on the 21st day February, 2023.

JORGE E. NAVARRETE
Clerk/Executive Officer of the Supreme Court

By: _____
Robert R. Toy, Senior Deputy Clerk