UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------- X
DINOSAUR FINANCIAL GROUP LLC and
SWISS LIFE INVESTMENT
MANAGEMENT HOLDING AG, on behalf
of themselves and all others similarly
situated,

              Plaintiffs,

    -against-

CUSIP GLOBAL SERVICES, S&P
GLOBAL, INC., AMERICAN BANKERS
ASSOCIATION, and FACTSET
RESEARCH SYSTEMS INC.,

              Defendants.
--------------------------------------------------------- X

Case No. 1:22-cv-1860-KPF [Rel. 22-cv-1929]

**ORDER FOR ADMISSION *PRO HAC VICE***

The motion of Craig E. Stewart, for admission to practice *pro hac vice* in the above captioned action is granted. Applicant has declared that he is a member in good standing of the bar of the State of California; and that his contact information is as follows:

    Craig E. Stewart
    JONES DAY
    555 California Street, 26th Floor
    San Francisco, CA  94104
    Telephone:  +1.415.875.5714
    Facsimile:  +1.415.875.5700
    cestewart@jonesday.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for the American Bankers Association in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

-2-

Dated: February \_\_\_, 2023                              By: _____
                                                                                             Hon. Katherine Polk Failla