February 28, 2023

**By ECF**
The Honorable Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, New York 10007

Re: *Dinosaur Financial Group LLC et al. v. S&P Global Inc. et al.*, 22 Civ. 1860 (KPF) ("*Dinosaur*"); *Hildene Capital Management, LLC v. American Bankers Association et al.*, 22 Civ. 1929 (KPF) ("*Hildene*")

Dear Judge Failla:

We represent the Plaintiffs in the above referenced actions and write with the consent of all parties. On June 29, 2022, the Court consolidated the *Dinosaur* and *Hildene* actions (*Dinosaur* ECF 61). Notwithstanding consolidation, and in an abundance of caution, the parties have thus far been filing all papers (*e.g.*, the Second Amended Complaint and the recently filed Motion to Dismiss the Second Amended Complaint) on both the *Dinosaur* and *Hildene* dockets. For purposes of efficiency for both the Court and the parties, the parties jointly request that they be permitted to make all future filings only on the *Dinosaur* docket so that identical papers need not be filed twice.

Respectfully submitted,

/s/ *Ronald J. Aranoff*
David H. Wollmuth
R. Scott Thompson
Ronald J. Aranoff
Ryan A. Kane
WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue, 12th Floor
New York, New York 10110
Telephone: (212) 382-3300
Email: dwollmuth@wmd-law.com
sthompson@wmd-law.com
raranoff@wmd-law.com
rkane@wmd-law.com

/s/ *Leiv Blad*
Leiv Blad
Jeffrey Blumenfeld
Meg Slachetka
COMPETITION LAW PARTNERS PLLC
1101 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 742-4300
Email: leiv@competitionlawpartners.com
jeff@competitionlawpartners.com
meg@competitionlawpartners.com

/s/ *Robert N. Kaplan*
Robert N. Kaplan
Gregory K. Arenson
Elana Katcher
KAPLAN FOX & KILSHEIMER LLP
850 Third Ave., 14th Floor

New York, NY 10022
Telephone: (212) 687-1980
Email: rkaplan@kaplanfox.com
garenson@kaplanfox.com
ekatcher@kaplanfox.com