**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------X

DINOSAUR FINANCIAL GROUP LLC,
HILDENE CAPITAL MANAGEMENT,
LLC and SWISS LIFE INVESTMENT
MANAGEMENT HOLDING AG, on behalf
of themselves and all others similarly
situated,

          Plaintiffs,

-against-

S&P GLOBAL, INC., AMERICAN
BANKERS ASSOCIATION, and FACTSET
RESEARCH SYSTEMS INC.,

          Defendants.

-------------------------------------------------------------X

Case Nos.   1:22-cv-1860-KPF,
                 1:22-cv-1929-KPF

**MOTION FOR ADMISSION**
***PRO HAC VICE***

PLEASE TAKE NOTICE that upon the annexed affidavit of Movant in support of this motion and the Certificates of Good Standing annexed thereto, and pursuant to Rule 1.3 of the Local Rules of the United States District Court for the Southern District of New York, I, James J. Kovacs, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Defendant FactSet Research Systems, Inc. in the above-captioned action.

I am in good standing of the bars of the District of Columbia and the state of Missouri, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: May 10, 2023

Respectfully submitted,

*/s/ James J. Kovacs*

James J. Kovacs
Constantine Cannon LLP
1001 Pennsylvania Ave. NW, Suite 1300N
Washington, D.C. 20004
(202) 204-3518
jkovacs@constantinecannon.com