**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
DINOSAUR FINANCIAL GROUP LLC,      :
HILDENE CAPITAL MANAGEMENT,     :
LLC and SWISS LIFE INVESTMENT      :
MANAGEMENT HOLDING AG, on behalf :    Case Nos.   1:22-cv-1860-KPF,
of themselves and all others similarly    :                 1:22-cv-1929-KPF
situated,                               :
                                  :    **ORDER FOR ADMISSION**
            Plaintiffs,        :    *PRO HAC VICE*
                                  :
          -against-         :
                                  :
S&P GLOBAL, INC., AMERICAN        :
BANKERS ASSOCIATION, and FACTSET :
RESEARCH SYSTEMS INC.,         :

                                  :
            Defendants.      :
                                  :
------------------------------------------------------------X

### MEMO ENDORSED

      The motion of James J. Kovacs for admission to practice *pro hac vice* in the above-captioned action is granted.

      Applicant has declared that he is a member in good standing of the bars of the District of Columbia and the state of Missouri; and that his contact information is as follows:

Applicant:      James J. Kovacs

Firm Name:    Constantine Cannon LLP

Address:       1001 Pennsylvania Avenue N.W., Suite 1300 N

City/State/Zip:  Washington, D.C. 20004

Telephone/Fax:  (202) 204-3500/(202) 204-3501

      Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Defendant FactSet Research Systems, Inc. in the above entitled action;

      IT IS HEREBY ORDERED that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

```
The Clerk of Court is directed to terminate the pending motion at docket
entry 105, to also file this Order in docket number 22 Civ. 1929, and to
terminate the pending motion at docket entry 85 in 22 CIv. 1929.
```

Dated:  May 15, 2023
_____


_____
United States District Judge