**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------- X

DINOSAUR FINANCIAL GROUP, LLC, HILDENE CAPITAL MANAGEMENT, LLC, and SWISS LIFE INVESTMENT MANAGEMENT HOLDING AG on behalf of themselves and all others similarly situated,

            Plaintiffs,

    -against-

S&P GLOBAL, INC., AMERICAN BANKERS ASSOCIATION, and FACTSET RESEARCH SYSTEMS INC.,

            Defendants.

-------------------------------------------------------- X

Case No. 1:22-cv-1860-KPF

**[PROPOSED] STIPULATION**

## [PROPOSED] STIPULATION REGARDING SCHEDULE FOR ANSWER AND PROPOSED CASE MANAGEMENT PLAN

       WHEREAS, on February 14, 2023, Defendants filed their Motion to Dismiss the Second Amended Class Action Complaint, on April 3, 2023, Plaintiffs filed their Opposition to Defendants' Motion to Dismiss the Second Amended Class Action Complaint, and on April 27, 2023, Defendants filed their Reply Brief in Further Support of Defendants' Motion to Dismiss the Second Amended Class Action Complaint;

       WHEREAS, on July 14, 2023, this Court entered an order granting in part and denying in part Defendants' Motion to Dismiss the Second Amended Class Action Complaint;

       WHEREAS, the Court's July 14, 2023 Order provides that Defendants are directed to file an answer to the remaining claims on or before August 7, 2023 and further provides that the parties are to submit a proposed case management plan on or before August 14, 2023;

WHEREAS, due to scheduling conflicts including in other matters over the next thirty days, Defendants requested an additional approximately 30 days to draft and file Answers to the Second Amended Class Action Complaint and an additional approximately 30 days for the parties to meet and confer regarding a proposed case management plan;

WHEREAS, Plaintiffs have no objection to Defendants' request for such extension under the terms set forth in this stipulation;

WHEREAS, the parties have agreed that, during this period, the parties will hold a Rule 26(f) conference after which the parties will be free to commence written discovery and will negotiate an appropriate protective order, a stipulation governing the disclosure and non-disclosure of certain information regarding experts and consultants, and a protocol for the production of electronically stored information; and

WHEREAS, this is the parties' first request for an extension of both the deadline to file an answer and to submit a proposed case management plan.

**IT IS THEREFORE STIPULATED AND AGREED AMONG THE PARTIES** that,

1. The deadline for Defendants to answer the Complaint shall be extended from August 7, 2023 to September 8, 2023.

2. The deadline for parties to file a proposed Scheduling Order and Civil Case Management Plan shall be extended from August 14, 2023 to September 13, 2023.

**SO STIPULATED:**

Dated: July 27, 2023

        */s/ Ronald J. Aranoff*
        David H. Wollmuth
        R. Scott Thompson
        Ronald J. Aranoff
        Ryan A. Kane
        Grant J. Bercari
        Katherine E. McQuillen
        WOLLMUTH MAHER & DEUTSCH LLP
        500 Fifth Avenue, 12th Floor
        New York, New York 10110
        Telephone: (212) 382-3300
        dwollmuth@wmd-law.com
        sthompson@wmd-law.com
        raranoff@wmd-law.com
        rkane@wmd-law.com
        gbercari@wmd-law.com
        kmcquillen@wmd-law.com

        */s/ Leiv Blad*
        Leiv Blad
        Jeffrey Blumenfeld pro hac vice
        Meg Slachetka
        COMPETITION LAW PARTNERS PLLC
        1101 Pennsylvania Avenue NW
        Washington, DC 20004
        Telephone: (202) 742-4300
        Email: leiv@competitionlawpartners.com
        jeff@competitionlawpartners.com
        meg@competitionlawpartners.com

        */s/ Robert N. Kaplan*
        Robert N. Kaplan
        Gregory K. Arenson
        Elana Katcher
        KAPLAN FOX & KILSHEIMER LLP
        850 Third Ave., 14th Floor
        New York, NY 10022
        Telephone: (212) 687-1980
        Email: rkaplan@kaplanfox.com
        garenson@kaplanfox.com
        ekatcher@kaplanfox.com

        *Attorneys for Plaintiffs Dinosaur Financial Group, LLC, Hildene Capital Management, LLC, and Swiss Life Investment*

*Management Holding AG, on behalf of themselves and all others similarly situated*

/s/ *Erick J. Stock*
Eric J. Stock
Alexander H. Southwell
Esther Lifshitz
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
Tel.: (212) 351-2301
Fax: (212) 716-0801
estock@gibsondunn.com
asouthwell@gibsondunn.com
elifshitz@gibsondunn.com

*Attorneys for Defendant S&P Global Inc.*

/s/ *Jeffrey I. Shinder*
Jeffrey I. Shinder
CONSTANTINE CANNON LLP
335 Madison Avenue, Fl. 9
New York, NY 10017
Tel.: (212) 350-2700
Fax: (212) 350-2701
jshinder@constantinecannon.com

W. Stephen Cannon
Seth D. Greenstein
James J. Kovacs (pro hac vice)
CONSTANTINE CANNON LLP
1001 Pennsylvania Ave., NW 1300 N
Washington, D.C. 20004
Tel.: (202) 204-3500
Fax: (202) 204-3501
scannon@constantinecannon.com
sgreenstein@constantinecannon.com
jkovacs@constantinecannon.com

*Attorneys for Defendant FactSet Research Systems, Inc.*

/s/ *David C. Kiernan*  
David C. Kiernan (*pro hac vice*)  
Craig E. Stewart (*pro hac vice*)  
JONES DAY  
555 California St., 26th Fl.  
San Francisco, CA 94104  
Tel.: (415) 626-3939  
Fax: (415) 875-5700  
dkiernan@jonesday.com  
cestewart@jonesday.com  

Michelle K. Fischer (*pro hac vice*)  
901 Lakeside Avenue  
Cleveland, OH 44114  
Tel.: (216) 586-3939  
Fax: (216) 579-0212  
mfischer@jonesday.com  

Alexander V. Maugeri  
Amanda L. Dollinger  
250 Vesey Street  
New York, NY 10281  
Tel.: (212)326-3939  
Fax: (212) 755-7306  
amaugeri@jonesday.com  
adollinger@jonesday.com  

*Attorneys for Defendant American Bankers Association*

**SO ORDERED.**

Dated: _____  
      New York, New York

_____  
Katherine Polk Failla  
United States District Judge