**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------- X

DINOSAUR FINANCIAL GROUP, LLC, HILDENE CAPITAL MANAGEMENT, LLC, and SWISS LIFE INVESTMENT MANAGEMENT HOLDING AG on behalf of themselves and all others similarly situated,

        Plaintiffs,

-against-

S&P GLOBAL, INC., AMERICAN BANKERS ASSOCIATION, and FACTSET RESEARCH SYSTEMS INC.,

        Defendants.

------------------------------------------------------- X

Case No. 1:22-cv-1860-KPF

<u>STIPULATION</u>



### STIPULATION REGARDING SCHEDULE FOR ANSWER AND PROPOSED CASE MANAGEMENT PLAN

WHEREAS, on February 14, 2023, Defendants filed their Motion to Dismiss the Second Amended Class Action Complaint, on April 3, 2023, Plaintiffs filed their Opposition to Defendants' Motion to Dismiss the Second Amended Class Action Complaint, and on April 27, 2023, Defendants filed their Reply Brief in Further Support of Defendants' Motion to Dismiss the Second Amended Class Action Complaint;

WHEREAS, on July 14, 2023, this Court entered an order granting in part and denying in part Defendants' Motion to Dismiss the Second Amended Class Action Complaint;

WHEREAS, the Court's July 14, 2023 Order provides that Defendants are directed to file an answer to the remaining claims on or before August 7, 2023 and further provides that the parties are to submit a proposed case management plan on or before August 14, 2023;

WHEREAS, due to scheduling conflicts including in other matters over the next thirty days, Defendants requested an additional approximately 30 days to draft and file Answers to the Second Amended Class Action Complaint and an additional approximately 30 days for the parties to meet and confer regarding a proposed case management plan;

WHEREAS, Plaintiffs have no objection to Defendants' request for such extension under the terms set forth in this stipulation;

WHEREAS, the parties have agreed that, during this period, the parties will hold a Rule 26(f) conference after which the parties will be free to commence written discovery and will negotiate an appropriate protective order, a stipulation governing the disclosure and non-disclosure of certain information regarding experts and consultants, and a protocol for the production of electronically stored information; and

WHEREAS, this is the parties' first request for an extension of both the deadline to file an answer and to submit a proposed case management plan.

**IT IS THEREFORE STIPULATED AND AGREED AMONG THE PARTIES** that,

1. The deadline for Defendants to answer the Complaint shall be extended from August 7, 2023 to September 8, 2023.

2. The deadline for parties to file a proposed Scheduling Order and Civil Case Management Plan shall be extended from August 14, 2023 to September 13, 2023.

**SO STIPULATED:**

Dated: July 27, 2023

/s/ *Ronald J. Aranoff*
David H. Wollmuth
R. Scott Thompson
Ronald J. Aranoff
Ryan A. Kane
Grant J. Bercari
Katherine E. McQuillen
WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue, 12th Floor
New York, New York 10110
Telephone: (212) 382-3300
dwollmuth@wmd-law.com
sthompson@wmd-law.com
raranoff@wmd-law.com
rkane@wmd-law.com
gbercari@wmd-law.com
kmcquillen@wmd-law.com

/s/ *Leiv Blad*
Leiv Blad
Jeffrey Blumenfeld pro hac vice
Meg Slachetka
COMPETITION LAW PARTNERS PLLC
1101 Pennsylvania Avenue NW
Washington, DC 20004
Telephone: (202) 742-4300
Email: leiv@competitionlawpartners.com
jeff@competitionlawpartners.com
meg@competitionlawpartners.com

/s/ *Robert N. Kaplan*
Robert N. Kaplan
Gregory K. Arenson
Elana Katcher
KAPLAN FOX & KILSHEIMER LLP
850 Third Ave., 14th Floor
New York, NY 10022
Telephone: (212) 687-1980
Email: rkaplan@kaplanfox.com
garenson@kaplanfox.com
ekatcher@kaplanfox.com

*Attorneys for Plaintiffs Dinosaur Financial Group, LLC, Hildene Capital Management, LLC, and Swiss Life Investment*

*Management Holding AG, on behalf of themselves and all others similarly situated*

/s/ Erick J. Stock
Eric J. Stock
Alexander H. Southwell
Esther Lifshitz
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
Tel.: (212) 351-2301
Fax: (212) 716-0801
estock@gibsondunn.com
asouthwell@gibsondunn.com
elifshitz@gibsondunn.com

*Attorneys for Defendant S&P Global Inc.*

/s/ Jeffrey I. Shinder
Jeffrey I. Shinder
CONSTANTINE CANNON LLP
335 Madison Avenue, Fl. 9
New York, NY 10017
Tel.: (212) 350-2700
Fax: (212) 350-2701
jshinder@constantinecannon.com

W. Stephen Cannon
Seth D. Greenstein
James J. Kovacs (pro hac vice)
CONSTANTINE CANNON LLP
1001 Pennsylvania Ave., NW 1300 N
Washington, D.C. 20004
Tel.: (202) 204-3500
Fax: (202) 204-3501
scannon@constantinecannon.com
sgreenstein@constantinecannon.com
jkovacs@constantinecannon.com

*Attorneys for Defendant FactSet Research Systems, Inc.*

/s/ David C. Kiernan
David C. Kiernan (*pro hac vice*)
Craig E. Stewart (*pro hac vice*)
JONES DAY
555 California St., 26th Fl.
San Francisco, CA 94104
Tel.: (415) 626-3939
Fax: (415) 875-5700
dkiernan@jonesday.com
cestewart@jonesday.com

Michelle K. Fischer (*pro hac vice*)
901 Lakeside Avenue
Cleveland, OH 44114
Tel.: (216) 586-3939
Fax: (216) 579-0212
mfischer@jonesday.com

Alexander V. Maugeri
Amanda L. Dollinger
250 Vesey Street
New York, NY 10281
Tel.: (212)326-3939
Fax: (212) 755-7306
amaugeri@jonesday.com
adollinger@jonesday.com

*Attorneys for Defendant American Bankers Association*

Application GRANTED.  Defendants shall file their answer to the Complaint on or before **September 8, 2023.**  The parties shall file a proposed Scheduling Order and Civil Case Management Plan on or before **September 13, 2023.**

Dated     July 28, 2023
          New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE