UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

| | |
|---|---|
| DINOSAUR FINANCIAL GROUP LLC, HILDENE CAPITAL MANAGEMENT, LLC and SWISS LIFE INVESTMENT MANAGEMENT AG, on behalf of themselves and all others similarly situated,<br><br>     Plaintiffs,<br><br>     -v-<br><br>S&P GLOBAL, INC., AMERICAN BANKERS ASSOCIATION, and FACTSET RESEARCH SYSTEMS INC.,<br><br>     Defendants. | Case No. 1:22-CV-1860 (KPF) |

------------------------------------------------------------------x

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Joshua M. Slocum of Wollmuth Maher & Deutsch LLP hereby appears on behalf of Plaintiff Hildene Capital Management, LLC in the above-captioned case.

I certify that I am admitted to practice in the United States District Court for the Southern District of New York. Plaintiff Hildene Capital Management, LLC respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served on the undersigned via the CM/ECF service list in this case.

Dated: August 17, 2023
   New York, New York

**WOLLMUTH MAHER & DEUTSCH LLP**

By: */s/ Joshua M. Slocum*
  Joshua M. Slocum
  Wollmuth Maher & Deutsch LLP
  500 Fifth Avenue 12th Floor
  New York, New York 10110
  Phone: (212) 382-3300
  Fax: (212) 382-0050
  jslocum@wmd-law.com

*Counsel for Hildene Capital Management LLC*

2

## **CERTIFICATE OF SERVICE**

I, Grant J. Bercari, certify that on August 17, 2023, I have caused the foregoing Notice of Appearance to be filed with the Clerk of the Court via the ECF system and on all parties pursuant to Federal Rule of Civil Procedure 5.

                                                  _/s/ Grant J. Bercari_