UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X

DINOSAUR FINANCIAL GROUP LLC, HILDENE CAPITAL MANAGEMENT, LLC, and SWISS LIFE INVESTMENT MANAGEMENT HOLDING AG, on behalf of themselves and all others similarly situated,

            Plaintiffs,

   -against-

S&P GLOBAL, INC., AMERICAN BANKERS ASSOCIATION, and FACTSET RESEARCH SYSTEMS INC.,

            Defendants.

------------------------------------------------------- X

Case No. 1:22-cv-1860-KPF [Rel. 22-cv-1929]

**ORDER FOR ADMISSION *PRO HAC VICE***

The motion of Caroline N. Mitchell, for admission to practice *pro hac vice* in the above captioned action is granted. Applicant has declared that she is a member in good standing of the bar of the State of California; and that her contact information is as follows:

   Caroline N. Mitchell
   JONES DAY
   555 California Street, 26th Floor
   San Francisco, CA  94104
   Telephone:  +1.415.875.5712
   Facsimile:  +1.415.875.5700
   cnmitchell@jonesday.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for the American Bankers Association in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: September 21, 2023
   New York, New York

*Katherine Polk Failla*
Hon. Katherine Polk Failla

```
The Clerk of Court is directed to terminate the motion at docket
entry 117.
```