October 16, 2023

**By ECF**
The Honorable Katherine Polk Failla
United States District Court
for the Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square, Room 618
New York, New York 10007

Re: *Dinosaur Financial Grp. LLC et al. v. S&P Global, Inc. et al.*, 22 Civ. 1860 (KPF)

**Subject: Filing of Proposed Orders Pursuant to the Scheduling Order**

Dear Judge Failla:

This joint letter is submitted by all parties.

Pursuant to paragraph 6 of the Court's Scheduling Order dated September 14, 2023 (Doc. No. 116), the parties have conferred and reached agreement as to three stipulations and proposed orders: (i) Stipulated Protective Order; (ii) Order Regarding Production of Electronically Stored Information and Paper Documents; and (iii) Stipulated Order Governing the Disclosure and Non-Disclosure of Certain Information Regarding Experts and Consultants.

The parties do not at this time anticipate proposing the entry of a separate Order under Federal Rule of Evidence 502(d), although they respectfully request the Court permit them to request such an Order at a later date should the need arise.

Respectfully Submitted,

| WOLLMUTH MAHER & DEUTSCH LLP | GIBSON, DUNN & CRUTCHER LLP |
|---|---|
| By: */s/ Ronald J. Aranoff*<br>David H. Wollmuth<br>R. Scott Thompson<br>Ronald J. Aranoff<br>Ryan A. Kane<br>Joshua M. Slocum<br>500 Fifth Avenue, 12th Floor<br>New York, New York 10110<br>Telephone: (212) 382-3300<br>dwollmuth@wmd-law.com<br>sthompson@wmd-law.com<br>raranoff@wmd-law.com<br>rkane@wmd-law.com<br>jslocum@wmd-law.com | By: */s/ Eric J. Stock*<br>Eric J. Stock<br>Alexander H. Southwell<br>200 Park Avenue, 47th Floor<br>New York, New York 10166<br>Telephone: (212) 351-2301<br>estock@gibsondunn.com<br>asouthwell@gibsondunn.com<br><br>*Counsel for Defendant S&P Global*<br><br>JONES DAY LLP<br><br>By: */s/ David C. Kiernan*<br>David C. Kiernan<br>555 California Street, 26th Floor |

COMPETITION LAW PARTNERS PLLC

By: */s/ Leiv Blad*
    Leiv Blad
    Jeffrey Blumenfeld
    Meg Slachetka
    1101 Pennsylvania Avenue, NW
    Washington, DC 20004
    Telephone: (202) 742-4300
    leiv@competitionlawpartners.com
    jeff@competitionlawpartners.com
    meg@competitionlawpartners.com

KAPLAN FOX & KILSHEIMER LLP

By: */s/ Robert N. Kaplan*
    Robert N. Kaplan
    Gregory K. Arenson
    Elana Katcher
    850 Third Avenue, 14th Floor
    New York, NY 10022
    Telephone: (212) 687-1980
    rkaplan@kaplanfox.com
    garenson@kaplanfox.com
    ekatcher@kaplanfox.com

*Interim Class Counsel for Plaintiffs*

San Francisco, California 94104
Telephone: (415) 875-5745
dkiernan@jonesday.com

Michelle Fischer (Pro Hac Vice)
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone: (216) 586-7096
mfischer@jonesday.com

Alexander V. Maugeri
250 Vesey Street
New York, New York 10281
Telephone: (212) 326-3939
amaugeri@jonesday.com

*Counsel for Defendant American Bankers Association*

CONSTANTINE CANNON LLP

By: */s/ Jeffrey I. Shinder*
    Jeffrey I. Shinder
    Ethan E. Litwin
    335 Madison Avenue 9th Floor
    New York, New York 10017
    Telephone: (212) 350-2700
    jshinder@constantinecannon.com
    elitwin@constantinecannon.com

    W. Stephen Cannon
    Seth D. Greenstein
    1001 Pennsylvania Avenue NW, 1300N
    Washington, D.C. 20004
    Telephone: (202) 204-3500
    scannon@constantinecannon.com
    sgreenstein@constantinecannon.com

*Counsel for Defendant FactSet Research Systems Inc.*