CONSTANTINE CANNON LLP

NEW YORK | WASHINGTON | SAN FRANCISCO

October 23, 2023

**By ECF**
The Honorable Katherine Polk Failla
United States District Court
for the Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square, Room 618
New York, New York 10007

    Re:    *Dinosaur Financial Grp. LLC et al. v. S&P Global, Inc. et al.*, 22 Civ. 1860 (KPF)

Dear Judge Failla:

This joint letter is submitted by all parties.

The parties write concerning an inadvertent omission in the Court's Order Regarding Production of Electronically Stored Information and Paper Documents dated October 17, 2023 (Doc. No. 123). The parties submitted their Proposed Order with an attachment containing ESI Metadata and Coding Fields, styled Appendix 1 (Doc. No. 121). However, the Court's order does not include that appendix. The parties respectfully request that the Court re-issue its Order approving ECF No. 121 with Appendix 1 attached.

Dated: October 23, 2023

Respectfully submitted,

| | |
|---|---|
| By: */s/ Ronald J. Aranoff* | By: */s/ Jeffrey I. Shinder* |
| David H. Wollmuth | Jeffrey I. Shinder |
| R. Scott Thompson | Ethan E. Litwin |
| Ronald J. Aranoff | Sarah Bayer |
| Ryan A. Kane | CONSTANTINE CANNON LLP |
| Joshua M. Slocum | 335 Madison Avenue, Fl. 9 |
| WOLLMUTH MAHER & DEUTSCH LLP | New York, NY 10017 |
| 500 Fifth Avenue, 12th Floor | Tel.: (212) 350-2700 |
| New York, New York 10110 | Fax: (212) 350-2701 |
| Telephone: (212) 382-3300 | jshinder@constantinecannon.com |

NEW YORK | WASHINGTON | SAN FRANCISCO

dwollmuth@wmd-law.com
sthompson@wmd-law.com
raranoff@wmd-law.com
rkane@wmd-law.com
jslocum@wmd-law.com

By: */s/ Leiv Blad*
Leiv Blad
Jeffrey Blumenfeld
Meg Slachetka
COMPETITION LAW PARTNERS PLLC
1101 Pennsylvania Avenue NW
Washington, DC 20004
Telephone: (202) 742-4300
leiv@competitionlawpartners.com
jeff@competitionlawpartners.com
meg@competitionlawpartners.com

By: */s/ Robert N. Kaplan*
Robert N. Kaplan
Gregory K. Arenson
Elana Katcher
KAPLAN FOX & KILSHEIMER LLP
850 Third Ave., 14th Floor
New York, NY 10022
Telephone: (212) 687-1980
rkaplan@kaplanfox.com
garenson@kaplanfox.com
ekatcher@kaplanfox.com

*Interim Class Counsel for Plaintiffs*

elitwin@constantinecannon.com
sbayer@constantinecannon.com

W. Stephen Cannon
Seth D. Greenstein
James J. Kovacs
CONSTANTINE CANNON LLP
1001 Pennsylvania Ave., NW 1300N
Washington, D.C. 20004
Tel.: (202) 204-3500
Fax: (202) 204-3501
scannon@constantinecannon.com
sgreenstein@constantinecannon.com
jkovacs@constantinecannon.com

*Counsel for Defendant FactSet Research Systems Inc.*

By: */s/ Eric J. Stock*
Eric J. Stock
Alexander H. Southwell
Esther Lifshitz
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
Tel.: (212) 351-2301
Fax: (212) 716-0801
estock@gibsondunn.com
asouthwell@gibsondunn.com
elifshitz@gibsondunn.com

*Counsel for Defendant S&P Global*

By: */s/ David C. Kiernan*
David C. Kiernan *pro hac vice*
Craig E. Stewart *pro hac vice*
JONES DAY
555 California St., 26th Fl.
San Francisco, CA 94104
Tel.: (415) 626-3939

October 23, 2023
Page 3

NEW YORK | WASHINGTON | SAN FRANCISCO

Fax: (415) 875-5700
dkiernan@jonesday.com
cestewart@jonesday.com

Michelle K. Fischer *pro hac vice*
JONES DAY
901 Lakeside Avenue
Cleveland, OH 44114
Tel.: (216) 586-3939
Fax: (216) 579-0212
mfischer@jonesday.com

Alexander V. Maugeri
Amanda L. Dollinger
JONES DAY
250 Vesey Street
New York, NY 10281
Tel.: (212) 326-3939
Fax: (212) 755-7306
amaugeri@jonesday.com
adollinger@jonesday.com

*Counsel for Defendant American Bankers Association*