UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X
DINOSAUR FINANCIAL GROUP LLC, :
HILDENE CAPITAL MANAGEMENT, :
LLC and SWISS LIFE INVESTMENT :
MANAGEMENT HOLDING AG, on behalf :
of themselves and all others similarly :
situated, :
:
       Plaintiffs, :  Case No. 1:22-cv-1860-KPF [rel. 1:22-cv-1929]
:
  -against- :
:
S&P GLOBAL, INC., AMERICAN :
BANKERS ASSOCIATION, and FACTSET :
RESEARCH SYSTEMS INC., :
:
       Defendants. :
:
------------------------------------------------------- X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Diana L. Calla of Jones Day, with offices located at 555 California Street, San Francisco, California 94104, hereby appears on behalf of Defendant the American Bankers Association.

I hereby certify that I am admitted to practice before this Court.

Dated: December 10, 2024        JONES DAY

                                        By: */s/ Diana L. Calla*
                                            Diana L. Calla
                                            JONES DAY
                                            555 California Street
                                            San Francisco, CA  94104
                                            Tel:  (415) 626-3939
                                            dcalla@jonesday.com

                                            *Counsel for American Bankers Association*