UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- X
DINOSAUR FINANCIAL GROUP LLC,
HILDENE CAPITAL MANAGEMENT,
LLC and SWISS LIFE INVESTMENT
MANAGEMENT HOLDING AG, on behalf
of themselves and all others similarly
situated,

        Plaintiffs,

  -against-

S&P GLOBAL, INC., AMERICAN
BANKERS ASSOCIATION, and FACTSET
RESEARCH SYSTEMS INC.,

        Defendants.
---------------------------------------------------------- X

Case Nos. 1:22-cv-1860-KPF,
1:22-cv-1929-KPF

## ORDER FOR ADMISSION PRO HAC VICE

The motion of Kapri Saunders for admission to practice *Pro Hac Vice* in the above-captioned action is granted. Applicant has declared that she is a member in good standing of the Bar of the States of California and Missouri; and that her contact information is as follows:

    Applicant's Name: Kapri Saunders
    Firm Name: Jones Day
    Address: 555 California Street, 26th Floor, San Francisco, CA 94104
    Telephone: (415) 875-5859
    Facsimile: (415) 875-5700

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Defendants American Bankers Association in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

The Clerk of Court is directed to terminate the pending motion at docket entry 144.

Dated: ___December 11_____, 2024
      New York, New York

                                              Hon. Katherine Polk Failla
                                              United States District Court Judge