# JONES DAY

555 CALIFORNIA STREET, 26TH FLOOR • SAN FRANCISCO, CALIFORNIA 94104

TELEPHONE: +1.415.626.3939 • JONESDAY.COM

Direct Number: +1.415.875.5712
cnmitchell@jonesday.com

January 13, 2025

VIA ECF

The Honorable Katherine Polk Failla
United States District Court for the Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square, Room 618
New York, NY 10007

    Re:    *Dinosaur Financial Group LLC, et al. v. S&P Global, Inc., et al.,* Case No. 22-CV-1860-KPF – ABA Letter Motion to Seal

Dear Judge Failla:

    We represent Defendant American Bankers Association ("ABA") in the above-captioned matter. ABA is filing today its response to Plaintiffs' motion to compel production of documents withheld on the basis of common interest privilege (ECF 152). Pursuant to the Protective Order (ECF 125) and Rule 9 of this Court's Individual Rules of Practice in Civil Cases, ABA requests permission to file Exhibit 1 to its proposed response under seal.

    Exhibit 1 is a true and correct copy of the contract between ABA and CUSIP Global Services dated September 15, 2014. Produced versions of this exhibit have been designated as "Protected Material" by Defendants ABA and FactSet Research Systems Inc. under the Protective Order as confidential commercial information. In addition, the terms of this contract are maintained as confidential by the parties thereto, and are not publicly available. *See FuboTV Inc. v. Walt Disney Co.*, No. 24-CV-01363 (MMG), 2024 WL 1884974, at *3 (S.D.N.Y. Apr. 30, 2024) (granting motion to seal agreement concerning the parties "ongoing commercial relationship").

    Respectfully submitted,

     */s/ Caroline N. Mitchell*
    Caroline N. Mitchell
    JONES DAY

Cc: Counsel of record (*via ECF*)

AMSTERDAM • ATLANTA • BEIJING • BOSTON • BRISBANE • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS
DETROIT • DUBAI • DÜSSELDORF • FRANKFURT • HONG KONG • HOUSTON • IRVINE • LONDON • LOS ANGELES • MADRID
MELBOURNE • MEXICO CITY • MIAMI • MILAN • MINNEAPOLIS • MUNICH • NEW YORK • PARIS • PERTH • PITTSBURGH
SAN DIEGO • SAN FRANCISCO • SÃO PAULO • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON