# JONES DAY

555 CALIFORNIA STREET, 26TH FLOOR • SAN FRANCISCO, CALIFORNIA 94104

TELEPHONE: +1.415.626.3939 • JONESDAY.COM

Direct Number: +1.415.875.5712
cnmitchell@jonesday.com

January 17, 2025

<u>VIA ECF</u>

The Honorable Katherine Polk Failla
United States District Court for the Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square, Room 618
New York, NY 10007

    Re: <u>*Dinosaur Financial Group LLC, et al. v. S&P Global, Inc., et al.,* Case No. 22-CV-1860-KPF – Filing of Proposed Stipulation Regarding Production of Electronically Stored Information and Paper Documents by Xignite, Inc.</u>

Dear Judge Failla:

    Pursuant to the request of non-party Xignite, Inc., the parties jointly present for the Court's approval the accompanying proposed Stipulation Regarding Production of Electronically Stored Information and Paper Documents by Xignite, Inc.

    Respectfully submitted,

| | |
|---|---|
| By:   */s/ Caroline N. Mitchell* | By: */s/ Leiv Blad* |
| David C. Kiernan (*pro hac vice*) | Leiv Blad Jeffrey Blumenfeld (*pro hac vice*) |
| Caroline N. Mitchell (*pro hac vice*) | Meg Slachetka |
| Kapri Saunders (*pro hac vice*) | COMPETITION LAW PARTNERS PLLC |
| JONES DAY | 1101 Pennsylvania Avenue NW |
| 555 California Street, 26th Fl. | Washington, DC 20004 |
| San Francisco, CA 94104 | Telephone: (202) 742-4300 |
| Tel.: (415) 626-3939 | leiv@competitionlawpartners.com |
| Fax: (415) 875-5700 | jeff@competitionlawpartners.com |
| dkiernan@jonesday.com | meg@competitionlawpartners.com |
| cnmitchell@jonesday.com | *Co-Lead Class Counsel* |
| ksaunders@jonesday.com | |
| *Attorneys for Defendant* | |
| *American Bankers Association* | |

AMSTERDAM • ATLANTA • BEIJING • BOSTON • BRISBANE • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS
DETROIT • DUBAI • DÜSSELDORF • FRANKFURT • HONG KONG • HOUSTON • IRVINE • LONDON • LOS ANGELES • MADRID
MELBOURNE • MEXICO CITY • MIAMI • MILAN • MINNEAPOLIS • MUNICH • NEW YORK • PARIS • PERTH • PITTSBURGH
SAN DIEGO • SAN FRANCISCO • SÃO PAULO • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON

Page 2

| | |
|---|---|
| Amanda L. Dollinger<br>Alexander V. Maugeri<br>250 Vesey Street<br>New York, NY 10281<br>Tel.: (212) 326-3939<br>Fax: (212) 755-7306<br>adollinger@jonesday.com<br>amaugeri@jonesday.com<br>*Attorneys for Defendant*<br>*American Bankers Association* | By: */s/ Robert N. Kaplan*<br>Robert N. Kaplan<br>Gregory K. Arenson<br>Elana Katcher<br>KAPLAN FOX & KILSHEIMER LLP<br>850 Third Ave., 14th Floor<br>New York, NY 10022<br>Telephone: (212) 687-1980<br>rkaplan@kaplanfox.com<br>garenson@kaplanfox.com<br>ekatcher@kaplanfox.com<br>*Co-Lead Class Counsel*<br><br>By: */s/ Ronald J. Aranoff*<br>David H. Wollmuth<br>R. Scott Thompson<br>Ronald J. Aranoff<br>Ryan A. Kane<br>Joshua M. Slocum<br>WOLLMUTH MAHER & DEUTSCH LLP<br>500 Fifth Avenue, 12th Floor<br>New York, New York 10110<br>Telephone: (212) 382-3300<br>dwollmuth@wmd-law.com<br>sthompson@wmd-law.com<br>raranoff@wmd-law.com<br>rkane@wmd-law.com<br>jslocum@wmd-law.com<br>*Co-Lead Class Counsel* |