AO 136 (Rev. 10/13) Certificate of Good Standing

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

## CERTIFICATE OF GOOD STANDING

I, _Kate M. Fogarty_, Clerk of this Court, certify that _Ellison Snider_, Bar # _504389_, was duly admitted to practice in this Court on _05/07/2024_, and is in good standing as a member of the Bar of this Court.

Dated at _St. Paul_ on _01/23/2025_
*(Location)* *(Date)*

Kate M. Fogarty
*CLERK*

MandiJo Schwartz
*DEPUTY CLERK*