UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
DINOSAUR FINANCIAL GROUP LLC,
HILDENE CAPITAL MANAGEMENT, LLC and
SWISS LIFE INVESTMENT MANAGEMENT
HOLDING AG, on behalf of themselves and all
other similarly situated,

      Plaintiffs,      Case No. 1:22-CV-1860 (KPF)

  -v-            **ORDER**

S&P GLOBAL, INC., AMERICAN BANKERS
ASSOCIATION, and FACTSET RESEARCH
SYSTEMS INC.,

      Defendants.
----------------------------------------------------------------x

  The motion of Ellison A. Snider for admission to practice *pro hac vice* in the above-captioned action is granted.

  Applicant has declared that she is a member in good standing of the bars of the United States District Court for the District of Minnesota and the state of Minnesota; and that her contact information is as follows:

| | |
|---|---|
| Applicant: | Ellison A. Snider |
| Firm Name: | Shinder Cantor Lerner LLP |
| Address: | 14 Penn Plaza, 19th Floor |
| City/State/Zip: | New York, New York 10122 |
| Telephone/Fax: | (646) 960-8601 / (646) 960-8625 |

  Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Defendant FactSet Research Systems, Inc. in the above entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of the Court, including the Rules governing discipline of attorneys.

```
The Clerk of Court is directed to terminate the pending motion at
docket entry 163.
```

Dated: January 27, 2025
New York, New York

Hon. Katherine Polk Failla
United States District Judge