**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
                                        :

DINOSAUR FINANCIAL GROUP LLC and   :
SWISS LIFE INVESTMENT                :
MANAGEMENT HOLDING AG, on behalf   :
of themselves and all others similarly situated,   :
                                         :

                     Plaintiffs,     :      Case No.: 1:22-cv-1860 [rel. 22-
                                         :       1929]

    -against-                           :
                                         :

CUSIP GLOBAL SERVICES, S&P        :
GLOBAL, INC., FACTSET RESEARCH    :
SYSTEMS, INC., and the AMERICAN     :
BANKERS ASSOCIATION,          :
                                         :

                   Defendants.    :
------------------------------------------------------------------x

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that William J. Hine of Hine & Ogulluk LLP, with offices at 30

Wall Street, 8th Floor, New York, New York 10005, hereby appears on behalf of Defendant the

American Bankers Association.

I hereby certify that I am admitted to practice before this Court.

Dated: February 20, 2025
       New York, New York                 HINE & OGULLUK LLP

                                             _____
                                             William J. Hine
                                             HINE & OGULLUK LLP
                                             30 Wall Street, 8th Floor
                                             New York, New York 10005
                                             Tel:     (212) 300-7390
                                             wjhine@hineogulluk.com

                                             *Counsel for American Bankers Association*