# Exhibit F

# SEALED