# Exhibit G

# SEALED