# Exhibit J
# SEALED