# Exhibit K

# SEALED