**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

| | |
|---|---|
| DINOSAUR FINANCIAL GROUP LLC, HILDENE CAPITAL MANAGEMENT, LLC and SWISS LIFE INVESTMENT MANAGEMENT HOLDING AG, on behalf of themselves and all others similarly situated, : : : : : : : | Cases No. 1:22-cv-1860-KPF, 1:22-cv-1929-KPF |
| Plaintiffs, : : | **ORDER FOR ADMISSION** *PRO HAC VICE* |
| -against- : : | |
| S&P GLOBAL, INC., AMERICAN BANKERS ASSOCIATION, and FACTSET RESEARCH SYSTEMS INC., : : : : | |
| Defendants. : : | |

-----------------------------------------------------------------X

The motion of Patrick Kennedy for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bars of the District of Columbia and The Commonwealth of Massachusetts; and that his contact information is as follows:

Applicant:   Patrick Kennedy

Firm Name:   Constantine Cannon LLP

Address:   1001 Pennsylvania Avenue N.W., Suite 1300 N

City/State/Zip:   Washington, D.C. 20004

Telephone/Fax:   (202) 204-3500/(202) 204-3501

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Defendant FactSet Research Systems, Inc. Inc.in the above-entitled action:

IT IS HEREBY ORDERED that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

```
The Clerk of Court is directed to terminate the pending motion at
docket entry 172.
```

Dated: February 21, 2025
       New York, New York

_____
Hon. Katherine Polk Failla
United States District Judge