# CONSTANTINE CANNON LLP

NEW YORK | WASHINGTON | SAN FRANCISCO

February 27, 2025

**By ECF**
The Honorable Katherine Polk Failla
United States District Court
for the Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square, Room 618
New York, New York 10007

      Re:    Filing of Proposed Amended Stipulation Regarding Production of Electronically Stored Information and Paper Documents by Bloomberg, L.P.

Dear Judge Failla:

Pursuant to the request of non-party Bloomberg, L.P., the parties jointly present for the Court's approval the accompanying proposed Amended Stipulation Regarding Production of Electronically Stored Information and Paper Documents by Bloomberg, L.P.

Respectfully submitted,

By: /s/ Sarah Bayer
Sarah Bayer (*pro hac vice*)
CONSTANTINE CANNON LLP
6 East 43rd St., 26th Fl.
New York, NY 10017
Tel.: (212) 350-2700
Fax: (212) 350-2701
sbayer@constantinecannon.com

W. Stephen Cannon (*pro hac vice*)
Seth D. Greenstein (*pro hac vice*)
CONSTANTINE CANNON LLP

By: /s/ Leiv Blad
Leiv Blad
Jeffrey Blumenfeld *pro hac vice*
Meg Slachetka
COMPETITION LAW PARTNERS PLLC
1101 Pennsylvania Avenue NW
Washington, DC 20004
Telephone: (202) 742-4300
leiv@competitionlawpartners.com
jeff@competitionlawpartners.com
meg@competitionlawpartners.com
*Co-Lead Class Counsel*

6 EAST 43RD STREET, FLOOR 26,, NEW YORK, NY 10017, UNITED STATES OF AMERICA   TELEPHONE: 212-350-2700   FACSIMILE: 212-350-2701   HTTP://WWW.CONSTANTINECANNON.COM

A LIMITED LIABILITY PARTNERSHIP

CONSTANTINE CANNON LLP

The Honorable Katherine Polk Failla
February 27, 2025
Page 2

NEW YORK | WASHINGTON | SAN FRANCISCO

1001 Pennsylvania Ave., NW
1300N
Washington, D.C. 20004
Tel.: (202) 204-3500
Fax: (202) 204-3501
scannon@constantinecannon.com
sgreenstein@constantinecannon.com

Jeffrey I. Shinder
Ellison A. Snider (*pro hac vice*)
SHINDER CANTOR LERNER LLP
14 Penn Plaza, 19th Fl.
New York, NY 10122
Tel.: (646) 960-8601
Fax: (646) 960-8625
jshinder@constantinecannon.com

James J. Kovacs (*pro hac vice*)
Keagan H. Potts (*pro hac vice*)
SHINDER CANTOR LERNER LLP
600 14th St. NW, 5th Fl.
Washington, DC 20005
Tel.: (646) 960-8601
Fax: (646) 960-8625
jkovacs@constantinecannon.com

*Attorneys for Defendant FactSet Research Systems Inc., on behalf of all Defendants*

By: */s/ Robert N. Kaplan*
Robert N. Kaplan
Gregory K. Arenson
Elana Katcher
KAPLAN FOX & KILSHEIMER LLP
850 Third Ave., 14th Floor
New York, NY 10022
Telephone: (212) 687-1980
rkaplan@kaplanfox.com
garenson@kaplanfox.com
ekatcher@kaplanfox.com
*Co-Lead Class Counsel*

By: /s/ *Ronald J. Aranoff*
David H. Wollmuth
R. Scott Thompson
Ronald J. Aranoff
Ryan A. Kane
Joshua M. Slocum
WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue, 12th Floor
New York, New York 10110
Telephone: (212) 382-3300
dwollmuth@wmd-law.com
sthompson@wmd-law.com
raranoff@wmd-law.com
rkane@wmd-law.com
jslocum@wmd-law.com
*Co-Lead Class Counsel*