March 3, 2025

Hon. Katherine Polk Failla
United States District Court Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square, Room 618
New York, NY 10007



Re: *Dinosaur Financial Group LLC et al. v. S&P Global, Inc. et al.*, Case No. 22-cv-1860

Dear Judge Failla:

    We represent Defendants S&P Global. Inc., the American Bankers Association ("ABA"), and FactSet Research Systems Inc. (collectively "Defendants"). Defendants are filing today their letter requesting an informal conference regarding an anticipated motion to compel production of documents and communications. Pursuant to the Protective Order (ECF No. 125) and Rule 9 of this Court's Individual Rules of Civil Procedure ("Rule 9"), Defendants request permission to file their letter and Exhibit 3 thereto in partially redacted form and seal the documents attached as Exhibits 1 and 2 to the letter.

    In accordance with Rule 9, Defendants are filing: (i) a redacted version of their letter with sealed and redacted exhibits and (ii) a copy of the letter with proposed redactions and exhibits in selected view. Pursuant to Rule 9.B.ii., Defendants will also email Chambers with copies of these documents.

    The letter and exhibits contain, paraphrase or quote "Discovery Material" that is deemed "Highly Confidential Material" under Paragraph 23 of the Protective Order. (ECF No. 125). Defendants are seeking permission to seal these materials to comply with the Protective Order and Rule 9. Defendants reserve the right to challenge any confidentiality designations as appropriate.

Respectfully submitted,


/s/ Eric J. Stock            /s/ Jeffrey Shinder            /s/ David Kiernan
Eric J. Stock               Jeffrey I. Shinder             David C. Kiernan
GIBSON, DUNN &              SHINDER CANTOR LERNER          JONES DAY
CRUTCHER LLP               14 Penn Plaza, Suite 1900       555 California Street, 26th Fl.
200 Park Avenue, 47th Fl.  New York, NY 10122             San Francisco, CA 94104
New York, NY 10166         Tel.: (646) 960-8601           Tel.: (415) 626-3939
Tel.: (212) 351-2301       jeffrey@scl-llp.com            Fax: (415) 875-5700
Fax: (212) 716-0801                                        dkiernan@jonesday.com
estock@gibsondunn.com

*Attorneys for Defendant S&P*    *Attorneys for Defendant FactSet*    *Attorneys for Defendant*
*Global Inc.*                     *Research Systems Inc.*              *American Bankers*
                                                                      *Association*

Application GRANTED.  The Clerk of Court is directed to maintain docket entry 186 under seal, viewable to the Court and the parties only.

The Clerk of Court is further directed to terminate the pending motion at docket entry 184.

Dated:      March 4, 2025            SO ORDERED.
            New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE