**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------- X

DINOSAUR FINANCIAL GROUP, LLC,     :
HILDENE CAPITAL MANAGEMENT,     :
LLC, and SWISS LIFE INVESTMENT     :
MANAGEMENT HOLDING AG on behalf     :
of themselves and all others similarly     :
situated,     :
    :
           Plaintiffs,     :
    :      Case No. 1:22-cv-1860-KPF
    -against-     :
    :
S&P GLOBAL, INC., AMERICAN     :
BANKERS ASSOCIATION, and FACTSET     :
RESEARCH SYSTEMS INC.,     :
    :
           Defendants.     :
    :
X

-------------------------------------------------------

**STIPULATION AND [PROPOSED] ORDER REGARDING S&P GLOBAL, INC. DATA**

WHEREAS, on April 9, 2025, plaintiffs sent a letter to S&P Global, Inc. ("S&P") with questions concerning data previously produced by S&P in documents with control numbers SPGl-0000040688, SPGl-0000040689, SPGl-0000040690, SPGl-0000040691, SPGl-0000040692, SPGl-0000040693, SPGl-0000040694, SPGl-0000041129, SPGl-0000041130, and SPGl-0000002228 (the "Data").

WHEREAS, there is currently scheduled for April 18, 2025, a deposition of S&P under Rule 30(b)(6), among the topics for which are S&P's revenues, costs, and financial records.

WHEREAS, S&P represents, after a good faith review, that current employees of S&P do not have substantive knowledge regarding the following documents beyond what is stated in the documents: (i) a 2009 consent to assignment of an August 1, 1989 agreement between The Canadian Depository for Securities Ltd. And Standard & Poor's Corporation (FRSI00544440); (ii) communications in October 2021 between the Society for Worldwide Interbank Financial

Telecommunications ("SWIFT") and CUSIP Global Services ("CGS") (FRSI00064101); (iii)

communications in November 2021 among CGS employees about SWIFT (FRSI00064101); (iv)

the SWIFT October 2021 CUSIP Use of Service Statement (FRSI00064109); (v) survey results

from a 2020 survey presented in a power point to the June 23, 2020 CGS Board of Trustees

meeting (FRSI00200179); and (vi) the CGS Board of Trustees meetings on November 14, 2017

(ABA-0000016252), February 27, 2018 (FRSI01657126), June 27, 2018 (ABA-0000016244),

October 30, 2018 (ABA-0000016259), and February 26, 2019 (ABA-0000010603).

### IT IS THEREFORE STIPULATED AND AGREED AMONG THE PARTIES:

1.      S&P will use its best efforts to respond fully in writing to the questions in

plaintiffs' April 9 letter by May 7, 2025.

2.      To the extent there is necessary follow-up to S&P's responses that cannot be

responded to in writing pursuant to paragraph 1 or otherwise clarified and explained, S&P will

sit for a deposition (and educate someone if need be) limited to no more than two hours on the

topics related to the Data.

3.      In consideration of the above, the deposition of S&P under Rule 30(b)(6),

scheduled for April 18, 2025, is canceled.

**SO STIPULATED:**

Dated: April 18, 2025.


*/s/ Ronald J. Aranoff*
Ronald J. Aranoff
Lyndon M. Tretter
Reuben R. Bauer
WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue, 12th Floor
New York, New York 10110
Telephone: (212) 382-3300
raranoff@wmd-law.com

*/s/ Eric J. Stock*
Eric J. Stock
Esther Lifshitz
Christina Stella Cernak
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
Tel.: (212) 351-2301
Fax: (212) 716-0801

ltretter@wmd-law.com
rbauer@wmd-law.com

/s/ Leiv Blad
Leiv Blad
Jeffrey Blumenfeld pro hac vice
Meg Slachetka
COMPETITION LAW PARTNERS PLLC
601 Pennsylvania Avenue NW
Washington, DC 20004
Telephone: (202) 742-4300
leiv@competitionlawpartners.com
jeff@competitionlawpartners.com
meg@competitionlawpartners.com

/s/ Robert N. Kaplan
Robert N. Kaplan
Gregory K. Arenson
Elana Katcher
KAPLAN FOX & KILSHEIMER LLP
800 Third Ave., 38th Floor
New York, NY 10022
Telephone: (212) 687-1980
rkaplan@kaplanfox.com
garenson@kaplanfox.com
ekatcher@kaplanfox.com

*Attorneys for Plaintiffs Dinosaur
Financial Group, LLC, Hildene Capital
Management, LLC, and Swiss Life
Investment Management Holding AG, on
behalf of themselves and all others
similarly situated*

estock@gibsondunn.com
elifshitz@gibsondunn.com
scernak@gibsondunn.com

*Attorneys for Defendant S&P Global,
Inc.*

**SO ORDERED.**

Dated: _____
        New York, New York

                                    _____
                                    Katherine Polk Failla
                                    United States District Judge