UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X

DINOSAUR FINANCIAL GROUP, LLC, HILDENE CAPITAL MANAGEMENT, LLC, and SWISS LIFE INVESTMENT MANAGEMENT HOLDING AG on behalf of themselves and all others similarly situated,

              Plaintiffs,

  -against-

S&P GLOBAL, INC., AMERICAN BANKERS ASSOCIATION, and FACTSET RESEARCH SYSTEMS INC.,

             Defendants.

Case No. 1:22-cv-1860-KPF

------------------------------------------------------- X

-------------------------------------------------------

## STIPULATION AND ORDER REGARDING S&P GLOBAL, INC. DATA

WHEREAS, on April 9, 2025, plaintiffs sent a letter to S&P Global, Inc. ("S&P") with questions concerning data previously produced by S&P in documents with control numbers SPGl-0000040688, SPGl-0000040689, SPGl-0000040690, SPGl-0000040691, SPGl-0000040692, SPGl-0000040693, SPGl-0000040694, SPGl-0000041129, SPGl-0000041130, and SPGl-0000002228 (the "Data").

WHEREAS, there is currently scheduled for April 18, 2025, a deposition of S&P under Rule 30(b)(6), among the topics for which are S&P's revenues, costs, and financial records.

WHEREAS, S&P represents, after a good faith review, that current employees of S&P do not have substantive knowledge regarding the following documents beyond what is stated in the documents: (i) a 2009 consent to assignment of an August 1, 1989 agreement between The Canadian Depository for Securities Ltd. And Standard & Poor's Corporation (FRSI00544440); (ii) communications in October 2021 between the Society for Worldwide Interbank Financial

Telecommunications ("SWIFT") and CUSIP Global Services ("CGS") (FRSI00064101); (iii) communications in November 2021 among CGS employees about SWIFT (FRSI00064101); (iv) the SWIFT October 2021 CUSIP Use of Service Statement (FRSI00064109); (v) survey results from a 2020 survey presented in a power point to the June 23, 2020 CGS Board of Trustees meeting (FRSI00200179); and (vi) the CGS Board of Trustees meetings on November 14, 2017 (ABA-0000016252), February 27, 2018 (FRSI01657126), June 27, 2018 (ABA-0000016244), October 30, 2018 (ABA-0000016259), and February 26, 2019 (ABA-0000010603).

**IT IS THEREFORE STIPULATED AND AGREED AMONG THE PARTIES**:

1. S&P will use its best efforts to respond fully in writing to the questions in plaintiffs' April 9 letter by May 7, 2025.

2. To the extent there is necessary follow-up to S&P's responses that cannot be responded to in writing pursuant to paragraph 1 or otherwise clarified and explained, S&P will sit for a deposition (and educate someone if need be) limited to no more than two hours on the topics related to the Data.

3. In consideration of the above, the deposition of S&P under Rule 30(b)(6), scheduled for April 18, 2025, is canceled.

**SO STIPULATED:**

Dated: April 18, 2025.

| | |
|---|---|
| */s/ Ronald J. Aranoff* | */s/ Eric J. Stock* |
| Ronald J. Aranoff | Eric J. Stock |
| Lyndon M. Tretter | Esther Lifshitz |
| Reuben R. Bauer | Christina Stella Cernak |
| WOLLMUTH MAHER & DEUTSCH LLP | GIBSON, DUNN & CRUTCHER LLP |
| 500 Fifth Avenue, 12th Floor | 200 Park Avenue |
| New York, New York 10110 | New York, NY 10166 |
| Telephone: (212) 382-3300 | Tel.: (212) 351-2301 |
| raranoff@wmd-law.com | Fax: (212) 716-0801 |

ltretter@wmd-law.com
rbauer@wmd-law.com

/s/ Leiv Blad
Leiv Blad
Jeffrey Blumenfeld pro hac vice
Meg Slachetka
COMPETITION LAW PARTNERS PLLC
601 Pennsylvania Avenue NW
Washington, DC 20004
Telephone: (202) 742-4300
leiv@competitionlawpartners.com
jeff@competitionlawpartners.com
meg@competitionlawpartners.com

/s/ Robert N. Kaplan
Robert N. Kaplan
Gregory K. Arenson
Elana Katcher
KAPLAN FOX & KILSHEIMER LLP
800 Third Ave., 38th Floor
New York, NY 10022
Telephone: (212) 687-1980
rkaplan@kaplanfox.com
garenson@kaplanfox.com
ekatcher@kaplanfox.com

*Attorneys for Plaintiffs Dinosaur Financial Group, LLC, Hildene Capital Management, LLC, and Swiss Life Investment Management Holding AG, on behalf of themselves and all others similarly situated*

estock@gibsondunn.com
elifshitz@gibsondunn.com
scernak@gibsondunn.com

*Attorneys for Defendant S&P Global, Inc.*

**SO ORDERED.**

Dated: April 21, 2025
       New York, New York

_____
Hon. Katherine Polk Failla
United States District Judge