



June 23, 2025

*By ECF*
The Honorable Katherine Polk Failla
United States District Court for the Southern District of New York
40 Foley Square, Courtroom 618
New York, New York 10007

Re:   *Dinosaur Financial Group LLC et al. v. S&P Global, Inc. et al.*, No. 22-cv-1860

**Subject: Plaintiffs' letter motion pursuant to Fed. R. Civ. P. 37(c)**

Dear Judge Failla:

We represent Plaintiffs Hildene Capital Management, LLC, Dinosaur Financial Group LLC, and Swiss Life Capital Management (collectively "Plaintiffs"). Plaintiffs are filing today their motion to preclude Defendants from denying that the data produced by FactSet Research Systems, Inc. and S&P Global, Inc. are a complete and accurate record of the actual license fees paid by Plaintiffs and members of the class under Rule 37(c). Pursuant to the Protective Order (ECF No. 125) and Rule 9 of this Court's Individual Rules of Civil Procedure ("Rule 9"), Plaintiffs request permission to file their motion in partially redacted form and seal documents attached as Exhibits H, I, J, K, and L to the motion ("Sealed Exhibits").

In accordance with Rule 9, Plaintiffs are filing: (i) a redacted version of their motion with Sealed Exhibits; and (ii) a copy of the motion with proposed redactions highlighted and exhibits in selected view. Pursuant to Rule 9.B.ii., Plaintiffs will also email Chambers with copies of these documents.

Plaintiffs' motion and Sealed Exhibits contain, paraphrase or quote "Discovery Material" that has been designed as "Protected Material" by Defendants under the Protective Order. (ECF No. 125). The redacted portions of Plaintiffs' motion and the Sealed Exhibits do not contain information concerning Plaintiffs, and Plaintiffs take no position on whether those documents should appropriately be deemed confidential. Plaintiffs are seeking permission to seal this material to comply with the Protective Order and Rule 9. Plaintiffs reserve the right to challenge Defendants' confidentiality designations as appropriate.

Respectfully submitted,

/s/ *Ronald J. Aranoff*                             /s/ *Leiv Blad*
Ronald J. Aranoff                                   Leiv Blad
Lyndon M. Tretter                                   Jeffrey Blumenfeld

<div style="display: flex;">
<div>

Reuben B. Bauer
WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue, 12th Floor
New York, New York 10110
Telephone: (212) 382-3300
Email: raranoff@wmd-law.com
ltretter@wmd-law.com
rbauer@wmd-law.com

</div>
<div>

Meg Slachetka
COMPETITION LAW PARTNERS PLLC
1101 Pennsylvania Ave., NW
Washington, DC 20004
Telephone: (202) 742-4300
Email: leiv@competitionlawpartners.com
jeff@competitionlawpartners.com
meg@competitionlawpartners.com

/s/ *Robert N. Kaplan*
Robert N. Kaplan
Gregory K. Arenson
Elana Katcher
KAPLAN FOX & KILSHEIMER LLP
850 Third Ave., 14th Floor
New York, NY 10022
Telephone: (212) 687-1980
Email: rkaplan@kaplanfox.com
garenson@kaplanfox.com
ekatcher@kaplanfox.com

</div>
</div>

Cc: Counsel of record (*via ECF*)

---

```
Application GRANTED.  The Clerk of Court is directed to maintain docket
entry 207 under seal, viewable to the Court and the parties only.

The Clerk of Court is further directed to terminate the pending motion
at docket entry 203.

Dated:     July 8, 2025                SO ORDERED.
           New York, New York
```

*[Signature: Katherine Polk Failla]*

```
                                       HON. KATHERINE POLK FAILLA
                                       UNITED STATES DISTRICT JUDGE
```