UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X
DINOSAUR FINANCIAL GROUP LLC,
HILDENE CAPITAL MANAGEMENT,
LLC and SWISS LIFE INVESTMENT
MANAGEMENT HOLDING AG, on behalf
of themselves and all others similarly
situated,

          Plaintiffs,

  -against-

S&P GLOBAL, INC., AMERICAN
BANKERS ASSOCIATION, and FACTSET
RESEARCH SYSTEMS INC.,

          Defendants.
------------------------------------------------------- X

**MEMO ENDORSED**

Case Nos. 1:22-cv-1860-KPF

## STIPULATION AND ORDER REGARDING THE EXTENSION OF WORD LIMITS FOR CLASS CERTIFICATION BRIEFING

The Parties to the above-captioned matter (the "Litigation"), through their undersigned counsel of record, and subject to the approval of the Court, stipulate and agree that the following word limits should apply to the parties' memoranda of law to be filed in connection with Plaintiffs' upcoming motion for class certification.

WHEREAS, pursuant to Rule 7.1 of the Local Rules of United States District Courts for the Southern and Eastern Districts of New York ("Local Rules") and Rule 4.B of this Court's Individual Rules of Practice in Civil Cases ("Individual Rules"), "all memoranda of law are limited to 8,750 words, and reply briefs are limited to 3,500 words";

WHEREAS, the Parties conferred and agreed that an extension to the word limits provided under Local Rule 7.1 and this Court's Individual Rules is warranted given the complex nature of this class action Litigation; AND

WHEREAS, the Parties have agreed, subject to the approval of the Court, to abide by the word limit extensions as set forth below:

**IT IS THEREFORE STIPULATED AND AGREED AMONG THE PARTIES AS FOLLOWS:**

1. Plaintiffs' affirmative class certification memorandum of law shall be limited to 13,500 words.

2. Defendants' memorandum of law in opposition to Plaintiffs' class certification shall be limited to 13,500 words.

3. Plaintiffs' class certification reply memorandum of law shall be limited to 6,000 words.

**SO STIPULATED:**

Dated: July 25, 2025.

By: /s/ *David Kiernan*
David C. Kiernan (*pro hac vice*)
Craig E. Stewart (*pro hac vice*)
555 California Street, 26th Fl.
San Francisco, CA 94104
Tel.: (415) 626-3939
Fax: (415) 875-5700
dkiernan@jonesday.com
cestewart@jonesday.com

Michelle K. Fischer (*pro hac vice*)
901 Lakeside Avenue
Cleveland, OH 44114
Tel.: (216) 586-3939
Fax: (212) 579-0212
mfischer@jonesday.com

Alexander V. Maugeri
Amanda L. Dollinger
250 Vesey Street
New York, NY 10281
Tel.: (212) 326-3939

By: /s/ *Ronald J. Aranoff*
Ronald J. Aranoff
Ryan A. Kane
Joshua M. Slocum
WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue, 12th Floor
New York, New York 10110
Telephone: (212) 382-3300
raranoff@wmd-law.com
rkane@wmd-law.com
jslocum@wmd-law.com

By: /s/ *Leiv Blad*
Leiv Blad
Jeffrey Blumenfeld *pro hac vice*
Meg Slachetka
COMPETITION LAW PARTNERS PLLC
601 Pennsylvania Avenue NW Washington, DC 20004
Telephone: (202) 742-4300
leiv@competitionlawpartners.com
jeff@competitionlawpartners.com

Fax: (212) 755-7306
amaugeri@jonesday.com
adollinger@jonesday.com

*Attorneys for Defendant*
*American Bankers Association*

By: */s/ Eric J. Stock*
Eric J. Stock
Esther Lifshitz
Christina Stella Cernak
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
Tel.: (212) 351-2301
Fax: (212) 716-0801
estock@gibsondunn.com
elifshitz@gibsondunn.com
scernak@gibsondunn.com

*Attorneys for Defendant*
*S&P Global, Inc.*

By: */s/ Jeffrey I. Shinder*
Jeffrey I. Shinder
Ellison A. Snider (*pro hac vice*)
SHINDER CANTOR LERNER LLP
14 Penn Plaza, 19th Floor
New York, NY 10122
Tel.: (646) 960-8601
jeff@scl-llp.com
esnider@scl-llp.com

W. Stephen Cannon
Seth D. Greenstein
CONSTANTINE CANNON LLP
1001 Pennsylvania Ave., NW 1300 N.
Washington, DC 20004
Tel.: (202) 204-3500
Fax: (202) 204-3501
scannon@constantincannon.com
sgreenstein@constantincannon.com

*Attorneys for Defendant FactSet*
*Research Systems, Inc.*

meg@competitionlawpartners.com

By: */s/ Robert N. Kaplan*
Robert N. Kaplan
Gregory K. Arenson
Elana Katcher
KAPLAN FOX & KILSHEIMER LLP
800 Third Ave., 38th Floor
New York, NY 10022
Telephone: (212) 687-1980
rkaplan@kaplanfox.com
garenson@kaplanfox.com
ekatcher@kaplanfox.com

*Attorneys for Plaintiffs Dinosaur Financial*
*Group, LLC, Hildene Capital Management,*
*LLC, and Swiss Life Investment*
*Management Holding AG, on behalf of*
*themselves and all others similarly situated*

3

**SO ORDERED.**

Dated: July 28, 2025
New York, New York

Hon. Katherine Polk Failla
United States District Judge