**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- X
DINOSAUR FINANCIAL GROUP LLC,
HILDENE CAPITAL MANAGEMENT,
LLC and SWISS LIFE INVESTMENT
MANAGEMENT HOLDING AG, on behalf
of themselves and all others similarly
situated,

           Plaintiffs,

   -against-

S&P GLOBAL, INC., AMERICAN
BANKERS ASSOCIATION, and FACTSET
RESEARCH SYSTEMS INC.,

           Defendants.

---------------------------------------------------------- X

Case No. 1:22-cv-1860-KPF

## NOTICE OF MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS COUNSEL

PLEASE TAKE NOTICE that, upon the accompanying (i) Memorandum of Law in Support of Plaintiffs' Motion for Class Certification and Appointment of Class Counsel and (ii) the Declaration of Ronald J. Aranoff and its accompanying exhibits, Plaintiffs Dinosaur Financial Group LLC, Hildene Capital Management, LLC, and Swiss Life Investment Management Holding AG, by and through their undersigned counsel, will move this Court, before the Honorable Katherine P. Failla, United States District Judge, at a time and place to be set by the Court, for an Order, pursuant to Federal Rules of Civil Procedure 23(a), 23(b)(2), 23(b)(3) and 23(g), certifying Plaintiffs' damages and injunctive relief classes and appointing Wollmuth Maher & Deutsch LLP, Kaplan Fox & Kilsheimer LLP, and Competition Law Partners PLLC as class counsel, together with such other and further relief as the Court deems just and proper.

Dated: August 14, 2025

Respectfully submitted,

/s/ *Ronald J. Aranoff*
Ronald J. Aranoff
Ryan A. Kane
Joshua M. Slocum
Lyndon M. Tretter
Grant J. Bercari
William Hagan
Reuben R. Bauer
WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue, 12th Floor
New York, New York 10110
Telephone: (212) 382-3300
raranoff@wmd-law.com
rkane@wmd-law.com
jslocum@wmd-law.com
ltretter@wmd-law.com
gbercari@wmd-law.com
whagan@wmd-law.com
rbauer@wmd-law.com

/s/ *Leiv Blad*
Leiv Blad
Jeffrey Blumenfeld
Meg Slachetka
COMPETITION LAW PARTNERS PLLC
601 Pennsylvania Avenue NW
Washington, DC 20004
Telephone: (202) 742-4300
Email: leiv@competitionlawpartners.com
jeff@competitionlawpartners.com
meg@competitionlawpartners.com

/s/ *Robert N. Kaplan*
Robert N. Kaplan
Gregory K. Arenson
Elana Katcher
KAPLAN FOX & KILSHEIMER LLP
800 Third Ave., 38th Floor New York, NY 10022
Telephone: (212) 687-1980
Email: rkaplan@kaplanfox.com
garenson@kaplanfox.com
ekatcher@kaplanfox.com

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing was served on all parties through their counsel of record via the Court's CM/ECF system, on August 14, 2025.

/s/ Ronald J. Aranoff