**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------- X

DINOSAUR FINANCIAL GROUP, LLC, HILDENE CAPITAL MANAGEMENT, LLC, and SWISS LIFE INVESTMENT MANAGEMENT HOLDING AG on behalf of themselves and all others similarly situated,

              Plaintiffs,

  -against-

S&P GLOBAL, INC., AMERICAN BANKERS ASSOCIATION, and FACTSET RESEARCH SYSTEMS INC.,

              Defendants.

------------------------------------------------------- X

Case No. 1:22-cv-1860-KPF

## STIPULATION AND ORDER REGARDING AMENDMENT TO SCHEDULING ORDER

WHEREAS, the Parties' Civil Case Management Plan and Scheduling Order (Dkt. 116) provides that "all counsel must meet in person in New York for at least one hour to discuss settlement within 14 days following the close of fact discovery;"

WHEREAS, On March 21, 2025, the Court extended the deadline for the in-person meeting to discuss settlement until August 23, 2025 (Dkt. 197);

WHEREAS, on August 22, 2025, the Parties met and conferred and Defendants suggested that an in-person settlement discussion would be more productive once Plaintiffs' motion for class certification is fully briefed;

WHEREAS, Plaintiffs agree to Defendants' proposal;

NOW, THEREFORE, the Parties hereby stipulate and agree, and jointly request that the Court order as follows:

1. The date for the Parties to meet in person in New York for at least one hour to discuss settlement shall be adjourned to 30 days after the completion of briefing of Plaintiffs' motion for class certification.

**SO ORDERED**.

Dated: August 25, 2025

THE HONORABLE KATHERINE POLK FAILLA

Dated: August 22, 2025

| | |
|---|---|
| */s/ Ronald J. Aranoff* | */s/ Eric J. Stock* |
| Ronald J. Aranoff | Eric J. Stock |
| Ryan A. Kane | Esther Lifshitz |
| Joshua M. Slocum | GIBSON, DUNN & CRUTCHER LLP |
| Lyndon M. Tretter | 200 Park Avenue New |
| WOLLMUTH MAHER & DEUTSCH LLP | York, NY 10166 |
| 500 Fifth Avenue, 12th Floor New York, | Tel.: (212) 351-2301 |
| New York 10110 | Fax: (212) 716-0801 |
| Telephone: (212) 382-3300 | estock@gibsondunn.com |
| raranoff@wmd-law.com | elifshitz@gibsondunn.com |
| rkane@wmd-law.com | |
| jslocum@wmd-law.com | *Attorneys for Defendant S&P Global Inc.* |
| ltretter@wmd-law.com | |
| | |
| */s/ Leiv Blad* | */s/ Jeffrey I. Shinder* |
| Leiv Blad | Jeffrey I. Shinder |
| Jeffrey Blumenfeld pro hac vice | Ellison A. Snider (Pro Hac Vice) 14 |
| Meg Slachetka | Penn Plaza, 19th Floor |
| COMPETITION LAW PARTNERS PLLC | New York, NY 10122 |
| 601 Pennsylvania Avenue NW | Telephone: (646) 960-8601 |
| Washington, DC 20004 | jeff@scl-llp.com |
| Telephone: (202) 742-4300 | esnider@scl-llp.com |
| Email: leiv@competitionlawpartners.com | |
| jeff@competitionlawpartners.com | W. Stephen Cannon Seth |
| meg@competitionlawpartners.com | D. Greenstein |

*/s/ Robert N. Kaplan*
Robert N. Kaplan
Gregory K. Arenson Elana Katcher
KAPLAN FOX & KILSHEIMER LLP
800 Third Ave., 38th Floor New York, NY 10022 Telephone: (212) 687-1980 Email:
rkaplan@kaplanfox.com
garenson@kaplanfox.com
ekatcher@kaplanfox.com

*Attorneys for Plaintiffs Dinosaur Financial Group, LLC, Hildene Capital Management, LLC, and Swiss Life Investment Management Holding AG, on behalf of themselves and all others similarly situated*

CONSTANTINE CANNON LLP
1001 Pennsylvania Ave., NW 1300 N
Washington, D.C. 20004
Tel.: (202) 204-3500
Fax: (202) 204-3501
scannon@constantinecannon.com
sgreenstein@constantinecannon.com

*Attorneys for Defendant FactSet Research Systems, Inc.*

*/s/ David C. Kiernan*

David C. Kiernan (*pro hac vice*)
Craig E. Stewart (*pro hac vice*)
Caroline M. Mitchell (*pro hac vice*)
Paul C. Hines (*pro hac vice*)
JONES DAY
555 California St., 26th Fl. San Francisco, CA 94104
Tel.: (415) 626-3939
Fax: (415) 875-5700
dkiernan@jonesday.com
cestewart@jonesday.com

Michelle K. Fischer (pro hac vice)
901 Lakeside Avenue
Cleveland, OH 44114
Tel.: (216) 586-3939
Fax: (216) 579-0212
mfischer@jonesday.com

Alexander V. Maugeri Amanda L. Dollinger 250 Vesey Street
New York, NY 10281
Tel.: (212)326-3939
Fax: (212) 755-7306
amaugeri@jonesday.com
adollinger@jonesday.com

*Attorneys for Defendant American Bankers Association*

---

*Pursuant to Rule 8.5 of the Electronic Case Filing Rules and Instructions of the Southern District, e-signatures are being used on consent of all parties.