UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X
DINOSAUR FINANCIAL GROUP LLC, : 
HILDENE CAPITAL MANAGEMENT, :
LLC and SWISS LIFE INVESTMENT :
MANAGEMENT HOLDING AG, on behalf :
of themselves and all others similarly :
situated, :
:
          Plaintiffs, :   No. 1:22-cv-1860-KPF
:
   -against- :
:
S&P GLOBAL, INC. AMERICAN :
BANKERS ASSOCIATION, and FACTSET :
RESEARCH SYSTEMS, INC., :
:
          Defendants. :
:
------------------------------------------------------- X

## NOTICE OF APPEARANCE

    PLEASE TAKE NOTICE that Jefferson E. Bell of Gibson, Dunn & Crutcher LLP respectfully enters his appearance as counsel for Defendant S&P Global, Inc. in the above-captioned proceeding, and has been designated to accept service of all pleadings, notices, filings, correspondence, and other papers relating thereto. The undersigned certifies that he is admitted to practice in this Court.

Dated: August 26, 2025
       New York, New York

Respectfully submitted,

By: */s/ Jefferson E. Bell*
    Jefferson E. Bell

GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.2395
JBell@gibsondunn.com

*Counsel for Defendant S&P Global, Inc.*