**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

DINOSAUR FINANCIAL GROUP LLC,
HILDENE CAPITAL MANAGEMENT, LLC and
SWISS LIFE INVESTMENT MANAGEMENT
HOLDING AG, on behalf of themselves and all
others similarly situated,

               Plaintiffs,

               -v-

S&P GLOBAL, INC., AMERICAN BANKERS
ASSOCIATION, and FACTSET RESEARCH
SYSTEMS INC.,

               Defendants.

---------------------------------------------------------------x

Case No. 1:22-CV-1860 (KPF)

**Corrected Declaration of Ronald J. Aranoff in Support of Plaintiffs' Motion for Class Certification and Appointment of Class Counsel**

I, Ronald J. Aranoff, declare under penalties of perjury under 28 U.S.C. § 1746 as follows:

1.     I am a partner at Wollmuth Maher & Deutsch LLP, counsel for Plaintiff Hildene Capital Management, LLC ("Hildene") and the putative class in the above-captioned action. I submit this Declaration in support of Plaintiffs' motion for class certification and appointment of counsel. I have personal knowledge of the facts set forth in this herein,

2.     Attached hereto as Exhibit 1 is a true and correct copy of the Expert Report of Arthur Miller, dated August 14, 2025.

3.     Attached hereto as Exhibit 2 is a true and correct copy of the Expert Report of James Powell, dated August 12, 2025.

4.     Attached hereto as Exhibit 3 is a true and correct copy of the Expert Report of Bettina Bergmann, dated August 13, 2025.

1

5.      Exhibit 4 intentionally omitted.

6.      Attached hereto as Exhibit 5 is a true and correct copy of excerpts of the transcript of the February 11, 2025 deposition of Gerard Faulkner.

7.      Attached hereto as Exhibit 6 is a true and correct copy of excerpts of the transcript of the January 30, 2025 deposition of Jeffrey Mitnick.

8.      Attached hereto as Exhibit 7 is a true and correct copy of marked Plaintiffs' deposition exhibit numbered PX39.

9.      Attached hereto as Exhibit 8 is a true and correct copy of the document produced bearing Bates ABA-0000004547.

10.      Attached hereto as Exhibit 9 is a true and correct copy of marked Plaintiffs' deposition exhibit numbered PX204.

11.      Attached hereto as Exhibit 10 is a true and correct copy of the Expert Report of Frank Lenz, including the certified English translation, dated August 12, 2025.

12.      Attached hereto as Exhibit 11 is a true and correct copy of marked Plaintiffs' deposition exhibit numbered PX124.

13.      Attached hereto as Exhibit 12 is a true and correct copy of marked Plaintiffs' deposition exhibit numbered PX125.

14.      Attached hereto as Exhibit 13 is a true and correct copy of marked Plaintiffs' deposition exhibit numbered PX159.

15.      Attached hereto as Exhibit 14 is a true and correct copy of excerpts of the transcript of the February 5, 2025, deposition of Scott J. Preiss.

16.      Attached hereto as Exhibit 15 is a true and correct copy of excerpts of the transcript of the April 1, 2025, Rule 30(b)(6) deposition of FactSet.

2

17.     Attached hereto as Exhibit 16 is a true and correct copy of marked Plaintiffs' deposition exhibit numbered PX501.

18.     Attached hereto as Exhibit 17 is a true and correct copy of marked Plaintiffs' deposition exhibit numbered PX502.

19.     Attached hereto as Exhibit 18 is a true and correct copy of excerpts of the transcript of the January 9, 2025, deposition of Robert Nagle.

20.     Attached hereto as Exhibit 19 is a true and correct copy of excerpts of the transcript of the January 14, 2025, deposition of David Hunter.

21.     Attached hereto as Exhibit 20 is a true and correct copy of excerpts of the transcript of the March 7, 2025, Rule 30(b)(6) deposition of Bloomberg, LP.

22.     Attached hereto as Exhibit 21 is a true and correct copy of the transcript of the January 7, 2025, deposition of Danielle Lane.

23.     Attached hereto as Exhibit 22 is a true and correct copy of marked Plaintiffs' deposition exhibit numbered PX13.

24.     Attached hereto as Exhibit 23 is a true and correct copy of the document produced bearing Bates FRSI00125445.

25.     Attached hereto as Exhibit 24 is a true and correct copy of the document produced bearing Bates FRSI00529126.

26.     Attached hereto as Exhibit 25 is a true and correct copy of the document produced bearing Bates HCM-00571657.

27.     Attached hereto as Exhibit 26 is a true and correct copy of the document produced bearing Bates HCM-00571788.

28.     Attached hereto as Exhibit 27 is a true and correct copy of excerpts of the transcript of the February 27, 2025, deposition of Gregory Resnick.

29.     Attached hereto as Exhibit 28 is a true and correct copy of marked Defendants' deposition exhibit numbered DX50.

30.     Attached hereto as Exhibit 29 is a true and correct copy of the document produced bearing Bates FRSI00454322.

31.     Attached hereto as Exhibit 30 is a true and correct copy of the document produced bearing Bates FRSI00134772.

32.     Attached hereto as Exhibit 31 is a true and correct copy of excerpts of the transcript of the July 22, 2025, Rule 30(b)(6) deposition of Conning, Inc.

33.     Attached hereto as Exhibit 32 is a true and correct copy of Dataminr, Inc.'s Objections and Responses to FactSet Research Systems Inc.'s First Set of Interrogatories served July 23, 2025.

34.     Attached hereto as Exhibit 33 is a true and correct copy of marked Plaintiffs' deposition exhibit numbered PX123.

35.     Attached hereto as Exhibit 34 is a true and correct copy of excerpts of the transcript of the February 7, 2025, deposition of Caryl Diane Poole.

36.     Attached hereto as Exhibit 35 is a true and correct copy of the document produced bearing Bates FRSI00703185.

37.     Attached hereto as Exhibit 36 is a true and correct copy of the document produced bearing Bates FRSI00117560.

38.     Attached hereto as Exhibit 37 is a true and correct copy of marked Plaintiffs' deposition exhibit numbered PX182.

39.     Attached hereto as Exhibit 38 is a true and correct copy of the document produced bearing Bates Dearborn-000052.

40.     Attached hereto as Exhibit 39 is a true and correct copy of marked Plaintiffs' deposition exhibit numbered PX108.

41.     Attached hereto as Exhibit 40 is a true and correct copy of the document produced bearing Bates SPGI-000009537.

42.     Attached hereto as Exhibit 41 is a true and correct copy of the document produced bearing Bates ABA-0000026779.

43.     Attached hereto as Exhibit 42 is a true and correct copy of marked Plaintiffs' deposition exhibit numbered PX357.

44.     Attached hereto as Exhibit 43 is a true and correct copy of the document produced bearing Bates FRSI00243290.

45.     Attached hereto as Exhibit 44 is a true and correct copy of marked Plaintiffs' deposition exhibit numbered PX29.

46.     Attached hereto as Exhibit 45 is a true and correct copy of marked Plaintiffs' deposition exhibit numbered PX350.

47.     Attached hereto as Exhibit 46 is a true and correct copy of marked Plaintiffs' deposition exhibit numbered PX26.

48.     Attached hereto as Exhibit 47 is a true and correct copy of the document produced bearing Bates FRSI01235698.

49.     Attached hereto as Exhibit 48 is a true and correct copy of the document produced bearing Bates FRSI00848546.

50.     Attached hereto as Exhibit 49 is a true and correct copy of marked Plaintiffs'
deposition exhibit numbered PX32.

51.     Attached hereto as Exhibit 50 is a true and correct copy of marked Plaintiffs'
deposition exhibit numbered PX34.

52.     Attached hereto as Exhibit 51 is a true and correct copy of marked Plaintiffs'
deposition exhibit numbered PX352.

53.     Attached hereto as Exhibit 52 is a true and correct copy of the document produced
bearing Bates FRSI00074682.

54.     Attached hereto as Exhibit 53 is a true and correct copy of the document produced
bearing Bates FRSI00163032.

55.     Attached hereto as Exhibit 54 is a true and correct copy of marked Plaintiffs'
deposition exhibit numbered PX72.

56.     Attached hereto as Exhibit 55 is a true and correct excerpted copy of marked
Plaintiffs' deposition exhibit numbered PX118.

57.     Attached hereto as Exhibit 56 is a true and correct copy of the document produced
bearing Bates FRSI00170852.

58.     Attached hereto as Exhibit 57 is a true and correct copy of the document produced
bearing Bates XIG_000004.

59.     Attached hereto as Exhibit 58 is a true and correct copy of the document produced
bearing Bates XIG_000123.

60.     Attached hereto as Exhibit 59 is a true and correct copy of the document produced
bearing Bates XIG_000137.

61.     Attached hereto as Exhibit 60 is a true and correct copy of the document produced bearing Bates XIG_000178.

62.     Attached hereto as Exhibit 61 is a true and correct copy of marked Plaintiffs' deposition exhibit numbered PX67.

63.     Attached hereto as Exhibit 62 is a true and correct copy of marked Plaintiffs' deposition exhibit numbered PX119.

64.     Attached hereto as Exhibit 63 is a true and correct copy of marked Plaintiffs' deposition exhibit numbered PX430.

65.     Attached hereto as Exhibit 64 is a true and correct copy of marked Plaintiffs' deposition exhibit numbered PX111.

66.     Attached hereto as Exhibit 65 is a true and correct copy of the document produced bearing Bates FRSI00444955.

67.     Attached hereto as Exhibit 66 is a true and correct copy of the document produced bearing Bates FRSI00134647.

68.     Attached hereto as Exhibit 67 is a true and correct copy of the document produced bearing Bates HCM-00054824.

69.     Attached hereto as Exhibit 68 is a true and correct copy of excerpts of the transcript of the July 24, 2025, Rule 30(b)(6) deposition of FinMason, Inc.

70.     Attached hereto as Exhibit 69 is a true and correct copy of the document produced bearing Bates FRSI00108190.

71.     Attached hereto as Exhibit 70 is a true and correct copy of excerpts of the transcript of the April 10, 2025, Rule 30(b)(6) deposition of Hildene Capital Management, LLC.

72.     Attached hereto as Exhibit 71 is a true and correct copy of marked Plaintiffs' deposition exhibit numbered PX205.

73.     Attached hereto as Exhibit 72 is a true and correct copy of the document produced bearing Bates FRSI00145702.

74.     Attached hereto as Exhibit 73 is a true and correct copy of the document produced bearing Bates FRSI00192921.

75.     Attached hereto as Exhibit 74 is a true and correct copy of the document produced bearing Bates FRSI00197897.

76.     Attached hereto as Exhibit 75 is a true and correct copy of marked Plaintiffs' deposition exhibit numbered PX144.

77.     Attached hereto as Exhibit 76 is a true and correct copy of marked Plaintiffs' deposition exhibit numbered PX156.

78.     Attached hereto as Exhibit 77 is a true and correct copy of marked Plaintiffs' deposition exhibit numbered PX169.

79.     Attached hereto as Exhibit 78 is a true and correct copy of the Expert Report of Alan Schachter, dated August 12, 2025.

80.     Attached hereto as Exhibit 79 is a true and correct copy of the document produced bearing Bates FRSI01755311.

81.     Attached hereto as Exhibit 80 is a true and correct copy of marked Plaintiffs' deposition exhibit numbered PX342.

82.     Attached hereto as Exhibit 81 is a true and correct copy of marked Defendants' deposition exhibit numbered DX61.

83.    Attached hereto as Exhibit 82 is a true and correct copy of the document produced bearing Bates SL-00067864.

84.    Attached hereto as Exhibit 83 is a true and correct copy of the document produced bearing Bates DFG-00048332.

85.    Attached hereto as Exhibit 84 is a true and correct copy of excerpts of the transcript of the February 26, 2025 deposition of Andrew Greenstein.

86.    Attached hereto as Exhibit 85 is a true and correct copy of the document produced bearing Bates FRSI00229577.

87.    Attached hereto as Exhibit 86 is a true and correct copy of the corrected Expert Report of Einer Elhauge, dated August 29, 2025

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated:  September 18, 2025                           */s/ Ronald J. Aranoff*
           New York, New York                            Ronald J. Aranoff

9