# EXHIBIT 4
## Intentionally Omitted