# EXHIBIT 5

-HIGHLY CONFIDENTIAL-

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
Civil Action No. 22 Civ. 1860 (KPF)

----------------------------------------X

DINOSAUR FINANCIAL GROUP LLC, SWISS LIFE INVESTMENT MANAGEMENT HOLDING AG, and HILDENE CAPITAL MANAGEMENT, LLC, on behalf of themselves and all others similarly situated,

Plaintiffs,

-v.-

S&P GLOBAL, INC., AMERICAN BANKERS ASSOCIATION, and FACTSET RESEARCH SYSTEMS INC.,

Defendants.

----------------------------------------X

February 11, 2025
9:05 a.m.

Videotaped Deposition of GERARD FAULKNER, a Witness in the above entitled action, held at Wollmuth Maher & Deutsch LLP, 500 Fifth Ave, Floor 12, New York, New York 10110, taken before Dawn Matera, a Certified Shorthand Reporter and a Notary Public in the State of New York.

* * *

APPEARANCES:

WOLLMUTH MAHER & DEUTSCH LLP
Attorneys for Plaintiffs
500 Fifth Avenue, 12th Floor
New York, New York 10110
Telephone: (212) 382-3300
BY: LYNDON TRETTER, ESQ.
ltretter@wmd-law.com

BY: KYLIE SPENCER, ESQ.
kspencer@wmd-law.com

SHINDER CANTOR LERNER
Attorneys for Defendant FactSet
600 14th St NW, 5th Floor
Washington, D.C. 20005

BY: JAMES KOVACS, ESQ.
james@scl-llp.com

CONSTANTINE CANNON, LLP
Attorneys for Defendant FactSet
6 East 43rd Street
26th floor
New York, New York 10017

BY: SARAH BAYER, ESQ.
sbayer@constantinecannon.com

GIBSON, DUNN & CRUTCHER
Attorneys for S&P Global
MetLife Building
200 Park Avenue
New York, New York 10166

BY: DASHA DUBINSKY, ESQ.
ddubinsky@gibsondunn.com

APPEARANCES (Continued):

JONES DAY
Attorneys for American Bankers Association
250 Vesey Street
New York, New York 10281

BY: ALEXANDER V. MAUGERI, ESQ.
amaugeri@jonesday.com
BY: GABRIEL BUFFEY, ESQ. (Via Zoom)
gbuffy@jonesday.com
555 California Street
26th floor
San Francisco, CA 94104

Also Present:

Jona Kim, Associate General Counsel, FactSet

* * *

GERARD FAULKNER - HIGHLY CONFIDENTIAL

THE VIDEOGRAPHER: Good morning. We are now going on the record. The time is approximately 9:05 a.m. It is the 11th of February 2025. Please note that the microphones are sensitive and may pick up whispering and private conversations. Please mute your phones at this time. Audio and video recording will continue to take place unless all parties agree to go off the record.

This is the video-recorded deposition of Gerald Faulkner in the matter of Dinosaur Financial Group LLC et al., verse S&P Global, Inc., et al. This case is filed in the United States District Court, Southern District of New York, docket number is 1860 (KPF).

The location of this deposition is Wollmuth Maher & Deutsch located at 500 Fifth Avenue in New York City.

My name is Ron Marazzo representing Veritext Legal Solutions.

GERARD FAULKNER - HIGHLY CONFIDENTIAL

Our court reporter is Dawn Matera from the firm of Veritext Legal Solutions.

I am not related to any party in this action nor am I financially interested in its outcome.

All counsel attending including remotely will be noted on the written transcript.

We can now swear in the witness and proceed.

G E R A R D  F A U L K N E R, the Witness herein, having first been duly sworn by the Notary Public, was examined and testified as follows:

EXAMINATION BY MR. TRETTER:

Q. Good morning, Mr. Faulkner.
A. Good morning.
Q. As I introduced myself before, I am Lyndon Tretter, one of the counsel for the plaintiffs and we are here to talk a little bit about your time at CGS. Did you prepare for today's deposition somehow?
A. Yes.

Page 6

GERARD FAULKNER - HIGHLY CONFIDENTIAL

Q. And how did you do that?
A. I met with counsel.
Q. On how many occasions?
A. Three.
Q. And when were those?
A. They were last Monday, last Friday and yesterday.
Q. And if we had to sum up the hours spent, what would it be about?
A. About 10.
Q. And did you look at a number of documents during the course of the preparation?
A. Yes.
Q. Did any of those documents bring you back or refresh your recollection about events that you hadn't thought of in a while?
A. Yes.
Q. What kind of events?
MR. KOVACS: I am going to object to the scope of the question to the extent it gets into the privileged communications that we had. You can

Page 7

GERARD FAULKNER - HIGHLY CONFIDENTIAL

talk about high level topics, but not about any conversations that we had.
A. It was about CUSIP issuance.
Q. And that's something that you have done for your business for a while; is that correct?
A. Yes.
Q. When did you join -- you're an employee of CGS?
A. Yes.
Q. CUSIP Global Systems and now FactSet?
A. Yes.
Q. And it was previously owned by Standard & Poor's?
A. S&P Global, yes.
Q. And when did you start with them?
A. 1986.
Q. A little bit of on your educational background, with college?
A. I just want to clarify with the introduction, my first name is Gerard, not Gerald. So Gerard Faulkner.

Page 8

GERARD FAULKNER - HIGHLY CONFIDENTIAL

Q. Did I say Gerald? Who said it?
THE VIDEOGRAPHER: The videographer.
A. Yes, my education, I have a bachelor of finance degree and I also have an MBA.
Q. And what years did you get those?
A. The bachelor's degree was 1985. And the MBA was 2002.
Q. So where did you get your B.A.?
A. Fordham University.
Q. And it sounds like one of your first jobs was working at S&P; is that correct?
A. Yes, at the time.
Q. And then you took the MBA while you were fully employed?
A. Yes.
Q. And where did you get your MBA from?
A. Fordham University.
Q. Okay. Why don't you take us a little bit through your work history from

Page 9

GERARD FAULKNER - HIGHLY CONFIDENTIAL

1986 to today; titles, responsibilities, that sort of thing.
A. Sure. I started at, as a data collector, that is the entry-level position. Then had a series of promotions that included senior data collector, operations supervisor, editor, and then to my current position as director of CUSIP data operations.
Q. And when did you become the director of CUSIP data operations, what year?
A. I am trying to recall exactly. I would say about 2005.
Q. And your title has stayed the same since that time; is that correct?
A. Yes.
Q. And have the responsibilities stayed pretty much the same since that time?
A. For the most part.
Q. We will talk a little bit more and if you need to fill in some detail. But let's talk a little bit about the

3 (Pages 6 - 9)

Veritext Legal Solutions
212-279-9424 www.veritext.com 212-490-3430

Page 10

GERARD FAULKNER - HIGHLY CONFIDENTIAL

beginning, the data collector.

Was that in a particular division within Standard & Poor's?

A. Within CUSIP it was the CUSIP operations department.

Q. So is it fair to say that since 1986 you always worked within CUSIP Global Services?

A. Yes.

Q. And can we call that CGS? What do you like to call it?

A. CGS is fine.

Q. And did your responsibilities change in and around, when, 2021 or 2022, CGS was acquired by FactSet or did they stay pretty much the same?

A. It stayed pretty much the same.

Q. And so would it be fair to say that the data collection and the operations and the supervisor roles, before you became director, were all within that same group, though, of CUSIP data operations?

MR. KOVACS: Objection to form.

Page 11

GERARD FAULKNER - HIGHLY CONFIDENTIAL

Vague and ambiguous.

You can answer.

Q. You can answer.

A. Yes.

Q. And so the data you were collecting was from an offering document, for example, to sort of issue -- collecting information incident to issuing a CUSIP?

MR. KOVACS: Objection. Lacks foundation.

Q. Is that correct?

A. Yes.

MR. TRETTER: Let us start then with 189.

(Plaintiffs' Exhibit 189, Document Bates stamped FRSI01171986, was so marked for identification, as of this date.)

Page 12

GERARD FAULKNER - HIGHLY CONFIDENTIAL

Page 13

GERARD FAULKNER - HIGHLY CONFIDENTIAL



Page 22

GERARD FAULKNER - HIGHLY CONFIDENTIAL

Page 24

GERARD FAULKNER - HIGHLY CONFIDENTIAL

Page 23

GERARD FAULKNER - HIGHLY CONFIDENTIAL

Page 25

GERARD FAULKNER - HIGHLY CONFIDENTIAL



Page 26

GERARD FAULKNER - HIGHLY CONFIDENTIAL

[redacted]

Page 28

GERARD FAULKNER - HIGHLY CONFIDENTIAL

[redacted]

Page 27

GERARD FAULKNER - HIGHLY CONFIDENTIAL

[redacted]

Page 29

GERARD FAULKNER - HIGHLY CONFIDENTIAL

[redacted]

8 (Pages 26 - 29)

Veritext Legal Solutions
212-279-9424 www.veritext.com 212-490-3430



Page 38

GERARD FAULKNER - HIGHLY CONFIDENTIAL

Q. Let me see if I have any more on this document. I think that's all I have on that document. Thank you very much.

(Plaintiffs' Exhibit 190,

Page 39

GERARD FAULKNER - HIGHLY CONFIDENTIAL

Document Bates stamped FRSI01133393, was so marked for identification, as of this date.)

Page 40

GERARD FAULKNER - HIGHLY CONFIDENTIAL

Page 41

GERARD FAULKNER - HIGHLY CONFIDENTIAL



Page 42

[redacted]

Page 43

GERARD FAULKNER - HIGHLY CONFIDENTIAL

[redacted]

Page 44

[redacted]

Page 45

GERARD FAULKNER - HIGHLY CONFIDENTIAL

[redacted]

12 (Pages 42 - 45)

Veritext Legal Solutions
212-279-9424 www.veritext.com 212-490-3430

Page 46

GERARD FAULKNER - HIGHLY CONFIDENTIAL

Page 48

GERARD FAULKNER - HIGHLY CONFIDENTIAL

Page 47

GERARD FAULKNER - HIGHLY CONFIDENTIAL

Page 49

GERARD FAULKNER - HIGHLY CONFIDENTIAL



Page 86

GERARD FAULKNER - HIGHLY CONFIDENTIAL

Page 88

GERARD FAULKNER - HIGHLY CONFIDENTIAL

Page 87

GERARD FAULKNER - HIGHLY CONFIDENTIAL

Page 89

GERARD FAULKNER - HIGHLY CONFIDENTIAL

Page 90

GERARD FAULKNER - HIGHLY CONFIDENTIAL

Page 92

GERARD FAULKNER - HIGHLY CONFIDENTIAL

Page 91

GERARD FAULKNER - HIGHLY CONFIDENTIAL

Page 93

GERARD FAULKNER - HIGHLY CONFIDENTIAL

Page 94

GERARD FAULKNER - HIGHLY CONFIDENTIAL

Page 96

GERARD FAULKNER - HIGHLY CONFIDENTIAL

Page 95

GERARD FAULKNER - HIGHLY CONFIDENTIAL

Page 97

GERARD FAULKNER - HIGHLY CONFIDENTIAL



Page 98

GERARD FAULKNER - HIGHLY CONFIDENTIAL

MR. TRETTER: Another previously marked exhibit. This is Exhibit 123, Plaintiffs' Exhibit 123.

Page 100

GERARD FAULKNER - HIGHLY CONFIDENTIAL

Page 99

GERARD FAULKNER - HIGHLY CONFIDENTIAL

Page 101

GERARD FAULKNER - HIGHLY CONFIDENTIAL

26 (Pages 98 - 101)

Veritext Legal Solutions
212-279-9424 www.veritext.com 212-490-3430



Page 234

GERARD FAULKNER - HIGHLY CONFIDENTIAL

(Plaintiffs' Exhibit 203, Document Bates stamped FRSI01704432, was so marked for identification, as of this date.)

Page 236

GERARD FAULKNER - HIGHLY CONFIDENTIAL

Page 235

GERARD FAULKNER - HIGHLY CONFIDENTIAL

Page 237

GERARD FAULKNER - HIGHLY CONFIDENTIAL



Page 238

GERARD FAULKNER - HIGHLY CONFIDENTIAL

Page 240

GERARD FAULKNER - HIGHLY CONFIDENTIAL

Page 239

GERARD FAULKNER - HIGHLY CONFIDENTIAL

Page 241

GERARD FAULKNER - HIGHLY CONFIDENTIAL

Q. Let me show you a document that was previously marked as Plaintiffs' Exhibit 39.

(Plaintiffs' Exhibit 39, Document Bates stamped FRSI00194694, was previously marked for identification.)

61 (Pages 238 - 241)

Veritext Legal Solutions
212-279-9424 www.veritext.com 212-490-3430



Page 242

GERARD FAULKNER - HIGHLY CONFIDENTIAL

[redacted]

Page 244

GERARD FAULKNER - HIGHLY CONFIDENTIAL

[redacted]

Page 243

GERARD FAULKNER - HIGHLY CONFIDENTIAL

[redacted]

Page 245

GERARD FAULKNER - HIGHLY CONFIDENTIAL

[redacted]

62 (Pages 242 - 245)

Veritext Legal Solutions

212-279-9424 www.veritext.com 212-490-3430



GERARD FAULKNER - HIGHLY CONFIDENTIAL

GERARD FAULKNER - HIGHLY CONFIDENTIAL

GERARD FAULKNER - HIGHLY CONFIDENTIAL

GERARD FAULKNER - HIGHLY CONFIDENTIAL

(Plaintiffs' Exhibit 204, Document Bates stamped FRSI00537649, was so marked for identification, as of this date.)



Page 250

GERARD FAULKNER - HIGHLY CONFIDENTIAL

[redacted]

Page 252

GERARD FAULKNER - HIGHLY CONFIDENTIAL

[redacted]

Page 251

GERARD FAULKNER - HIGHLY CONFIDENTIAL

[redacted]

Page 253

GERARD FAULKNER - HIGHLY CONFIDENTIAL

[redacted]

64 (Pages 250 - 253)

Veritext Legal Solutions
212-279-9424 www.veritext.com 212-490-3430

Page 254

GERARD FAULKNER - HIGHLY CONFIDENTIAL

Page 256

GERARD FAULKNER - HIGHLY CONFIDENTIAL

Page 255

GERARD FAULKNER - HIGHLY CONFIDENTIAL

(Plaintiffs' Exhibit 205, Document Bates stamped FRSI01053995, was so marked for identification, as of this date.)

Page 257

GERARD FAULKNER - HIGHLY CONFIDENTIAL

65 (Pages 254 - 257)

Veritext Legal Solutions
212-279-9424 www.veritext.com 212-490-3430

GERARD FAULKNER - HIGHLY CONFIDENTIAL

designate the transcript as "Highly Confidential" given the number of highly confidential documents that we reviewed today. And we are going to designate the whole transcript as "Highly Confidential."

MR. TRETTER: Thank you.

Mr. Faulkner, you're released and I appreciate your time and effort today.

THE VIDEOGRAPHER: It is still 5:34 p.m., and this concludes today's testimony. We are off the record.

(Whereupon, at 5:34 p.m., the deposition was concluded.)

DINOSAUR FINANCIAL GROUP LLC, et al. vs. S&P GLOBAL, INC., et al.

2/11/2025 - GERARD FAULKNER

ACKNOWLEDGEMENT OF DEPONENT

I, GERARD FAULKNER, do hereby declare that I have read the foregoing transcript, I have made any corrections, additions, or changes I deemed necessary as noted on the Errata to be appended hereto, and that the same is a true, correct and complete transcript of the testimony given by me.

__________________________ ________________

GERARD FAULKNER Date

*If notary is required

SUBSCRIBED AND SWORN TO BEFORE ME THIS ______ DAY OF ________________, 20___.

__________________________

NOTARY PUBLIC

I N D E X

| WITNESS | EXAMINATION BY | PAGE |
|---|---|---|
| GERARD FAULKNER | Mr. Tetter | 5 |

E X H I B I T S

| PLAINTIFFS' | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 189 | Document Bates stamped FRSI01171986 | 11 |
| Exhibit 190 | Document Bates stamped FRSI01133393 | 39 |
| Exhibit 125 | Document Bates stamped FRSI01755476.000001 | 65 |
| Exhibit 124 | Document Bates stamped RSI01625139 | 81 |
| Exhibit 123 | Document Bates stamped FRSI01632489 | 98 |
| Exhibit 191 | Document Bates stamped FRSI01448291 | 115 |
| Exhibit 192 | Document Bates stamped FRSI00544608 | 120 |
| Exhibit 193 | Document Bates stamped FRSI01129359 | 133 |

I N D E X (Cont'd)

O F

E X H I B I T S

| PLAINTIFFS' | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 194 | Document Bates stamped FRSI00206458 | 146 |
| Exhibit 195 | Document Bates stamped SPGI0000035142 | 155 |
| Exhibit 196 | Document Bates stamped FRSI01367809 | 160 |
| Exhibit 197 | Document Bates stamped FRSI01129404 | 178 |
| Exhibit 198 | Document Bates stamped FRSI01458486 | 190 |
| Exhibit 199 | Document Bates stamped FRSI01456404 | 196 |
| Exhibit 200A | Document Bates stamped FRSI01141036 | 201 |
| Exhibit 200B | Document Bates stamped FRSI01141014 | 201 |
| Exhibit 201 | Document Bates stamped FRSI01662426 | 207 |
| Exhibit 202 | Document Bates stamped FRSI00570600 | 211 |

INDEX (Cont'd)
OF
EXHIBITS

| PLAINTIFFS' | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 12 | Document Bates stamped FRSI 1 | 231 |
| Exhibit 203 | Document Bates stamped FRSI01704432 | 234 |
| Exhibit 39 | Document Bates stamped FRSI00194694 | 241 |
| Exhibit 204 | Document Bates stamped FRSI00537649 | 249 |
| Exhibit 205 | Document Bates stamped FRSI01053995 | 255 |
| Exhibit 206 | Document Bates stamped FRSI01658891 | 262 |
| Exhibit 207 | Document Bates stamped FRSI01137212 | 275 |
| Exhibit 208 | Document Bates stamped FRSI01128783 | 277 |
| Exhibit 209 | Document Bates stamped FRSI00541989 | 281 |
| Exhibit 210 | Document Bates stamped FRSI00537571 | 284 |
| Exhibit 211 | Document Bates stamped FRSI01459705 | 286 |

INDEX (Cont'd)
OF
EXHIBITS

| PLAINTIFFS' | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 212 | Document Bates stamped FRSI01129023 | 289 |
| Exhibit 213 | Document Bates stamped FRSI01461484 | 292 |

CERTIFICATION

I, DAWN MATERA, a Notary Public for and within the State of New York, do hereby certify:

That the witness whose testimony as herein set forth, was duly sworn by me; and that the within transcript is a true record of the testimony given by said witness.

I further certify that I am not related to any of the parties to this action by blood or marriage, and that I am in no way interested in the outcome of this matter.

IN WITNESS WHEREOF, I have hereunto set my hand this 16th day of February, 2025.

Dawn Matera

____________________________

DAWN MATERA

* * *

DINOSAUR FINANCIAL GROUP LLC, et al. vs. S&P GLOBAL, INC., et al.

2/11/2025 - GERARD FAULKNER

ERRATA SHEET

PAGE_____ LINE_____ CHANGE____________________
_______________________________________________
REASON_________________________________________
PAGE_____ LINE_____ CHANGE____________________
_______________________________________________
REASON_________________________________________
PAGE_____ LINE_____ CHANGE____________________
_______________________________________________
REASON_________________________________________
PAGE_____ LINE_____ CHANGE____________________
_______________________________________________
REASON_________________________________________
PAGE_____ LINE_____ CHANGE____________________
_______________________________________________
REASON_________________________________________
PAGE_____ LINE_____ CHANGE____________________
_______________________________________________
REASON_________________________________________

__________________________ ________________
GERARD FAULKNER Date

ERRATA SHEET
VERITEXT REPORTING COMPANY
7 TIMES SQUARE
NEW YORK, NEW YORK 10036
212-279-9424

NAME OF CASE: **Dinosaur Fin. Group v. S&P Global**
DATE OF DEPOSTION: February 11, 2025
NAME OF DEPONENT: Gerard Faulkner

PAGE LINE (S) CHANGE REASON

__7__|___12_|__CUSIP Global Services__|_Services not Systems____

_23_|__18__|_CUSIP Board of Trustees |_Not ABA Board of Trustees_

____|________|__________________________|________________________

__85_|_24__| issue description_|_issue description (not issuer description)

__103__|__14_|___Karin Flynn__|___Should be Karin not Karen___

_103___|__17_|_I do not know her role |_not I do not know her_____

__128__|_25__|_____PPN_____|__Should be PPN (not PPM)___________

_137_|___22__|____preface__|__should be preface not preference___

_139_|___22_|_syndicated loans_|_not indicated loans____________

__152|___13__|____tenor______|__not tenure__________________

__176_|___24_|__REMIC_____|__not REMIX________

____|________|__________________________|________________________

____|________|__________________________|________________________

____|________|__________________________|________________________

______________________________

I declare under penalty and perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: April 4, 2025

Gerard Faulkner
____________________________
Gerard Faulkner