# EXHIBIT 7

From: "Faulkner, Gerard" <gerard.faulkner@cusip.com>
To: "Hunter, Dave" <dave.hunter@cusip.com>
Subject: FW: Terms and Conditions
Date: Tue, 13 Apr 2021 16:28:49 +0000
Importance: Normal
Attachments: S&P_Global_Market_Intelligence_Invoice.pdf

---

Hi Dave,

Just an FYI. I replied already and had a quick call with ▮▮▮▮▮▮▮▮ yesterday.

This is another inquiry about a contract or terms and conditions regarding CUSIP issuance for the attached municipal CUSIP invoice. ▮▮▮▮▮▮▮▮ There is confusion between CUSIP redistribution and issuance with these types of inquiries. Started seeing these types of inquiries in the past year. ▮▮▮ frequently requests CUSIPs so not sure why this particular issuance was being questioned. ▮▮▮ mentioned he spoke with ▮▮▮ ▮▮▮ is also a CGS Board member.

▮▮▮ was going to speak further with his manager and realized he was probably trying to put a "square peg in a round hole."

From: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
Sent: Monday, April 12, 2021 4:44 PM
To: Faulkner, Gerard <gerard.faulkner@cusip.com>
Subject: RE: Terms and Conditions

[EXTERNAL MESSAGE]

Could we have a quick call?



From: Faulkner, Gerard <gerard.faulkner@cusip.com>
Sent: Monday, April 12, 2021 4:41 PM
To: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
Subject: RE: Terms and Conditions

Hi ▮▮▮

There is no contract involved with CUSIP issuance.

Gerard

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
Sent: Monday, April 12, 2021 4:39 PM



CONFIDENTIAL
FRSI00194694

**To:** Faulkner, Gerard <gerard.faulkner@cusip.com>
**Subject:** RE: Terms and Conditions

EXTERNAL MESSAGE

Hello –

Could you also send me a copy of the Terms and conditions? It is needed internally to be loaded on our contract portal.

Best,



**From:** Faulkner, Gerard <gerard.faulkner@cusip.com>
**Sent:** Monday, April 12, 2021 10:44 AM
**To:**
**Subject:** RE: Terms and Conditions

Hello

Attached are the 2020 CUSIP assignment fees that were in effect when the invoice was created last year. Also attached is a fact sheet that explains the Disclosure fee. The CUSIP assignment fee is a one-time registration charge.

Here are the links from the CUSIP website with current fees and CUSIP request information. The fees are available by scrolling down near the end of the CUSIP application page.

https://www.cusip.com/apply/
https://www.cusip.com/pdf/FeesforCUSIPAssignment.pdf


Gerard Faulkner
Director of Operations
**CUSIP Global Services**
Operated for the American Bankers Association by
**S&P Global Market Intelligence**
55 Water Street, 43rd Floor
New York, NY 10041
Email:     gerard.faulkner@cusip.com
www.cusip.com


**From:**
**Sent:** Monday, April 12, 2021 9:59 AM
**To:** *Cusip_Comments <cusip_Comments@cusip.com>
**Subject:** FW: Terms and Conditions

EXTERNAL MESSAGE

Hello – Can someone please assist with the request below? Thanks



**From:**
**Sent:** Friday, April 9, 2021 5:29 PM
**To:** cusip_comments@cusip.com
**Subject:** Terms and Conditions

Hello,

How can I obtain the terms and conditions for CUSIP Issuer Fee's for the attached invoice?

Best,



The information contained in this e-mail, and any attachment, is confidential and is intended solely for the use of the intended recipient. Access, copying or re-use of the e-mail or any attachment, or any information contained therein, by any other person is not authorized. If you are not the intended recipient please return the e-mail to the sender and delete it from your computer. Although we attempt to sweep e-mail and attachments for viruses, we do not guarantee that either are virus-free and accept no liability for any damage sustained as a result of viruses.

Please refer to [redacted] for certain disclosures relating to European legal entities. We take our data protection and privacy responsibilities seriously and our privacy notice explains how we collect, use and share personal information in the course of our business activities. It can be accessed at the privacy section of [redacted].

The information contained in this message is intended only for the recipient, and may be a confidential attorney-client communication or may otherwise be privileged and confidential and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, please be aware that any dissemination or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by replying to the message and deleting it from your computer. S&P Global Inc. reserves the right, subject to applicable local law, to monitor, review and process the content of any electronic message or information sent to or from S&P Global Inc. e-mail addresses without informing the sender or recipient of the message. By sending electronic message or information to S&P Global Inc. e-mail addresses you, as the sender, are consenting to S&P Global Inc. processing any of your personal data therein.

The information contained in this e-mail, and any attachment, is confidential and is intended solely for the use of the intended recipient. Access, copying or re-use of the e-mail or any attachment, or any information contained therein, by any other person is not authorized. If you are not the intended recipient please return the e-mail to the sender and delete it from your computer. Although we attempt to sweep e-mail and attachments for viruses, we do not guarantee that either are virus-free and accept no liability for any damage sustained as a result of viruses.

Please refer to ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ for certain disclosures relating to European legal entities. We take our data protection and privacy responsibilities seriously and our privacy notice explains how we collect, use and share personal information in the course of our business activities. It can be accessed at the privacy section of ▇▇▇▇▇▇▇▇

The information contained in this e-mail, and any attachment, is confidential and is intended solely for the use of the intended recipient. Access, copying or re-use of the e-mail or any attachment, or any information contained therein, by any other person is not authorized. If you are not the intended recipient please return the e-mail to the sender and delete it from your computer. Although we attempt to sweep e-mail and attachments for viruses, we do not guarantee that either are virus-free and accept no liability for any damage sustained as a result of viruses.

Please refer to ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ for certain disclosures relating to European legal entities. We take our data protection and privacy responsibilities seriously and our privacy notice explains how we collect, use and share personal information in the course of our business activities. It can be accessed at the privacy section of ▇▇▇▇▇▇▇▇.

CONFIDENTIAL                                                                                                      FRSI00194697



**CUSIP GLOBAL SERVICES**
Experience • Process
Technology • Innovation

S&P GLOBAL MARKET INTELLIGENCE LLC
55 WATER ST,
NEW YORK, NY, 10041, US
Federal I.D.: 13-4155501

# INVOICE

| Customer Number | Invoice No | Invoice Date | Reference |
|---|---|---|---|
|  | | 27-OCT-2020 |  |

Bill To:

Ship To:

| CUSIP No. | Coupon | Dated Date | Maturity | Description | Amount (USD) |
|---|---|---|---|---|---|

| | Subtotal | |
|---|---|---|
| | Invoice Total | |
| | Payment | |
| | Credits/Adjustments | |
| | Balance Due (USD) | |

---

To Ensure Proper Credit Detach Here and Return This Portion With Your Remittance Payable to CUSIP Global Services



**CUSIP GLOBAL SERVICES**
Experience • Process
Technology • Innovation

View or Pay your Invoices online @ https://spglobal-billing.secure.force.com/

Federal I.D.: 13-4155501
Invoice No:
Customer Number:
Invoice Date: 27-OCT-2020

Credit Card: https://spglobal-billing.secure.force.com/

Bank Wire: Bank of America/Chicago,
S&P Global Market Intelligence
Account No.
ABA (Wires):
ABA (ACH):

Checks: S&P GLOBAL MARKET INTELLIGENCE
33356 COLLECTION CENTER DRIVE
Chicago IL 60693



Total Amount Due (USD):   $415.00

Amount Enclosed:

HIGHLY CONFIDENTIAL

FRSI00194698

**Wire Transfer Instructions:**
Bank of America/Chicago, Illinois
S&P Global Market Intelligence

Send check payable to CUSIP Global Services with remittance stubs to:
S&P Global Market Intelligence
33356 Collection Center Drive
Chicago, IL 60693-0333

Send final documents and other correspondence to:
CUSIP Global Services
55 Water Street
New York, NY 10041-0003

Please always include your invoice number and contract or account number when corresponding with us. This will help to assure you of the best possible service. Please include your invoice number with payments by wire transfer.

The following paragraphs exclusively govern your access to and use of the products and service(s) (the "Services") designated on the front of this invoice or fee schedule *if* you have not separately entered into a CUSIP Global Services Subscription Agreement or CUSIP Global Services Distribution Agreement with CUSIP Global Services ("CGS") in connection with your access to and use of such Service(s). CGS is managed by S&P Global Market Intelligence LLC ("S&P"), a Delaware limited liability company, on behalf of the American Bankers Association. If you have entered into any such separate agreements, the terms of such separate CUSIP Global Services Subscription Agreement or CUSIP Global Services Distribution Agreement shall prevail with respect to your access to and use of the Services.

Payment of this invoice confirms your acceptance of the terms and conditions set forth in this invoice. All licenses of such Services will be renewed automatically immediately after the expiration of the period(s) stated, at the rate(s) then applicable, and such amounts are payable in advance unless either CGS or you provide notice to the other of cancellation in writing at least 30 days before the renewal date.

The Services are for your internal business use only. You may not modify or derive any information, data or works from the Service(s) and you will not publish, reproduce, extract, and/or otherwise distribute, within your business, outside of it or otherwise, the Service(s) or any component or portion thereof in any manner (including, but not limited to, via or as part of any internal data management system or Internet site) without an additional license, it being understood that any approved use or distribution of the Service(s) beyond the express uses authorized under these invoice terms and conditions is subject to the payment of additional fees to CGS.

S&P, ITS AFFILIATES AND SUBSIDIARIES (INCLUDING CGS) AND THEIR THIRD-PARTY PROVIDERS (COLLECTIVELY THE "SPG PARTIES") DISCLAIM ANY AND ALL WARRANTIES AND REPRESENTATIONS, EXPRESS OR IMPLIED, INCLUDING ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE AS TO THE SERVICES, INCLUDING THE INFORMATION, DATA, SOFTWARE OR PRODUCTS CONTAINED THEREIN OR THE RESULTS OBTAINED BY THEIR USE OR AS TO THE PERFORMANCE THEREOF.

IF APPLICABLE, A REFERENCE TO A PARTICULAR INVESTMENT OR SECURITY, A CREDIT RATING OR ANY OBSERVATION CONCERNING AN INVESTMENT OR SECURITY PROVIDED IN THE SERVICES IS NOT A RECOMMENDATION TO BUY, SELL OR HOLD SUCH INVESTMENT OR SECURITY OR TO MAKE ANY OTHER INVESTMENT DECISIONS AND DOES NOT ADDRESS THE SUITABILITY OF ANY INVESTMENT OR SECURITY. YOU MAY NOT RELY ON THE SERVICES AND THEY ARE NOT A SUBSTITUTE FOR THE SKILL, JUDGMENT AND EXPERIENCE OF YOU, YOUR MANAGEMENT, EMPLOYEES, ADVISORS AND/OR CLIENTS IN MAKING INVESTMENT AND OTHER BUSINESS DECISIONS. THE SPG PARTIES DO NOT ACT NOR SHALL BE DEEMED TO BE ACTING AS A FIDUCIARY IN PROVIDING THE SERVICES.

THE SPG PARTIES DO NOT GUARANTEE THE ADEQUACY, ACCURACY, TIMELINESS OR COMPLETENESS OF THE SERVICES OR ANY COMPONENT THEREOF OR ANY COMMUNICATIONS, INCLUDING ORAL OR WRITTEN COMMUNICATIONS (INCLUDING ELECTRONIC COMMUNICATIONS) OR OUTPUT WITH RESPECT THERETO. THE SPG PARTIES SHALL NOT BE SUBJECT TO ANY DAMAGES OR LIABILITY FOR ANY ERRORS, OMISSIONS, INTERRUPTIONS OR DELAYS IN THE SERVICES. THE SERVICES AND ALL COMPONENTS THEREOF ARE PROVIDED ON AN "AS IS" BASIS AND YOUR USE OF THE SERVICES IS AT YOUR OWN RISK.

NOTWITHSTANDING ANYTHING TO THE CONTRARY IN THIS AGREEMENT, IN NO EVENT WHATSOEVER SHALL THE SPG PARTIES BE LIABLE FOR ANY INDIRECT, SPECIAL, INCIDENTAL, PUNITIVE OR CONSEQUENTIAL DAMAGES, INCLUDING LOSS OF PROFITS, TRADING LOSSES, BUSINESS INTERRUPTION LOSSES OR LOST TIME OR GOOD WILL, EVEN IF THEY HAVE BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES, WHETHER IN CONTRACT, TORT, STRICT LIABILITY OR OTHERWISE.

IN NO EVENT SHALL THE MAXIMUM CUMULATIVE LIABILITY OF ANY SPG PARTY IN CONNECTION WITH THE SERVICES AND/OR THIS AGREEMENT, REGARDLESS OF THE FORM OF ACTION, WHETHER IN CONTRACT, TORT, STRICT LIABILITY OR OTHERWISE, EXCEED THE FEES PAYABLE BY YOU TO SUCH SPG PARTY FOR THE SERVICE(S) IN QUESTION IN THE MONTH IN WHICH SUCH LIABILITY IS ALLEGED TO HAVE ARISEN.

NO ACTION, REGARDLESS OF FORM, ARISING FROM OR PERTAINING TO THIS AGREEMENT AND/OR THE SERVICES MAY BE BROUGHT BY YOU MORE THAN ONE (1) YEAR AFTER SUCH ACTION HAS ACCRUED.

**Privacy Notice**
If your or your company's agreement for the Services does not already incorporate the Data Protection Appendix, then the provision of the Services by CGS, as well as your access to and use of the Services, are subject to the terms of the Data Protection Appendix (as set forth at:
https://www.spglobal.com/marketintelligence/en/documents/Data-Protection-Appendix.pdf for CGS Services wherein "S&P" shall apply to CGS and "Subscriber" shall apply to you or your company), which terms are incorporated into and made a part of these invoice terms and are subject to modification by CGS from time to time. For information about how personal data will be used and maintained, please see our Privacy and Cookie Notice at: https://www.cusip.com/legal.html#/privacyAndCookieNotice

HIGHLY CONFIDENTIAL

FRSI00194699

**APInvoices**

From:
Sent: Tuesday, December 15, 2020 6:26 PM
To: APInvoices
Subject: Invoice submission
Attachments: CUSIP Invoice No ▮.pdf

Hello.

Please process the attached invoice.

CUSIP Invoice No. ▮
Amount ▮
Approver: ▮
Cost Code: ▮
G/L ▮
Ship to: ▮

Have a good day.
Thank you!



This is for informational purposes only; from sources the Firm believes reliable; may not be accurate or complete; is subject to change; is not a recommendation or offer to buy/sell a financial instrument or adopt any investment strategy; is not legal, tax, credit or accounting advice. Do not use e-mail to submit any instructions – acceptances are at your risk. The Firm or its affiliates lends to, borrows from and provides other products/services to issuers and others, receives compensation therefore, and periodically has a direct or indirect financial interest in the financial instruments/transactions indicated. Additional risks may exist that are not referenced. Past performance is not indicative of future returns. Other than CDs or CDARS, financial instruments: are not FDIC insured; are not deposits or other obligations of and are not guaranteed by the Firm or any bank or non-bank affiliate; and involve investment risk including possible loss of principal. The Firm is a wholly owned, indirect non-bank subsidiary of ▮, and a member of FINRA and SIPC, and is solely responsible for its obligations and commitments.

HIGHLY CONFIDENTIAL
FRSI00194700

1