# EXHIBIT 8

# INVOICE



**CUSIP GLOBAL SERVICES**
Experience • Process
Technology • Innovation

S&P GLOBAL MARKET INTELLIGENCE LLC
55 WATER ST,
NEW YORK, NY, 10041, US
Federal I.D.: 13-4155501



| Customer Number | Invoice No | Invoice Date | Reference |
|---|---|---|---|
|  |  | 31-MAR-2020 |  |

**Bill To:**

**Ship To:**



| CUSIP No. | Coupon | Dated Date | Maturity | Description | Amount (USD) |
|---|---|---|---|---|---|

To Ensure Proper Credit Detach Here and Return This Portion With Your Remittance Payable to CUSIP Global Services



**CUSIP GLOBAL SERVICES**
Experience • Process
Technology • Innovation

View or Pay your Invoices online @ https://spglobal-billing.secure.force.com/

Credit Card: https://spglobal-billing.secure.force.com/

Federal I.D.:
Invoice No:
Customer Number:
Invoice Date:

Bank Wire: Bank of America/Chicago,
S&P Global Market Intelligence
Account No.
ABA (Wires):
ABA (ACH):
Swift:

Checks: S&P GLOBAL MARKET INTELLIGENCE
33356 COLLECTION CENTER DRIVE
Chicago IL 60693

Total Amount Due (USD):

Amount Enclosed:

# INVOICE

**CUSIP GLOBAL SERVICES**
Experience • Process
Technology • Innovation

S&P GLOBAL MARKET INTELLIGENCE LLC
55 WATER ST,
NEW YORK, NY, 10041, US
Federal I.D.: 13-4155501

| Customer Number | Invoice No | Invoice Date | Reference |
|---|---|---|---|
| ███ | ███ | 31-MAR-2020 | ███ |

**Bill To:** ███

**Ship To:** ███

| CUSIP No | Coupon | Dated Date | Maturity | Description | Amount (USD) |
|---|---|---|---|---|---|
| ███ | ███ | ███ | ███ | ███ | ███ |

# INVOICE

**S&P GLOBAL MARKET INTELLIGENCE LLC**
CUSIP GLOBAL SERVICES
Experience • Process
Technology • Innovation
55 WATER ST,
NEW YORK, NY, 10041, US
Federal I.D.: 13-4155501

| Customer Number | Invoice No. | Invoice Date | Reference |
|---|---|---|---|
| ███ | ███ | 31-MAR-2020 | ███ |

**Bill To:** ███

**Ship To:** ███

| CUSIP No. | Coupon | Dated Date | Maturity | Description | Amount (USD) |
|---|---|---|---|---|---|
| ███ | ███ | ███ | ███ | ███ | ███ |

CONFIDENTIAL

ABA-0000004549

# INVOICE

**CUSIP GLOBAL SERVICES**
Experience • Process
Technology • Innovation

S&P GLOBAL MARKET INTELLIGENCE LLC
55 WATER ST,
NEW YORK, NY, 10041, US
Federal I.D.: 13-4155501

| Customer Number | Invoice No | Invoice Date | Reference |
|---|---|---|---|
| ███ | ███ | 31-MAR-2020 | ███ |

**Bill To:** ███

**Ship To:** ███

| CUSIP No. | Coupon | Dated Date | Maturity | Description | Amount (USD) |
|---|---|---|---|---|---|

CONFIDENTIAL

ABA-0000004550

**INVOICE**

**CUSIP GLOBAL SERVICES**
Experience • Process
Technology • Innovation

S&P GLOBAL MARKET INTELLIGENCE LLC
55 WATER ST,
NEW YORK, NY, 10041, US
Federal I.D.: 13-4155501

| Customer Number | Invoice No | Invoice Date | Reference |
|---|---|---|---|
| ▮ | ▮ | 31-MAR-2020 | ▮ |

**Bill To:** ▮

**Ship To:** ▮

| CUSIP No. | Coupon | Dated Date | Maturity | Description | Amount (USD) |
|---|---|---|---|---|---|
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |

CONFIDENTIAL

ABA-0000004551

**CUSIP GLOBAL SERVICES**
Experience • Process
Technology • Innovation

S&P GLOBAL MARKET INTELLIGENCE LLC
55 WATER ST,
NEW YORK, NY, 10041, US
Federal I.D.: 13-4155501

# INVOICE

| Customer Number | Invoice No | Invoice Date | Reference |
|---|---|---|---|
| [redacted] | [redacted] | 31-MAR-2020 | [redacted] |

**Bill To:** [redacted]

**Ship To:** [redacted]

| CUSIP No. | Coupon | Dated Date | Maturity | Description | Amount (USD) |
|---|---|---|---|---|---|

[content redacted]

CONFIDENTIAL

ABA-0000004552

**CUSIP GLOBAL SERVICES**
Experience • Process
Technology • Innovation

**INVOICE**

S&P GLOBAL MARKET INTELLIGENCE LLC
55 WATER ST,
NEW YORK, NY, 10041, US
Federal I.D.: 13-4155501

| Customer Number | Invoice No | Invoice Date | Reference |
|---|---|---|---|
| ▮ | ▮ | 31-MAR-2020 | ▮ |

**Bill To:** ▮

**Ship To:** ▮

| CUSIP No. | Coupon | Dated Date | Maturity | Description | Amount (USD) |
|---|---|---|---|---|---|
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |

**INVOICE**

**CUSIP GLOBAL SERVICES**
Experience • Process
Technology • Innovation

S&P GLOBAL MARKET INTELLIGENCE LLC
55 WATER ST,
NEW YORK, NY, 10041, US
Federal I.D.: 13-4155501

| Customer Number | Invoice No. | Invoice Date | Reference |
|---|---|---|---|
| ███████ | ███████ | 31-MAR-2020 | ███████ |

**Bill To:** ███████

**Ship To:** ███████

| CUSIP No. | Coupon | Dated Date | Maturity | Description | Amount (USD) |
|---|---|---|---|---|---|

CONFIDENTIAL

ABA-0000004554

**CUSIP GLOBAL SERVICES**
Experience • Process
Technology • Innovation

S&P GLOBAL MARKET INTELLIGENCE LLC
55 WATER ST,
NEW YORK, NY, 10041, US
Federal I.D.: 13-4155501

# INVOICE

| Customer Number | Invoice No | Invoice Date | Reference |
|---|---|---|---|
| ■ | ■ | 31-MAR-2020 | ■ |

**Bill To:** ■

**Ship To:** ■

| CUSIP No. | Coupon | Dated Date | Maturity | Description | Amount (USD) |
|---|---|---|---|---|---|
| ■ | | | | | |

**CUSIP GLOBAL SERVICES**
Experience • Process
Technology • Innovation

S&P GLOBAL MARKET INTELLIGENCE LLC
55 WATER ST,
NEW YORK, NY, 10041, US
Federal I.D.: 13-4155501

# INVOICE

| Customer Number | Invoice No | Invoice Date | Reference |
|---|---|---|---|
|  |  | 31-MAR-2020 |  |

**Bill To:** ███

**Ship To:** ███

| CUSIP No. | Coupon | Dated Date | Maturity | Description | Amount (USD) |
|---|---|---|---|---|---|

███

|  | Subtotal |  |
|---|---|---|
|  | Invoice Total |  |
|  | Payment |  |
|  | Credits/Adjustments |  |
|  | Balance Due (USD) |  |

CONFIDENTIAL

ABA-0000004556

**Wire Transfer Instructions:**
Bank of America/Chicago, Illinois
S&P Global Market Intelligence
Account No.
ABA (Wires): ■
ABA (ACH): ■
Swift: ■

**Send check payable to CUSIP Global Services with remittance stubs to:**
S&P Global Market Intelligence
33356 Collection Center Drive
Chicago, IL 60693-0333

**Send final documents and other correspondence to:**
CUSIP Global Services
55 Water Street
New York, NY 10041-0003

Please always include your invoice number and contract or account number when corresponding with us. This will help to assure you of the best possible service. Please include your invoice number with payments by wire transfer.

The following paragraphs exclusively govern your access to and use of the products and service(s) (the "Services") designated on the front of this invoice or fee schedule *if* you have not separately entered into a CUSIP Global Services Subscription Agreement or CUSIP Global Services Distribution Agreement with CUSIP Global Services ("CGS") in connection with your access to and use of such Service(s). CGS is managed by S&P Global Market Intelligence LLC ("S&P"), a Delaware limited liability company, on behalf of the American Bankers Association. If you have entered into any such separate agreements, the terms of such separate CUSIP Global Services Subscription Agreement or CUSIP Global Services Distribution Agreement shall prevail with respect to your access to and use of the Services.

Payment of this invoice confirms your acceptance of the terms and conditions set forth in this invoice. All licenses of such Services will be renewed automatically immediately after the expiration of the period(s) stated, at the rate(s) then applicable, and such amounts are payable in advance unless either CGS or you provide notice to the other of cancellation in writing at least 30 days before the renewal date.

The Services are for your internal business use only. You may not modify or derive any information, data or works from the Service(s) and you will not publish, reproduce, extract, and/or otherwise distribute, within your business, outside of it or otherwise, the Service(s) or any component or portion thereof in any manner (including, but not limited to, via or as part of any internal data management system or Internet site) without an additional license, it being understood that any approved use or distribution of the Service(s) beyond the express uses authorized under these invoice terms and conditions is subject to the payment of additional fees to CGS.

S&P, ITS AFFILIATES AND SUBSIDIARIES (INCLUDING CGS) AND THEIR THIRD-PARTY PROVIDERS (COLLECTIVELY THE "SPG PARTIES") DISCLAIM ANY AND ALL WARRANTIES AND REPRESENTATIONS, EXPRESS OR IMPLIED, INCLUDING ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE AS TO THE SERVICES, INCLUDING THE INFORMATION, DATA, SOFTWARE OR PRODUCTS CONTAINED THEREIN OR THE RESULTS OBTAINED BY THEIR USE OR AS TO THE PERFORMANCE THEREOF.

IF APPLICABLE, A REFERENCE TO A PARTICULAR INVESTMENT OR SECURITY, A CREDIT RATING OR ANY OBSERVATION CONCERNING AN INVESTMENT OR SECURITY PROVIDED IN THE SERVICES IS NOT A RECOMMENDATION TO BUY, SELL OR HOLD SUCH INVESTMENT OR SECURITY OR TO MAKE ANY OTHER INVESTMENT DECISIONS AND DOES NOT ADDRESS THE SUITABILITY OF ANY INVESTMENT OR SECURITY. YOU MAY NOT RELY ON THE SERVICES AND THEY ARE NOT A SUBSTITUTE FOR THE SKILL, JUDGMENT AND EXPERIENCE OF YOU, YOUR MANAGEMENT, EMPLOYEES, ADVISORS AND/OR CLIENTS IN MAKING INVESTMENT AND OTHER BUSINESS DECISIONS. THE SPG PARTIES DO NOT ACT NOR SHALL BE DEEMED TO BE ACTING AS A FIDUCIARY IN PROVIDING THE SERVICES.

THE SPG PARTIES DO NOT GUARANTEE THE ADEQUACY, ACCURACY, TIMELINESS OR COMPLETENESS OF THE SERVICES OR ANY COMPONENT THEREOF OR ANY COMMUNICATIONS, INCLUDING ORAL OR WRITTEN COMMUNICATIONS (INCLUDING ELECTRONIC COMMUNICATIONS) OR OUTPUT WITH RESPECT THERETO. THE SPG PARTIES SHALL NOT BE SUBJECT TO ANY DAMAGES OR LIABILITY FOR ANY ERRORS, OMISSIONS, INTERRUPTIONS OR DELAYS IN THE SERVICES. THE SERVICES AND ALL COMPONENTS THEREOF ARE PROVIDED ON AN "AS IS" BASIS AND YOUR USE OF THE SERVICES IS AT YOUR OWN RISK.

NOTWITHSTANDING ANYTHING TO THE CONTRARY IN THIS AGREEMENT, IN NO EVENT WHATSOEVER SHALL THE SPG PARTIES BE LIABLE FOR ANY INDIRECT, SPECIAL, INCIDENTAL, PUNITIVE OR CONSEQUENTIAL DAMAGES, INCLUDING LOSS OF PROFITS, TRADING LOSSES, BUSINESS INTERRUPTION LOSSES OR LOST TIME OR GOOD WILL, EVEN IF THEY HAVE BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES, WHETHER IN CONTRACT, TORT, STRICT LIABILITY OR OTHERWISE.

IN NO EVENT SHALL THE MAXIMUM CUMULATIVE LIABILITY OF ANY SPG PARTY IN CONNECTION WITH THE SERVICES AND/OR THIS AGREEMENT, REGARDLESS OF THE FORM OF ACTION, WHETHER IN CONTRACT, TORT, STRICT LIABILITY OR OTHERWISE, EXCEED THE FEES PAYABLE BY YOU TO SUCH SPG PARTY FOR THE SERVICE(S) IN QUESTION IN THE MONTH IN WHICH SUCH LIABILITY IS ALLEGED TO HAVE ARISEN.

NO ACTION, REGARDLESS OF FORM, ARISING FROM OR PERTAINING TO THIS AGREEMENT AND/OR THE SERVICES MAY BE BROUGHT BY YOU MORE THAN ONE (1) YEAR AFTER SUCH ACTION HAS ACCRUED.

**Privacy Notice**

If your or your company's agreement for the Services does not already incorporate the Data Protection Appendix, then the provision of the Services by CGS, as well as your access to and use of the Services, are subject to the terms of the Data Protection Appendix (as set forth at:
https://www.spglobal.com/marketintelligence/en/documents/Data-Protection-Appendix.pdf for CGS Services wherein "S&P" shall apply to CGS and "Subscriber" shall apply to you or your company), which terms are incorporated into and made a part of these invoice terms and are subject to modification by CGS from time to time. For information about how personal data will be used and maintained, please see our Privacy and Cookie Notice at:
https://www.cusip.com/legal.html#/privacyAndCookieNotice

CONFIDENTIAL

ABA-0000004557