# EXHIBIT 9

**From:** "Faulkner, Gerard" <gerard.faulkner@cusip.com>
**To:** ▮▮▮▮▮▮▮▮▮▮ *Cusip_Comments <cusip_Comments@cusip.com>
**Cc:** ▮▮▮▮▮▮▮▮▮▮
**Subject:** RE: Payment timing for CUSIP number
**Date:** Mon, 27 Jun 2022 15:48:32 +0000
**Importance:** Normal
**Attachments:** 2400440559_581754.pdf

Hi ▮▮▮

Attached is the CUSIP invoice that was emailed to ▮▮▮▮▮▮ on 26 May 2022, the day after the CUSIPs were assigned. The invoice was emailed to ▮▮▮▮▮▮ in order to verify the email address.

Please provide the final prospectus when available in order that final terms may be updated including the warrant expiration date. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Thank you.

Regards,
Gerard


Gerard Faulkner
Director of Operations
CUSIP Global Services
Operated for the American Bankers Association by
FactSet Research Systems Inc.
Office:     212-438-6542
Email:      gerard.faulkner@cusip.com
www.cusip.com


-----Original Message-----
**From:** ▮▮▮▮▮▮▮▮▮▮
**Sent:** Saturday, June 25, 2022 11:42 PM
**To:** Faulkner, Gerard <gerard.faulkner@cusip.com>; *Cusip_Comments <cusip_Comments@cusip.com>
**Cc:** ▮▮▮▮▮▮▮▮▮▮
**Subject:** RE: Payment timing for CUSIP number

EXTERNAL MESSAGE


Hi Gerard,

EXHIBIT
PIF
204
2/11/25  JM

We understand from ▮ that it didn't receive any invoice from CUSIP. Could you please re-send the invoice, or send us an e-copy of the invoice here so that we could pass it to ▮? Thanks!

Regards,

▮

Registered Foreign Lawyer (Admitted in New York, USA)

-----Original Message-----
From: Faulkner, Gerard <gerard.faulkner@cusip.com>
Sent: Thursday, June 23, 2022 11:57 PM
To: ▮ cusip_Comments@cusip.com
Cc: ▮
Subject: [EXTERNAL] RE: Payment timing for CUSIP number

Dear ▮,

An invoice was sent out to ▮ rather than a credit card charge. The invoice has not been paid at this time.

Please let us know when the CUSIPs can be released. The F-4 registration statement appears on the US SEC website so it is public information. It is our procedure to release the CUSIPs on our service at the time of CUSIP assignment when the preliminary prospectus is filed.

Thank you.

Regards,
Gerard


Gerard Faulkner
Director of Operations
CUSIP Global Services
Operated for the American Bankers Association by FactSet Research Systems Inc.
Office: 212-438-6542
Email: gerard.faulkner@cusip.com
https://urldefense.com/v3/__http://www.cusip.com__;!!ARePqKBowW4!yO0ggEwi1TUQYzLNB7nD880iekJhZ_LSl1POd61ogwy1Y02JSSOwnhM0_5hIuzAyZnjjOQqk14Mzx1Smfo0WP-scKQ$


-----Original Message-----
From: ▮
Sent: Wednesday, June 22, 2022 10:51 PM
To: Faulkner, Gerard <gerard.faulkner@cusip.com>; *Cusip_Comments <cusip_Comments@cusip.com>
Cc: ▮

Subject: RE: Payment timing for CUSIP number

EXTERNAL MESSAGE

Dear Gerard,

Thanks for your response. ▇▇▇ told us that they have not been charged on their credit card either. Could you kindly check if the payment has been made? Besides, please remain the CUSIPs confidential for now. Thanks!

Best regards,

▇▇▇

-----Original Message-----
From: Faulkner, Gerard <gerard.faulkner@cusip.com>
Sent: Thursday, June 23, 2022 6:57 AM
To: ▇▇▇ cusip_Comments@cusip.com
Cc: ▇▇▇
Subject: [EXTERNAL] RE: Payment timing for CUSIP number

Dear ▇▇▇

The CUSIP assignment was billed directly to the issuer, ▇▇▇ who submitted the CUSIP application in May. You should have not been charged on your credit card.

The company requested that the CUSIPs for the ordinary shares and warrants be confidential at the time of CUSIP assignment. Should the CUSIPs/ISINs remain confidential or can the CUSIPs/ISINs be released on the CUSIP service for dissemination to market participants?

Thank you.

Regards,
Gerard


Gerard Faulkner
Director of Operations
CUSIP Global Services
Operated for the American Bankers Association by FactSet Research Systems Inc.
Office: 212-438-6542
Email: gerard.faulkner@cusip.com
https://urldefense.com/v3/__http://www.cusip.com__;!!ARePqKBowW4!0ps4ju3amLBkKqoGr4C5Gyu4qImHqeQY2HhpB1DHqTHbI4n7xxYPgvyoXhhv2uotpiJKuPxAL9TOAvTSueyspZdflg$

-----Original Message-----
From: ▇▇▇
Sent: Monday, June 20, 2022 4:38 AM
To: *Cusip_Comments <cusip_Comments@cusip.com>

Cc: █████████████████████████████████████████████████████
Subject: Payment timing for CUSIP number

EXTERNAL MESSAGE

Dear Sir or Madam,

We have submitted the CUSIP number application on behalf of ██████████ I think we have already got the CUSIP number, but we haven't seen any changes on the corporate credit card we provided. Could you advise the timing of the payment for the CUSIP number - whether it is payable upon application/ obtaining of the CUSIP number, or later? Is there anything else we need to follow up? Thanks much.

Best regards,

████████

████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████

This e-mail is sent by a law firm and contains information that may be privileged and confidential. If you are not the intended recipient, please delete the e-mail and notify us immediately.

The information contained in this message is intended only for the recipient, and may be a confidential attorney-client communication or may otherwise be privileged and confidential and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, please be aware that any dissemination or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by replying to the message and deleting it from your computer. S&P Global Inc. reserves the right, subject to applicable local law, to monitor, review and process the content of any electronic message or information sent to or from S&P Global Inc. e-mail addresses without informing the sender or recipient of the message. By sending electronic message or information to S&P Global Inc. e-mail addresses you, as the sender, are consenting to S&P Global Inc. processing any of your personal data therein.

=====================================================================
**This is an external message from: gerard.faulkner@cusip.com **

This e-mail is sent by a law firm and contains information that may be privileged and confidential. If you are not the intended recipient, please delete the e-mail and notify us immediately. A list of the firm's principals will be provided to the recipient(s) of this e-mail upon request. Sullivan & Cromwell (Hong Kong) LLP is affiliated with Sullivan & Cromwell LLP, a limited liability partnership registered in New York.



| Wire Transfer Instructions: | Send check payable to CUSIP Global Services with remittance stubs to: | Send final documents and other correspondence to: cusip_support@cusip.com |
|---|---|---|
| [redacted] | [redacted] | |

To ensure accurate Wire Transfer processing, please send us an email indicating the amount, date and invoice numbers associated with the wire payment to cusip_wirepayments@cusip.com

Wire Transfer payments and checks should be made payable to CUSIP Global Services. **All invoice numbers must be indicated on your payment.**

For Credit Card processing and billing inquiries, please call CUSIP Customer Service at +1 877-287-4737, option 7. CUSIP Customer service can also be contacted via email at cusip_custservice@cusip.com

CUSIP Global Services requires that FINAL documentation (i.e., prospectus or official statement preferably in electronic form) be sent to CUSIP Global Services as soon as it is available. "Requestor" risks suspension and/or withdrawal of the CUSIP number(s) without the receipt of final documentation by the CUSIP Global Services within 10 days of the offering date

GLOBAL SERVICES

CUSIP Global Services (CGS) is managed on behalf of the American Bankers Association (ABA) by FactSet Research Systems Inc. (FactSet). CGS exists for the primary purpose of uniquely identifying issuers and issues of securities and financial instruments within a standard framework, and disseminating this data to the financial marketplace. CUSIP identifiers and standardized descriptions are the valuable intellectual property of the ABA and are used by virtually all sectors of the financial industry for the efficient clearance and settlement of securities as well as back-office processing.

CUSIP Global Services seeks to assign unique nine-character identifiers and standardized descriptions in a timely and accurate manner, using its reasonable commercial efforts to use primary or reliable sources of information. However, because of the possibility of human or mechanical error by securities issuers, CGS's sources, FactSet or others, neither FactSet nor the ABA guarantees the accuracy, adequacy or completeness of any information, and FactSet and the ABA are not responsible for any errors or omission or for the results obtained from use of such information. The assignment of a CUSIP identifier to a particular security by CGS is not intended to be and should not be construed as an endorsement of such security, a recommendation to purchase, sell or hold such security or an opinion as the legal validity of such security.

Privacy Notice:. For information about how CGS, FactSet and their affiliates process personal data in accordance with applicable law and regulation, see the Privacy and Cookie Notice at https://www.factset.com/legal, as may be amended from time to time.