# EXHIBIT 10

Privileged and Confidential          Expert Report of Frank Lenz

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DINOSAUR FINANCIAL GROUP LLC, HILDENE CAPITAL MANAGEMENT, LLC, and SWISS LIFE INVESTMENT MANAGEMENT HOLDING AG im Namen ihrer selbst und aller anderen, Kläger ./. S&P GLOBAL, INC., AMERICAN BANKERS ASSOCIATION, und FACTSET RESEARCH SYSTEMS INC. Beklagte | **Civil Action No.: 1:22-cv-1860-KPF** **Civil Action No.: 1:22-cv-1929-KPF** |

### GUTACHTEN von FRANK LENZ

12 August 2025

1

Privileged and Confidential                                    Expert Report of Frank Lenz

## Inhaltsverzeichnis

*I.   Auftrag und Umfang* ........................................................................................ **3**

*II.  Qualifikationen* ............................................................................................... **4**

*III. Zusammenfassung der Stellungnahmen* ...................................................... **7**

*IV. Faktische Hintergrundinformationen* .......................................................... **7**

**A.    WM-Daten ist in zwei Geschäftsbereichen tätig: Ausgabe und Verwaltung von neuen WKN und den entsprechenden ISIN (Emissionsmarkt) sowie Erstellung und Vertrieb von Datenprodukten und Dienstleistungen, die WKN und ISIN enthalten (Anwendungs- resp. Nutzungsmarkt).** ...................................................... **7**

    **1.    WM-Daten allgemein** ........................................................................ **7**

    **2.    WM-Daten vergibt und verwaltet WKN und WKN-basierte ISIN** ........................ **10**

    **3.    WKN / WKN-basierende ISIN sind kostenlos und unterliegen keinen Nutzungsbeschränkungen** ........................................................................... **12**

    **4.    WM-Daten verkauft Datenprodukte und Datendienste** ............................... **15**

*V.   Stellungnahmen* .......................................................................................... **16**

**A.    Die von WM-Daten vergebenen und verwalteten deutschen Wertpapierkennnummern, WKNs und WKN-basierten ISINs, werden von WM-Daten ihren Kunden und Endnutzern wie Datenanbietern (Wettbewerbern), Einzelpersonen wie Anlegern/Analysten und anderen Wertpapiermarktteilnehmern kostenlos und ohne Lizenzvereinbarung zur Verfügung gestellt.** ........................................ **16**

**B.    Die Wettbewerber von WM-Daten und andere Endnutzer von WKN und ISIN können WKN und die entsprechenden ISIN zur Entwicklung von Datenprodukten verwenden, die mit WM-Daten konkurrieren, was zu mehr Wettbewerb und Innovation führt und mehrere Quellen für dieselben Informationen auf dem Markt für Wertpapierkennungen in Deutschland und darüber hinaus in Europa verfügbar macht.** **19**

*Appendix A – Curriculum Vitae (CV)* ............................................................. **24**

Privileged and Confidential                                     Expert Report of Frank Lenz

## I. Auftrag und Umfang

1. Ich, Frank Lenz, Fachberater von SEDA Experts, LLC („SEDA"), wurde von Wollmuth Maher & Deutsch LLP, Kaplan Fox & Kilsheimer LLP und Competition Law Partners PLLC („Rechtsberater") im Namen der Dinosaur Financial Group, LLC, Hildene Capital Management, LLC und Swiss Life Investment Management Holding AG (die „Kläger") in dem oben genannten Verfahren beauftragt ein Gutachten zu erstatten.

2. Ich wurde gebeten, zu folgenden Punkten Stellung zu nehmen: (1) Erhebt die WERTPAPIER-MITTEILUNGEN Keppler, Lehmann GmbH & Co. KG („WM Daten"), die nationale Wertpapierkennnummern („NSIN") für den deutschen Finanzmarkt vergibt, eine Gebühr für die Verwendung einer deutschen Wertpapierkennnummer („Wertpapierkennnummern") („WKN") sowie deren jeweilige internationale Wertpapierkennnummern („ISIN") und schränkt sie die Verwendung dieser Kennnummern ein, und (2) ob diese WKN und die damit verbundenen ISIN in Deutschland aus anderen Quellen als WM Daten erhältlich sind, ohne dass WM Daten für den Zugriff auf diese Daten eine Gebühr oder Lizenzgebühr erhebt.

3. SEDA Experts erhält für meine Zeit eine Vergütung in Höhe von 1.000 US-Dollar pro Stunde. Die Vergütung von SEDA Experts hängt nicht von den Schlussfolgerungen in diesem Gutachten oder dem Ausgang dieses Rechtsstreits ab. Die Gesamtvergütung richtet sich ausschließlich nach den von mir und meinem Team aufgewendeten Stunden. Im Rahmen meiner Analyse habe ich ein Team von Fachleuten von SEDA Experts eingesetzt, die unter meiner Leitung und Aufsicht gearbeitet haben. Weder meine Vergütung noch die Vergütung von SEDA Experts hängen von meinen Aussagen oder dem Ausgang dieses Verfahrens ab.

Privileged and Confidential                                    Expert Report of Frank Lenz

4. Zusätzlich zu meiner persönlichen Erfahrung und meinem Wissen werden die für meine Stellungnahme herangezogenen Quellen in diesem Gutachten angegeben.

5. Ich behalte mir das Recht vor, dieses Gutachten jederzeit zu aktualisieren und zu ergänzen, sobald mir zusätzliche Materialien und Informationen zur Verfügung gestellt werden oder anderweitig zugänglich werden.

## II. Qualifikationen

6. Ich verfüge über mehr als 30 Jahre Erfahrung im Bereich Wertpapierstammdaten sowie deren Identifizierung und Klassifizierung. Ich verfüge über umfassende Erfahrung und Kenntnisse darüber, wie WKN erstellt, vergeben und anschließend von Datennutzern in Deutschland ohne Einschränkungen frei verwendet werden. Unter anderem war ich 12 Jahre lang für WM-Daten tätig, wo ich in einem Joint Venture mit der Deutschen Börse, Frankfurt, WM Daten Frankfurt, SIX FI (einem Schweizer Finanzinformationsdienstleister), Zürich, UBS AG, Zürich, Credit Swiss AG, Zürich, und Systor Systems, Zürich, unter der Leitung von FDS, Frankfurt, in verantwortlicher Funktion als Business Analyst zuständig war.[123]

---

[1] FDS: Finanz-Daten-Systeme GmbH & Co. KG, eine Gesellschaft registriert am Amtsgericht Frankfurt mit Handelsregisternummer HRA 28722, derzeit nicht aktiv.
[2] Siehe Deutsche Börse unter https://www.deutsche-boerse.com/dbg-en/about-us/deutsche-boerse-group. „Als internationale Börsenorganisation und innovativer Marktinfrastrukturanbieter sorgen wir für faire, transparente, zuverlässige und stabile Kapitalmärkte. Mit unserem breiten Angebot an Produkten, Dienstleistungen und Technologien organisieren wir sichere und effiziente Märkte für nachhaltige Volkswirtschaften. Die Geschäftsfeld der Deutschen Börse umfassen die gesamte Prozesskette der Finanzmarktgeschäfte. Dazu gehören die Bereitstellung von Indizes, Daten, Software, SaaS und analytischen Lösungen sowie die Zulassung, den Handel und das Clearing. Darüber hinaus umfasst das Angebot Dienstleistungen für Fonds, die Abwicklung und Verwahrung von Finanzinstrumenten sowie das Management von Sicherheiten und Liquidität. Als Technologieunternehmen entwickelt die Gruppe modernste IT-Lösungen und bietet IT-Systeme weltweit an."
[3] Siehe https://www.six-group.com/en/company.html „SIX betreibt die Infrastruktur für die Finanzplätze in der Schweiz und in Spanien und gewährleistet damit den Informations- und Geldfluss zwischen den Finanzmarktteilnehmern. SIX bietet Börsendienstleistungen, Finanzinformationen und Bankdienstleistungen mit dem Ziel, die Effizienz, Qualität und Innovationskraft entlang der gesamten Wertschöpfungskette zu steigern. SIX baut zudem eine digitale Infrastruktur für das neue Jahrtausend auf."

7.  Im Rahmen meiner Tätigkeit als Teilprojektleiter war ich maßgeblich an der Beschreibung und Umsetzung der Grundlagen für die Modellierung des Bereichs Finanzinstrumente beteiligt, insbesondere hinsichtlich der internationalen Ausrichtung der Klassifizierung und Identifizierung sowie der erforderlichen Mapping-Regeln aus den bestehenden Systemen von SIX FI und WM-Daten in das neue gemeinsame Datenmodell. Als externer Berater habe ich die Einführung des Modells unter dem Fachbegriff „WMS" bei WM-Daten begleitet. Ich habe die Abbildung der Emittentenschnittstellen in das neue Datenmodell beschrieben, die Klassifizierung und Identifizierung überarbeitet und die Eingabeprozesse für diese Informationsgruppen beschrieben.

8.  Darüber hinaus war ich fünf Jahre lang als Abteilungsleiter an der Börse Stuttgart (Stuttgart Stock Exchange) („SSE") tätig, wo ich den Vertrieb von Finanzinstrumentenstammdaten und Kursdaten vorangetrieben habe. Ich war für die technische Beschaffung von Finanzinstrumentdaten bei der SSE verantwortlich, die an die Kunden der SSE zur Anzeige auf Websiten sowie zur internen und externen Verwendung weitergeleitet wurden. Ein weiterer Schwerpunkt meiner Tätigkeit war die Vorbereitung neuer Produkte für die Vermarktung von Stammdaten, wie beispielsweise der Stuttgarter Mittelstandsanleihen-Index der SSE für den Anleihemarkt als eigenständiges Segment.

9.  In den letzten 11 Jahren war ich für den Ausbau des Temenos Master Data Systems („TDS") für die Bank Julius Bär verantwortlich. Diese Erweiterungen und Verbesserungen des bestehenden Systemrahmens des TDS von Temenos, einem von der Bank Julius Bär verwendeten Produkt, waren aufgrund meiner Fachkenntnisse im Bereich Wertpapierstammdaten und Kursdaten erforderlich, die ich als Teilprojektleiter gezielt einbringen konnte. Dabei ging es insbesondere um die Beschreibung der Mapping-Regeln

für Finanzinstrumente von Anbietern wie SIX FI, WM-Daten, Bloomberg, Morningstar, MSCI und anderen kleineren Datenanbietern. Die Abstimmung der Informationen auf eine „Golden Copy" unter Berücksichtigung nationaler und internationaler standardisierter Identifikatoren wie WKN, Valor, BBGID, SECID und ISIN war eine der grundlegenden Aufgaben während dieses Projekts. Die Herausforderung für eine Zusammenführung von Daten verschiedener Datenprovider ist die eindeutige Identifizierung – und hier ist die ISIN als standardisierter Identifikator im deutschen / europäischen Markt mittlerweile gesetzt. Wenn die Datenprovider keine ISIN für ein Finanzinstrument haben, wird es schwierig, die Daten der verschiedenen Datenanbieter zusammenzuführen.

Die enge Zusammenarbeit bei der Beschaffung von Lizenzen für die Datennutzung und die Projektverantwortung für die Zielsysteme standen im Mittelpunkt meiner Tätigkeit.

10. Ich habe an zahlreichen internationalen Konferenzen zu Finanzkennungen und verwandten Themen teilgenommen, darunter die Swiss Information Providers Users Group („SIPUG"), das WM Customer Forum, die International Financial Standards Conferences und Konferenzen, die vom Deutschen Derivate Verband (DDV), der 2023 in Bundesverband Strukturierter Wertpapiere (BSW), umbenannt wurde, von Bloomberg und Fondsgesellschaften organisiert wurden.[4]

11. Mein vollständiger Lebenslauf ist in Anhang A beigefügt. Ich habe in den letzten 10 Jahren keine Veröffentlichungen verfasst.

12. In den letzten vier Jahren habe ich keine eidesstattlichen Aussagen oder Aussagen als Sachverständiger vor Gericht gemacht.

---

[4] Siehe unter https://www.derbsw.de/de/.

Privileged and Confidential                              Expert Report of Frank Lenz

## III. Zusammenfassung der Stellungnahmen

13. Von WM-Daten vergebene und verwaltete deutsche Wertpapierkennnummern (NSIN), WKNs und WKN-basierte ISINs, werden von WM-Daten ihren Kunden und Endnutzern wie Datenanbietern (Wettbewerbern), Einzelpersonen (d. h. Anlegern, Analysten) und anderen Wertpapiermarktteilnehmern kostenlos zur Verfügung gestellt, ohne dass eine Lizenzvereinbarung oder zusätzliche Zahlungen für Endnutzer von WKN und die entsprechenden ISIN erforderlich sind.

14. WM-Daten erlegt seinen Kunden und Endnutzern keine Beschränkungen hinsichtlich der Nutzung von WKNs und WKN-basierten ISINs auf. WM-Daten verlangt von niemandem, der WKN und WKN-basierte ISIN erhält, die Unterzeichnung einer Lizenzvereinbarung. WM-Daten macht auch keine Rechte an den WKN und WKN-basierten ISIN geltend.

15. Die Wettbewerber von WM-Daten und andere Endnutzer von WKN und ISIN können WKN und die entsprechende ISIN zur Entwicklung von Datenprodukten verwenden, die mit WM-Daten konkurrieren, was zu mehr Wettbewerb und Innovation führt und mehrere Quellen für dieselben Informationen auf dem Markt für Wertpapierkennungen in Deutschland und darüber hinaus in Europa verfügbar macht.

## IV.    Faktische Hintergrundinformationen

**A.  WM-Daten ist in zwei Geschäftsbereichen tätig: Ausgabe und Verwaltung von neuen WKN und den entsprechenden ISIN (Emissionsmarkt) sowie Erstellung und Vertrieb von Datenprodukten und Dienstleistungen, die WKN und ISIN enthalten (Anwendungs- resp. Nutzungsmarkt).**

### 1.  WM-Daten allgemein

16. Eine einheitliche Wertpapierkennnummer ist für den Wertpapierhandel und die Zuordnung von Informationen zu Wertpapieren unerlässlich. Zwar haben einige Unternehmen eigene Nummerierungssysteme für Wertpapiere geschaffen, doch werden einheitliche Kennnummern benötigt, um Informationen zu Wertpapieren mit Nutzern außerhalb des internen Nummerierungssystems der Unternehmen abzugleichen. Die Internationale Wertpapierkennnummer (ISIN – Standardisiert nach der ISO 6166) ist seit Jahren die weltweit anerkannte Kennung für die eindeutige Identifizierung aller Arten von fungiblen Finanzinstrumenten und Referenzinstrumenten. ISIN werden zur Identifizierung der meisten Arten von Finanzinstrumenten verwendet, darunter Aktien, Anleihen, Derivate – hierunter zählen Futures, Optionen, Strukturierte Zertifikate – und Indizes sowie Körben. Da die ISIN von der Finanzbranche für die Finanzindustrie und unter strengen, von der Internationalen Organisation für Normung (ISO) festgelegten Verfahren entwickelt wurde, hat sie sich schnell zur gemeinsamen Kennung für Finanzinstrumente und deren Abwicklung weltweit entwickelt. Die ISO-Kennungen haben einen erheblichen Beitrag zur Reduzierung des Zeitaufwands, der Kosten und der Risiken grenzüberschreitender Transaktionen beigetragen. Darüber hinaus unterliegen deren regelmäßige Überarbeitungen laufenden Governance-Prozessen, um die Integrität der verschiedenen Kennungen zu gewährleisten.

17. Die Herausgebergemeinschaft WERTPAPIER-MITTEILUNGEN Keppler, Lehmann GmbH & Co. KG (WM-Daten) nimmt seit dem Jahre 1955 im Auftrage der Kreditwirtschaft, namentlich des Zentralen Kreditausschusses und der kreditwirtschaftlichen Spitzenverbände als Interessenvertretung und des Arbeitskreises

Wertpapiere im Besonderen die Funktion der nationalen Wertpapier-Kennnummern-Vergabestelle für den Finanzplatz Deutschland wahr.

18. WM-Daten führt das zentrale Register aller für den deutschen Markt relevanten deutschen Wertpapierkennnummern (WKN) und internationalen Wertpapierkennnummern (ISIN).[5] WM-Daten vergibt und verwaltet die ISIN für deutsche Finanzinstrumente gemäß den Richtlinien der Internationalen Organisation für Normung (ISO) und vertritt den deutschen Finanzmarkt in der *Association of National Numbering Agencies* (ANNA).[6]

19. Die ANNA wurde 1992 von 22 National Numbering Agencies (NNAs) gegründet. Sie ist die Dachorganisation, die dafür verantwortlich ist, dass die gemäß der ISO-Norm vergebene ISIN von den NNAs oder Substitute National Agencies (SNAs; hierzu zählen der CUSIP Global Service in den USA, der WM Datenservice (WM Daten) und die SIX FI; Die Zuständigkeitsbereiche wurden geografisch unter ihnen aufgeteilt, sodass eine globale Abdeckung gewährleistet ist.) korrekt und einheitlich vergeben wird.[7] Heute umfasst die ANNA 115 NNAs mit vollem Mitglieder-Status und 7 NNAs mit Partner-Status. Die ANNA ist ein internationaler Verband vieler nationaler Nummerierungsagenturen (NNAen), der sich für die Standardisierung innerhalb der Finanzbranche einsetzt, indem er die Grundsätze der Internationalen Organisation für Normung (ISO) einhält und die Verwendung von ISIN, Kurzbezeichnungen für Finanzinstrumente (FISN) und Codes zur Klassifizierung von Finanzinstrumenten (CFI)

---

[5] Siehe https://www.wmdatenservice.com/en/wkn-isin/. „Sie möchten eine WKN oder ISIN beantragen? Wir sind zuständig für die Vergabe der deutschen Wertpapier-Kenn-Nummer (WKN), der Internationalen Wertpapier-Identifikationsnummer (ISIN) deutscher Emittenten, der CFI (Classification of Financial Instruments – ISO 10962) und der FISN (Financial Instrument Short Name – ISO 18774) für alle Arten von Finanzinstrumenten. Unser erfahrenes Team sorgt für die korrekte und zeitnahe Vergabe dieser Identifikationscodes und liefert damit wichtige Referenzinformationen für Marktteilnehmer, die eine effiziente Identifizierung und den Handel von Wertpapieren ermöglichen."

[6] Siehe ebenda.

[7] Siehe https://anna-web.org/isin-now-identifies-more-securities-types//.

Privileged and Confidential                                    Expert Report of Frank Lenz

fördert. Die ANNA/NNA-Organisation sieht sich nicht als „Eigentümerin" der ISIN,
sondern als Dienstleisterin für den Finanzmarkt für eine einheitliche, international gültige
Kennung. (Weitere Informationen finden Sie auf der ANNA-Website – ANNA-Mitglieder
& Partner)[8].

### 2. WM-Daten vergibt und verwaltet WKN und WKN-basierte ISIN

20. WM-Daten ist für die Vergabe und Verwaltung der deutschen Wertpapierkennnummern
(WKN) sowie der entsprechenden ISIN für deutsche Finanzinstrumente gemäß den
Richtlinien der ISO verantwortlich und vertritt den deutschen Finanzmarkt in der ANNA.[9]
WM-Daten unterhält und verwaltet eine umfassende Datenbank von Finanzinstrumenten
und stellt diese Daten Börsen, Banken, Aufsichtsbehörden, Finanzinstituten,
Datenanbietern und anderen Endnutzern zur Verfügung.[10]

> *"ISINs werden von zentralen nationalen Organisationen, den sogenannten
> „nationalen Nummerierungsstellen", vergeben. In Deutschland fungiert die
> Verlagsgruppe WERTPAPIER-MITTEILUNGEN Keppler, Lehmann GmbH & Co.
> KG (WM) als nationale Stelle für die Vergabe von Wertpapierkennnummern. WM
> ist ein Finanzinformationsdienstleister mit Sitz in Frankfurt am Main. Im Rahmen
> ihrer Funktion als Ausgabestelle verwaltet sie auch die Wertpapierkennnummern
> und Daten in Form eines öffentlich zugänglichen Wertpapierregisters, das alle bei
> WM verfügbaren Daten über Emittenten und deren Finanzinstrumente enthält."[11]*

---

[8] Siehe https://anna-web.org/anna-members/.

[9] Siehe https://www.wmdatenservice.com/de/wkn-isin/ „Unser Expertenteam bei WM-Datenservice kümmert sich um
die sorgfältige Vergabe und Verwaltung der deutschen Wertpapierkennnummer (WKN), der internationalen
Wertpapierkennnummer (ISIN) deutscher Emittenten, der CFI (Classification of Financial Instruments – ISO 10962)
und der FISN (Financial Instrument Short Name – ISO 18774) für alle Arten von Finanzinstrumenten. Wir
gewährleisten die Einhaltung aller relevanten Standards, wie ISO 10962 und ISO 18774, um eine einheitliche und
international anerkannte Identifizierung sicherzustellen."

[10] Siehe https://www.deutsche-boerse-cash-market.com/dbcm-de/primary-market/going-public/ipo-line-going-
public/regulierter-market/!ipo-28160-51336. „Diese Daten werden von der ausstellenden Stelle WM Data Service
erhoben und in einem öffentlich zugänglichen Register (WM Securities Register) zur Verfügung gestellt. Bei der
Beantragung einer ISIN muss der Antragsteller der ausstellenden Stelle außerdem eine Kopie des aktuellen
Handelsregisterauszugs und eine Kopie der Satzung vorlegen. WM Data Service benötigt anschließend weitere
Informationen zu Ereignissen nach der Emission, wie z. B. bevorstehende Hauptversammlungen,
Dividendenzahlungen und geplante Kapitalmaßnahmen."

[11] Siehe https://www.deutsche-boerse-cash-market.com/dbcm-de/primary-market/going-public/ipo-line-going-
public/regulierter-market/!ipo-28160-51336.

Expert Report of Frank Lenz

> *"Die im Rahmen der Vergabe der Identifikationsnummern erhobenen Daten, die ähnlich wie die Angaben in einem Reisepass zur weiteren Identifizierung des Wertpapiers dienen, werden als Stammdaten bezeichnet. Bei der Beantragung einer ISIN muss der Antragsteller der Emissionsstelle alle relevanten Stammdaten zum Wertpapier übermitteln. Je nach Wertpapier (z. B. Aktie oder Anleihe) sind dies insbesondere: ISIN/WKN, Emittent, Gattung, Börse, an dem das Wertpapier hauptsächlich gehandelt wird, Herkunftsland und Währung."[12]*

21. Die WKN ist eine 6-stellige alphanumerische Identifikationsnummer, die keine Buchstaben „I" und „O" enthält, um Verwechslungen mit den Ziffern „1" und „0" zu vermeiden. WKN-Kennungen können sich auch aus Emittenten- und Finanzinstrumentcodes innerhalb der 6-stelligen alphanumerischen Identifikationsnummer zusammensetzen. Jeder Emittentencode ist einzigartig und ausschließlich einem Emittenten oder einer Gruppe von Emittenten zugeordnet. Die Vergabe eines Emittentencodes wird zwischen WM-Daten und dem jeweiligen Emittenten geregelt.

22. Die Struktur der für den deutschen Markt erforderlichen 6-stelligen WKN ist seit 2003 alphanumerisch und bis heute gültig.[13]

> *"Von 1955 bis zur Einführung der ISIN im April 2003 wurden in Deutschland sechsstellige numerische Wertpapierkennnummern zur Identifizierung nationaler Wertpapiere vergeben... Im Januar 2000 wurde in Deutschland beschlossen, die ISIN bis 2003 schrittweise als neue obligatorische Wertpapierkennnummer einzuführen. Bestehende WKN wurden ab dem Zeitpunkt der Einführung parallel weitergeführt oder in eine ISIN überführt."[14]*

23. Die WKN ist als Teil des 9-stelligen alphanumerischen Bereichs in die ISIN eingebettet.[15] Die deutsche ISIN ist eine 12-stellige alphanumerische Identifikationsnummer, die sich aus zwei Initialen zur Identifizierung des Ausgabelandes, z. B. Deutschland („DE"),

---

[12]    Siehe    https://www.deutsche-boerse-cash-market.com/dbcm-de/primary-market/going-public/ipo-line-going-public/regulierter-market/!ipo-28160-51336
[13] Siehe unter https://www.wmdatenservice.com/wp-content/uploads/2024/07/vergaberegeln-wkn-de.pdf
[14]    Siehe    https://www.deutsche-boerse-cash-market.com/dbcm-de/primary-market/going-public/ipo-line-going-public/regulierter-market/!ipo-28160-51336
[15] Siehe unter https://www.wmdatenservice.com/wp-content/uploads/2024/07/vergaberegeln-wkn-de.pdf.

gefolgt von einer 9-stelligen nationalen Wertpapiernummer („NSIN") auf Basis der WKN und einer Prüfziffer zusammensetzt.[16]

> *"Gemäß ISO-Norm 6166 besteht die ISIN aus insgesamt 12 Zeichen. Zwei Anfangsbuchstaben dienen als Ländercode (siehe ISO-Norm 3166). Deutsche ISINs beginnen mit dem Ländercode „DE". Darauf folgt eine neunstellige alphanumerische Kombination aus den Großbuchstaben A bis Z (ohne Umlaute) und den Ziffern 0 bis 9. Das letzte Zeichen ist eine Prüfziffer, die nach einem festgelegten Algorithmus berechnet wird."[17]*

### 3. WKN / WKN-basierende ISIN sind kostenlos und unterliegen keinen Nutzungsbeschränkungen

24. WM-Daten erhebt keine Gebühren von Endnutzern von WKN oder WKN-basierten ISIN und verlangt keine Lizenzvereinbarungen, die zusätzliche Zahlungen oder Beschränkungen der Datennutzung, z. B. hinsichtlich der Verbreitung, des Verwendungszwecks oder der Recherche vorsehen.

25. Endnutzer von WKN (NSIN) und den entsprechenden WKN-basierten ISINs, die von WM-Daten vergeben werden, profitieren vom kostenlosen Zugang und der uneingeschränkten Nutzung dieser Kennungen sowie von den grundlegenden Finanzinstrument-Informationen, die mit den WKN und ISIN bereitgestellt werden ("Basis Finanzinstrumente Daten (**FI-Daten**)",[18] die folgendes umfassen: WKN, ISIN, Name des Emittenten, Name des Wertpapiers (FISN), Wertpapierart (EFIC und CFI – beides

---

[16] *Id.*
[17] Siehe https://www.deutsche-boerse-cash-market.com/dbcm-de/primary-market/going-public/ipo-line-going-public/regulierter-market/!ipo-28160-51336.
[18] Definition Basis Finanzinstrumente (FI) Daten vs. Stammdaten FI: Basis Finanzinstrumente Daten sind ein (kostenloser) Teil der Finanzinstrumente (FI) Stammdaten. Insgesamt gehören zu den Finanzinstrumente Daten die Stammdaten und die Bewegungsdaten wie zum Beispiel Cash-Flow Informationen, den Handelsplätzen, den Rückzahlungsmodalitäten sowie weitere Melde- und Reporting sowie steuerrelevante Daten.

Privileged and Confidential                                    Expert Report of Frank Lenz

Gruppenidentifikationen, aufbereitet durch die NNAs und durch ISO standardisiert), Zinssatz, Domizil, Marktplatz, Fälligkeit und Status des Finanzinstruments.[19]

> *"Das WM-Wertpapierregister ist ein öffentlich zugängliches Register aller von WM-Datenservice erfassten Emittenten sowie ihrer jeweiligen aktiven Finanzinstrumente.*
>
> *Als nationale Nummerierungsstelle veröffentlicht WM Datenservice somit alle von ihr vergebenen ISINs und WKNs im Rahmen der Nutzungsbedingungen[20], welche sich lediglich auf die maschinelle Datenermittlung aus dem Register beziehen, in folgendem Umfang:*
>
> *Bezeichnung (Name des Emittenten, Name des Finanzinstruments (nach ISO Standard FISN), ISIN, WKN, Herkunftsland (ISO), Status des Finanzinstruments / Statusdetails, EFIC-Produkttyp, Wertpapierart / CFI-Standard, Zinssatz (%)."*

26. Die Basis Finanzinstrumente (FI) Daten sind Teil der Stammdaten für das Finanzinstrument und werden von WM-Daten in ein einheitliches Format überführt, da WM-Daten die vom Emittenten bereitgestellten Daten gem. den ISO-Vorgaben standardisiert. Die Basis FI-Daten werden von WM-Daten kostenlos und öffentlich über das WM-Daten Wertpapier-Register zur Verfügung gestellt.

> *"Mit unserer Suchfunktion finden Sie schnell und einfach die gewünschte Wertpapierkennnummer. Ob Sie eine ISIN (International Securities Identification Number) oder eine WKN (Wertpapierkennnummer) überprüfen möchten oder gezielt nach einer bestimmten ISIN oder WKN suchen – unsere Suchmaschine bietet Ihnen eine schnelle und zuverlässige Lösung."[21]*

---

[19] Siehe https://www.wmdaten.de/index.php?cid=155.
[20] Die Nutzungsbedingungen enthalten keine Lizenzanforderungen für die Nutzung von WKN oder WKN-basierten ISIN und schränken deren Nutzung nicht ein.
Wenn Datenbenutzer eine bestimmte [22]Zusammenstellung von Daten anfordern und erhalten, sind sie verpflichtet, WM-Daten zu informieren, wenn sie die Zusammenstellung an andere Benutzer weitergeben, damit WM-Daten die Verbreitung der Daten verfolgen kann. Zur Klarstellung: Es gibt keine Einschränkungen hinsichtlich der Verbreitung der Daten.
[21] Siehe https://www.wmdatenservice.com/de/wkn-isin/.

27. Die Deutsche Börse weist auf ihrer Website ebenfalls darauf hin, dass WKNs und ISINs sowie die damit verbundenen Basiswertangaben über das WM Daten Wertpapierregister öffentlich zugänglich sind und bereitgestellt werden können.

> *"Die im Rahmen der Vergabe der Identifikationsnummern erhobenen Daten, die ähnlich wie die Angaben in einem Reisepass das Wertpapier näher identifizieren, werden als Stammdaten bezeichnet. Bei der Beantragung einer ISIN muss der Antragsteller der emittierenden Stelle alle für das Wertpapier relevanten Stammdaten übermitteln. Je nach Wertpapier (z. B. Aktie oder Anleihe) sind dies insbesondere:*
>
>   - *ISIN/WKN*
>   - *Emittent*
>   - *Gattung (Aktie, Anleihe, Fund)*
>   - *Börse, an dem das Wertpapier hauptsächlich gehandelt wird*
>   - *Herkunftsland*
>   - *Währung*
>
> *Diese Daten werden von der emittierenden Stelle – dem WM Datenservice – erhoben und in einem öffentlich zugänglichen Register (WM Securities Register) bereitgestellt."*[22]

28. Es ist zu beachten, dass die erweiterte Kategorisierung in EFIC (Enhanced Financial Instrument Classification; ein von WM-Daten aufgesetzter Schlüssel für die Gruppierung und Klassifizierung von Finanzinstrumenten – auch unter Berücksichtigung des möglichen Investorenrisikos) und CFI von der NNA vorgenommen wird – die Bezeichnung (FISN) liegt ebenfalls in der Verantwortung der NNA. Die „Nummer" der Börse ist dem Kunden in der Regel nicht bekannt und wird von WM-Daten bereitgestellt. Dies bedeutet, dass es nicht möglich ist, die Daten vom Antragsteller 1:1 an das Register zu übertragen.

29. Zusammenfassend lässt sich sagen, dass WM-Daten nicht nur die von ihr vergebenen Wertpapierkennungen, d. h. WKNs und WKN-basierte ISINs, kostenlos zur Verfügung stellt, sondern auch die FI-Daten, die grundlegende, aber wichtige Wertpapierattribute wie

---

[22] Siehe    https://www.deutsche-boerse-cash-market.com/dbcm-de/primary-market/going-public/ipo-line-going-public/regulierter-market/!ipo-28160-51336

den Namen des Emittenten, das Herkunftsland, die Wertpapierbeschreibung, die Laufzeit, die Währung, den Zinssatz usw. enthalten, je nachdem, ob es sich um eine Aktie, eine Anleihe oder einen Fonds handelt.

### 4. WM-Daten verkauft Datenprodukte und Datendienste

30. Neben der Ausgabe und Verwaltung von WKNs und deutschen ISINs ist WM-Daten auch ein Datenanbieter, der gegen Entgelt Datenprodukte und Datendienste anbietet, wie z. B. erweiterte Wertpapierdatensätze („Enhanced Securities Data"), Massendaten-Feeds und Downloads, die über die kostenlos zur Verfügung gestellten Basiswertdaten zu einem bestimmten Finanzinstrument, d. h. WKN, ISIN, hinausgehende Informationen bieten.

31. Die Daten von WM-Daten sind in verschiedene Tätigkeitsbereiche unterteilt, wie z. B. Stammdaten für jedes Finanzinstrument, Emissionsinformationen, Cashflows, Marktplätze, steuerrelevante Daten und Rückzahlungsbedingungen. Ratings und Environmental, Social and Governance (ESG) Daten werden ebenfalls auf Anfrage bereitgestellt. Es gibt auch ein Stammdatensegment für Emittenteninformationen, das zusätzlich Ratings und ESG enthalten kann. Für Fonds werden ebenfalls Kennzahlen und Preise bereitgestellt.

> *"WM Datenservice liefert diese Daten über seine Feed-Produkte zeitnah und umfassend zu deutschen und ausländischen Finanzinstrumenten, Börsen und Emittenten. Ergänzt werden die Daten durch Kurse und Kapitalmaßnahmen ... WM Datenservice bietet mit seinen umfangreichen Feed-Produkten eine umfassende Quelle für hochwertige Daten zu Wertpapieren, Emittenten und Börsen. Diese Daten sind für die Optimierung und Beschleunigung von Geschäftsprozessen, insbesondere im Bereich Straight-Through-Processing (STP), von entscheidender Bedeutung. Durch die Bereitstellung von Echtzeitinformationen und umfassenden Daten zu deutschen und ausländischen Finanzinstrumenten, Börsen und Emittenten ermöglicht WM Datenservice Finanzinstituten, Investoren und Unternehmen den Zugang zu fundierten und präzisen Daten."[23]*

---

[23] Siehe https://www.wmdatenservice.com/de/produkte/feed-loesungen/.

32. WM-Daten beobachtet und analysiert außerdem Finanzmärkte und identifiziert Geschäftsmöglichkeiten. Sie stellt ihren Kunden Daten für ihr Wertpapiergeschäft zur Verfügung. Als breit aufgestellter Dienstleister entwickelt sie außerdem ihre Analysetools und -dienstleistungen ständig weiter. Wie oben dargelegt, erhebt WM-Daten jedoch keine Gebühren für die Vergabe von WKN/ISIN, den Zugang zu WKN oder WKN-basierten ISIN sowie die Basisdaten zu Wertpapieren und erteilt den Datennutzern keine Lizenzen für die Nutzung von WKN.

## V.    Stellungnahmen

**A. Die von WM-Daten vergebenen und verwalteten deutschen Wertpapierkennnummern, WKNs und WKN-basierten ISINs, werden von WM-Daten ihren Kunden und Endnutzern wie Datenanbietern (Wettbewerbern), Einzelpersonen wie Anlegern/Analysten und anderen Wertpapiermarktteilnehmern kostenlos und ohne Lizenzvereinbarung zur Verfügung gestellt.**

33. Eine einheitliche Wertpapierkennnummer ist für den Wertpapierhandel und die Zuordnung von Informationen zu Wertpapieren unerlässlich. Einige Unternehmen haben zwar eigene Nummerierungssysteme für Wertpapiere entwickelt, doch werden einheitliche Kennnummern benötigt, um Informationen zu Wertpapieren mit Nutzern außerhalb des internen Nummerierungssystems des jeweiligen Unternehmens abzugleichen.

34. WM-Daten ist sowohl für eine Emission im Auftrage des Emittenten von WKN und WKN-basierten ISIN als auch Datenanbieter, der Datenprodukte und -dienstleistungen anbietet. WM-Daten erhebt in ihrer Funktion als benannte Stelle für deutsche Wertpapierkennnummern (NSIN: WKNs und ISINs) keine Gebühren für die Ausgabe und Zuweisung solcher Kennungen für einen bestimmten Wertpapieremittenten und das

jeweilige Wertpapier. Wertpapieremittenten reichen die erforderlichen Unterlagen im Rahmen des Registrierungsprozesses für ein neues Wertpapier bei WM-Daten ein, und für die Beantragung einer WKN und/oder ISIN werden keine Gebühren erhoben.[24]

35. Endnutzer von WKNs und den entsprechenden ISINs, darunter konkurrierende Datenanbieter, Banken, Finanzinstitute, Investoren und andere, haben freien Zugang zu einzelnen WKNs und ISINs.[25] WM-Daten stellt die Basiswertdaten kostenlos zur Verfügung, darunter WKNs, WKN-basierte ISINs einschließlich Wertpapierinformationen wie Name des Emittenten, Wertpapierart, Zinssatz, Domizil, Marktplatz (d. h. Handelsbörse) und Fälligkeit sowie Status des Finanzinstruments. Die Basisdaten zu WKN oder ISIN sind für Nutzer in der Regel kostenlos. Insbesondere können Nutzer Daten zu einer Wertpapierkennnummer über beliebig viele Einzelabfragen kostenlos abrufen und herunterladen oder die Kennnummern über eine Datenbankabfrage suchen, wenn sie den Namen des Wertpapiers kennen.[26]

36. WM-Daten bietet auch Datenprodukte und -dienstleistungen an, die proprietäre Datenbanken umfassen, die den Massen-Download und den Zugriff nicht nur auf WKNs

---

[24]    Siehe    https://www.deutsche-boerse-cash-market.com/dbcm-de/primary-market/going-public/ipo-line-going-public/regulierter-market/!ipo-28160-51336 „Sowohl der Emittent als auch der Emissionsbank können eine ISIN beantragen. ISINs werden gemäß der ISO-Norm 6166:2021 Finanzdienstleistungen – Internationale Wertpapierkennnummer (ISIN) vergeben. Diese Norm legt die Struktur und Gestaltung einer ISIN sowie die Anforderungen für die Vergabe der Identifikationsnummer fest. Gemäß dieser Norm sind für die Vergabe einer ISIN bestimmte Mindestangaben über den Emittenten und das Wertpapier erforderlich. So müssen inländische Emittenten beispielsweise einen aktuellen Auszug aus dem Handelsregister und eine aktuelle Satzung vorlegen." Und unter https://www.wmdatenservice.com/de/wkn-isin/anforderung-inlaendische-rentenwerte/. Siehe auch Nr. 11 in Absatz 18.
[25] Siehe https://www.wmdatenservice.com/de/wkn-isin/, „Mit unserer Suchfunktion können Sie schnell und einfach nach der gewünschten Wertpapierkennnummer suchen. Ob Sie eine ISIN (Internationale Wertpapierkennnummer) oder eine WKN (Wertpapierkennnummer) überprüfen möchten oder gezielt nach einer bestimmten ISIN oder WKN suchen – unsere Suchmaschine bietet Ihnen eine schnelle und zuverlässige Lösung."
[26] Soweit ein Datennutzer WM-Daten mit der Erstellung einer *Datei* mit WKN und FI-Daten beauftragt, kann WM-Daten selbstverständlich die für die Zusammenstellung der angeforderten Daten aufgewendete Zeit in Rechnung stellen. Der Preis wird in der Regel zwischen WM-Daten und dem Datennutzer ausgehandelt. In solchen Fällen stellt WM-Daten die zusammengestellten Daten jedoch ohne Nutzungsbeschränkungen oder Lizenzpflicht zur Verfügung.

und ISINs, sondern auch auf Daten und Wertpapierattribute und -informationen ermöglichen, die über die Basiswertangaben hinausgehen, d. h. die erweiterten Wertpapierdaten. WM-Daten berechnet für diese erweiterten Produkte eine Gebühr, da sie Daten und Funktionen enthalten, die über das kostenlos verfügbare Angebot hinausgehen. Dies gilt auch für andere Datenanbieter in Deutschland, die keine Lizenzgebühren an WM-Daten entrichten oder eine Lizenz mit WM-Daten abschließen müssen, um die WKNs oder WKN-basierten ISINs oder Basiswertangaben als Grundlage für die erweiterten Daten oder Dienste zu verwenden, die sie deutschen Datennutzern anbieten.

37. Obwohl WM-Daten als Dienstleister eine Gebühr für ihre proprietären Datensätze und ihre Datendienste erhebt, berechnet oder erhebt sie von ihren Kunden und Endnutzern keine Kosten oder Lizenzgebühren für die Nutzung der von WM-Daten vergebenen und verwalteten WKN und WKN-basierten ISIN, ebenso wenig wie für die Basiswertdaten, wie oben erläutert.

38. Zusammenfassend lässt sich sagen, dass WM-Daten zwar für die Ausgabe und Verwaltung der deutschen Wertpapierkennzeichen WKN und WKN-basierten ISINs verantwortlich ist, jedoch keine Gebühren für die Ausgabe oder Nutzung dieser Kennungen durch Endnutzer, einschließlich ihrer eigenen Wettbewerber (deutsche Datenanbieter), erhebt. WM-Daten erhebt nur Gebühren für ihre erweiterten Datenprodukte, Datenfeeds und Dienstleistungen, nicht jedoch für die nachgelagerte Nutzung von WKN und ISIN durch Endnutzer, und verlangt auch keine Lizenzvereinbarungen mit anderen Datenanbietern und deren Endnutzern.

**B. Die Wettbewerber von WM-Daten und andere Endnutzer von WKN und ISIN können WKN und die entsprechenden ISIN zur Entwicklung von Datenprodukten verwenden, die mit WM-Daten konkurrieren, was zu mehr Wettbewerb und Innovation führt und mehrere Quellen für dieselben Informationen auf dem Markt für Wertpapierkennungen in Deutschland und darüber hinaus in Europa verfügbar macht.**

39. Wie oben erläutert, stellt WM Daten WKN, WKN-basierte ISIN und die mit diesen eindeutigen Identifikatoren verbundenen Basiswertdaten kostenlos zur Verfügung, und WM-Daten erlegt keine Beschränkungen für die Nutzung auf und verlangt keine Lizenzen für die Nutzung der kostenlos zur Verfügung gestellten Daten[27].

40. WKNs und WKN-basierte ISINs werden von WM-Daten nicht nur Endnutzern kostenlos zur Verfügung gestellt, sondern auch ohne Einschränkungen hinsichtlich ihrer Nutzung, Verarbeitung, Zweckbestimmung und Verbreitung. Sobald die WKNs und WKN-basierten ISINs von WM-Daten herausgegeben und veröffentlicht wurden, werden die WKNs und die WKN-basierten ISINs sowie die Wertpapier- und Finanzinstrumentinformationen, einschließlich, aber nicht beschränkt auf den Namen des Emittenten, die Art des Instruments, den Zinssatz, den Ländercode, die Laufzeit, den Marktplatz und den Status (Basiswertangaben), ohne Gebühr und ohne Nutzungsbeschränkungen für Datenanbieter, Datenverkäufer, Investoren, Börsen, Verwahrstellen und alle anderen Endnutzer, die diese Daten für ihre eigenen Zwecke nutzen möchten, verfügbar.

41. Dies bedeutet, dass Endnutzer der von WM-Daten bereitgestellten und zur Verfügung gestellten Daten nicht nur direkt von WM-Daten, sondern auch aus anderen Quellen dieser

---

[27] Zur Erinnerung: weltweit gibt es mehr als 120 NNA, aber mir sind nur zwei bekannt – CGS und LSEG –, die nach der Vergabe von Wertpapierkennungen Nutzungsgebühren erheben.

Daten zugreifen können, ohne Lizenzgebühren oder sonstige Kosten zahlen zu müssen, die vom ursprünglichen Anbieter, d. h. WM-Daten, erhoben werden.

42. Wenn WM-Daten einem Kunden <u>erweiterte</u> Wertpapierdaten bereitstellt, ist der Kunde von WM-Daten verpflichtet die Endnutzer *offenzulegen*, die diese Daten letztendlich nutzen und verbreiten könnten. Für eine Zusammenstellung von <u>WKNs und Basiswertpapierdaten</u> als Antwort auf eine Anfrage nach einem bestimmten Satz von WKNs ist der Kunde von WM-Daten dagegen *nicht verpflichtet* aber auf Grundlage der normalen kaufmännischen Gepflogenheit angehalten, die Endnutzer offenzulegen, die diese Daten letztendlich nutzen und verbreiten könnten. Sollte dieser Endnutzer erweiterte Daten und Indikatoren aufgrund dieser Basisdaten aufbereiten, kann er diese Daten ohne Einschränkungen vermarkten. Die Offenlegung der Endnutzer dient hierzu jedoch ausschließlich zu Informationszwecken, und WM-Daten schränkt die Nutzung der Daten, die der Kunde von WM-Daten den Endnutzern in diesem Falle zur Verfügung stellt, nicht ein und erlegt keine Beschränkungen auf. Daher sind Kunden, die erweiterte Wertpapierdaten oder eine angeforderte Zusammenstellung von WKNs erhalten, verpflichtet, WM-Daten zusätzliche Endnutzer der Daten zu melden, und können von WM-Daten überprüft werden. Dies gilt jedoch nicht für Kunden, die den kostenlosen Zugang zu WKNs und Basiswertdaten ohne besondere Anfragen nutzen, und führt nicht zu Einschränkungen der freien Nutzung von WKNs und Basiswertdaten in Deutschland.

43. In den Nutzungsbedingungen – gerade für die Erweiterten Datenfeeds – von WM-Daten für die zur Verfügung gestellten Daten betont WM-Daten, dass es die Entwicklung und Pflege von Finanzdatenbanken und Wertpapieranwendungen für nachgelagerte Produkte und Datendienste erleichtert.

Privileged and Confidential                                      Expert Report of Frank Lenz

> *Für professionelle Nutzer stellt WM Datenservice im Rahmen wirksamer nachgelagerter Produkte und Dienstleistungen, die die Entwicklung und Pflege von Finanzdatenbanken und die Unterstützung von Wertpapierapplikationen erleichtern, auch ISIN-Daten zur Verfügung.[28]*

44. Meiner Meinung nach  und aufgrund meiner Branchenerfahrung im Umgang mit Marktteilnehmern, Datenverkäufern und Datenanbietern (Konkurrenten von WM Daten), Aufsichtsbehörden, Finanzinstituten, Investoren usw. sowie aufgrund meiner Beobachtung des deutschen Marktes für Wertpapierkennungen (WKNs und ISINs) und deren Nutzung durch die verschiedenen Endnutzer hat die Kombination aus freiem Zugang und fehlenden Beschränkungen bei der Nutzung von WKNs und den entsprechenden ISINs einen robusten Wettbewerb zwischen Datenanbietern und Datendienstleistern sowie eine Zunahme von Innovationen ermöglicht (siehe  **Error! Reference source not found.**) und die Anzahl alternativer Datenquellen erweitert.

45. Das Fehlen von Lizenzvereinbarungen[29] für den Zugang zu WKN- und ISIN-Informationen sowie die fehlenden Beschränkungen für deren Nutzung haben zu sehr niedrigen Markteintrittsbarrieren für neue Marktteilnehmer (Datenanbieter) geführt, die weniger Investitionen (d. h. keine Vorab- oder wiederkehrenden Lizenzgebühren) erfordern und ein höheres Maß an Freiheit bei der Nutzung der von WM-Daten bereitgestellten WKN/ISIN und Basiswertangaben ermöglichen.

46. Der Umgang mit Daten, die im Rahmen einer Lizenzvereinbarung bereitgestellt werden, die nicht nur die Zahlung von Gebühren vorschreibt, sondern auch die Nutzung und

---

[28] Siehe Nutzungsbedingungen für das WM-Wertpapierregister unter https://www.wmdaten.de/index.php?mid=244. Die Nutzungsbedingungen für die Daten des Wertpapierregisters (die grundlegenden Wertpapierdaten) enthalten nur eine Einschränkung: Die Datenabfrage muss über die Website erfolgen. Wenn ein Kunde den WM-Datenservice nutzt, um größere Datenmengen abzurufen, und diese Daten anschließend verwendet, bestehen keine weiteren Einschränkungen. WM-Daten kann für diesen automatisierten Service eine Servicegebühr erheben, die jedoch keine Gebühr für die Identifizierung oder für die Daten darstellt.
[29] Es gibt keine Lizenzvereinbarung. Einschränken betreffen allenfalls automatisierten Datenbezug.

Verbreitung dieser Daten einschränkt, führt zu zusätzlichen Kosten und Belastungen für Datenanbieter und andere Endnutzer, da die Einhaltung und Durchsetzung der Bestimmungen der Lizenzvereinbarung von den Datenanbietern die Einführung von Überwachungsprozessen und -richtlinien erfordert, um sicherzustellen, dass keine Vertragsbestimmungen verletzt werden.

47. Datenanbieter, Datendienstleister und andere Endnutzer von WKN und WKN-basierten ISIN müssen sich keine Gedanken über die Rechtfertigung der Nutzung der von WM-Daten zur Verfügung gestellten WKN- und ISIN-Informationen machen, was letztlich den Wettbewerb fördert, der wiederum zu mehr Innovation auf dem Markt für Datendienste mit Wertpapierkennungen in Deutschland führt. Dies zeigt sich an der wachsenden Zahl neuer Datenanbieter und neuer Produkte und Dienstleistungen, die auf dem deutschen Markt für zugehörige Daten und Informationen angeboten werden. In **Error! Reference source not found.** führe ich eine Reihe von Beispielen auf. Die neuen Produkte und Dienstleistungen entstehen immer nach dem gleichen Ansatz:

Ein Unternehmen hat eine Geschäftsidee und benötigt die Basiswertangaben, um eine Kategorisierung/Gruppierung und möglicherweise zusätzliche Informationen zu erstellen, die zur Erstellung eines neuen „Datenprodukts" verwendet werden.

**Tabelle 1.0**

| Firmen-Name | Produkt/Service | Unterstützung |
|---|---|---|
| Wagner & Partner | FI-Research | Gruppierung neuer Vermögenswerte nach Märkten und Regionen |
| SDS Wien | System GEOS | Verwaltungssystem für neue Produkte und Märkte |
| CPB | System WMACCESS | |
| Bearingpoint | Steuerliche und rechtliche Themen | |

| Intalus Finanzsoftware | Grand Central | Online-Version, Front Arena-Support, Erstellung von Berichten |
| --- | --- | --- |
| Infront | Portfoliomanagement und Investment Banking, Kennzahlenberechnung (auch für Krypto-Assets) | |
| Mehrere Unternehmen | Finanzinstrumente | |
| Mehrere Unternehmen | Statistiken für Finanzinstrumente | CFI/EFIC-Bewertung unter Berücksichtigung des Domizils |

Ich erkläre unter Strafe des Meineids, dass die vorstehenden Angaben wahrheitsgemäß und korrekt sind.

Ausgeführt am 12. August 2025

Frank Lenz

Expert Report of Frank Lenz

**Appendix A – Curriculum Vitae (CV)**

SEDA
EXPERTS

FRANK LENZ
SEDA EXPERTS, LLC
1185 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
O. 646-626-4555
WWW.SEDAEXPERTS.COM

**Produkte / Standards / Erfahrung**

Businessanalyse im Bereich Finanzdienstleistungen – umfassendes Know-how im Wertpapierbereich (Front-, Middle- und Back-Office), Kenntnisse in Temenos TDM (Datenmanagement) und T24 in Funktionalität und Management – Pflege des Modells für Kundenanforderungen, ausgezeichnete Kenntnisse in WMS (Wertpapierverwaltungssystem) und den zugrunde liegenden Modellen (FIDM (Financial Instrument Data Model), FIOM (Financial Instrument Object Model), VDPS (Wertpapierdaten-Pflegesystem), Connexor), GEOS; die gesetzlichen Anforderungen der EU/BRD/CH in Bezug auf MiFID, InvG, DerivatV, SolvV, Basel II, die Darstellungsregeln für Wertpapierstammdaten innerhalb der WM-Gruppe (WM – Wertpapiermitteilungen – Datenservice – Börsenzeitung), Erstellung von Risikobewertungen (RiskMetrics), ESG in der Anwendung in Berichten, Fondsüberprüfung und Berichterstattung für die Aufsichtsbehörde, digitale Vermögenswerte in der Anwendung strukturierter Produkte.

**Beruflicher Werdegang / Erfahrungen**

**Bankhaus Julius Bär, Zürich**                                                **2022-2025**
*Business Beratung - Analyst: Wertpapierstammdaten*

- *Beschreibung der Integration von Emittentendaten durch externe Anbieter gemäß den Anforderungen der Bank Julius Bär*

**Bankhaus Julius Bär, Zürich**                                                          **2019-2021**

*Business Beratung - Analyst: Wertpapierstammdaten*


**WM Datenservice, Frankfurt**                                                          **2023-2024**

*Schulung für interne Mitarbeiter: Wertpapierstammdaten, Arten von Finanzinstrumenten, Sonderheiten*


**Lenz Consulting, Baar**                                                                **2014-2015**

*Unternehmensberatung mit Schwerpunkt auf operativer Beratung im Finanzsektor*


**Bankhaus Julius Bär, Zürich**                                                          **2014-2019**

*Business Beratung - Analyst: Wertpapierstammdaten*
- *Modellierung der Abteilungsanforderungen für einen Anbieterwechsel für die Anlageklasse „FUND" im Standardmodell des Produktherstellers*
  - *Auswahl von Anbietern für interne Bankanforderungen*
    - hier insbesondere die Ersetzung bestehender Anbieter durch alternative Anbieter Bloomberg – Refinitiv – Morningstar – WM Datenservice
    - *PoC - Auswahlverfahren gemäß ausgewählten Instrumenten*
- *Aufnahme der Geschäftsanforderungen und Spezifikation der Wertverteilungsregeln in das Standardmodell einschließlich der Verteilungsregeln für Exportschnittstellen – auch für bestehende buchungsrelevante Schnittstellen*

*Business Beratung - Analyst: Wertpapierstammdaten*
- *Erweiterung des Mapping-Umfangs durch die Einführung neuer Funktionen*


**UBS AG, Zürich**                                                                       **2014-2015**

*Business Beratung - Analyst: VDPS: Prozessablaufanpassungen in der bestehenden Systemlandschaft*


**Deutsche Bank AG, Frankfurt**                                                          **2013-2014**

*Business Beratung - Analyst: RiskMetric Portfolio Darstellung: Prozess Beschreibung für den Datenaustausch sowie die Identifikzierung von Wertpapierstammdaten*

Privileged and Confidential                                    Expert Report of Frank Lenz

**SIX Financial Information GmbH, Frankfurt**                                    **2013**

*Business Beratung - Analyst: Wertpapierstammdaten; Analyse der Zusammenarbeit zwischen SIX FI und WM Datenservice*

**Intalus GmbH, Bremen**                                    **2013-2016**

*Business Beratung - Analyst: Wertpapierstammdaten; Nutzung GrandCentral im Umfeld von Bankapplikationen*

**Boerse Stuttgart AG, Stuttgart**                                    **2010-2013**

*Leitung von der Abteilung Information Products*
- Herstellung und Auslieferung von Stammdatenprodukten, Datenein- und -verkauf für die gesamte Gruppe; Berichterstattung: direkt an den kaufmännischen Leiter

**Lenz und Partner GmbH, Greifenstein**                                    **1993-2010**

*Geschäftsführender Gesellschafter*
- *Unternehmensberatung mit Schwerpunkt auf operativer Beratung im Finanzsektor*

**WM Datenservice, Frankfurt am Main**                                    **2002-2010**

*Business Beratung - Analyst: Wertpapierstammdaten*
- *Neugestaltung von Prozesspfaden für spezielle Produktanforderungen*

***Die folgenden Aspekte wurden in der Funktion als bankfachlich verantwortlicher Berater entwickelt:***
- *Identifizierung relevanter Daten für neue Produkte von WM Datenserviceinsbesondere: Identifizierung relevanter Daten aus Prospekten. Beschreibung des Prozesses, mit dem die Mitarbeiter ermittelt haben, welche Informationen welchen Schlüsseln entsprechen. Abruf von Informationen über eine interne Dokumentendatenbank*

- **Wertpapierstammdaten** *– insbesondere: Definition von KPIs für Stammdaten aus Emissionsprospekten für neue Produkte in den Bereichen regulatorische Berichterstattung, Risikobewertung und steuerliche Auswirkungen; Klärung der Lizenzrechte für Daten Dritter; Entwicklung von Klassifizierungsregeln für den proprietären Identifikationsschlüssel EFIC*

**WestLB International S.A., Luxembourg**                                    **2009**

*Business Beratung - Analyst: Wertpapierstammdaten*

Privileged and Confidential                                    Expert Report of Frank Lenz

**NordLB/AM, Hannover**                                                        **2009**

*Business Beratung - Analyst: Wertpapierstammdaten*

- *Abstimmung/Koordination der Nutzung von Wertpapierstammdaten aus dem WM Datenservice für eine Standardanwendung (SunGard Germany – GP3) und den weiteren internen Schnittstellen für die Nutzung der Daten für die Fachabteilungen*

**Thomson Reuters Deutschland, Frankfurt am Main**            **2009**
*Business Beratung - Analyst: Wertpapierstammdaten*

**Deutsche Bank AG, Frankfurt am Main**                        **2004-**
**2008**

*GTO – Private Wealth Management IT*
*Business Beratung - Analyst: Wertpapierstammdaten*

**Morgan Stanley, Frankfurt am Main**                          **2008**

*Business Beratung - Analyst: Wertpapierstammdaten*

**ING DiBa AG, Nürnberg**                                      **2007**

*Business Beratung - Analyst: Wertpapierstammdaten*

**FDS GmbH & Co KG, Frankfurt am Main**                        **1999**
**- 2002**

*Business Beratung - Analyst: WMS – Wertpapier Management System*

- *Erstellung eines mehrsprachigen Wertpapierverwaltungssystems für die Migration des WM-Datenstroms der WM-Gruppe in das* Financial Instrument Object Model (FIOM)

**Dresdner Bank AG, Frankfurt am Main**                        **1998**
**– 2001**
*Business Beratung - Analyst: Einführung des Systems GEOS*

**Unilog GmbH, Tübingen (former integrata)**                   **1998**
**– 2008**

**Dresdner Bank AG, Frankfurt am Main**                        **1997**
**– 1998**
*Applikations Beratung - Analyst: Portfolio-Management System*

**BIK GmbH, Frankfurt am Main**                                **1996**
**– 1997**
*Business Beratung - Analyst: Wertpapier Settlement System*

Privileged and Confidential                    Expert Report of Frank Lenz

**DZ Bank AG, Frankfurt am Main**            **1993**
**– 1995**
*Applikations Beratung: Kundenverwaltungs-System*

**Berater Schweizerische Volksbank, Bern**        **1989 – 1992**
*Business Beratung - Analyst: Applikationsprogrammierung von Wertpapier-Applikationen*

**Berater Messerli AG, Glattbrugg**        **1987 – 1989**
*Business Beratung: Dokumenten Lese Systeme*

**Berliner Handelsgesellschaft Frankfurter Bank KGaA, Frankfurt am Main**   **1982**
**– 1986**
*Projektmitarbeiter im Bereich Applikationsentwicklung*

**Bundeswehr Grundwehrdienst**
      **1981 – 1982**

**Berliner Handelsgesellschaft Frankfurter Bank KGaA, Frankfurt am Main**   **1978**
**– 1980**
*Mitarbeiter in der Zahlungsverkehrsabteilung*

## Ausbildung

**Berliner Handelsgesellschaft Frankfurter Bank KGaA, Frankfurt am Main**
*Ausbildung zum Bankkaufmann*

**Berufsfachschule** Frankfurt am Main, Abschluss mit Mittlerer Reife

**ITIL Version 3** – Foundation Examination

## IT Wissen

**MS-Office**:    sehr gut (Word, Excel, PowerPoint, Project, Access)
**Methods**:    Requirements Engineering, Unified Modeling Language (UML), Objekt-orientierter Analyse (OOA), Objekt-orientieres Design (OOD), Objekt-orientierte Programmierung (OOP), Phasen-Model, Test- und QS-Management incl. Einführung von Standards, FIOM/FIDM
**Tools**: Paradigm Plus, Visio, Sniff+, Exceed, Toad, XML Spy, MS SQL-Server
**Programierung Sprachen**: SQL, Cobol (II), PLI, Assembler, C++, TCL/TK

## Business Fachwissen

**Marktdaten** Lizenzierungsmodelle, Marktkonformitätsprüfungen, Ermittlung von Bewertungen und Preisen

**Stammdaten**: sehr gute Kenntnisse verschiedener Anbieter wie WM Datenservice, SIX Financial Information, Thomson Reuters, Bloomberg, Morningstar, FinanceDoc

**Systeme**: gute Kenntnisse verschiedener Anbieter wie Temenos, Sungard, Avaloq, neoxam, Intalus im Bereich Wertpapierstammdaten

## Bankwesen

Geschäftsprozesse im Wertpapierabwicklungsbereich: Neuemissionen, Handel, Verwahrung, Clearing, Settlement, Anpassungen des Clearing/Settlements aufgrund der Einführung der T2S-Initiative, Sicherheitenmanagement, Repo, Kreditgeschäft, Reporting (hier insbesondere Wertpapierbestandsstatistiken (Konzernreporting), WpHG §9, AWV, MiFID, ESG, digitale Vermögenswerte), Zusammenstellung strukturierter Finanzinformationen für Wertpapiere wie Aktien, Anleihen, Optionsscheine (verbriefte Derivate), Fonds, Asset-Backed Securities, Credit-Linked Notes etc. Wertpapierstammdaten – „Master data goes near time".

## Spezialwissen

Konsolidierung von Anbieteranbindungen in IT-Systemen und systemkonforme Aufbereitung für die Nutzung in den Schnittstellen; Marktdatenexpertise aus Sicht eines Anbieters (Boerse Stuttgart AG, Temenos Data System / T24) und des Nutzers (Beschaffung von Daten von den Anbietern Bloomberg; LSE – Refinitive – Thomson Reuters; IDMS; vwd group; SIX Financial Information; S&P; Morningstar OnDemand; WM Datenservice, FinanceDoc, MSCI), Wertpapierhandel inkl. Wertpapierabwicklung, Wertpapierbuchhaltung und Portfoliobewertung, Zahlungsverkehr, insbesondere papierloser Datenträgeraustausch, Dokumentenlesung, SWIFT-Nachrichten (Society for Worldwide Interbank Financial Telecommunication).

Privileged and Confidential
Expert Report of Frank Lenz

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DINOSAUR FINANCIAL GROUP LLC, HILDENE CAPITAL MANAGEMENT, LLC, and SWISS LIFE INVESTMENT MANAGEMENT HOLDING AG on behalf of themselves and everyone else, <br><br> Plaintiff <br><br> ./. <br><br> S&P GLOBAL, INC., AMERICAN BANKERS ASSOCIATION, and FACTSET RESEARCH SYSTEMS INC. <br><br> Defendant | **Civil Action No.: 1:22-cv-1860-KPF** <br> **Civil Action No.: 1:22-cv-1929-KPF** |

**EXPERT OPINION from FRANK LENZ**

August 12, 2025

Privileged and Confidential                                     Expert Report of Frank Lenz

## Table of Contents

*I.   Order and scope* ................................................................................................ 3

*II.  Qualifications* ................................................................................................... 4

*III. Summary of the opinions* ............................................................................... 7

*IV. Factual background information* ...................................................................... 7

    **A.    WM Daten operates in two business areas: Issuance and management of new WKN and the corresponding ISIN (emissions market) as well as creation and distribution of data products and services that contain WKN and ISIN (application or usage market).     7**

        **1.   WM Daten in general     7**

        **2.   WM Daten assigns and manages WKN and WKN-based ISIN10**

        **3.   WKN / WKN based ISIN are free of charge and are not subject to any restrictions on use     12**

        **4.   WM Daten sells data products and data services     15**

*V.   Opinions* ....................................................................................................... *16*

    **A.    The German security identification numbers, WKNs and WKN-based ISINs issued and managed by WM Daten are made available by WM Daten to their customers and end users, such as data providers (competitors), individuals such as investors/analysts and other securities market participants free of charge and without a license agreement. 16**

    **B.    The competitors of WM Daten and other end users of WKN and ISN may use WKN and the corresponding ISIN to develop data products that compete with WM Daten, resulting in more competition and innovation, and making multiple sources of the same information available in the market for securities identifiers in Germany and beyond in Europe. 19**

*Appendix A – Curriculum Vitae (CV)* ............................................................... *24*

Privileged and Confidential                                           Expert Report of Frank Lenz

## I. Order and scope

1. I, Frank Lenz, expert adviser to SEDA Experts, LLC ("SEDA"), was retained by Wollmuth Maher & Deutsch LLP, Kaplan Fox & Kilsheimer LLP, and Competition Law Partners PLLC ("Legal Counsel") on behalf of Dinosaur Financial Group, LLC, Hildene Capital Management, LLC, and Swiss Life Investment Management Holding AG (the "Plaintiffs") in the above-mentioned proceedings to provide an opinion.

2. I have been asked to comment on the following points: (1) Charges the WERTPAPIER-MITTEILUNGEN Keppler, Lehmann GmbH & Co. KG ("WM Daten"), which assigns the national security identification numbers ("NSIN") for the German financial market, a fee for the use of a German security identification number ("Securities Identification Numbers") ("WKN") as well as their respective international security identification numbers ("ISIN") and restricts the use of these identification numbers, and (2) whether these WKN and the associated ISIN are available in Germany from sources other than WM Daten, without WM charging a fee or license fee to access that data.

3. SEDA Experts will be paid $1,000 per hour for my time. The compensation of SEDA Experts is not dependent on the conclusions in this expert opinion or the outcome of this legal dispute. Total compensation is based solely on the hours spent by me and my team. As part of my analysis, I have deployed a team of experts from SEDA Experts who have worked under my direction and supervision. Neither my compensation nor the compensation of SEDA Experts will depend on my statements or the outcome of this procedure.

3

Privileged and Confidential                                      Expert Report of Frank Lenz

4. In addition to my personal experience and knowledge, the sources used for my opinion are stated in this report.

5. I reserve the right to update and amend this opinion at any time as additional materials and information are provided or otherwise become available to me.

## II. Qualifications

6. I have more than 30 years of experience in Securities Master Data and their identification and classification. I have extensive experience and knowledge of how WKN is created, assigned and subsequently freely used by data users in Germany without restrictions. Among other things, I worked for WM Daten for 12 years, where I was responsible as a business analyst in a joint venture with the Deutsche Börse, Frankfurt, WM Daten Frankfurt, SIX FI (a Swiss financial information service provider), Zurich, UBS AG, Zurich, Credit Swiss AG, Zurich, and Systor Systems, Zurich, under the direction of FDS, Frankfurt.[1][2][3]

---

[1] FDS: Finance Data Systems GmbH & Co. KG, a company registered with the District Court of Frankfurt with commercial registration number HRA 28722, currently not active.

[2] See the German Stock Exchange at https://www.deutsche-boerse.com/dbg-en/about-us/deutsche-boerse-group. "As an international exchange organization and innovative market infrastructure provider, we ensure fair, transparent, reliable and stable capital markets. With our broad range of products, services and technologies, we organize safe and efficient markets for sustainable economies. The business sector of the German Stock Exchange encompasses the entire process chain of financial market transactions. This includes the provision of indices, data, software, SaaS and analytical solutions, as well as the admission, trading and clearing. In addition, the offer includes services for funds, the settlement and custody of financial instruments as well as the management of collateral and liquidity. As a technology company, the group develops state-of-the-art IT solutions and offers IT systems worldwide."

[3] See https://www.six-group.com/en/company.html "SIX operates the infrastructure for the financial centers in Switzerland and Spain, thus ensuring the flow of information and money between the financial market participants. SIX provides stock exchange services, financial information and banking services with the aim of increasing efficiency, quality and innovation along the entire value chain. SIX is also building a digital infrastructure for the new millennium."

Expert Report of Frank Lenz

7. As part of my role as sub-project manager, I was instrumental in describing and translating the fundamentals for modeling the financial instruments business, particularly with regard to the international orientation of classification and identification as well as the required mapping rules from the existing systems of SIX FI and WM Daten into the new common data model. As an external consultant, I have guided the introduction of the model under the technical term "WMS" for WM Daten. I have described the mapping of the issuer interfaces into the new data model, revised the classification and identification, and described the input processes for these information groups.

8. In addition, I spent five years as a department head on the Stuttgart Stock Exchange (Stuttgart Stock Exchange) ("SSE"), where I expedited the distribution of financial instrument master data and price data. I was responsible for the technical procurement of financial instrument data at SSE, which was forwarded to SSE's customers for display on websites, as well as for internal and external use. Another focus of my work was the preparation of new products for marketing master data, such as the Stuttgart SME index for the bond market as a stand-alone segment.

9. Over the past 11 years, I have been responsible for the expansion of the Temenos Master Data System ("TDS") for Bank Julius Bär. These enhancements and improvements to the existing system framework of the TDS of Temenos, a product used by Bank Julius Bär, were required based on my expertise in the area of securities master data and price data, which I as sub-project manager was able to contribute. This was specifically about describing the mapping rules for financial instruments from vendors such as SIX FI, WM Daten, Bloomberg, Morningstar, MSCI and other smaller data providers. Reconciling the information to a "Golden Copy" taking into account national and international

standardized identifiers such as WKN, Valor, BBGID, SECID and ISIN was one of the fundamental tasks during this project. The challenge of merging data from different data providers is the clear identification – and ISIN is now set as a standardized identifier in the German/European market. If the data providers do not have an ISIN for a financial instrument, it becomes difficult to merge the data from the different data providers.

Working closely together to obtain licenses for data use and project responsibility for the target systems was the focus of my work.

10. I have attended numerous international conferences on financial identifiers and related topics, including the Swiss Information Providers Users Group ("SIPUG"), the WM Customer Forum, the International Financial Standards Conferences and conferences organized by Bloomberg and fund companies by the German Derivatives Association (DDV), which was renamed Federal Association of Structured Securities (BSW) in 2023.[4]

11. My full CV is attached in Appendix A. I have not written any publications in the last 10 years

12. In the past four years, I have not given any affidavits or testimony as an expert in court.

---

[4] See at https://www.derbsw.de/de/.

Privileged and Confidential                                    Expert Report of Frank Lenz

## III. Summary of the opinions

13. German security identification numbers (NSINs), WKNs and WKN-based ISINs issued and maintained by WM Daten are provided free of charge by WM Daten to its customers and end users such as data providers (competitors), individuals (i.e. investors, analysts) and other securities market participants, without the need for a license agreement or additional payments for end users of WKN and the corresponding ISIN.

14. WM Daten does not impose restrictions on its customers and end users regarding the use of WKNs and WKN-based ISINs. WM Daten does not require anyone receiving WKN and WKN-based ISIN to sign a license agreement. WM Daten also does not assert any rights to the WKN and WKN-based ISIN.

15. The competitors of WM Daten and other end users of WKN and ISN may use WKN and the corresponding ISIN to develop data products that compete with WM Daten, resulting in more competition and innovation, and making multiple sources of the same information available in the market for securities identifiers in Germany and beyond in Europe.

## IV.    Factual background information

**A. WM Daten operates in two business areas: Issuance and management of new WKN and the corresponding ISIN (emissions market) as well as creation and distribution of data products and services that contain WKN and ISIN (application or usage market).**

### 1.  WM Daten in general

7

16. A uniform security identification number is essential for securities trading and the assignment of information to securities. While some companies have created their own securities numbering systems, uniform identification numbers are required to match information about securities with users outside of the company's internal numbering system. The International Security Identification Number (ISIN – Standardized under ISO 6166) has been the globally recognized identifier for years for the unique identification of all types of fungible financial instruments and reference instruments. ISIN is used to identify most types of financial instruments, including equities, bonds, derivatives – including futures, options, structured certificates – and indices and baskets. Since ISIN was developed by the financial industry for the financial industry and under strict procedures established by the International Organization for Standardization (ISO), it has quickly become a common identifier for financial instruments and their processing worldwide. The ISO identifiers have contributed significantly to reducing the time, cost and risk of cross-border transactions. In addition, their periodic revisions are subject to ongoing governance processes to ensure the integrity of the various identifiers.

17. The publisher community WERTPAPIER-MITTEILUNGEN Keppler, Lehmann GmbH & Co. KG (WM Daten) has been acting on behalf of the credit economy, namely the Central Credit Committee and the top credit associations as advocacy groups and the working group securities, in particular, as the national securities identification number distributor for the German financial center since 1955.

18. WM Daten maintains the central register of all German security identification numbers (WKN) and international security identification numbers (ISIN) relevant for the German market.[5] WM Daten issues and manages the ISIN for German financial instruments in accordance with International Organization for Standardization (ISO) guidelines and represents the German financial market in the *Association of National Numbering Agencies* (ANNA).[6]

19. The ANNA was founded in 1992 by 22 National Numbering Agencies (NNAs). It is the umbrella organization that is responsible for ensuring that the ISIN awarded according to the ISO standard is correctly and uniformly assigned by the NNAs or Substitute National Agencies (SNAs; this includes the CUSIP Global Service in the USA, the WM Daten Service (WM Daten) and the SIX FI; the responsibilities have been geographically divided among them, so that global coverage is guaranteed.).[7] Today, the ANNA includes 115 full member NNAs and 7 partner NNAs. The ANNA is an international association of many national numbering agencies (NNAs) committed to standardization within the financial industry by adhering to the principles of the International Organization for Standardization (ISO) and promoting the use of ISIN, short names for financial instruments (FISN) and codes for classification of financial instruments (CFI). The ANNA/NNA organization does not see itself as the ISIN "owner" but as a service

---

[5] See https://www.wmdatenservice.com/en/wkn-isin/. "Want to apply for a WKN or ISIN? We are responsible for issuing the German Security Identification Number (WKN), the International Security Identification Number (ISIN) of German issuers, the CFI (Classification of Financial Instruments - ISO 10962) and the FSIN (Financial Instrument Short Name - ISO 18774) for all types of financial instruments. Our experienced team ensures the correct and timely issuance of these identification codes, providing important reference information for market participants that enables efficient identification and trading of securities.

[6] See also here.

[7] See https://anna-web.org/isin-now-identifies-more-securities-types//.

Privileged and Confidential                                    Expert Report of Frank Lenz

provider for the financial market for a uniform, internationally valid identifier. (For more information, please visit the ANNA website – ANNA Members & Partners[8]).

## 2. WM Daten assigns and manages WKN and WKN-based ISIN

20. WM Daten is responsible for the issuance and management of the German Securities Identification Numbers (WKN) and the corresponding ISIN for German financial instruments in accordance with ISO guidelines and represents the German financial market in ANNA.[9] WM Daten maintains and manages a comprehensive database of financial instruments and makes this data available to exchanges, banks, regulators, financial institutions, data providers and other end users.[10]

> *"ISINs" are awarded by central national organizations called "national numbering bodies". In Germany, the publishing group WERTPAPIER-MITTEILUNGEN Keppler, Lehmann GmbH & Co. KG (WM) functions as national body for issuing security identification numbers. WM is a financial information service provider based in Frankfurt am Main. As part of its role as issuing agent, it also manages the security identification numbers and data in the form of a publicly accessible securities register, which contains all data available at WM about issuers and their financial instruments."[11]

---

[8] See https://anna-web.org/anna-members/.

[9] See https://www.wmdatenservice.com/de/wkn-isin/ "Our team of experts in WM Daten service will carefully assign and manage the German Securities Identification Number (WKN), International Securities Identification Number (ISIN) of German issuers, the CFI (Classification of Financial Instruments - ISO 10962) and the FSIN (Financial Instrument Short Name - ISO 18774) for all types of financial instruments. We ensure compliance with all relevant standards, such as ISO 10962 and ISO 18774, to ensure consistent and internationally recognized identification."

[10] See https://www.deutsche-boerse-cash-market.com/dbcm-de/primary-market/going-public/ipo-line-going-public/regulierter-markt/!ipo-28160-51336. "This data is collected by the issuing body WM Data Service and made available in a publicly accessible register (WM Securities Register). When applying for an ISIN, the applicant must also provide the issuing body with a copy of the current commercial register extract and a copy of the articles of association. WM Data Service then requires further information on events after the emission, such as e.g. upcoming general meetings, dividend payments and planned capital measures."

[11] See https://www.deutsche-boerse-cash-market.com/dbcm-de/primary-market/going-public/ipo-line-going-public/regulierter-markt/!ipo-28160-51336.

10

Privileged and Confidential                                    Expert Report of Frank Lenz

> *"The data collected within the scope of the assignment of the identification numbers, which, similar to the information in a passport, serve to further identify the security, are referred to as master data. When applying for an ISIN, the applicant must submit to the issuing body all relevant master data for the security. Depending on the security (e.g. stock or bond), these are in particular: ISIN/WKN, issuer, class, exchange on which the security is mainly traded, country of origin and currency."[12]*

21. The WKN is a 6-digit alphanumeric identification number that does not contain letters "I" and "O" to avoid confusion with the numbers "1" and "0". WKN identifiers may also consist of issuer and financial instrument codes within the 6-digit alphanumeric identification number. Each issuer code is unique and associated only with one issuer or group of issuers. The assignment of an issuer code is regulated between WM Daten and the respective issuer.

22. The structure of the 6-digit WKN required for the German market has been alphanumeric since 2003 and still valid today.[13]

> *"From 1955 until the introduction of ISIN in April 2003, six-digit numerical security identification numbers were issued in Germany to identify national securities... In January 2000, it was decided in Germany to gradually introduce ISIN as a new mandatory security identification number by 2003. Existing WKN were continued in parallel from the time of introduction or transferred to an ISIN."[14]*

23. The WKN is embedded in the ISIN as part of the 9-digit alphanumeric range.[15] The German ISIN is a 12-digit alphanumeric identification number, which consists of two initials to identify the country of issue, e. Germany ("DE"), followed by a 9-digit national

---

[12]    See    https://www.deutsche-boerse-cash-market.com/dbcm/de/primary-market/going-public/ipo-line-going-public/regulierter-market/!ipo-28160-51336

[13] See at https://www.wmdatenservice.com/wp-content/uploads/2024/07/vergaberegeln-wkn-de.pdf

[14]    See    https://www.deutsche-boerse-cash-market.com/dbcm/de/primary-market/going-public/ipo-line-going-public/regulierter-market/!ipo-28160-51336

[15] See at https://www.wmdatenservice.com/wp-content/uploads/2024/07/vergaberegeln-wkn-de.pdf.

Privileged and Confidential                                    Expert Report of Frank Lenz

security number ("NSIN") based on the WKN and a check digit.[16]

> *"According to ISO standard 6166, the ISIN consists of a total of 12 characters. Two initials serve as the country code (see ISO standard 3166). German ISINs begin with the country code "DE". This is followed by a nine-digit alphanumeric combination of the capital letters A through Z (without umlaut) and the numbers 0 through 9. The last character is a check digit calculated according to a specified algorithm."[17]*

### 3. WKN / WKN based ISIN are free of charge and are not subject to any restrictions on use

24. WM Daten does not charge end users of WKN or WKN-based ISIN and does not require licensing agreements that require additional payments or restrictions on data use, e. g. with regard to dissemination, intended use or research.

25. End users of WKN (NSIN) and the corresponding WKN-based ISINs issued by WM Daten benefit from free access and unrestricted use of these identifiers as well as from the basic financial instrument information provided with the WKN and ISIN ("Basic Financial Instruments Data (**FI Data**)",[18]) which include: WKN, ISIN, issuer name, security name (FISN), security type (EFIC and CFI – both group identifications prepared by the NNAs and standardized by ISO), interest rate, domicile, marketplace, maturity and status of the financial instrument.[19]

---

[16] *Id.*

[17] See https://www.deutsche-boerse-cash-market.com/dbcm-de/primary-market/going-public/ipo-line-going-public/regulierter-market/!ipo-28160-51336.

[18] Definition of basic financial instruments (FI) data vs. master data FI: Basic financial instruments data is a (free) part of the financial instruments (FI) master data. Overall, the financial instruments data include the master data and the movement data such as cash flow information, the trading locations, the repayment modalities as well as other reporting and reporting as well as tax-relevant data.

[19] See https://www.wmdaten.de/index.php?cid=55.

> *"The WM Securities Register is a publicly accessible register of all issuers covered by WM Daten Service and their respective active financial instruments.*
>
> *As a national numbering agent, WM Daten Service thus publishes all ISINs and WKNs issued by it within the framework of the Terms of Use[20], which only relate to the machine data determination from the register, to the following extent:*
>
> *Designation (issuer name, financial instrument name (per ISO standard FISN), ISIN, WKN, country of origin (ISO), financial instrument status / status details, EFIC product type, security type / CFI standard, interest rate (%)."*

26. The basic financial instruments (FI) data is part of the master data for the financial instrument and is converted from WM Daten into a uniform format, since WM Daten standardizes the data provided by the issuer in accordance with ISO specifications. The basic FI data is provided free of charge and publicly by WM Daten via the WM Daten securities register.

> *"With our search function, you can quickly and easily find the required security identification number. Whether you want to review an ISIN (International Securities Identification Number) or a WKN (Securities Identification Number) or search for a specific ISIN or WKN, our search engine provides you with a quick and reliable solution."[21]*

---

[20] The Terms of Use do not contain or limit the use of any license requirements for the use of WKN or WKN-based ISIN.
When data users request and receive a particular [22]compilation of data, they are required to inform WM Daten when passing the compilation to other users so that WM Daten can track the dissemination of the data. For clarity: There are no restrictions on the dissemination of the data.
[21] See https://www.wmdatenservice.com/de/wkn-isin/.

27. Deutsche Börse also points out on its website that WKNs and ISINs as well as the associated underlying asset information are publicly accessible and can be provided via the WM Daten Securities Register.

> *"The data collected within the scope of the assignment of the identification numbers, which, similar to the information in a passport, identifies the security in more detail, are referred to as master data. When applying for an ISIN, the applicant must submit all master data relevant to the security to the issuing body. Depending on the security (e.g. stock or bond), these are in particular:*
>
> - *ISIN/WKN*
> - *Issuer*
> - *Type (Share, Bond, Fund)*
> - *Exchange on which the security is primarily traded*
> - *Country of Origin*
> - *Currency*
>
> *This data is collected by the issuing body – the WM Daten service – and provided in a publicly accessible register (WM Securities Register)."*[22]

28. It should be noted that the enhanced categorization in EFIC (Enhanced Financial Instrument Classification; a key issued by WM Daten for the grouping and classification of financial instruments – also taking into account the possible investor risk) and CFI is done by NAA – the designation (FISN) is also the responsibility of NNA. The "number" of the stock exchange is generally not known to the customer and is provided by WM Daten. This means that it is not possible to transfer the data from the applicant 1:1 to the registry.

29. In summary, WM Daten provides not only the security identifiers it issues, i.e., WKNs and WKN-based ISINs, free of charge, but also the FI data, which includes basic but important security attributes such as the issuer's name, country of origin, security description, term, currency, interest rate, etc., depending on whether it is a stock, bond, or

---

[22]    See    https://www.deutsche-boerse-cash-market.com/dbcm-de/primary-market/going-public/ipo-line-going-public/regulierter-market/!ipo-28160-51336

Privileged and Confidential                                        Expert Report of Frank Lenz

fund.

### 4.  WM Daten sells data products and data services

30. In addition to issuing and managing WKNs and German ISINs, WM Daten is also a data provider that offers data products and data services for a fee, such as e.g. enhanced securities data sets ("Enhanced Securities Data"), mass data feeds and downloads, which provide information beyond the free underlying data on a particular financial instrument, i.e. WKN, ISIN.

31. The data from WM Daten is divided into different areas of activity, such as e.g. master data for each financial instrument, issue information, cash flows, marketplaces, tax-relevant data and repayment conditions. Ratings and Environmental, Social and Governance (ESG) data are also provided upon request. There is also a master data segment for issuer information, which may also include ratings and ESG. Metrics and prices are also provided for funds.

> *"WM Daten Service provides this data about its feed products in a timely and comprehensive manner on German and foreign financial instruments, stock exchanges and issuers. The data is complemented by price and capital measures... WM Daten Service, with its extensive feed products, provides a comprehensive source of high-quality data on securities, issuers and exchanges. This data is critical to streamlining and accelerating business processes, especially in Straight Through Processing (STP). By providing real-time information and comprehensive data on German and foreign financial instruments, exchanges and issuers, WM Daten Service enables financial institutions, investors and companies to access sound and accurate data."[23]*

---

[23] See https://www.wmdatenservice.com/de/produkte/feed-loesungen/.

Privileged and Confidential                                    Expert Report of Frank Lenz

32. WM Daten also observes and analyzes financial markets and identifies business opportunities. It provides its clients with data for their securities business. As a broad-based service provider, it is also constantly evolving its analytical tools and services. However, as set forth above, WM Daten does not charge for the allocation of WKN/ISIN, access to WKN or WKN-based ISIN, and the basic securities data, and does not grant licenses to Data Users to use WKN.

## V.    Opinions

**A. The German security identification numbers, WKNs and WKN-based ISINs issued and managed by WM Daten are made available by WM Daten to their customers and end users, such as data providers (competitors), individuals such as investors/analysts and other securities market participants free of charge and without a license agreement.**

33. A uniform security identification number is essential for securities trading and the assignment of information to securities. While some companies have developed their own securities numbering systems, uniform identification numbers are required to match securities information with users outside of the respective company's internal numbering system.

34. WM Daten is for both an issue on behalf of the issuer of WKN and WKN-based ISIN as well as data provider that offer data products and services. WM Daten, in its capacity as notified body for German security identification numbers (NSIN: WKNs and ISINs), does not charge a fee for issuing and assigning such identifiers for a particular security issuer and security. Securities issuers submit the required documentation as part of the new security registration process for WM Daten, and no fees will be charged for applying

16

Privileged and Confidential                    Expert Report of Frank Lenz

for a WKN and/or ISIN.[24]

35. End users of WKNs and their respective ISINs, including competing data providers, banks, financial institutions, investors and others, have free access to individual WKNs and ISINs.[25] WM Daten provides the underlying data free of charge, including WKNs, WKN-based ISINs including securities information such as issuer name, security type, interest rate, residence, marketplace (i.e., trading exchange) and maturity, and financial instrument status. The basic data for WKN or ISIN is usually free for users. In particular, users can access and download information about a security identification number via any number of individual queries free of charge or search the identification numbers via a database query if they know the name of the security.[26]

36. WM Daten also offers data products and services that include proprietary databases that allow mass download and access not only to WKNs and ISINs, but also to data and security attributes and information beyond the underlying information, i.e., the enhanced security data. WM Daten charges a fee for these enhanced products because they include data and features beyond the free offering. This also applies to other data providers in Germany, who do not have to pay royalties on WM Daten or to conclude a license with

---

[24] See https://www.deutsche-boerse-cash-market.com/dbcm-de/primary-market/going-public/ipo-line-going-public/regulierter-market/!ipo-28160-51336 "Both the issuer and the issuing bank can apply for an ISIN. ISINs are issued in accordance with ISO 6166:2021 Financial Services – International Security Code (ISIN). This standard defines the structure and design of an ISIN as well as the requirements for assigning the identification number. Under this standard, the issuance of an ISIN requires certain minimum information about the issuer and the security. For example, domestic issuers must provide a current extract from the commercial register and a current charter." And at https://www.wmdatenservice.com/de/wkn-isin/anforderung-inlaendische-rentenwerte/. See also No. 11 in paragraph 18.

[25] See https://www.wmdatenservice.com/de/wkn-isin/, "With our search function, you can quickly and easily search for the desired security identification number. Whether you want to review an ISIN (International Securities Identification Number) or a WKN (Securities Identification Number) or are looking specifically for a particular ISIN or WKN, our search engine provides you with a quick and reliable solution."

[26] Insofar as a data user commissions WM Daten to create a *file* with WKN and FI data, WM Daten can of course invoice the time spent compiling the requested data. The price is usually negotiated between WM Daten and the data user. In such cases, however, WM Daten will provide the compiled data without any restrictions on use or license obligation.

WM Daten in order to use the WKNs or WKN-based ISINs or base value information as the basis for the extended data or services they offer to German data users.

37. Although WM Daten as a service provider charges a fee for its proprietary records and data bases, it calculates or charges no costs or royalties from its customers and end users for the use of the WKN and WKN-based ISIN assigned and managed by WM Daten, nor for the underlying data, as explained above.

38. In summary, even though WM Daten is responsible for the issuance and management of German securities labels WKN and WKN-based ISINs, it does not charge for the issuance or use of these identifiers by end users, including their own competitors (German data providers). WM Daten only charges for its enhanced data products, data feeds, and services, but not for the downstream use of WKN and ISIN by End Users, and does not require licensing agreements with other data providers and their End Users.

Privileged and Confidential                        Expert Report of Frank Lenz

**B. The competitors of WM Daten and other end users of WKN and ISN may use WKN and the corresponding ISIN to develop data products that compete with WM Daten, resulting in more competition and innovation, and making multiple sources of the same information available in the market for securities identifiers in Germany and beyond in Europe.**

39. As explained above, WM will provide data to WKN, WKN-based ISIN and the underlying data associated with these unique identifiers free of charge, and WM Daten will not impose any restrictions on use and will not require any licenses to use the data provided free of charge[27].

40. WKNs and WKN-based ISINs are provided by WM Daten not only to end users free of charge, but also without restrictions on their use, processing, intended use and dissemination. Once the WKNs and the WKN-based ISINs have been issued and published from WM Daten, the WKNs and the WKN-based ISINs as well as the securities and financial instrument information, including, but not limited to the name of the issuer, the type of instrument the interest rate, the country code, the term, the marketplace and the status (base value information, are available without cost and without restrictions on use for data providers, data sellers, investors, exchanges, depositaries and all other end users, who want to use this data for their own purposes.

41. This means that end users of the data provided and made available by WM Daten can access such not only directly from WM Daten, but also from other sources of that data, without having to pay royalties or other costs charged by the original vendor, i.e. WM Daten.

---

[27] As a reminder, there are more than 120 NNAs worldwide, but I am only aware of two – CGS and LSEG – who charge usage fees after issuing security identifiers.

Privileged and Confidential                                    Expert Report of Frank Lenz

42. When WM Daten provides <u>enhanced</u> securities data to a customer, the customer of WM Daten is required to *disclose* the end users who could ultimately use and disseminate that data. However, for a compilation of <u>WKNs and underlying security data</u> in response to a request for a particular set of WKNs, the customer of WM Daten is *not obliged,* but based on normal commercial practice required, to disclose the end users who could ultimately use and disseminate that data. Should this end user process advanced data and indicators based on this basic data, it can market this data without restrictions. However, end user disclosure is for informational purposes only, and WM Daten does not limit or impose any restrictions on the use of the data which the customer of WN Data provides to end users in this case. Therefore, customers receiving enhanced securities data or a requested compilation of WKNs are required to report WM Daten to additional end users of the data and can be reviewed by WM Daten. However, this does not apply to customers who use free access to WKNs and Base Value Data without special requests and does not lead to restrictions on the free use of WKNs and Base Value Data in Germany.

43. In the Terms of Use – especially for the Advanced Data Feeds – of WM Daten for the data provided, WM Daten emphasizes that it facilitates the development and maintenance of financial databases and securities applications for downstream products and data services.

> *For professional users, WM also provides ISIN data as part of effective downstream products and services that facilitate the development and maintenance of financial databases and support for securities applications.*[28]

---

[28] See Terms of Use WM Securities Register at https://www.wmdaten.de/index.php?mid=244. The Terms of Use for the Securities Register Data (the Basic Securities Data) contain only one limitation: The data must be requested via the website. If a customer uses the WM Daten service to retrieve larger amounts of data and then uses that data,

44. In my opinion and based on my industry experience dealing with market participants, data sellers and data providers (competitors of WM Daten), regulatory authorities, financial institutions, investors, etc., as well as based on my observation of the German market for security identifiers (WKNs and ISINs) and their use by the various end users, the combination of free access and lack of restrictions on the use of WKNs and the corresponding ISINs has enabled robust competition between data providers and data service providers as well as an increase in innovation (see **Error! Reference source not found.**) and the number of alternative data sources expanded.

45. The lack of license agreements[29] for access to WKN and ISIN information, as well as the lack of restrictions on their use, have led to very low barriers to entry for new market participants (data providers) that require less investment (i.e., no upfront or recurring license fees) and allow a higher degree of freedom in using the WKN/ISIN and underlying information provided by WM Daten.

46. Handling data, provided under a license agreement, that not only requires payment of fees, but also restricts the use and dissemination of this data, results in additional costs and burdens for data providers and other end users, because compliance and enforcement of the terms of the license agreement requires data providers to implement monitoring processes and policies to make sure that no contractual provisions are violated.

---

there are no further restrictions. WM Daten may charge a service fee for this automated service, but this does not represent a fee for identification or data.
[29] There is no license agreement. Limiting concerns, at most, automated data reference.

Privileged and Confidential                                    Expert Report of Frank Lenz

47. Data providers, data service providers, and other end users of WKN and WKN-based ISIN do not have to worry about justifying the use of WKN and ISIN information provided by WM Daten, which ultimately drives competition, which in turn leads to more innovation in the market for data services with security identifiers in Germany. This is evidenced by the growing number of new data providers and new products and services offered in the German market for related data and information. In **Error! Reference source not found.** I'll list a number of examples. The new products and services always come from the same approach:

A company has a business idea and needs the baseline information to create a categorization/grouping and possibly additional information used to create a new "data product".

**Table 1.0**

| Company Name | Product/Service | Support |
|:---:|:---|:---|
| Wagner & Partner | FI research | Grouping of new assets by markets and regions |
| SDS Vienna | System GEOS | Management system for new products and markets |
| CPB | System WMACCESS | |
| Bearingpoint | Tax and legal issues | |

Privileged and Confidential                                    Expert Report of Frank Lenz

| Intalus financial software | Grand Central | Online version, front arena support, report generation |
| Infront | Portfolio management and investment banking, key figure calculation (also for crypto assets) | |
| Multiple Companies | Financial instruments | |
| Multiple Companies | Statistics for Financial Instruments | CFI/EFIC assessment taking into account the domicile |

I declare under penalty of perjury that the above information is true and correct.

Executed on August 12, 2025

[signature]
Frank Lenz

Privileged and Confidential                                    Expert Report of Frank Lenz

**Appendix A – Curriculum Vitae (CV)**

[logo:] SEDA
EXPERTS
FRANK LENZ
SEDA EXPERTS, LLC
1185 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
O. 646-626-4555
WWW.SEDAEXPERTS.COM

**Products / Standards / Experience**

Financial Services Business Analysis – deep securities expertise (front, middle and back office), Knowledge of Temeno's TDM (Data Management) and T24 in Functionality and Management – Maintaining the Customer Requirements Model, Excellent knowledge of WMS (Securities Management System) and the underlying models (FIDM (Financial Instrument Data Model , FIOM (Financial Instrument Object Model), VDPS (Securities Data Care System), Connexor), GEOS; the EU/BRD/CH legal requirements relating to MiFID, InvG, DerivatV, SolvV, Basel II, the rules of presentation for securities master data within the WM group (WM – Securities Bulletins – Data Service – Stock Exchange Newspaper), Risk Assessments (RiskMetrics), ESG in application in reports, fund review and reporting for the supervisory authority, digital assets in the application of structured products.

**Professional history / experience**

**Bank house Julius Bär, Zurich**                                              **2022-2025**
*Business Consulting - Analyst: Securities Master Data*

- *Description of the integration of issuer data by external providers in accordance with the requirements of Bank Julius Bär*

Privileged and Confidential                                    Expert Report of Frank Lenz

**Bankhaus Julius Bär, Zurich**                                                **2019-2021**

*Business Consulting - Analyst: Securities Master Data*

**WM Daten Service, Frankfurt**                                                **2023-2024**

*Training for internal employees: Securities master data, types of financial instruments, special features*

**Lenz Consulting, Baar**                                                **2014-2015**

*Management consulting with a focus on financial sector operations consulting*

**Bankhaus Julius Bär, Zurich**                                                **2014-2019**

*Business Consulting - Analyst: Securities Master Data*
- *Modeling the department requirements for a vendor change for the FUND asset class in the product manufacturer's standard model*
  - *Select vendors for internal banking requirements*
    - *in particular the replacement of existing providers with alternative providers Bloomberg - Refinitiv - Morningstar - WM Daten Service*
    - *PoC - Selection procedure according to selected instruments*
- *Inclusion of the business requirements and specification of the value distribution rules in the standard model including the distribution rules for export interfaces – also for existing booking-relevant interfaces*

*Business Consulting - Analyst: Securities Master Data*
- *Expand mapping scope by introducing new features*

**UBS AG, Zurich**                                                **2014-2015-**

*Business Consulting - Analyst: VDPS: Process flow adjustments in the existing system landscape*

**Deutsche Bank AG, Frankfurt**                                                **2013-2014-**

*Business Consulting - Analyst: RiskMetric Portfolio Presentation: Process description for the exchange of data and the identification of securities master data*

Privileged and Confidential                                    Expert Report of Frank Lenz

**SIX Financial Information GmbH, Frankfurt**                                    **2013**

*Business Consulting - Analyst: Securities master data; analysis of collaboration between SIX FI and WM Daten service*

**Intalus GmbH, Bremen**                                    **2013-2016**

*Business Consulting - Analyst: Securities master data; use of GrandCentral in the context of banking applications*

**Boerse Stuttgart AG, Stuttgart**                                    **2010-2013**

*Head of Information Products*
- Production and delivery of master data products, data acquisition and sales for the entire group; reporting: directly to the commercial manager

**Lenz und Partner GmbH, Greifenstein**                                    **1993-2010**

*Managing Partner*
- *Management consulting with a focus on financial sector operations consulting*

**WM Daten Service, Frankfurt am Main**                                    **2002-2010**

*Business Consulting - Analyst: Securities Master Data*
- *Redesign process paths for specific product requirements*

***The following aspects have been developed in the role of Banking Responsible Consultant***:
- *Identification of relevant data for new products of WM Daten Service, in particular: Identification of relevant data from prospectuses. Description of the process by which employees identified what information corresponded to which keys. Retrieving information via an internal document database*
- **Securities master data** – *in particular: Define master data KPIs from new product regulatory reporting, risk assessment, and tax implications issue prospectuses; clarify license rights for third party data; develop classification rules for the proprietary identification key EFIC*

**WestLB International S.A., Luxembourg**                                    **2009**

*Business Consulting - Analyst: Securities Master Data*

Privileged and Confidential                                    Expert Report of Frank Lenz

**NordLB/AM, Hannover**                                                    **2009**

*Business Consulting - Analyst: Securities Master Data*

- *Coordination of the use of securities master data from the WM Daten service for a standard application (SunGard Germany – GP3) and the other internal interfaces for the use of the data for the specialist departments*

**Thomson Reuters Deutschland, Frankfurt am Main**                        **2009**
*Business Consulting - Analyst: Securities Master Data*

**Deutsche Bank AG, Frankfurt am Main**                                    **2004-**
**2008**

*GTO – Private Wealth Management IT*
*Business Consulting - Analyst: Securities Master Data*

**Morgan Stanley, Frankfurt am Main**                                      **2008**

*Business Consulting - Analyst: Securities Master Data*

**ING DiBa AG, Nürnberg**                                                  **2007**

*Business Consulting - Analyst: Securities Master Data*

**FDS GmbH & Co KG, Frankfurt am Main**                                    **1999**
**- 2002**

*Business Consulting - Analyst: WMS – Securities Management System*

- *Creating a Multilingual Securities Management System for migrating the WM Group's WM Daten Stream to the* Financial Instrument Object Model (FIOM

**Dresdner Bank AG, Frankfurt am Main**                                    **1998**
**– 2001**
*Business Consulting - Analyst: Introduction of the GEOS System*

**Unilog GmbH, Tübingen (formerly integrata)**                            **1998**
**– 2008**

**Dresdner Bank AG, Frankfurt am Main**                                    **1997**
**– 1998**
*Application Consulting - Analyst: Portfolio Management System*

**BIK GmbH, Frankfurt am Main**                                            **1996**
**– 1997**
*Business Consulting - Analyst: Security Settlement System*

Privileged and Confidential                    Expert Report of Frank Lenz

**DZ Bank AG, Frankfurt am Main**                                **1993**
**– 1995**
*Application consultation: Customer Management System*

**Consultant Schweizerische Volksbank, Bern**             **1989 – 1992**
*Business Consulting - Analyst: Application programming of securities applications*

**Consultant Messerli AG, Glattbrugg**                    **1987 – 1989**
*Business Consulting: Documents reading systems*

**Berliner Handelsgesellschaft Frankfurter Bank KGaA, Frankfurt am Main**    **1982**
**– 1986**
*Application development project staff*

**Federal Armed Forces Base Armed Forces Service**
         **1981 – 1982**

**Berliner Handelsgesellschaft Frankfurter Bank KGaA, Frankfurt am Main**    **1978**
**– 1980**
*Payments Department Employees*

**<u>Education</u>**

**Berliner Handelsgesellschaft Frankfurter Bank KGaA, Frankfurt am Main**
*Training as a bank merchant*

**Vocational school** Frankfurt am Main, degree with intermediate maturity

**ITIL Version 3** – Foundation Examination

**<u>IT knowledge</u>**

**MS Office**:      very good (Word, Excel, PowerPoint, Project, Access)
**Methods**:      Requirements Engineering, Unified Modeling Language (UML), Object-Oriented Analysis (OOA), Object-Oriented Design (OOD), Object-Oriented Programming (OOP), Phase Model, Test and QA Management incl. Introduction of Standards, FIOM/FIDM
**Tools**: Paradigm Plus, Visio, Sniff+, Exceed, Toad, XML Spy, MS SQL-Server
**Programming languages**: SQL, Cobol (II, PLI, Assembler, C++, TCL/TK

**<u>Business expertise</u>**

Privileged and Confidential                                    Expert Report of Frank Lenz

**Market Data** Licensing Models, Market Compliance Checks, Valuations and Pricing Determination

**Master data**: very good knowledge of different providers such as WM Daten Service, SIX Financial Information, Thomson Reuters, Bloomberg, Morningstar, FinanceDoc

**Systems**: good knowledge of various providers such as Temenos, Sungard, Avaloq, neoxam, Intalus in the area of securities master data

## **Banking**

Securities Processing Business Processes: New emissions, trade, custody, clearing, settlement, adjustments to clearing/setting due to the introduction of the T2S initiative, collateral management, repo, lending business, reporting (in particular securities stock statistics (group reporting), WpHG §9, AWV, MiFID, ESG, digital assets), compilation of structured financial information for securities such as equities, bonds, warrants (securitized derivatives), funds, asset-backed securities, credit linked notes, etc. securities master data - "Master data goes near time".

## **Specialized knowledge**

Consolidation of vendor connections in IT systems and system-compliant processing for use in the interfaces; Market data expertise from the perspective of a provider (Boerse Stuttgart AG, Temenos Data System / T24) and the user (procurement of data from Bloomberg providers; LSE – Refinitive – Thomson Reuters; IDMS; vwd group; SIX Financial Information; S&P; Morningstar OnDemand; WM Daten service, FinanceDoc, MSCI), securities trading incl. securities settlement, securities accounting and portfolio valuation, payment transactions, in particular paperless data carrier exchange, document reading, Society for Worldwide Interbank Financial Telecommunication (SWIFT) messages.



**TRANSPERFECT**

City of New York, State of New York, County of New York

I, Jacqueline Yorke, hereby certify that the document "**Frank Lenz Expert Report German Version Executed**" is, to the best of my knowledge and belief, a true and accurate translation from German into English.

Jacqueline Yorke

Sworn to before me this
August 13, 2025

Signature, Notary Public

WENDY POON
Notary Public - State of New York
No. 01PO0000184
Qualified in Queens County
My Commission Expires February 02, 20 2 7

Stamp, Notary Public