# EXHIBIT 16

## CUSIP GLOBAL SERVICES
## CUSIP DISTRIBUTION AGREEMENT

This CUSIP Distribution Agreement ("Agreement") is entered into as of the Effective Date (as set forth below), by and between CUSIP Global Services ("CGS"), having its principal offices at 45 Glover Avenue, Norwalk, CT 06850 and Client. CGS is managed by FactSet Research Systems Inc., a Delaware corporation ("FactSet"), on behalf of the American Bankers Association.

CLIENT: _____

STREET ADDRESS: _____

CITY, STATE, ZIP CODE: _____

TYPE OF ENTITY/PLACE OF FORMATION: _____

EFFECTIVE DATE OF THIS AGREEMENT: _____

### Recitals

WHEREAS, DISTRIBUTOR offers services capable of receiving, storing and disseminating data by use of the computer hardware and computer software and data communications networks owned by or otherwise under the control of DISTRIBUTOR; and

WHEREAS, CGS, pursuant to an exclusive agreement with the American Bankers Association ("ABA"), has the right to license all proprietary rights to the CUSIP databases ("CUSIP Database") as described in the Order Schedule(s) attached hereto, which contains CUSIP standard identifiers, CUSIP standard descriptions, CGS ISINs, CINS identifiers, and other information about financial instruments (the "CGS Data") which CGS regularly maintains and periodically enhances and further develops; and

WHEREAS, DISTRIBUTOR desires to incorporate portions of the CGS Data into its electronic information service described in the appropriate CUSIP Use of Service Statement as attached to the applicable Order Schedule(s) for distribution to its own customers (such third party customers are hereinafter referred to as ("Distributor Subscribers"); and

WHEREAS, upon the terms and conditions set forth in this Agreement, CGS desires to license DISTRIBUTOR to display the CGS Data as part of the Distributor Service to Distributor's Subscribers.

NOW, THEREFORE, in consideration of the mutual promises herein contained, it is agreed as follows:

1. **CUSIP DATABASE.**



2. **LICENSE GRANT.**
A. Definitions

**Exhibit
P- 501**
04/01/2025

CONFIDENTIAL                                                                    FRSI00000073



3.   **ORDER SCHEDULES.**

4.   **DISTRIBUTOR OBLIGATIONS.**

CONFIDENTIAL

FRSI00000074

E.



5.    **ADDITIONAL DISTRIBUTOR OBLIGATIONS WITH DISTRIBUTOR SUBSCRIBERS.**

6.    **THE CGS SERVICES.**

7.    **UPDATES/DELIVERY OF THE CGS SERVICES BY CGS TO DISTRIBUTOR.**

CONFIDENTIAL

8.    **PROPRIETARY RIGHTS.**

9.    **MARKETING AND TRADEMARKS.**

DRAFT COPY – not for execution

CONFIDENTIAL

FRSI00000076

10.    **FEES/PAYMENTS**

11.    **TERM AND TERMINATION.**

CONFIDENTIAL

FRSI00000077

12.    **FORCE MAJEURE.**

13.    **WARRANTIES & REPRESENTATIONS.**

14.    **DISCLAIMERS; LIMITATION OF LIABILITY.**

CONFIDENTIAL

ACCRUED. The parties agree that the terms and conditions in this Section 14 shall survive any termination of this Agreement.

15.    **INDEMNIFICATION.**

16.    **INJUNCTIVE RELIEF.**

17.    **CONFIDENTIAL INFORMATION.**

CONFIDENTIAL

FRSI00000079

18.    **GENERAL.**

A.    *Governing Law.*  This Agreement shall be governed by and construed in accordance with the laws of the State of New York, without giving effect to its rules of conflict of laws.  DISTRIBUTOR agrees to the exclusive jurisdiction of the state and federal courts sitting in New York, New York for the resolution of any disputes arising from or related to this Agreement.

If to CGS:          CUSIP Global Services
                         45 Glover Avenue
                         Norwalk, CT  06850
                         Attention:  Managing Director, with a copy to:

DRAFT COPY – not for execution

CONFIDENTIAL

Legal Department
And via email to legal@factset.com and via email to cgs_license@cusip.com


If to DISTRIBUTOR:       DISTRIBUTOR Contact as Indicated on each Order Schedule


IN WITNESS WHEREOF, the parties hereto have caused this Agreement to be executed as of the date first set forth above.

**DISTRIBUTOR:**                                       **Accepted for CUSIP Global Services, managed by FactSet Research Systems Inc., on behalf of the American Bankers Association**

By:          DRAFT COPY – not for execution

Date:

Name:

Title:                                                Title:

Email:

DRAFT COPY – not for execution

**EXHIBIT A-1**

**Additional Contract Terms To Be Included In Distributor Subscriber Agreement or Click Agreement**



CONFIDENTIAL

FRSI00000082

**EXHIBIT A-2**
**Distributor Subscriber Agreement**
**Or Click Agreement**



DRAFT COPY – not for execution

CONFIDENTIAL                                                                                                    FRSI00000083

DRAFT COPY – not for execution
CUSIP Distribution Order Schedule

## ORDER SCHEDULE NO. _____

This Order Schedule, dated as of _____ ("Effective Date"), by and between _____ ("Distributor") and CUSIP Global Services ("CGS") is issued pursuant to, and incorporates herein, the CUSIP DISTRIBUTION AGREEMENT dated as of _____, ("Agreement"), by and between _____ ("Client") a _____ corporation, and CGS. CGS is managed by FactSet Research Systems Inc. ("FactSet"), a Delaware corporation, on behalf of the American Bankers Association ("ABA"). Any capitalized term not otherwise defined herein shall have the meaning ascribed to it in the Agreement.

1. Effective Date: _____
2. Delivery Date (if different from Effective Date): _____
3. Billing Commencement Date (if different from Effective Date): _____
4. Initial Term (from Effective Date): _____
5. Territory: _____
6. Sales Representative Name: _____

7. **CGS SERVICES:**
   A. DISTRIBUTOR shall receive a license to access and use the CGS Master File Database described in 7(A) below. In addition, any other CGS Services described below that DISTRIBUTOR elects to receive shall be listed in Section 10(A).

   (i) **CGS License:** The CGS License service consists of CUSIP, CINS and/or CGS ISIN identifiers and standard security descriptions provided by either CGS directly or via a CGS-Licensed third-party vendor as part of Distributor's agreement with such vendor. For deliveries of CGS Data not made by CGS directly, CGS is not responsible for any errors or delays in the delivery of CGS Data through that third-party vendor's delivery system.

   (ii) **CGS CUSIP Master File:** The service consists of CUSIP identifiers and related descriptive data and is available exclusively through CGS whereby the service is delivered via datafeed with updates on a near real-time intraday (Pulse) or daily basis. The service is also available via API. Subsets of this service are available such as Equity only, Municipal Bonds, Corporate Bonds, Mutual Funds, Certificates of Deposit, Equity-Common & Preferred Only, Corporate Only (includes Corporate, US Government and Sovereign issuers), and All Debt (Corporate, Municipal, U.S. Government and Sovereign).

   (iii) **CGS CUSIP to GEOID Mapping File with ESG Scoring Add-on File**: CUSIP Global Services (CGS), in partnership with ISS ESG Muni QualityScore (ISS), offers a CUSIP-GEOID mapping file that links CUSIP identifiers for municipal securities with regional data for the corresponding issuers. The file can be enhanced to include ISS ESG scores for unique insight into sustainability metrics for municipal issuers. Master files are delivered quarterly via secured file transfer protocol (SFTP).

   (iv) **CGS CUSIP with ISIN Linkage Master File:** The service is available exclusively through CGS whereby the service is delivered via datafeed with updates on a near real-time intraday (Pulse) or daily basis. The service is also available via API. These CUSIP updates shall contain the corresponding ISIN where available.

   (v) **CGS Private Placement Numbers File:** The service contains private placement identifiers assigned for use in insurance company regulatory filings available on a daily basis via datafeed.

   (vi) **CGS Mortgage-Backed Securities File:** The CGS Mortgage-Backed Securities service contains CUSIP identifiers for mortgage pools issued by U.S. Federal Agencies with periodic updates.

   (vii) **CGS CINS Master File:** The service contains CUSIP International Numbers (CINS) for debt and equity securities offered outside the U.S. and Canada. The service is available via datafeed on a near real-time intraday (Pulse) or daily basis. The service is also available via API. Subsets of this service are available.

   (viii) **CGS CINS with ISIN Linkage Master File:** The service contains CUSIP International Numbers (CINS) for debt and equity securities offered outside the U.S. and Canada. The service is available via datafeed on a near

DRAFT COPY – not for execution

CONFIDENTIAL                                                                                               FRSI00000084

real-time intraday (Pulse) or daily basis. The service is also available via API. Subsets of this service are available. These CINS updates shall contain the corresponding ISIN where available.

(ix) **CGS ISIN Master File:**  The service contains ISINs assigned by CGS as the U.S. National Numbering Agency and as Substitute Numbering Agency for selected countries, primarily in the Caribbean and South America. The service is available via datafeed on a near real-time intraday (Pulse) or daily basis. Subsets of this service are available.

(x) **CGS Syndicated Loans File:**  The service provides CUSIPs for private bank loans as released by financial institutions acting as administrative agents and is comprised of a deal file and a facility file. The service is available via datafeed with daily updates. The service is also available via API. This service is developed through collaboration between CGS and the Loan Syndications and Trading Association (LSTA). In the event this service is selected by Distributor, the limitation of liability set forth in the Agreement is hereby amended to include all administrative agents or private bank loans as being excluded from all liability under such section.

(xi) **CGS Options File:**  The CGS Options File service contains 9-character CUSIP identifiers, ISINs and related data, including OPRA and OCC Symbols for U.S. & Canadian listed equity and index options. The service is available via datafeed with two intraday updates.

(xii) **CGS Associated Issuers File:**  The CGS Associated Issuers File service contains 6-character CUSIP Issuer Numbers that are related through corporate actions or multiple issuers in the CUSIP database. The service is available via datafeed on a daily basis. Notwithstanding anything to the contrary herein, this service is available to Distributor on an internal use basis only and Distributor is expressly prohibited from furnishing or providing access to the Service or any portion thereof to any person, firm or entity.

(xiii) **CGS 144A Service:**  The CGS 144A service links securities contained within the same private placement offering document. CUSIP identifiers are assigned for each type of qualified institutional buyer in these offerings (144A, Accredited Investor, Registered and Reg S identifiers, where available). This service is available daily via datafeed.

(xiv) **CGS TBA (To Be Announced) File:**  The CGS TBA service contains CUSIPs for future contracts on mortgage-backed pools including a specialized numbering scheme that incorporates a security's mortgage type, coupon, maturity, and settlement month. CGS provides a one-time file, comma-delimited, with periodic updates via datafeed.

(xv) **CGS Global ISIN Data File:**  The CGS Global ISIN Data File service provides 12-character ISINs linked to a CUSIP Number or CUSIP International Number (CINS). The ISIN data is sourced directly from over 110 National Numbering Agencies and provides identifier linkages, standard security descriptions and reference data. This service is available on a near real-time intraday (Pulse) or daily basis via datafeed.

(xvi) **CABRE's Relation Instrument Bundle ("CRIB"):**  The CRIB service maps the CABRE, CGS' legal entity offering, to the securities issued by a single entity historically. CRIB contains thousands of entity "bundles" linking the CABRE to that entity's underlying CUSIP, CINS and ISINs including matured and suspended issues. This service may require additional agreements with third parties and/or CGS. This service is available in a daily master file via datafeed.

(xvii) **CGS Portfolio Service:**  The CGS Portfolio service validates submitted lists of CUSIPs, CINS, and ISINs and returns all related reference data in Excel file format via the CGS Portfolio Website.

(xviii) **CGS Muni Pre-Refunded Linkage Service:**  The CGS Muni Pre-Refunded Linkage service tracks partially pre-refunded municipal bonds. New CUSIP identifiers are assigned when a municipal bond is partially pre-refunded, that is when a portion of the outstanding principal amount of an issue (maturity) is pre-refunded before the scheduled maturity date. This service links the original issue with the newly created pre-refunded and un-refunded balance issues (and any subsequent pre-refunding for the new CUSIPs). This service is available daily via datafeed.

CONFIDENTIAL

FRSI00000085

(xix) **CGS Discount Commercial Paper File:** The service provides CUSIP numbers and descriptive information for Corporate and Municipal Discount Commercial Paper programs. For this unique asset class, a CUSIP number is pre-assigned for each day of the year in a four-year block and is recycled every four years.

(xx) **CGS CUSIP Access:** The CGS CUSIP Access service is an online look-up service providing near real-time access to the CUSIP/CINS database via Distributor's web browser. This service offers look up capability to more than 50 million CUSIP and CINS identifiers for U.S. and global debt and equity financial instruments. CGS will assign user login IDs/passwords based on individual email addresses. No sharing of such user IDs/passwords and no simultaneous access via the same password shall be permitted:

**Core Entitlements include:**
a) ID and Description search
b) 144A
c) Corporate Actions
d) TBA
e) Portfolio List service (service to validate and download up to 25 CGS identifiers)
f) CUSIP New Issue Alert Service

**Supplemental entitlements available (subject to an additional fee):**
g) Syndicated Bank Loans
h) Associated Issuers
i) U.S. and Canadian Listed Equity Options
j) Portfolio Download service (service to validate and download up to 500 CGS identifiers)
k) CUSIP-GEOID Mapping with ESG Scoring Add-on

8. **SERVICE LEVEL DESCRIPTIONS:**



B. Service Levels:

(i)

DRAFT COPY – not for execution

CONFIDENTIAL

(ii)    **Level 2:  Display (Including Desktop Use with Limited Desktop Download Capabilities)**



(iii)    **Level 3:  Datafeed**

(iv)    **Level 4:  Service Facilitator or Hosted Solution**

DRAFT COPY – not for execution

CONFIDENTIAL                                                                                                      FRSI00000087



9.   **AUTHORIZATION AND REPORTING:**

A.

B.

C.

10.   **CGS SERVICE FEES:**

A.  Fees

DISTRIBUTOR shall pay CGS the following amounts, annually in advance:

| SERVICE | DELIVERY/ ACCESS | FREQUENCY | QUANTITY | ANNUAL FEE |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
| **ESTIMATED GRAND TOTAL\*** |  |  |  |  |

\* Plus any applicable sales tax, VAT, GST, or similar tax

CONFIDENTIAL                                                                                          FRSI00000088

**Special Instructions:**

B. Display Fees for Service Level 2

████████████████████████████████████.

Minimum Annual Display Fees are based on the following, if applicable:

| Number of Logons/User-IDs: | Annual Fee per login/User-IDs: |
|---|---|
| ██████████████ | ████████ |

**11.    USE AND RESTRICTIONS ON USE:**

**12.    PERSONAL DATA PROCESSING:**
For information about how CGS and its affiliates process personal data in accordance with applicable law and regulation, see the Privacy and Cookie Notice at https://www.factset.com/legal, as may be amended from time to time.

**13.    NOTICES:** Pursuant to the Notice section of the Agreement.
Legal Notice to DISTRIBUTOR:

_____
_____
_____
_____

CONFIDENTIAL                                                    FRSI00000089

Attention: _____

Business Notice to DISTRIBUTOR:
_____

Attention: _____

BILLING ADDRESS:                    SHIPPING ADDRESS:
                                    (If different from the Billing Address)

_____        _____
_____        _____

ATTN: _____        ATTN: _____
Telephone #: _____        Telephone #: _____
Fax #: _____        Fax #: _____
Email: _____        Email: _____

**14.    ELECTRONIC AGREEMENT:**

**DISTRIBUTOR**                     **CUSIP Global Services, managed by FactSet Research Systems Inc.  on behalf of the American Bankers Association**

Signature: _____

Print Name: DRAFT COPY – not for execution

E-Mail: _____

Date: _____

CONFIDENTIAL                    FRSI00000090

DRAFT COPY – not for execution

CONFIDENTIAL

FRSI00000091



**CUSIP Use of Service Statement**

Please complete this CUSIP Use of Service Statement which will be incorporated into the
CGS Agreement and subject to an annual affirmation of usage.

An agreement is required when a user obtains access to an electronic data feed, bulk download, or similar capability of CUSIP, CINS and CGS ISINs (collectively "CGS Identifiers") and related descriptive data ("CGS Data") - either directly from CGS or indirectly through one of CGS' authorized data vendors / information providers ("Authorized Data Vendors"), including outsourcing providers who furnish the benefit of CGS Data to indirect end user customers through some type of outsourced or managed solution. For additional information, please visit our website at https://www.cusip.com/services/license-fees.html.

**Company Information**

| | |
|---|---|
| Date: | Contact: |
| Company: | Address: |
| Parent Company: | City: |
| Company Website: | State / Province: |
| Affiliates listed in Section 14 (if applicable) ___ | Zip / Postal Code: ___ |

**1. Please provide a description of your company, its overarching business lines, and role(s) within its industry.**

**2. Our firm has access to these CGS Identifiers:**  ☐ **CUSIPs**          ☐ **CINS**      ☐ **CGS ISINs**

**3. Our firm uses CGS Data in the following instrument types:**
☐ Stocks / Equities          ☐ Mutual Funds              ☐ Syndicated Loans
☐ Corporate Bonds           ☐ MBS (Pools)               ☐ Options / Futures
☐ Municipal Bonds           ☐ Treasury / Govt Bonds     ☐ Other _____

**4. Our firm receives CGS Data as follows:**
☐ Desktop Add-in   ☐ API   ☐ File Download   ☐ Bulk Feed   ☐ Hosted, Outsourced or Managed Solution (Provider:_____)
☐ Other _____

**5. Our firm receives CGS Data from Authorized Data Vendors. Please include the Authorized Data Vendors(s), product(s), update frequency and capability** *(including but not limited to Bloomberg, Refinitiv, Six Financial Information, ICE Data Services, Ratings Agencies, BlackRock, S&P, Morningstar, MSRB, FINRA, Broadridge, Index Providers, Structured Finance Providers, outsourced or managed solutions (e.g., business process outsourcing; back-office outsourcing; trade processing; portfolio accounting; trust and fund accounting, or fund administration, as well as various other hosted, outsourced or managed solutions that offer middle-to-back-office "software as a service" solutions):*

**6. The following Industry Classification(s) describe(s) our firm's business(es):**
☐ Accounting Firm                ☐ Asset Management            ☐ Investment Banking
☐ Open & Closed End Funds        ☐ Audit/Consulting Firm       ☐ Private Banking
☐ Fund Administration            ☐ Insurance Company           ☐ Regulator/Government
☐ Broker-Dealer                  ☐ Retail Bank                 ☐ Corporate/Government Pension
☐ Wealth Management              ☐ Treasury                    ☐ Other _____

**7. *Use and Count:* Please provide a summary of how your company accesses, uses, or otherwise benefits from CGS Data in the operation of your business(es) (including but not limited to, position management, performance, attribution, accounting, reconciliation, pricing, risk, trading (including pre-trade research and analytics), trade confirmation and settlements, corporate action processing, collateral management, pre and post trade compliance, reporting and maintaining the firm's security master.). This should include use within any outsourced or managed solutions.**

**Our firm has access to, and/or usage of, the following total number of unique CGS Identifiers (The count of CGS Identifiers should include all unique CGS Identifiers that your firm ultimately receives the benefit of in order to support or operate any part of its internal business processes or operations, regardless of where such CGS Identifiers are stored, processed or maintained.):**

CUSIP® is a registered trademark of the American Bankers Association.
CUSIP Global Services is managed on behalf of the American Bankers Association by FactSet Research Systems Inc.

CONFIDENTIAL                                                                                          FRSI00000092

☐ Under 500                ☐ Up to 5,000            ☐ Up to 20,000          ☐ Up to 40,000
☐ Up to 2,500             ☐ Up to 10,000          ☐ Up to 30,000          ☐ More than 40,000

**8. Our firm benefits from access to and/or usage of CGS Data in the following geographic region(s). Please include all geographic regions that your firm ultimately receives the benefit of CGS Data in order to support or operate any part of its internal business processes or operations, regardless of where such CGS Identifiers are stored, processed or maintained. Please do NOT select a region based on the domicile of a particular security:**

| North America | South America | Europe | Middle East & Africa | Asia/Pacific | |
|---|---|---|---|---|---|
| ☐ USA | ☐ Argentina | ☐ UK  ☐ Spain | ☐ Israel | ☐ Australia | ☐ China |
| ☐ Canada | ☐ Brazil | ☐ France  ☐ Germany | ☐ U.A.E | ☐ Korea | ☐ Singapore |
| ☐ Mexico | ☐ Colombia | ☐ Switzerland | ☐ South Africa | ☐ Japan | ☐ Hong Kong |
| ☐ Caribbean | ☐ Other | ☐ Italy | ☐ Other _____ | ☐ India | ☐ Other _____ |
| ☐ Other _____ | | ☐ Other _____ | | | |

**9. CGS Data ☐ will / ☐ will not be included in Retail and/or Institutional Client Statements** containing **client holdings only** (including trading & settlement) with associated CGS Data and be provided to clients in **Print, Electronic (*read-only format*),** and **Web Access to a secure client account (*limited file download of up to 500 CGS Identifiers on a monthly basis – client's holdings only. If your firm sends more than 500 CGS Identifiers on a monthly basis, please describe in Section 10*).**

**10. The following describes our firm's external use, display and/or distribution of CGS Data, including which data elements are distributed externally, for what purpose they are distributed and to whom they are delivered. Please explain all scenarios (i.e. - products & services, website, etc.):**

|  |
|---|

**11. Our firm offers the following types of products, services, and capabilities that display or distribute CGS Data:**

| | | |
|---|---|---|
| ☐ Reference Data Provider | ☐ Evaluated Pricing | ☐ Market Data Aggregator |
| ☐ Indices Provider | ☐ Credit Ratings Agency | ☐ Structured Finance Data Provider |
| ☐ Stock Exchange | ☐ Hosted Solution Provider | ☐ Correspondent Clearing Service |
| ☐ Trust Services Provider | ☐ Software Solutions / Facilitator | ☐ Custody Services |
| ☐ Fundamental Data Analysis / Research Provider | ☐ Outsourcing (e.g. IT, Operations, Data Management, Back Office Services) | ☐ Portfolio Risk & Analytics Provider |
| | | ☐ Other _____ |

**12. Our firm markets the following products that distribute CGS Data. Please include the names and locations of these products and services:**

☐ Display Product (including Web, Desktop Add-in, Terminal)

|  |
|---|

☐ Bulk Download/Feeds (including Portfolio extract, API)

|  |
|---|

☐ Other (including Print)

|  |
|---|

**13. Does your firm store, process, update or maintain CGS Data on your client's behalf? ☐ Yes ☐ No**
**If yes, please name and describe the service(s)**

|  |
|---|

CUSIP® is a registered trademark of the American Bankers Association.
CUSIP Global Services is managed on behalf of the American Bankers Association by FactSet Research Systems Inc.

CONFIDENTIAL                                                                                    FRSI00000093

**14. Please list all Affiliates with access to and usage of the CGS Data, including the percentage of ownership.**
(All Affiliates listed below must comply with the definition ascribed in the License Agreement and each Affiliate's use must comply with the scope provided for in the UOSS)

| Legal Entity Name | % of Ownership |
|---|---|
|  |  |

**CUSIP Global Services**

Company

Contact Name/Title                                              Print Name/Title

X _____                      X _____
Signature (required)                Date                  Signature                                Date

*(Internal Use Only)*
☐ AMERICAS   ☐ EMEA   ☐ ASIA-PAC

Contact Phone                                                  **Notes:**

Contact E-Mail                                                 **Sales Rep:**

ver. 01/28/22

Contact Name/Title

X _____
Signature (required)                Date

Contact Phone

Contact E-Mail

CUSIP® is a registered trademark of the American Bankers Association.
CUSIP Global Services is managed on behalf of the American Bankers Association by FactSet Research Systems Inc.

CONFIDENTIAL                                                        FRSI00000094