# EXHIBIT 67



**S&P GLOBAL MARKET INTELLIGENCE LLC**
55 WATER ST,
NEW YORK, NY, 10041, US
US Federal Tax I.D. for Billing Purposes: 13-4155501

# INVOICE

| Customer No | Invoice No | Invoice Date | Purchase Order | Terms | Due Date |
|---|---|---|---|---|---|
| 122049 | 2500044532 | 30-OCT-2021 | | NET 30 | 29-NOV-2021 |

**Bill To:**
HILDENE CAPITAL MANAGEMENT, LLC
GREGORY RESNICK
333 LUDLOW ST STE 5
STAMFORD CT 06902-6991

**Ship To:**
HILDENE CAPITAL MANAGEMENT, LLC
GREGORY RESNICK
333 LUDLOW ST STE 5
STAMFORD CT 06902-6991

| Description | Units | From | To | Tax (USD) | Amount (USD) |
|---|---|---|---|---|---|
| Ship To: STAMFORD CT 06902-6991<br>CUSIP License to 2,500 Identifiers<br>Internal Ref#: Q446574/ Z0171-CU-S-00002459 | 1 | 01-AUG-2021 | 31-JUL-2022 | $ 105.00 | $ 10,500.00 |

|  |  |
|---|---|
| Subtotal | $ 10,500.00 |
| Total Tax | $ 105.00 |
| Invoice Total | $ 10,605.00 |
| Payment | $ 0.00 |
| Credits/Adjustments | $ 0.00 |
| **Balance Due (USD)** | **$ 10,605.00** |

---

*To Ensure Proper Credit Detach Here and Return This Portion With Your Remittance*



View or Pay your Invoices online @ https://spglobal-billing.secure.force.com/

**Credit Card:** https://spglobal-billing.secure.force.com/

**Bank Wire:** BANK OF AMERICA
S&P GLOBAL MARKET INTELLIGENCE LLC

**Checks:** S&P GLOBAL MARKET INTELLIGENCE
33356 COLLECTION CENTER DRIVE
Chicago IL 60693

**Federal I.D.:** 13-4155501
**Invoice No:** 2500044532
**Customer Number:** 122049
**Invoice Date:** 30-OCT-2021

HILDENE CAPITAL MANAGEMENT, LLC
GREGORY RESNICK
333 LUDLOW ST STE 5
STAMFORD CT 06902-6991

**Total Amount Due (USD):** $ 10,605.00

**Amount Enclosed:**

CONFIDENTIAL

HCM-00054824

Please always include your invoice number and contract or account number when corresponding with us. This will help to assure you of the best possible service. Please include your invoice number with payments by wire transfer.

The following paragraphs exclusively govern your access to and use of the products and service(s) (the "Services") designated on the front of this invoice if you have not separately entered into an agreement with the S&P Global entity identified on this invoice ("SPG") in connection with your access to and use of such Service(s). If you have entered into any such separate agreements, the terms of such separate agreement shall prevail with respect to your access to and use of the Services. The terms of this invoice or the terms of such separate agreement with SPG, as applicable, will supersede all terms, links, and/or URLs provided under any ancillary purchase order or similar document which may be provided by you for payment of this invoice.

Payment of this invoice confirms your acceptance of these terms and conditions.

The Services are for your internal business use only. You may not modify or derive any information, data or works from the Service(s) and you will not publish, reproduce, extract, and/or otherwise distribute, within your business, outside of it or otherwise, the Service(s) or any component or portion thereof in any manner (including, but not limited to, via or as part of any internal data management system or Internet site) without an additional subscription, it being understood that any approved use or distribution of the Service(s) beyond the express uses authorized under these invoice terms and conditions is subject to the payment of additional fees to the applicable S&P Global entity.

S&P GLOBAL, ITS AFFILIATES AND SUBSIDIARIES AND THEIR THIRD-PARTY PROVIDERS (COLLECTIVELY THE "SPG PARTIES") DISCLAIM ANY AND ALL WARRANTIES AND REPRESENTATIONS, EXPRESS OR IMPLIED, INCLUDING ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE AS TO THE SERVICES, INCLUDING THE INFORMATION, DATA, SOFTWARE OR PRODUCTS CONTAINED THEREIN OR THE RESULTS OBTAINED BY THEIR USE OR AS TO THE PERFORMANCE THEREOF.

IF APPLICABLE, A REFERENCE TO A PARTICULAR INVESTMENT OR SECURITY, A CREDIT RATING OR ANY OBSERVATION CONCERNING AN INVESTMENT OR SECURITY PROVIDED IN THE SERVICES IS NOT A RECOMMENDATION TO BUY, SELL OR HOLD SUCH INVESTMENT OR SECURITY OR TO MAKE ANY OTHER INVESTMENT DECISIONS AND DOES NOT ADDRESS THE SUITABILITY OF ANY INVESTMENT OR SECURITY. YOU MAY NOT RELY ON THE SERVICES AND THEY ARE NOT A SUBSTITUTE FOR THE SKILL, JUDGMENT AND EXPERIENCE OF YOU, YOUR MANAGEMENT, EMPLOYEES, ADVISORS AND/OR CLIENTS IN MAKING INVESTMENT AND OTHER BUSINESS DECISIONS. THE SPG PARTIES DO NOT ACT NOR SHALL BE DEEMED TO BE ACTING AS A FIDUCIARY IN PROVIDING THE SERVICES.

THE SPG PARTIES DO NOT GUARANTEE THE ADEQUACY, ACCURACY, TIMELINESS OR COMPLETENESS OF THE SERVICES OR ANY COMPONENT THEREOF OR ANY COMMUNICATIONS, INCLUDING ORAL OR WRITTEN COMMUNICATIONS (INCLUDING ELECTRONIC COMMUNICATIONS) OR OUTPUT WITH RESPECT THERETO. THE SPG PARTIES SHALL NOT BE SUBJECT TO ANY DAMAGES OR LIABILITY FOR ANY ERRORS, OMISSIONS, INTERRUPTIONS OR DELAYS IN THE SERVICES. THE SERVICES AND ALL COMPONENTS THEREOF ARE PROVIDED ON AN "AS IS" BASIS AND YOUR USE OF THE SERVICES IS AT YOUR OWN RISK.

NOTWITHSTANDING ANYTHING TO THE CONTRARY IN THIS AGREEMENT, IN NO EVENT WHATSOEVER SHALL THE SPG PARTIES BE LIABLE FOR ANY INDIRECT, SPECIAL, INCIDENTAL, PUNITIVE OR CONSEQUENTIAL DAMAGES, INCLUDING LOSS OF PROFITS, TRADING LOSSES, BUSINESS INTERRUPTION LOSSES OR LOST TIME OR GOOD WILL, EVEN IF THEY HAVE BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES, WHETHER IN CONTRACT, TORT, STRICT LIABILITY OR OTHERWISE.

IN NO EVENT SHALL THE MAXIMUM CUMULATIVE LIABILITY OF ANY SPG PARTY IN CONNECTION WITH THE SERVICES AND/OR THIS AGREEMENT, REGARDLESS OF THE FORM OF ACTION, WHETHER IN CONTRACT, TORT, STRICT LIABILITY OR OTHERWISE, EXCEED THE FEES PAYABLE BY YOU TO SUCH SPG PARTY FOR THE SERVICE(S) IN QUESTION IN THE MONTH IN WHICH SUCH LIABILITY IS ALLEGED TO HAVE ARISEN.

NO ACTION, REGARDLESS OF FORM, ARISING FROM OR PERTAINING TO THIS AGREEMENT AND/OR THE SERVICES MAY BE BROUGHT BY YOU MORE THAN ONE (1) YEAR AFTER SUCH ACTION HAS ACCRUED.

If your or your company's agreement for the Services does not already incorporate the S&P Data Protection Appendix ("S&P DPA"), the provision of the Services by SPG, as well as your access to and use of the Services, are subject to the terms of the S&P DPA (shown at www.platts.com/data-protection-appendix for Platts Services and https://www.spglobal.com/marketintelligence/en/documents/Data-Protection-Appendix.pdf for MI Services), which terms are incorporated into and made a part of these invoice terms and are subject to modification by SPG from time to time. For information about how S&P Global Inc. and its divisions process personal data in accordance with applicable law and regulation, see the following Privacy and Cookie Notice at https://www.spglobal.com/corporate-privacy-policy.

**Please include your invoice number with wire payments**

| For general correspondence: | For all inquiries: | |
|---|---|---|
| S&P Global Market Intelligence<br>33356 COLLECTION CENTER DRIVE<br>Chicago IL 60693 | Phone:<br>+1 877-287-4737<br>Option #7 | Email:<br>cusip_custservice@cusip.com |

CONFIDENTIAL

HCM-00054825