# EXHIBIT 83

| | |
|---|---|
| From: | Jonathan Bloch [j.bloch@exchange-data.com] |
| Sent: | 5/1/2020 12:13:51 PM |
| To: | Andrew Greenstein [agreenstein@dinogroup.com] |
| CC: | Javier Perez-Santalla [jsantalla@dinogroup.com]; Glenn Grossman [ggrossman@dinogroup.com] |
| Subject: | Re: CUSIP Global Services / Dinosaur Financial Group |

I do not think you have any choice but to pay it otherwise your supplier (Bloomberg) will be legally required to cut you off
regards
Jonathan

**Jonathan Bloch** | Chief Executive Officer



**Exchange Data International (EDI)**
5 Highgate Road, London NW5 1JY, United Kingdom
**tel:** +44 207 324 0020
**mobile:** +44 7785 550043
**cell:** +1 917 783 6290
**email:** info@exchange-data.com
**web:** www.exchange-data.com



Information in this message is intended for the use of the addressee only and is confidential or may be the subject of professional privilege. Any third party dissemination, distribution, copying or use of this message without prior permission of the sender is prohibited. If you receive this message in error, please notify the sender by e-mail or telephone, and delete the message. Any views or opinions presented in the message are those of the sender and do not necessarily represent those of Exchange Data International Limited. This message does not form part of a contract unless it is specifically stated otherwise.

On Thu, 30 Apr 2020 at 20:15, Andrew Greenstein <agreenstein@dinogroup.com> wrote:
We are accessing their CUSIPs and they have evidence of it on a monthly basis, regardless of the terminology used. The usage they show for us is near 2500-3000 per month. Happy to have you speak with Paul if you would like but I think we are getting near the end and have to make a decision. Otherwise, it will just be shut down.

Regards,
Andy

Andrew M. Greenstein
Senior Vice President and General Counsel
DInosaur Group Holdings, LLC
470 Park Avenue South, 9th Floor
New York, NY 10016
agreenstein@dinogroup.com
Office: (917) 386-6207
Fax: (212) 448-9130
Cell: (201) 232-9098

**From:** Javier Perez-Santalla <jsantalla@dinogroup.com>
**Sent:** Thursday, April 30, 2020 3:12 PM

**To:** Andrew Greenstein
**Cc:** Glenn Grossman; Jonathan Bloch
**Subject:** Re: CUSIP Global Services / Dinosaur Financial Group

Andy,
Here is the crux of the matter. What does upto 2500 downloads mean? I am not sure we download anything at all. We may just be using different terms. But there is a definite disconnect here. We don't download any data.
Kind Regards,

Javier Perez-Santalla



470 Park Avenue South 9th fl S -New York, NY 10016
Tel:(212)448-9944  Fax:(212)448-9130  Dir:(917)386-6222

On Thu, Apr 30, 2020 at 11:16 AM Andrew Greenstein <agreenstein@dinogroup.com> wrote:

> Spoke with CUSIP again today. Told him that I was having difficulty completing the form and that we are not even sure where/what individuals the usage is arriving from. The rep understood and suggested that we proceed with the monthly usage of up to 2,500 downloads per month pricing, which would be $10,500 per year. There is an automatic right for CUSIP to audit the usage at a later time, and the rep told me that it generally is 18-24 months down the road. If during that audit, our usage is higher than they would adjust pricing going forward and NOT retroactively. [Redacted - Privileged]
>
> **Redacted - Privileged**
>
> Regards,
> Andy
>
> Andrew M. Greenstein
> Senior Vice President and General Counsel
> DCM Advisors, LLC/Dinosaur Financial Group, LLC
> 470 Park Avenue South, 9th Floor
> New York, NY 10016
> agreenstein@dinogroup.com
> Office: (917) 386-6207
> Fax: (212) 448-9130
> Cell: (201) 232-9098
>
> **From:** Javier Perez-Santalla [mailto:jsantalla@dinogroup.com]
> **Sent:** Wednesday, April 8, 2020 3:00 PM
> **To:** Andrew Greenstein <agreenstein@dinogroup.com>
> **Subject:** Re: CUSIP Global Services / Dinosaur Financial Group
>
> Yet another reason to leave TOMS.

Kind Regards,

Javier Perez-Santalla



470 Park Avenue South 9th fl S -New York, NY 10016

Tel:(212)448-9944  Fax:(212)448-9130 Dir:(917)386-6222

On Wed, Apr 8, 2020 at 2:40 PM Andrew Greenstein <agreenstein@dinogroup.com> wrote:
> Fyi- have to re-read it as a bit confusing

Regards,
Andy

Andrew M. Greenstein

Senior Vice President and General Counsel

DInosaur Group Holdings, LLC

470 Park Avenue South, 9th Floor

New York, NY 10016

agreenstein@dinogroup.com

Office: (917) 386-6207

Fax: (212) 448-9130

Cell: (201) 232-9098

**From:** Mertz, Paul <paul.mertz@cusip.com>
**Sent:** Wednesday, April 8, 2020 1:18:58 PM
**To:** Andrew Greenstein <agreenstein@dinogroup.com>
**Subject:** RE: CUSIP Global Services / Dinosaur Financial Group

Hi Andrew – there are 4 vendors currently reporting DFG as ingesting CGS Data so we need to recognize all use cases.

As for Javier below, I think you both are referring specifically to the BB TOMS product – here is statement that will help understand the use cases specific for TOMS ONLY:

**BB TOMS**

The mechanism that is the licensable act is the electronical communication via TOMS whether it is a download or file delivery to satisfy trading needs. Your firm is contracted with Bloomberg to use their platform or "highway" to receive data from different vendors. Basically, they are your outsourced database. I'm sorry a Bloomberg rep did not advise you that a separate end user license is required with CGS if a firm is using CUSIP as the identifier to run your business, but there is language in the BB agreements with regards to CUSIP licenses.

The CUSIP identifier is proprietary information of the ABA – paying Bloomberg for use of their platform does not satisfy the licensing needs with CGS. Think of it this way, Bloomberg sends ratings downstream from Ratings Agencies (Moody's, S&P) to end users – a license is also needed with them to receive their ratings and proprietary data – similar to CUSIP. Also, please take into consideration that you have been using CUSIP proprietary data without a license and the CGS Licensing team does not back charge – this license is on a moving forward basis.

Usually end users who are using the TOMS system to trade, having a problem deterring their CUSIP use, so I thought these two statements from other clients might also help with count.

Client 1 – probably your use case:

*I did not get the June and July information from an end of day file from Bloomberg. We just manually exported our monthly trades for those months from Bloomberg. I have asked Bloomberg for help with locating these end of day feeds that show CUSIPs.*

Client 2 – end of day files:

*I got an answer on the CUSIP count from BB. Internally we have identified that in the past 12 months we have received from BB TOMS end of day feeds 11,343 different CUSIPs with an average of 945 CUSIPs monthly.*

Regards,

Paul

**From:** Andrew Greenstein <agreenstein@dinogroup.com>
**Sent:** Wednesday, April 08, 2020 12:10 PM
**To:** Mertz, Paul <paul.mertz@cusip.com>
**Subject:** RE: CUSIP Global Services / Dinosaur Financial Group

Hi Paul,

CONFIDENTIAL    DFG-00048335

I happened to hear from Javier today and he wanted clarification as to usage. He did not believe that DFG uses more that 500 CUSIPs per month nor that DFG downloaded that data. Any information you can provide to assist with my answer to him? Thanks.

Regards,

Andy

Andrew M. Greenstein

Senior Vice President and General Counsel

DCM Advisors, LLC/Dinosaur Financial Group, LLC

470 Park Avenue South, 9th Floor

New York, NY 10016

agreenstein@dinogroup.com

Office: (917) 386-6207

Fax: (212) 448-9130

Cell: (201) 232-9098

**From:** Mertz, Paul [mailto:paul.mertz@cusip.com]
**Sent:** Wednesday, April 8, 2020 9:12 AM
**To:** Andrew Greenstein <agreenstein@dinogroup.com>
**Subject:** RE: CUSIP Global Services / Dinosaur Financial Group

Hi Andrew – hope you are well.

I wanted to check-in and see how you were doing - I've been remote for the past two weeks in Queens NY – definitely been a change.

Anyway, let me know when you get a chance to look at the CUSIP UoSS and speak internally.

I know it might not be on the top of your list right now but I still have to update the CGS Licensing team when they ask etc.

Thanks again and let me know if you need anything.

Regards,

Paul

**From:** Mertz, Paul
**Sent:** Monday, March 23, 2020 11:44 AM

**To:** Andrew Greenstein <agreenstein@dinogroup.com>
**Subject:** RE: CUSIP Global Services / Dinosaur Financial Group

Absolutely – will set a reminder.

Regards,

Paul

**From:** Andrew Greenstein <agreenstein@dinogroup.com>
**Sent:** Monday, March 23, 2020 11:38 AM
**To:** Mertz, Paul <paul.mertz@cusip.com>
**Subject:** Re: CUSIP Global Services / Dinosaur Financial Group

Hi Paul,

Thanks for the email and follow up. As you can imagine, we have had our hands full with the current situation and trying to Stabilize our business. As such, I have not had time to focus on this matter. I would ask for us to reconvene this discussion in 2 weeks as hopefully things will start improving and I can connect with the appropriate people to obtain the answers to the questions in the document you provided. Please let me know if this is a workable approach. Thanks for your patience and stay safe.

Regards,
Andy

Andrew M. Greenstein

Senior Vice President and General Counsel

DInosaur Group Holdings, LLC

470 Park Avenue South, 9th Floor

New York, NY 10016

agreenstein@dinogroup.com

Office: (917) 386-6207

Fax: (212) 448-9130

Cell: (201) 232-9098

**From:** Mertz, Paul <paul.mertz@cusip.com>
**Sent:** Monday, March 23, 2020 11:09:42 AM
**To:** Andrew Greenstein <agreenstein@dinogroup.com>
**Subject:** RE: CUSIP Global Services / Dinosaur Financial Group

CONFIDENTIAL
DFG-00048337

Hi Andrew – hope you are well and made the best of the weekend.

I wanted to follow-up on the CUSIP Use of Service Statement and see if you had any questions.

Please let me know an update or if you need any assistance when possible.

Thank you.

Regards,

Paul

---

**From:** Mertz, Paul
**Sent:** Thursday, March 12, 2020 11:03 AM
**To:** Andrew Greenstein <agreenstein@dinogroup.com>
**Subject:** RE: CUSIP Global Services / Dinosaur Financial Group

Hi Andrew:

Thank you for taking the time to speak with me last week regarding your firm's potential use of CUSIP identifiers - per our discussion, please see attached Use of Service Statement.

The vendors that reported your firm are below – please let me know after you investigate and we can go from there.

Thank you.

| | | | |
|---|---|---|---|
| Dinosaur Financial Group, LLC | 0006669 | FINRA | TRACE |
| Dinosaur Financial Group | 518886 | Confidential | FactSet |

| | | | | |
|---|---|---|---|---|
| DINOSAUR FINANCIAL GROUP LLC | 30331841 | Bloomberg | DAPI | |
| DINOSAUR | 5920 | Bloomberg | Trading Systems | 470 PARK AVE S |

Regards,

Paul

**From:** Andrew Greenstein <agreenstein@dinogroup.com>
**Sent:** Monday, March 02, 2020 10:18 AM
**To:** Mertz, Paul <paul.mertz@cusip.com>
**Subject:** Re: CUSIP Global Services / Dinosaur Financial Group

That time works

Regards,

Andy

Andrew M. Greenstein

Senior Vice President and General Counsel

Dinosaur Group Holdings, LLC

470 Park Avenue South, 9th Floor

New York, NY 10016

agreenstein@dinogroup.com

Office: (917) 386-6207

Fax: (212) 448-9130

Cell: (201) 232-9098

---

**From:** Mertz, Paul <paul.mertz@cusip.com>
**Sent:** Monday, March 2, 2020 9:36:44 AM
**To:** Andrew Greenstein <agreenstein@dinogroup.com>
**Subject:** RE: CUSIP Global Services / Dinosaur Financial Group

Sure – 11am work for you?

Regards,

Paul

---

**From:** Andrew Greenstein <agreenstein@dinogroup.com>
**Sent:** Monday, March 02, 2020 9:35 AM
**To:** Mertz, Paul <paul.mertz@cusip.com>
**Subject:** Re: CUSIP Global Services / Dinosaur Financial Group

Hi Paul,

I am out until Wednesday. Can we speak on Thursday?

Regards,

Andy

Andrew M. Greenstein

Senior Vice President and General Counsel

Dinosaur Group Holdings, LLC

470 Park Avenue South, 9th Floor

New York, NY 10016

agreenstein@dinogroup.com

Office: (917) 386-6207

Fax: (212) 448-9130

Cell: (201) 232-9098

---

**From:** Mertz, Paul <paul.mertz@cusip.com>
**Sent:** Monday, March 2, 2020 9:03:13 AM
**To:** Andrew Greenstein <agreenstein@dinogroup.com>
**Subject:** RE: CUSIP Global Services / Dinosaur Financial Group

Hi Andrew:

I am kindly following up on the below email.

Thank you - please let me know when you have time to discuss.

Regards,

Paul

**From:** Mertz, Paul
**Sent:** Tuesday, February 18, 2020 9:08 AM
**To:** Andrew Greenstein <agreenstein@dinogroup.com>
**Subject:** RE: CUSIP Global Services / Dinosaur Financial Group

Hi Andrew – Dinosaur Financial Group is now being reported to the CUSIP Licensing team by Bloomberg (TOMS).

Do you need CGS data via Bloomberg?

Please let me know if you want to discuss.

Regards,

Paul

**From:** Andrew Greenstein <agreenstein@dinogroup.com>
**Sent:** Thursday, March 22, 2018 10:06 AM
**To:** Mertz, Paul <paul.mertz@cusip.com>
**Subject:** RE: CUSIP Global Services / Dinosaur Financial Group

I was under the impression that you and Mike spoke and that this was resolved with no issues.

Regards,

Andy

Andrew M. Greenstein

Senior Vice President and General Counsel

Dinosaur Financial Group, LLC

470 Park Avenue South, 9th Floor

New York, NY 10016

agreenstein@dinogroup.com

Office: (917) 386-6207

Fax: (212) 448-9130

Cell: (201) 232-9098

**From:** Mertz, Paul [mailto:paul.mertz@cusip.com]
**Sent:** Wednesday, March 21, 2018 2:00 PM
**To:** Andrew Greenstein <agreenstein@dinogroup.com>
**Subject:** RE: CUSIP Global Services / Dinosaur Financial Group

Andrew -- apologies -- how did we finish off our call...?

can't find my notes -- CUSIP is not needed within DFG?

Regards,

Paul

---

**From:** Mertz, Paul
**Sent:** Friday, March 09, 2018 2:10 PM
**To:** 'Andrew Greenstein'
**Subject:** RE: CUSIP Global Services / Dinosaur Financial Group

Thanks Andrew -- if you ever need anything from CUSIP, you know who to find me.

Regards,

Paul

---

**From:** Andrew Greenstein [mailto:agreenstein@dinogroup.com]
**Sent:** Friday, March 09, 2018 12:05 PM
**To:** Mertz, Paul
**Subject:** FW: CUSIP Global Services / Dinosaur Financial Group

FYI

Regards,

Andy

Andrew M. Greenstein

Senior Vice President and General Counsel

Dinosaur Financial Group, LLC

470 Park Avenue South, 9th Floor

New York, NY 10016

agreenstein@dinogroup.com

Office: (917) 386-6207

Fax: (212) 448-9130

Cell: (201) 232-9098

---

**From:** Mike Wollins [mailto:mwollins@factset.com]
**Sent:** Friday, March 9, 2018 12:03 PM
**To:** Vijay Chopra <vchopra@dcmadvisors.com>
**Cc:** Andrew Greenstein <agreenstein@dinogroup.com>; Steven Collopy <scollopy@dcmadvisors.com>
**Subject:** RE: CUSIP Global Services / Dinosaur Financial Group

Hi Everyone-

Thanks for the added information. The source is actually not from Vijay's group but a different group at Dinosaur who had been consuming a data feed from us.

I will reach out to Paul to get this resolved. Apologies for any confusion.

Thanks,

Mike

**From:** Vijay Chopra [mailto:vchopra@dcmadvisors.com]
**Sent:** Thursday, March 08, 2018 3:13 PM
**To:** Mike Wollins <mwollins@factset.com>
**Cc:** Andrew Greenstein <agreenstein@dinogroup.com>; Steven Collopy <scollopy@dcmadvisors.com>
**Subject:** RE: CUSIP Global Services / Dinosaur Financial Group

Hi Mike,

I have copied the email from the CUSIP rep below. I know that we can see CUSIPs and Solos in Screening etc. Does that require a separate agreement with CUSIP?

Please inquire internally because we do not want any disruption tied to them turning off the CUSIPs.

Best,

Vijay

Vijay Chopra, PhD, CFA

Portfolio Manager - International Equities

DCM Advisors

P: 917-386-6263

vchopra@dcmadvisors.com

475 Park Avenue South, 9th Floor South

New York, NY 10016

---

**From:** Mertz, Paul [mailto:paul.mertz@cusip.com]
**Sent:** Thursday, March 8, 2018 2:07 PM
**To:** Andrew Greenstein <agreenstein@dinogroup.com>
**Subject:** RE: CUSIP Global Services / Dinosaur Financial Group

Hi Andrew – thank you.

It's odd because FactSet has been reporting you to the CGS Licensing team since June.

Can you double-check with your FactSet rep one time as he mentioned he was still looking for source before we request any formal shut-off from them please?

Regards,

Paul

**From:** Mike Wollins [mailto:mwollins@factset.com]
**Sent:** Tuesday, February 27, 2018 11:38 AM
**To:** Vijay Chopra
**Subject:** RE: CUSIP Global Services / Dinosaur Financial Group

Hi Vijay-

Thanks for reaching out. To my knowledge, you are not receiving CUSIP data in a feed or file download format. I'll try to identify the source of this inquiry.

Thanks

Mike

**From:** Vijay Chopra [mailto:vchopra@dcmadvisors.com]
**Sent:** Monday, February 26, 2018 4:12 PM
**To:** Mike Wollins <mwollins@factset.com>
**Subject:** FW: CUSIP Global Services / Dinosaur Financial Group

Hi Mike,

CONFIDENTIAL
DFG-00048342

Please take a look at the email chain below. We were contacted by CUSIP about our use of CUSIPs due to FactSet providing them with that information. FactSet has been providing us with CUSIPs as a part of the basic service. Has there been any change in that arrangement?

Best,

Vijay

**From:** Andrew Greenstein [mailto:agreenstein@dinogroup.com]
**Sent:** Monday, February 26, 2018 3:52 PM
**To:** Leila Heckman; John Mullin; Charles Waters; Vijay Chopra
**Cc:** Steven Collopy
**Subject:** Fwd: CUSIP Global Services / Dinosaur Financial Group

Please see below. I assume this is related to Heckman work and we have a valid license for this. Please confirm.

Regards,

Andy

---------- Forwarded message ----------
From: **"Lane, Danielle"** <danielle.lane@cusip.com>
Date: Mon, Feb 26, 2018 at 3:50 PM -0500
Subject: CUSIP Global Services / Dinosaur Financial Group
To: "agreenstein@dinogroup.com" <agreenstein@dinogroup.com>
Cc: "Seip, Alison" <alison.seip@cusip.com>

Hi Andy,

I hope this email finds you well.

My name is Danielle Lane and I work for CUSIP Global Services ("CGS") within the Licensing & Compliance Division. Your firm was reported to CGS by FactSet as receiving CGS Data in bulk feed, or file download formats. Your CGS Relationship Manager, Mr. Paul Mertz, has asked me to contact you to provide you with this confidential vendor information.

Please let us know if you have any questions, or contact Paul directly to continue along with the CGS licensing process.

This is the contact that was provided by FactSet:

| Dinosaur Financial Group | Edward Coyle | ecoyle@apbfinancialgroup.com | 212-293-3403 |

Have a good day,

Danielle

**From:** Andrew Greenstein [mailto:agreenstein@dinogroup.com]
**Sent:** Monday, February 26, 2018 1:46 PM
**To:** Mertz, Paul
**Subject:** FW: CUSIP Global Services - Dinosaur Financial Group

Hi Paul,

Thanks for speaking with me today. As discussed, if you could provide me additional information as to what this is in regards, it will better assist me in figuring it out on our side. I look forward to hearing from you soon.

Regards,

Andy

Andrew M. Greenstein

Senior Vice President and General Counsel

Dinosaur Financial Group, LLC

470 Park Avenue South, 9th Floor

New York, NY 10016

agreenstein@dinogroup.com

Office: (917) 386-6207

Fax: (212) 448-9130

Cell: (201) 232-9098

---------- Forwarded message ----------
From: **Mertz, Paul** <paul.mertz@cusip.com>
Date: Mon, Feb 26, 2018 at 8:01 AM
Subject: CUSIP Global Services - Dinosaur Financial Group
To: "egrossman@dinogroup.com" <egrossman@dinogroup.com>

Mr. Grossman:

I am your CUSIP relationship manager and I've recently been contacted by one of CUSIP Global Services authorized third party vendors that proprietary CUSIP data is being utilized within your firm.

Would you be the correct person to assist with better understanding this potential use and if not, could you please provide a contact in your operations or compliance group that could assist?

Thank you and appreciate your efforts in advance.

Paul J. Mertz

**Director | CUSIP Global Services**

(Operated on behalf of the ABA by S&P Global Market Intelligence)

55 Water Street, 49th Floor | New York, NY 10041

office: 212.438.3980 | cell: 516.369.2431

paul.mertz@cusip.com



The information contained in this message is intended only for the recipient, and may be a confidential attorney-client communication or may otherwise be privileged and confidential and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, please be aware that any dissemination or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by replying to the message and deleting it from your computer. S&P Global Inc. reserves the right, subject to applicable local law, to monitor, review and process the content of any electronic message or information sent to or from S&P Global Inc. e-mail addresses without informing the sender or recipient of the message. By sending electronic message or information to S&P Global Inc. e-mail addresses you, as the sender, are consenting to S&P Global Inc. processing any of your personal data therein.

This message is intended only for the personal and confidential use of the designated recipient(s) named above. If you are not the intended recipient of this message you are hereby notified that any review, dissemination, distribution or copying of this message is strictly prohibited. This communication is for information purposes only and should not be regarded as an offer to sell or as a solicitation of an offer to buy any financial product, an official confirmation of any transaction, or as an official statement of the Dinosaur Group. Email transmission cannot be guaranteed to be secure or error-free. Therefore, we do not represent that this information is complete or accurate and it should not be relied upon as such. All information is subject to change without notice.

DCM Advisors, LLC (DCM) is an SEC-registered investment advisor. Securities are offered through Dinosaur Financial Group, LLC, (Member FINRA/SIPC), an affiliated broker-dealer of DCM. DCM does not accept via e-mail time-

sensitive transactional messages, if applicable, or instructions, including, but not limited to, orders to buy and sell securities of any type, instructions regarding changing account allocation(s), or any other instructions pertaining to deposits or withdrawals from client accounts.

Confidentiality: The information contained in this message, including any and all file attachments, is intended solely for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination, distribution, copying or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is strictly prohibited. If you have received this transmission in error, please contact the sender and immediately destroy any copies of this document.

DCM Advisors, LLC (DCM) is an SEC-registered investment advisor. Securities are offered through Dinosaur Financial Group, LLC, (Member FINRA/SIPC), an affiliated broker-dealer of DCM. DCM does not accept via e-mail time-sensitive transactional messages, if applicable, or instructions, including, but not limited to, orders to buy and sell securities of any type, instructions regarding changing account allocation(s), or any other instructions pertaining to deposits or withdrawals from client accounts.

Confidentiality: The information contained in this message, including any and all file attachments, is intended solely for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination, distribution, copying or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is strictly prohibited. If you have received this transmission in error, please contact the sender and immediately destroy any copies of this document.

This message is intended only for the personal and confidential use of the designated recipient(s) named above. If you are not the intended recipient of this message you are hereby notified that any review, dissemination, distribution or copying of this message is strictly prohibited. This communication is for information purposes only and should not be regarded as an offer to sell or as a solicitation of an offer to buy any financial product, an official confirmation of any transaction, or as an official statement of the Dinosaur Group. Email transmission cannot be guaranteed to be secure or error-free. Therefore, we do not represent that this information is complete or accurate and it should not be relied upon as such. All information is subject to change without notice.

This message is intended only for the personal and confidential use of the designated recipient(s) named above. If you are not the intended recipient of this message you are hereby notified that any review, dissemination, distribution or copying of this message is strictly prohibited. This communication is for information purposes only and should not be regarded as an offer to sell or as a solicitation of an offer to buy any financial product, an official confirmation of any transaction, or as an official statement of the Dinosaur Group. Email transmission cannot be guaranteed to be secure or error-free. Therefore, we do not represent that this information is complete or accurate and it should not be relied upon as such. All information is subject to change without notice.

This message is intended only for the personal and confidential use of the designated recipient(s) named above. If you are not the intended recipient of this message you are hereby notified that any review, dissemination, distribution or copying of this message is strictly prohibited. This communication is for information purposes only and should not be regarded as an offer to sell or as a solicitation of an offer to buy any financial product, an official confirmation of any transaction, or as an official statement of the Dinosaur Group. Email transmission cannot be guaranteed to be secure or error-free. Therefore, we do not represent that this information is complete or accurate and it should not be relied upon as such. All information is subject to change without notice.

This message is intended only for the personal and confidential use of the designated recipient(s) named above. If you are not the intended recipient of this message you are hereby notified that any review, dissemination, distribution or copying of this message is strictly prohibited. This communication is for information purposes only and should not be regarded as an offer to sell or as a solicitation of an offer to buy any financial product, an official confirmation of any transaction, or as an official statement of the Dinosaur Group. Email transmission cannot be guaranteed to be secure or error-free. Therefore, we do not represent

that this information is complete or accurate and it should not be relied upon as such. All information is subject to change without notice.

This message is intended only for the personal and confidential use of the designated recipient(s) named above. If you are not the intended recipient of this message you are hereby notified that any review, dissemination, distribution or copying of this message is strictly prohibited. This communication is for information purposes only and should not be regarded as an offer to sell or as a solicitation of an offer to buy any financial product, an official confirmation of any transaction, or as an official statement of the Dinosaur Group. Email transmission cannot be guaranteed to be secure or error-free. Therefore, we do not represent that this information is complete or accurate and it should not be relied upon as such. All information is subject to change without notice.

This message is intended only for the personal and confidential use of the designated recipient(s) named above. If you are not the intended recipient of this message you are hereby notified that any review, dissemination, distribution or copying of this message is strictly prohibited. This communication is for information purposes only and should not be regarded as an offer to sell or as a solicitation of an offer to buy any financial product, an official confirmation of any transaction, or as an official statement of the Dinosaur Group. Email transmission cannot be guaranteed to be secure or error-free. Therefore, we do not represent that this information is complete or accurate and it should not be relied upon as such. All information is subject to change without notice.

This message is intended only for the personal and confidential use of the designated recipient(s) named above. If you are not the intended recipient of this message you are hereby notified that any review, dissemination, distribution or copying of this message is strictly prohibited. This communication is for information purposes only and should not be regarded as an offer to sell or as a solicitation of an offer to buy any financial product, an official confirmation of any transaction, or as an official statement of the Dinosaur Group. Email transmission cannot be guaranteed to be secure or error-free. Therefore, we do not represent that this information is complete or accurate and it should not be relied upon as such. All information is subject to change without notice.

CONFIDENTIAL                                                                                                                                                                                   DFG-00048346