# EXHIBIT 85

**From:** "Chan, Dowson" <dowson.chan@cusip.com>
**To:** "Ho, Eng Ban" <engban.ho@cusip.com>
**Subject:** FW: Access to ISIN/CUSIP in ▮▮▮▮
**Date:** Fri, 13 Sep 2019 04:16:25 -0000
**Importance:** High
**Inline-Images:** image001.png; image002.png; image003.jpg; image004.jpg; image005.jpg

---

Hi Eng Ban,

I have not got further response from this client since April. I'm closing the case. Please proceed to escalate.

Thanks!
Dowson

---

**From:** Chan, Dowson
**Sent:** Thursday, September 12, 2019 8:31 AM
**To:** ▮▮▮▮
**Subject:** RE: Access to ISIN/CUSIP in ▮▮▮▮
**Importance:** High

Hi ▮▮,

I have not heard further from you on your CGS Identifier requirement. I'd assume you don't find any use case on CGS Identifiers, and will proceed to close the case. It is fine that not responding to me, if you have checked and don't find any requirement on CGS Identifiers, i.e. CUSIP and CGS ISIN (a subset of ISIN).

Fyi, as a standard CGS procedure, we need to formalize this case closure. Our Licensing Director will issue an escalation letter to your attention shortly. CGS Authorized Distributors will cease the provision of CGS Identifiers from their data feed services for your firm. It will not affect their provision of other non-CGS data content. As you don't use CGS Identifiers, there should be no impact to your operations. No action is needed from your end.

Thanks again for your attention. Should you consider using CGS Identifiers in the future, please don't hesitate to let me know.

Best regards,

Dowson Chan

CUSIP Global Services
T +65 6530 6438  |  M +65 9177 5788
www.cusip.com

**S&P Global**

---

**From:** Chan, Dowson
**Sent:** Wednesday, July 10, 2019 9:49 AM
**To:** ▮▮▮▮
**Subject:** RE: Access to ISIN/CUSIP in ▮▮▮▮

Hi ▮

I have not heard from you so far. Please understand that your firm's current access to CGS Identifiers, i.e. CUSIP and CGS ISIN (a subset of ISIN) through your market data vendors, is still pending for CGS's authorization.

If you have checked internally and could not found any use case on CGS Identifiers please kindly let me know. I can close the case and no further action is needed from your side. Otherwise, a direct license with CGS is required for your continuous consumption of CGS Identifiers. I'd start a conversation to understand your firm's use case and propose an appropriate license for your consideration.

If you are not the appropriate person to deal with this matter, please kindly refer this e-mail to the right colleague, preferably someone within a compliance, technology, operations, or market data role, who can assist with better understanding the current use of CGS data within the organization.

I'm happy to have a quick call with your side to provide you a better idea on CGS Identifiers and the arrangement.

Thanks for your attention. I look forward to hearing from you soon.

Best regards,

Dowson Chan

CUSIP Global Services
T +65 6530 6438 | M +65 9177 5788
www.cusip.com



**From:** Chan, Dowson
**Sent:** Monday, May 06, 2019 8:31 AM
**To:** ▮
**Subject:** RE: Access to ISIN/CUSIP in ▮

Hi ▮

Trust you had a great weekend!

I'd like to follow up with you from our last conversation. May I know if you have discovered any use case on CGS Identifier? Please let me know if I can assist in your investigation.

Look forward to hearing from you soon.

Best regards,

Dowson Chan

CUSIP Global Services
T +65 6530 6438 | M +65 9177 5788
www.cusip.com



**From:** Chan, Dowson
**Sent:** Tuesday, April 09, 2019 9:10 AM
**To:** ▇
**Subject:** RE: Access to ISIN/CUSIP in ▇

Sure ▇. Thanks your attention and investigating if there is any use case in your firm.

Let me know if there is anything I can assist.

Best regards,

Dowson Chan

CUSIP Global Services
T +65 6530 6438 | M +65 9177 5788
www.cusip.com

 S&P Global

**From:** ▇
**Sent:** Tuesday, April 09, 2019 9:02 AM
**To:** Chan, Dowson <dowson.chan@cusip.com>
**Cc:** ▇
**Subject:** RE: Access to ISIN/CUSIP in ▇

Hi Dowson,

I will work on this. In the meanwhile I propose dropping ▇ out of the CC list, thanks!

**From:** Chan, Dowson <dowson.chan@cusip.com>
**Sent:** Monday, 8 April, 2019 10:32 AM
**To:**
**Cc:**
**Subject:** RE: Access to ISIN/CUSIP in

Thanks, 

Please understand that we still need to go through the formalities for the CGS License even if you have less than 500 CGS Identifiers in your systems/databases.

Attached is the CGS Use of Service Statement (UoSS). Please kindly fill in and declare your use case. Let me know if I can walk through the questions with you.

Once I have received your filled in and signed UoSS, I'll prepare a license proposal for your consideration.

Let me know if you have any questions.

Best regards,

Dowson Chan

CUSIP Global Services
T +65 6530 6438 | M +65 9177 5788
www.cusip.com

 S&P Global

---

**From:**
**Sent:** Monday, April 08, 2019 9:32 AM
**To:** Chan, Dowson <dowson.chan@cusip.com>
**Cc:**
**Subject:** RE: Access to ISIN/CUSIP in

Hi Dawson,

We currently need to track less than 500 ISIN but reckon we may need more for our new fund that will be launching soon.

Can you advise the way forward?





**From:** Chan, Dowson <dowson.chan@cusip.com>
**Sent:** Friday, 5 April, 2019 8:31 AM
**To:**
**Cc:**
**Subject:** RE: Access to ISIN/CUSIP in

Hi

Happy Friday!

I'd like to follow up from our last conversation. I'm wondering if you have any update on your CGS ISIN count. Please let me know if you require any assistance.

I look forward to hearing from you soon.

Best regards,

Dowson Chan

CUSIP Global Services
T +65 6530 6438 | M +65 9177 5788
www.cusip.com



S&P Global

**From:** Chan, Dowson
**Sent:** Friday, March 22, 2019 8:31 AM
**To:**

CONFIDENTIAL  FRSI00229581

**Cc:** ▮

**Subject:** RE: Access to ISIN/CUSIP in ▮

Hi Kelvin,

Thanks for your speaking with me yesterday. I hope you have got a better idea on CGS Identifier and the background of my reach out. Please find the discussed points below.

### A Brief History of CUSIP:

- In the 1960s, stock trading and settlement were processed manually. The US stock market activity had grown to a level that outpaced the then technology could handle. With the record trading volume, the market suffered from prolonged settlement time and errors.
- The American Bankers Association (ABA) was tasked to create a Committee on Uniform Security Identification Procedures (i.e. "CUSIP" in short) to improve market efficiency. CUSIP Identifier was created to allow automation and promote operational efficiency.
- The ABA created CUSIP Global Services (CGS) to carry out the mandate on issuing and distributing CUSIP Identifiers. S&P Global was appointed to manage CGS on behalf of the ABA.
- CGS creates and maintains a database of CUSIP Identifiers and related descriptive data for market participants to use. CGS licenses access to the CUSIP database to protect the intellectual property of the ABA, and ensure the quality and consistency of the information it provides. Market participants subscribe to CGS License and access to CUSIP database directly.
- CGS has emerged in the past 50 years. CGS becomes the numbering agency for 36 markets, and expanded coverage to various security types (stock, bond, etc.). CGS co-operates the Association of National Numbering Agencies (ANNA) responsible for ISIN allocation and distribution.
- Till today, CUSIP Identifier continue serves its important role in facilitate trade execution. It also acts as the common reference key for mapping various sourced content into a complete security record.
- With the advancement of technology and market demand, the delivery of CUSIP Database has moved from direct delivery to through CGS's Authorized Distributors. Today, over 400 market data vendors and service providers in the world are authorized to carry CUSIP Identifier as part of their data content. CGS's business model on direct licensing end users for the access of CUSIP Identifiers remains unchanged. CGS Authorized Distributors are obliged to report their client's usage to CGS.
- Your firm was reported in the vendor reports for CGS. This indicated that your firm may have access to CGS Identifiers through our Authorized Distributors. The reason for my reach out is to determine if there is any use case of CGS Identifiers in your operations. If there is no requirement on CGS Identifiers, I can simply close the case. No action is needed from your side. If you require to continue accessing CGS Identifiers through your vendors, I'll work with you to understand your use case and propose an appropriate license accordingly.

### Why isn't CGS Data available for free from CGS or its Authorized Distributors?

- CGS has made, and continues to make, significant investments in developing and updating its commercial databases and delivering its proprietary data in formats and frequencies valued in the marketplace. CGS Data contains data selected and arranged by CGS through the application of methods and standards of judgment used and developed through the expenditure of considerable work, time and money. License fees cover the expense of maintaining the CGS Data and provide incentives to innovate and upgrade the data products that CGS offers.
- The value of CGS Data is not only the CUSIP identifier itself but also the linked descriptive data that enables the financial marketplace to uniquely identify a particular security. End-users customers can therefore rely on the provenance of data originating from CGS, which helps them run their operations with reliability.
- The American Bankers Association is the owner of all intellectual property rights to the CUSIP system, including all intellectual property rights in and to CGS's various commercial databases.

CONFIDENTIAL

### Does my market data feed subscription cover CGS License?
- CGS's Authorized Distributors have the right in distributing CGS Identifiers in their data feed deliveries to their customers. However, none of the Authorized Distributors are authorized to offer CGS License on behalf of CGS or ABA. CGS manages CGS License directly with the end-users. All Authorized Distributors have included a CGS/CUSIP Clause in their subscription agreements stating ABA/CGS as the IP owner of CGS Identifiers and a license is required for using CGS Identifiers. Authorized Distributors' representatives should be able to advise on such requirement.
- In the distribution agreement between CGS and Authorized Distributors, CGS has the right to request Authorized Distributors to cease provision of CGS Data to organizations which don't require CGS Data or do not have an appropriate CGS License in place.

### When does a firm need to enter into a license agreement with CGS?
- A license agreement with CGS is required when an end-user wishes to obtain access to an electronic download, datafeed or similar capability to retrieve CGS Data in bulk format of CUSIP standard numbers, CUSIP standard descriptions, CGS ISIN, CGS CINs numbers, and other information about financial instruments - either directly from CGS or indirectly through one of CGS's many Authorized Distributors. Authorized Distributors are data vendors or information providers who have entered into distribution agreements with CGS to distribute or otherwise make available CGS Data to end-user customers.
- A license agreement with CGS is also required when an end-user's database that contains CUSIP Data is updated, maintained and/or operated by an Authorized Distributor, regardless of whether such end-user's database is located internally at the end-user's site or maintained and/or updated on the end-user's behalf at the Authorized Distributors' site or other third-party site.

### We may have been using CGS Identifiers for a long time. Would CGS back track our license subscription to the past?
- It is understandable that you might not aware of CGS License requirement in the past. Our main focus is to ensure an appropriate license is in place to cover your organization's use case going forward. As long as your organization understands the CGS License requirement and be cooperative in letting CGS to understand your current use case, we'll arrange an appropriate CGS License for your organization asap.

### What is the CGS Licensing Process?
Below are the 3 main steps before we conclude a CGS License with ▮▮▮▮▮▮
1. <u>Fill in the Use of Service Statement (or UoSS)</u>, by ▮▮▮▮▮▮ – This is a questionnaire for describe how your firm's access and use of CGS Identifiers. The UoSS will form the basis of your License Scope.
2. <u>CGS License Proposal</u>, by CGS – After the UoSS is filled in and discussed, CGS will prepare an appropriate license proposal to cover the described use case and scope.
3. <u>Paper work</u>, by both ▮▮▮▮▮▮ and CGS – To formalize the licensing process.

### How is the CGS License Fee be calculated?
The CGS License Fee for Internal Use is based on 3 parameters:
1. Number of CGS Identifiers databased
2. Number of Business Lines where CGS Data is used
3. Number of Geographic Regions in which a subscriber has access to or usage of a CGS database
- The CGS License Fee Calculation is standardized and transparent. A CGS License Fee Calculator is available from the CGS Website (https://www.cusip.com/cusip/cgs-license-fees.htm). Subscribers can make use of the Fee Calculator to get an indicative License Fee for Internal Use by inputting the said parameters.

### What are CGS Identifiers?
i. <u>"CUSIP (Committee on Uniform Security Identification Procedures) Identifier"</u>
A 9-character alpha-numeric identifier assigned for issuers and their financial instruments offered in the U.S. and Canada.
ii. <u>"CGS CINS (CUSIP International Number System) Identifier"</u>

CONFIDENTIAL                                                                                                                                FRSI00229583

   A 9-character alpha-numeric identifier that uses the same 9-character format as CUSIP identifiers and is the local identifier of more than 30 non-North American markets.
  iii. **"CGS ISIN (International Securities Identification Number) Identifier"**
  A 12 character global identifiers assigned by CGS in its role as National Numbering Agency for the United States and substitute National Numbering Agency for selected countries. The ISO Prefixes for CGS ISINs are as follows: **US, CA, KY, BM, VI, VG, UM, TT, SR, GS, SX, VC, MF, LC, KN, BL, PR, PH, PW, MP, FM, YT, MH, HT, GY, GU, GD, DM, CW, BQ, BZ, BS, AW, AG, AI, AS**

- In Asia Pacific, ISIN is the most commonly used security identifiers among institutions. If your firm is using ISIN, we'll focus on CGS ISIN, the subset of ISIN with the above mentioned ISO Prefixes, only. Please refer your Operations colleague to conduct a database query on ISIN with the above 36 ISO Prefixes. The CGS License will concern on CGS ISIN only. Non-CGS ISIN has no licensing requirement.

**As explained, the CGS License concerns of the securities identifiers maintained in your (in-house/hosted) systems/databases that supports your investment operations (e.g. trading systems, post-trading processes, valuation, portfolio analytics, risk and reporting, etc.)**

**How to count the number of CGS Identifiers?**
- The count should include all CGS Identifiers (except defunct and matured more than 1 year ago) regardless of where they are situated, to which a subscriber needs access in order to operate any part of their business. This definition applies whether the database is maintained directly by the subscriber or is maintained by a third party on behalf of, or for the benefit of, a subscriber.
  - For example: Subscriber may maintain a database (internal or outsourced) of 5,000 CGS Identifiers which reflects only those in which it holds, or at one time held, a position. However, if subscriber needs access to a pool of 30,000 CGS Identifiers in order to select those 5,000, it is the pool of 30,000 that should be counted.
  - Conversely, if a subscriber receives a datafeed that includes 100,000 CGS Identifiers, but the pool from which they select CGS Identifiers to database is limited to only 10,000, then the count should be 10,000.

I hope the above will give you a better idea on the CGS Licensing arrangement. Please feel free to consult with your market data vendor representatives. They will be in the position to advise you on the CGS/CUSIP arrangement, and where to locate the CGS Data in their services.

<u>**The next step:**</u>
I'd take a "step-by-step" approach in working with you. We are still in the exploratory stage. <u>The very first question is to determine if CGS Identifier is being used and maintained in your in-house or hosted systems/databases. Could you refer your Operations colleague to conduct a database query on the number of ISIN with the above mentioned ISO Prefixes?</u>

Once you have got the count result, we can decide if further action is needed.

Thanks for your attention to the matter. Appreciate very much for your help and arrangement. Let me know if you have any quyestions or if there is anything I can assist.

Best regards,

Dowson Chan

CUSIP Global Services
T +65 6530 6438  |  M +65 9177 5788
www.cusip.com


**S&P Global**

**From:** ▮
**Sent:** Thursday, March 21, 2019 9:11 AM
**To:** Chan, Dowson <dowson.chan@cusip.com>
**Cc:** ▮
**Subject:** RE: Access to ISIN/CUSIP in ▮

Hi Dowson,

Can you call me to help me understand the situation? I can be reached at ▮





**From:** ▮
**Sent:** Thursday, 21 March, 2019 9:00 AM
**To:** ▮
**Subject:** Fwd: Access to ISIN/CUSIP in ▮

---

**From:** Chan, Dowson <dowson.chan@cusip.com>
**Sent:** Thursday, March 21, 2019 8:32 AM
**To:** ▮
**Subject:** RE: Access to ISIN/CUSIP in ▮

CONFIDENTIAL                                            FRSI00229585

Hi ▮,

I have not heard from you so far. Please understand that your firm's current access to CGS Identifiers, i.e. CUSIP and CGS ISIN (a subset of ISIN) through your market data vendors, is still pending for CGS's authorization.

If you have checked internally and could not found any use case on CGS Identifiers please kindly let me know. I can close the case and no further action is needed from your side. Otherwise, a direct license with CGS is required for your continuous consumption of CGS Identifiers. I'd start a conversation to understand your firm's use case and propose an appropriate license for your consideration.

If you are not the appropriate person to deal with this matter, please kindly refer this e-mail to the right colleague, preferably someone within a compliance, technology, operations, or market data role, who can assist with better understanding the current use of CGS data within the organization.

I'm happy to have a quick call with your side to provide you a better idea on CGS Identifiers and the arrangement.

Thanks for your attention. I look forward to hearing from you soon.

Best regards,

Dowson Chan

CUSIP Global Services
T +65 6530 6438 | M +65 9177 5788
www.cusip.com



---

**From:** Chan, Dowson
**Sent:** Friday, March 01, 2019 8:31 AM
**To:** ▮
**Subject:** RE: Access to ISIN/CUSIP in ▮

Hi ▮,

Happy Friday!

I'd like to follow up on my previous e-mail regarding your firm's access to ISIN/CUSIP Identifiers through your market data vendors' services.

If you are not the right person on the matter, appreciate for your help in passing my e-mail to the right colleague, preferably someone within a compliance, technology, operations, or market data role, who can assist with better understanding the current use of CGS data within the organization, to handle the conversation.

If you have checked and confirmed not requiring any CGS Identifiers, please let me know and I'll close the case.

Thanks for your attention. I look forward to hearing from you soon.

Best regards,

CONFIDENTIAL                                                                                       FRSI00229586

Dowson Chan << OLE Object: Picture (Device Independent Bitmap) >>

CUSIP Global Services
T +65 6530 6438  |  M +65 9177 5788
www.cusip.com

<< OLE Object: Picture (Device Independent Bitmap) >>

---

**From:** Chan, Dowson
**Sent:** Monday, February 11, 2019 8:34 AM
**To:** ▮
**Subject:** Access to ISIN/CUSIP in ▮

Dear ▮,

Hope all is well. By way of introduction, my name is Dowson Chan from CUSIP Global Services (CGS) in APAC responsible for managing relationships for all CUSIP-related services including data licensing, back office database solutions, and identifier mapping solutions.

The reason I am contacting you is that it has come to our attention that your organization has or intends to have access to and use of CGS Data (comprised of CUSIPs, CINS, CGS ISINs and related descriptive data) through one or more of our authorized distributors (e.g. Bloomberg, Thomson Reuters, S&P, etc.). You may refer to the relevant CGS/CUSIP language in your data vendor subscription agreements and seek advice from your vendor representatives on the CGS arrangement. **Such CGS data delivery is pending for CGS approval/authorization. I'd like to start a conversation with your organization to understand your use case. If CGS Identifier is not required, I'll simply close the case. Otherwise, I'll arrange an appropriate license to cover your access.**

As background, CGS is a business unit within S&P Global Market Intelligence and has been managing the CUSIP System on behalf of the American Bankers Association (ABA) since 1968. CGS has an exclusive license to: (a) identify and register issuers and issues of securities and financial instruments within a standard framework, and (b) disseminate this data to the financial marketplace via various commercial database services. CGS distributes its services by both direct means (services supplied to clients by CGS) and indirect means (via authorized distributors). CGS has invested significantly and continues to invest in, and provide resources to, assigning, compiling, arranging, maintaining, updating and distributing this proprietary identifier database (including the related descriptive data) and the CGS database is protected under various intellectual property laws.

What are CGS Identifiers :
i.      CUSIP (Committee on Uniform Security Identification Procedures) Identifier:
A 9-character alpha-numeric identifier assigned for issuers and their financial instruments offered in the U.S. and Canada.

ii.     CGS CINS (CUSIP International Number System) Identifier:
A 9-character alpha-numeric identifier that uses the same 9-character format as CUSIP identifiers and is the local identifier of more than 30 non-North American markets.

iii.    CGS ISIN (International Securities Identification Number) Identifier:
A 12 character global identifiers assigned by CGS in its role as National Numbering Agency for the United States and substitute National Numbering Agency for selected countries. The ISO Prefixes for CGS ISINs are as follows: US, CA, KY, BM, VI, VG, UM, TT, SR, GS, SX, VC, MF, LC, KN, BL, PR, PH, PW, MP, FM, YT, MH, HT, GY, GU, GD, DM, CW, BQ, BZ, BS, AW, AG, AI, AS

Kindly see our FAQs on our website here : https://www.cusip.com/cusip/cgs-license-fees.htm

I am trying to locate the appropriate person within your organization to work through this licensing process (if not yourself), preferably someone within a compliance, technology, operations, or market data role, who can assist with better understanding the current use of CGS data within the organization.  **Would you be the appropriate person to discuss and work through this CGS licensing process?**  I'd suggest a quick call with yourself, or the appropriate person, for giving you a better idea on the arrangement and understanding your use case.  Then, I'll be able to advise on the next step.

I look forward to hearing back from you soon.

Best regards,

Dowson Chan << OLE Object: Picture (Device Independent Bitmap) >>
Director – Asia Pacific

CUSIP Global Services
(Operated for the Amercian Bankers Association by S&P Global Market Intelligence)
12 Marina Boulevard, #23-01 Tower 3, Marina Bay Financial Centre, Singapore 018982
T +65 6530 6438  |  M +65 9177 5788  |  F +65 6438 2320
www.cusip.com

<< OLE Object: Picture (Device Independent Bitmap) >>
JOIN US ONLINE
<< OLE Object: Picture (Device Independent Bitmap) >>

The information contained in this message is intended only for the recipient, and may be a confidential attorney-client communication or may otherwise be privileged and confidential and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, please be aware that any dissemination or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by replying to the message and deleting it from your computer. S&P Global Inc. reserves the right, subject to applicable local law, to monitor, review and process the content of any electronic message or information sent to or from S&P Global Inc. e-mail addresses without informing the sender or recipient of the message. By sending electronic message or information to S&P Global Inc. e-mail addresses you, as the sender, are consenting to S&P Global Inc. processing any of your personal data therein.