**Appendix B with Defendants' Responses**

| No. | Document | Page | Proposed Redaction | Plaintiffs' Position | Defs.' Response to Pls.' Objection |
|---|---|---|---|---|---|
| | | | **Plaintiffs' Brief** | | |
| 1 | Plaintiffs' Brief | 5, Background, § C.1, ¶ 2 | ████████████████ | Plaintiffs' characterization of information that is not commercially or competitively sensitive | Confidential and competitively sensitive information about CUSIP issuance. |
| 2 | Plaintiffs' Brief | 5, Background, § C.1, ¶ 3 | ████████████████ | *Id.* Defendants do not redact the terms and conditions of cited Exhibit 7. | Confidential and competitively sensitive about licensing strategy and redistribution limitations based on the confidential G. Faulkner deposition testimony cited, not Exhibit 7. |
| 3 | Plaintiffs' Brief | 5, Background, § C.1, ¶ 3 | "CUSIP identifiers and standardized descriptions are the valuable intellectual property of the ABA." | Plaintiffs' characterization of information that is not commercially or competitively sensitive. Defendants do not redact the terms and conditions of cited Exhibit 9. | Remove redaction. |
| 4 | Plaintiffs' Brief | 6, Background, § C.2, ¶ 2 | ████████████████ | Plaintiffs' characterization of information that is not commercially or competitively sensitive. | Confidential and competitively sensitive information concerning licensing strategy and efforts. |

| No. | Document | Page | Proposed Redaction | Plaintiffs' Position | Defs.' Response to Pls.' Objection |
|---|---|---|---|---|---|
| 5 | Plaintiffs' Brief | 7, Background, § D.1, ¶ 1 | ███████████ | *Id.* | Confidential and competitively sensitive information concerning licensing strategy and distribution restrictions currently in force in executed contracts. |
| 6 | Plaintiffs' Brief | 7, Background, § D.1, ¶ 1 | ███████████ | *Id.* | Confidential and competitively sensitive information concerning licensing strategy and distribution restrictions currently in force in executed contracts. |
| 7 | Plaintiffs' Brief | 7, Background, § D.1, N.10 | ███████████ | *Id.* | Confidential and competitively sensitive information concerning licensing strategy for when a distribution agreement should be entered. |
| 8 | Plaintiffs' Brief | 7, Background, § D.1, N.10 | ███████████ | *Id.* | Confidential and competitively sensitive information concerning licensing strategy for when a distribution agreement should be entered. |
| 9 | Plaintiffs' Brief | 7-8, Background, § D.1, ¶ 2 | ███████████ | *Id.* | Confidential and competitively sensitive contract terms currently in force in executed contracts. |

| No. | Document | Page | Proposed Redaction | Plaintiffs' Position | Defs.' Response to Pls.' Objection |
|---|---|---|---|---|---|
| | | | ████████████████ | | |
| 10 | Plaintiffs' Brief | 8, Background, § D.1, ¶ 2 | ██████████████ | *Id.* | Confidential and competitively sensitive contract terms currently in force in executed contracts. |
| 11 | Plaintiffs' Brief | 8, Background, § D.1, ¶ 2 | ██████████████ | *Id.* | Confidential and competitively sensitive contract terms currently in force in executed contracts. |
| 12 | Plaintiffs' Brief | 8, Background, § D.1, ¶ 2 | ██████████████ | *Id.* | Confidential and competitively sensitive information concerning licensing strategy and distribution restrictions current in force in executed contracts. |
| 13 | Plaintiffs' Brief | 8, Background, § D.1, ¶ 2 | ██████████████ | *Id.* | Confidential and competitively sensitive information concerning compliance strategy and efforts currently in force in executed contracts. |
| 14 | Plaintiffs' Brief | 8, Background, § D.2, ¶ 1 | "This structure imposes a double charge on End Users: *first*, they pay their TPDVs for the data and analytics received from them which include CUSIPs; and *second*, they pay for a license from CGS to access the same identifiers." | *Id.* | Remove redaction. |

| No. | Document | Page | Proposed Redaction | Plaintiffs' Position | Defs.' Response to Pls.' Objection |
|---|---|---|---|---|---|
| 15 | Plaintiffs' Brief | 8, Background, § D.1, N.11 | ████████████████████ | *Id.*; Plaintiffs are willing to agree to redact the language in blue. | Defendants maintain all redactions. Confidential and competitively sensitive information about licensing structure and terms of confidential agreement with TPDVs. |
| 16 | Plaintiffs' Brief | 8, Background, § D.2, ¶ 1 | "End Users must pay CGS and adhere to the restrictive licensing terms or risk CGS instructing TPDVs to shut off End Users' supply of CUSIP Identifiers embedded in their TPDV data feeds." | *Id.* | Remove redaction. |
| 17 | Plaintiffs' Brief | 9, Background, § D.2, ¶ 3 | ████████████████████ | *Id.* | Confidential and competitively sensitive information concerning licensing enforcement strategy and efforts. |
| 18 | Plaintiffs' Brief | 9, Background, § D.2, ¶ 4 | "…which 'consists of CUSIP, CINS and/or CGS ISIN identifiers and standard security descriptions provided by either CGS directly via a CGS-Licensed [or Authorized] Data Vendor.'" | *Id.*; Defendants do not redact Ex. 16 at FRSI00000084 (Order Schedule § 7.A(i))) where quote is from. | Remove redaction. |
| 19 | Plaintiffs' Brief | 9, Background, § D.2, ¶ 4 | ████████████████████ | Plaintiffs' characterization of information that is not commercially or competitively sensitive. | Confidential and competitively sensitive information concerning licensing strategy and efforts and terms of confidential agreement with TPDVs. |

| No. | Document | Page | Proposed Redaction | Plaintiffs' Position | Defs.' Response to Pls.' Objection |
|---|---|---|---|---|---|
| 20 | Plaintiffs' Brief | 9, Background, § D.2, ¶ 4 | ███████████████ | *Id.* | Confidential and competitively sensitive information concerning licensing strategy. Because the subscription agreement is public, comparing it to the distribution agreement would reveal the confidential terms of the distribution agreement. |
| 21 | Plaintiffs' Brief | 9, Background, § D.2, N.13 | "The Distribution Agreement Order Schedule contains substantially similar language to that in the Subscription Agreement Service Attachment except 'Authorized Data Vendor' is replaced with 'CGS-Licensed third-party vendor' and 'Subscriber's agreement' is replaced with 'Distributor's agreement.'" | *Id.*; Defendants do not redact Ex. 16 at FRSI00000084 (Order Schedule § 7.A(i))) where quote is from. | Remove redaction. |
| 22 | Plaintiffs' Brief | 10, Background, § D.2, ¶ 7 | "…███████████████ | Plaintiffs' characterization of information that is not commercially or competitively sensitive. | Confidential and competitively sensitive information concerning licensing and compliance strategies and efforts. |
| 23 | Plaintiffs' Brief | 10, Background, § D.2, ¶ 8 | ███████████████ | *Id.* | Confidential and competitively sensitive information concerning licensing strategy for when a distribution agreement should be entered. |
| 24 | Plaintiffs' Brief | 11, Background, § D.2, ¶ 8 | "…███████████████ | *Id.* | Confidential and competitively sensitive information concerning |

| No. | Document | Page | Proposed Redaction | Plaintiffs' Position | Defs.' Response to Pls.' Objection |
|---|---|---|---|---|---|
| | | | | | licensing strategy for when a distribution agreement should be entered. |
| 25 | Plaintiffs' Brief | 11, Background, § D.2, ¶ 8 | ███████████ | *Id.* | Confidential and competitively sensitive information concerning licensing strategy for when a distribution agreement should be entered. |
| 26 | Plaintiffs' Brief | 11, Background, § D.2, ¶ 8 | "…███████████ | *Id.* | Confidential and competitively sensitive information concerning licensing strategy for when a distribution agreement should be entered. |
| 27 | Plaintiffs' Brief | 11, Background, § E.1, ¶ 1 | ███████████ | *Id.* | Confidential and competitively sensitive information concerning the terms of the currently in force ABA-CGS agreement, which Plaintiffs have agreed should be redacted in its entirety. |
| 28 | Plaintiffs' Brief | 11, Background, § E.1, ¶ 2 | ███████████ | *Id.* | Confidential and competitively sensitive information concerning the terms of the currently in force ABA-CGS agreement, which Plaintiffs have agreed |

| No. | Document | Page | Proposed Redaction | Plaintiffs' Position | Defs.' Response to Pls.' Objection |
|---|---|---|---|---|---|
| | | | | | should be redacted in its entirety. |
| 29 | Plaintiffs' Brief | 12, Background, § E.1, ¶ 2 | "The ABA's copyrights protect only the selection and arrangement of data in the compilation, not the actual data in the compilation." | *Id.* | Remove redaction. |
| 30 | Plaintiffs' Brief | 12, Background, § E.1, ¶ 3 | ███████████████████████ | *Id.*; Plaintiffs are willing to agree to redact the highlighted portion highlighted in blue. | Defendants maintain all redactions. Confidential and competitively sensitive information concerning the terms of the currently in force ABA-CGS agreement, which Plaintiffs have agreed should be redacted in its entirety. |
| 31 | Plaintiffs' Brief | 12, Background, § E.1, ¶ 3 | ███████████████████████ | Plaintiffs' characterization of information that is not commercially or competitively sensitive. | Confidential and competitively sensitive information about internal strategy for protecting intellectual property, preventing unauthorized use of CGS data, and licensing strategy based on the terms of the currently in force ABA-CGS agreement, which Plaintiffs have agreed should be redacted in its entirety. |

| No. | Document | Page | Proposed Redaction | Plaintiffs' Position | Defs.' Response to Pls.' Objection |
|---|---|---|---|---|---|
| 32 | Plaintiffs' Brief | 12, Background, § E.2, ¶ 1 | █████████████ | *Id.*. | Confidential and competitively sensitive information about internal strategy for protecting intellectual property, preventing unauthorized use of CGS data, and licensing strategy. |
| 33 | Plaintiffs' Brief | 12, Background, § E.2, ¶ 1 | █████████████ | *Id.* | Confidential and competitively sensitive information concerning licensing strategy. Because the subscription agreement is public, comparing it to the distribution agreement would reveal the confidential terms of the distribution agreement. |
| 34 | Plaintiffs' Brief | 12, Background, § E.2, ¶ 1 | █████████████ | *Id.* | Confidential and competitively sensitive information concerning licensing strategy based on the terms of the currently in force ABA-CGS agreement, which Plaintiffs have agreed should be redacted in its entirety. Because the subscription agreement is public, comparing it to the distribution agreement |

| No. | Document | Page | Proposed Redaction | Plaintiffs' Position | Defs.' Response to Pls.' Objection |
|---|---|---|---|---|---|
| | | | | | would reveal the confidential terms of the distribution agreement. |
| 35 | Plaintiffs' Brief | 12-13, Background, § E.2, ¶ 1 | Redacting "Distribution Agreement" and "2014 Agreement" | *Id.* | Remove redactions. |
| 36 | Plaintiffs' Brief | 12, Background, § E.2, ¶ 1 | | *Id.* | Confidential and competitively sensitive information concerning licensing strategy based on the terms of the currently in force ABA-CGS agreement, which Plaintiffs have agreed should be redacted in its entirety. Because the subscription agreement is public, comparing it to the distribution agreement would reveal the confidential terms of the distribution agreement. |
| 37 | Plaintiffs' Brief | 13, Background, § E.2, ¶ 1 | | *Id.* | Confidential and competitively sensitive information about contract terms including CGS Data redistribution limitations and protections of IP rights, provisions currently in force in executed contracts that are based on |

| No. | Document | Page | Proposed Redaction | Plaintiffs' Position | Defs.' Response to Pls.' Objection |
|---|---|---|---|---|---|
| | | | | | the terms of the currently in force ABA-CGS agreement, which Plaintiffs have agreed should be redacted in its entirety. |
| 38 | Plaintiffs' Brief | 13, Background, § E.2, ¶ 2 | ███████ | *Id.* | Confidential and competitively sensitive information about internal strategy for protecting intellectual property and preventing unauthorized use of CGS data. |
| 39 | Plaintiffs' Brief | 13, Background, §E.2, ¶ 2 | ███████ | This information that is not commercially or competitively sensitive. | Quote from confidential and competitively sensitive document about internal strategy for protecting intellectual property and preventing unauthorized use of CGS data. |
| 40 | Plaintiffs' Brief | 13, Background, § E.2, ¶ 2 | ███████ | *Id.* | Quote from confidential and competitively sensitive document about internal strategy for protecting intellectual property and preventing unauthorized use of CGS data. |

| No. | Document | Page | Proposed Redaction | Plaintiffs' Position | Defs.' Response to Pls.' Objection |
|---|---|---|---|---|---|
| 41 | Plaintiffs' Brief | 13, Background, § E.2, ¶ 2 | | Plaintiffs' characterization of information that is not commercially or competitively sensitive. | Confidential and competitively sensitive information concerning licensing enforcement strategy and efforts. |
| 42 | Plaintiffs' Brief | 14, Background § E.3, ¶ 2 | | Quote from public document that Defendants do not seek to redact (Ex. 38); Plaintiffs' characterization of information that is not commercially or competitively sensitive. | Confidential and competitively sensitive contract terms with nonparty that is currently in force, including distributor obligations to protect intellectual property rights based on the confidential D. Hunter deposition testimony cited. |
| 43 | Plaintiffs' Brief | 14, Background, § E.3, ¶ 2 | "CGS and the ABA also asserted to the MSRB 'that the CUSIP Numbers and CUSIP Descriptions are and shall remain valuable intellectual property of CGS and the ABA.'" | Quote from public document that Defendants do not seek to redact (Ex. 40). | Remove redaction. |
| 44 | Plaintiffs' Brief | 14, Background § E.3, ¶ 3 | "Vendors (MSCI, Bloomberg, Reuters, Thomson, etc.) agree that CUSIP Numbers are the intellectual property of the ABA." | Quote from document Defendants do not seek to redact (Ex. 41). | Remove redaction. |
| 45 | Plaintiffs' Brief | 14, Background, § F, ¶ 1. | "CGS shuns such suits and instead enforces its CUSIP licensing regime through a web of contractual mechanisms embedded in the Distribution Agreements with TPDVs." | Plaintiffs' characterization of information that is not commercially or competitively sensitive. | Remove redaction. |
| 46 | Plaintiffs' Brief | 14, Background, § F, ¶ 1. | | *Id.* | Confidential and competitively sensitive information concerning |

| No. | Document | Page | Proposed Redaction | Plaintiffs' Position | Defs.' Response to Pls.' Objection |
|---|---|---|---|---|---|
| | | | | | licensing enforcement strategy and efforts. |
| 47 | Plaintiffs' Brief | 15, Background, § F.1, ¶ 1. | | *Id.* | Confidential and competitively sensitive contract terms including CGS Data redistribution restrictions, a provision currently in force in executed contracts. |
| 48 | Plaintiffs' Brief | 15, Background, § F.1, ¶ 1. | | *Id.* | Confidential and competitively sensitive information concerning contract enforcement and compliance strategies and efforts. |
| 49 | Plaintiffs' Brief | 15, Background, § F.1, ¶ 1. | | *Id.* | Confidential and competitively sensitive information concerning contract enforcement and compliance strategies and efforts |
| 50 | Plaintiffs' Brief | 15, Background, § F.1, ¶ 1. | | *Id.* | Confidential and competitively sensitive information concerning contract enforcement and compliance strategies and efforts |
| 51 | Plaintiffs' Brief | 15, Background, § F.2, ¶ 1. | | *Id.* | Confidential and competitively sensitive information concerning contract enforcement and |

| No. | Document | Page | Proposed Redaction | Plaintiffs' Position | Defs.' Response to Pls.' Objection |
|---|---|---|---|---|---|
| | | | | | compliance strategies and efforts |
| 52 | Plaintiffs' Brief | 15-16, Background, § F.2, ¶ 1. | | *Id.* | Confidential and competitively sensitive information concerning contract enforcement and compliance strategies and efforts |
| 53 | Plaintiffs' Brief | 16, Background, § F.2, ¶ 2. | | *Id.* | Confidential and competitively sensitive information concerning contract enforcement and compliance strategies and efforts |
| 54 | Plaintiffs' Brief | 16, Background, § F.2, ¶ 2. | | *Id.* | Confidential and competitively sensitive information concerning contract enforcement and compliance strategies and efforts |
| 55 | Plaintiffs' Brief | 16, Background, § F.2, ¶ 2. | | *Id.* | Confidential and competitively sensitive information concerning contract enforcement and compliance strategies and efforts |
| 56 | Plaintiffs' Brief | 16, Background, § F.3, ¶ 1. | | *Id..* | Confidential and competitively sensitive information concerning contract enforcement and |

| No. | Document | Page | Proposed Redaction | Plaintiffs' Position | Defs.' Response to Pls.' Objection |
|---|---|---|---|---|---|
| | | | ▮▮▮▮▮▮ | | compliance strategies and efforts |
| 57 | Plaintiffs' Brief | 16, Background, § F.3, ¶ 1. | ▮▮▮▮▮▮ | *Id.* | Confidential and competitively sensitive information concerning contract enforcement and compliance strategies and efforts |
| 58 | Plaintiffs' Brief | 16, Background, § F.3, ¶ 1. | ▮▮▮▮▮▮ | This information that is not commercially or competitively sensitive. | Confidential and competitively sensitive information concerning contract enforcement and compliance strategies and efforts |
| 59 | Plaintiffs' Brief | 17, Background, § F.3, ¶ 1. | ▮▮▮▮▮▮ | *Id.* | Confidential and competitively sensitive information concerning contract enforcement and compliance strategies and efforts |
| 60 | Plaintiffs' Brief | 17, Background, § F.3, ¶ 1. | ▮▮▮▮▮▮ | *Id.* | Confidential and competitively sensitive information concerning contract enforcement and compliance strategies and efforts |
| 61 | Plaintiffs' Brief | 17, Background, § F.3, ¶ 2. | ▮▮▮▮▮▮ | *Id.* | Confidential and competitively sensitive information concerning contract enforcement and |

| No. | Document | Page | Proposed Redaction | Plaintiffs' Position | Defs.' Response to Pls.' Objection |
|---|---|---|---|---|---|
| | | | | | compliance strategies and efforts |
| 62 | Plaintiffs' Brief | 17, Background, § F.3, ¶ 2. | ████████████████ | *Id.* | Confidential and competitively sensitive information concerning contract enforcement and compliance strategies and efforts |
| 63 | Plaintiffs' Brief | 17, Background, § F.3, ¶ 3 | ████████████████ | *Id.* | Confidential and competitively sensitive information concerning contract enforcement and compliance strategies and efforts |
| 64 | Plaintiffs' Brief | 17, Background, § F.3, ¶ 3 | ████████████████ | *Id.* | Confidential and competitively sensitive information concerning contract enforcement and compliance strategies and efforts |
| 65 | Plaintiffs' Brief | 17, Background, § F.3, ¶ 3 | ████████████████ … imposing severe operational risk to the End User's business." | *Id.*; latter portion of the quote is to one of Plaintiffs' deposition transcripts, which is not redacted. | Defendants redact portion in bold font and remove redaction of latter portion. Confidential and competitively sensitive information concerning contract enforcement and compliance strategies and efforts |

| No. | Document | Page | Proposed Redaction | Plaintiffs' Position | Defs.' Response to Pls.' Objection |
|---|---|---|---|---|---|
| 66 | Plaintiffs' Brief | 17, Background, § F.3, ¶ 4 | ████████████████ | Plaintiffs' characterization of information that is not commercially or competitively sensitive. | Confidential and competitively sensitive information concerning contract enforcement and compliance strategies and efforts |
| 67 | Plaintiffs' Brief | 17, Background, § F.3, ¶ 4 | ████████████████ | *Id.* | Confidential and competitively sensitive information concerning contract enforcement and compliance strategies and efforts |
| 68 | Plaintiffs' Brief | 17-18, Background, § F.3, ¶ 4 | ████████████████ | *Id.* | Confidential and competitively sensitive information concerning contract enforcement and compliance strategies and efforts |
| 69 | Plaintiffs' Brief | 18, Background, § F.3, ¶ 4 | ████████████████ | *Id.* | Confidential and competitively sensitive information concerning contract enforcement and compliance strategies and efforts |
| 70 | Plaintiffs' Brief | 18, Background, § F.4, ¶ 2. | ████████████████ …." | *Id.* | Confidential and competitively sensitive information concerning contract enforcement and compliance strategies and efforts |

| No. | Document | Page | Proposed Redaction | Plaintiffs' Position | Defs.' Response to Pls.' Objection |
|-----|----------|------|--------------------|-----------------------|-----------------------------------|
| 71 | Plaintiffs' Brief | 18, Background, § F.4, ¶ 2. | "… █████████████ | *Id.* | Confidential and competitively sensitive information about internal strategy for protecting intellectual property and preventing unauthorized use of CGS data. |
| 72 | Plaintiffs' Brief | 18, Background, § F.4, ¶ 2. | ██████████████ | This is alleged in the complaint and is not competitively sensitive. | Confidential and competitively sensitive information about internal strategy for protecting intellectual property and preventing unauthorized use of CGS data. These facts are based on and contain information from documents third-party Xignite designated as confidential. |
| 73 | Plaintiffs' Brief | 19, Background, § F.4, ¶ 3. | ██████████████ | Plaintiffs' characterization of information that is not commercially or competitively sensitive. | Confidential and competitively sensitive information about internal strategy for protecting intellectual property and preventing unauthorized use of CGS data. |
| 74 | Plaintiffs' Brief | 19, Background, § F.4, ¶ 3. | Redacted word ██████ | This information that is not commercially or competitively sensitive. | Confidential and competitively sensitive information about internal strategy for protecting intellectual property and |

| No. | Document | Page | Proposed Redaction | Plaintiffs' Position | Defs.' Response to Pls.' Objection |
|---|---|---|---|---|---|
| | | | | | preventing unauthorized use of CGS data. |
| 75 | Plaintiffs' Brief | 19, Background, § F.4, ¶ 3. | ███████████ | Plaintiffs' characterization of information that is not commercially or competitively sensitive. | Confidential and competitively sensitive information about internal strategy for protecting intellectual property and preventing unauthorized use of CGS data. |
| 76 | Plaintiffs' Brief | 19, Background, § F.4, ¶ 3. | ███████████ | *Id.* | Confidential and competitively sensitive information about internal strategy for protecting intellectual property and preventing unauthorized use of CGS data. |
| 77 | Plaintiffs' Brief | 19, Background, § F.4, ¶ 3. | Redacted ██████ | This information that is not commercially or competitively sensitive. | Confidential and competitively sensitive information about internal strategy for protecting intellectual property and preventing unauthorized use of CGS data. |
| 78 | Plaintiffs' Brief | 19, Background, § F.4, ¶ 3. | ███████████ | *Id.* | Confidential and competitively sensitive information about internal strategy for protecting intellectual property and preventing unauthorized use of CGS data. |

| No. | Document | Page | Proposed Redaction | Plaintiffs' Position | Defs.' Response to Pls.' Objection |
|---|---|---|---|---|---|
| 79 | Plaintiffs' Brief | 19, Background, § F.4, ¶ 4. | ███████████ | Plaintiffs' characterization of information that is not commercially or competitively sensitive. | Confidential and competitively sensitive information about internal strategy for protecting intellectual property and preventing unauthorized use of CGS data. |
| 80 | Plaintiffs' Brief | 19, Background, § F.4, ¶ 4. | ███████████ | *Id.* | Confidential and competitively sensitive information about internal strategy for protecting intellectual property and preventing unauthorized use of CGS data. |
| 81 | Plaintiffs' Brief | 26, Argument, § I.C.1, ¶ 4 | "…███████████ | *Id.* | Confidential and competitively sensitive information concerning licensing strategy. Because the subscription agreement is public, comparing it to the distribution agreement would reveal the confidential terms of the distribution agreement. |
| 82 | Plaintiffs' Brief | 27, Argument. § I.C.1, ¶ 5 | ███████████ | *Id.* | Confidential and competitively sensitive information concerning licensing strategy. Because the subscription agreement is public, comparing it to the distribution agreement |

| No. | Document | Page | Proposed Redaction | Plaintiffs' Position | Defs.' Response to Pls.' Objection |
|-----|----------|------|-------------------|---------------------|-----------------------------------|
| | | | | | would reveal the confidential terms of the distribution agreement. |
| 83 | Plaintiffs' Brief | 27, Argument § I.C.1, ¶ 5 | "… other information about financial instruments." | *Id.* | Removed redaction. |
| 84 | Plaintiffs' Brief | 27-28, Argument § I.C.2, ¶ 1 | "… falsely claimed IP Rights over individual CUSIP Identifiers." | *Id.* | Removed redaction. |
| 85 | Plaintiffs' Brief | 29, Argument § I.D, ¶ 3 | "… ████████████████████ | *Id.* | Confidential and competitively sensitive information concerning licensing strategy. Because the subscription agreement is public, comparing it to the distribution agreement would reveal the confidential terms of the distribution agreement. |
| 86 | Plaintiffs' Brief | 33-34, Argument § II.A.2.a., ¶ 2 | "… ████████████████ | *Id.* | Confidential and competitively sensitive information concerning licensing strategy and distribution restrictions currently in force in executed contracts. |
| 87 | Plaintiffs' Brief | 34, Argument § II.A.2.a., ¶ 2 | "… ██████████████ | *Id.* | Confidential and competitively sensitive information concerning licensing strategy and distribution restrictions |

| No. | Document | Page | Proposed Redaction | Plaintiffs' Position | Defs.' Response to Pls.' Objection |
|---|---|---|---|---|---|
| | | | | | currently in force in executed contracts. |
| 88 | Plaintiffs' Brief | 33, Argument § II.A.2.b., ¶ 1 | "… ████████████ | *Id.* | Confidential and competitively sensitive information concerning licensing strategy and distribution restrictions currently in force in executed contracts. |
| 89 | Plaintiffs' Brief | 33, Argument § II.A.2.b., ¶ 2 | ████████████ | *Id.* | Confidential and competitively sensitive information concerning licensing strategy and distribution restrictions currently in force in executed contracts. |
| 90 | Plaintiffs' Brief | 35, Argument § II.A.2.b., ¶ 3 | "CGS also extends its false claims of IP Rights to publicly available data." | *Id.* | Remove redaction. |
| 91 | Plaintiffs' Brief | 35, Argument § II.A.2.b., ¶ 3 | ████████████ | *Id.* | Confidential and competitively sensitive information regarding enforcement strategy and compliance efforts. |
| 92 | Plaintiffs' Brief | 35, Argument § II.A.2.c., ¶ 1 | ████████████ | *Id.* | Confidential and competitively sensitive information regarding enforcement strategy and compliance efforts. |

| No. | Document | Page | Proposed Redaction | Plaintiffs' Position | Defs.' Response to Pls.' Objection |
|---|---|---|---|---|---|
| 93 | Plaintiffs' Brief | 35, Argument § II.A.2.c., ¶ 2 | "…▮▮▮▮▮▮▮▮▮▮" | *Id.* | Confidential and competitively sensitive information regarding enforcement strategy and compliance efforts. |
| 94 | Plaintiffs' Brief | 35, Argument § II.A.2.c., ¶ 2 | ▮▮▮▮▮▮▮▮▮▮ | *Id.* | Confidential and competitively sensitive information concerning licensing strategy and distribution restrictions currently in force in executed contracts. |
| 95 | Plaintiffs' Brief | 35-36, Argument § II.A.2.c, ¶ 3 | "CGS even has a "playbook" for coercing End Users." | *Id.* | Remove redaction. |
| 96 | Plaintiffs' Brief | 36, Argument § II.A.2.c, ¶ 3 | "(email referencing 'CUSIP Playbook' for negotiators)." | *Id.* | Remove redaction. |
| 97 | Plaintiffs' Brief | 36, Argument § II.A.2.c, ¶ 3 | ▮▮▮▮▮▮▮▮▮▮ | *Id.* | Confidential and competitively sensitive information regarding enforcement strategy and compliance efforts. |
| 98 | Plaintiffs' Brief | 36, Argument § II.A.2.c, ¶ 3 | "These letters warn that failure to obtain a CGS license will result in termination of the End User's data feed access." | *Id.* | Remove redaction. |
| 99 | Plaintiffs' Brief | 36, Argument § II.A.2.c, ¶ 4 | "…▮▮▮▮▮▮▮▮▮▮" | *Id.* | Confidential and competitively sensitive information regarding enforcement strategy and compliance efforts. |

| No. | Document | Page | Proposed Redaction | Plaintiffs' Position | Defs.' Response to Pls.' Objection |
|---|---|---|---|---|---|
| 100 | Plaintiffs' Brief | 36, Argument § II.A.2.c, ¶ 4 | ████████████ | *Id.* | Confidential and competitively sensitive information regarding enforcement strategy and compliance efforts. |
| 101 | Plaintiffs' Brief | 36, Argument § II.A.2.c, ¶ 5 | "CGS has also abused audit provisions in its license agreements to extract intelligence about potential competitors, additional fee opportunities, and licensees' businesses and customers, to preserve market dominance." | *Id.* | Remove redaction. |
| 102 | Plaintiffs' Brief | 36, Argument § II.A.2.c, ¶ 5 | ████████████ | *Id.* | Summary of confidential and competitively sensitive information concerning licensing, enforcement, and compliance efforts based on a document that the parties agree is confidential. |
| 103 | Plaintiffs' Brief | 38, Argument § II.A.4, ¶ 1. | ████████████ | This is information that is not commercially or competitively sensitive. | Calculations based on confidential and competitively sensitive financial information and records. |
| 104 | Plaintiffs' Brief | 40, Argument, § II.A.4, ¶ 4. | ████████████ | *Id.* | Calculations based on confidential and competitively sensitive financial information and records. |

| No. | Document | Page | Proposed Redaction | Plaintiffs' Position | Defs.' Response to Pls.' Objection |
|---|---|---|---|---|---|
| 105 | Plaintiffs' Brief | 40, Argument § II.B, ¶ 2 | ███████████ | Plaintiffs' characterization of information that is not commercially or competitively sensitive. | Discussion of confidential terms of the currently in force ABA-CGS agreement, which plaintiffs have agreed should be redacted in its entirety. |
| 106 | Plaintiffs' Brief | 40, Argument § II.B, ¶ 2 | ███████████ | *Id.* | Discussion of confidential terms of the currently in force ABA-CGS agreement, which plaintiffs have agreed should be redacted in its entirety. |
| 107 | Plaintiffs' Brief | 40, Argument § II.B, ¶ 2 | ███████████ | *Id.* | Discussion of confidential terms of the currently in force ABA-CGS agreement, which plaintiffs have agreed should be redacted in its entirety. |
| 108 | Plaintiffs' Brief | 40, Argument § II.B, ¶ 3 | "…███████████ | *Id.* | Discussion of confidential terms of the currently in force ABA-CGS agreement, which plaintiffs have agreed should be redacted in its entirety. |
| 109 | Plaintiffs' Brief | 40, Argument § II.B, ¶ 3 | ███████████ | This is information that is not commercially or competitively sensitive. | Discussion and quote of confidential terms of Exhibit 75, which |

| No. | Document | Page | Proposed Redaction | Plaintiffs' Position | Defs.' Response to Pls.' Objection |
|---|---|---|---|---|---|
| | | | | | plaintiffs have agreed should be redacted. |
| 110 | Plaintiffs' Brief | 41, Argument § II.B, ¶ 3 | "… confirms the ABA's deep operational involvement and oversight of CGS." | Plaintiffs' characterization of information that is not commercially or competitively sensitive. | Remove redaction. |
| 111 | Plaintiffs' Brief | 42-43, Argument § II.C., ¶ 6 | … ████████████████████ ████████████████████ ████████████████ | *Id.* | Confidential and competitively sensitive information concerning licensing strategy and distribution restrictions currently in force in executed contracts. |
| 112 | Plaintiffs' Brief | 43, Argument § II.C., ¶ 6 | "CGS has also mispresented to End Users that CUSIP Identifiers themselves are allegedly protected by copyright in communications with regulators, standardized communications with End Users, and public statements." | *Id.* | Remove redaction. |
| 113 | Plaintiffs' Brief | 43, Argument § II.C., ¶ 6 | "These claims are materially misleading, as neither CGS nor the ABA holds valid IP Rights in individual CUSIP Identifiers." | *Id.* | Remove redaction.. |
| 114 | Plaintiffs' Brief | 44, Argument § II.E, ¶ 2 | "$10,000 to $130,000 pre-2019" | This information is not commercially sensitive. | Remove redaction. |
| | | | **Deposition Transcripts** | | |
| 115a | Ex. 5 - Gerard Faulkner Deposition Transcript | Tr. 11-13, 235-241. | Defendants seek to designate all or substantially all of this deposition transcript as Protected Material. | Facially overbroad based on Protective Order ¶ 23. | Confidential and competitively sensitive information concerning internal projects associated with divestiture. |

| No. | Document | Page | Proposed Redaction | Plaintiffs' Position | Defs.' Response to Pls.' Objection |
|-----|----------|------|--------------------|--------------------|------------------------------------|
| 115b | | Tr. 13-29. | | | Confidential and competitively sensitive information concerning confidential board meetings and working group meetings of third-party entity. |
| 115c | | Tr. 38. | | | Confidential and competitively sensitive information concerning internal process for compiling data in database. |
| 115d | | Tr. 38-49. | | | Confidential and competitively sensitive information concerning the issuance business including calculation of costs and pricing and operations. |
| 115e | | Tr. 86-98. | | | Confidential and competitively sensitive information concerning the terms of the currently in force memorandum of understanding between X9 and the ABA, which plaintiffs have agreed should be redacted in its entirety. |

| No. | Document | Page | Proposed Redaction | Plaintiffs' Position | Defs.' Response to Pls.' Objection |
|---|---|---|---|---|---|
| 115f | | Tr. 98-101. | | | Confidential and competitively sensitive information concerning the terms of the currently in force agreement between the ABA and CGS, which plaintiffs have agreed should be redacted in its entirety. |
| 115g | | Tr. 241-255. | | | Confidential and competitively sensitive correspondence with nonparty customer concerning invoicing and pricing. |
| 115h | | Tr. 241-255. | | | Confidential and competitively sensitive information about internal strategy document and identifying information about nonparty clients. |
| 115i | | Tr. 254-255. | | | Confidential and competitively sensitive information concerning internal discussions within CGS regarding ABA's intellectual property |
| 116a | Ex. 6 - Jeffrey Mitnick Deposition Transcript | Tr. 23-45. | Defendants seek to designate all or substantially all of this deposition transcript as Protected Material. | *Id.* | Confidential and competitively sensitive information about draft internal training document |

| No. | Document | Page | Proposed Redaction | Plaintiffs' Position | Defs.' Response to Pls.' Objection |
|-----|----------|------|--------------------|--------------------|----------------------------------|
| | | | | | in connection with divestiture, the terms in the currently in force confidential agreements between ABA and CGS (which plaintiffs have agreed should be redacted in its entirety), and strategies for protecting intellectual property. |
| 116b | | Tr. 94-102:3. | | | Confidential and competitively sensitive information about process for maintaining CGS database. |
| 116c | | Tr. 195:23-237. | | | Confidential and competitively sensitive information about strategy for protecting intellectual property and proprietary information and preventing unauthorized use of CGS data as well as scope of licensing rights granted under the distribution agreement, the determination of which terms apply to different distributors, and pricing calculation. |

| No. | Document | Page | Proposed Redaction | Plaintiffs' Position | Defs.' Response to Pls.' Objection |
|---|---|---|---|---|---|
| 116d | | Tr. at 242-244. | | | Discussion of confidential terms of the currently in force ABA-CGS agreement, which plaintiffs have agreed should be redacted in its entirety. |
| 116e | | Tr. at 246-251. | | | Discussion of confidential terms in subscription agreements and the web display addendum that are contained in active agreements with non-parties. |
| 116f | | Tr. at 251-257. | | | Discussion of confidential communication with non-party regarding need for a license. |
| 11fg | | Tr. at 306. | | | Identifying information of employees of non-party. |
| 117a | Ex. 14 - Scott J. Preiss Deposition Transcript | Tr. at 37-49. | Defendants seek to designate all or substantially all of this deposition transcript as Protected Material. | *Id.* | Discussion of confidential and competitively sensitive information concerning CGS's assessment of competitors, the competitive advantages of CUSIPs, and efforts to prevent unauthorized distribution of CGS Data. |

| No. | Document | Page | Proposed Redaction | Plaintiffs' Position | Defs.' Response to Pls.' Objection |
|---|---|---|---|---|---|
| 117b | | Tr. 146-157. | | | Discussion of internal confidential communications regarding the competitive advantages of CGS data, CGS's business operations, and financial information regarding revenue and royalty payments under the provisions of the currently in force ABA-CGS agreement, which Plaintiffs have agreed should be redacted in its entirety. |
| 117c | | Tr. 230-238:4 | | | Discussions of CGS's business operations, as well as confidential and competitively sensitive information concerning revenue, financial record keeping and reporting, and pricing. |
| 117d | | Tr. 238:5-243. | | | Remove redaction. |
| 117e | | Tr. 244:20-245. | | | Discussion of confidential and competitively sensitive information concerning the audits undertaken pursuant to the terms in the currently in |

| No. | Document | Page | Proposed Redaction | Plaintiffs' Position | Defs.' Response to Pls.' Objection |
|-----|----------|------|--------------------|--------------------|-----------------------------------|
| | | | | | force ABA-CGS agreement, which Plaintiffs have agreed should be redacted in its entirety. |
| 117f | | Tr. 270-271. | | | Discussion of confidential and competitively sensitive information concerning financial evaluations regarding the impact of the European Commission settlement on revenue. |
| 117g | | Tr. 272-292. | | | Discussion of confidential and competitively sensitive information regarding how price of issuance is determined, terms of confidential contract between Defendant S&P and non-party, and terms of the currently in force ABA-X9 memorandum of understanding, which Plaintiffs have agreed should be redacted in its entirety. |
| 117h | | Tr. 293-297. | | | Discussion of confidential and competitively sensitive information |

| No. | Document | Page | Proposed Redaction | Plaintiffs' Position | Defs.' Response to Pls.' Objection |
|---|---|---|---|---|---|
| | | | | | concerning strategy conversations about the development of CGS products and finances of the CGS business between CGS and ABA. |
| 118a | Ex. 15 - 30(b)(6) FactSet Research Deposition Transcript | Tr. 8-35 | Defendants seek to designate all or substantially all of this deposition transcript as Protected Material. | *Id.* | Discussion of an internal CGS document describing when a distribution agreement is required, as well as terms of the distribution agreement that are currently in force with non-parties regarding the scope of the license granted and CGS's strategy for determining when a distribution agreement must be entered. |
| 118b | | Tr. 77:20-89. | | | Discussion of confidential and competitively sensitive terms contained in Distribution agreement including pricing terms and determination and reporting provisions. |
| 118c | | Tr. 106-114 | | | Confidential and competitively sensitive information about internal strategy for protecting |

| No. | Document | Page | Proposed Redaction | Plaintiffs' Position | Defs.' Response to Pls.' Objection |
|-----|----------|------|--------------------|--------------------|-----------------------------------|
|  |  |  |  |  | intellectual property and preventing unauthorized use of CGS data as well as non-party identifying information and information about how CGS calculates prices for distributors. |
| 118d |  | Tr. 114-121. |  |  | Confidential and competitively sensitive information about internal deliberation about pricing and terms in confidential agreements with vendors including nonparties. |
| 118e |  | Tr. 194-216. |  |  | Confidential and competitively sensitive information about internal strategy for protecting intellectual property and preventing unauthorized use of CGS data, facts triggering need for a license with CGS, and terms within CGS's confidential distributor agreements based on the terms of the currently in force ABA-CGS agreement, which plaintiffs have agreed |

| No. | Document | Page | Proposed Redaction | Plaintiffs' Position | Defs.' Response to Pls.' Objection |
|---|---|---|---|---|---|
| | | | | | should be redacted in its entirety. |
| 118f | | Tr. at 216-221. | | | Confidential and competitively sensitive information about a nonparty's use of CGS data. |
| 118g | | Tr. 298-309. | | | Confidential and competitively sensitive information regarding the financial details of CGS's acquisition by FactSet, financial record keeping, and revenue data, as well as the terms of the currently in force ABA-X9 memorandum of understanding, which Plaintiffs have agreed should be redacted in its entirety. |
| 119a | Ex. 18 – Robert Nagle Deposition Transcript | Tr.9:18-10:11. | Defendants seek to designate all or substantially all of this deposition transcript as Protected Material. | *Id.* | Confidential and competitively sensitive information about internal strategy for protecting intellectual property and preventing unauthorized use of CGS data. |
| 119b | | Tr. 66:2-93:25. | | | Confidential and competitively sensitive information concerning |

| No. | Document | Page | Proposed Redaction | Plaintiffs' Position | Defs.' Response to Pls.' Objection |
|---|---|---|---|---|---|
| | | | | | licensing strategy (including description of service levels), distribution restrictions, and enforcement strategy. |
| 119c | | Tr. 282:2-297:25. | | | Confidential and competitively sensitive information about internal strategy for protecting intellectual property and preventing unauthorized use of CGS data. |
| 119d | | Tr. 370:2-23. | | | Confidential and competitively sensitive information concerning nonparty currently under CGS license. |
| 120a | Ex. 19 – David Hunter Deposition Transcript | Tr. 86:2-90:24; 91:4-105:25. | Defendants seek to designate all or substantially all of this deposition transcript as Protected Material. | *Id.* | Confidential and competitively sensitive information about compliance strategy and efforts, materials used and discussed in confidential board meeting, and terms of distribution agreement currently in effect with nonparty. |
| 120b | | Tr. 130:2-138:22. | | | Confidential and competitively sensitive pricing strategy and information regarding |

| No. | Document | Page | Proposed Redaction | Plaintiffs' Position | Defs.' Response to Pls.' Objection |
|---|---|---|---|---|---|
| | | | | | CGS's business operations. |
| 120c | | Tr. 139:14-160:15. | | | Confidential and competitively sensitive information about internal strategy for protecting intellectual property and preventing unauthorized use of CGS Data. |
| 120d | | Tr. 161:2-174:6. | | | Confidential and competitively sensitive information concerning licensing strategy, including description of service levels. |
| 120d | | Tr. 174:12-181:24. | | | Confidential and competitively sensitive information about compliance strategy and efforts. |
| 120e | | Tr. 202:2-213:15; 213:21-25. | | | Confidential and competitively sensitive information concerning CGS's business operations regarding licensing enforcement strategy and efforts. |
| 120f | | Tr. 282:2-292:20; 293:2-299:7. | | | Confidential and competitively sensitive information concerning distribution agreement of |

| No. | Document | Page | Proposed Redaction | Plaintiffs' Position | Defs.' Response to Pls.' Objection |
|-----|----------|------|--------------------|--------------------|------------------------------------|
| | | | | | governmental body and internal strategy for protecting intellectual property. |
| 120g | | Tr. 305:15-324:10; 325:15-328:15. | | | Confidential and competitively sensitive information concerning licensing strategy, protecting intellectual property, and preventing unauthorized use of CGS data. |
| 120h | | Tr. 329:4-362:9. | | | Confidential and competitively sensitive information concerning licensing strategy, protecting intellectual property, and preventing unauthorized use of CGS data, in addition to confidential information designated for sealing by third party. |
| 120i | | Tr. 363:24-376:13; 377:2-381:7. | | | Confidential and competitively sensitive information about internal strategy for protecting intellectual property and preventing unauthorized use of CGS data. |

| No. | Document | Page | Proposed Redaction | Plaintiffs' Position | Defs.' Response to Pls.' Objection |
|---|---|---|---|---|---|
| 121a | Ex. 21 – Danielle Lane Deposition Transcript | Tr. 19:18-23:13; 24:15-25:4; 25:17-28:11. | Defendants seek to designate all or substantially all of this deposition transcript as Protected Material. | *Id.* | Confidential and competitively sensitive information concerning descriptions of distribution service levels and contract negotiations. |
| 121b | | Tr. 29:3-24; 35:22-40:23. | | | Confidential and competitively sensitive information concerning licensing enforcement strategy and efforts. |
| 121c | | Tr. 32:8-22; 33:11-34:6 | | | Confidential and competitively sensitive information concerning sales strategy and efforts. |
| 121d | | Tr. 72:10-77:20. | | | Remove redaction. |
| | | Tr. 77:21-129:25. | | | Discussion of confidential and competitively sensitive information concerning CGS's operations regarding licensing, sales, and enforcement strategy and efforts. |
| 121e | | Tr. 142:2-145:4. | | | Confidential and competitively sensitive information about compliance strategy and efforts. |

| No. | Document | Page | Proposed Redaction | Plaintiffs' Position | Defs.' Response to Pls.' Objection |
|-----|----------|------|--------------------|--------------------|------------------------------------|
| 121f | | Tr. 145:16-147:5; 147:23-158:11; 159:7-179:2. | | | Discussion of confidential and competitively sensitive contract including description of service levels and fees; distribution scheme, restrictions, and obligations; and other provisions currently in force in executed contracts. Confidential and competitively sensitive information concerning contract enforcement and compliance. |
| 121g | | Tr. 179:21-181:25. | | | Confidential and competitively sensitive information concerning distribution agreement with nonparty. |
| 121h | | Tr. 222:2-223:19. | | | Confidential and competitively sensitive information concerning licensing strategy and efforts. |
| 121i | | Tr. 224:5-226:9. | | | Confidential and competitively sensitive information concerning pricing strategy. |
| 121j | | Tr. 226:14-234:17, | | | Confidential and competitively sensitive |

| No. | Document | Page | Proposed Redaction | Plaintiffs' Position | Defs.' Response to Pls.' Objection |
|---|---|---|---|---|---|
| | | 235:13-248:12, 249:8-252:2, 253:7-257:8, 258:10-265:17, 266:14-289:7. | | | information about compliance strategy and efforts and identification of nonparty entities under review. |
| 121k | | Tr. 290:4-293:7. | | | Confidential and competitively sensitive information concerning enforcement strategy and identification of nonparty entity under review. |
| | | | **Exhibit Materials** | | |
| 122 | Ex. 16 - FRSI00000073 | | All proposed redactions of template Distribution Agreement from pages 1-20 of the PDF. | The document is not competitively sensitive. | Confidential and competitively sensitive contract including description of service levels and fees; distribution scheme, restrictions, and obligations; and other provisions currently in force in executed contracts. |
| 123 | Ex. 22 – FRSI00236600 | | All proposed redactions of CUSIP Global Services Best Practices dated 05/08/18 from pages 1-10 of the PDF. | The document is not competitively sensitive and does not contain confidential non-party information. | Confidential and competitively sensitive document concerning licensing, sales, and enforcement strategy and efforts. |

| No. | Document | Page | Proposed Redaction | Plaintiffs' Position | Defs.' Response to Pls.' Objection |
|---|---|---|---|---|---|
| 124 | Ex. 24 - FRSI00529126 | | Two proposed redactions at FRSI00529127; two proposed redactions at FRSI00529128; and all redactions to attachments at FRSI00529130-133 | Email communication and attached template letters do not contain competitively sensitive information | Confidential and competitively sensitive information about internal strategy for protecting intellectual property and preventing unauthorized use of CGS data. |
| 125 | Ex. 39 – FRSI01620710 | | Proposed redactions of ███████ ████████████████████, from FRSI01620711-16. | Distribution Agreement with ███ is not competitively sensitive. | Confidential and competitively sensitive contract with nonparty that includes description of distribution scheme, restrictions, and obligations, and other provisions, a version of which is currently in force in executed contracts. |
| 126 | Ex. 42 – FRSI01435399 | | All proposed redactions of CUSIP Global Services Best Practices dated 1/28/222 from pages 3-10 of the PDF. | The document is not competitively sensitive. | Confidential and competitively sensitive document concerning licensing, sales, and enforcement strategy and efforts. |
| 127 | Ex. 43 - FRSI00243290 | | Redaction at FRSI00243290: ███████████████████ ███████████████████ ███████████████████ ███████████████████ ███████████ | The proposed redactions do not protect competitively sensitive information of non-parties. Plaintiffs are willing to agree to redact the | Defendants maintain all redactions. Confidential and competitively sensitive information concerning licensing enforcement strategy and efforts. |

| No. | Document | Page | Proposed Redaction | Plaintiffs' Position | Defs.' Response to Pls.' Objection |
|---|---|---|---|---|---|
| | | | Redaction at FRSI00243290: ███████ | information highlighted below. | |
| 128 | Ex. 47 - FRSI01235698 | | Redactions at FRSI01235698: ███████ Redaction at FRSI01235699: ███████ | None of the proposed redactions concern competitively sensitive information of nonparties or confidential strategic business decisions. The second proposed redaction was not redacted by Defendants in Ex. 45. | Confidential and competitively sensitive information concerning licensing enforcement strategy and efforts. |

| No. | Document | Page | Proposed Redaction | Plaintiffs' Position | Defs.' Response to Pls.' Objection |
|---|---|---|---|---|---|
| | | | All redactions at FRSI01235700-701 to introductory email templates. | | |
| 129 | Ex. 49 – FRSI00290822 | | Redaction at FRSI00290822: | The proposed redaction does not implicate competitively sensitive information of Defendants or non-parties. | Confidential and competitively sensitive information about internal strategy for protecting intellectual property and preventing unauthorized use of CGS data. |
| 130 | Ex. 50 – FRSI00506586 | | Redaction at FRSI00506586: same as above | *Id.* | Confidential and competitively sensitive information about internal strategy for protecting intellectual property and preventing unauthorized use of CGS data. |
| 131 | Ex. 54 – FRSI01596435 | | Redactions at FRSI01596435-38 of email subject ▮▮▮▮▮  All Redactions in body of emails at FRSI01596435, 36, and 38. | *Id.* | Confidential and competitively sensitive information about strategy for protecting intellectual property and preventing unauthorized use of CGS data |

| No. | Document | Page | Proposed Redaction | Plaintiffs' Position | Defs.' Response to Pls.' Objection |
|---|---|---|---|---|---|
| 132 | Ex. 62 – FRSI01596435 | | Redactions at FRSI01596435-38 of email subject ▮▮▮▮▮▮▮▮<br><br>All Redactions in body of emails at FRSI01596435-36. | Defendants did not redact ▮▮▮▮ ▮▮ in this example. The proposed redaction does not implicate competitively sensitive information of Defendants or non-parties. | Confidential and competitively sensitive information about internal strategy for protecting intellectual property and preventing unauthorized use of CGS data |
| 133 | Ex. 63 – FRSI01013337 | | All redactions to template ▮▮▮▮▮ ▮▮▮▮ from FRSI01013337-38 | The document is not competitively sensitive. | Confidential and competitively sensitive addendum concerning licensing of CGS Data on public-facing websites, provisions currently in force in executed contracts. |
| 134 | Ex. 73 - FRSI00192921 | | All redactions to email titled "Catch-up Summary" from FRSI00192921-22: | The proposed redactions do not contain competitively sensitive business decisions. | Remove redaction. |
| | | | **Plaintiffs' Expert Reports** | | |
| 135 | Ex. 2 – Expert Report of James Powell | 2 | "interoperable between vendors" and "language or software or infrastructure the vendors use, they would be able to consumer and receive access to [them]." | *Id.* | Remove redaction. |
| 136 | Ex. 2 – Expert Report of James Powell | 13 | "consume and receive access to [them]" and "language or software or infrastructure" | *Id.* | Remove redaction. |

| No. | Document | Page | Proposed Redaction | Plaintiffs' Position | Defs.' Response to Pls.' Objection |
|---|---|---|---|---|---|
| 137 | Ex. 2 – Expert Report of James Powell | 14 | "language or software or infrastructure the vendors use, they would be able to consumer and receive access to [them]." | *Id.* | Remove redaction. |
| 138 | Ex. 78 – Expert Report of Alan Schachter | 6, ¶ 17 | | *Id.* | Confidential and competitively sensitive financial information and records. |
| 139 | Ex. 78 – Expert Report of Alan Schachter | 6, ¶ 18.a | | *Id.* | Confidential and competitively sensitive financial information and records. |
| 140 | Ex. 78 – Expert Report of Alan Schachter | 6, ¶ 18.b | "… | *Id.* | Confidential and competitively sensitive financial information and records. |
| 141 | Ex. 78 – Expert Report of Alan Schachter | 6, ¶ 18.c | | *Id.* | Confidential and competitively sensitive financial information and records, as well as recordkeeping processes. |
| 142 | Ex. 78 – Expert Report of Alan Schachter | 7-8, ¶ 23.a | "… | *Id.* | Confidential and competitively sensitive financial information and |

| No. | Document | Page | Proposed Redaction | Plaintiffs' Position | Defs.' Response to Pls.' Objection |
|---|---|---|---|---|---|
| | | | | | records, as well as recordkeeping processes. |
| 143 | Ex. 78 – Expert Report of Alan Schachter | 7-8, ¶ 23.b | | *Id.* | Confidential and competitively sensitive financial information and records, as well as recordkeeping processes. |
| 144 | Ex. 78 – Expert Report of Alan Schachter | 7-8, ¶ 23.c | | *Id.* | Confidential and competitively sensitive financial information and records. |
| 145 | Ex. 78 – Expert Report of Alan Schachter | 7-8, ¶ 23.d | | *Id.* | Confidential and competitively sensitive financial information and records. |

| No. | Document | Page | Proposed Redaction | Plaintiffs' Position | Defs.' Response to Pls.' Objection |
|-----|----------|------|--------------------|--------------------|-----------------------------------|
| 146 | Ex. 78 – Expert Report of Alan Schachter | 9, ¶ 24 | ██████████████ | *Id.* | Confidential and competitively sensitive financial information and records. |
| 147 | Ex. 78 – Expert Report of Alan Schachter | 9, ¶ 26 | ██████████████ | *Id.* | Confidential and competitively sensitive financial information and records. |
| 148 | Ex. 78 – Expert Report of Alan Schachter | 9, ¶ 26, N.21 | ██████████████ | *Id.* | Confidential and competitively sensitive financial information and records. |
| 149 | Ex. 78 – Expert Report of Alan Schachter | 9, ¶ 27 | "due to the untimely production of FactSet's documents." | *Id.* | Remove redaction. |
| 150 | Ex. 78 – Expert Report of Alan Schachter | 10, ¶ 27.a | ██████████████ | *Id.* | Confidential and competitively sensitive financial information and records. |
| 151 | Ex. 78 – Expert Report of Alan Schachter | 10, ¶ 27.b | ██████████████ | *Id.* | Confidential and competitively sensitive |

| No. | Document | Page | Proposed Redaction | Plaintiffs' Position | Defs.' Response to Pls.' Objection |
|---|---|---|---|---|---|
| | | | ████████████ | | financial information and records. |
| 152 | Ex. 78 – Expert Report of Alan Schachter | 10, ¶ 27.c | ████████████ | *Id.* | Confidential and competitively sensitive financial information and records. |
| 153 | Ex. 78 – Expert Report of Alan Schachter | 9, ¶ 27.c, N.23 | ████████████ | *Id.* | Confidential and competitively sensitive financial information and records. |
| 154 | Ex. 78 – Expert Report of Alan Schachter | 10, ¶ 28 | "Given FactSet's belated document production…." | *Id.* | Remove redaction. |
| 155 | Ex. 78 – Expert Report of Alan Schachter | 10, ¶ 29, N.4 | ████████████ | *Id.* | Confidential and competitively sensitive financial information and records. |
| 156 | Ex. 78 – Expert Report of Alan Schachter | 10, ¶ 30 | ████████████ | *Id.* | Confidential and competitively sensitive financial information and records. |

| No. | Document | Page | Proposed Redaction | Plaintiffs' Position | Defs.' Response to Pls.' Objection |
|---|---|---|---|---|---|
| | | | ███████████ | | |
| 157 | Ex. 78 – Expert Report of Alan Schachter | 10, ¶ 30, N.25 | ███████████ | *Id.* | Confidential and competitively sensitive financial information and records. |
| 158 | Ex. 78 – Expert Report of Alan Schachter | 10, ¶ 32, N.26 | ███████████ | *Id.* | Confidential and competitively sensitive financial information and records. |

| No. | Document | Page | Proposed Redaction | Plaintiffs' Position | Defs.' Response to Pls.' Objection |
|---|---|---|---|---|---|
| | | | █████████████████████ | | |
| 159 | Ex. 78 – Expert Report of Alan Schachter | 11, ¶ 34 | "... ███████████████ | *Id.* | Information and calculation based on confidential and competitively sensitive financial information and records. |
| 160 | Ex. 78 – Expert Report of Alan Schachter | 11, ¶ 36, N.27 | "See the Transition Services Agreement dated December 24, 2021 (FRSI01765177)." | *Id.* | Remove redaction. |
| 161 | Ex. 78 – Expert Report of Alan Schachter | 12, ¶ 40 | "for the period January 2018 through August 2018." | *Id.* | Remove redaction. |
| 162 | Ex. 78 – Expert Report of Alan Schachter | 12, ¶ 45, N.30 | ████████████████ | *Id.* | Confidential and competitively sensitive financial information and records. |
| 163 | Ex. 78 – Expert Report of Alan Schachter | 14, ¶ 47 | ████████████████ | *Id.*; Plaintiffs agree to redact the numbers highlighted in blue. | Defendants maintain all redactions. Confidential and competitively sensitive financial information and records. |
| 164 | Ex. 78 – Expert Report of Alan Schachter | 19, ¶ 59.c | ████████████████ | The proposed redactions do not contain competitively sensitive business information | Confidential and competitively sensitive financial information and records. |

| No. | Document | Page | Proposed Redaction | Plaintiffs' Position | Defs.' Response to Pls.' Objection |
|---|---|---|---|---|---|
| 165 | Ex. 78 – Expert Report of Alan Schachter | 19, ¶ 59.d | "Finally, I combined the customer-level revenue from the FactSet General Ledger with the customer allocations derived from the Deferred Revenue File to calculate the total CGS revenue by customer." | *Id.* | Remove redaction. |
| 166 | Ex. 78 – Expert Report of Alan Schachter | 19, ¶ 61, N.37 | ████████ | *Id.* | Confidential and competitively sensitive financial information and records. |
| 167 | Ex. 78 – Expert Report of Alan Schachter | 20, ¶ 62.a-e | ████████ | *Id.* | Confidential and competitively sensitive financial information and records. |
| 168 | Ex. 78 – Expert Report of Alan Schachter | 20, ¶ 63.a-c | ████████ | *Id.* | Confidential and competitively sensitive financial information and records. |
| 169 | Ex. 78 – Expert Report of Alan Schachter | 22, ¶ 67 | ████████ | *Id.* | Confidential and competitively sensitive financial information and records. |
| 170 | Ex. 78 – Expert Report of Alan Schachter | 26, ¶ 74 | ████████ | *Id.* | Information based on confidential and competitively sensitive financial information and records. |

| No. | Document | Page | Proposed Redaction | Plaintiffs' Position | Defs.' Response to Pls.' Objection |
|---|---|---|---|---|---|
| 171 | Ex. 86 – Expert Report of Professor Einer Elhauge | 16, ¶19.F | ██████████ | Expert's damages calculations are not competitively sensitive. | Calculations based on confidential and competitively sensitive financial information and records. |
| 172 | Ex. 86 – Expert Report of Professor Einer Elhauge | 16, ¶19.G | ██████████ | *Id.* | Calculations based on confidential and competitively sensitive financial information and records. |
| 173 | Ex. 86 – Expert Report of Professor Einer Elhauge | 19, ¶ 23 | ██████████ | The material is not competitively sensitive. | Confidential and competitively sensitive information concerning the currently in force confidential agreement between ABA and CGS, which plaintiffs agreed should be redacted in its entirety. |
| 174 | Ex. 86 – Expert Report of Professor Einer Elhauge | 31, ¶ 47 | "…highlighting this idea in a November 2021 Management Presentation, '[The] CUSIP and CUSIP-based ISIN system continues to be part of the DNA of market participant's infrastructure for growing number of functions, including clearing, settlement and reconciliation[.]'" | *Id.* | Remove redaction. |
| 175 | Ex. 86 – Expert Report of Professor Einer Elhauge | 31, ¶ 47, N.68 | ██████████ | *Id.* | Confidential and competitively sensitive material from confidential board meeting. |

| No. | Document | Page | Proposed Redaction | Plaintiffs' Position | Defs.' Response to Pls.' Objection |
|---|---|---|---|---|---|
| 176 | Ex. 86 – Expert Report of Professor Einer Elhauge | 33, ¶ 49, N.73 | | *Id.* | Confidential and competitively sensitive information about internal strategy communication or document. |
| 177 | Ex. 86 – Expert Report of Professor Einer Elhauge | 33, ¶ 49, N.73 | | *Id.* | Confidential and competitively sensitive information about internal strategy communication or document. |
| 178 | Ex. 86 – Expert Report of Professor Einer Elhauge | 33, ¶ 49, N.73 | | *Id.* | Confidential and competitively sensitive information about internal strategy communication or document. |
| 179 | Ex. 86 – Expert Report of Professor Einer Elhauge | 33, ¶ 49, N.73 | | *Id.* | Confidential and competitively sensitive information about internal strategy communication or document. |
| 180 | Ex. 86 – Expert Report of Professor Einer Elhauge | 33, ¶ 51 | | *Id.* | Confidential and competitively sensitive information about internal strategy communication or document. |
| 181 | Ex. 86 – Expert Report of Professor Einer Elhauge | 34, ¶ 54, N.76 | | *Id.* | Confidential and competitively sensitive information about internal strategy communication or document. |

| No. | Document | Page | Proposed Redaction | Plaintiffs' Position | Defs.' Response to Pls.' Objection |
|---|---|---|---|---|---|
| | | | | | |
| 182 | Ex. 86 – Expert Report of Professor Einer Elhauge | 34, ¶ 54, N.76 | | *Id.* | Confidential and competitively sensitive information about internal strategy communication or document. |
| 183 | Ex. 86 – Expert Report of Professor Einer Elhauge | 34, ¶ 56, N.84 | | *Id.* | Confidential and competitively sensitive information about internal strategy communication or document. |
| 184 | Ex. 86 – Expert Report of Professor Einer Elhauge | 34, ¶ 56, N.84 | | *Id.* | Confidential and competitively sensitive information about internal strategy communication or document. |
| 185 | Ex. 86 – Expert Report of Professor Einer Elhauge | 38, ¶ 58 | | *Id.* | Confidential and competitively sensitive information about internal strategy communication or document. |

| No. | Document | Page | Proposed Redaction | Plaintiffs' Position | Defs.' Response to Pls.' Objection |
|---|---|---|---|---|---|
| 186 | Ex. 86 – Expert Report of Professor Einer Elhauge | 39, ¶ 59 | | The information is not competitively sensitive and does not disclose confidential or competitively sensitive pricing information. | Confidential and competitively sensitive pricing information. |
| 187 | Ex. 86 – Expert Report of Professor Einer Elhauge | 39, ¶ 60 | | *Id.* | Confidential and competitively sensitive pricing information |
| 188 | Ex. 86 – Expert Report of Professor Einer Elhauge | 44, ¶ 69 | | The information is not competitively sensitive and does not disclose confidential or competitively sensitive or non-parties | Confidential and competitively sensitive information about Defendants' enforcement strategy and nonparty's data compilation methods. |
| 189 | Ex. 86 – Expert Report of Professor Einer Elhauge | 44, ¶ 69, N.117 | | *Id.* | Confidential and competitively sensitive material from confidential board meeting. |
| 190 | Ex. 86 – Expert Report of Professor Einer Elhauge | 44, ¶ 69, N.117 | | *Id.* | Confidential and competitively sensitive information about Defendants' enforcement strategy and nonparty's data compilation methods. |
| 191 | Ex. 86 – Expert Report of | 44, ¶ 69, N.117 | | *Id.* | Confidential and competitively sensitive information about |

| No. | Document | Page | Proposed Redaction | Plaintiffs' Position | Defs.' Response to Pls.' Objection |
|---|---|---|---|---|---|
| | Professor Einer Elhauge | | | | Defendants' enforcement strategy and nonparty's data compilation methods. |
| 192 | Ex. 86 – Expert Report of Professor Einer Elhauge | 44, ¶ 69, N.118 | | *Id.* | Confidential and competitively sensitive information about Defendants' enforcement strategy and nonparty's data compilation methods. |
| 193 | Ex. 86 – Expert Report of Professor Einer Elhauge | 44, ¶ 69, N.118 | | *Id.* | Confidential and competitively sensitive information about Defendants' enforcement strategy and nonparty's data compilation methods. |
| 194 | Ex. 86 – Expert Report of Professor Einer Elhauge | 44, ¶ 69, N.118 | | *Id.* | Confidential and competitively sensitive information about Defendants' enforcement strategy and nonparty's data compilation methods. |
| 195 | Ex. 86 – Expert Report of | 44, ¶ 69, N.118 | "'Exchange Data International (EDI)" | *Id.*; Defendants do not redact the name of the company in text of ¶ 69 | Remove redaction. |

| No. | Document | Page | Proposed Redaction | Plaintiffs' Position | Defs.' Response to Pls.' Objection |
|---|---|---|---|---|---|
| | Professor Einer Elhauge | | | | |
| 196 | Ex. 86 – Expert Report of Professor Einer Elhauge | 45-46, ¶ 70, N.124 | | The information is not competitively sensitive and does not disclose confidential or competitively sensitive information of non-parties. These are facts that appear on the docket. | Confidential and competitively sensitive information about Defendants' enforcement strategy and nonparty's data compilation methods. |
| 197 | Ex. 86 – Expert Report of Professor Einer Elhauge | 46, ¶ 70, N.124 | | The information is not competitively sensitive and does not disclose confidential or competitively sensitive information of non-parties. | Confidential and competitively sensitive information about Defendants' enforcement strategy and nonparty's data compilation methods. |
| 198 | Ex. 86 – Expert Report of Professor Einer Elhauge | 46, ¶ 70, N.124 | | *Id.* | Confidential and competitively sensitive information about Defendants' enforcement strategy and nonparty's data compilation methods. |
| 199 | Ex. 86 – Expert Report of Professor Einer Elhauge | 45, ¶ 73, N.128 | | The information is not competitively sensitive and does not reflect information from a confidential agreement. | Confidential and competitively sensitive contract including licensing strategies and CGS Data redistribution limitations, provisions |

| No. | Document | Page | Proposed Redaction | Plaintiffs' Position | Defs.' Response to Pls.' Objection |
|-----|----------|------|--------------------|-----------------------|----------------------------------|
| | | | | | currently in force in executed contracts. |
| 200 | Ex. 86 – Expert Report of Professor Einer Elhauge | 47, ¶ 74, N.131 | | This information does not disclose confidential or competitively sensitive information. | Confidential and competitively sensitive information concerning internal strategy for protecting intellectual property. |
| 201 | Ex. 86 – Expert Report of Professor Einer Elhauge | 47, ¶ 74, N.132 | | This information does not disclose confidential or competitively sensitive information. The template agreement is not confidential. | Confidential and competitively sensitive contract including proprietary service levels and fees, as well as provisions currently in force in executed contracts. |
| 202 | Ex. 86 – Expert Report of Professor Einer Elhauge | 47-48, ¶ 74, N.132 | | This information does not disclose confidential or competitively sensitive information. | Confidential and competitively sensitive information concerning licensing enforcement strategy and efforts. |

| No. | Document | Page | Proposed Redaction | Plaintiffs' Position | Defs.' Response to Pls.' Objection |
|---|---|---|---|---|---|
| | | | | | |
| 203 | Ex. 86 – Expert Report of Professor Einer Elhauge | 47-48, ¶ 74, N.132 | | *Id.* | Confidential and competitively sensitive information concerning licensing enforcement strategy and efforts. |
| 204 | Ex. 86 – Expert Report of Professor Einer Elhauge | 49, ¶ 76, N.135 | | *Id.* | Confidential and competitively sensitive information about internal strategy for protecting intellectual property and |

| No. | Document | Page | Proposed Redaction | Plaintiffs' Position | Defs.' Response to Pls.' Objection |
|-----|----------|------|--------------------|--------------------|-----------------------------------|
| | | | | | preventing unauthorized use of CGS data. |
| 205 | Ex. 86 – Expert Report of Professor Einer Elhauge | 49, ¶ 76, N.135 | | *Id.* | Confidential and competitively sensitive information about internal strategy for protecting intellectual property and preventing unauthorized use of CGS data. |
| 206 | Ex. 86 – Expert Report of Professor Einer Elhauge | 50, ¶ 78, N.141 | | *Id.* | Confidential and competitively sensitive information about compliance strategy and efforts. |
| 207 | Ex. 86 – Expert Report of Professor Einer Elhauge | 53, ¶ 82 | | *Id.* | Confidential and competitively sensitive information about compliance strategy and efforts. |
| 208 | Ex. 86 – Expert Report of Professor Einer Elhauge | 56, ¶ 86, N.162 | | This information does not disclose confidential or competitively sensitive information. The template agreement is not confidential. | Confidential and competitively sensitive addendum concerning licensing of CGS Data on public-facing websites, provisions currently in force in executed contracts. |

| No. | Document | Page | Proposed Redaction | Plaintiffs' Position | Defs.' Response to Pls.' Objection |
|-----|----------|------|--------------------|--------------------|------------------------------------|
| 209 | Ex. 86 – Expert Report of Professor Einer Elhauge | 56, ¶ 86, N.163 | *Id.* | *Id.* | Confidential and competitively sensitive addendum concerning licensing of CGS Data on public-facing websites, provisions currently in force in executed contracts. |
| 210 | Ex. 86 – Expert Report of Professor Einer Elhauge | 57, ¶ 88 | █████████ | *Id.* | Confidential and competitively sensitive contract including provisions currently in force in executed contracts and confidential information about compliance strategy and efforts. |
| 211 | Ex. 86 – Expert Report of Professor Einer Elhauge | 57, ¶ 88 | █████████ | *Id.* | Confidential and competitively sensitive contract including provisions currently in force in executed contracts and confidential information about compliance strategy and efforts. |
| 212 | Ex. 86 – Expert Report of Professor Einer Elhauge | 57, ¶ 89 | "… █████████ | *Id.* | Confidential and competitively sensitive contract including provisions currently in force in executed contracts |

| No. | Document | Page | Proposed Redaction | Plaintiffs' Position | Defs.' Response to Pls.' Objection |
|---|---|---|---|---|---|
| | | | | | and confidential information about compliance strategy and efforts. |
| 213 | Ex. 86 – Expert Report of Professor Einer Elhauge | 57-58, ¶ 89 | | This information does not disclose confidential or competitively sensitive information. | Confidential and competitively sensitive information about licensing and compliance strategy and efforts. |
| 214 | Ex. 86 – Expert Report of Professor Einer Elhauge | 63, ¶ 104, N.193 | | *Id.* | Confidential and competitively sensitive financial information and records. |
| 215 | Ex. 86 – Expert Report of Professor Einer Elhauge | 63, ¶ 104, N.193 | | *Id.* | Confidential and competitively sensitive financial information and records. |
| 216 | Ex. 86 – Expert Report of Professor Einer Elhauge | 63, ¶ 104, N.193 | | *Id.* | Confidential and competitively sensitive financial information and records. |
| 217 | Ex. 86 – Expert Report of Professor Einer Elhauge | 63, ¶ 104, N.194 | | *Id.* | Confidential and competitively sensitive financial information and records. |

| No. | Document | Page | Proposed Redaction | Plaintiffs' Position | Defs.' Response to Pls.' Objection |
|---|---|---|---|---|---|
| | | | | | |
| 218 | Ex. 86 – Expert Report of Professor Einer Elhauge | 67, ¶ 114 | | Expert's damages calculation is not confidential or competitively sensitive information. | Calculations based on confidential and competitively sensitive financial information and records. |
| 219 | Ex. 86 – Expert Report of Professor Einer Elhauge | 71, ¶ 125 | | *Id.* | Calculations based on confidential and competitively sensitive financial information and records. |