<u>**UNITED STATES DISTRICT COURT**</u>
<u>**SOUTHERN DISTRICT OF NEW YORK**</u>
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

|  |  |
|---|---|
| DINOSAUR FINANCIAL GROUP LLC, HILDENE CAPITAL MANAGEMENT, LLC and SWISS LIFE INVESTMENT MANAGEMENT HOLDING AG, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>-v-<br><br>S&P GLOBAL, INC., AMERICAN BANKERS ASSOCIATION, and FACTSET RESEARCH SYSTEMS INC.,<br><br>Defendants. | <u>**Case No. 1:22-CV-1860 (KPF)**</u> |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

<u>**DECLARATION OF KEAGAN H. POTTS**</u>

I, Keagan H. Potts, declare under penalty of perjury under 28 U.S.C. § 1746 as follows:

1.      I am an associate at Shinder Cantor Lerner LLP, counsel for Defendant FactSet Research Systems Inc. I submit this Declaration in support of Defendants' response to Plaintiffs' letter-motion to seal related to motion for class certification and appointment of class counsel.

2.      I make this declaration based on personal knowledge.

3.      A true and correct copy of the Letter from Grant Bercari to Ellison Snider, dated September 9, 2025, is attached hereto as Exhibit 1.

4.      A true and correct copy of email correspondence Re: Dinosaur, et al. v. S&P Global, et al. – Deposition Transcript Exhibits is attached hereto as Exhibit 2.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.  Executed on September 29, 2025, in Washington, D.C.

*/s/ Keagan H. Potts*
Keagan H. Potts