# EXHIBIT 2

| | |
|---|---|
| **From:** | Grant Bercari |
| **To:** | Keagan Potts; Elana Katcher; Slachetka Meg; Blad Leiv; Ronald J. Aranoff; Ryan Kane; Josh Slocum; Lyndon Tretter; Reuben Bauer; Josh Slocum; Robert Kaplan; Gregory Arenson; Kylie Spencer; Carihanna Morrison |
| **Cc:** | Greenstein, Seth; Jeffrey Shinder; James Kovacs; Kennedy, Patrick; Calla, Diana L.; Dollinger, Amanda L.; Maugeri, Alexander V.; O"Lone, Ryan J.; Stock, Eric J.; Bell, Jefferson E.; Lifshitz, Esther; Cernak, Stella; Dubinsky, Dasha; Saunders, Kapri L.; Mitchell, Caroline N.; Ellison Snider |
| **Subject:** | RE: Dinosaur, et al. v. S&P Global, et al. - Deposition Transcript Exhibits |
| **Date:** | Thursday, September 18, 2025 7:10:47 PM |

**[EXTERNAL]**

Keagan –

We disagree that Plaintiffs altered the sealing process or that the appendices deviate from the Sealing Stipulation. Paragraph 5 states that the letter motion will include Defendants' justifications for their proposed redactions, which is why we included the appendices. In any event, we will remove the last columns in both Appendices A and B reflecting Defendants' justifications. We also disagree with your characterization of the meet-and-confer process. Plaintiffs provided written objections on September 9 specifying each document that contained improper redactions and counter-proposed redactions to every document in response to your proposals.

In addition, in connection with today's filing, Plaintiffs will file a corrected declaration in support of their motion for class certification to note that the exhibits to the class certification motion include excerpts of deposition transcripts and the corrected report of Professor Elhauge.

We will file the letter-motion shortly, and then you can respond to the motion within seven business days as contemplated by the stipulation.

Grant

**From:** Keagan Potts <kpotts@scl-llp.com>
**Sent:** Thursday, September 18, 2025 3:39 PM
**To:** Grant Bercari <GBercari@WMD-LAW.com>; Elana Katcher <ekatcher@kaplanfox.com>; Slachetka Meg <meg@competitionlawpartners.com>; Blad Leiv <leiv@competitionlawpartners.com>; Ronald J. Aranoff <RAranoff@WMD-LAW.com>; Ryan Kane <RKane@WMD-LAW.com>; Josh Slocum <JSlocum@WMD-LAW.com>; Lyndon Tretter <LTretter@WMD-LAW.com>; Reuben Bauer <rbauer@WMD-LAW.COM>; Josh Slocum <JSlocum@WMD-LAW.com>; Robert Kaplan <rkaplan@kaplanfox.com>; Gregory Arenson <garenson@kaplanfox.com>; Kylie Spencer <kspencer@WMD-LAW.COM>; Carihanna Morrison <cmorrison@kaplanfox.com>
**Cc:** Greenstein, Seth <sgreenstein@constantinecannon.com>; Jeffrey Shinder <Jeffrey@scl-llp.com>; James Kovacs <James@scl-llp.com>; Kennedy, Patrick <pkennedy@constantinecannon.com>; Calla, Diana L. <dcalla@jonesday.com>; Dollinger, Amanda L. <adollinger@jonesday.com>; Maugeri, Alexander V. <amaugeri@jonesday.com>; O'Lone, Ryan J. <rjolone@jonesday.com>; Stock, Eric J. <estock@gibsondunn.com>; Bell, Jefferson E. <jbell@gibsondunn.com>; Lifshitz, Esther

<elifshitz@gibsondunn.com>; Cernak, Stella <scernak@gibsondunn.com>; Dubinsky, Dasha <ddubinsky@gibsondunn.com>; Saunders, Kapri L. <ksaunders@jonesday.com>; Mitchell, Caroline N. <cnmitchell@jonesday.com>; Ellison Snider <esnider@scl-llp.com>
**Subject:** RE: Dinosaur, et al. v. S&P Global, et al. - Deposition Transcript Exhibits

Grant,

This is not the process the parties agreed to.  Per the Stipulation (ECF No. 214), Defendants provided Plaintiffs an insert that described the legal basis for Defendants' proposed redactions. Defendants' insert to the letter motion is the sole section in Plaintiffs' letter motion that is designated for us to present our legal justifications under the Stipulation.  We did not agree to include the appendices you provided us for the first time at 11:03 am on the day of the filing, and do not consent to Plaintiffs' editorializing of Defendants' stated justifications. Defendants will follow the process contemplated by the stipulation by responding to Plaintiffs' letter motion to seal within seven business days after it is filed.

Accordingly, Defendants request that Plaintiffs remove the columns in Appendices A and B that purport to represent Defendants' basis for their redactions but were prepared by Plaintiffs, not Defendants.

Plaintiffs have had Defendants' legal justifications for their redactions since the meet and confer on September 10 and Defendants' insert providing these justifications in writing since September 11.  Plaintiffs did not state during the meet and confer, or any time since, that they intended to depart from the Stipulation's detailed process and describe for themselves Defendants' legal justifications for their redactions in an appendix or include any other additional format not contemplated under the Stipulation.  Nor did Plaintiffs provide specific objections to Defendants' redactions until now.

The appendix you provide mischaracterizes the nature of certain exhibits by labeling them as "Exhibits That Are Not Commercially Sensitive" and mischaracterizes many of the justifications for Defendants' proposed redactions. It is improper for Plaintiffs to unilaterally alter the agreed-upon process, and unreasonable to expect Defendants to acquiesce to this change and correct Plaintiffs' appendix with seven-hours' notice on the day of the filing.

Given Plaintiffs' deviation from the agreed-upon sealing process and their mischaracterization of Defendants' redaction justifications, Defendants must be afforded an opportunity to review Plaintiffs' letter motion and attachments before filing. Please provide the materials you intend to submit, allowing Defendants at least two hours for review.

If productive, we are available to meet and confer this afternoon.

Defendants have also attached updated highlights and redactions to the Lane transcript.

Best,

Keagan

**Keagan Potts**
**Associate**
*he/him/his*

600 14th St. NW, 5th Floor
Washington, DC 20005
T 646.960.8627
kpotts@scl-llp.com



This e-mail, including any attachments, is for the use of the intended recipient(s) only. It may contain legally privileged and/or confidential information. If you are not the intended recipient, you are notified that the further dissemination, distribution, or copying of this e-mail is strictly prohibited. If this e-mail has been received in error, please permanently delete this message and all copies or printouts hereof, and please notify me immediately.

---

**From:** Grant Bercari <GBercari@WMD-LAW.com>
**Sent:** Thursday, September 18, 2025 11:01 AM
**To:** Keagan Potts <kpotts@scl-llp.com>; Elana Katcher <ekatcher@kaplanfox.com>; Slachetka Meg <meg@competitionlawpartners.com>; Blad Leiv <leiv@competitionlawpartners.com>; Ronald J. Aranoff <RAranoff@WMD-LAW.com>; Ryan Kane <RKane@WMD-LAW.com>; Josh Slocum <JSlocum@WMD-LAW.com>; Lyndon Tretter <LTretter@WMD-LAW.com>; Reuben Bauer <rbauer@WMD-LAW.COM>; Josh Slocum <JSlocum@WMD-LAW.com>; Robert Kaplan <rkaplan@kaplanfox.com>; Gregory Arenson <garenson@kaplanfox.com>; Kylie Spencer <kspencer@WMD-LAW.COM>; Carihanna Morrison <cmorrison@kaplanfox.com>
**Cc:** Greenstein, Seth <sgreenstein@constantinecannon.com>; Jeffrey Shinder <Jeffrey@scl-llp.com>; James Kovacs <James@scl-llp.com>; Kennedy, Patrick <pkennedy@constantinecannon.com>; Calla, Diana L. <dcalla@jonesday.com>; Dollinger, Amanda L. <adollinger@jonesday.com>; Maugeri, Alexander V. <amaugeri@jonesday.com>; O'Lone, Ryan J. <rjolone@jonesday.com>; Stock, Eric J. <estock@gibsondunn.com>; Bell, Jefferson E. <jbell@gibsondunn.com>; Lifshitz, Esther <elifshitz@gibsondunn.com>; Cernak, Stella <scernak@gibsondunn.com>; Dubinsky, Dasha <ddubinsky@gibsondunn.com>; Saunders, Kapri L. <ksaunders@jonesday.com>; Mitchell, Caroline N. <cnmitchell@jonesday.com>; Ellison Snider <esnider@scl-llp.com>
**Subject:** RE: Dinosaur, et al. v. S&P Global, et al. - Deposition Transcript Exhibits

[EXTERNAL]

Keagan –

We attach two charts. Appendix A contains a list of proposed redactions agreed by the parties. Appendix B contains a list of Defendants' proposed redactions with which Plaintiffs disagree.

3

The last column contains a column for Defendants' justifications. Plaintiffs' filled those column based on your insert, but please add Defendants' justifications into that column if you wish to revise any justification. Please do so directly into the chart in track and return it to Plaintiffs no later than **6:00 PM ET**. To the extent Defendants agree a portion of the brief or certain exhibits should no longer be redacted, please reflect that in the chart and provide updated proposed redactions and highlights on the same deadline.

In addition, we attach an updated excerpt of Danielle Lane's deposition transcript, which corrects an inadvertent omission of a relevant cited page range (73:11-14, cited at page 35 of the brief). Please provide updated highlights and redactions to that transcript no later than **5:00 PM ET**.

Thanks,
Grant

---

**From:** Keagan Potts <kpotts@scl-llp.com>
**Sent:** Friday, September 12, 2025 5:50 PM
**To:** Grant Bercari <GBercari@WMD-LAW.com>; Elana Katcher <ekatcher@kaplanfox.com>; Slachetka Meg <meg@competitionlawpartners.com>; Blad Leiv <leiv@competitionlawpartners.com>; Ronald J. Aranoff <RAranoff@WMD-LAW.com>; Ryan Kane <RKane@WMD-LAW.com>; Josh Slocum <JSlocum@WMD-LAW.com>; Lyndon Tretter <LTretter@WMD-LAW.com>; Reuben Bauer <rbauer@WMD-LAW.COM>; Josh Slocum <JSlocum@WMD-LAW.com>; Robert Kaplan <rkaplan@kaplanfox.com>; Gregory Arenson <garenson@kaplanfox.com>; Kylie Spencer <kspencer@WMD-LAW.COM>; Carihanna Morrison <cmorrison@kaplanfox.com>
**Cc:** Greenstein, Seth <sgreenstein@constantinecannon.com>; Jeffrey Shinder <Jeffrey@scl-llp.com>; James Kovacs <James@scl-llp.com>; Kennedy, Patrick <pkennedy@constantinecannon.com>; Calla, Diana L. <dcalla@jonesday.com>; Dollinger, Amanda L. <adollinger@jonesday.com>; Maugeri, Alexander V. <amaugeri@jonesday.com>; O'Lone, Ryan J. <rjolone@jonesday.com>; Stock, Eric J. <estock@gibsondunn.com>; Bell, Jefferson E. <jbell@gibsondunn.com>; Lifshitz, Esther <elifshitz@gibsondunn.com>; Cernak, Stella <scernak@gibsondunn.com>; Dubinsky, Dasha <ddubinsky@gibsondunn.com>; Saunders, Kapri L. <ksaunders@jonesday.com>; Mitchell, Caroline N. <cnmitchell@jonesday.com>; Ellison Snider <esnider@scl-llp.com>
**Subject:** RE: Dinosaur, et al. v. S&P Global, et al. - Deposition Transcript Exhibits

Grant,

In accordance with the sealing stipulation, below is a link to our production of highlighted and redacted exhibits for sealing. This link include exhibits for which Defendants will seek redactions. We continue to reserve our rights to make alterations to any of the proposed redactions. A password will follow via a separate email.

Defendants continue to disagree with Plaintiffs' overbroad deposition transcript exhibits. At our Wednesday meet and confer, Plaintiffs indicated that the background section for each deposition would only provide the Court with name and position of each deponent. Instead, Plaintiffs have loaded these deposition transcript exhibits up with tens of pages, which go well beyond the "background" of each deponent. We object to the inclusion of these additional, unnecessary pages and reserve our rights.

As to the pages surrounding the relevant testimony, the parties agreed to only <u>four pages</u> before and after the cited testimony. As detailed in our email below, your excerpts exceed that limit across each exhibit, and thus, violate our agreement. Again, we object to their inclusion and reserve our rights.

Finally, Plaintiffs have no right under the sealing stipulation to unilaterally exclude proposed redactions from your motion (which is due on 9/18). Defendants have met and conferred in good faith and provided you with clear legal precedent for our proposed redactions. In contrast, Plaintiffs have offered no cases and no specific objections to our proposed redactions other than referring to them as "wholesale." In fact, during our meet and confer, we specifically asked Plaintiffs to identify any portions of your brief that you believe we are improperly redacting. You refused to do so. *See* September 10, 4:28pm email.

https://constantinecannon.box.com/s/k7akux4x5y6iu1kivtvr6g0bwautbc7v

Best,
Keagan


**Keagan Potts**
**Associate**
*he/him/his*

600 14th St. NW, 5th Floor
Washington, DC 20005
T  646.960.8627
kpotts@scl-llp.com



*This e-mail, including any attachments, is for the use of the intended recipient(s) only. It may contain legally privileged and/or confidential information. If you are not the intended recipient, you are notified that the further dissemination, distribution, or copying of this e-mail is strictly prohibited. If this e-mail has been received in error, please permanently delete this message and all copies or printouts hereof, and please notify me immediately.*

---

**From:** Grant Bercari <GBercari@WMD-LAW.com>

5

**Sent:** Friday, September 12, 2025 12:33 PM
**To:** Keagan Potts <kpotts@scl-llp.com>; Elana Katcher <ekatcher@kaplanfox.com>; Slachetka Meg <meg@competitionlawpartners.com>; Blad Leiv <leiv@competitionlawpartners.com>; Ronald J. Aranoff <RAranoff@WMD-LAW.com>; Ryan Kane <RKane@WMD-LAW.com>; Josh Slocum <JSlocum@WMD-LAW.com>; Lyndon Tretter <LTretter@WMD-LAW.com>; Reuben Bauer <rbauer@WMD-LAW.COM>; Josh Slocum <JSlocum@WMD-LAW.com>; Robert Kaplan <rkaplan@kaplanfox.com>; Gregory Arenson <garenson@kaplanfox.com>; Kylie Spencer <kspencer@WMD-LAW.COM>; Carihanna Morrison <cmorrison@kaplanfox.com>
**Cc:** Greenstein, Seth <sgreenstein@constantinecannon.com>; Jeffrey Shinder <Jeffrey@scl-llp.com>; James Kovacs <James@scl-llp.com>; Kennedy, Patrick <pkennedy@constantinecannon.com>; Calla, Diana L. <dcalla@jonesday.com>; Dollinger, Amanda L. <adollinger@jonesday.com>; Maugeri, Alexander V. <amaugeri@jonesday.com>; O'Lone, Ryan J. <rjolone@jonesday.com>; Stock, Eric J. <estock@gibsondunn.com>; Bell, Jefferson E. <jbell@gibsondunn.com>; Lifshitz, Esther <elifshitz@gibsondunn.com>; Cernak, Stella <scernak@gibsondunn.com>; Dubinsky, Dasha <ddubinsky@gibsondunn.com>; Saunders, Kapri L. <ksaunders@jonesday.com>; Mitchell, Caroline N. <cnmitchell@jonesday.com>; Ellison Snider <esnider@scl-llp.com>
**Subject:** RE: Dinosaur, et al. v. S&P Global, et al. - Deposition Transcript Exhibits

[EXTERNAL]

Keagan –

The opening pages of the depositions provide necessary context for each deponent's role and will be submitted with Plaintiffs' class certification papers. On our meet and confer and in previous correspondence, I explained that the excerpts will include such background material and neither you, nor any of your colleagues, objected. The excerpts include more than four pages before and after each citation because Plaintiffs are using condensed transcripts, which reduce, rather than increase, the total number of pages. This format minimizes the burden on the Court (and the parties) and avoids the needless volume of non-condensed transcripts. Of course, since these are exhibits to *Plaintiffs'* motion, Plaintiffs control the form of filing, and we will file condensed versions. Defendants have no say in that. We provide updated excerpts to remove extraneous pages and to address one of your comments that a page was missing in the below link.

Defendants must provide their final proposed redactions to the deposition transcript excerpts by 5:00 PM today as we agreed. We will accept them in list form specifying the lines Defendants intend to redact for now, and Defendants can provide us highlighted copies of the actual excerpts no later than Monday at 12 PM ET. We have already been courteous by extending Defendants' deadline to today given your initial (and improper) wholesale redactions of entire transcripts and attempts to redact plainly non-confidential information. We are not agreeing to any further extensions. Final proposed redactions served after 5:00 PM today will be deemed untimely and excluded from Plaintiffs' motion.

https://wmd-law.sharefile.com/public/share/web-sb964c29c39364c1f8cb384d2bec57fa4

Grant

---

**From:** Keagan Potts <kpotts@scl-llp.com>
**Sent:** Thursday, September 11, 2025 9:09 PM
**To:** Grant Bercari <GBercari@WMD-LAW.com>; Elana Katcher <ekatcher@kaplanfox.com>; Slachetka Meg <meg@competitionlawpartners.com>; Blad Leiv <leiv@competitionlawpartners.com>; Ronald J. Aranoff <RAranoff@WMD-LAW.com>; Ryan Kane <RKane@WMD-LAW.com>; Josh Slocum <JSlocum@WMD-LAW.com>; Lyndon Tretter <LTretter@WMD-LAW.com>; Reuben Bauer <rbauer@WMD-LAW.COM>; Josh Slocum <JSlocum@WMD-LAW.com>; Robert Kaplan <rkaplan@kaplanfox.com>; Gregory Arenson <garenson@kaplanfox.com>; Kylie Spencer <kspencer@WMD-LAW.COM>; Carihanna Morrison <cmorrison@kaplanfox.com>
**Cc:** Greenstein, Seth <sgreenstein@constantinecannon.com>; Jeffrey Shinder <Jeffrey@scl-llp.com>; James Kovacs <James@scl-llp.com>; Kennedy, Patrick <pkennedy@constantinecannon.com>; Calla, Diana L. <dcalla@jonesday.com>; Dollinger, Amanda L. <adollinger@jonesday.com>; Maugeri, Alexander V. <amaugeri@jonesday.com>; O'Lone, Ryan J. <rjolone@jonesday.com>; Stock, Eric J. <estock@gibsondunn.com>; Bell, Jefferson E. <jbell@gibsondunn.com>; Lifshitz, Esther <elifshitz@gibsondunn.com>; Cernak, Stella <scernak@gibsondunn.com>; Dubinsky, Dasha <ddubinsky@gibsondunn.com>; Saunders, Kapri L. <ksaunders@jonesday.com>; Mitchell, Caroline N. <cnmitchell@jonesday.com>; Ellison Snider <esnider@scl-llp.com>
**Subject:** RE: Dinosaur, et al. v. S&P Global, et al. - Deposition Transcript Exhibits

Grant,

Pursuant to the sealing stipulation, Defendants' insert justifying their redactions is attached. Defendants reserve the right to modify this insert.

The excerpts you sent are still broader than those the parties agreed upon. In my September 4, 2025, email, I stated "Defendants can agree to an approach where the filing party submits excerpts of deposition transcripts that include four pages before and after each citation."  Your excerpts include numerous pages at the beginning of the depositions that have no corresponding citation in Plaintiffs' brief, and they include more than four pages before and after the cited ranges in your brief.  Below, we identify the correct excerpt based on the parties' agreement.

Please provide updated, non-condensed transcript excerpts by tomorrow at 5pm.  Defendants will then apply and serve their final redactions to those revised excerpts by Monday at 5pm.  We are willing to meet and confer about any issues related to the excerpts.

- Nagle:
    - Cite: 72:8-73:4, 85:20-87:10.
        - Plaintiffs' excerpt: 66-93.
        - Correct excerpt: 68-91.
- Mitnick:

- Preiss:
    - Cite: 39:9-42.3
        - Plaintiffs' excerpt: 34-49.
        - Correct excerpt: 35-46.
    - Cite: 150:2-152:22.

- Cite: 35:13-37:18, 40:8-15.
    - Plaintiffs' excerpt: 1-45. (This includes background).
    - Correct excerpt: 31-44.
- Cite: 100:3-102:3.
    - Plaintiffs' excerpt: 94-109.
    - Correct excerpt: 96-106.
- Cite: 111:19-113:11.
    - <u>Not excerpted.</u>
- Cite: 189:22-191:22; 204:20-205:7; 216:24-219:5; 230:1-231:24; 247:9-251:15.
    - Plaintiffs' excerpt: 182-261.
    - Correct excerpt: 185-195; 200-209; 212-223; 226-235; 243-255.
- <u>Faulkner</u>:
    - Cite: 26:3-25; 42:19-43:2.
        - Plaintiffs' excerpt: 22-49.
        - Correct excerpt: 22-29; 38-47.
    - Cite: 92:18-94:25.
        - Plaintiffs' excerpt: 86-101.
        - Correct excerpt: 88-98.
    - Cite: 241:3-253:7.
        - Plaintiffs' excerpt: 234-261.
        - Correct excerpt: 237-257.
- <u>Poole</u>:
    - Cite: 101:11-102:8.
        - Plaintiffs' excerpt: 94-109.
        - Correct excerpt: 97-106.
    - Cite: 181:23-185:6.
        - Plaintiffs' excerpt: 174-193.
        - Correct excerpt: 177-189.
- Plaintiffs' excerpt: 142-161.
- Correct excerpt: 146-156.
- Cite: 237:2-238:4.
    - Plaintiffs' excerpt: 226-245.
    - Correct excerpt: 233-242.
- Cite: 276:2-17; 284:18-290:21, 292:2-5.
    - Plaintiffs' excerpt: 270-301.
    - Correct excerpt: 272-296.
- <u>FactSet 30(b)(6)</u>:
    - Cite: 10:11-11:11, 15:14-17:19, 24:1-25:14, 27:20-29:1, 34:14-25.
        - Plaintiffs' excerpt: 1-41. (This includes background.)
        - Correct excerpt: 6-37.
    - Cite: 70:10-76:4, 78:23-79:16, 80:24-83:24.
        - Plaintiffs' excerpt: 66-89.
        - Correct excerpt: 66-87.
    - Cite: 113:22-114:10.
        - Plaintiffs' excerpt: 106-121.
        - Correct excerpt: 109-118.
    - Cite: 201:2-202:10, 212:22-214:18.
        - Plaintiffs' excerpt: 194-221.
        - Correct excerpt: 197-206, 208-218.
    - Cite: 303:14-18.
        - Plaintiffs' excerpt: 298-309.
        - Correct excerpt: 299-307.

Thank you,
Keagan

**Keagan Potts**

Associate
*he/him/his*

600 14th St. NW, 5th Floor
Washington, DC 20005
T 646.960.8627
kpotts@scl-llp.c m



*This e-mail, including any attachments, is for the use of the intended recipient(s) only. It may contain legally privileged and/or confidential information. If you are not the intended recipient, you are notified that the further dissemination, distribution, or copying of this e-mail is strictly prohibited. If this e-mail has been received in error, please permanently delete this message and all copies or printouts hereof, and please notify me immediately.*

---

**From:** Grant Bercari <GBercari@WMD-LAW.com>
**Sent:** Thursday, September 11, 2025 4:46 PM
**To:** Keagan Potts <kpotts@scl-llp.com>; Elana Katcher <ekatcher@kaplanfox.com>; Slachetka Meg <meg@competitionlawpartners.com>; Blad Leiv <leiv@competitionlawpartners.com>; Ronald J. Aranoff <RAranoff@WMD-LAW.com>; Ryan Kane <RKane@WMD-LAW.com>; Josh Slocum <JSlocum@WMD-LAW.com>; Lyndon Tretter <LTretter@WMD-LAW.com>; Reuben Bauer <rbauer@WMD-LAW.COM>; Josh Slocum <JSlocum@WMD-LAW.com>; Robert Kaplan <rkaplan@kaplanfox.com>; Gregory Arenson <garenson@kaplanfox.com>; Kylie Spencer <kspencer@WMD-LAW.COM>; Carihanna Morrison <cmorrison@kaplanfox.com>
**Cc:** Greenstein, Seth <sgreenstein@constantinecannon.com>; Jeffrey Shinder <Jeffrey@scl-llp.com>; James Kovacs <James@scl-llp.com>; Kennedy, Patrick <pkennedy@constantinecannon.com>; Calla, Diana L. <dcalla@jonesday.com>; Dollinger, Amanda L. <adollinger@jonesday.com>; Maugeri, Alexander V. <amaugeri@jonesday.com>; O'Lone, Ryan J. <rjolone@jonesday.com>; Stock, Eric J. <estock@gibsondunn.com>; Bell, Jefferson E. <jbell@gibsondunn.com>; Lifshitz, Esther <elifshitz@gibsondunn.com>; Cernak, Stella <scernak@gibsondunn.com>; Dubinsky, Dasha <ddubinsky@gibsondunn.com>; Saunders, Kapri L. <ksaunders@jonesday.com>; Mitchell, Caroline N. <cnmitchell@jonesday.com>; Ellison Snider <esnider@scl-llp.com>
**Subject:** RE: Dinosaur, et al. v. S&P Global, et al. - Deposition Transcript Exhibits

[EXTERNAL]

Keagan –

We provide the excerpts of Defendants' deposition transcripts that Plaintiffs intend to file with their opening papers in the link below (password to follow). Please include these excerpts in your package of Defendants' final proposed redactions and highlights to be provided to us by 5:00 PM ET tomorrow – Friday, September 12. We decline Defendants' request that Plaintiffs provide their completed motion papers prior to filing. Nothing in the Sealing Stipulation requires such an exchange and Defendants have no rights to reserve, and paragraph 5 of the Sealing Stipulation expressly affords Defendants an opportunity to respond to the letter

motion after filing.

Lastly, we are complying with paragraph 7 of the Sealing Stipulation. Plaintiffs have provided notice to the non-parties whose discovery materials are designated as Confidential or Highly Confidential under the Protective Order and cited in the opening papers. We will maintain those materials under seal unless the non-party notifies us to de-designate the confidentiality treatment.

https://wmd-law.sharefile.com/public/share/web-sbea589e7a262406cafc5c68d629307c1

Regards,
Grant

**From:** Keagan Potts <kpotts@scl-llp.com>
**Sent:** Thursday, September 11, 2025 9:31 AM
**To:** Grant Bercari <GBercari@WMD-LAW.com>; Elana Katcher <ekatcher@kaplanfox.com>; Slachetka Meg <meg@competitionlawpartners.com>; Blad Leiv <leiv@competitionlawpartners.com>; Ronald J. Aranoff <RAranoff@WMD-LAW.com>; Ryan Kane <RKane@WMD-LAW.com>; Josh Slocum <JSlocum@WMD-LAW.com>; Lyndon Tretter <LTretter@WMD-LAW.com>; Reuben Bauer <rbauer@WMD-LAW.COM>; Josh Slocum <JSlocum@WMD-LAW.com>; Robert Kaplan <rkaplan@kaplanfox.com>; Gregory Arenson <garenson@kaplanfox.com>; Kylie Spencer <kspencer@WMD-LAW.COM>; Carihanna Morrison <cmorrison@kaplanfox.com>
**Cc:** Greenstein, Seth <sgreenstein@constantinecannon.com>; Jeffrey Shinder <Jeffrey@scl-llp.com>; James Kovacs <James@scl-llp.com>; Kennedy, Patrick <pkennedy@constantinecannon.com>; Calla, Diana L. <dcalla@jonesday.com>; Dollinger, Amanda L. <adollinger@jonesday.com>; Maugeri, Alexander V. <amaugeri@jonesday.com>; O'Lone, Ryan J. <rjolone@jonesday.com>; Stock, Eric J. <estock@gibsondunn.com>; Bell, Jefferson E. <jbell@gibsondunn.com>; Lifshitz, Esther <elifshitz@gibsondunn.com>; Cernak, Stella <scernak@gibsondunn.com>; Dubinsky, Dasha <ddubinsky@gibsondunn.com>; Saunders, Kapri L. <ksaunders@jonesday.com>; Mitchell, Caroline N. <cnmitchell@jonesday.com>; Ellison Snider <esnider@scl-llp.com>
**Subject:** RE: Dinosaur, et al. v. S&P Global, et al. - Deposition Transcript Exhibits

Good morning, Grant,

Thank you for your follow-up email. Defendants agree to serve proposed redactions and highlighted copies reflecting those redactions by 5:00pm ET on Friday, September 12 for all documents except excerpted deposition transcripts. We understand that Plaintiffs intend to provide Defendants with excerpted deposition transcripts by Friday. Because Defendants will need to add redactions and highlights to those transcripts, we request that Defendants' deadline to serve proposed redactions and highlights to the excerpts be Monday, September 15. If Plaintiffs would like the excerpted deposition transcripts' redactions and highlights served by 5:00 PM ET on Friday, September 12, Plaintiffs must serve Defendants with excerpted deposition transcripts by 5:00 PM, today,

September 11.  Defendants also agree to provide Plaintiffs with our proposed insert for the motion to seal today. We will reserve our rights to modify the insert based on Plaintiffs' own insert and request to see the completed motion, including Plaintiffs' insert responding to our redactions, by no later than Wednesday, September 17 at 5:00pm ET.  We also agree that Exhibit 20 – Bloomberg's 30(b)(6) transcript – remain sealed.

Finally, we seek clarification as to your statement that "Plaintiffs will seek to seal only those materials the producing third parties asked to be sealed." The sealing stipulation states the following: "Non-party material that is designated Confidential or Highly Confidential pursuant to the Protective Order **shall be maintained under seal**, and the filing party shall include in its filing motion a request to seal such material." ECF 214 ¶ 7 (emphasis added). Please confirm that you are abiding by the sealing stipulation and leaving non-party material under seal ***unless*** that nonparty specifically asks Plaintiffs to "de-designate material as confidential." *Id.*

Thank you,

Keagan

**Keagan Potts**
**Associate**
*he/him/his*

600 14th St. NW, 5th Floor
Washington, DC 20005
T  646.960.8627
kpotts@scl-llp.c_m



*This e-mail, including any attachments, is for the use of the intended recipient(s) only.  It may contain legally privileged and/or confidential information.  If you are not the intended recipient, you are notified that the further dissemination, distribution, or copying of this e-mail is strictly prohibited.  If this e-mail has been received in error, please permanently delete this message and all copies or printouts hereof, and please notify me immediately.*

---

**From:** Grant Bercari <GBercari@WMD-LAW.com>
**Sent:** Wednesday, September 10, 2025 4:28 PM
**To:** Keagan Potts <kpotts@scl-llp.com>; Ellison Snider <esnider@scl-llp.com>; Elana Katcher <ekatcher@kaplanfox.com>; Slachetka Meg <meg@competitionlawpartners.com>; Blad Leiv <leiv@competitionlawpartners.com>; Ronald J. Aranoff <RAranoff@WMD-LAW.com>; Ryan Kane <RKane@WMD-LAW.com>; Josh Slocum <JSlocum@WMD-LAW.com>; Lyndon Tretter <LTretter@WMD-LAW.com>; Reuben Bauer <rbauer@WMD-LAW.COM>; Josh Slocum <JSlocum@WMD-LAW.com>; Robert Kaplan <rkaplan@kaplanfox.com>; Gregory Arenson <garenson@kaplanfox.com>; Kylie Spencer <kspencer@WMD-LAW.COM>; Carihanna Morrison <cmorrison@kaplanfox.com>
**Cc:** Greenstein, Seth <sgreenstein@constantinecannon.com>; Jeffrey Shinder <Jeffrey@scl-llp.com>;

James Kovacs <James@scl-llp.com>; Kennedy, Patrick <pkennedy@constantinecannon.com>; Calla, Diana L. <dcalla@jonesday.com>; Dollinger, Amanda L. <adollinger@jonesday.com>; Maugeri, Alexander V. <amaugeri@jonesday.com>; O'Lone, Ryan J. <rjolone@jonesday.com>; Stock, Eric J. <estock@gibsondunn.com>; Bell, Jefferson E. <jbell@gibsondunn.com>; Lifshitz, Esther <elifshitz@gibsondunn.com>; Cernak, Stella <scernak@gibsondunn.com>; Dubinsky, Dasha <ddubinsky@gibsondunn.com>; Saunders, Kapri L. <ksaunders@jonesday.com>; Mitchell, Caroline N. <cnmitchell@jonesday.com>
**Subject:** RE: Dinosaur, et al. v. S&P Global, et al. - Deposition Transcript Exhibits

[EXTERNAL]
Keagan -

I write to follow up on today's meet and confer. Plaintiffs are willing to extend Defendants' deadline to 5:00 pm EST on Friday, September 12, 2025, to serve (i) final proposed redactions of all papers and exhibits; and (ii) highlighted copies of documents and papers reflecting those redactions. Plaintiffs do not agree to extend the deadline for the proposed insert for Plaintiffs' motion to seal. To reiterate, Judge Failla's rules, SDNY practice, and Second Circuit precedent require narrowly tailored redactions, and Defendants must articulate a proper and legitimate basis for each proposed redaction. We will provide by this Friday the excerpts of deposition transcripts we intend to file.

With respect to Defendants' request that Plaintiffs identify specific portions of Plaintiffs' brief that Defendants seek to redact as characterizations of the facts, Plaintiffs decline to undertake a line-by-line identification because that is not required as part of the sealing stipulation. Plaintiffs' characterizations, however, are apparent on their face: where the brief summarizes facts without a direct quotation, it constitutes Plaintiffs' characterization.

Lastly, with respect to third-party materials, Plaintiffs will seek to seal only those materials the producing third parties asked to be sealed. Please confirm whether Defendants object to Bloomberg's request that its 30(b)(6) transcript, submitted as Exhibit 20 to Plaintiffs' class certification papers, remain under seal.

Regards,
Grant

**From:** Keagan Potts <kpotts@scl-llp.com>
**Sent:** Friday, September 5, 2025 3:57 PM
**To:** Grant Bercari <GBercari@WMD-LAW.com>; Ellison Snider <esnider@scl-llp.com>; Elana Katcher <ekatcher@kaplanfox.com>; Slachetka Meg <meg@competitionlawpartners.com>; Blad Leiv <leiv@competitionlawpartners.com>; Ronald J. Aranoff <RAranoff@WMD-LAW.com>; Ryan Kane <RKane@WMD-LAW.com>; Josh Slocum <JSlocum@WMD-LAW.com>; Lyndon Tretter <LTretter@WMD-LAW.com>; Reuben Bauer <rbauer@WMD-LAW.COM>; Lorenzo Martinez <lmartinez@WMD-LAW.COM>; Robert Kaplan <rkaplan@kaplanfox.com>; Gregory Arenson <garenson@kaplanfox.com>; Kylie Spencer <kspencer@WMD-LAW.COM>; William Hagan <WHagan@wmd-law.com>; Carihanna Morrison <cmorrison@kaplanfox.com>; Matthew McCahill <mmccahill@kaplanfox.com>

**Cc:** Greenstein, Seth <sgreenstein@constantinecannon.com>; Jeffrey Shinder <Jeffrey@scl-llp.com>; James Kovacs <James@scl-llp.com>; Kennedy, Patrick <pkennedy@constantinecannon.com>; Calla, Diana L. <dcalla@jonesday.com>; Dollinger, Amanda L. <adollinger@jonesday.com>; Maugeri, Alexander V. <amaugeri@jonesday.com>; O'Lone, Ryan J. <rjolone@jonesday.com>; Stock, Eric J. <estock@gibsondunn.com>; Bell, Jefferson E. <jbell@gibsondunn.com>; Lifshitz, Esther <elifshitz@gibsondunn.com>; Cernak, Stella <scernak@gibsondunn.com>; Dubinsky, Dasha <ddubinsky@gibsondunn.com>; Saunders, Kapri L. <ksaunders@jonesday.com>; Mitchell, Caroline N. <cnmitchell@jonesday.com>
**Subject:** RE: Dinosaur, et al. v. S&P Global, et al. - Deposition Transcript Exhibits

Good afternoon, Grant,

Defendants are available on Tuesday between 1 and 3 pm Eastern Time.  Please circulate an invitation if that works for Plaintiffs.  Also please send any challenges to Defendants' redactions by end of day Monday.

Thank you,
Keagan

**Keagan Potts**
**Associate**
*he/him/his*

600 14th St. NW, 5th Floor
Washington, DC 20005
T  646.960.8627
kpotts@scl-llp.c_m



*This e-mail, including any attachments, is for the use of the intended recipient(s) only.  It may contain legally privileged and/or confidential information.  If you are not the intended recipient, you are notified that the further dissemination, distribution, or copying of this e-mail is strictly prohibited.  If this e-mail has been received in error, please permanently delete this message and all copies or printouts hereof, and please notify me immediately.*

---

**From:** Grant Bercari <GBercari@WMD-LAW.com>
**Sent:** Thursday, September 4, 2025 4:11 PM
**To:** Keagan Potts <kpotts@scl-llp.com>; Ellison Snider <esnider@scl-llp.com>; Elana Katcher <ekatcher@kaplanfox.com>; Slachetka Meg <meg@competitionlawpartners.com>; Blad Leiv <leiv@competitionlawpartners.com>; Ronald J. Aranoff <RAranoff@WMD-LAW.com>; Ryan Kane <RKane@WMD-LAW.com>; Josh Slocum <JSlocum@WMD-LAW.com>; Lyndon Tretter <LTretter@WMD-LAW.com>; Reuben Bauer <rbauer@WMD-LAW.COM>; Lorenzo Martinez <lmartinez@WMD-LAW.COM>; Robert Kaplan <rkaplan@kaplanfox.com>; Gregory Arenson <garenson@kaplanfox.com>; Kylie Spencer <kspencer@WMD-LAW.COM>; William Hagan

<WHagan@wmd-law.com>; Carihanna Morrison <cmorrison@kaplanfox.com>; Matthew McCahill <mmccahill@kaplanfox.com>
**Cc:** Greenstein, Seth <sgreenstein@constantinecannon.com>; Jeffrey Shinder <Jeffrey@scl-llp.com>; James Kovacs <James@scl-llp.com>; Kennedy, Patrick <pkennedy@constantinecannon.com>; Calla, Diana L. <dcalla@jonesday.com>; Dollinger, Amanda L. <adollinger@jonesday.com>; Maugeri, Alexander V. <amaugeri@jonesday.com>; O'Lone, Ryan J. <rjolone@jonesday.com>; Stock, Eric J. <estock@gibsondunn.com>; Bell, Jefferson E. <jbell@gibsondunn.com>; Lifshitz, Esther <elifshitz@gibsondunn.com>; Cernak, Stella <scernak@gibsondunn.com>; Dubinsky, Dasha <ddubinsky@gibsondunn.com>; Saunders, Kapri L. <ksaunders@jonesday.com>; Mitchell, Caroline N. <cnmitchell@jonesday.com>
**Subject:** RE: Dinosaur, et al. v. S&P Global, et al. - Deposition Transcript Exhibits

[EXTERNAL]

Thanks, Keagan. We will consider your request. In the meantime, please propose times that defense counsel is available to meet and confer Tuesday and Wednesday of next week.

Best,
Grant

---

**From:** Keagan Potts <kpotts@scl-llp.com>
**Sent:** Thursday, September 4, 2025 2:12 PM
**To:** Grant Bercari <GBercari@WMD-LAW.com>; Ellison Snider <esnider@scl-llp.com>; Elana Katcher <ekatcher@kaplanfox.com>; Slachetka Meg <meg@competitionlawpartners.com>; Blad Leiv <leiv@competitionlawpartners.com>; Ronald J. Aranoff <RAranoff@WMD-LAW.com>; Ryan Kane <RKane@WMD-LAW.com>; Josh Slocum <JSlocum@WMD-LAW.com>; Lyndon Tretter <LTretter@WMD-LAW.com>; Reuben Bauer <rbauer@WMD-LAW.COM>; Lorenzo Martinez <lmartinez@WMD-LAW.COM>; Robert Kaplan <rkaplan@kaplanfox.com>; Gregory Arenson <garenson@kaplanfox.com>; Kylie Spencer <kspencer@WMD-LAW.COM>; William Hagan <WHagan@wmd-law.com>; Carihanna Morrison <cmorrison@kaplanfox.com>; Matthew McCahill <mmccahill@kaplanfox.com>
**Cc:** Greenstein, Seth <sgreenstein@constantinecannon.com>; Jeffrey Shinder <Jeffrey@scl-llp.com>; James Kovacs <James@scl-llp.com>; Kennedy, Patrick <pkennedy@constantinecannon.com>; Calla, Diana L. <dcalla@jonesday.com>; Dollinger, Amanda L. <adollinger@jonesday.com>; Maugeri, Alexander V. <amaugeri@jonesday.com>; O'Lone, Ryan J. <rjolone@jonesday.com>; Stock, Eric J. <estock@gibsondunn.com>; Bell, Jefferson E. <jbell@gibsondunn.com>; Lifshitz, Esther <elifshitz@gibsondunn.com>; Cernak, Stella <scernak@gibsondunn.com>; Dubinsky, Dasha <ddubinsky@gibsondunn.com>; Saunders, Kapri L. <ksaunders@jonesday.com>; Mitchell, Caroline N. <cnmitchell@jonesday.com>
**Subject:** RE: Dinosaur, et al. v. S&P Global, et al. - Deposition Transcript Exhibits

Good afternoon, Grant,

Defendants can agree to an approach where the filing party submits excerpts of deposition transcripts that include four pages before and after each citation. Given that initial redactions are

due today, we will apply redactions to the versions of the transcripts Plaintiffs initially provided and ask that, before the parties meet and confer, Plaintiffs provide Defendants the excerpted transcripts that reflect Defendants' proposed redactions. Defendants will attach excerpts of deposition transcripts, including four pages before and after each citation, to Defendants' opposition papers.

Thank you,
Keagan

**Keagan Potts**
**Associate**
*he/him/his*

600 14th St. NW, 5th Floor
Washington, DC 20005
T  646.960.8627
kpotts@scl-llp.c m



This e-mail, including any attachments, is for the use of the intended recipient(s) only. It may contain legally privileged and/or confidential information. If you are not the intended recipient, you are notified that the further dissemination, distribution, or copying of this e-mail is strictly prohibited. If this e-mail has been received in error, please permanently delete this message and all copies or printouts hereof, and please notify me immediately.

**From:** Grant Bercari <GBercari@WMD-LAW.com>
**Sent:** Wednesday, September 3, 2025 11:03 AM
**To:** Ellison Snider <esnider@scl-llp.com>; Elana Katcher <ekatcher@kaplanfox.com>; Slachetka Meg <meg@competitionlawpartners.com>; Blad Leiv <leiv@competitionlawpartners.com>; Ronald J. Aranoff <RAranoff@WMD-LAW.com>; Ryan Kane <RKane@WMD-LAW.com>; Josh Slocum <JSlocum@WMD-LAW.com>; Lyndon Tretter <LTretter@WMD-LAW.com>; Reuben Bauer <rbauer@WMD-LAW.COM>; Lorenzo Martinez <lmartinez@WMD-LAW.COM>; Robert Kaplan <rkaplan@kaplanfox.com>; Gregory Arenson <garenson@kaplanfox.com>; Kylie Spencer <kspencer@WMD-LAW.COM>; William Hagan <WHagan@wmd-law.com>; Carihanna Morrison <cmorrison@kaplanfox.com>; Matthew McCahill <mmccahill@kaplanfox.com>
**Cc:** Greenstein, Seth <sgreenstein@constantinecannon.com>; Jeffrey Shinder <Jeffrey@scl-llp.com>; James Kovacs <James@scl-llp.com>; Kennedy, Patrick <pkennedy@constantinecannon.com>; Keagan Potts <kpotts@scl-llp.com>; Calla, Diana L. <dcalla@jonesday.com>; Dollinger, Amanda L. <adollinger@jonesday.com>; Maugeri, Alexander V. <amaugeri@jonesday.com>; O'Lone, Ryan J. <rjolone@jonesday.com>; Stock, Eric J. <estock@gibsondunn.com>; Bell, Jefferson E. <jbell@gibsondunn.com>; Lifshitz, Esther <elifshitz@gibsondunn.com>; Cernak, Stella <scernak@gibsondunn.com>; Dubinsky, Dasha <ddubinsky@gibsondunn.com>; Saunders, Kapri L. <ksaunders@jonesday.com>; Mitchell, Caroline N. <cnmitchell@jonesday.com>
**Subject:** RE: Dinosaur, et al. v. S&P Global, et al. - Deposition Transcript Exhibits

[EXTERNAL]

Ellison,

We agree to submit excerpts of the cited deposition transcripts. However, please include four pages before and after each citation to ensure the court has sufficient context should it wish to review beyond the specific excerpts. In addition, any excerpt should also include the cover page, the initial portion of the transcript identifying the witness, his/her background and position, signature page, and court reporter's verification, as well as any errata. Please confirm that Defendants agree to this approach for filing deposition transcripts in connection with Defendants' opposition papers.

Grant

**From:** Ellison Snider <esnider@scl-llp.com>
**Sent:** Tuesday, September 2, 2025 9:50 AM
**To:** Grant Bercari <GBercari@WMD-LAW.com>; Elana Katcher <ekatcher@kaplanfox.com>; Slachetka Meg <meg@competitionlawpartners.com>; Blad Leiv <leiv@competitionlawpartners.com>; Ronald J. Aranoff <RAranoff@WMD-LAW.com>; Ryan Kane <RKane@WMD-LAW.com>; Josh Slocum <JSlocum@WMD-LAW.com>; Lyndon Tretter <LTretter@WMD-LAW.com>; Reuben Bauer <rbauer@WMD-LAW.COM>; Lorenzo Martinez <lmartinez@WMD-LAW.COM>; Robert Kaplan <rkaplan@kaplanfox.com>; Gregory Arenson <garenson@kaplanfox.com>; Kylie Spencer <kspencer@WMD-LAW.COM>; William Hagan <WHagan@wmd-law.com>; Carihanna Morrison <cmorrison@kaplanfox.com>; Matthew McCahill <mmccahill@kaplanfox.com>
**Cc:** Greenstein, Seth <sgreenstein@constantinecannon.com>; Jeffrey Shinder <Jeffrey@scl-llp.com>; James Kovacs <James@scl-llp.com>; Kennedy, Patrick <pkennedy@constantinecannon.com>; Keagan Potts <kpotts@scl-llp.com>; Calla, Diana L. <dcalla@jonesday.com>; Dollinger, Amanda L. <adollinger@jonesday.com>; Maugeri, Alexander V. <amaugeri@jonesday.com>; O'Lone, Ryan J. <rjolone@jonesday.com>; Stock, Eric J. <estock@gibsondunn.com>; Bell, Jefferson E. <jbell@gibsondunn.com>; Lifshitz, Esther <elifshitz@gibsondunn.com>; Cernak, Stella <scernak@gibsondunn.com>; Dubinsky, Dasha <ddubinsky@gibsondunn.com>; Ellison Snider <esnider@scl-llp.com>; Saunders, Kapri L. <ksaunders@jonesday.com>; Mitchell, Caroline N. <cnmitchell@jonesday.com>
**Subject:** Dinosaur, et al. v. S&P Global, et al. - Deposition Transcript Exhibits

Counsel,

To minimize burden on the Court, we propose that the documents submitted with the class certification papers include only cited excerpts of the deposition, not entire transcripts. Here, submitting entire deposition transcripts is not necessary or required under the Federal Rules or SDNY Local Rules. *See, e.g.*, SDNY Electronic Case Filing Rules & Instructions, § 5.2 ("A Filing User must submit as exhibits or attachments only those excerpts of the referenced documents that are relevant to the matter under

consideration by the Court."). Defendants will agree to the same with respect to submission of our opposition papers.

Please respond no later than 12pm ET on Wednesday, September 3, in light of the deadline to exchange redactions on September 4.

Best,
Ellison


**Ellison A. Snider**
**Associate**
she/her

14 Penn Plaza, 19th Floor
New York, NY 10122
T  646.960.8624
esnider@scl-llp.com



*This e-mail, including any attachments, is for the use of the intended recipient(s) only.  It may contain legally privileged and/or confidential information.  If you are not the intended recipient, you are notified that the further dissemination, distribution, or copying of this e-mail is strictly prohibited.  If this e-mail has been received in error, please permanently delete this message and all copies or printouts hereof, and please notify me immediately.*