# EXHIBIT 15

- HIGHLY CONFIDENTIAL -

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Civil Action No. 22 Civ. 1860 (KPF)

----------------------------------------X

DINOSAUR FINANCIAL GROUP LLC, SWISS LIFE INVESTMENT MANAGEMENT HOLDING AG, and HILDENE CAPITAL MANAGEMENT, LLC, on behalf of themselves and all others similarly situated,

Plaintiffs,

-v.-

S&P GLOBAL, INC., AMERICAN BANKERS ASSOCIATION, and FACTSET RESEARCH SYSTEMS INC.,

Defendants.

----------------------------------------X

April 1, 2025
9:05 a.m.

Videotaped Depositions of DAVID HUNTER and SCOTT PREISS, 30(b)(6) Witnesses on behalf of FACTSET RESEARCH SYSTEMS, INC., in the above entitled action, taking place at Wollmuth, Maher & Deutsch LLP, 500 Fifth Avenue, New York, New York, taken before Dawn Matera, a Certified Shorthand Reporter and a Notary Public in the State of New York.

Mr. David Hunter - Pages 4 - 163
Mr. Scott Preiss - Pages 164 - 319

HIGHLY CONFIDENTIAL

Page 2

APPEARANCES:

COMPETITION LAW PARTNERS
Attorneys for Plaintiffs
601 Pennsylvania Avenue NW
Washington, D.C. 20004
BY: LEIV BLAD, ESQ.
leiv@competitionlaepartners.com

WOLLMUTH, MAHER & DEUTSCH LLP
Attorneys for Plaintiffs
500 Fifth Avenue
New York, New York 10110

BY: LYNDON M. TRETTER, ESQ.
ltretter@wmd-law.com
BY: REUBEN R. BAUER, ESQ.
rbauer@wmd-law.com

BY: GRANT J. BERCARI, ESQ. (Remotely)
gbercari@wmd-law.com

KAPLAN FOX & KILSHEIMER LLP
Attorneys for Plaintiffs
800 Third Avenue
New York, New York 10022
BY: GREGORY K. ARENSON, ESQ.
garenson@kapanfox.com

SHINDER CANTOR LERNER
Attorney for Defendant FactSet
Research Systems, Inc.
600 14th St NW, 5th Floor
Washington D.C. 20005

BY: JAMES KOVACS, ESQ.
jkovacs@scl-llp.com
BY: JEFFREY SHINDER, ESQ.
jshinder@scl-llp.com

Page 3

APPEARANCES (Continued):
JONES DAY
Attorneys for American Bankers
Association
250 Vesey Street
New York, New York 10281
BY: ALEXANDER V. MAUGERI, ESQ.
amaugeri@jonesday.com

BY: GABRIEL BUFFEY, ESQ. (Remotely)
55 California Street
26th Floor
San Francisco, California 94104
gbuffey@jonesday.com

GIBSON, DUNN & CRUTCHER
Attorneys for S&P Global, Inc.
200 Park Avenue
New York, New York 10155
BY: DASHA DUBINSKY, ESQ.
ddubinsky@gibsondunn.com

Also Present:
Dan Acosta, Videographer
Jona Kim,VP, Associate General Counsel at FactSet

* * *

Page 4

THE VIDEOGRAPHER: Good morning. 09:03:51
We are going on the record at 9:05 09:05:16
a.m. Eastern on April 1st, 2025. 09:05:21
Please note that this deposition is 09:05:26
being conducted virtually. Quality of 09:05:28
recording depends on quality of camera 09:05:31
and internet connection of 09:05:33
participants. What is seen from the 09:05:34
witness and heard on screen is what 09:05:36
will be recorded. Audio and video 09:05:38
recording will continue to take place 09:05:41
unless all parties agree to go off the 09:05:43
record. 09:05:45
This is media unit one of the 09:05:45
video-recorded deposition of the 09:05:48
entity FactSet Research Systems in its 09:05:50
30(b)(6) capacity starting with David 09:05:56
Hunter taken by counsel for plaintiffs 09:05:59
in the matter of Dinosaur Financial 09:06:00
Group, LLC, et al., verse S&P Global 09:06:04
Inc., et al., filed in the United 09:06:07
States District Court for the Southern 09:06:10
District of New York. Civil action 09:06:13
number 1:22-CV-01860-(KPF). We are 09:06:18
currently located at the Wollmuth, 09:06:28

Page 5

Maher & Deutsch LLP offices at 500 09:06:32
Fifth Avenue, New York, New York 09:06:33
10110. 09:06:38
My name is Dan Acosta, I am the 09:06:38
videographer. The court reporter is 09:06:41
Dawn Matera and we are from the firm 09:06:43
Veritext Legal Solutions. 09:06:48
I am not authorized to 09:06:50
administer an oath. I am not related 09:06:52
to any party in this action nor am I 09:06:53
financially interested in the outcome. 09:06:56
If there are any objections to 09:06:57
proceeding, please state them now, 09:06:59
otherwise all counsel present will be 09:07:02
noted on the stenographic record. 09:07:04
If the court reporter will now 09:07:10
swear in the witness and then counsel 09:07:12
may proceed. 09:07:14
D A V I D H U N T E R, the Witness
herein, having first been duly sworn by
the Notary Public, was examined and
testified as follows:
EXAMINATION BY MR. TRETTER: 09:07:23
Q. Good morning, Mr. Hunter. 09:07:23
A. Morning. 09:07:25

Page 6

Q. Nice to see you again. Again, I am Lyndon Tretter. I am one of the counsel for the plaintiffs. And I appreciate your appearing here on behalf of FactSet at this 30(b)(6) deposition. 09:07:25 09:07:28 09:07:29 09:07:32 09:07:34

I am sure your counsel has told you that instead of speaking in your individual capacity only, you're speaking on behalf of the corporation FactSet; do you understand that? 09:07:38 09:07:40 09:07:42 09:07:44 09:07:46

A. Yes. 09:07:47

Q. Okay. I am going to ask you some questions this morning. My colleague Reuben will also be asking you some questions later on today. But I would like to first focus on what your counsel and we have agreed are certain topics that go really to the licensing regime over the period 2018 to date; is that okay? 09:07:48 09:07:49 09:07:52 09:07:54 09:07:58 09:08:00 09:08:04 09:08:07 09:08:11

A. Yes. 09:08:11

Page 8

Page 7

Page 9

HIGHLY CONFIDENTIAL

Page 11

Page 13



HIGHLY CONFIDENTIAL

Page 14

Page 16

Page 15

Page 17



HIGHLY CONFIDENTIAL

Page 18

Page 20

[redacted]

Page 19

Page 21

[redacted]

6 (Pages 18 - 21)

Veritext Legal Solutions
212-267-6868 www.veritext.com 516-608-2400

HIGHLY CONFIDENTIAL

Page 22

Page 24

Page 23

Page 25

7 (Pages 22 - 25)

Veritext Legal Solutions
212-267-6868 www.veritext.com 516-608-2400

HIGHLY CONFIDENTIAL

Page 26

Page 28

Page 27

Page 29

8 (Pages 26 - 29)

Veritext Legal Solutions
212-267-6868 www.veritext.com 516-608-2400

HIGHLY CONFIDENTIAL

Page 30

[redacted]

Page 32

[redacted]

Page 31

[redacted]

Page 33

[redacted]

HIGHLY CONFIDENTIAL

Page 34

Page 36

Page 35

Page 37

10 (Pages 34 - 37)

Veritext Legal Solutions
212-267-6868 www.veritext.com 516-608-2400

HIGHLY CONFIDENTIAL

Page 66

[redacted]

Page 68

[redacted]

Page 67

[redacted]

Page 69

[redacted]

18 (Pages 66 - 69)

Veritext Legal Solutions
212-267-6868 www.veritext.com 516-608-2400

HIGHLY CONFIDENTIAL

Page 70

[redacted]

Page 72

[redacted]

Page 71

[redacted]

Page 73

[redacted]

19 (Pages 70 - 73)

Veritext Legal Solutions
212-267-6868 www.veritext.com 516-608-2400



HIGHLY CONFIDENTIAL

Page 74

Page 76

[redacted]

Page 75

Page 77

[redacted]

20 (Pages 74 - 77)

Veritext Legal Solutions
212-267-6868 www.veritext.com 516-608-2400



HIGHLY CONFIDENTIAL

Page 78

Page 80

Page 79

Page 81

21 (Pages 78 - 81)

Veritext Legal Solutions
212-267-6868 www.veritext.com 516-608-2400

HIGHLY CONFIDENTIAL

Page 82

Page 84

Page 83

Page 85

22 (Pages 82 - 85)

Veritext Legal Solutions
212-267-6868 www.veritext.com 516-608-2400

HIGHLY CONFIDENTIAL

Page 86

Page 88

Page 87

Page 89

23 (Pages 86 - 89)

Veritext Legal Solutions
212-267-6868 www.veritext.com 516-608-2400

HIGHLY CONFIDENTIAL

Page 106

Page 108

Page 107

Page 109

28 (Pages 106 - 109)

Veritext Legal Solutions
212-267-6868 www.veritext.com 516-608-2400

HIGHLY CONFIDENTIAL

Page 110

Page 112

[redacted]

Page 111

Page 113

[redacted]

29 (Pages 110 - 113)

Veritext Legal Solutions
212-267-6868 www.veritext.com 516-608-2400



HIGHLY CONFIDENTIAL

Page 114

[redacted]

Page 116

[redacted]

Page 115

[redacted]

Page 117

[redacted]



HIGHLY CONFIDENTIAL

Page 118

[redacted]

Page 120

[redacted]

Page 119

[redacted]

Page 121

[redacted]

31 (Pages 118 - 121)

Veritext Legal Solutions
212-267-6868 www.veritext.com 516-608-2400

HIGHLY CONFIDENTIAL

Page 194 Page 196

Page 195 Page 197

50 (Pages 194 - 197)

Veritext Legal Solutions
212-267-6868 www.veritext.com 516-608-2400

HIGHLY CONFIDENTIAL

Page 198

[redacted]

Page 199

[redacted]

Page 200

[redacted]

Page 201

[redacted]



HIGHLY CONFIDENTIAL

Page 202

Page 204

Page 203

Page 205

52 (Pages 202 - 205)

Veritext Legal Solutions
212-267-6868 www.veritext.com 516-608-2400

HIGHLY CONFIDENTIAL

Page 206

Page 208

[redacted]

Page 207

Page 209

[redacted]

53 (Pages 206 - 209)

Veritext Legal Solutions
212-267-6868 www.veritext.com 516-608-2400

HIGHLY CONFIDENTIAL

Page 210

Page 212

Page 211

Page 213

54 (Pages 210 - 213)

Veritext Legal Solutions
212-267-6868 www.veritext.com 516-608-2400

HIGHLY CONFIDENTIAL

Page 214

Page 216

Page 215

Page 217

55 (Pages 214 - 217)

Veritext Legal Solutions
212-267-6868 www.veritext.com 516-608-2400

HIGHLY CONFIDENTIAL

Page 218

Page 220

Page 219

Page 221

HIGHLY CONFIDENTIAL

Page 298

Page 300

[redacted]

Page 299

Page 301

[redacted]

76 (Pages 298 - 301)

Veritext Legal Solutions
212-267-6868 www.veritext.com 516-608-2400

HIGHLY CONFIDENTIAL

Page 302

Page 304

Page 303

Page 305

77 (Pages 302 - 305)

Veritext Legal Solutions
212-267-6868 www.veritext.com 516-608-2400

HIGHLY CONFIDENTIAL

Page 306

Page 308

Page 307

Page 309

78 (Pages 306 - 309)

Veritext Legal Solutions
212-267-6868 www.veritext.com 516-608-2400

ACKNOWLEDGEMENT OF DEPONENT

I have read the foregoing transcript of my deposition and except for any corrections or changes noted on the errata sheet, I hereby subscribe to the transcript as an accurate record of the statements made by me.

__________________________

DAVID HUNTER

SUBSCRIBED AND SWORN before And to me this ____ day of ____________, 2025.

________________________

NOTARY PUBLIC

My Commission Expires:

ACKNOWLEDGEMENT OF DEPONENT

I have read the foregoing transcript of my deposition and except for any corrections or changes noted on the errata sheet, I hereby subscribe to the transcript as an accurate record of the statements made by me.

__________________________

SCOTT PREISS

SUBSCRIBED AND SWORN before And to me this ____ day of ____________, 2025.

________________________

NOTARY PUBLIC

I N D E X

| WITNESS | EXAMINATION BY | PAGE |
| --- | --- | --- |
| DAVID HUNTER | Mr. Tretter | 5 |
| | Mr. Bauer | 126 |
| SCOTT PREISS | Mr. Tretter | 164 |
| | Mr. Bauer | 295 |

E X H I B I T S

| PLAINTIFFS' | DESCRIPTION | PAGE |
| --- | --- | --- |
| Exhibit 41 | CUSIP Licensing Overview | 6 |
| Exhibit 126 | Document Bates stamped Bates FRSI01755311 | 35 |
| Exhibit 501 | Document Bates stamped FRSI 73 to 94 | 70 |
| Exhibit 502 | Document Bates stamped FRSI 95-99, 68-72, 92-94 | 70 |
| Exhibit 213 | Document Bates stamped FRSI01461484 | 89 |
| Exhibit 503 | Document Bates stamped FRSI 00273677 | 98 |
| Exhibit 48 | Document Bates stamped FRIS01785985 | 105 |
| Exhibit 42 | Document Bates stamped FRSI01509518 | 112 |

E X H I B I T S (Cont'd)

| PLAINTIFFS' | DESCRIPTION | PAGE |
| --- | --- | --- |
| Exhibit 89 | Document Bates stamped | 114 |
| Exhibit 89A | FRSI00128199 with attachment | |
| Exhibit 431 | Document Bates stamped FRSI00177196 | 120 |
| Exhibit 432 | Document Bates stamped FRSI00095053 | 120 |
| Exhibit 433 | Document Bates stamped FRSI0103328 | 120 |
| Exhibit 504 | Document Bates stamped FRSI00266837 | 126 |
| Exhibit 505 | Document Bates stamped FRSI01807116 | 128 |
| Exhibit 506 | Pdf cover sheet with Bates number FRSI01807326 | 132 |
| Exhibit 506A | Excel spreadsheet | 133 |
| Exhibit 507 | Notes | 134 |
| Exhibit 508 | Document Bates stamped FRSI01807093 | 153 |
| Exhibit 508A | Spreadsheet | 153 |
| Exhibit 509 | Document Bates stamped FRSI01595020 | 159 |

E X H I B I T S (Cont'd)

| PLAINTIFFS' | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 509A | Excel spreadsheet | 159 |
| Exhibit 510 | Document Bates stamped FRSI00143777 through 782 | 216 |
| Exhibit 427 | Document Bates stamped FRSI01130559 | 228 |
| Exhibit 511 | Document Bates stamped FRSI00133666 through 737 | 242 |
| Exhibit 512 | Document Bates stamped SPGI 5131 | 258 |
| Exhibit 513 | Letter on American Bankers Association letterhead | 272 |
| Exhibit 514 | Document Bates stamped FRSI01666235 | 280 |
| Exhibit 515 | Document Bates stamped FRSI01807347 | 288 |
| Exhibit 516 | Document Bates stamped FRSI01807342 | 308 |
| Exhibit 517 | Document Bates stamped FRSI01518828 | 313 |

CERTIFICATION

I, DAWN MATERA, a Notary Public for and within the State of New York, do hereby certify:

That the witnesses DAVID HUNTER and SCOTT PREISS whose testimony as herein set forth, were duly sworn by me; and that the within transcript is a true record of the testimony given by said witnesses.

I further certify that I am not related to any of the parties to this action by blood or marriage, and that I am in no way interested in the outcome of this matter.

IN WITNESS WHEREOF, I have hereunto set my hand this 3rd day of April, 2025.

Dawn Matera

DAWN MATERA

ERRATA SHEET
VERITEXT LEGAL SOLUTIONS
330 OLD COUNTRY ROAD
MINEOLA, NEW YORK 11501
800.727.6396.

DINOSAUER FINANCIAL GROUP v S&P GLOBAL et al
April 1, 2025
NAME OF WITNESS: DAVID HUNTER

PAGE/LINE(S)/ CHANGE REASON

___/___/______________/_______
___/___/______________/_______
___/___/______________/_______
___/___/______________/_______
___/___/______________/_______
___/___/______________/_______
___/___/______________/_______
___/___/______________/_______
___/___/______________/_______
___/___/______________/_______
___/___/______________/_______
___/___/______________/_______
___/___/______________/_______
___/___/______________/_______
___/___/______________/_______
___/___/______________/_______
___/___/______________/_______
___/___/______________/_______
___/___/______________/_______
___/___/______________/_______
___/___/______________/_______
___/___/______________/_______
___/___/______________/_______

____________________
DAVID HUNTER

SUBSCRIBED AND SWORN TO
BEFORE ME THIS_____DAY
OF ____________, 2025.

________________
NOTARY PUBLIC
MY COMMISSION EXPIRES______

ERRATA SHEET
VERITEXT LEGAL SOLUTIONS
330 OLD COUNTRY ROAD
MINEOLA, NEW YORK 11501
800.727.6396.

DINOSAUER FINANCIAL GROUP v S&P GLOBAL et al
April 1, 2025
NAME OF WITNESS: SCOTT PREISS

PAGE/LINE(S)/ CHANGE REASON

___/___/______________/_______
___/___/______________/_______
___/___/______________/_______
___/___/______________/_______
___/___/______________/_______
___/___/______________/_______
___/___/______________/_______
___/___/______________/_______
___/___/______________/_______
___/___/______________/_______
___/___/______________/_______
___/___/______________/_______
___/___/______________/_______
___/___/______________/_______
___/___/______________/_______
___/___/______________/_______
___/___/______________/_______
___/___/______________/_______
___/___/______________/_______
___/___/______________/_______
___/___/______________/_______
___/___/______________/_______
___/___/______________/_______

____________________
SCOTT PREISS

SUBSCRIBED AND SWORN TO
BEFORE ME THIS_____DAY
OF ____________, 2025.

________________
NOTARY PUBLIC
MY COMMISSION EXPIRES_______________

ERRATA SHEET
VERITEXT REPORTING COMPANY
7 TIMES SQUARE
NEW YORK, NEW YORK 10036
212-279-9424

NAME OF CASE: **Dinosaur Fin. Group v. S&P Global**
DATE OF DEPOSTION: April 1, 2025
NAME OF DEPONENT: FactSet 30(b)(6) – David Hunter

PAGE LINE (S) CHANGE REASON

_30_|_16_____|_Change "their to "our"___|_ Correction or misstatement

_38_|_18_____|_Change "to" to "through"_|_ Correction or misstatement

_48_|_8______|_Change "business which mean" to "businesses which means" | Correction or misstatement

_52_|_11_____|_Change "subscription data" to "descriptive data"| Correction or misstatement

_60_|_12_____|_Delete "not" _________|_Correction or misstatement

_64_|_23_____|_Change "Syndicated Loan Association" to "There isn't a partner for the development of the Mortgaged-Backed Securities Database"| Correction or misstatement

_66_|_17_____|_Change "to" to "or"______|_ Correction or misstatement

_85_|_16_____|_Change "valuation" to "evaluation"|_ Correction or misstatement

_89_|_13_____|_Change "terminology" to "technology"|_ Correction or misstatement

_113|_4______|_Change "Feed" to "Fee"___|_ Correction or misstatement

____|_________|_____________________________|__________________________

____|_________|_____________________________|__________________________

____|_________|_____________________________|__________________________

____|_________|_____________________________|__________________________

____|_________|_____________________________|__________________________

____|_________|_____________________________|__________________________

________________________________

I declare under penalty and perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: April _21_, 2025

David Hunter
_______________________________
David Hunter

ERRATA SHEET
VERITEXT REPORTING COMPANY
7 TIMES SQUARE
NEW YORK, NEW YORK 10036
212-279-9424

NAME OF CASE: **Dinosaur Fin. Group v. S&P Global**
DATE OF DEPOSTION: April 1, 2025
NAME OF DEPONENT: FactSet 30(b)(6) - Scott Preiss

PAGE LINE (S) CHANGE REASON

_231|___6____|_______SIC s/b SIX___________|________________________

235_|___6____|"new" s/b replaced with "an"
______|________________________

_258|___18___|_"an" issuer not "on issuer___|________________________

_260|___21___|_"amount" s/b "effort"___|________________________

_277|___7 ___|_"systems" s/b singular |________________________

_282|_14-15__|__some dialogue seems to be missing - makes little sense as presented________________________|________________________

_290|____21__|_"an" missing before "unnecessarily"
_|________________________

_292|__6-8___|___ some dialogue seems to be missing - makes little sense as presented _

_302|___2____|_"of" s/b "from" _________|________________________

____|________|__________________________|________________________

____|________|__________________________|________________________

____|________|__________________________|________________________

____|________|__________________________|________________________

____|________|__________________________|________________________

____|________|__________________________|________________________

____|________|__________________________|________________________

I declare under penalty and perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: April 25, 2025

Scott J. Preiss
Scott Preiss