# EXHIBIT 24

**From:** "Seip, Alison" <alison.romeo@cusip.com>
**To:** Daina Senatore <daina.senatore@tcs.com>, "Nagle, Robert" <robert.nagle@cusip.com>, "Lane, Danielle" <danielle.lane@cusip.com>
**Cc:** "Swanson, Kevin" <kevin.swanson@cusip.com>, Daniel Lewandowski <dan.lewandowski@tcs.com>, Rajeev Shankar <s.rajeev@tcs.com>, Matthew Healy <matthew.healy@factset.com>, "Peterson, Edgar" <edgar.peterson@cusip.com>
**Subject:** RE: Escalation Letters
**Date:** Fri, 8 Jul 2022 15:10:03 +0000
**Importance:** Normal
**Attachments:** New_CUSIP_voluntary_shutoff_letter__final__Legal_approved.docx; New_CUSIP_Escalation_Letter_1_final_Legal_approved.docx; New_CUSIP_Escalation_Letter_2_final_Legal_approved.docx; Pre-Escalation_Email_Template.docx
**Inline-Images:** image001.png

---

Hi Daina,

As discussed please see the attached documentation for the Escalation Letters along with the pre – escalation email.

Happy to review the process next week.

Have a great weekend!

Alison

---

**From:** Daina Senatore <daina.senatore@tcs.com>
**Sent:** Friday, July 8, 2022 10:16 AM
**To:** Nagle, Robert <robert.nagle@cusip.com>; Lane, Danielle <danielle.lane@cusip.com>; Seip, Alison <alison.romeo@cusip.com>
**Cc:** Swanson, Kevin <kevin.swanson@cusip.com>; Daniel Lewandowski <dan.lewandowski@tcs.com>; Rajeev Shankar <s.rajeev@tcs.com>; Matthew Healy <matthew.healy@factset.com>; Peterson, Edgar <edgar.peterson@cusip.com>
**Subject:** RE: Escalation Letters

`EXTERNAL MESSAGE`

TCS Confidential

Perfect.  Documentation would be great and then we can meet after we review.

**From:** Nagle, Robert <robert.nagle@cusip.com>
**Sent:** Friday, July 8, 2022 9:41 AM
**To:** Daina Senatore <daina.senatore@tcs.com>; Lane, Danielle <danielle.lane@cusip.com>; Seip, Alison <alison.romeo@cusip.com>
**Cc:** Swanson, Kevin <kevin.swanson@cusip.com>; Daniel Lewandowski <dan.lewandowski@tcs.com>; Rajeev Shankar <s.rajeev@tcs.com>; Matthew Healy <matthew.healy@factset.com>; Peterson, Edgar <edgar.peterson@cusip.com>
**Subject:** RE: Escalation Letters

TCS Confidential

"External email. Open with Caution"

Hi Daina,
Alison can walk you through everything, and even share our Escalation Procedure doc which maps it out.

Thank you!
Rob

**Robert K. Nagle, CFA**
CUSIP Global Services | Associate Director
CGS Data Licensing & Compliance
T: 212.438.3382  M: 917.841.7934

**From:** Daina Senatore <daina.senatore@tcs.com>
**Sent:** Friday, July 8, 2022 9:39 AM
**To:** Nagle, Robert <robert.nagle@cusip.com>; Lane, Danielle <danielle.lane@cusip.com>; Seip, Alison <alison.romeo@cusip.com>
**Cc:** Swanson, Kevin <kevin.swanson@cusip.com>; Daniel Lewandowski <dan.lewandowski@tcs.com>; Rajeev Shankar <s.rajeev@tcs.com>; Matthew Healy <matthew.healy@factset.com>; Peterson, Edgar <edgar.peterson@cusip.com>
**Subject:** RE: Escalation Letters

EXTERNAL MESSAGE

TCS Confidential

[redacted]

Sent from Mail for Windows

**From:** Nagle, Robert
**Sent:** Friday, July 8, 2022 9:37 AM
**To:** Lane, Danielle; Daina Senatore; Seip, Alison
**Cc:** Swanson, Kevin; Daniel Lewandowski; Rajeev Shankar; Matthew Healy; Peterson, Edgar
**Subject:** RE: Escalation Letters

TCS Confidential

"External email. Open with Caution"

Hi Alison,

[redacted]

Thank you!
Rob

**Robert K. Nagle, CFA**
CUSIP Global Services | Associate Director
CGS Data Licensing & Compliance
T: 212.438.3382  M: 917.841.7934

---

**From:** Lane, Danielle <danielle.lane@cusip.com>
**Sent:** Friday, July 8, 2022 9:25 AM
**To:** Daina Senatore <daina.senatore@tcs.com>
**Cc:** Swanson, Kevin <kevin.swanson@cusip.com>; Nagle, Robert <robert.nagle@cusip.com>; Daniel Lewandowski <dan.lewandowski@tcs.com>; Rajeev Shankar <s.rajeev@tcs.com>; Matthew Healy <matthew.healy@factset.com>; Peterson, Edgar <edgar.peterson@cusip.com>; Seip, Alison <alison.romeo@cusip.com>
**Subject:** RE: Escalation Letters

Hi Daina,

Alison Romeo manages the escalation process – I am copying her into this thread. She can provide the letters.

[redacted]

Thanks,
Danielle

*Danielle Lane*
CUSIP Global Services | Senior Manager
CGS Data Licensing & Compliance
T: 212.438.2743 | M: 917.675.2087

---

**From:** Daina Senatore <daina.senatore@tcs.com>
**Sent:** Friday, July 8, 2022 9:16 AM
**To:** Lane, Danielle <danielle.lane@cusip.com>
**Cc:** Swanson, Kevin <kevin.swanson@cusip.com>; Nagle, Robert <robert.nagle@cusip.com>; Daniel Lewandowski <dan.lewandowski@tcs.com>; Rajeev Shankar <s.rajeev@tcs.com>; Matthew Healy <matthew.healy@factset.com>; Peterson, Edgar <edgar.peterson@cusip.com>
**Subject:** Escalation Letters

[EXTERNAL MESSAGE]

TCS Confidential

Danielle,

[redacted]

Regards,
Daina

Consulting Partner
203-414-7939

daina.senatore@tcs.com

TCS Confidential

=====-----=====-----=====
Notice: The information contained in this e-mail message and/or attachments to it may contain confidential or privileged information. If you are not the intended recipient, any dissemination, use, review, distribution, printing or copying of the information contained in this e-mail message and/or attachments to it are strictly prohibited. If you have received this communication in error, please notify us by reply e-mail or telephone and immediately and permanently delete the message and any attachments. Thank you

---

The information contained in this message is intended only for the recipient, and may be a confidential attorney-client communication or may otherwise be privileged and confidential and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, please be aware that any dissemination or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by replying to the message and deleting it from your computer. S&P Global Inc. reserves the right, subject to applicable local law, to monitor, review and process the content of any electronic message or information sent to or from S&P Global Inc. e-mail addresses without informing the sender or recipient of the message. By sending electronic message or information to S&P Global Inc. e-mail addresses you, as the sender, are consenting to S&P Global Inc. processing any of your personal data therein.

TCS Confidential

TCS Confidential

TCS Confidential

TCS Confidential



Alison Romeo
Manager, Licensing & Compliance
CUSIP Global Services

FactSet Research Systems Inc.
90 Park Avenue, 10th Floor
New York 10016
Email: alison.romeo@cusip.com

"[Click here and type date]"

"[Click here and type contact name]"
"[Click here and type job title]"
"[Click here and type company name]"
"[Click here and type recipient's address]"

Dear "[Click here and type contact name]" ,

We hope to hear from you soon and look forward to getting this matter resolved as soon as possible.

Sincerely,

Alison Romeo

CUSIP® is a registered trademark of the American Bankers Association.
CUSIP Global Services is managed on behalf of the American Bankers Association by FactSet Research Systems Inc.



Alison Romeo  
Manager, Licensing & Compliance  
**CUSIP Global Services**

FactSet Research Systems Inc.  
90 Park Avenue, 10th Floor  
New York 10016  
Email: alison.romeo@cusip.com

"[Click here and type date]"

"[Click here and type contact name]"
"[Click here and type job title]"
"[Click here and type company name]"
"[Click here and type recipient's address]"

Dear "[Click here and type contact name]"



Sincerely,

Alison Romeo

cc: David Hunter

CUSIP® is a registered trademark of the American Bankers Association.
CUSIP Global Services is managed on behalf of the American Bankers Association by FactSet Research Systems Inc.



Alison Romeo
Manager, Licensing & Compliance
CUSIP Global Services

FactSet Research Systems Inc.
90 Park Avenue, 10th Floor
New York 10016
Email: alison.romeo@cusip.com

"[Click here and type date]"

"[Click here and type contact name]"
"[Click here and type job title]"
"[Click here and type company name]"
"[Click here and type recipient's address]"

Dear "[Click here and type contact name]"



Sincerely,

Alison Romeo

CUSIP® is a registered trademark of the American Bankers Association.
CUSIP Global Services is managed on behalf of the American Bankers Association by FactSet Research Systems Inc.

Pre-Escalation Email Template:



Thank you very much and I look forward to hearing from you.

CONFIDENTIAL FRSI00529133