# EXHIBIT 29



# CUSIP/CINS_db
# Master File

file version 16

## *User Documentation*
*(Includes Pulse file and Supplemental Ticker file Information)*

FRSI00454322

# CUSIP_db Master File User Documentation

- Product Overview                                    2
- Field Definitions:                                  7
    - Issuer
    - Issue

The sections below can be found online at:
https://www.cusip.com/cusip/cusipProductDocument.htm

Exhibit A:  CFI Codes
Exhibit B:  CUSIP Abbreviations
Exhibit C:  CUSIP System
Exhibit D:  ISO Domicile and Currency Codes
Exhibit F:  Issue Attributes Glossary

## CUSIP_db Master File Product Overview

- **The Service**

Depending on your subscription, the CUSIP_db File Service provides nine-character identifiers for CUSIPs and/or CINS (CUSIP International Numbers) numbers, along with standardized descriptions and up to 60 additional data elements for over 15 million corporate, municipal, sovereign and U.S. government securities in the same file product. (Previously CUSIPs and CINS were only available in separate file feeds.)

CUSIPs are assigned largely to U.S. and Canadian securities, whereas CINS are assigned to securities offered outside of the U.S. and Canada.

**CUSIP_db Master File User Documentation**          1

The service is available in the following segments in either Daily or Pulse (15 minute) frequency.
All these segments are also available with or without the ISIN linkage which requires an additional entitlement.

- All CUSIPs and CINS
- CUSIPs Only
- CINS Only
- Corporate Only (CUSIPs and/or CINS)
- Municipals Only
- All Debt (CUSIPs and/or CINS)
- Corporate Debt (CUSIPs and/or CINS)
- Equity and Equity Common/Preferred
- Canadian Only (CUSIPs and/or CINS)
- Mutual Funds
- Certificates of Deposit
- PPNs (Private Placement Numbers for Insurance Company holdings)

The Mortgage-Backed Security Pool CUSIPs, Syndicated Loans and Option Services are available separately.

**About the Files**
- CUSIP/CINS_db comprises the following files: Issuer file and Issue file
- Supplemental Ticker/Exchange file
- Issuer file contains standardized Issuer Names and additional issuer level data elements including the LEI
- Issue file contains security descriptions and basic information such as coupon, dated date, maturity date, CFI codes and up to 50 different data elements
- CUSIP/CINS_db is initialized with a full Master File; subsequent updates are in the same format.
- Update records are either full replacement records or new additions to the file. No physical deletions are made.
- Subscribers are entitled to one master file refresh annually at no additional charge.

**CUSIP/CINS_db Features**
• Corporate, Municipal, U.S. Government and Sovereign issues
• Daily and 15 Minute Pulse delta files are available
• Up to 50 data attributes per security

**Benefits**
• Reduces implementation expenses
• Quick implementation and reduced programming lead times

**CUSIP_db Master File User Documentation**    2

**System Requirements**
- A Relational database such as Oracle.
- Any platform that will support a recognized relational database
- Approximate storage requirement:  3 gigabyte hard disk storage
- UTF-8 compliant. The service contains non-standard ASCII characters.


**Technical Information and Assistance for CUSIP/CINS_db File Services**

**Contact**
CUSIP Product Group
Products@CUSIP.com


**Delivery**
Initial full master file and delta files are delivered via SFTP

**Delta File Delivery Schedule and Frequencies: (**each business day based on ET-US.)

- *Daily*        files posted by 8 P.M. Monday through Friday
- *Pulse*        every fifteen minutes between 9:00 AM and 7:00 PM, Monday through Friday

Daily delta files contain records for all activity from 7:00 PM the previous day to 7:00 PM of the present day.
Pulse files are complete delta files that contain all activity within a given fifteen-minute interval during the day. End of day file is available along with the Pulse file.


**Approximate file sizes of the Full CUSIP/CINS_db:**

**CUSIP/CINS Daily Delta File**
Issuer file: 40KB/ 500 records
Issue file:  2.5MB/ 25K records

**CUSIP/CINS Full Master File (unzipped size)**
Issuer file: 120 MB/ 1.25 million records
Issue:      3 GB / 15 million records
Record Count (as of 06/01/2020)

There are approximately 1 million issuers and 15 million issues in the CUSIP+CINS Master File.
File Processing Notes:
- Files should be processed in the following order: Issuer file, Issue file.


**CUSIP_db Master File User Documentation**        3

- All files contain the CUSIP/CINS Issuer number (Issuer_Num); the issue file is linked to the issuer file by the issuer number.
- Every Issuer Name is linked to an Issuer Number.  Not every Issuer is linked to Issues in CUSIP/CINS_db (e.g., Issuer Name and Number is provided for Federal Agency mortgage pool issuers and Commercial Paper programs in the CUSIP/CINS_db Master File Service, but the issue level information is not provided).
- There are always complete updates within a record. But the Issuer record will not be generated unless there is a change to data in those records.
- The delta file will contain the latest updated fields.  All changes will be reflected in a single record for the update frequency received.

**Naming convention for CUSIP/CINS _db Daily files*:**
     Issuer file: ALLD[MM-dd]R.PIP
     Issue file: ALLD[MM-dd]E.PIP
     Issue with ISIN file: ALLD[MM-dd]NE.PIP
     Supplemental Ticker/Exchange file: CC9_TKR[MM-dd].PIP

*Different segments and frequencies of the CUSIP/CINS_db master files will have different file names.

- To ensure the database is complete, if a change transaction comes through the delta file and the record does not exist in the client's database, insert the record as an Add.
- Issuers or Issues flagged with a status of 'W' in a delta file will not be included in a subsequent master refresh file
- Trailer Record:  A dummy CUSIP 999999 99 (Dummy CUSIP 999999 in the Issuer File) is used to provide the record count and update date in each file.
- File handling order:
     1) Issuer
     2) Issue

**Securities coverage in CUSIP/CINS _db:**
     **> Equity**
     American/Global Depository Receipts
     Common Shares
     Exchange Traded Funds
     Indices
     Limited Partnerships
     Mutual Funds
     Preferred Shares
     Real Estate Investment Trusts
     Rights
     Unit Investment Trusts
     Warrants

**CUSIP_db Master File User Documentation**    4

**> Debt**
Asset Backed Securities
Certificates of Deposit - Retail
Certificates of Deposit - Institutional (issued after March 10, 2010)
Collateralized Debt Obligations
Collateralized Mortgage Obligations
Corporate Bonds
Medium Term Notes
Mortgage Backed Securities
Municipal Bonds
Secondarily Insured Securities
Structured Products
U.S. Federal Government Agencies
U.S. Treasuries: Bonds, Bills, Notes
**> Other**
Capital Securities (Hybrids)
Equity-linked and Index-linked Notes (Hybrids)
IAM Commercial Paper (issued after June 1, 2009)
Institutional Certificate of Deposit (issued after March 11, 2010)
Municipal Derivatives
Restricted Issues: 144A and Reg D Private Securities
Trust Preferred (Hybrids)
Variable Annuities and other Insurance-related Products

Instrument types/identifiers *not* included in CUSIP/CINS_db
- Syndicated Loans
- Credit Derivatives (RED Codes)
- Bankers Acceptances
- Discount Commercial Paper/Agency Discount Notes
- Mortgage-Backed Pools
- Options

## CUSIP Data Elements
Primary Issuer Type (C=Corporate, G=Government, M=Municipal)

| ▪ **Debt – General** | | | | |
|---|---|---|---|---|
| Activity Date | C/G/M | | **Financial Advisor** | C/G/M |
| **Auditor** | C/G/M | | **First Coupon Date** | C/G/M |
| **Callable Indicator** | C/G/M | | Form | C/G/M |
| **CFI Codes (ISO and U.S.)** | C/G/M | | **Guarantees** | C/G/M |
| Coupon Rate | C/G/M | | **Interest Payment Frequency** | C/G/M |
| Currency | C/G/M | | Issue Status | C/G/M |
| **Closing Date** | C/G/M | | Issuer and Issue Description | C/G/M |
| Dated Date | C/G/M | | **Legal Advisor /Bond Counsel** | C/G/M |
| Domicile | C/G/M | | Maturity Date | C/G/M |
| **Depository Eligible Indicator** C/G/M | | | **Offering Amount** | C/G/M |
| | | | **Paying Agent** | C/G/M |
| **Enhancements** | C/G/M | | **Put Indicator** | C/G/M |

**CUSIP_db Master File User Documentation**          5

| | |
|---|---|
| **Redemption Features** C/G/M | Domicile C |
| **Sinking Fund Indicator** C/G/M | **Exchange Traded** C |
| **Tender Agent** C/G/M | **Financial Advisor** C |
| **Rate Type** C/G/M | **Form** C |
| **Secondarily Insured** C/G/M | **Fund:** |
| **Source Document** C/G/M | **Open/Closed End** C |
| **State Code** C/G/M | **Investment Policy** C |
| **Transfer Agent** C/G/M | **Income Distribution Policy** C |
| **Underwriter** C/G/M | **Load/No Load** C |
| | **Initial Public Offering Indicator** C |
| | Issue Status C |
| ▪ **Debt – Municipal** | Issuer and Issue Description C |
| **Alternative Min Tax Indicator** M | **Legal Advisor** C |
| **Bank Qualified Indicator** M | **Ownership Restrictions** C |
| **Competitive/Negotiated** M | **Payment Status** C |
| **Pre-refunded Indicator** M | **PORTAL Indicator** C |
| **Refunding Indicator** M | **Source Document** C |
| **Remarketed Indicator** M | **State Code** C |
| **Sale Date** M | **Ticker Symbol** C |
| **Taxable Indicator** M | **Transfer Agent** C |
| | **Type of Preferred Dividend Inc** C |
| | **Underwriter** C |
| ▪ **Equity Issues** | **Voting Rights** C |
| Activity Date C | **Warrant:** |
| **ADR Program Type** C | **Type** C |
| **Auditor** C | **Underlying Assets** C |
| Currency C | **Call/Put Indicator** C |
| **CFI Codes (ISO and U.S.)** C | |
| **Depository Eligible Indicator** C | |
| | |
| ▪ **Certification Attributes (Equity)** | |
| **Certification Indicator** C | |
| **Certification Date** C | |

Note:  Data elements in **bold** type have been collected after 1996.  Prior to that time, data is not available for these issue attributes.  CUSIP Global Services uses its best efforts to finalize the information in its database.  Only data elements pertaining to a security type will be provided based on documentation received.

## CUSIP/CINS_db Field Definitions
## Issuer File

| | Field Name | Data Type | Maximum Length |
|---|---|---|---|
| 1 | ISSUER_NUMBER | String | 6 |
| 2 | ISSUER_CHECK | String | 1 |
| 3 | ISSUER_NAME | String | 120 |
| 4 | ISSUER_ADL | String | 120 |
| 5 | ISSUER_TYPE | String | 1 |
| 6 | ISSUER_STATUS | String | 1 |
| 7 | DOMICILE | String | 2 |
| 8 | STATE_CD | String | 2 |
| 9 | CABRE_ID | String | 10 |

**CUSIP_db Master File User Documentation**          6

CONFIDENTIAL                                                                                          FRSI00454328

| 10 | CABRE STATUS | String | 1 |
| 11 | LEI/GMEI | String | 20 |
| 12 | LEGAL_ENTITY_NAME | String | 1024 |
| 13 | PREVIOUS_NAME | String | 1024 |
| 14 | ISSUER_ENTRY_DATE | Date | 10 |
| 15 | CP_INSTITUTION_TYPE_DESC | String | 120 |
| 16 | ISSUER_TRANSACTION | String | 1 |
| 17 | ISSUER_UPDATE_DATE | Date | 10 |
| 18 | SPAC | String | 50 |
| 19 | RESERVED_2 | String | 50 |
| 20 | RESERVED_3 | String | 50 |
| 21 | RESERVED_4 | String | 50 |
| 22 | RESERVED_5 | String | 50 |
| 23 | RESERVED_6 | String | 50 |
| 24 | RESERVED_7 | String | 50 |
| 25 | RESERVED_8 | String | 50 |
| 26 | RESERVED_9 | String | 50 |
| 27 | RESERVED_10 | String | 50 |

Notes:
- CUSIP is occasionally asked to reinstate an Issuer or Issue that has been withdrawn (W code). To ensure the database is complete, if a change record comes through the delta file and the record does not exist, insert the record as an Add.


Status Code and Transaction Code - Sample of typical combinations

<u>Status Code</u>          <u>Transaction Code</u>

Issuer:

A = Active          A = New Issuer

A = Active          B = New Issuer - Company name change

S = Suspended          R = Name change


Issue:

A = Active          M = Tentative now permanent

T = Tentative          T = New Addition

W = Suspended          W = Registration withdrawn

S = Suspended           S = Issue suspended, matured, etc.


<u>Field Descriptions</u>

1.  CUSIP Issuer Number Format: 000BBB
    CINS Issuer Number Format: B00000

Page **7** of **75**

      0 = Numeric, B = Alpha or Numeric
2. CUSIP Issuer Check Digit:  0 = Numeric
3. Issuer Name
4. Issuer Additional Information
5. Issuer Type (C = Corporate or non-US Issuer, M = Municipal Issuer, G = U.S. Government Issuer, S = Sovereign Issuer)
6. Issuer Status:
    a. A = Active
    b. S = Suspended
    c. W= Withdrawn
7. Domicile[1]   See Exhibit D
8. State  (or US Territory) Code: Standard two character U.S. Postal State Abbreviations
    NA = Not Available
    VS = Various States
    PR = Puerto Rico
    MP = Northern Mariana Islands
    VI  = US Virgin Islands

9. CABRE ID: Entity-level identifier created in conjunction with Avox Limited which contains location-specific information for global business entities.
10. CABRE Status: A = Active; D = Deleted
11. LEI/GMEI: the 20 character official pre-Legal Entity Identifier which is assigned to all entities involved in financial transactions through ISO 17442.
12. Legal Entity Name: Full form issuer name as registered with the Secretary of State.
13. Previous Name: Previous Issuer name prior to corporate action.
14. Issuer Entry Date: Date in which Issuer was entered into the CUSIP Database.
15. CP Institution Type (Commercial Paper Institution Type): Bank - Depository Institution; Other Financial Institution; Non-Financial Institution; Municipal
16. Issuer Transaction Code (*see Transaction Codes and Uses below)
    Possible Values:
    A = New Issuer
    B = Issuer Name Change Requiring a New Number (B code is used in new issuer number record)
    L = Change to Issuer Record
    N = Issuer Name Change Not Requiring a New Number
    R = Issuer Merged, Name Changed, Assets Acquired, Issuer Bankrupt, Liquidated, and Authority Discontinued (R code is used in old issuer number record)
    W = Issuer Withdrawn
17. ISSUER UPDATE DATE: YYYY-MM-DD (in delta files only)
18. SPAC Indicator – (Special Purpose Acquisition Company)  Y=Yes, NULL
19. Reserved for future use
20. Reserved for future use
21. Reserved for future use

CONFIDENTIAL

FRSI00454330

22. Reserved for future use
23. Reserved for future use
24. Reserved for future use
25. Reserved for future use
26. Reserved for future use
27. Reserved for future use

**\*Transaction Codes and Uses:**
**- Database Additions**
**A**   New Issuer: This code is given to an issuer that is new to the CUSIP System.  It does not necessarily mean it is a new issue of stock or bonds going public.
**B**   Company Name Change Requiring a New Number - When a company changes its name, the new name will be added in its correct alphabetical position with a code of B.  The old issuer record will have a cross-reference to the new issuer number.  The old issuer name and related issues will be dropped (provided there are no bonds or the bonds have also changed their name) with an update record with a transaction code of R.

**- Database Changes**
**L**   Description Correction Not Requiring a New Number - If a change is made in spelling, rate, maturity, etc. for an issuer or issue, the correct description will appear in the delta file with a code of L.
**N**   Company Name Change Not Requiring a New Number – If there is a small change made to an Issuer's name (e.g.  XYZ Company to XYZ Corporation) and the change does not affect the alphabetical sequence, a new CUSIP number will not be assigned.   The update record will reflect the change in description.
Note:  An update transaction is a full replacement of all data for a specific issuer or issue.

**Database Drops**
There are two types of drops used in the Master File.  One type is a suspend drop in which the status is changed.  The other type is an immediate drop in which case the record should be handled as a logical drop from the file.
**R**   Suspend Drop: Issuer Merged, Name Changed, Assets Acquired, Issuer Bankrupt, Liquidated, Authority Discontinued
**W**   Immediate Drop: Drop of a Temporary Addition – An issuer was added to the Master File and must be dropped because its registration was withdrawn from the SEC.

CONFIDENTIAL                                                                                    FRSI00454331

## CUSIP/CINS_db Field Definitions
## Issue file

|  | Field Name | Data Type | Maximum Length |
|---|---|---|---|
| 1 | ISSUER_NUM | String | 6 |
| 2 | ISSUE_NUM | String | 2 |
| 3 | ISSUE_CHECK | String | 1 |
| 4 | ISSUE_DESCRIPTION | String | 120 |
| 5 | ISSUE_ADDITIONAL_INFO | String | 150 |
| 6 | ISSUE_STATUS | String | 1 |
| 7 | ISSUE_TYPE_CODE | String | 1 |
| 8 | DATED_DATE | DATE | 10 |
| 9 | MATURITY_DATE | DATE | 10 |
| 10 | PARTIAL_MATURITY | String | 4 |
| 11 | COUPON_ RATE | NUMBER | 7 |
| 12 | CURRENCY_CODE | String | 3 |
| 13 | SECURITY_TYPE_DESCRIPTION | String | 30 |
| 14 | FISN | String | 35 |
| 15 | ISSUE_GROUP | String | 1 |
| 16 | ISIN* | String | 12 |
| 17 | WHERE_TRADED*** | String | 50 |
| 18 | TICKER_SYMBOL*** | String | 50 |
| 19 | US_CFI_CODE | String | 6 |
| 20 | ISO_CFI_CODE | String | 6 |
| 21 | ISSUE_ENTRY_DATE | DATE | 10 |
| 22 | ALTERNATIVE_MINIMUM_TAX | String | 1 |
| 23 | BANK_QUALIFIED | String | 1 |
| 24 | CALLABLE | String | 1 |
| 25 | FIRST_COUPON_DATE | DATE | 10 |
| 26 | INITIAL_PUBLIC_OFFERING | String | 1 |
| 27 | PAYMENT_FREQUENCY_CODE | String | 1 |
| 28 | CLOSING_DATE | DATE | 10 |
| 29 | DTC_ELIGIBLE | String | 1 |
| 30 | PRE_REFUNDED | String | 1 |
| 31 | REFUNDABLE | String | 1 |

CONFIDENTIAL

FRSI00454332

| 32 | REMARKETED | String | 1 |
|---|---|---|---|
| 33 | SINKING_FUND | String | 1 |
| 34 | TAXABLE | String | 1 |
| 35 | BOND_FORM | String | 50 |
| 36 | ENHANCEMENTS | String | 50 |
| 37 | FUND_DISTRIBUTION_POLICY | String | 50 |
| 38 | FUND_INVESTMENT_POLICY | String | 50 |
| 39 | FUND_TYPE | String | 50 |
| 40 | GUARANTEE | String | 50 |
| 41 | INCOME_TYPE | String | 50 |
| 42 | INSURED_BY | String | 50 |
| 43 | OWNERSHIP_RESTRICTIONS | String | 50 |
| 44 | PAYMENT_STATUS | String | 50 |
| 45 | PREFERRED_TYPE | String | 50 |
| 46 | PUTABLE | String | 50 |
| 47 | RATE_TYPE | String | 50 |
| 48 | REDEMPTION | String | 50 |
| 49 | SOURCE_DOCUMENT | String | 50 |
| 50 | SPONSORING | String | 50 |
| 51 | VOTING_RIGHTS | String | 50 |
| 52 | WARRANT_ASSETS | String | 50 |
| 53 | WARRANT_STATUS | String | 50 |
| 54 | WARRANT_TYPE | String | 50 |
| 55 | UNDERWRITER | String | 50 |
| 56 | AUDITOR | String | 60 |
| 57 | PAYING_AGENT | String | 60 |
| 58 | TENDER_AGENT | String | 60 |
| 59 | TRANSFER_AGENT | String | 60 |
| 60 | BOND_COUNSEL | String | 60 |
| 61 | FINANCIAL_ADVISOR | String | 60 |
| 62 | MUNICIPAL_SALE_DATE | Date | 10 |
| 63 | SALE_TYPE | String | 1 |
| 64 | OFFERING_AMOUNT | Number | 5 |
| 65 | OFFERING_AMOUNT_CODE | String | 1 |
| 66 | ISSUE_TRANSACTION | String | 1 |
| 67 | ISSUE_LAST_UPDATE_DATE | Date | 10 |
| 68 | Obligor Name | String | 50 |
| 69 | Obligor CUSIP Issuer Number | String | 6 |
| 70 | Co-Obligor Name | String | 50 |
| 71 | Co-Obligor CUSIP Issuer Number | String | 6 |

CONFIDENTIAL

FRSI00454333

| 72 | Government Stimulus Program | String | 50 |
|----|------------------------------|--------|----|
| 73 | Green Bond Type | String | 50 |
| 74 | Green Bond Verifier/ Certifier | String | 50 |
| 75 | 13 (f) Indicator | String | 50 |
| 76 | RESERVED_9 | String | 50 |
| 77 | RESERVED_10 | String | 50 |

Notes:
- As a general rule, CUSIPs are not re-used.  CUSIP/CINS_db contains over 13 million securities including matured issues and suspended issues affected by corporate actions.
The CUSIP numbers for these issues remain in the database and are not re-used.
The types of issues that are re-used (and are therefore not included in CUSIP/CINS_db) are Federal Agency Discount Notes and Discount Commercial Paper.
- Issues with numeric values in both the 7th and 8th positions are equity-type issues.
- Issues with an alpha in either the 7th and/or 8th position are debt-type issues.

1. CUSIP Issuer Number Format:  000BBB
   0 = Numeric, B = Alpha or Numeric
2. CUSIP Issue Number:
   BB    B = Alpha or Numeric
3. CUSIP Check Digit:  0 = Numeric
4. Issue Description
5. Issue Additional Information
6. Issue Status:
   A = Active
   S = Suspended
   T = Tentative; a municipal or corporate issue whose final terms have not yet been provided to CGS.
   W = Withdrawn
   X = Presumed Inactive (appears in master file only)
   M = Matured
7. Issue Type: D= Debt; E = Equity
8. Dated Date: CCYY-MM-DD
9. Maturity Date: CCYY-MM-DD
10. Partial Maturity: CCYY
11. Coupon Rate: 99.999
    A coupon rate is supplied for fixed rate debt.  The coupon rate field is left blank for the following types of securities: variable and floating rate, zero coupon, compound interest, adjustable, capital appreciation, residual, principal only
12. Currency Code (see exhibit D)
13. Security Type Description
    Anticipation Notes

CONFIDENTIAL                                      FRSI00454334

Asset Backed
Bond
Capital Appreciation Bonds
Capital Notes
Certificate of Deposit
Church Bond
Collateralized Debt Corporate
Collateralized Debt Municipal
Commercial Paper Corporate
Commercial Paper Municipal
Common Equity
Contractual Obligations
Corporate Debt
Corporate Debt US Government Guaranteed
Ctfs Indbt
Ctfs Oblig
Custodial Receipt Corporate
Custodial Receipt Municipal
Depositary Receipt
Derivative
Exchange Traded Fund
Fund
Futures
GNMA issue
GO
Hedge Fund
Indices
Insurance Product
Lease Issue
Loans
Medium Term Note
Medium Term Note Government Guaranteed Non-US
Medium Term Note US Government Guaranteed
Mortgage Backed
Note
Notes
Options
PPN Debt
PPN Equity
PPN Lease
PPN RSAT
Preferred Equity
Pre-refunded
Promissory Notes
Refunding
Reinsured
Reinsured Debt

Page **13** of **75**

FRSI00454335

Right
Secondarily Insured Corporate
Secondarily Insured Municipal
Special Assmt
Stripped Issues Corporate
Stripped Issues Municipal
Structured Products
Temporary Notes
Tender Option
U.S. Government
UIT
Unit
Unrefunded
Warrant
Warrants Municipal
Zero Coupon

14. FISN: Financial Instrument Short Name
15. Issue Group: C = CUSIP; I = CINS; P = PPN
16. *ISIN (entitlement is required to receive ISIN)
17. ***Primary Exchange Where Traded (see Supplemental Ticker/Exchange File section)
18. ***Ticker Symbol (see Supplemental Ticker/Exchange File section)
19. US CFI Code (see exhibit A)
20. ISO CFI Code (see exhibit A)
21. Issue Entry Date: Date in which the issue was assigned, published, and first appeared in the file.
22. Alternative Minimum Tax (Y=Yes, N=No, X=Not Available, Z=Not Applicable)
23. Bank Qualified (Y=Yes, N=No, X=Not Available, Z=Not Applicable)
24. Callable   (Y=Yes, N=No, X=Not Available, Z=Not Applicable)
25. First Coupon Date    CCYY-MM-DD
26. Initial Public Offering  (Y=Yes, N=No, X=Not Available)

   Please note: CUSIP does not remove the IPO indicator once it has been assigned as 'Y'. If the IPO indicator is 'Y' that only applies to newly assigned issues whose issue record will have a transaction code of 'A' (New Add). If the record is subsequently updated it will come through the delta files with a transaction code of something other than 'A'. In such cases, do not regard the issue as an IPO even if the IPO indicator is 'Y'.

27. Payment Frequency Codes
    1 = Daily
    2 = Weekly
    3 = Monthly
    4 = Quarterly
    5 = Semi Annually
    6 = Annually
    7 = At Maturity

CONFIDENTIAL

8 = Zero Coupon / Capital Appreciation Bonds
Z = Not Applicable/ Not Available
28. Closing Date  (Settlement Date)  CCYY-MM-DD
29. DTC Eligible   (Y=Yes, N=No, X=Not Available, Z=Not Applicable)
30. Pre-Refunded    (Y=Yes, N=No, X=Not Available, Z=Not Applicable)
31. Refundable    (Y=Yes, N=No, X=Not Available, Z=Not Applicable)
32. Remarketed    (Y=Yes, N=No, X=Not Available, Z=Not Applicable)
33. Sinking Fund   (Y=Yes, N=No, X=Not Available, Z=Not Applicable)
34. Taxable    (Y=Yes, N=No, X=Not Available, Z=Not Applicable)
35. Bond Form:
    Bearer
    Bearer/Registered
    Br Depository Receipt
    Registered
    Registered Depository Receipt
    Private (144A Reg S AI)
    Private
    *For Funds only:*
    No Load
    Front Load
    Back Load (Deferred)
    Level Load (Class C Fund Shares)
36. Enhancements:
    ACA - American Capital Access
    ACE Guaranty
    AMBAC
    Asset Guaranty
    Assured Guaranty Corp
    Assured Guaranty Municipal Corp
    Berkshire Hathaway Assurance
    CAP MAC
    CIFG Assurance North America
    CIFG-CDC IXIS Financial Guaranty
    Connie Lee
    FGIC
    FSA
    Letter of Credit
    MBIA
    Municipal Assurance Corp
    National Public Finance Guarantee Corporation
    Radian Asset Assurance
    Syncora Guarantee
    XL Capital Assurance
    NOT AVAILABLE
    NOT APPLICABLE

CONFIDENTIAL

37. Fund Distribution Policy:
        Income Funds
        Growth Funds
        Mixed Funds

38. Fund Investment Policy:

| | |
|---|---|
| Capital Appreciation | Mixed-General |
| Global | Natural Resources |
| Commodities | Municipal Bonds |
| Derivatives | Mid Cap |
| Environment | Equity & Income |
| Financial Services | Real Estate |
| Growth | Securities |
| Precious Metals | Science & Technology |
| Health/Biotech | Utility |
| International | Intermed. Tax. Bonds |
| High Yield Tax Bonds | Growth & Income |
| Mortgage Backed Bonds | ST Taxable Bonds |
| Small Co. Growth | LT Taxable Bonds |
| Other | |

39. Fund Type:
        Closed End
        Open End
        Others (Miscellaneous)

40. Guarantee:

| | |
|---|---|
| FCFAC (Farm Credit Financial Assistance Corp) | Guaranteed (not gov't) |
| | Junior |
| FDIC | Senior |
| FFCB | Subordinated |
| FHLBA | Junior Subordinated |
| FHLMC | Secured |
| Financial Corp. | Unsecured |
| FNMA | SALLY MAE |
| GINNIE MAE | RTC (Resolution Trust Corporation) |
| Government/Treasury | |

41. Income Type:
        Fixed Rate
        Cumulative Fixed Rate
        Participating Income
        Cum. Part. Income
        Adjustable Rate Income

CONFIDENTIAL

FRSI00454338

Normal Rate Income
Auction Rate Income
Adjustable/Variable Rate Income

42. Insured By (Secondarily-Insured Issues)

| | |
|---|---|
| ACA - American Capital Access | FGIC |
| ACE Guaranty | FSA |
| AMBAC | MBIA |
| Asset Guaranty | Municipal Assurance Corp |
| Assured Guaranty | National Public Finance Guarantee Corporation |
| Berkshire Hathaway Assurance | Radian Asset Assurance |
| CAP MAC | Syncora Guarantee |
| CIFG Assurance North America | XL Capital Assurance |
| CIFG-CDC IXIS Financial | NOT AVAILABLE |
| Guaranty | NOT APPLICABLE |
| Connie Lee | |

43. Ownership Restrictions
Restrictions
Free (Unrestricted)

44. Payment Status
Fully Pd. No Par
Fully Pd. PAR Value
Partly Paid
Nil Paid

45. Preferred Type
Exchangeable
Extendible
Redeemable
Red. Exch. Extd.
Red. Extd.
Red. Exch.
Exch. Extd.
Non-Red.  Exchangeable Extd.

46. Putable
Mandatory
Optional

47. Rate Type
Contingent Rate
Fixed Rate
Fixed/Floating Rate
Variable Rate
Step Down
Step Up
Increasing Rate

CONFIDENTIAL

FRSI00454339

Payment In Kind
Split Coupon
Zero Coupon/Discounted

48. Redemption

Amortization Plan
Amortization w/call
Amortization with Put
Amortization with Put & Call
Pre-Refunding
Refunding
Fixed Maturity
Fixed Mat w/Call
Exchangeable
Extendible
Fixed Mat w/Put
Fixed Mat w/Put/Call
Perpetual
Perpetual w/Call
Redemption

49. Source Document

***MUNICIPAL SOURCE DOCUMENTS*:**
ASSIGNMENT LETTER
CERTIFICATE
DEBT SERVICE SCHEDULE
ESCROW AGREEMENT
FINAL OFFICIAL STATEMENT
FORM OF BOND
FORM OF NOTE
INDENTURE
LEGAL OPINION
NOTICE OF DEFEASANCE/ADVANCED REFUNDING
NOTICE OF SALE
CERTIFICATE OF AMENDMENT
CONTRACT
COURT ORDER
CREDIT AGREEMENT
DEPOSIT AGREEMENT
DISCLOSURE STATEMENT (BANKRUPTCY)
EXCHANGE OFFER
EXTENSION LETTER
15C2-11 (DUE DILIGENCE)
F-1 REGISTRATION STATEMENT
F-4 REGISTRATION STATEMENT
F-6 REGISTRATION STATEMENT
FINAL OFFERING CIRCULAR

CONFIDENTIAL

FINAL OFFERING MEMORANDUM
FINAL PRIVATE PLACEMENT MEMORANDUM
FINAL PROSPECTUS
FORM OF BOND
FORM OF NOTE
FORM 10
FORM 8-A
FORM K-1
INDENTURE
JOINT PROXY/PROSPECTUS
LEASE AGREEMENT
LETTER
LOAN AGREEMENT
MINUTES OF SHAREHOLDERS MEETING
NOTICE OF REDEMPTION
NOTICE TO SHAREHOLDERS
PLAN OF REORGANIZATION/DISCLOSURE STATEMENT
PRELIMINARY OFFICIAL STATEMENT
PRIVATE PLACEMENT MEMORANDUM
REMARKETING MEMORANDUM
TERM SHEET
***CORPORATE SOURCE DOCUMENTS:***
ARTICLES OF INCORPORATION
ANNUAL STATEMENT
ASSIGNMENT LETTER [PPN ONLY]
BALANCE SHEET COVER PAGE
BOARD OF DIRECTORS RESOLUTION CERTIFICATE
N-1 REGISTRATION STATEMENT
N-1A REGISTRATION STATEMENT
N-2 REGISTRATION STATEMENT
NYSE SUPPLEMENTAL LISTING APPLIC
PARTNERSHIP AGREEMENT [PPN]
PLAN OF MERGER
PLAN OF REORGANIZATION
PRELIMINARY OFFERING CIRCULAR
PRELIMINARY OFFERING MEMORANDUM
PRELIMINARY PRIVATE PLACEMENT MEMORANDUM
PRELIMINARY PROSPECTUS
PRESS RELEASE
PRICING WIRE
PROSPECTUS SUPPLEMENT
PROXY STATEMENT
PURCHASE AGREEMENT
RIGHTS AGREEMENT
S-1 REGISTRATION STATEMENT
S-2 REGISTRATION STATEMENT

CONFIDENTIAL

FRSI00454341

S-3 REGISTRATION STATEMENT
S-4 REGISTRATION STATEMENT
S-6 REGISTRATION STATEMENT
S-11 REGISTRATION STATEMENT
SB-2 REGISTRATION STATEMENT
TERM SHEET
U-7 DISCLOSURE STATEMENT
WARRANT AGREEMENT
50. Sponsoring (ADRs)
SP AMPS
Unsponsored
SP NYS
SP Equity
SP Placement
51. Voting Rights
Voting
Non-Voting
Restricted Voting
Enhanced Voting
Subord. Voting
52. Warrant Assets
Basket
Currencies
Equities
Commodities
Debt Interest
Indices
Others (Misc.)
53. Warrant Status
Call
Put
Call and Put
54. Warrant Type
Covered
Naked
Traditional Warrants
Covered Warrants
55. Underwriter
56. Auditor
57. Paying Agent
58. Tender Agent
59. Transfer Agent
60. Bond Counsel

CONFIDENTIAL

FRSI00454342

61. Financial Advisor
62. Municipal Sale Date  CCYY-MM-DD
63. Sale Type
        C = Competitive
        G = Negotiated
64. Offering Amount  9999.9
65. Offering Amount Code
        K = Thousands
        M = Millions
        B = Billions
66. Issue Transaction Code** (See below for more information)
        A = Add New Issue
        T = Tentative Add
        L = Modification
        M = Tentative Made Permanent
        S = Suspend Drop
        W = Withdrawn
67. Issue Last Update Date
68. Obligor Name
69. Obligor CUSIP Issuer Number
70. Co-Obligor Name
71. Co-Obligor CUSIP Issuer Number
72. Government Stimulus Program

| Value | Description |
|-------|-------------|
| A | Qualified Zone Academy Bonds (QZAB) |
| B | Build America Bonds |
| C | Recovery Zone Facility Bonds |
| D | New Clean Renewable Energy Bonds (New CREB) |
| E | Qualified Energy Conservation Bonds |
| F | FDIC TLGP |
| G | Tribal Economic Development Bonds |
| H | New Issue Bond Program NIBP - US Treasury HFA |

CONFIDENTIAL

| M | Municipal Liquidity Facility |
|---|---|
| N | N/A |
| P | TARP |
| Q | Qualified School Construction Bonds |
| R | Recovery Zone Economic Development Bonds |
| T | TALF |
| V | Clean Renewable Energy Bonds (CREB) |

73. Green Bond Type
   Green Bond
   Climate Bond
   Sustainability Bond
   Social Bond

74. Green Bond Verifier/ Certifier
75. 13(f) Indicator
   Y= Yes, issue is currently on the SEC 13(f) list
   N= No, issue was previously on the SEC 13(f) list, but is no longer on the list
   Null= issue is not on the SEC 13(f) list
76. Reserved for future use
77. Reserved for future use


**\*\*Transaction Codes:**
<u>Database Additions:</u>
**A**   New Issuer or Issuer/Issue - This code is given to an issuer/issue that is new to the CUSIP System.  It does not necessarily mean it is a new issue of stock or bonds going public.
**T**   Tentative Add for Issue - When a new bond goes into registration with the SEC, CUSIP will add the new issue to the Master File.  In some cases, the coupon rate or maturity date is not yet available.  When CUSIP receives this information, a complete record will appear in the delta file

CONFIDENTIAL                                                    FRSI00454344

with a code of **M**. If the bond is not offered or registration is withdrawn, an update record with a code of **W** will appear.

Database Changes**:**

**L**    Description Correction Not Requiring a New Number - If a change is made in spelling, rate, maturity, etc. for an issuer or issue, the correction will appear in the delta file with a code of **L**.

**M**   Tentative Add Now Permanent - (Refer to transaction code **T**). If a bond has been placed in the Master File in a tentative status, there is descriptive information missing from the bond. When CUSIP receives the missing information (Dated Date, Rate or Maturity) an update record will be sent with a transaction code of **M**.

Database Drops:

There are two types of drops used in the Master File. One type is a suspend drop (**S**) in which the status of the issue or issuer has changed. The other type is an immediate drop (W) in which case the record should be handled as a logical drop from the file.

**S**    Suspend Drop: Issue Called, Expired, Exchanged, Redeemed

**W**   Immediate Drop: Drop of a Temporary Addition - Any new bond issue that was added to the Master File and must be dropped because its registration was withdrawn from the SEC.

## *** CUSIP Supplemental Ticker/Exchange File (introduced in 2019).

- ## File Overview

CUSIP Global Services now offers a Supplemental Ticker/Exchange file that covers over 60,000 (U.S. and Global) Equities and their tickers/exchanges/MICs.

It is available to all CUSIP_db file subscribers.

It is used in conjunction with your existing CUSIP_db file.

The file simply links the CUSIP and/or CINS numbers to their corresponding ticker symbols and exchanges.

The CUSIP/CINS and/or ISIN is mapped to all available ticker/exchanges where the instrument is trading.

Example: Moderna Common Stock, (CUSIP: '60770K 10 7') which is trading on six exchanges, will be listed six times with the ticker/exchange/MIC.

| MODERNA INC⬚ | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Issuer Number | Issue Number | Issue Check | ISIN* | MIC | Ticker | Exchange Name | Log Date | Status |
| 60770K | 10 | 7 | US60770K1079 | XLIM | MRNA | Bolsa de Valores de Lima | 12/5/2020 | Active |
| 60770K | 10 | 7 | US60770K1079 | XLON | 0A45 | London Stock Exchange | 12/5/2020 | Active |
| 60770K | 10 | 7 | US60770K1079 | XMUN | 0QF | Boerse Muenchen | 12/5/2020 | Active |
| 60770K | 10 | 7 | US60770K1079 | XMEX | MRNA * | Bolsa Mexicana de Valores | 12/5/2020 | Active |
| 60770K | 10 | 7 | US60770K1079 | XFRA | 0QF | Deutsche Boerse AG | 12/5/2020 | Active |
| 60770K | 10 | 7 | US60770K1079 | XNAS | MRNA | Nasdaq Global Select | 12/5/2020 | Active |

CONFIDENTIAL

FRSI00454345

- Field Definitions

| Field1 | Issuer Number |
|--------|---------------|
| Field2 | Issue Number |
| Field3 | Issue check |
| Field4 | ISIN* |
| Field5 | MIC |
| Field6 | Ticker |
| Field7 | Exchange Name |
| Field8 | Log Date |
| Field9 | Status |
| Field10 | Reserved 2 |
| Field11 | Reserved 3 |
| Field12 | Reserved 4 |
| Field13 | Reserved 5 |
| Field14 | Reserved 6 |
| Field15 | Reserved 7 |
| Field16 | Reserved 8 |
| Field17 | Reserved 9 |
| Field18 | Reserved 10 |
| Field19 | Reserved 11 |
| Field20 | Reserved 12 |
| Field21 | Reserved 13 |
| Field22 | Reserved 14 |
| Field23 | Reserved 15 |
| Field24 | Reserved 16 |
| Field25 | Reserved 17 |
| Field26 | Reserved 18 |
| Field27 | Reserved 19 |
| Field28 | Reserved 20 |
| Field29 | Reserved 21 |
| Field30 | Reserved 22 |

| *Entitlement Required |
|-----------------------|

CONFIDENTIAL

FRSI00454346

*****For additional information related to the CUSIP Data Feeds and System please see
our user guides on-line at:*
*https://www.cusip.com/cusip/cusipProductDocument.htm*
*Under CGS Database Services➔CUSIP_db Master File*
Appendix: ISO CFI Codes: 2015 version



CONFIDENTIAL                                                                 FRSI00454347



CONFIDENTIAL

FRSI00454348



Page **27** of **75**

CONFIDENTIAL

FRSI00454349

| | | | E = Others (miscellaneous) |
|---|---|---|---|
| | | | M = Others (miscellaneous) |


| E = Enhanced voting | | | M = Others (miscellaneous) |

| D = Depositary receipts on equities | Instrument dependency | Redemption / conversion of the underlying assets | Income | Form |
|---|---|---|---|---|
| | S = Common / ordinary shares | R = Redeemable | F = Fixed rate income | B = Bearer |
| | P = Preferred / preference shares | | C = Cumulative, fixed rate income | R = Registered |
| | C = Common / ordinary convertible shares | N = Perpetual | | |
| | F = Preferred / preference convertible shares | B = Convertible | P = Participating income | N = Bearer / registered |
| | L = Limited partnership units | D = Convertible / redeemable | Q = Cumulative, participating income | M = Others (miscellaneous) |
| | M = Others (miscellaneous) | X = Not applicable / undefined | A = Adjustable / variable rate income | |
| | | | N = Normal rate income | |
| | | | U = Auction rate income | |
| | | | Dividends | |

| Y = Structured instruments (participation) | Type | Distribution | Repayment | Underlying assets |
|---|---|---|---|---|
| | A = Tracker certificate | D = Dividend payments | F = Cash repayment | B = Baskets |
| | B = Outperformance certificate | Y = No payments | V = Physical repayment | S = Equities |
| | C = Bonus certificate | M = Others (miscellaneous) | E = Elect at settlement | D = Debt instruments |
| | D = Outperformance bonus certificate | | M = Others (miscellaneous) | G = Derivatives |
| | E = Twin-win-certificate | | | T = Commodities |
| | M = Others (miscellaneous) | | | C = Currencies |
| | | | | I = Indices |

Page **28** of **75**



N = Interest rates
M = Others (miscellane

Page **29** of **75**



CONFIDENTIAL

FRSI00454352



Page **31** of **75**

CONFIDENTIAL

[redacted]

| S = Structured instruments (capital protection) | Type | Distribution | Repayment | Underlying assets |
|---|---|---|---|---|
| | A = Capital protection certificate with participation | F = Fixed interest payments | F = Fixed cash repayment (only protected capital level) | B = Baskets |
| | B = Capital protection convertible certificate | D = Dividend payments | V = Variable cash repayment | S = Equities |
| | C = Barrier capital protection certificate | V = Variable interest payments | M = Others (miscellaneous) | D = Debt instruments |
| | D = Capital protection certificate with coupons | Y = No payments | | T = Commodities |
| | | | | C = Currencies (specified exchange rate) |
| | M = Others (miscellaneous) | M = Others (miscellaneous) | | I = Indices (the performance of an index) |
| | | | | N = Interest rates |
| | | | | M = Others (miscellaneous) |

| E = Structured instruments (w/o capital protection) | Type | Distribution | Repayment | Underlying assets |
|---|---|---|---|---|
| | A = Discount certificate | F = Fixed interest payments | R = Repayment in cash | B = Baskets |
| | B = Barrier discount certificate | D = Dividend payments | S = Repayment in assets | S = Equities |
| | | V = Variable interest payments | C = Repayment in assets and cash | D = Debt instruments |
| | C = Reverse convertible | | | T = Commodities |
| | D = Barrier reverse convertible | Y = No payments | T = Repayment in assets or cash | C = Currencies (specified |
| | | M = Others (miscellaneous) | | |
| | E = Express certificate | | M = Others (miscellaneous) | |

CONFIDENTIAL

FRSI00454355

|  |  |  |  |
|---|---|---|---|
| M = Others (miscellaneous) |  |  | exchange rate) I = Indices (the performance of an index) N = Interest rates M = Others (miscellaneous) |

| G = Mortgage-backed securities | Type of Interest | Guarantee or ranking | Redemption/reimbursement | Form |
|---|---|---|---|---|
| | F = Fixed rate Z = Zero rate/discounted V = Variable | T = Government guarantee G = Joint guarantee S = Secured U = Unsecured/unguaranteed P = Negative pledge N = Senior O = Senior subordinated Q = Junior J = Junior subordinated C = Supranational | F = Fixed maturity G = Fixed maturity with call feature C = Fixed maturity with put feature D = Fixed maturity with put and call A = Amortization plan B = Amortization plan with call feature T = Amortization plan with put feature L = Amortization plan with put and call P = Perpetual Q = Perpetual with call feature R = Perpetual with put feature E = Extendible | B = Bearer R = Registered N = Bearer / registered M = Others (miscellaneous) |

| A = Asset-backed securities | Type of Interest | Guarantee or ranking | Redemption/reimbursement | Form |
|---|---|---|---|---|
| | F = Fixed rate | T = Government guarantee | F = Fixed maturity | B = Bearer |

Page **34** of **75**

CONFIDENTIAL

FRSI00454356

| Type of Interest | Guarantee or ranking | Redemption/reimbursement | Form |
|---|---|---|---|
| Z = Zero rate/discounted | G = Joint guarantee | G = Fixed maturity with call feature | R = Registered |
|  |  | C = Fixed maturity with put feature | N = Bearer / registered |
| V = Variable | S = Secured | | M = Others (miscellaneous) |
|  | U = Unsecured/unguaranteed | D = Fixed maturity with put and call |  |
|  |  | A = Amortization plan |  |
|  | P = Negative pledge | B = Amortization plan with call feature |  |
|  | N = Senior | T = Amortization plan with put feature |  |
|  | O = Senior subordinated | L = Amortization plan with put and call |  |
|  | Q = Junior | | |
|  | J = Junior subordinated | P = Perpetual | |
|  | C = Supranational | Q = Perpetual with call feature | |
|  |  | R = Perpetual with put feature | |
|  |  | E = Extendible | |

| N = Municipal bonds | Type of Interest | Guarantee or ranking | Redemption/reimbursement | Form |
|---|---|---|---|---|
|  | F = Fixed rate | T = State guarantee | F = Fixed maturity | B = Bearer |
|  | Z = Zero rate/discounted | G = Joint guarantee | G = Fixed maturity with call feature | R = Registered |
|  |  |  | C = Fixed maturity with put feature | N = Bearer / registered |
|  | V = Variable | S = Secured | D = Fixed maturity with put and call | M = Others (miscellaneous) |
|  |  | U = Unsecured/unguaranteed | A = Amortization plan |  |
|  |  | P = Negative pledge | B = Amortization plan with call feature |  |
|  |  | N = Senior | T = Amortization plan with put feature |  |
|  |  | O = Senior subordinated |  |  |

CONFIDENTIAL

FRSI00454357

Q = Junior
J = Junior subordinated
C = Supranational

L = Amortization plan with put and call

P = Perpetual
Q = Perpetual with call feature
R = Perpetual with put feature

E = Extendible

| D = Depositary receipts on debt instruments | Instrument dependency | Type of interest/cash payment | Guarantee or ranking | Redemption/reimbursement |
|---|---|---|---|---|
| | B = Bonds | F = Fixed rate | T = Government guarantee | F = Fixed maturity |
| | C = Convertible bonds | Z = Zero rate/discounted | G = Joint guarantee | G = Fixed maturity with call feature |
| | W = Bonds with warrants attached | V = Variable | S = Secured | C = Fixed maturity with put feature |
| | T = Medium-term notes | C = Cash payment | U = Unsecured/unguaranteed | D = Fixed maturity with put and call |
| | Y = Money market instruments | | P = Negative pledge | A = Amortization plan |
| | G = Mortgage-backed securities | | N = Senior | B = Amortization plan with call feature |
| | A = Asset-backed securities | | O = Senior subordinated | T = Amortization plan with put feature |
| | N = Municipal bonds | | Q = Junior | L = Amortization plan with put and call |
| | M = Others (miscellaneous) | | J = Junior subordinated | P = Perpetual |
| | | | C = Supranational | Q = Perpetual with call feature |
| | | | | R = Perpetual with put feature |
| | | | | E = Extendible |

CONFIDENTIAL

FRSI00454358



| Category | Group | 1st Attribute | 2nd Attribute | 3rd Attribute | 4th Attribute |
|---|---|---|---|---|---|
| C = Collective investment vehicles | I = Standard (vanilla) investment funds/mutual funds | *Closed/open-end* | *Distribution policy* | *Assets* | *Security type and investors restrictions* |
| | | C = Closed-end | I = Income funds<br>G = Accumulation funds | R = Real estate | S = Shares |
| | | O = Open-end | | B = Debt instruments | Q = Shares for QI |
| | | M = Others (miscellaneous) | J = Mixed funds | E = Equities<br>V = Convertible securities | U = Units<br>Y = Units for QI |
| | | | | L = Mixed | |

CONFIDENTIAL

FRSI00454359



C =
Commodities

D = Derivatives

F = Referential
instruments

K = Credits

M = Others

| H = Hedge funds | Investment strategy | | | | |
|---|---|---|---|---|---|
| | D = Directional R = Relative value S = Security selection E = Event-driven A = Arbitrage N = Multi-strategy L = Asset based lending M = Others | X = Not applicable/undefined | | X = Not applicable / undefined | X = Not applicable / undefined |

| B = Real estate investment trusts (REIT) | Closed/open -end | Distribution policy | | | Security type and investors restrictions |
|---|---|---|---|---|---|
| | C = Closed-end O = Open-end M = Others (miscellaneous) | I = Income funds G = Accumulation funds J = Mixed funds | | X = Not applicable / undefined | S = Shares Q = Shares for QI U = Units Y = Units for QI |

| E = Exchange traded funds (ETF) | Closed/open -end | Distribution policy | | Assets | Security type |
|---|---|---|---|---|---|
| | C = Closed-end | I = Income funds | | R = Real estate | S = Shares |

CONFIDENTIAL

| | | | | |
|---|---|---|---|---|
| O = Open-end<br>M = Others (miscellaneous) | G = Accumulation funds<br><br>J = Mixed funds | | B = Debt instruments<br><br><br>E = Equities<br>V = Convertible securities<br><br>L= Mixed<br>C = Commodities<br><br>D = Derivatives<br>F = Referential instruments<br><br>K = Credits<br><br>M = Others | U = Units |

| | Closed/open-end | | Strategy/style | | Type | Security type |
|---|---|---|---|---|---|---|
| S = Pension funds | | | | | | |
| | C = Closed-end<br>O = Open-end<br>M = Others (miscellaneous) | | B = Balanced/conservative<br><br>G = Growth<br><br>L = Life style<br>M = Others | | R = Defined benefit<br>B = Defined contribution<br><br>M = Others (miscellaneous) | S = Shares<br><br>U = Units |

| | Closed/open-end | | Distribution policy | | Type of funds | Security type and investors restrictions |
|---|---|---|---|---|---|---|
| F = Funds of funds | | | | | | |
| | C = Closed-end<br><br>O = Open-end<br>M = Others (miscellaneous) | | I = Income funds<br>G = Accumulation funds<br><br>J = Mixed funds | | I = Standard (vanilla)<br><br>H = Hedge funds<br><br>B = REIT<br><br>E = ETF<br>P = Private equity funds<br>M = Others (miscellaneous) | S = Shares<br><br>Q = Shares for QI<br><br>U = Units<br>Y = Units for QI |

| | Closed/open-end | | Distribution policy | | Assets | Security type and investors restrictions |
|---|---|---|---|---|---|---|
| P = Private equity funds | | | | | | |

Page **39** of **75**

FRSI00454361

| | | | |
|---|---|---|---|
| C = Closed-end | I = Income funds | R = Real estate | S = Shares |
| O = Open-end | G = Accumulation funds | B = Debt instruments | Q = Shares for QI |
| M = Others (miscellaneous) | J = Mixed funds | E = Equities | U = Units |
| | | V = Convertible securities | Y = Units for QI |
| | | L= Mixed | |
| | | C = Commodities | |
| | | D = Derivatives | |
| | | F = Referential instruments | |
| | | K = Credits | |
| | | M = Others | |

| | | | | | | | Security type and investors restrictions |
|---|---|---|---|---|---|---|---|
| M = Others (miscellaneous) | | | | | | | |
| | X = Not applicable/undefined | | X = Not applicable/undefined | | X = Not applicable/undefined | | |
| | | | | | | | S = Shares |
| | | | | | | | Q = Shares for QI |
| | | | | | | | U = Units |
| | | | | | | | Y = Units for QI |



Page **40** of **75**

FRSI00454362



CONFIDENTIAL

FRSI00454363



| F = Mini-Future Certificate / constant leverage certificates | Underlying assets | | Barrier dependency type | | Long / Short | | Exercise option style |
|---|---|---|---|---|---|---|---|
| | B = Baskets | | T = Barrier underlying based | | C = Long | | E = European |

CONFIDENTIAL

FRSI00454364



| D = Depositary Receipts on Entitlements | *Instrument dependency* | | | *Form* |
|---|---|---|---|---|
| | A = Allotment (bonus) rights | X = Not applicable / undefined | X = Not applicable / undefined | B = Bearer |
| | S = Subscription rights | | | R = Registered |
| | P = Purchase rights | | | N = Bearer / registered |
| | W = Warrants | | | M = Others (miscellaneous) |
| | M = Others (miscellaneous) | | | |



CONFIDENTIAL

FRSI00454365



CONFIDENTIAL

FRSI00454366

Case 1:22-cv-01860-KPF    Document 231-29    Filed 11/03/25    Page 47 of 76



Page **45** of **75**

CONFIDENTIAL

FRSI00454367

| C = Commodities futures | Underlying Assets | | Delivery | | Standardized/n on-standardized | |
|---|---|---|---|---|---|---|
| | E = Extraction resources<br>A = Agriculture<br>I = Industrial products | | P = Physical<br><br>C = Cash<br>N = Non-deliverable | | S = Standardized<br>N = Non-standardized | X = Not applicable / undefined |
| | S = Services<br>N = Environmental<br>P = Polypropylene products<br>H = Generated resources<br><br>M = Others | | | | | |

| Category | Group | 1st Attribute | 2nd Attribute | 3rd Attribute | 4th Attribute |
|---|---|---|---|---|---|
| T = Referential Instruments | C = Currencies | | | | |
| | | *Type* | | | |
| | | N = National currency<br><br>L = Legacy currency<br>C = Bullion coins<br>M = Others | X = Not applicable / undefined | X = Not applicable / undefined | X = Not applicable / undefined |

| | T = Commodities | *Type* | | | |
|---|---|---|---|---|---|
| | | E = Extraction resources<br>A = Agriculture<br>I = Industrial products<br>S = Services<br><br>N = Environmental<br>P = Polypropylene products | X = Not applicable / undefined | X = Not applicable / undefined | X = Not applicable / undefined |

CONFIDENTIAL

FRSI00454368



H =
Generated
resources
M = Others
(miscellaneo
us)

| R = Interest rates | Type | | Frequency | | | | |
|---|---|---|---|---|---|---|---|
| | N = Nominal | | D = Daily | | X = Not applicable / undefined | | X = Not applicable / undefined |
| | V = Variable | | W = Weekly | | | | |
| | F = Fixed | | M = Monthly | | | | |
| | R = Real | | Q = Quarterly | | | | |
| | M = Others (miscellaneo us) | | S = Semi-annually | | | | |
| | | | A = Annually | | | | |
| | | | M = Others (miscellaneous ) | | | | |

| I = Indices | Asset classes | | Weighting types | | Index return types | | |
|---|---|---|---|---|---|---|---|
| | E = Equities | | P = Price weighted | | P = Price return | | X = Not applicable / undefined |
| | D = Debt | | C = Capitalization weighted | | N = Net total return | | |
| | F = Collective Investment Vehicles | | E = Equal weighted | | G = Gross total return | | |
| | R = Real estate | | F = Modified market capitalization weighted | | M = Others (miscellaneous) | | |
| | T = Commoditie s | | M = Others (miscellaneous ) | | | | |
| | C = Currencies | | | | | | |
| | M = Others (miscellaneo us) | | | | | | |

| B = Baskets | Composition | | | | | | |
|---|---|---|---|---|---|---|---|
| | E = Equities | | X = Not applicable / undefined | | X = Not applicable / undefined | | X = Not applicable / undefined |

Page **47** of **75**

CONFIDENTIAL

FRSI00454369

D = Debt

F = Collective Investment Vehicles
I = Indices

T = Commodities
C = Currencies
M = Others (miscellaneous)

| D = Stock dividends | *Type of equity* | | | |
|---|---|---|---|---|
| | S = Common Ordinary Shares<br>P = Preferred / Preference Shares<br>C = Common ordinary convertible shares<br>F = Preferred / Preference convertible Shares<br>L = Limited partnership units<br>K = Collective Investment Vehicles<br>M = Others (miscellaneous) | X = Not applicable / undefined | X = Not applicable / undefined | X = Not applicable / undefined |
| M = Others (miscellaneous) | | | | |
| | X = Not applicable / undefined | X = Not applicable / undefined | X = Not applicable / undefined | X = Not applicable / undefined |

| Category | Group | 1st Attribute | 2nd Attribute | 3rd Attribute | 4th Attribute |
|---|---|---|---|---|---|

Page **48** of 75

CONFIDENTIAL





CONFIDENTIAL

FRSI00454371



# The CUSIP System

**CUSIP GLOBAL SERVICES:  MISSION STATEMENT**

CUSIP Global Services, operated by **FactSet Research Systems** for the American Bankers Association, exists for the primary purpose of uniquely identifying issuers and issues of securities and financial instruments within a standard framework, and disseminating this data to the financial marketplace via various media. CUSIP numbers and standardized descriptions are used by virtually all sectors of the financial industry, and are critical for the accurate and efficient clearance and settlement of securities as well as back-office processing.

CUSIP Global Services seeks to assign unique numbers and standardized descriptions in a timely and accurate manner, using its best efforts to use primary or reliable sources of information. However, because of the possibility of human or mechanical error by securities issuers, CUSIP's sources, FactSet Research Systems or others, neither FactSet Research Systems nor the American Bankers Association guarantees the accuracy, adequacy or completeness of any information, and FactSet Research Systems and the American Bankers Association are not responsible for any errors or omissions or for the results obtained from use of such information.

COPYRIGHT

Subscribers acknowledge that the Service to be provided under a CUSIP Agreement contains information obtained, selected, arranged and published by FactSet Research Systems, under authority from the American Bankers Association, and according to methods and procedures developed and used by FactSet Research Systems, all at the expenditure of substantial amounts of work, time and money. Subscriber agrees to protect the proprietary and copyright position of FactSet Research Systems, and of the American Bankers Association, during the existence, and after the termination, of this Agreement. Subscriber agrees that without FactSet Research Systems' prior written consent, Subscriber shall not transfer or sell such information or copies thereof, or extracts therefrom, or summaries thereof, to any other person or organization, or permit any other person or organization to use or distribute such information. Subscriber represents and agrees it shall not publish or make distribution copies of, or distribute, any or all of the information provided Subscriber hereunder in any form, provided, however, that this Agreement shall not be deemed to prohibit the use by Subscriber of CUSIP uniform descriptions and CUSIP numbers in the normal internal processing of security transactions of business of Subscriber.

BACKGROUND TO THE DEVELOPMENT OF THE CUSIP NUMBERING SYSTEM

In 1962, after many informal discussions with members of the financial community, the New York Clearing House Association established a Securities Procedures Committee to study the question of developing a standard method of identifying securities. This Committee concluded that a uniform securities identification system was feasible and timely and—because of the

CONFIDENTIAL

FRSI00454372

magnitude of the problems to be solved and their far-reaching implications—the development of the system should involve the cooperation and support of the entire financial community.

The Clearing House approached The American Bankers Association's Department of Automation to develop the system. In

July 1964, the ABA's Committee on Uniform Security Identification Procedures (CUSIP) was created under the chairmanship of John L. Gibbons, Chairman of the Trust Committee of Chemical Bank New York Trust Company. The main goals of the CUSIP Committee were to develop specifications for a uniform security identification system, for devising a format for imprinting the identification number on the certificate in man/machine readable type font, and to establish an agency to administer the identification system according to specifications.

The CUSIP Committee appointed three subcommittees: The Technical Subcommittee to develop specifications, and Legal and Agency Subcommittees to implement the system.

*Development of the CUSIP Number*

In developing specifications for the numbering system, the CUSIP Technical Subcommittee found two needs: 1) that the number should contain as few characters as possible, and 2) that it should be linked to an alphabetic sequence of issuer names. Also, the number should be capable of meeting future as well as present operating requirements; that it must be adaptable to the internal systems of all users, to communications systems, to automated document reading, etc.; and that the structure of the system should allow each user to assign numbers to securities or other assets not covered by the CUSIP System.

In January 1967, the A.B.A. announced the development of a CUSIP numbering system which met as closely as possible these criteria. This system is explained in detail in this Introduction. Basically, the CUSIP number consists of nine characters, the first six of which uniquely identify the issuer and have been assigned to issuers in alphabetic sequence, and two other characters (alphabetic or numeric) which identify the issue.

The ninth digit is the check digit.

**WHO ENDORSES THE CUSIP NUMBERING SYSTEM?**

The CUSIP numbering system has been endorsed by all major segments of the financial community including:

American Bankers Association

American Stock Exchange

Bond Market Association

Canadian Depository for Securities Ltd.

Depository Trust & Clearing Corporation

Midwest Stock Exchange

Government Finance Officers Association of the U.S. & Canada

Municipal Securities Rulemaking Board

National Association of Securities Dealers

Page **51** of **75**

National Association of Variable Annuities

New York Stock Exchange

Philadelphia Depository Trust Company

Philadelphia Stock Exchange

Securities and Exchange Commission

Securities Industry Association

**WHO CONTROLS THE CUSIP NUMBERING SYSTEM?**

The operation of the CUSIP numbering system is overseen by the CUSIP Board of Trustees. Through the work of the CUSIP Legal and Agency Subcommittees, the CUSIP service functions were outlined and FactSet Research Systems was awarded the contract to function as the CUSIP Service Bureau, the operational arm of the system, which is responsible for, among other functions, the compilation and publication of the CUSIP Directory.

WHAT SECURITIES ARE COVERED BY THE CUSIP NUMBERING SYSTEM?

General interest is the primary consideration in determining what securities are covered by the CUSIP identification system, provided appropriate documentation is supplied to CUSIP Global Services in requesting the assignment of a CUSIP number.

ADDITIONAL CUSIP COVERAGE

*Canadian Issues*

CUSIP numbers are assigned by CUSIP Global Services to securities listed on Canadian Exchanges and other securities as may be deemed of general interest by the CUSIP Agency. The Canadian Agent for CUSIP Global Services is the Canadian Depository for Securities Limited (CDS). All applications by Canadian issuers for a CUSIP number must be made through CDS. The following is the prescribed procedure to ensure that the CUSIP is issued expeditiously:

A request in letter form should be sent to the attention of:

The Canadian Depository for Securities Limited

85 Richmond Street West

Toronto, Canada  M5H 2C9

(416) 365-3552

The request should contain the following information:

Name of the Company

Head office and registered office address of the company

Law and date of incorporation

Page **52** of **75**

CONFIDENTIAL

FRSI00454374

Authorized and issue capital for all classes authorized

Description of security for which the number is being requested

Nature and description of the offering to be made

For name changes, provide both the old and new names

Exchange(s) Issue is intended to be listed on


The following documentation, where applicable, in draft form, must be included with the request:

Preliminary Prospectus

Rights Offering Circular

Information Circular

Statement of Material Facts

Articles of Amendments in the case of reclassifications, reorganizations, or name changes

Final copies of the above documentation, where applicable, must be filed with CDS when available. Processing of the request will not be delayed pending receipt of the final copy.

Payment for service is in Canadian dollars, payable to the Canadian Depository for Securities Limited.


### *TBA Securities*

TBAs are futures contracts on mortgage-backed pools.  Working with the MBSCC, CUSIP Global Services developed a specialized numbering scheme for TBA (To Be Announced)) mortgage-backed securities.

TBA CUSIPs incorporate, within the number itself, a security's mortgage type (Ginnie Mae, Fannie Mae, Freddie Mac), coupon, maturity and settlement month.

TBA Algorithm:

| Position 1-2 | Product Code (e.g. Single Family Mortgage, Balloon, etc.) | Position 7 | Maturity |
| --- | --- | --- | --- |
| Position 3 | Type of Mortgage (Ginnie Mae, Fannie Mae, Freddie Mac) | Position 8 | Settlement Month |
| Position 4-6 | Coupon | Position 9 | Check Digit |

Page **53** of **75**

CONFIDENTIAL

FRSI00454375

*Private Placements*

The National Association of Insurance Commissioners (NAIC) in October 1988 mandated the use by insurers of a uniform private placement number (PPN) to identify such investments in their annual statements filed with State Regulatory Authorities. CUSIP Global Services was selected by the NAIC to create, assign and administer the PPN system primarily for the Insurance Industry.

CUSIP Global Services may, from time to time, review this list and add or delete as is deemed appropriate. Although the foregoing describes those items included in the CUSIP System, subscribers may be interested to know that the following items, because of their short life or special status are not normally assigned CUSIP numbers:  CUSIP numbers have not been assigned to Fractional Shares and small local over-the-counter issues.  In addition, no distinction is made between shares trading when issued and regular way (exception where redemption of certificates is required).

*International Issues*

For securities actively traded on an international basis which are either underwritten (debt issues) or domiciled (equities) outside the United States and Canada, the security will be identified by a CINS (CUSIP International Numbering System) identifier.  This number was developed in 1988 in response to the North American securities industry's need for a 9-character identifier of international securities.

CINS numbers employ the same Issuer (6 character)/Issue (2 character & check digit) concept espoused by the CUSIP Numbering System.  It is important to note that the first position of a CINS code is always represented by an alpha character, signifying the Issuer's country code (domicile) or geographic region:

| | | | | | |
|---|---|---|---|---|---|
| A = Austria | E = Spain | J = Japan | N = Netherlands | S = South Africa | W = Sweden |
| B = Belgium | F = France | K = Denmark | P = South America | T = Italy | X = Europe—Other |
| C = Canada | G = United Kingdom | L = Luxembourg | Q = Australia | U = United States | Y = Asia |
| D = Germany | H = Switzerland | M = Mid-East | R = Norway | V = Africa—Other | |

**THE CUSIP NUMBERING SYSTEM**

Page **54** of **75**

CONFIDENTIAL

FRSI00454376

The CUSIP number consists of nine characters: a base number of six characters known as the issuer number, the 4th, 5th and/or 6th position of which may be alpha or numeric and a two character suffix (either numeric or alphabetic or both) known as the issue number. The ninth character is a check digit which is described later.

**Issuer Number**

A single alphabetical file of corporate, municipal, and government issuers has been developed, and an issuer number of six characters has been assigned to each in alphabetical sequence. One number will be assigned to an issuer, except in those few cases where the issue numbers are not sufficient to accommodate all outstanding issues with their various rates and maturities, such as U. S. Governments and certain municipalities or states. In such instances, one or more additional issuer numbers will be assigned.

*Gapping Factors:* Gapping factors have been incorporated throughout the numbering system to allow for future file expansion; these are described more fully below.

*Provision for Overflow:* Issuer numbers (900 to 989 in each group of 1,000 numbers) have been reserved for overflow. These overflow numbers will be assigned in ascending sequence to any new issuer that cannot be accommodated at the proper alphabetical position in the preceding group of issuer numbers. Such names are always in a positively identifiable position as the number assigned will contain a 9 in the hundreds position.

*Issuer Numbers Reserved for Internal Use:* Issuer numbers (990 to 999 and 99A to 99Z in each group of 1,000 numbers) have also been reserved for the user's own purpose. This permits a user to assign an issuer number to any issuer which might be relevant to his holdings but which does not qualify for coverage under the CUSIP numbering system. Other issuer numbers (990000 to 999999 and 99000A to 99999Z) are also reserved for the user so that they may be assigned to non-security assets or for other internal operating purposes. Thus, with the addition to at least two numeric digits in the issue number field, a minimum of three million numbers is available to the user for numbering internal miscellaneous assets.

The alphabetic character Z in the 5th or 6th position has been reserved for use by the Canadian Depository for Securities.

The following chart illustrates the assignment of CUSIP issuer numbers.

ILLUSTRATION OF ASSIGNMENT OF CUSIP ISSUER NUMBERS

|  | Issuer Number |
| --- | --- |
|  | 000000 |
|  | 000001 |
| Not Assignable | 000002 |
| 1st Issuer Number Assigned | 000003 |
| 2nd Issuer Number Assigned | 000004 |
| 3rd Issuer Number Assigned | 000020 |
| etc. | |
| 112th Issuer Number Assigned | 000892 |

CONFIDENTIAL

FRSI00454377

| | | | |
|---|---|---|---|
| | 000900 | | |
| Reserved for Overflow | to | | |
| | 000989 | | |
| | 000990 | | 00099A |
| Reserved for User's Internal Use | to | and | to |
| | 000999 | | 00099Z |
| 113th Issuer Number Assigned | 001000 | | |
| 114th Issuer Number Assigned | 001008 | | |

**The Issue Number**

The issue number uniquely identifies each individual issue of an issuer. (Each individual rate and maturity is considered a separate issue for numbering purposes.) The issue number consists of two numeric characters when assigned to equity securities and two alphabetic characters—or one numeric and one alphabetic character—when assigned to fixed income securities (this permits the user to differentiate between issues in the two groups).

Issue numbers are assigned in sequence as each issue is originated. However, in the setting up of the CUSIP numbering system and in the assignment of numbers to issues then in existence, numbers were assigned on the basis of rate and maturity and no consideration was given to the original date of issue.

**Issue Numbers for Equity Securities:** The first issue number for an issuer's equity securities is 10 (blanks in the issue number position indicate this is an issuer; in some cases only an issuer number has been assigned—as additional information is gathered, it will be added to the CUSIP file). The unit position of the equity number is used to identify rights, warrants and so on and is assigned on an as-available basis. When there are insufficient tens positions available for all individual issues, the necessary additional numbers are found through the use of the first open two-position digit in reverse sequence starting with 88 and assigned in descending order. (see illustration below) Issue numbers 00-09 are reserved for future use.

*Options:* Issue number 01 has been designated to identify options for an issuer.

*Overflow Linkage:* Issue Number 89 will be reserved for overflow linkage and will not be assigned to a specific issue.

**Issue Numbers for Fixed Income Securities:** The issue number assigned to an issuer's fixed income securities may consist of two alphabetic characters (AA etc.), one alphabetic character followed by one digit (A2 etc.), or one digit followed by one alphabetic character (2A etc.), assigned in that order. A separate issue number is assigned to each rate and/or maturity for each issue of bonds—thus a serial bond having 40 different maturities is assigned 40 separate issue numbers—but general obligations of a municipality having the same issue date, rate and maturity are normally assigned the same number regardless of purpose. The alphabetic letter I and numeric 1 as well as the alphabetic O and numeric zero are not used in the assignment of issue numbers to fixed income securities.

*Overflow Linkage:* Issue Number 9Z will be reserved for overflow linkage and will not be assigned to a specific use.

Page **56** of **75**

FRSI00454378

**Issue Numbers Reserved for Internal Use:** Issue Numbers 90 through 99 in the equity group, and 9A through 9Y in the fixed income group, are reserved for the user specifically for assignment to those issues of an eligible issuer where no CUSIP issue number has been assigned.

ILLUSTRATION OF THE ASSIGNMENT OF CUSIP ISSUE NUMBERS

|  | Issuer Number | Issue Number |
|---|---|---|
| ABC RAILROAD CORP | 003761 | |
| Equity Issues | | |
| Com | | 10 |
| RT | | 11 |
| PFD 5% | | 20 |
| PFD 3.75% | | 30 |
| PFD 1st Ser 6%. | | 40 |
| PFD 2nd Ser 6% | | 50 |
| CL A | | 60 |
| PFD Ser A Conv 5% | 70 | |
| PFD Ser B Conv 5% | 80 | |
| PFD $3.50 | | 88 |
| PFD 7.24% | | 87 |
| Fixed Income Issues | | |
| 1st Cons Mtg 4% 10/01/1999 AA | | |
| Sub Income Deb 5.25% 11/15/2000 | | AB |
| Sub Deb Conv 4.75% 06/01 /2005 | | AC |
| Equip Tr Ser 70 7.75% 08/01 /2008 | | AD |
| Equip Tr Ser 72 7.00% 11/01/2010 | | AE |

CHECK DIGIT

In data transmission, when accuracy of the number may represent the only means of identification, the use of a check digit becomes mandatory as it provides the means of mathematically determining the accuracy of the whole number transmitted. For this reason it is necessary to use the full nine digits of the CUSIP code.

Page **57** of **75**

CONFIDENTIAL

FRSI00454379

A check digit based on the Modulus 10 Double Add Double technique will be assigned to each CUSIP security number. Modulus 10 was selected over the other systems because it provides the greatest degree of reliability without the loss of any available numbers.

The illustrations below will clarify the manner of calculation of a Modulus 10 Double Add Double check digit.

Illustration 1

Issuer Number 837649     Issue Number 12

| 8 | 3 | 7 | 6 | 4 | 9 | | 1 | 2 |
|---|---|---|---|---|---|---|---|---|
| x 1 | x 2 | x 1 | x 2 | x 1 | x 2 | | x 1 | x 2 |
| 8 | 6 | 7 | 12 | 4 | 18 | | 1 | 4 |

Thus, 8 + 6 + 7 + 1 + 2 + 4 + 1 + 8 + 1 + 4 = 42

The complement of the last digit of the sum becomes the check digit. The complement of 2 is 8; therefore, the CUSIP number with optional check digit would appear as  837649     12     8

---

In the calculation of the check digit, alphabetic characters will be assigned a numeric value. The letter A will be 10; and the value of each subsequent letter will be the preceding letter's value incremented by 1. Normally, validation of the number would be made internally within a computer, using a relatively simple program.

Illustration 2

Issuer Number 392690     Issue Number QT

| 3 | 9 | 2 | 6 | 9 | 0 | | 26 (Q) | 29 (T) |
|---|---|---|---|---|---|---|---|---|
| x 1 | x 2 | x 1 | x 2 | x 1 | x 2 | | x 1 | x 2 |
| 3 | 18 | 2 | 12 | 9 | 0 | | 26 | 58 |

Thus, 3 + 1 + 8 + 2 + 1 + 2 + 9 + 0 + 2 + 6 + 5 + 8 = 47; the complement of

7 is 3, and the CUSIP number with check digit would appear  392690  QT  3

---

CONFIDENTIAL                                                    FRSI00454380

To avoid confusion, the fixed income issue number assignments have omitted the alphabetic I and numeric 1 as well as the alphabetic O and numeric zero. However, in the check digit computation described above, the value of Z is 35.

A check digit has also been computed for Issuers assigned a six-character issuer number.

**Alpha characters and their equivalent numerical values:**

Alphabetic characters are assigned a numeric value. The letter A will be 10; and the value of each subsequent letter will be the preceding letter's value incremented by 1:

| | | | | | |
|---|---|---|---|---|---|
| A = 10 | F = 15 | K = 20 | P = 25 | U = 30 | * = 36 (PPN System) |
| B = 11 | G = 16 | L = 21 | Q = 26 | V = 31 | @ = 37 (PPN System) |
| C = 12 | H = 17 | M = 22 | R = 27 | W = 32 | # = 38 (PPN System) |
| D = 13 | I = 18 | N = 23 | S = 28 | X = 33 | |
| E = 14 | J = 19 | O = 24 | T= 29 | Y = 34 | |
| | | | | Z = 35 | |

**THE CUSIP DESCRIPTIVE SYSTEM**

As well as developing a standard method for identifying issuers and issues (i.e. the CUSIP numbering system just discussed), the CUSIP Committee also developed a standard security description system to provide for a consistent and concise description of an issue for use throughout the securities industry.

This descriptive system provides that each security shall be uniformly identified with a description which includes the following three elements of data arranged in the order shown:

1. The CUSIP number (i.e. the nine character issuer and issue number with check digit);

2. The issuer's name in a standard abbreviated form;

3. The description of the issue.

Page **59** of 75

FRSI00454381

The details of the specifications for the uniform issuer's name and description of the issue follows.

GENERAL SPECIFICATIONS FOR SECURITY DESCRIPTIONS

All security descriptions shall be based on the following specifications, except where common industry usage differs. These exceptions are indicated throughout by reference to custom dictating a deviation from the specified standard. CUSIP Global Services will be the final authority as to the interpretation of custom.

There shall be one standard name description for an issuer, and this description shall be used for all issues of that issuer. Although the complete descriptions of all issues of an issuer presently outstanding may fit within the prescribed description format without the need for abbreviation, there is no guarantee that future issues will. Therefore, in order to provide for possible expanded descriptions, the rules for abbreviations outlined herein shall be mandatory, rather than permissive.

The maximum length of a complete security description (issuer and issue data) shall be one hundred and twenty (120) characters, including spaces. It shall be structured to produce a description of no more than four (4) lines of thirty (30) characters each.

The last word of a line shall not be split or hyphenated. For the purpose of this rule, rates and dates shall be considered as single words.

ILLUSTRATION:

    4.50%

    06/06/1995

Punctuation marks, including parentheses, hyphens, and other special characters shall not be used in the

issuer or issue description except when specifically required by these specifications.

ILLUSTRATION:

| rates | $4.50 | 4.50% |
|-------|-------|-------|
| dates | 07/15/1995-2000 | |
| dollars | $ | |

A space shall be substituted whenever a punctuation mark or special character is dropped unless the

resulting description would be ambiguous.

ILLUSTRATION:

    B/G Foods Company        Twenty-Nine Palms, California

    *becomes*        *becomes*

    B G FOODS CO        TWENTY NINE PALMS CALIF

    A space will always be used in an issuer's name whenever it also appears in the issuer's legal name.

Page **60** of **75**

FRSI00454382

ILLUSTRATION:

       MAC DONALD CO

       LA SALLE BUILDING CO

The words a, of, and in shall always be omitted from the description. The word the shall also

always be omitted from the description except when custom dictates that the is the prime word for alphabetic sequencing of the issuer name.

ILLUSTRATION:

| | |
|---|---|
| The Commonwealth Airlines Company of New York | The Dalles, Oregon |
| *becomes* | *becomes* |
| COMMONWEALTH AIRLS CO N Y | THE DALLES ORE |

One space shall separate all words within the issuer's name and issue description.

ILLUSTRATION:

| | |
|---|---|
| A. & C. Company First Mortgage 3-1/2% due March 1, 1995 | The M.A. Abbot Company Preferred |
| *becomes* | Convertible $4.25 |
| A & C CO 1ST MTG 3.50%  03/01 /1995 | *becomes* |
| | ABBOTT M A CO PFD CONV $4.25 |

**RULES CONCERNING THE ISSUER'S NAME**

The description of the issuer's name shall conform to the following rules. However, under certain circumstances, in order to comply with the basic requirement of fitting the description within 120 characters (4 lines of 30 characters each), these rules may be amended at the discretion of CUSIP Global Services.

The first word of the issuer's name after rearrangement (that is, the word that determines the alphabetic segment in which the issuer will be filed) generally will not be abbreviated except if it is a compound word and custom dictates its abbreviation or it is the only word which can be logically abbreviated to fit the full description within the maximum number of lines.

ILLUSTRATION:

| | |
|---|---|
| The Saint Louis Glass Company | City of Saint Paul, State of Minnesota |
| *becomes* | *becomes* |

Page **61** of 75

CONFIDENTIAL

FRSI00454383

ST LOUIS GLASS CO                                    ST PAUL MINN

When two or more of the terms company, incorporated, corporation, and limited appear at the end of a name the first of the terms will be eliminated unless more than one is required to distinguish between two separate issuers or an ampersand or the word and immediately precedes the two terms.

ILLUSTRATION:

Berry Brake Company Incorporated                    Parsons and Company Incorporated

*becomes*                                           *becomes*

BERRY BRAKE INC                                     PARSONS & CO INC

ABC Company Limited                                 R. Hoe & Company Incorporated

*and*                                               *becomes*

ABC Company Incorporated                            HOE & CO INC

*becomes*

ABC LTD

*and*

ABC INC

Compound words will be considered as one word. They will not be rearranged and will be abbreviated only

when they appear as other than the first word except when, as previously stated, custom dictates otherwise.

ILLUSTRATION:

ST LOUIS

NEW YORK

DEL RAY BEACH

WEST PALM BEACH

When all or a portion of an issuer name is comprised of single letters, with or without punctuation marks, packed (unspaced) or unpacked (spaced), each letter will be treated as a separate word and the issuer name will be sequenced accordingly. However, when a title is comprised of packed letters that are by custom pronounceable, these will be treated and sequenced as one word.

ILLUSTRATION:

A.M.D.G.            —printed A M D G          —sequenced A M D G

ACD                 —printed ACD              —sequenced A C D

SCM                 —printed SCM              —sequenced S C M

Page **62** of **75**

CONFIDENTIAL                                                          FRSI00454384

| ABEX | —printed ABEX | —sequenced ABEX |
| AMP | —printed AMP | —sequenced AMP |

An exception to this rule will be when the legal title uses the letters U. S. to indicate United States. These will be treated as if the full words were used.

When an issuer name includes a number in alpha form, the alpha form will be used when it is the first word, and the entire number will be treated as if it were a single word. When the issuer's corporate title is numerically expressed it will appear in that form. However, such numeric names will be sequenced as though they were alphabetic.

ILLUSTRATION:

The Two George Street Company                    1010 Corporation

 *becomes*                                                        *becomes*

TWO GEORGE STR CO                              1010 CORP

18 Jones Street Company              *but will be sequenced as*

*becomes*                                            ONE THOUSAND TEN CORP

18 JONES STR CO

*but will be sequenced as*

EIGHTEEN JONES STR CO

Words such as city, town, or village will be omitted from a governmental issuer's name whenever they are used as a descriptive designation to a place name except when they are required to distinguish between two similar issuers or custom dictates their usage. The related state name, in its standard abbreviated form, will be added. The word township, in its abbreviated form, when it appears, will always be included.

ILLUSTRATION:

City of Akron                                    Oklahoma City, Oklahoma

*becomes*                                          *becomes*

AKRON OHIO                                      OKLAHOMA CITY OKLA

New York City                                    New City, New York

*becomes*                                          *becomes*

NEW YORK N Y                                    NEW CITY N Y

Kansas City, Missouri                            Bernards Township, New Jersey

*becomes*                                          *becomes*

KANSAS CITY MO                                  BERNARDS TWP N J

Page **63** of **75**

FRSI00454385

The word ''county,'' abbreviated in a governmental issuer's name, will always be shown. The related state name in its standard abbreviated form will be added. For the state of Alaska, the word ''BOROUGH'' is equivalent to county and will always be shown in its abbreviated form. For the state of Louisiana, the word ''PARISH'' is the equivalent of county and will always be shown.

ILLUSTRATION:

Los Angeles County, California                      La Salle Parish, Louisiana

*becomes*                                           *becomes*

LOS ANGELES CNTY CALIF            LA SALLE PARISH LA

North Star Borough, Alaska

*becomes*

NORTH STAR BORO ALASKA

Special district, revenue, or authority designations in a governmental issuer's name will always be preceded by its appropriate geographic place name except where custom dictates otherwise. The related state name in its standard abbreviated form will be included, except when its presence would be redundant or confusing.

ILLUSTRATION:

Union Free School District Number 1 Huntington, New York     Water Revenue City of Detroit,   Michigan

*becomes*                                                    *becomes*

HUNTINGTON N Y UN FREE SCH DIST NO 1            DETROIT MICH WTR REV

Port of New York Authority

*becomes*

PORT N Y AUTH

No more than two place names followed by ETC will be used in a governmental issuer's name when more than three multiple place names appear. When an additional name is required to distinguish one issuer from another only the one additional place name, which will provide this uniqueness, will be added.

ILLUSTRATION:

Towns of Kirkland, New Hartford, Whitestown, Marshall, Westmoreland, Vernon, and Paris Central School

District Number 1, New York

*becomes*

KIRKLAND NEW HARTFORD ETC N Y CENT SCH DIST NO 1

Towns of Whitestown, Marcy, Deerfield Central School District Number 1, New York and Towns of

Whitestown, Marcy, Floyd, Rome Central School District Number 1, New York

Page **64** of **75**

FRSI00454386

*becomes*

WHITESTOWN MARCY DEERFIELD ETC N Y CENT SCH DIST NO 1

*and*

WHITESTOWN MARCY FLOYD ETC N Y CENT SCH DIST NO 1

Words such as state, commonwealth, or republic in a governmental issuer name will be used in their standard abbreviated form when they appear as a descriptive designation to a place name. The word state in its abbreviated form, will be substituted for the word commonwealth for those states (Massachusetts, Pennsylvania, and Virginia) that use this descriptive designation.

ILLUSTRATION:

| | |
|---|---|
| Commonwealth of Puerto Rico | Republic of France |
| *becomes* | *becomes* |
| PUERTO RICO COMWLTH | FRANCE REP |
| Commonwealth of Pennsylvania | State of New York |
| *becomes* | *becomes* |
| PENNSYLVANIA ST | NEW YORK ST |

The state name, in its abbreviated form, will directly follow its related place name regardless of the sequence in which it normally appears in the issuer name.

ILLUSTRATION:

Pasadena Area Junior College District of California

*becomes*

PASADENA CALIF AREA JR COLLEGE DIST


Southern School District of Delaware

*becomes*

SOUTHERN SCH DIST DEL

Prefixing initials, first names, or descriptive words will always follow the basic name except where custom dictates otherwise, and will be sequenced accordingly.

ILLUSTRATION:

J. P. Stevens Company

*becomes*

Page **65** of **75**

FRSI00454387

STEVENS J P CO

Walt Disney Productions

*becomes*

DISNEY WALT PRODTNS

The issuer name for all United States and Canadian banks and trust companies will be followed by the city and state or province, abbreviated, in which the legal address of the bank or trust company is located, except where the city, state, or province is part of the actual issuer name.

ILLUSTRATION:

Union County Trust Company

*becomes*

UNION CNTY TR CO ELIZABETH N J

Albuquerque National Bank

*becomes*

ALBUQUERQUE NATL BK N MEX

When a corporate issuer's (other than banks and trust companies) name is not by itself sufficient to make it unique in relation to other present issuers having the same name, the place of incorporation will be added.

ILLUSTRATION:

Empire Life Insurance Company (Incorporated in California)

   *and*

Empire Life Insurance Company (Incorporated in Ontario)

*becomes*

EMPIRE LIFE INS CO CALIF

   *and*

EMPIRE LIFE INS CO ONT

When a legal name of a foreign corporation is expressed in both its English and native equivalent, only the

English version will be used as the issuer name.

ILLUSTRATION:

Chemcell Limited—Chemcell Ltee

*becomes*

Page **66** of **75**

CONFIDENTIAL

FRSI00454388

CHEMCELL LTD

Canadian Salt Company Limited—La Societe Canadienne de Sel Ltee

*becomes*

CANADIAN SALT LTD

Special-purpose mutual funds, issued by the same legal entity, will be considered as separate issues rather than separate issuers.

ILLUSTRATION:

Channing Shares, Inc. Balanced Fund Shares

*and*

Channing Shares, Inc. Growth Fund Shares

*becomes*

Issuer:    CHANNING SHS INC

Issue:    BALANCED FD SHS

GROWTH FD SHS

National Securities Series Balanced Series

National Securities Series Bond Series

National Securities Series Growth Stock Series

*becomes*

Issuer:    NATIONAL SECS SER

Issue:    BALANCED SER

BOND SER

GROWTH STK SER

**RULES CONCERNING THE DESCRIPTION OF AN ISSUE**

The description of the issue will contain the following elements of information in the sequence indicated, depending on the type of security being described:

Page **67** of **75**

FRSI00454389

| Equity | Fixed Income |
|--------|--------------|
| > Class—common, preferred, etc. | Currency of issue, if required |
| | Type—mortgage, debenture, collateral, trust, equipment |
| | trust, etc |
| | Purpose, if required. |
| Modifier words such as refunding, prior, first, etc. | Same |
| (in standard abbreviated form) shall precede the class | |
| or type. The modifier word ''convertible shall follow | |
| the class—type, series, etc., and immediately precede | |
| the rate or conversion date, if required. | |
| > — | Dated date, (municipal issue date; corporate if available) |
| > Series designation, if any | Same, if required |
| > Par value, if required | — |
| > Dividend rate, if stated | Rate |
| > Expiration date, it any | Maturity, including optional date if any. |

The description of an issue shall conform to the following rules. However, under certain circumstances, in order to comply with the basic requirement of fitting the description within 120 characters (4 lines of 30 characters each), these rules may be amended at the discretion of CUSIP Global Services.

**A.** The word common'' will always be substituted for the word capital in describing that particular equity class.

ILLUSTRATION:

> Empire Aircraft Company Capital

> *becomes*

> EMPIRE AIRCRAFT CO COM

Supplemental modifier words such as cumulative, non-cumulative, dividend, non-dividend, redeemable, non-redeemable, part paid, or stamped will always be omitted from the issue description except when they are required to distinguish between two otherwise identical issues.

Series designations:

CONFIDENTIAL

When an issue's series is designated alphabetically or numerically, it will be prefixed by the  abbreviation for series.

ILLUSTRATION:

Series F

*becomes*

SER F

When an issue's series is designated by a date, it will be prefixed by the abbreviation for series or

dated, as appropriate. When the word series is used, the year only will be included, expressed in two digits. When dated date is used, the day (expressed in two digits), month (expressed in two digits), and year (expressed in four digits), will be included except when the dated date is prior to 1900, in which case the year will be expressed in 4 digits. Issues dated prior to 1968 will carry the year only (2 digits).

When the phrase series of (date) indicates the maturity date of the issue, the series date shall be omitted.

ILLUSTRATION:

Series 1935

*becomes*

SER 35

Date July 8, 1948

*becomes*

DTD 07/08/48

Dated dates will be included for all state and local governmental issues and U. S. Government

Savings Bonds, ''E'' and ''H'' series. For all other issues, an issue date will be included if available.

ILLUSTRATION:

City of Chicago General Obligations Dated April 1, 1960 4-1/2% due April 1, 1995

*becomes*

CHICAGO ILL DTD 04/01/60 4.50% 04/01/1995

ABC Corporation Debentures Dated July 1, 1962 5% due July 1, 1995

*becomes*

ABC CORP DEB DTD 07/01/62 5% 07/01/1995

ABC Corporation Debentures Dated September 1, 1962 5% due July 1, 1993

*becomes*

Page **69** of **75**

ABC CORP DEB DTD 09/01/62 5% 07/01/1993

If the issue has both a series and a date or dated date designation, the series designation will be

omitted, unless it provides the only method of distinguishing one issue from another. In this case, the series designation will follow the date or dated date.

ILLUSTRATION:

Mohawk Valley Railroad Company Equipment Trust Certificate Series No. 1, 1956 4% due July 1, 1995

*and*

Mohawk Valley Railroad Company Equipment Trust Certificate Series No. 2, 1956 4% due July 1, 1995

*becomes*

MOHAWK VALLEY RR CO EQUIP TR CTF SER 56 NO 1 4% 07/01/1995

*and*

MOHAWK VALLEY RR CO EQUIP TR CTF SER 56 NO 2 4% 07/01/1995

Par value will not be included in issue descriptions except when it is necessary to distinguish different issues and separate CUSIP issue numbers have been assigned. All capital changes involving an exchange of certificates will require the assignment of a new issue number. Where both the security surrendered and the security received are of the same class, the par value, if different, will appear in the new issue description as the unique identifier. The term NEW'' will appear in the new issue description when the par does not change.

When different rates are applicable at different times for an issue, the description shall include the existing rate followed by the date(s) on which the rate(s) will change, followed by the new rate(s). The year will be expressed by two digits. A short or long coupon indication will not be included in the description when the rate is the same. Interest payment dates are not included as part of the description.

ILLUSTRATION:

ABC Corporation Debentures 4% to July 1, 1990 5% thereafter due January 1, 1995

*becomes*

ABC CORP DEB 4% 07/01/90 5% 01/01/1995

Rates will always be expressed in dollars or as a decimal percentage. Fractions will be converted to their decimal form with a maximum of three decimal places, rounded off to the nearest thousandth. Zero cents and zero decimals will be omitted from full dollar or percentage rates. The following symbols will be used in expressing rates: %, $, and decimal point (.).

ILLUSTRATION:

4-1/4% becomes 4.25%

4-1/8% becomes 4.125%

3-2/3% becomes 3.667%

CONFIDENTIAL

FRSI00454392

$4.25 remains $4.25

4.20% remains 4.20%

$4.00 becomes $4

4.00% becomes 4%

**G.** Conversion features will be indicated by use of the abbreviation CONV and will appear immediately

before the rate. Even in those cases where the conversion features become effective at a date after the issuance, this date will not be included and only the term ''CONV'' will appear.

ILLUSTRATION:

ABC Corporation Convertible Debenture 4-1/2% due August 1, 1995

*becomes*

ABC CORP DEB CONV 4.50% 08/01 /1995

Maturity dates will always be expressed in this sequence: month, day, year. They will appear as the last item in the description. The word ''due'' will be omitted. Such dates shall always be written as two numeric characters for month, two numeric characters for day, and four numeric characters for year.  To facilitate reading, diagonals shall be inserted after month and day.

ILLUSTRATION:

due February 1, 2005

*becomes*

2/01/2005

Optional maturity dates for United States Treasury on obligations, the year only, will be added to the maturity date, preceded by a hyphen (-).

ILLUSTRATION:

due January 15, 2014 optional 2009

*becomes*

01/15/2014-09

The currency, in abbreviated form, will be indicated if the principal value is payable in other than U.S. dollars.  If the principal values of two otherwise identical issues are payable in different currencies, the issues will be assigned different issue numbers. If an issue is payable in either U.S. dollars or another currency, at the option of the holder, it will be described as if it were payable only in U.S. dollars.

ILLUSTRATION:

Quebec Hydro Electric Power Commission  5-1/4%  Debentures due October 1, 1995 issued

and Payable in Canadian Funds

Page **71** of **75**

CONFIDENTIAL

FRSI00454393

*becomes*

QUEBEC HYDRO ELEC PWR COMMN CDN4 DEB 5.25% 10/01/1995

The abbreviation PERP shall appear in lieu of maturity date for perpetual bonds.

Callable dates, feature, or the word callable will be excluded from the description except as indicated in paragraph 1 or when necessary to distinguish between otherwise identical issues.

The description of rights, warrants, et cetera, will show only the abbreviation for the word right or warrant. Expiration dates for the warrants will be shown in the same format as a maturity date prefixed by the abbreviation EXP. The issuer name of the issue to which the holder can subscribe will be included if it is different than the actual issuer of the warrants. Once a number is assigned for short-term (less than 1 year) rights it will be retained permanently to provide for future issues.

ILLUSTRATION:

Abacus Manufacturing Company Rights to Subscribe to 1/10 Share Common Expires July 1, 1991

*becomes*

ABACUS MFG CO RTS

Consolidated Oil and Gas Company Warrants to Purchase ¼ Share Worldwide Energy Company

Limited Expires

*becomes*

CONSOLIDATED OIL & GAS CORP WT PUR COM WORLDWIDE ENERGY LTD EXP

07/20/1995

A combination issue, bonds or stock with warrants attached, or a unit certificate consisting of a common and   preferred interest, etc., will contain the description of each element as it would be shown if they were separate issues.  The description of a unit certificate will also include the principal amount or the number of shares of the separate components.

ILLUSTRATION:

Commonwealth Airlines Company Convertible Debentures 3% due July 1, 1995 with warrants expiring

July 1, 1997 to subscribe to ½ share Common attached

*becomes*

COMMONWEALTH AIRLS CO WW DEB CONV 3% 07/01/1995

Commonwealth Grain Warehouse Company Unit Certificate for one share 4-3/4% Preferred and two shares

Common

*becomes*

COMMONWEALTH GRAIN WHSE CO UNIT 1 PFD 4.75% 2 COM

Page **72** of **75**

Purpose will not appear in the description of a governmental issuer general obligation except where a separate issue number has been assigned. The term general obligation will always be omitted from the description.

The word ordinary abbreviated, will be substituted for the word bearer when that word appears as the only issue description for an equity issue of a foreign corporation.

ILLUSTRATION:

> Dresdner Bank Algemeine Bearer
>
> *becomes*
>
> DRESDNER BK AG ORD

**CONVENTIONS**

*1. Security Description*

CUSIP Security Description Systems states that one space shall separate all words within the issuer's name and issue description. To conserve space, the issuer title appears first in the Directory followed by all the related issues. Valid CUSIP descriptions, however, must combine the issuer and issue description.

For example, this Directory listing:

> McGRAW HILL INC
>
>> COM
>>
>> PREF CONV $1.20
>>
>> PFD CONV $5.50
>>
>> SUB DEB CONV 3.875% 05/01/1992

*becomes*

> MCGRAW HILL INC COM
>
> MCGRAW HILL INC PREF CONV $1.20
>
> MCGRAW HILL INC PFD CONV $5.50
>
> MCGRAW HILL INC SUB DEB CONV
>
>> 3.875% 05/01/1992

*2. New Public Housing Authorities*

Users should be aware that all Federally secured housing authority bonds are located under the geographic place name followed by New Public Housing Authority

Non-Federally secured (local issues) housing authorities have only the ''Housing Authority.'' For example these two unique issuers:

Page **73** of 75

BOSTON MASS HOUSING AUTHORITY

BOSTON MASS NEW PUBLIC HOUSING AUTHORITY

**3. Dated Dates**

Dated dates for municipal issues prior to the publication of the first Directory may include only the year of issue. From 1969 forward, the dated date will include the month, day and year. Where there are two or more identical coupon and maturity dates listed, the item numbers marked with an asterisk carry more recent issue dates.

Dated dates for corporate issues are provided on issues dated after 8/1 /89 where available.

**4. When Issued and Capital Changes**

A single issue number will be assigned to an individual issue even though it is being traded on both a normal settlement, and when issued basis. However, when separate market values are quoted for both a normal and when-issued delivery, the reporting service should provide both values with an appropriate qualifying indication so that the user can determine which one he wishes to utilize. *In addition, a user within his own system may indicate a when-issued condition on a trade or a holding through the use of an auxiliary or special transaction code*. New numbers are not assigned to reflect stock splits or dividends. However, a capital change requiring exchange of certificates (i.e. reverse split), results in assignment of a new number.

**5. Cross Referencing—Name Changes**

Information on corporate mergers, acquisitions, and name changes begins with changes that occurred in 1969. No attempt has been made to gather this information for corporate mergers and name changes prior to 1969, but the CUSIP file will be maintained with relevant cross reference information from the date of publication forward. Name changes which alter the alphabetic sequence of the issuers will necessitate assignment of new numbers. The old numbers will be cross-referenced with information lines.

An attempt has been made to record special information lines recording large school district consolidations, and debt assumptions. Accordingly, notices of major consolidations appear throughout the file.

*Please contact products@cusip.com for assistance*

*February 7, 2023*

CONFIDENTIAL

FRSI00454396