# EXHIBIT 41





# *CUSIP Licensing*

# **Redacted – Privileged**

HIGHLY CONFIDENTIAL

ABA-0000026779



**CUSIP Licensing**

## <u>What is a License?</u>

A permission granted by competent authority to engage in a business or occupation or in an activity otherwise unlawful *(Merriam Webster Online)*

44

*Standard & Poor's*

HIGHLY CONFIDENTIAL

ABA-0000026780



# CUSIP Licensing

CUSIP copyright and trademark is owned by the American Bankers Association ("ABA"), legal opinions in the US and Europe reinforce this.

Vendors (MSCI, Bloomberg, Reuters, Thomson, etc.) agree that CUSIP Numbers are the intellectual property of the ABA and have placed CUSIP License requirement language in their vendor agreements.

"Fair and Equitable" – ABA mandates that firms of the same size and similar business should pay similar fees.

> Redacted – Privileged

"CUSIP and CSB-ISIN FAQs" document created to help explain rationale for CUSIP Licensing.

45

*Standard & Poor's*

HIGHLY CONFIDENTIAL

 **CUSIP Licensing**

## Product v. License

Product – Firm receives CUSIP service and updates directly from CUSIP

License – No direct delivery of service provided by CUSIP Service Bureau.. Firm is satisfied with their present vendor for the delivery of CUSIP service, but the firm must enter into a Licensing agreement to receive CUSIP service from the vendor.

## CUSIP Data to be Licensed

CUSIP          ex. IBM          459200101

CINS           ex. Reuters      G7540P109

CSB-ISIN       ex. IBM          US**4592001014**

(ISINs not issued by the CUSIP Service Bureau are not subject to a CUSIP License)

46

*Standard & Poor's*

HIGHLY CONFIDENTIAL

ABA-0000026782

# CUSIP Licensing

CUSIP's legal justification for licensing comes from the maintenance of a Compilation or Database of CUSIP numbers. We do not license the transactional use of CUSIP numbers – just the maintenance of a CUSIP database by the client.

The Minimum number of CUSIP numbers in a database which would trigger the requirement of a CUSIP license is 500. If a firm databases less than 500 CUSIPs, then no fee is charged.

*Standard & Poor's*

HIGHLY CONFIDENTIAL

ABA-0000026783



# CUSIP Licensing

CUSIP needs a completed Use of Service Statement to classify a prospective client – cannot quote a price without one.

**End User** – Internal Use. Internal use shall mean access and use of the Service by a single business unit within the client organization.

**Institutional** – Any client who intends on using the Service for internal identification and/or security processing for end users or customers outside the firm. This includes custody and clearing firms. Redacted – Privileged

Redacted – Privileged

Redacted – Privileged

**Distributor** – Resell or provide look up access to either the entire, or a subset of, the CUSIP database Redacted – Privileged

**Redacted – Privileged**

**Enterprise** – Very large firm, usually with one site, but either has multiple business lines (Asset management, Custody, Private Banking and Trading Departments, etc.) and/or own other companies Redacted – Privileged

**Redacted – Privileged**

Redacted – Privileged

Redacted – Privileged

**Global** – Similar to Enterprise, but includes multiple sites, for example U.S., Europe, Asia, etc.

Redacted – Privileged

# Redacted – Privileged

*Standard & Poor's*

HIGHLY CONFIDENTIAL

ABA-0000026784



# CUSIP Licensing

## License Pricing

CUSIP License pricing is determined by matching a firm's CUSIP usage - from the CUSIP Use of Service Statement - with the CUSIP product their database would be the equivalent of

**Example: A client stores 20,000 CUSIPs on their system, one site, small firm, all equities**

Step 1      CUSIP Use of Service Statement is filled out by client and sent to CUSIP Support

Step 2      <u>CUSIP Classification</u>  CUSIP classifies firm as End User / Institutional / Redistributor / Enterprise / Global. This determination is made by Harry Lopez or Kevin Swanson based on information provided by client on the CUSIP Use of Service Statement and external research.

Step 3      <u>CUSIP Usage</u>  If CUSIP Usage is under 10,000, then look to the prices segmented by numbers of securities – Up to 2,500 / Up to 5,000 / Up to 10,000. If usage is greater than 10,000, then go to the CUSIP Product List. Global and Enterprise are not on the CUSIP Product List.

Step 4      Price Quote is Determined.

           Small Firm, One Site = **End User**

           Over 10,000, All Equities = **CUSIP Master Equities-only**

           **CUSIP Master Equities-only End User = <u>$21,375</u>**

*Standard & Poor's*

HIGHLY CONFIDENTIAL

ABA-0000026785

 **CUSIP Licensing**

## <u>Goal - Increased Transparency</u>

<u>Steps Taken</u>

**Redacted – Privileged**

- CUSIP and CSB-ISIN FAQs document created and posted to www.cusip.com website.

- CUSIP Prices disclosed and posted to website.

- Hypothetical CUSIP Users with Sample CUSIP Use of Service Statements posted to website.

**Redacted – Privileged** - Personalized CUSIP License letters sent to prospects explaining our rationale for licensing.

**Redacted – Privileged**

50

*Standard & Poor's*

**Redacted – Privileged**

ABA-0000026786

**Redacted – Privileged**

HIGHLY CONFIDENTIAL

ABA-0000026787