# EXHIBIT 54

From: "Nagle, Robert" <robert.nagle@cusip.com>
To: "Hunter, Dave" <dave.hunter@cusip.com>
Subject: RE ██████████████
Date: Tue, 24 May 2022 21:08:57 +0000
Importance: Normal
Attachments: CUSIP_5000_extractor_5.24.22.xlsx

---

Here's my spreadsheet. ████████████████████████

████████████████████████████████████████████ ███████████████

████████████████████████████████

Please let me know any questions.

thanks

**Robert K. Nagle, CFA**
CUSIP Global Services | Associate Director
CGS Data Licensing & Compliance
T: 212.438.3382  M: 917.841.7934


**From:** Hunter, Dave <dave.hunter@cusip.com>
**Sent:** Tuesday, May 24, 2022 4:49 PM
**To:** Nagle, Robert <robert.nagle@cusip.com>
**Subject:** RE: ████████████████

████████████████████████████████████ I thought you had a spreadsheet.

Best,

Dave

**David C. Hunter**
CUSIP Global Services | Director
CGS Data Licensing & Compliance
T: 212.438.6597 M: 732.796.8811



**From:** Nagle, Robert <robert.nagle@cusip.com>
**Sent:** Tuesday, May 24, 2022 4:26 PM
**To:** Hunter, Dave <dave.hunter@cusip.com>
**Subject:** RE: █████████████

████████████████████████████████████████

**Background:**
- ████████████████████████████████████████████

**Outreach Campaign:**

CONFIDENTIAL

FRSI01596435

**[REDACTED]**

Summary:

**Redacted – Privileged**

**[REDACTED]**

**Robert K. Nagle, CFA**
CUSIP Global Services | Associate Director
CGS Data Licensing & Compliance
T: 212.438.3382  M: 917.841.7934

**From:** Hunter, Dave <dave.hunter@cusip.com>
**Sent:** Tuesday, May 24, 2022 2:44 PM
**To:** Nagle, Robert <robert.nagle@cusip.com>
**Subject:** RE: **[REDACTED]**

Hi Rob,

**[REDACTED]**

Best,

Dave

**David C. Hunter**
CUSIP Global Services | Director
CGS Data Licensing & Compliance
T: 212.438.6597 M: 732.796.8811

**From:** Nagle, Robert <robert.nagle@cusip.com>
**Sent:** Tuesday, May 24, 2022 1:47 PM
**To:** Hunter, Dave <dave.hunter@cusip.com>
**Subject:** RE: **[REDACTED]**

Hi Dave,
Attached is the summary I had recently put together for Jeff.

**Redacted – Privileged**

CONFIDENTIAL



Redacted – Privileged

**Robert K. Nagle, CFA**
CUSIP Global Services | Associate Director
CGS Data Licensing & Compliance
T: 212.438.3382  M: 917.841.7934

**From:** Hunter, Dave <dave.hunter@cusip.com>
**Sent:** Tuesday, May 24, 2022 1:19 PM
**To:** Nagle, Robert <robert.nagle@cusip.com>
**Subject:** FW: █████████
**Importance:** High

Redacted – Privileged

**David C. Hunter**
CUSIP Global Services | Director
CGS Data Licensing & Compliance
T: 212.438.6597 M: 732.796.8811

**From:** Preiss, Scott <scott.preiss@cusip.com>
**Sent:** Tuesday, May 24, 2022 1:16 PM
**To:** Mitnick, Jeffrey <Jeffrey.mitnick@cusip.com>; Hunter, Dave <dave.hunter@cusip.com>; Bastian, Matthew
<matthew.bastian@cusip.com>
**Cc:** Fahy, Roger <roger.fahy@cusip.com>
**Subject:** FW: ████████

Redacted – Privileged

Scott J. Preiss
Senior Vice President, Global Head
CUSIP Global Services
Operated for the American Bankers Association by
FactSet Research Systems Inc.

90 Park Ave | 7th Floor New York, NY 10016
Main Office: 877-287-4737
Mobile: 646-645-3608
www.cusip.com

**From:** Tab Stewart <tstewart@aba.com>
**Sent:** Tuesday, May 24, 2022 11:48 AM
**To:** Preiss, Scott <scott.preiss@cusip.com>; Fahy, Roger <roger.fahy@cusip.com>
**Subject:** █████████████

EXTERNAL MESSAGE

Two quick questions gentlemen.

██████████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████████

Best, Tab

CONFIDENTIAL

# Withheld for Privilege

HIGHLY CONFIDENTIAL

FRSI01596439