# EXHIBIT 61

**From:** "Nagle, Robert" <robert.nagle@cusip.com>

**To:** "Hunter, Dave" <dave.hunter@cusip.com>

**Subject:** 

**Date:** Sat, 27 Mar 2021 22:14:40 +0000

**Importance:** Normal

**Attachments:** 

I put together a couple overview slides.. please let me know what you think

thanks

**Robert K. Nagle, CFA**
Associate Director - CGS Data Licensing & Compliance
CUSIP Global Services
Operated for the American Bankers Association by
S&P Global Market Intelligence
55 Water Street, 43rd Floor
New York, NY 10041
Tel: 212.438.3382 |                    Fax: 212.438.6578
robert.nagle@cusip.com



HIGHLY CONFIDENTIAL

FRSI00192330

# Document Produced in Native Format

HIGHLY CONFIDENTIAL

FRSI00192331





# Overview

Rob Nagle                                    3/25/21

CUSIP ® Committee on Uniform Security Identification Procedures. CUSIP is a registered trademark of the American Bankers Association. CUSIP Global Services is managed on behalf of the American Bankers Association by S&P Global Market Intelligence.

## : Overview





# Next Steps







Appendix

# Financial Projection – ROI Analysis



