# EXHIBIT 65

**From:** "Chan, Dowson" <dowson.chan@cusip.com>
**To:** [redacted]
**Subject:** RE: Access to ISIN/CUSIP in [redacted] - Proposal & Paper Work
**Date:** Thu, 04 Mar 2021 03:41:26 +0000
**Importance:** Normal
**Inline-Images:** image003.png; image018.jpg; image019.jpg; image020.jpg; image021.jpg; image022.jpg; image023.jpg; image024.jpg; image025.png; image026.png; image027.jpg; image028.jpg; image029.jpg; image004.jpg; image005.jpg

---

Hi [redacted]

Just quick check if your have executed the agreement. Please let me know if you have any questions.

If you have signed on it, please send me a pdf copy to proceed. Thanks!

Best regards,

Dowson Chan

CUSIP Global Services
T +65 6530 6438 | M +65 9177 5788
www.cusip.com
-

**From:** Chan, Dowson
**Sent:** Monday, February 22, 2021 11:11 AM
**To:** [redacted]
**Subject:** RE: Access to ISIN/CUSIP in [redacted] Proposal & Paper Work

Thanks, [redacted]

Please find the agreement attached. Fyi, I have updated the Effective Date to 1st March 2021.

To proceed, please sign on both documents and send me a pdf copy.

Best regards,

Dowson Chan

CUSIP Global Services
T +65 6530 6438 | M +65 9177 5788
www.cusip.com
-



**From:** [REDACTED]
**Sent:** Monday, February 22, 2021 10:56 AM
**To:** Chan, Dowson <dowson.chan@cusip.com>; [REDACTED]
**Subject:** RE: Access to ISIN/CUSIP in [REDACTED] - Proposal & Paper Work

EXTERNAL MESSAGE

Ok to sign. Please send the agreement. Thanks.

**From:** Chan, Dowson <dowson.chan@cusip.com>
**Sent:** Monday, February 22, 2021 9:55 AM
**To:** [REDACTED]
**Subject:** RE: Access to ISIN/CUSIP in [REDACTED] - Proposal & Paper Work

Hi [REDACTED]

Kung Hei Fat Choy! Wish you a Prosperous Year of the Ox!

I'd like to follow up on your concerns on the CGS Agreement. Please let me know if you still have the concerns and we can further discuss. If you are fine to proceed, please kindly sign on the CGS Agreement and send me a pdf copy.

Best regards,

Dowson Chan

CUSIP Global Services
T +65 6530 6438 | M +65 9177 5788
www.cusip.com
-

**From:** Chan, Dowson
**Sent:** Wednesday, January 20, 2021 10:48 AM
**To:** [REDACTED]
**Subject:** RE: Access to ISIN/CUSIP in [REDACTED] - Proposal & Paper Work

Hi [REDACTED]

I'd like to follow up if you still have a concern on the notice period. Please let me know if you'd agree to proceed or require further discussions.

Best regards,

Dowson Chan

CUSIP Global Services
T +65 6530 6438 | M +65 9177 5788
www.cusip.com
-



**From:** Chan, Dowson
**Sent:** Wednesday, January 6, 2021 5:51 PM
**To:** [REDACTED]
**Subject:** RE: Access to ISIN/CUSIP in [REDACTED] Proposal & Paper Work

Hi [REDACTED]

Thanks for your clarification. Appreciate it very much!

Please understand that the CGS License in on annual basis and the fee is fixed during the term. If there is no change in your usage, the only window for CGS to adjust your fee is at your renewal.

Due to the volume of CGS Licensees, we have to rely on standard terms. All licensees, from central banks to small shops, are subject to the same 30-day term with no exception. If you want to plan your budget ahead, you can ask me for a renewal quote 3 months, or even 6 months, prior to renewal. I can confirm the renewal term for you.

Alternatively, the CGS License Fee is standardized and transparent. There is a CGS License Fee Calculator available in the CGS Website, https://www.cusip.com/services/license-fees.html#/licenseStructure. The Calculator is current with the latest licensing fee scheme. You can always check the calculator to see if there is any change.

Just for your reference, CGS Management does review our cost and fee structure on regular basis. However, the CGS Licensing Fee Scheme is very stable. CGS only have 1 fee scheme adjustment in the last 11+ years. There was a [REDACTED] price increase in 2019. I can't promise, but the chance of another fee scheme revision in the next 1 or 2 years is thin.

I hope this has addressed your concern. Let me know if you still have questions.

Best regards,

**Dowson Chan**

CUSIP Global Services
T +65 6530 6438 | M +65 9177 5788
www.cusip.com
-

S&P Global

**From:** [REDACTED]
**Sent:** Tuesday, January 5, 2021 6:17 PM
**To:** Chan, Dowson <dowson.chan@cusip.com>; [REDACTED]
**Subject:** RE: Access to ISIN/CUSIP in [REDACTED] Proposal & Paper Work

EXTERNAL MESSAGE

Hi Dowson,

It's the second issues. If there is going to be a change, I need time to seek approval from the Fund's board for a new expense that was budgeted for.

Regards,

**From:** Chan, Dowson <dowson.chan@cusip.com>
**Sent:** Tuesday, January 5, 2021 5:33 PM
**To:**
**Subject:** RE: Access to ISIN/CUSIP in - Proposal & Paper Work

Hi

May I understand of your exact concern?

1. Are you concerned of future usage change and leads to a fee paying license? Or,

2. You concerned about a future price scheme revision and CGS may start charging for your license even if your usage remain unchanged?

Please kindly clarify.

Best regards,

Dowson Chan

CUSIP Global Services
T +65 6530 6438 | M +65 9177 5788
www.cusip.com
-

**From:**
**Sent:** Tuesday, January 5, 2021 11:13 AM
**To:** Chan, Dowson <dowson.chan@cusip.com>;
**Subject:** RE: Access to ISIN/CUSIP in Proposal & Paper Work

EXTERNAL MESSAGE

Dowson,

As previously discussed, I'd like to increase the notice period of price changes to 3 months.

I'm happy to speak to your supervisor or senior management on this. Like you, I'm keen to put this matter to rest.

Regards,

**From:** Chan, Dowson <dowson.chan@cusip.com>
**Sent:** Tuesday, January 5, 2021 8:31 AM
**To:**
**Subject:** RE: Access to ISIN/CUSIP in - Proposal & Paper Work

Hi

Happy New Year! Trust you have a good start for 2021!

I'd like to follow up from our last conversation on the CGS License. Please understand that our firm's access to CGS Identifier has been pending for CGS's approval since last September. We need to conclude your case asap. Please let me know how you'd like to proceed.

If you have further questions, please kindly let me know.

Best regards,

Dowson Chan

CUSIP Global Services
T +65 6530 6438 | M +65 9177 5788
www.cusip.com
-

S&P Global

**From:** Chan, Dowson
**Sent:** Wednesday, December 16, 2020 12:37 PM
**To:** [REDACTED]
**Subject:** RE: Access to ISIN/CUSIP in [REDACTED] Proposal & Paper Work

Hi [REDACTED]

You are certainly not the first or the only one raised such request. Please understand that almost all institutions (from central banks to small shops) around the world are our clients. We have to rely on standardized terms and systematic processes, or it will be very messy to administrate.

The CGS License Fee is standardized and transparent. There is an online license fee calculator available in the CGS Website, https://www.cusip.com/services/license-fees.html#/licenseStructure.

You can always refer to the online fee calculator to obtain an indicative quote for planning ahead your budget if you foresee any change in your usage.

I hope this has addressed your concerns. Let me know if you have further comments.

Best regards,

Dowson Chan

CUSIP Global Services
T +65 6530 6438 | M +65 9177 5788
www.cusip.com
-

S&P Global

**From:** [REDACTED]
**Sent:** Wednesday, December 16, 2020 11:43 AM
**To:** Chan, Dowson <dowson.chan@cusip.com>; [REDACTED]
**Subject:** RE: Access to ISIN/CUSIP in [REDACTED] Proposal & Paper Work

EXTERNAL MESSAGE

Dowson,

Ok – I can accept an annual contract. However, I believe three months' notice of a price change is not unreasonable and what we have in place with almost all of our service providers.

The argument that the contract is fixed and not subject to negotiation is unreasonable. Have you raised this internally to your legal team or supervisor?

Regards,

---

**From:** Chan, Dowson <dowson.chan@cusip.com>
**Sent:** Wednesday, December 16, 2020 11:41 AM
**To:**
**Subject:** RE: Access to ISIN/CUSIP in Proposal & Paper Work

Hi 

Thanks for your feedback.

Please understand that the CGS License is only on annual basis. We'll review your usage case annually to ensure your license scope remains current and relevant to your business requirements.

Also, the CGS Agreement is standardized across all Subscribers around the world. All CGS Licensees are subject to the same terms & conditions. We are not in the position to alter any of the agreement terms.

I hope you would understand.

Best regards,

Dowson Chan

CUSIP Global Services
T +65 6530 6438 | M +65 9177 5788
www.cusip.com

-

S&P Global

---

**From:**
**Sent:** Wednesday, December 16, 2020 10:56 AM
**To:** Chan, Dowson <dowson.chan@cusip.com>
**Subject:** RE: Access to ISIN/CUSIP in - Proposal & Paper Work

EXTERNAL MESSAGE

Hello Dowson,

Thanks for the documents. I'd like to make two changes to the agreement:

1. Increase the term to 3 years
2. CUSIP needs to provide 3 months' notice of any increase in license fees.

Thanks,

---

**From:** 
**Sent:** Tuesday, December 15, 2020 10:20 AM
**To:** Chan, Dowson <dowson.chan@cusip.com>; 
**Subject:** RE: Access to ISIN/CUSIP in  Proposal & Paper Work

They are now under Derek's review.

---

**From:** Chan, Dowson <dowson.chan@cusip.com>
**Sent:** Tuesday, December 15, 2020 8:31 AM
**To:** 
**Subject:** RE: Access to ISIN/CUSIP in - Proposal & Paper Work

Hi 

Thanks for your questions. These 2 terms are of normal meanings. Below are some definitions for your reference.

Subscription:
https://www.google.com/search?q=subscription+meaning&rlz=1C1GCEB_enHK927HK927&oq=subscription+meaning&aqs=chrome.0.0i457j0l7.5387j1j7&sourceid=chrome&ie=UTF-8

Services:
https://www.google.com/search?q=services+meaning&rlz=1C1GCEB_enHK927HK927&oq=services+mean&aqs=chrome.0.0i67i457j69i57j0l6.3862j1j7&sourceid=chrome&ie=UTF-8

Let me know if you have any questions.

Best regards,

Dowson Chan

CUSIP Global Services
T +65 6530 6438 | M +65 9177 5788
www.cusip.com
-

**From:** [redacted]
**Sent:** Monday, December 14, 2020 4:40 PM
**To:** Chan, Dowson <dowson.chan@cusip.com>; [redacted]
**Subject:** RE: Access to ISIN/CUSIP in [redacted] Proposal & Paper Work

EXTERNAL MESSAGE

Hi Dowson,

What is the difference between subscription and services?

[redacted]

**From:** Chan, Dowson <dowson.chan@cusip.com>
**Sent:** Monday, November 30, 2020 8:31 AM
**To:** [redacted]
**Subject:** RE: Access to ISIN/CUSIP in [redacted] Proposal & Paper Work
**Importance:** High

Hi [redacted]

Thanks for finalizing the UoSS. Please find a proposal on the CGS License based on the use case in your UoSS.

> **Product:** CUSIP Master Update Service License Via Third Party Vendors ("CGS License")
> The license grants [redacted] a non-transferable license to access, store, and use CGS Data received directly from CGS and/or any of CGS' licensed third party vendors, as described in the CUSIP Use of Service Statement ("UOSS") dated 19th November 2020. The license is solely and exclusively [redacted] [redacted] covering the use and territories outlined in the UOSS.
>
> **Subscriber:** [redacted]
> **Business Line:** Asset Management
> **Size of CGS Database:** Under 500 CGS Identifiers
> **Types of Instruments:** Stocks / Equities
> **Geographic Region:** APAC (Hong Kong)
> **License Type:** Internal use only
>
> **License Fee:** Waived*
> *Fee waived provided access to and usage of database containing CGS Data remains below 500 unique CGS identifiers.

Please find the CGS License Agreement attached for your execution. The CGS License Agreement set consists of 2 documents, namely the CGS Subscription Agreement and the CGS Services Attachment. These are the standard agreement applying to all licensees around the world. Let me know if you have any questions.

To proceed, please e-mail me a scanned copy of the signed CGS Agreement set.

Btw, CGS supports eSignature on agreements. If you agree to eSign the CGS Agreement, please let me know and I'll send the eSignature details to you.

Best regards,

Dowson Chan

CUSIP Global Services
T +65 6530 6438 | M +65 9177 5788
www.cusip.com
-

CUSIP GLOBAL SERVICES S&P Global

From: [redacted]
Sent: Friday, November 27, 2020 10:24 AM
To: Chan, Dowson <dowson.chan@cusip.com>; [redacted]
Subject: RE: Access to ISIN/CUSIP in [redacted]

EXTERNAL MESSAGE

Hi Dowson,

Please see the signed form.

[redacted]

From: Chan, Dowson <dowson.chan@cusip.com>
Sent: Wednesday, November 25, 2020 9:38 AM
To: [redacted]
Subject: RE: Access to ISIN/CUSIP in [redacted]

Thanks for your confirmation, [redacted] Appreciate it very much!

We are good to proceed. Could you arrange signature on the UoSS and send me a scanned pdf copy for the next step.

Best regards,

Dowson Chan

CUSIP Global Services
T +65 6530 6438 | M +65 9177 5788
www.cusip.com
-

CUSIP GLOBAL SERVICES S&P Global

From: [redacted]
Sent: Wednesday, November 25, 2020 9:31 AM
To: Chan, Dowson <dowson.chan@cusip.com>; [redacted]
Subject: RE: Access to ISIN/CUSIP in [redacted]

EXTERNAL MESSAGE

Noted. Will follow this calculation methodology, and confirmed our traded securities over the 12 month period is below 500.

[redacted]

**From:** Chan, Dowson <dowson.chan@cusip.com>
**Sent:** Tuesday, November 24, 2020 4:13 PM
**To:** [REDACTED]
**Subject:** RE: Access to ISIN/CUSIP in [REDACTED]

H[REDACTED]

Thanks for checking with Enfusion. Appreciate it very much!

It appears that you'll be able to check the usage from your end. For your scenario, you probably can review your trade book for the last 12 months and count all the CGS Identifiers of your traded securities over the 12-month period. We can accept it as good.

Let me know if you have any questions, if you require assistance.

Best regards,

Dowson Chan

CUSIP Global Services
T +65 6530 6438 | M +65 9177 5788
www.cusip.com

-

CUSIP GLOBAL SERVICES S&P Global

**From:** [REDACTED]
**Sent:** Monday, November 23, 2020 11:14 AM
**To:** Chan, Dowson <dowson.chan@cusip.com>; [REDACTED]
**Subject:** RE: Access to ISIN/CUSIP in [REDACTED]

EXTERNAL MESSAGE

Dowson,

[REDACTED]

Is there any reason we need to further dig into this issue as we only occasionally query ISIN in their security master when we can confirm the # of active positions (globally) is below 500?

[REDACTED]

**From:** Chan, Dowson <dowson.chan@cusip.com>
**Sent:** Friday, November 20, 2020 11:04 AM
**To:** [REDACTED]
**Subject:** RE: Access to ISIN/CUSIP in [REDACTED]

Hi [REDACTED]

Hosted solutions maintain segregated data segments for each client. Enfusion is an CGS Authorized Distributor. Please kindly check with your Enfusion representative. They will be in a position to advise you on the number of CGS

Identifiers maintained for supporting your firm.

Best regards,

Dowson Chan

CUSIP Global Services
T +65 6530 6438 | M +65 9177 5788
www.cusip.com

-

---

**From:** [REDACTED]
**Sent:** Friday, November 20, 2020 8:39 AM
**To:** Chan, Dowson <dowson.chan@cusip.com>; [REDACTED]
**Subject:** RE: Access to ISIN/CUSIP in [REDACTED]

EXTERNAL MESSAGE

Hi Dowson,

If you are talking about storage of ISIN, then zero is the number. We don't store any of them.

We can't control whether our vendor Enfusion store their ISIN or CUSIP. We can query them when we need but rarely do so. I don't think we can ask Enfusion to remove ISIN from their security master which is shared across clients. Make sense?

---

**From:** Chan, Dowson <dowson.chan@cusip.com>
**Sent:** Friday, November 20, 2020 8:31 AM
**To:** [REDACTED]
**Subject:** RE: Access to ISIN/CUSIP in [REDACTED]

Hi [REDACTED]

Thanks for the updated UoSS. Appreciate it very much!

Regarding your answer to Question 7, please note that the number of CGS Identifiers should include all unique CGS Identifiers stored in your internal/hosted system/database, not only your active holdings. Please refer to the below CGS Identifier Counting Guideline.

How to count the number of CGS Identifiers?

- The count should include all CGS Identifiers (except defunct and matured more than 1 year ago) regardless of where they are situated, to which a subscriber needs access in order to operate any part of their business. This definition applies whether the database is maintained directly by the subscriber or is maintained by a third party on behalf of, or for the benefit of, a subscriber.
    - For example: Subscriber may maintain a database (internal or outsourced) of 5,000 CGS Identifiers which reflects only those in which it holds, or at one time held, a position. However, if subscriber needs access to a pool of 30,000 CGS Identifiers in order to select those 5,000, it is the pool of 30,000 that should be counted.

- Conversely, if a subscriber receives a datafeed that includes 100,000 CGS Identifiers, but the pool from which they select CGS Identifiers to database is limited to only 10,000, then the count should be 10,000.

Please kindly revise your count accordingly. Let me know if you require further clarification.

Best regards,

Dowson Chan

CUSIP Global Services
T +65 6530 6438 | M +65 9177 5788
www.cusip.com
-

S&P Global

---

**From:** [REDACTED]
**Sent:** Thursday, November 19, 2020 5:24 PM
**To:** Chan, Dowson <dowson.chan@cusip.com>; [REDACTED]
**Subject:** RE: Access to ISIN/CUSIP in [REDACTED]

EXTERNAL MESSAGE

Hi Dowson,

I have amended the form. Please review if you have further questions.

With regards to your question about how we come up with the CGS Identifier count, we know our active # of positions are less than 500.

[REDACTED]

---

**From:** Chan, Dowson <dowson.chan@cusip.com>
**Sent:** Thursday, November 19, 2020 8:31 AM
**To:** [REDACTED]
**Subject:** RE: Access to ISIN/CUSIP in [REDACTED]

Hi [REDACTED]

Sorry for not able to revert to you earlier. My PC was broken and has just be fixed.

Thanks for filling in the UoSS. I have a few points that need your clarification. Please refer to the below.

Question 5:

- This refers to all vendor services that your firm receive CGS Identifier from.
- Please review if there are additional vendors besides Bloomberg.

Question 4:

- This refers to the delivery methods for your vendor services listed in Question 5
- Here is a quick description on the various delivery methods.

- **Desktop API** – On-demand download of data on vendor terminals/web portals. This normally refers to Excel Plug-in, the Copy & Paste function, etc.
- **Server API** – On-demand server-to-server data calls.
- **File Download** – Portfolio based data file delivery, normally via FTP or e-mail.
- **Bulk Feed** – Full universe data file download.
- **Through an outsourced Database** – Cloud or Hosted database/system maintained by vendors/service providers.
- **Other** – Any delivery methods other than the above.

Question 7 (Check Boxes):

- May I know how did you come up with the CGS Identifier count? Our active position count.

Question 8:

- This refers to the locations of your business operations, instead of the markets you cover.
- Please review your answer accordingly.

Please kindly review the above and update the UoSS as appropriate. Let me know if you have any questions on the above points.

Best regards,

Dowson Chan

CUSIP Global Services
T +65 6530 6438 | M +65 9177 5788
www.cusip.com

S&P Global

**From:** [redacted]
**Sent:** Friday, November 06, 2020 2:21 PM
**To:** Chan, Dowson <dowson.chan@cusip.com>; [redacted]
**Subject:** RE: Access to ISIN/CUSIP in [redacted]

EXTERNAL MESSAGE

Dowson,

Here it is.

Regards,

[redacted]

**From:** Chan, Dowson <dowson.chan@cusip.com>
**Sent:** Thursday, November 5, 2020 8:31 AM
**To:** [redacted]
**Subject:** RE: Access to ISIN/CUSIP in [redacted]

Hi [redacted]

I'd like to follow up on our CGS discussion. I hope you have checked with your vendors and investigated internally. Please let me know if you require any clarifications or if there is anything I can assist.

I look forward to hearing from you soon!

Best regards,

Dowson Chan

CUSIP Global Services
T +65 6530 6438 | M +65 9177 5788
www.cusip.com
-

**From:** Chan, Dowson
**Sent:** Wednesday, October 14, 2020 8:31 AM
**To:**
**Subject:** RE: Access to ISIN/CUSIP in

Hi

Trust everything is well and the typhoon yesterday didn't disrupt much!

I'd like to follow up on our last conversation on the CGS License arrangement. Please let me know if you have any questions.

If you have drafted the UoSS, please kindly share with me. I'll provide you feedback if clarification is needed. Thanks!

Best regards,

Dowson Chan

CUSIP Global Services
T +65 6530 6438 | M +65 9177 5788
www.cusip.com
-

**From:** Chan, Dowson
**Sent:** Monday, October 05, 2020 9:45 AM
**To:**
**Subject:** RE: Access to ISIN/CUSIP in

Hi

Thank you very much for your time speaking with me earlier this morning. I hope you have got a better idea on CGS Identifiers and the licensing arrangement.

Please find a few points from the CGS Licensing FAQs relevant to our discussion.

**What are CGS Identifiers?**

i. "CUSIP (Committee on Uniform Security Identification Procedures) Identifier"
A 9-character alpha-numeric identifier assigned for issuers and their financial instruments offered in the U.S. and Canada.

ii. "CGS CINS (CUSIP International Number System) Identifier"
A 9-character alpha-numeric identifier that uses the same 9-character format as CUSIP identifiers and is the local identifier of more than 30 non-North American markets.

iii. "CGS ISIN (International Securities Identification Number) Identifier"
A 12 character global identifiers assigned by CGS in its role as National Numbering Agency for the United States and substitute National Numbering Agency for selected countries. The ISO Prefixes for CGS ISINs are as follows: US, CA, KY, BM, VI, VG, UM, TT, SR, GS, SX, VC, MF, LC, KN, BL, PR, PH, PW, MP, FM, YT, MH, HT, GY, GU, GD, DM, CW, BQ, BZ, BS, AW, AG, AI, AS

- In Asia Pacific, ISIN and CUSIP are the most commonly used security identifiers among institutions. If your firm is using ISIN and CUSIP, you may focus on ISIN as it covers CUSIP and you won't double count. In our license conversation, we'll focus on CGS ISIN, the subset of ISIN with the above mentioned ISO Prefixes, only.

**When does a firm need to enter into a license agreement with CGS?**

- A license agreement with CGS is required when an end-user wishes to obtain access to an electronic download, datafeed or similar capability to retrieve CGS Data in bulk format of CUSIP standard numbers, CUSIP standard descriptions, CGS ISIN, CGS CINs numbers, and other information about financial instruments - either directly from CGS or indirectly through one of CGS's many Authorized Distributors. Authorized Distributors are data vendors or information providers who have entered into distribution agreements with CGS to distribute or otherwise make available CGS Data to end-user customers.
- A license agreement with CGS is also required when an end-user's database that contains CUSIP Data is updated, maintained and/or operated by an Authorized Distributor, regardless of whether such end-user's database is located internally at the end-user's site or maintained and/or updated on the end-user's behalf at the Authorized Distributors' site or other third-party site.

**What is the CGS Licensing Process?**

Below are the 3 main steps before we conclude a CGS License with [REDACTED]

1. Fill in the Use of Service Statement (or UoSS), attached, by [REDACTED] – This is a questionnaire for describe how your firm's access and use of CGS Identifiers. The UoSS will form the basis of your License Scope.
2. CGS License Proposal, by CGS – After the UoSS is filled in and discussed, CGS will prepare an appropriate license proposal to cover the described use case and scope.
3. Paper work, by both [REDACTED] and CGS – To formalize the licensing process.

I hope you'd find the above points helpful.

As for the next step, please kindly fill in the attached UoSS. You may send a draft copy for my review and feedback. Let me know if I can walk through the questions with you.

Best regards,

**Dowson Chan**

CUSIP Global Services
T +65 6530 6438 | M +65 9177 5788
www.cusip.com

-

**From:** Chan, Dowson
**Sent:** Wednesday, September 30, 2020 8:41 PM
**To:** [REDACTED]
**Cc:** [REDACTED]
**Subject:** RE: Access to ISIN/CUSIP in [REDACTED]

Hi [REDACTED]

Sure. Invite has been sent to [REDACTED]

I look forward to speaking with you both on Monday. Have a great long weekend!

Best regards,

Dowson Chan

CUSIP Global Services
T +65 6530 6438 | M +65 9177 5788
www.cusip.com
-
CUSIP GLOBAL SERVICES S&P Global

**From:** [REDACTED]
**Sent:** Wednesday, September 30, 2020 8:23 PM
**To:** Chan, Dowson <dowson.chan@cusip.com>
**Cc:** [REDACTED]
**Subject:** RE: Access to ISIN/CUSIP in [REDACTED]

EXTERNAL MESSAGE

Hi Dowson,

Would you mind including [REDACTED] our COO in the call and send him the invite as well? Thanks

[REDACTED]

**From:** Chan, Dowson <dowson.chan@cusip.com>
**Sent:** Wednesday, September 30, 2020 9:53 AM
**To:** [REDACTED]
**Subject:** RE: Access to ISIN/CUSIP in [REDACTED]

Hi [REDACTED]

Sure, next Monday at 9:00am works with me. Can I have your direct number, or should I provide a dial in?

Best regards,

Dowson Chan

CUSIP Global Services
T +65 6530 6438 | M +65 9177 5788

www.cusip.com

-

---

**From:** [REDACTED]
**Sent:** Wednesday, September 30, 2020 8:28 AM
**To:** Chan, Dowson <dowson.chan@cusip.com>
**Subject:** RE: Access to ISIN/CUSIP in [REDACTED]

EXTERNAL MESSAGE

Hi Dowson,

A bit tied up today. What about 9am next Monday?

[REDACTED]

---

**From:** Chan, Dowson <dowson.chan@cusip.com>
**Sent:** Tuesday, September 29, 2020 7:28 PM
**To:** [REDACTED]
**Subject:** RE: Access to ISIN/CUSIP in [REDACTED]

Hi [REDACTED]

Thanks for your reply.

Sure, let's have a quick call to discuss. Would you let me know of your schedule, say tomorrow?

Best regards,

Dowson Chan

CUSIP Global Services
T +65 6530 6438 | M +65 9177 5788
www.cusip.com

-

S&P Global

---

**From:** [REDACTED]
**Sent:** Tuesday, September 29, 2020 7:20 PM
**To:** Chan, Dowson <dowson.chan@cusip.com>
**Subject:** RE: Access to ISIN/CUSIP in [REDACTED]

EXTERNAL MESSAGE

Hi Dowson,

Thanks for reaching out.

Can we jump on a call on this?

[REDACTED]

**From:** Chan, Dowson <dowson.chan@cusip.com>
**Sent:** Monday, September 28, 2020 8:31 AM
**To:** [REDACTED]
**Subject:** Access to ISIN/CUSIP in [REDACTED]

Dear [REDACTED]

Hope all is well. By way of introduction, my name is Dowson Chan from CUSIP Global Services (CGS) in APAC responsible for managing relationships for all CUSIP-related services including data licensing, back office database solutions, and identifier mapping solutions.

The reason I am contacting you is that it has come to our attention that your organization has or intends to have access to and use of CGS Data (comprised of CUSIPs, CINS, CGS ISINs and related descriptive data) through one or more of our authorized distributors (e.g. Bloomberg, Refinitiv, MSCI, S&P, etc.). You may refer to the relevant CGS/CUSIP language in your data vendor subscription agreements and seek advice from your vendor representatives on the CGS arrangement. **Such CGS data delivery is pending for CGS approval/authorization. I'd like to start a conversation with your organization to understand your use case. If CGS Identifier is not required, I'll simply close the case. Otherwise, I'll arrange an appropriate license to cover your access.**

As background, CGS is a business unit within S&P Global Market Intelligence and has been managing the CUSIP System on behalf of the American Bankers Association (ABA) since 1968. CGS has an exclusive license to: (a) identify and register issuers and issues of securities and financial instruments within a standard framework, and (b) disseminate this data to the financial marketplace via various commercial database services. CGS distributes its services by both direct means (services supplied to clients by CGS) and indirect means (via authorized distributors). CGS has invested significantly and continues to invest in, and provide resources to, assigning, compiling, arranging, maintaining, updating and distributing this proprietary identifier database (including the related descriptive data) and the CGS database is protected under various intellectual property laws.

What are CGS Identifiers :

i. CUSIP (Committee on Uniform Security Identification Procedures) Identifier:
A 9-character alpha-numeric identifier assigned for issuers and their financial instruments offered in the U.S. and Canada.

ii. CGS CINS (CUSIP International Number System) Identifier:
A 9-character alpha-numeric identifier that uses the same 9-character format as CUSIP identifiers and is the local identifier of more than 30 non-North American markets.

iii. CGS ISIN (International Securities Identification Number) Identifier:
A 12 character global identifiers assigned by CGS in its role as National Numbering Agency for the United States and substitute National Numbering Agency for selected countries. The ISO Prefixes for CGS ISINs are as follows: US, CA, KY, BM, VI, VG, UM, TT, SR, GS, SX, VC, MF, LC, KN, BL, PR, PH, PW, MP, FM, YT, MH, HT, GY, GU, GD, DM, CW, BQ, BZ, BS, AW, AG, AI, AS

Kindly see our FAQs on our website here : https://www.cusip.com/cusip/cgs-license-fees.htm

I am trying to locate the appropriate person within your organization to work through this licensing process (if not yourself), preferably someone within a compliance, technology, operations, or market data role, who can assist with better understanding the current use of CGS data within the organization. **Would you be the appropriate person to**

**discuss and work through this CGS licensing process?** I'd suggest a quick call with yourself, or the appropriate person, for giving you a better idea on the arrangement and understanding your use case. Then, I'll be able to advise on the next step.

I look forward to hearing back from you soon.

Best regards,

**Dowson Chan**
Director – Asia Pacific

CUSIP Global Services
(Operated for the American Bankers Association by S&P Global Market Intelligence)
12 Marina Boulevard, #23-01 Tower 3, Marina Bay Financial Centre, Singapore 018982
T +65 6530 6438 | M +65 9177 5788 | F +65 6438 2320
www.cusip.com

JOIN US ONLINE

---

The information contained in this message is intended only for the recipient, and may be a confidential attorney-client communication or may otherwise be privileged and confidential and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, please be aware that any dissemination or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by replying to the message and deleting it from your computer. S&P Global Inc. reserves the right, subject to applicable local law, to monitor, review and process the content of any electronic message or information sent to or from S&P Global Inc. e-mail addresses without informing the sender or recipient of the message. By sending electronic message or information to S&P Global Inc. e-mail addresses you, as the sender, are consenting to S&P Global Inc. processing any of your personal data therein.