# EXHIBIT 75

**From:** "Preiss, Scott" <scott.preiss@cusip.com>
**To:** "Breakstone, Warren" <warren.breakstone@spglobal.com>
**Subject:** RE: Bloomberg / FIGI background for 2:30 call
**Date:** Fri, 01 Nov 2019 14:24:18 -0000
**Importance:** Normal

Exhibit p - 144
02/05/2025

---

[redacted]

Scott J. Preiss
Managing Director, Global Head - CGS
CUSIP Global Services
Operated for the American Bankers Association by
S&P Global Market Intelligence
55 Water Street, 43rd Fl.
New York, N.Y.  10041

[redacted]

---

**From:** Breakstone, Warren <warren.breakstone@spglobal.com>
**Sent:** Friday, November 01, 2019 10:17 AM
**To:** Preiss, Scott <scott.preiss@cusip.com>
**Subject:** Re: Bloomberg / FIGI background for 2:30 call

[redacted]

---

**From:** Preiss, Scott <scott.preiss@cusip.com>
**Sent:** Friday, November 1, 2019 10:00:47 AM
**To:** Simonton, Mark <Mark.Simonton@spglobal.com>; Saha, Saugata <Saugata.Saha@spglobal.com>; Breakstone, Warren <warren.breakstone@spglobal.com>
**Subject:** Bloomberg / FIGI background for 2:30 call


HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL                                                                                                           FRSI01174591

- 

Scott J. Preiss
Managing Director, Global Head - CGS
CUSIP Global Services
Operated for the American Bankers Association by
S&P Global Market Intelligence
55 Water Street, 43rd Fl.
New York, N.Y. 10041



HIGHLY CONFIDENTIAL