# EXHIBIT 77



EXHIBIT
1609
2/7/25 NB

# Understanding of Technical & Data Services
## Diane Poole's Responsibilities, Staff, and related Entities

aba.com | 1-800-BANKERS

CONFIDENTIAL

ABA-0000013020

# Contents & Conclusions


[redacted] (see page 3)
[redacted]
[redacted] (see page 4 and 5)
[redacted]
[redacted] (see page 6)
[redacted]
[redacted]
[redacted] (see page 7)
[redacted]
[redacted] (see page 8)
[redacted]
[redacted]

American Bankers Association
aba.com | 1-800-BANKERS
12/6/2019
CONFIDENTIAL
Page 2
ABA-0000013021

# Diane's Responsibilities before Reorg



American Bankers Association.

# Entities that affect CUSIP®



## X9

- X9 develops/maintains standards for the financial services industry; accredited by ANSI.
- The complete org chart for X9 is on page 5, the relevant pieces and people for CUSIP® are:

### X9
Chair: Roy DeCicco, JPMC
Vice Chair: Corby Dear, Bloomberg
Member of EC: Diane Poole
Executive Director: Steve Stevens

### X9D
Subcommittee for Securities
Chair: Tom Brown, OFR/Treasury
Other Members: JPMC, ABA, CGS, BofA, Citi, Wells Fargo, Fiserv (see Appendix 1 for full list)

### X9D2
CUSIP Working Group
Chair: Diane Poole

### X9D1
FIGI Working Group
Chair: Rich Robinson

- Working group chairs are approved by the subcommittee and X9 is informed, but no rules within subcommittee

## ABA

[redacted]

## CGS

- Division of S&P Global Market Intelligence
- [redacted]

(more details on page 4)

**CUSIP® AGENCY BOARD OF TRUSTEES (ALSO CGS BOARD OF TRUSTEES)**

[redacted]

# Relevant X9 Information



**TOP LEVEL STRUCTURE OF ASC X9 (2019) ***

International Organizations:
- ISO TC68 – Chair & Secretariat, US TAG
- ISO TC68 Subcommittees SC2, SC8 & SC9 – US TAG
- ISO TC322 – US TAG
- RMG – ISO 20022 Content Management
- Joint X9 and PCI Project to Combine TR39 & PCI PINS Standard
- X9 Block Chain/D. Ledger Standard

X9 Board of Directors — Steve Stevens, ED since 2014, Former Patent Attorney, NCR

- X9 Executive Committee — All Officers & Committee Chairs
- X9 Policy Committee
- X9 Finance Committee
- X9 M&M Committee
- X9 Quantum Computing RISK Study Group
- Financial and Personal Data Protection and Breach Notification standard

Subcommittees:
- X9A Subcommittee — Electronic and Emerging Payments
- X9B Subcommittee — Checks and Back Office Ops.
- X9C Subcommittee — Corporate Banking
- X9D Subcommittee ** — Securities (Tradable Financial Assets) — X9D2 CUSIP®, X9D1 FIGI
- X9F Subcommittee — Data & Information Security

*. From X9 website
** Full Subcommittee Membership in Appendix 1 on page 11

**ABA/CGS – X9 History**
- X9 was formed within the ABA in 1974
- [redacted]
- Scott Preiss (CGS) chair of X9 in the 90s

**X9D**
- [redacted]

**X9 BOARD OF DIRECTORS**
Roy DeCicco (JPMC) – Chair; Corby Dear (Bloomberg) – Vice Chair
Executive Committee: Alan Thiemann (Conxxus), Diane Poole, Mark Kielman (Federal Reserve Atlanta), Guy Berg (Federal Reserve Bank Minneapolis), Dan Welch (BofA), David Repking (JPMC), Tom Brown (OFR/Treasury), Dave Faoro (Verifone), Jim Northey (FIX Trading Community), Kim Wagner (Visa)

American Bankers Association
aba.com | 1-800-BANKERS

12/6/2019
Page 5
CONFIDENTIAL
ABA-0000013024



# X9 Voting Membership

**X9 Voting Member Options***

Category A – Board Level:

[redacted]

Category B – Subcommittee Voting Privileges

[redacted]

**Current Category A Members**

[redacted]

**Current Category B Members**

[redacted]

(see Appendix 1)

* Two other options not relevant to us.

aba.com | 1-800-BANKERS

American Bankers Association.

# Agreement Between ABA and S&P

Governing Intellection Property and CUSIP® Business



KEY CLAUSE FOR COORDINATION BETWEEN ABA & S&P: APPENDIX E, SECTION 2, CLAUSE (d)iii



aba.com | 1-800-BANKERS

12/6/2019

Page 7

CONFIDENTIAL

ABA-0000013026

# Entities that affect Routing #



**ROUTING # BOARD OF TRUSTEES**
Kevin Cranford (BB&T) — Chair
Chip Corbett (Hoyne Savings Bank), Bret Mehlhouse (US Bankcorp), Kelly Mason (Legacy Bank), Larry Taft (Citizens Bank), Luke Huys (Wells Fargo), Alison Lyewski (SunTrust), Cynthia Schroeder (Visions Federal CU), Tracy Berriman (MACCHA) plus addition 9 non-voting advisory members



American Bankers Association

aba.com | 1-800-BANKERS

12/6/2019

Page 8

CONFIDENTIAL

ABA-0000013027

# Entities regarding Payment Card #s

## ABA

[Redacted]

## ISO

- ISO/IEC 7812 was first published by the International Organization for Standardization (ISO) in 1989. Per the standard, it is
    - "a numbering system for the identification of the card issuers, the format of the issuer identification number (IIN) and the primary account number (PAN)."
    - and policies/procedures for registering IINs
- An IIN is currently six digits in length. In 2015, the industry began work on implementing a change to ISO 7812 to increase the length of the IIN to 8 digits. The 2017 revision of the standard defines the new eight digit IIN and outlines a timeline for conversion of existing six digits IINs to eight digit IINs.
- ISO does not decide when to develop/change a standard, but responds to a request from industry or other stakeholders such as consumer groups.
- ISO standards are developed by groups of experts (national and international, from industry, the public sector, and academia), that are part of larger groups called technical committees. These experts negotiate all aspects of the standard, including its scope, key definitions and content.
- ISO 7812 is part of the ISO/IEC JTC 1/SC 17 Technical Committee.
- The Management Group advises on more complex questions regarding the standard.

**PAYMENT CARD# MANAGEMENT GROUP**

Patrick Macy (UATP)—Convenor, Michelle Deane (ANSI)—Secretary, Diane Pool & Tab Stewart (ABA) Convenor/Secretary Support

Kristina Breen (VISA), Gregory McDonald (AMEX), Kathy Ryan (Pay.UK, UK), Jean Stride (BSI Group, UK), Nicole Helimich (German Banking Association, Germany), Maria G. Banck (Danish Standards Body, Denmark), Hitoshi Kondo (Paytech, Japan), Mayumi Saito (Japan Business Machine and Information Systems Assoc), Guoshun Cao (126.com, China), Qian Jin (126.com), Jiwel Song (Sina.com, China), Jose L. Geijo (Zhongshan, Switzerland), Yih Lin (Digital Applied Research & Technology, Singapore), Andrew Dreyden (ISO, Technical Program Manager)

aba.com | 1-800-BANKERS

12/6/2019

Page 9

CONFIDENTIAL

ABA-0000013028

# Aptify Transition to Nimble AMS





# Appendix 1:
## Complete list of Member Companies on X9D

| | | |
|---|---|---|
| ACI Worldwide | Diebold Nixdorf | SWIFT/Pan Americas |
| American Bankers Association | Federal Reserve Bank | TECSEC Incorporated |
| American Express Company | Fiserv | CFTC |
| Bank of America (new on X9D, representative has not been briefed) | FIX Protocol Ltd - FPL | US Bank (new on X9D, but previously active at the X9 level; no briefing on X9D committee work) |
| BlackBerry Limited | ISITC | VeriFone, Inc. |
| Bloomberg LP | J.P. Morgan Chase (Robin Doyle understands the issues well, wants to see FIGI market need) | Wells Fargo Bank – do not participate |
| Citigroup, Inc. (new on X9D, representative has gotten an briefing regarding the X9D working group processes by ABA/CGS) | National Security Agency | |
| | OFR/Treasury | |
| CUSIP Global Services | PCI Security Standards Council | |
| Deluxe Corporation | PriVerify Corp | |

### NOTES ON OPPORTUNITIES

[redacted]

aba.com | 1-800-BANKERS

Page 11

12/6/2019

CONFIDENTIAL

American Bankers Association

ABA-0000013030

# Appendix 2:
## Standing CUSIP related meetings/communication

All meetings Diane & Tab participate in (in italics those that Tab does not yet participates in)

**Weekly**

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

**Every other week**

▬▬▬▬▬▬▬▬▬▬▬
▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

**Monthly**

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
▬▬▬▬▬
▬▬▬▬▬▬▬▬▬▬

**3x Year**

▬▬▬▬▬
▬▬▬▬▬▬▬▬



American Bankers Association

aba.com | 1-800-BANKERS

12/6/2019

CONFIDENTIAL

Page 11

ABA-0000013031