# EXHIBIT 78



Guidepost

Alan Schachter
Senior Managing Director
**Guidepost Solutions LLC**
260 Madison Avenue, 3rd Floor
New York, NY 10016
+1 917.539.0002
guidepostsolutions.com

Dinosaur Financial Group LLC, et al.

v.

S&P Global, Inc. et al.

United States District Court Southern District of New York
Civil Action No.: 1:22-cv-1860

Expert Report By
Alan Schachter, CPA/ABV/CFF, CVA, CFE

August 12, 2025

CONFIDENTIAL

# TABLE OF CONTENTS

I.    Description of Assignment ................................................................................................ 2

II.   Professional Qualifications ............................................................................................... 2

III.  Relevant Background Information ..................................................................................... 3

IV.   Scope and Limitations ...................................................................................................... 4

V.    Summary of Conclusions .................................................................................................. 6

VI.   Methodology and Cash Basis Calculation Limitations ..................................................... 7

        Overview of Cash-Basis Calculation ........................................................................... 7

            S&P Cash Payments ............................................................................................... 7

            FactSet Cash Payments ......................................................................................... 9

        Overview of Accrual-Basis Calculation ..................................................................... 11

VII.  CGS Revenue Calculation .............................................................................................. 11

        CGS Revenue Calculation for S&P ............................................................................ 11

            S&P Calculation Methodology .............................................................................. 12

            S&P Documents Relied Upon ............................................................................... 12

            S&P Analysis ........................................................................................................ 12

            S&P Results by Time Period ................................................................................. 18

        CGS Revenue Calculation for FactSet ...................................................................... 18

            FactSet Calculation Methodology ......................................................................... 19

            FactSet Documents Relied Upon .......................................................................... 19

            FactSet Exclusion of Inapplicable Transactions ................................................... 20

            FactSet Allocation of Revenue for Entries Without Customer Detail .................... 21

            FactSet Consolidation of Revenue Data by Customer .......................................... 23

            FactSet Results by Time Period ............................................................................ 23

        Total CGS Revenue − S&P and FactSet .................................................................... 24

VIII. CGS Revenue Reported to the ABA .............................................................................. 25

IX.   Summary of Conclusions ................................................................................................ 26

Appendix A − Curriculum Vitae of Alan A. Schachter, CPA•ABV•CFF, CVA, CFE ............... 28

Appendix B − Documents and Information Relied Upon ......................................................... 32

# I.  DESCRIPTION OF ASSIGNMENT

1.  I am a Senior Managing Director and practice leader of the Economic Damages and Business Valuation Practice at Guidepost Solutions LLC ("Guidepost") and was engaged by Wollmuth Maher & Deutsch LLP, Kaplan Fox & Kilsheimer LLP, and Competition Law Partners PPLC ("Counsel"), legal counsel for Hildene Capital Management LLC, Dinosaur Financial Group LLC, and Swiss Life Investment Management AG ("Plaintiffs") and the putative classes, in the matter of Dinosaur Financial LLC, et al. v. S&P Global, Inc., et al., Civil Action Number 1:22-cv-1860, which is currently pending in the United States District Court, Southern District of New York (the "Matter"). Specifically, Counsel requested that I calculate CUSIP Global Services' ("CGS") annual revenue, broken down by customer, during the period of March 4, 2018, through December 31, 2024, as well as provide expert support, including potential testimony, related to the Matter.

2.  I have not conducted a financial statement audit pursuant to U.S. Generally Accepted Auditing Standards or any other attest function. I have, however, prepared this report in accordance with the American Institute of Certified Public Accountants ("AICPA") Statements on Standards for Forensic Services No. 1, and have complied with the AICPA's Professional Code of Conduct.

3.  My work was limited to the specific procedures and analyses described herein and based on the information available.[1] Accordingly, changes in circumstances after the date of this report (such as availability of additional documentation, new testimony, or other additional information relating to the facts and circumstances relied upon in preparing this report) could affect these findings and conclusions. As such, I reserve the right to revise this report. In addition, I reserve the right to prepare additional supplemental materials such as summaries, exhibits, or charts for trial, as well as to provide opinions and other materials in response to any expert opinions provided on behalf of Defendants.

4.  This report has been prepared solely in connection with my service as an expert in this Matter and is not intended for reliance in any other context.

5.  I, Guidepost, and its employees have no present or anticipated financial interest in this Matter. Fees for this engagement are based upon the hourly billing rates of the Guidepost employees. My hourly fee is $650. My fees are not contingent on the outcome of this Matter.

# II.  PROFESSIONAL QUALIFICATIONS

6.  I earned a Bachelor of Science in Accounting and Finance from the Wharton School at the University of Pennsylvania, as well as a Master of Business Administration degree in Accounting and an Advanced Graduate Certificate in Taxation from Pace University. I am a Certified Public Accountant (CPA) and hold licenses in New York and Connecticut. I am also Accredited in Business Valuation (ABV) and Certified in Financial Forensics

---

[1] I note that the entire discovery record was available to me, and I was free to review any materials in the record.



(CFF) from the AICPA.  I am additionally a Certified Fraud Examiner (CFE) accredited by the Association of Certified Fraud Examiners, and a Certified Valuation Analyst (CVA) accredited by the National Association of Certified Valuators and Analysts (NACVA).

7.  I am a Senior Managing Director and practice leader of the Economic Damages and Business Valuation Practice at Guidepost. I have extensive experience calculating economic damages and valuing privately held companies. I have lectured on these subjects extensively. My experience includes litigation and valuation assignments related to the determination of economic damages, including damages related to intellectual property disputes. I have qualified and testified as an expert in over 125 matters. In addition, I have been appointed by the Superior Court of Connecticut as a fiduciary to wind up operations of a Connecticut-based high-yield debt fund. I was also appointed as a receiver by the New York State Department of Health for three healthcare facilities. In addition, I was appointed as a receiver by the New York State Liquor Authority to operate a discotheque in New York City, as well as being appointed by the New York State Tax Commission to assist with tax fraud matters, supporting them in various cases ,attended commission meetings, and assisted in developing tax collection strategies.

8.  My curriculum vitae (CV), including a list of my trial and deposition testimony over the last four years, is attached as **Appendix A**.

9.  I was assisted by Katerina Gaebel, Guidepost Senior Consultant and forensic accountant. She worked under my instruction and supervision.

## III.  RELEVANT BACKGROUND INFORMATION

### Involved Parties

10.  The American Bankers Association ("ABA") is a trade association representing the U.S. banking industry. [2]  The ABA claims that it owns the Committee on Uniform Securities Identification Procedures ("CUSIP") financial instrument identification system (the "CUSIP System"). [3]

---

[2] https://www.aba.com/advocacy/what-we-stand-for/blueprint-for-growth#:~:text=The%20American%20Bankers%20Association%20is,we%20are%20delivering%20on%20both. ; https://www.investopedia.com/terms/a/aba.asp

[3] https://bankingjournal.aba.com/2024/09/aba-financial-regulators-acted-outside-legal-bounds-in-proposing-financial-data-standards/; https://www.sec.gov/comments/s7-2024-05/s7202405-532915-1528742.pdf



11. CGS operates the CUSIP System.[4] CGS was managed on behalf of the ABA by S&P Global Inc. ("S&P") from its inception until FactSet acquired CGS from S&P for approximately $1.925 billion in March 2022.[5] Since March 2022, FactSet has managed CGS on behalf of the ABA.

**CGS Revenue**

12. CGS revenue refers to the revenue earned by CGS. In an accounting context, earned revenue means the amount recognized when an entity satisfies a performance obligation by transferring control of a promised good or service to a customer, either at a point in time or over time, based on the progress toward completing that obligation.[6]

13. In its quarterly reports to the ABA since 2021,[7] CGS has categorized its revenues as follows:

   a. Issuer Fees – revenue from the issuance of identifiers.[8]
   b. License Fees – revenue from CGS's license agreements.[9]
   c. Royalty Fees – revenue from authorized distributors for the display of CGS data.[10]
   d. Subscription Fees – revenue from the delivery of a product, such as a database, web, or partnership product.[11]
   e. Other Fees – revenue from fees that do not fall into the above categories. These fees are de minimis, and often ▮ in any given quarter.[12]

14. Counsel instructed me to consider only the license fees, royalty fees, and subscription fees listed above for the purposes of my assignment, and that issuance-related and any other revenue categories are to be excluded as they are not subject to the claims in this matter (the "Excluded Revenue Categories").

## IV.   SCOPE AND LIMITATIONS

15. The scope of my analysis was limited to calculating CGS's subscription, license, and royalty revenues reported by S&P and FactSet over defined non-overlapping periods from March 4, 2018, through December 31, 2024. My

---

[4] ABA-0000000369
[5] https://investor.spglobal.com/news-releases/news-details/2021/SP-Global-and-IHS-Markit-Announce-Agreements-to-Sell-Base-Chemicals-and-CUSIP-Businesses/default.aspx; https://investor.factset.com/news-releases/news-release-details/factset-completes-acquisition-cusip-global-services
[6] FASB Accounting Standards Codification Topic 606, §606-10-05-4 (Revenue from Contracts with Customers).
[7] See the ABA Quarterly Reports from Q2 2018 through Q2 2023. Appendix B includes all bates stamps for these reports.
[8] It is my understanding that issuance fees are not subject to any claims in this matter.
[9] ABA-0000028927
[10] Ibid
[11] Ibid
[12] See the ABA Quarterly Reports from Q2 2018 through Q2 2023.



objective was to identify, aggregate, and allocate CGS revenue by customer and by period using available financial records, including general ledger data and deferred revenue files.

16. There are several methods that can be used to calculate a company's revenue, including:

    a. ***Cash-Basis Revenue***: Under the cash-basis method of accounting, revenue is recorded when a cash payment is received from the customer. There are two primary approaches to calculating cash-basis revenue:

        i. <u>Direct Calculation from Cash-Source Documents:</u> This method involves identifying actual cash payments received from customers by reviewing source documents such as bank statements, cash receipts journals, customer remittance advices, or other financial reports that detail payment dates and amounts. This approach provides a precise record of when cash was actually received, allowing for an accurate cash-basis revenue calculation. To calculate revenue on a cash basis, it's important to have key data such as the actual cash payments received from each customer, the dates those payments were received, and the specific revenue items to which they correspond to.

        ii. <u>Conversion from Accrual Basis Records:</u> If direct cash payment data is unavailable, cash-basis revenue can be estimated by adjusting accrual-based revenue. This involves starting with the total accrual revenue for the period and then making adjustments based on changes in key balance-sheet accounts. Specifically, increases in accounts receivable are subtracted, since they represent revenue recognized but not yet collected in cash, while decreases in accounts receivable are added. Similarly, increases in deferred revenue[13] are added to reflect cash received before revenue is earned, and decreases in deferred revenue are subtracted as they represent revenue recognized from previously collected cash. Additional adjustments may be required for other relevant accounts, such as prepaid revenue or advances. This process aligns revenue recognition with actual cash inflows, approximating cash basis revenue in the absence of direct cash receipt records.

    b. ***Accrual-Basis Revenue:*** Under the accrual-basis method of accounting, revenue is recorded when it is earned (when goods or services are delivered and the customer is obligated to pay) regardless of when the cash is actually received. This revenue can be recorded all at once or spread out over time, depending on how the contract is structured. Public companies are required to use the accrual basis of accounting in their financial reporting pursuant to U.S. Generally Accepted Accounting Principles ("GAAP"), as mandated by the U.S. Securities and Exchange Commission ("SEC").[14] Both S&P and FactSet report

---

[13] Deferred revenue arises when payment is collected before the associated revenue can be recognized under accrual-based accounting.

[14] See SEC Regulation S-X, 17 C.F.R. § 210.4-01(a)(1). https://www.ecfr.gov/current/title-17/chapter-II/part-210/subject-group-ECFR17a750bbf4f5043/section-210.4-01



revenue on an accrual basis in their quarterly and annual SEC filings, as well as in their quarterly reports submitted to the ABA for royalty-payment purposes.[15]

17. As discussed in Section VI below, █████████████████████████████████████████

████████████████████████████████████████████████████████████████████████████

██████████████ Instead, my analysis focused on revenue as recorded in Defendants' books under accrual-based accounting.

18. My analysis was constrained by the level of accrual-basis detail in the source data provided by Defendants. Specifically, I was limited by the following:

    a. █████████████████████████████████████████████████████████

██████████████████████████████ See paragraphs 68 through 71.

    b. For earlier periods (March 2018 through August 2018), ████████████████████

████████████████████████████████████████████████████████████ See paragraph 41.

    c. ████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

████████████████████████████████████████████████ This approach allowed for a more reasonable and consistent value aligned with overall patterns. See paragraphs 47 through 49.

19. My analysis should be considered within the context of the aforementioned data limitations and the scope of documentation provided.

# V.  SUMMARY OF CONCLUSIONS

20. Using the data from the documents referenced in **Appendix B**, I calculated CGS license, subscription, and royalty revenues of ██████████████ as reflected in **Table 1** below.

---

[15] See the ABA Quarterly Reports from Q2 2018 through Q2 2023. Appendix B includes all bates stamps for these reports.

[16] Lump sum entries represent a single amount that includes transactions from multiple customers within the same period.





| Table 1<br>Summary of CGS Revenues<br>March 2018 through December 2024 | | | | |
|---|---|---|---|---|
| **Period** | **S&P** | **FactSet** | **Total** | **Related Table** |
| March 2018 - December 2018 | | | | Table 3 and 5 |
| January 2019 - December 2019 | | | | Table 5 |
| January 2020 - December 2020 | | | | Table 5 |
| January 2021 - December 2021 | | | | Table 5 |
| January 2022 - December 2022 | | | | Table 7 |
| January 2023 - December 2023 | | | | Table 13 |
| January 2024 - December 2024 | | | | Table 13 |

# VI.  METHODOLOGY AND CASH BASIS CALCULATION LIMITATIONS

21. As discussed above, revenue can be calculated using different accounting methods, the cash basis and accrual basis of accounting. See Section IV for a detailed description of each method.

## Overview of Cash-Basis Calculation

22. Based on my review, the available records are not sufficient to calculate the cash-based revenue from CGS customers during the period of March 4, 2018, through December 31, 2024. However, Defendants produced records maintained on an accrual basis – reflecting amounts earned rather than amounts received. Therefore, my analysis is based on accrual-based revenue. Below, I describe why the documents produced by FactSet and S&P are insufficient to calculate cash-basis revenue by customer.

## S&P Cash Payments

23. S&P produced certain documents which it claims are "useful" to calculate cash payments made by CGS customers but stopped short of affirming that cash payments could be calculated for the entire period when it



owned CGS from those documents.[17] There are several material concerns with the reliability and completeness of this data:

a.  The cash files produced by S&P contain data from 2015 through 2022, based on invoice due dates;



    Notably, after excluding the most common codes for the Excluded Revenue Categories, the reported cash received from 2018 invoices is approximately ███████, whereas cash received for the years 2019 through 2022 range from approximately ████████ to ████████, suggesting a large potential underreporting or gap in the 2018 data. A simple count of the number of invoice line items from each year makes the gap in 2018 data evident and shows that there may also be an underreporting of the 2022 data.[18]

| Year | Invoice Count |
|------|---------------|
| 2017 | ████ |
| 2018 | ████ |
| 2019 | ████ |
| 2020 | ████ |
| 2021 | ████ |
| 2022 | ████ |

b.



c.

_____

[17] Letter from Gibson Dunn & Crutcher LLP to Counsel dated July 24, 2025 re Plaintiffs' July 10, 2025 Letter in Dinosaur Fin. Grp. LLC v. S&P Global, Inc., Case No. 22-cv-1860 (S.D.N.Y.).

[18] Given that the sale of CGS occurred in March 2022, it is possible that some of the 2022 revenue is contained in FactSet's cash files which, as I discuss below, were not produced in time for me to conduct an analysis.

[19] Letter from Gibson Dunn & Crutcher LLP to Counsel dated July 24, 2025 re Plaintiffs' July 10, 2025 Letter in Dinosaur Fin. Grp. LLC v. S&P Global, Inc., Case No. 22-cv-1860 (S.D.N.Y.).

▷ Guidepost

d. ██████████████████████████████████
██████████████████████████████████
██████████████████████████████████
████████████████████████

24. S&P also produced accrual accounting records. I ultimately used these records to calculate CGS revenue during the relevant time period. ███████████████████████████████████
████████████ [20]

25. Due to these limitations, I could not determine actual cash payments for the relevant revenue categories by customer for S&P.

## FactSet Cash Payments

26. ██████████████████████████████████████
██████████████████████████████████████
██████████████████████████████████████
██████████████████████████████████████
██████████████████████████████████████
████████████████████████ As a result, without further analysis, I am unable to isolate the portions of payments relevant to the revenue streams at issue. This is a significant limitation, as the Excluded Revenue Categories are not within the scope of my analysis. As this was a significant and immediately obvious issue with the data, I sought clarification from FactSet regarding how Excluded Revenue Categories could be identified.

██████████████████████████████████████
██████████████████████████████████████
███████████████ Without having the time to conduct further analysis, it is not clear to me whether this is a reliable method of identifying subscription, licensing, and royalty revenues.

27. While I sought immediate clarification of that issue on the identification of revenue categories, as I have further reviewed FactSet's data, additional questions have arisen that I have not been able to answer due to the untimely production of FactSet's documents. There are many questions that I would need answered before using the data in a report including, but not limited to, the following:

---

[20] The specific documents that would have been needed to make this calculation are discussed in the "Scope and Limitations" section.

[21] Letter from Shinder Cantor Lerner to Counsel dated July 30, 2025 re: Dinosaur Financial Group LLC et al. v. S&P Global, Inc. et al., Case Nos. 22-cv-1860; 22-cv-1929 – FactSet's Data ███████████████████████████████

[22] Ibid.



a. ████████████████████████████████████████████████████████
Without the benefit of additional discovery, it is not clear which column contains the customer name I should use.

b. ████████████████████████████████████████████████████████
████████████████████████ Before submitting a report, I would need to know how the data in these columns is defined.

c. ████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████

28. Given FactSet's belated document production, I have not had the chance to analyze these files and was deprived of the usual discovery that would allow me to understand these documents, I specifically reserve the right to amend my report in response to these late document productions.

29. FactSet also produced accrual accounting records. I ultimately use those records to calculate CGS revenue during the relevant time period. However, FactSet did not produce sufficient documents to convert those accrual figures into cash figures. We were not given access to underlying documentation—such as bank statements, customer payment records, accounts receivable detail,[24] or cash receipts journals—that would be required to convert accrual-based figures into actual cash received.

30. Additionally, it is not possible to convert FactSet's 2022 general ledgers to cash payments. ████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████

---

[23] ████████████████████████████████████████████████████████
████████████████████████████████████████████████████████

[24] ████████████████████████████████████████████ FactSet's Response to Fee Data Questions dated April 25, 2025. Again, due to the late date that production, I have not had the time to analyze the files.
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████ Letter from Gibson Dunn & Crutcher LLP to Counsel dated May 7, 2025 Plaintiffs' April 9, 2025 Letter in *Dinosaur Fin. Grp. LLC v. S&P Global, Inc.*, Case No. 22-cv-1860 (S.D.N.Y.) ("S&P's May 7, 2025 Letter")████████
████████████████████████████████████████████████████████



31. Lastly, to conduct an analysis using cash payments, Defendants would need to produce cash payment records for both S&P and FactSet. Calculating revenue for S&P on a cash basis and FactSet on an accrual basis, or vice versa, could result in an inconsistent, non–apples-to-apples comparison across the two data sources. Due to these limitations, I could not determine actual cash payments for the relevant revenue categories by customer for either S&P or FactSet.

## Overview of Accrual-Basis Calculation

32. As the available data did not allow me to calculate actual cash payments by individual customer and revenue category, I instead determined what was recorded as earned revenue using accrual-based accounting records (general ledgers and additional Excel spreadsheets[26]). This approach is consistent with the accounting framework public companies are required to follow under SEC guidelines, which mandate accrual accounting. The accrual-basis method is discussed in detail in Section IV.

33. The Defendants produced a set of documents containing accrual-based CGS revenue data. These records formed the foundation for my analysis with the limitations discussed in Section IV.

34. The accrual-based revenue records, with the aforementioned adjustments and assumptions noted in this report, represent the best available approximation of accrual-based revenue earned from each customer on an annual basis for the period under review. As I show in Section VIII, for the period during which a comparison can be made, ███████████████████████████████████████████████████████████████████
███████████████████

35. My analysis is based on the documentation and information listed in **Appendix B**. The documents and information utilized in my report are the types of documents and information upon which experts in my field typically rely on when performing such analyses.

# VII.  CGS REVENUE CALCULATION

## CGS Revenue Calculation for S&P

36. To calculate accrual-based revenue for S&P related to CGS revenue, I analyzed available financial records for the period of March 2018 through December 2022, the applicable time period during which S&P maintained records for CGS.[27]

---

[26] In S&P's May 7, 2025 Letter, S&P stated that their accrual basis revenue files SPGI-0000041129 and SPGI-0000041130 contain the ███████████████████████████ They also state that the data █████████████████████████
████████████████████████████████████████████████████████████████████████
████████████████████████████████████

[27] See the Transition Services Agreement dated December 24, 2021 (FRSI01765177).



## S&P Calculation Methodology

37. Below are the steps that I took to calculate the revenue values as reported by S&P:
    a. First, I identified what documentation to rely upon to aggregate data across the relevant reporting period of March 2018 through December 2022.
    b. Next, I analyzed the source data to classify what transactions to include in my analysis.
    c. Finally, I segmented the relevant data into consistent time intervals (year, quarter, and month) and customer.

## S&P Documents Relied Upon

38. I relied on the following documents to perform my calculations of CGS revenue:

    a. SPGI-0000041137 (March 2018 – August 2018)
    b. SPGI-0000041129 (September 2018 – December 2021)
    c. SPGI-0000041130 (January 2022 – December 2022)

## S&P Analysis

39. The following sections provide detailed breakdowns by reporting period and source and are structured based on how the source data was provided to me.

**March 2018 – August 2018**

40. For the period of March 2018 through August 2018, I utilized data from SPGI-0000041137.[28] This file contains journal entries wherein revenue accounts were credited. ███████████████████████████ ██████████ for the period January 2018 through August 2018. As my revenue calculation period begins on March 4, 2018, I have excluded revenue from January and February 2018. However, because revenue in this file is reported monthly rather than daily, I was unable to exclude transactions from March 1 to March 3, 2018.

41. I also excluded the revenue accounts listed below, as they are presumed to be associated with Excluded Revenue Categories that should be excluded from my analysis. This assumption is based on documentation reviewed in later sections of this report, which indicates that accounts with prefixes beginning with 4115 are generally linked to one-time payments, while accounts beginning with 4112 pertain to subscription, licensing, and royalty income. Therefore, for my analysis, I have excluded the following accounts with a prefix of 4115:

---

[28] I also reviewed SPGI-0000041136 but noted that it appeared to reference original accounts receivable amounts, making it unclear whether the data represented actual revenue recognition or adjustments to receivables. In contrast, SPGI-0000041137 specifically indicated that the entries were recorded on the general ledger and was therefore considered more reliable for my analysis.



    a.  0171-5347-150179-41154301

    b.  0171-5347-150180-41153301

    c.  0171-5347-150180-41154301

42. **Table 2** below summarizes the adjustments applied to the source document and outlines the calculation of the final revenue figure**.**



**Table 2**
**S&P Revenue Exclusions for March 2018 through August 2018**
**Source: SPGI-0000041137**

Total Revenue per Source

Less: January and February 2018

Less: 4115 Accounts [1]

**Adjusted Revenue**

[1]  Excludes transactions recorded in January and February 2018 to avoid double counting.

43. After applying these exclusions, total CGS revenue from March 2018 to August 2018 totaled      See **Table 3** below for a breakdown by month.



**Table 3**
**S&P Revenue Calculation for March 2018 through August 2018**
**Source: SPGI-0000041137**

| Month | Total Revenue |
|---|---|
| March 2018 | |
| April 2018 | |
| May 2018 | |
| June 2018 | |
| July 2018 | |
| August 2018 | |
| **Total March 2018 - August 2018** | |



**September 2018 – December 2021**

44. For the period from September 2018 through December 2021, I utilized data from SPGI-0000041129. This dataset contained revenue broken down by month, quarter, and customer.

45. Specifically, this dataset included ███████████████████████. These transactions are for the following revenue accounts:

   a. REV ISSUER FEES: This is one-time payment related to issuance. [29]
   b. REV PARTS AND ONE-SHOTS: This is primarily one-time payments related to issuance but could include other one time payments for excluded fees. [30]
   c. REV NON RENEWABLE-ROYALTIES: This is one time payment related to royalties.[31]
   d. REV SUBSCR CURRENT: This is revenue related to subscription agreements.[32]
   e. REV SUBSCR LICENSE: This is revenue related to subscription agreements.[33]
   f. REV SUBSCR ROYALTY: This is revenue related to subscription agreements.[34]

46. It is my understanding that Excluded Revenue Categories are not considered in this matter. As such, I identified all fees categorized under "REV ISSUER FEES", "REV PARTS AND ONE-SHOTS", and "REV NON RENEWABLE-ROYALTIES" and excluded them from my analysis. ████████████████████.

47. In my review of this file, after taking out the Excluded Revenue Categories, ████████████████████ ████████████████████████████████████████████████████████████ ████████████████████████████████. Based on the size of the variance, ██████ ████████████████████████████████████████ However, the documentation provided does not include any explanation or supporting detail to confirm this.

48. To further assess this issue, I examined revenue by individual customer for the months immediately before and after (August and October 2018) and found that, in nearly all cases, the values were either identical or very close. This pattern supports the assumption that the unusually high figure in September likely includes revenue that would have otherwise been distributed across multiple months. Additionally, there were many invoice numbers reported in this file as September 2018 revenues that were also reported in SPGI-0000041137 as revenue for earlier months.

---

[29] S&P May 7, 2025 Letter, at Question 62.
[30] In S&P's May 7, 2025 Letter, they state that this revenue category represents ████████████████████ ███████████████ S&P May 7, 2025 Letter, at Question 62.
[31] S&P May 7, 2025 Letter, at Question 62.
[32] Ibid.
[33] Ibid.
[34] Ibid.



49. Given the lack of clarity, I adjusted the September 2018 value by replacing it with the average of the August and October 2018 amounts. This adjustment was made to avoid potential overstatement and to preserve consistency in the monthly revenue trend.

50. **Table 4** below summarizes the adjustments applied to the source document and outlines the calculation of the final revenue figure**.**



| Table 4 |
| --- |
| **S&P Revenue Exclusions for September 2018 through December 2021** |
| **Sources: SPGI-0000041137 and SPGI-0000041129** |
| Total Revenue per Source |
| Less: REV ISSUER FEES |
| Less: REV PARTS AND ONE-SHOTS |
| Less: REV NON RENEWABLE-ROYALTIE |
| Less: September 2018 Revenue |
| Add: Calculated September 2018 Revenue |
| **Adjusted Revenue** |

51. Following these exclusions and adjustments, total CGS revenue amounted to ▮▮▮▮▮▮ as shown in **Table 5** below by quarter.





Table 5
Quarterly S&P Revenue Calculation
September 2018 through December 2021
Sources: SPGI-0000041137 and SPGI-0000041129

| Time Period | Total Revenue |
| --- | --- |
| Q3 2018 (September Only) [1] | |
| Q4 2018 | |
| Q1 2019 | |
| Q2 2019 | |
| Q3 2019 | |
| Q4 2019 | |
| Q1 2020 | |
| Q2 2020 | |
| Q3 2020 | |
| Q4 2020 | |
| Q1 2021 | |
| Q2 2021 | |
| Q3 2021 | |
| Q4 2021 | |
| Total September 2018 - December 2021 | |

[1]    Calculated using the average of August 2018 and October 2018 revenues, as discussed in detail in the report text.

## January – December 2022

52. For the period from January 2022 through December 2022, I utilized data from SPGI-0000041130. This dataset contained revenue broken down by quarter and customer. It enabled me to segment the data by year and quarter, but not by specific month.

53. Specifically, this dataset included ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. Of these transactions, I have excluded the following from my calculations:

    a. 2023 data from this source to avoid potential double counting, as 2023 revenues are included in FactSet's accounting records. It also appeared that, although FactSet acquired CGS in March 2022, there was a transition period before the financial records were fully migrated.[35] The 2023 values include ▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

---

[35] See the Transition Services Agreement dated December 24, 2021.



b. Revenue coded as "REV PARTS AND ONE-SHOTS," as it is considered part of the Excluded Revenue Categories. ███████████████████████████. Two of these transactions totaling ██████ are in 2023 and are included in the values in the previous bullet point.

c. Revenue coded as "REV ROYALTY/LICENSE - USAGE/ONE-TIME," as it is considered part of the Excluded Revenue Categories. This includes ████████████████████.

d. Revenue coded as "A/R CLEARING," as it is considered part of the Excluded Revenue Categories. This includes ████████████████.

54. **Table 6** below summarizes the adjustments applied to the source document and outlines the calculation of the final revenue figure**.**



**Table 6**
**S&P Revenue Exclusions for January 2022 through December 2022**
**Source: SPGI-0000041130**

| | |
|---|---|
| Total Revenue per Source | ██████████ |
| Less: 2023 Transactions | |
| Less: REV ONE-TIME AND PARTS | |
| Less: REV ROYALTY/LICENSE - USAGE/ONE-TIME | ██████ |
| Less: A/R CLEARING | ██████████ |
| **Adjusted Revenue** | |

55. Following these exclusions, total CGS revenue for 2022 amounted to ██████████, as shown in **Table 7** below by quarter.



**Table 7**
**Quarterly S&P Revenue Calculation**
**January 2022 through December 2022**
**Source: SPGI-0000041130**

| Time Period | Total Revenue |
|---|---|
| Q1 2022 | |
| Q2 2022 | |
| Q3 2022 | |
| Q4 2022 | |
| **Total January 2022 – December 2022** | |



## S&P Results by Time Period

56. The total CGS revenue reported by S&P, as calculated and discussed in the preceding sections, amounts to ▮▮▮▮▮▮▮▮ This figure reflects the aggregation of revenue across the various time periods and data sources outlined above. A summary of this total is presented in **Table 8** below.



| Table 8 | | |
| Quarterly S&P Revenue Calculation | | |
| March 2018 through December 2022 | | |
| **Period** | **Quarterly Revenue** | **Related Table** |
| | | |
| **Total** | ▮▮▮▮▮▮ | |

## CGS Revenue Calculation for FactSet

57. To calculate accrual-based revenue for FactSet related to CGS operations, I analyzed available financial and operational records for the period of January 2023 through December 2024, the timeframe during which FactSet maintained complete records for CGS.



## FactSet Calculation Methodology

58. I conducted a review of revenues reported in the FactSet general ledgers (FRSI01595055-56 and FRSI01807338-41) for the period of January 2023 through December 2024 ("FactSet General Ledgers"). My analysis began with the records for January 2023 under the assumption that revenue from prior periods had already been reported in S&P's financial records.[36] This approach ensures that I did not double count any revenue that may have already been recognized.

59. Below are the steps I took to calculate the revenue values as reported by FactSet:

   a. First, I identified what documentation to rely upon to aggregate data across the relevant reporting period of January 2023 through December 2024. See the "Documents Relied Upon" section.
   b. Next, I identified and excluded certain transactions from the FactSet General Ledgers. A detailed explanation is provided in the "Exclusion of Inapplicable Transactions" section.
   c. ███████████████████████████████████████████████████████████████████████████████

      ███████████████████████████████████████████████████████████████████████████████

      ████████████████████ A detailed explanation is provided in the "Allocation of Revenue for Entries Without Customer Detail" section.
   d. Finally, I combined the customer-level revenue from the FactSet General Ledger with the customer allocations derived from the Deferred Revenue File to calculate the total CGS revenue by customer. A detailed explanation is provided in the "Consolidation of Revenue Data by Customer" section.

## FactSet Documents Relied Upon

60. I relied on the following documents to perform my calculations:

   a. FRSI01595055 (January 2023 – August 2023)
   b. FRSI01595056 (September 2023 – December 2023)
   c. FRSI01807338 (January 2024 – March 2024)
   d. FRSI01807339 (April 2024 – June 2024)
   e. FRSI01807340 (July 2024 – September 2024)
   f. FRSI01807341 (October 2024 – December 2024)
   g. FRSI01807120 (January 2023 – June 2024)

---

[36] Transition Services Agreement dated December 24, 2021.



## FactSet Exclusion of Inapplicable Transactions

61. I reviewed the revenue reported in the FactSet General Ledgers and calculated a total revenue value of ▮▮▮▮ This revenue value includes the following revenue categories:[37]

   a. ▮▮▮▮  Third Party Connection
   b. ▮▮▮▮  License Fees
   c. ▮▮▮▮  Miscellaneous
   d. ▮▮▮▮  Issuance Fees
   e. ▮▮▮▮  Subscription
   f. ▮▮▮▮  Royalty
   g. ▮▮▮▮  IIN
   h. ▮▮▮▮  Tax Conversion

62. I have excluded the following revenue categories totaling ▮▮▮▮ from my analysis because Counsel instructed me to consider only the license fees, royalty fees, and subscription fees for the purposes of my assignment, and that issuance-related and any other revenue categories are to be excluded.

   a. ▮▮▮▮  Third Party Connection
   b. ▮▮▮▮  Miscellaneous
   c. ▮▮▮▮  Issuance Fees
   d. ▮▮▮▮  IIN
   e. ▮▮▮▮  Tax Conversion
   f. Blank revenue category[38]

63. I have included the following revenue categories in my analysis:

   a. ▮▮▮▮  License Fees
   b. ▮▮▮▮  Subscription
   c. ▮▮▮▮  Royalty

---

[37] ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ FactSet's Response to Fee Data Questions dated April 25, 2025. The meaning of terms like IIN and Tax Conversion is not ▮▮▮▮▮▮▮▮▮▮▮▮ In any event, nothing in those responses contradicts my interpretation of these categories.

[38] Several transactions are recorded without a designated revenue category. These either appear to relate to the Excluded Revenue Categories - based on their values or reference IDs beginning with "CSC" - or, if unrelated, they net to zero.



64. Various transactions had a status of "canceled". Canceled entries do not reflect finalized or recognized revenue activity and thus do not contribute to actual earned revenue.[39] As such, I have excluded these transactions from my analysis. These transactions total ▮▮▮▮▮▮▮.

65. Following these exclusions, total CGS revenue amounted to ▮▮▮▮▮▮▮ as shown in **Table 9** below.

| | January 2023 - August 2023 FRSI01595055 | September 2023 - December 2023 FRSI01595056 | January 2024 - March 2024 FRSI01807338 | April 2024 - June 2024 FRSI01807339 | July 2024 - September 2024 FRSI01807340 | October 2024 - December 2024 FRSI01807341 | Total |
|---|---|---|---|---|---|---|---|
| Total Revenue per Source | | | | | | | |
| Less: RC0054 Issuance Fees [1] | | | | | | | |
| Less: RC0001 Third Party Connection [1] | | | | | | | |
| Less: RC0014 Miscellaneous [1] | | | | | | | |
| Less: RC0057 IIN [1] | | | | | | | |
| Less: RC9999 Tax Conversion [1] | | | | | | | |
| Less: Blank Revenue Category | | | | | | | |
| Less: Canceled Transactions | | | | | | | |
| **CGS Revenue** | | | | | | | |

**Table 9**
**Items Excluded from FactSet General Ledgers**

**Notes**
[1] Excludes canceled transactions to avoid double counting.

## FactSet Allocation of Revenue for Entries Without Customer Detail

66. After calculating the total CGS revenue reported on the FactSet General Ledger, I noted that not all the remaining transactions on the FactSet General Ledgers contained customer-level detail. Specifically, of the ▮▮▮▮▮▮ total revenue, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ included customer detail and ▮▮▮▮▮▮ lacked customer-level detail and were recorded as lump sum amounts. See **Table 10** below for a breakdown of revenue with customer detail and without customer detail on the FactSet General Ledgers.

---

[39] Per FactSet's Answers to Plaintiffs' Financial Data Questions dated May 7, 2025, "Entries that were canceled and have no impact on financial reporting. Entries may be canceled for several reasons, such as when there is a need to update the accounting information with new data, which requires replacing the original entry, if the entry was found to be duplicative, or if there was an error with the entry."

▷ Guidepost

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Table 10**<br>**Breakdown of Revenue With Customer Detail and Revenue Without Customer Detail on FactSet General Ledgers** | | | | | | | |
| | **January 2023 -**<br>**August 2023**<br>**FRSI01595055** | **September 2023**<br>**– December**<br>**FRSI01595056** | **January 2024 -**<br>**March 2024**<br>**FRSI01807338** | **April 2024 -**<br>**June 2024**<br>**FRSI01807339** | **July 2024 -**<br>**September 2024**<br>**FRSI01807340** | **October 2024 -**<br>**December 2024**<br>**FRSI01807341** | **Total** |
| Revenue without Customer Detail | | | | | | | |
| Revenue with Customer Detail | | | | | | | |
| **Total CGS Revenue (See Table 9)** | | | | | | | |

67. I was provided with a supporting file (FRSI01807120) ▮▮▮▮▮▮▮▮▮▮▮ (the "Deferred Revenue File").[40] I relied on the Deferred Revenue File to allocate customer-level detail ▮▮▮▮▮▮▮▮▮ through June 2024 totaling ▮▮▮▮▮ Starting in July 2024, the FactSet General Ledgers began to include individual customer breakdowns directly, with the exception of one subscription entry totaling ▮▮▮ which still lacked detail.[41]

68. I compared the ▮▮▮▮▮▮ entries recorded in the general ledger to the detailed breakout provided in the supporting Deferred Revenue File. While I was able to reconcile these amounts for certain months, other periods could not be fully reconciled. However, when comparing the totals across the full period, the differences between the general ledger and the supporting file were immaterial. As such, I determined that these discrepancies did not have a meaningful impact on my overall analysis. See **Table 11** below for the comparison.



| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Table 11**<br>**Comparison of Revenue without Customer Detail on FactSet General Ledgers and Revenue per Deferred Revenue File** | | | | | | | |
| | **January 2023 -**<br>**August 2023** | **September 2023 -**<br>**December 2023** | **January 2024 -**<br>**March 2024** | **April 2024 -**<br>**June 2024** | **July 2024 -**<br>**September 2024** | **October 2024 -**<br>**December 2024** | **Total** |
| Revenue without Customer Detail [1] | | | | | | | |
| Revenue per Deferred Revenue File [2] | | | | | | | |
| **Difference** | | | | | | | |

**Notes**
[1] See Table 10.
[2] Per FRSI01807120. This file does not include data from July 2024 through December 2024.

---

[40] FactSet's Response to Fee Data Questions dated April 28, 2025.
[41] This ▮▮▮▮ transaction was excluded from my analysis, as it appears to offset prior entries from September 2023 through September 2024, effectively netting them to zero.



## FactSet Consolidation of Revenue Data by Customer

69. To calculate the total CGS revenue reported by FactSet, I combined the revenue amounts from the Deferred Revenue File with the customer-detailed revenue reported in the FactSet General Ledgers. The total accrual-based revenue calculated for FactSet over the relevant period was ▮▮▮▮▮▮▮ as shown in **Table 12** below.

| | January 2023 – August 2023 | September 2023 – December 2023 | January 2024 – March 2024 | April 2024 – June 2024 | July 2024 – September 2024 | October 2024 – December 2024 | Total |
|---|---|---|---|---|---|---|---|
| **Table 12** **Total FactSet CGS Revenue by Source** | | | | | | | |
| Revenue with Customer Detail [1] | | | | | | | |
| Revenue per Deferred Revenue File [2] | | | | | | | |
| **Total FactSet CGS Revenue** | | | | | | | |

Notes
[1] See Table 10.
[2] See Table 11.

## FactSet Results by Time Period

70. The total CGS revenue reported by FactSet, as calculated and discussed in the preceding sections, amounts to ▮▮▮▮▮▮▮ This figure reflects the aggregation of revenue across the various time periods and data sources outlined above. A summary of this total is presented in **Table 13** below. These exhibits illustrate how the revenue was derived and allocated by period and customer.

| Table 13 Quarterly FactSet Revenue Calculation January 2023 through December 2024 | |
|---|---|
| **Period** | **Quarterly Revenue** |
| Q1 2023 | $ ▮ |
| Q2 2023 | |
| Q3 2023 | |
| Q4 2023 | |
| Q1 2024 | |
| Q2 2024 | |
| Q3 2024 | |
| Q4 2024 | |
| **Total January 2023 – December 2024** | **$ ▮** |



## Total CGS Revenue – S&P and FactSet

71. In the sections above, I calculated revenue separately for S&P and FactSet, using the relevant source data and applying consistent exclusion criteria. The time periods covered for each company were selected to ensure there is no overlap, thereby preventing any double counting of revenue between the two. After completing the individual calculations, I combined the results to arrive at total revenue figures by quarter, capturing the full scope of revenue activity across both entities. The total combined CGS revenue from licensing, subscriptions, and royalties is ▮▮▮▮▮▮▮▮

72. These quarterly totals are summarized in **Table 14** below.

<table>
<tr><td colspan="4"><b>Table 14</b><br><b>Quarterly Revenue Calculation</b><br><b>March 2018 through December 2024</b></td></tr>
<tr><th>Entity</th><th>Period</th><th>Quarterly Revenue</th><th>Related Table</th></tr>
<tr><td>S&P</td><td>Q1 2018 (March Only)</td><td></td><td>Table 3</td></tr>
<tr><td>S&P</td><td>Q2 2018</td><td></td><td>Table 3</td></tr>
<tr><td>S&P</td><td>Q3 2018</td><td></td><td>Table 3 and 5</td></tr>
<tr><td>S&P</td><td>Q4 2018</td><td></td><td>Table 5</td></tr>
<tr><td>S&P</td><td>Q1 2019</td><td></td><td>Table 5</td></tr>
<tr><td>S&P</td><td>Q2 2019</td><td></td><td>Table 5</td></tr>
<tr><td>S&P</td><td>Q3 2019</td><td></td><td>Table 5</td></tr>
<tr><td>S&P</td><td>Q4 2019</td><td></td><td>Table 5</td></tr>
<tr><td>S&P</td><td>Q1 2020</td><td></td><td>Table 5</td></tr>
<tr><td>S&P</td><td>Q2 2020</td><td></td><td>Table 5</td></tr>
<tr><td>S&P</td><td>Q3 2020</td><td></td><td>Table 5</td></tr>
<tr><td>S&P</td><td>Q4 2020</td><td></td><td>Table 5</td></tr>
<tr><td>S&P</td><td>Q1 2021</td><td></td><td>Table 5</td></tr>
<tr><td>S&P</td><td>Q2 2021</td><td></td><td>Table 5</td></tr>
<tr><td>S&P</td><td>Q3 2021</td><td></td><td>Table 5</td></tr>
<tr><td>S&P</td><td>Q4 2021</td><td></td><td>Table 5</td></tr>
<tr><td>S&P</td><td>Q1 2022</td><td></td><td>Table 7</td></tr>
<tr><td>S&P</td><td>Q2 2022</td><td></td><td>Table 7</td></tr>
<tr><td>S&P</td><td>Q3 2022</td><td></td><td>Table 7</td></tr>
<tr><td>S&P</td><td>Q4 2022</td><td></td><td>Table 7</td></tr>
<tr><td>FactSet</td><td>Q1 2023</td><td></td><td>Table 13</td></tr>
<tr><td>FactSet</td><td>Q2 2023</td><td></td><td>Table 13</td></tr>
<tr><td>FactSet</td><td>Q3 2023</td><td></td><td>Table 13</td></tr>
<tr><td>FactSet</td><td>Q4 2023</td><td></td><td>Table 13</td></tr>
<tr><td>FactSet</td><td>Q1 2024</td><td></td><td>Table 13</td></tr>
<tr><td>FactSet</td><td>Q2 2024</td><td></td><td>Table 13</td></tr>
<tr><td>FactSet</td><td>Q3 2024</td><td></td><td>Table 13</td></tr>
<tr><td>FactSet</td><td>Q4 2024</td><td></td><td>Table 13</td></tr>
<tr><td colspan="2"><b>Total March 2018 - December 2024</b></td><td></td><td></td></tr>
</table>

CONFIDENTIAL



# VIII.   CGS REVENUE REPORTED TO THE ABA

73. After calculating CGS revenues based on the data provided, I compared my results to the quarterly revenue figures reported by S&P/FactSet to the ABA, which form the basis for royalty payment calculations. A summary of this comparison is presented in **Table 15** below.[42]



| Quarter | Calculated CGS Revenue, Rounded (Table 14)<br>A | Total Revenue Reported to ABA, Rounded<br>B | ABA Value Higher (Lower) than Calculated Value<br>C = B - A | Percentage Difference Between ABA and Calculated Value<br>D = 1 / (B/A) |
|---|---|---|---|---|

Notes
[1]
[2]

---

[42] I did not receive quarterly reports after Q2 2023. Additionally, Q1 2018 is not included in this chart, as the damages period includes only one month of the quarter.

74. ████████████████████████████████████████████████████

75. It's also important to note that some of the discrepancies observed may be the result of revenue being recorded in different quarters between datasets. For example, a shortfall in one quarter is often largely offset by an overage in the following quarter, suggesting potential timing differences in revenue recognition rather than true variances in overall revenue. This pattern is particularly evident in cases like Q1 and Q2 of 2023, where the gap in one quarter is nearly balanced out by the next.

## IX.  SUMMARY OF CONCLUSIONS

76. Based on the information set forth in this report and the accompanying exhibits, coupled with my experience, education and knowledge, it is my opinion that the non-issuance CGS revenue earned by S&P and FactSet is ██████████████ as summarized in **Table 16** below. A breakdown of the amount each individual CGS customer paid is in my backup files. Customers are identified by name and various ID numbers so that they can be cross walked with other datasets.



| Table 16 Summary of CGS Revenues March 2018 through December 2024 | | | | |
|---|---|---|---|---|
| **Period** | **S&P** | **FactSet** | **Total** | **Related Table** |
| March 2018 - December 2018 | | | | Table 3 and 5 |
| January 2019 - December 2019 | | | | Table 5 |
| January 2020 - December 2020 | | | | Table 5 |
| January 2021 - December 2021 | | | | Table 5 |
| January 2022 - December 2022 | | | | Table 7 |
| January 2023 - December 2023 | | | | Table 13 |
| January 2024 - December 2024 | | | | Table 13 |



77. In reaching my conclusions, I have calculated revenues to a reasonable degree of accounting certainty. The procedures performed were limited to those described herein based on the documents provided to date and other information obtained. Information obtained subsequent to the date of this report may affect this analysis. To the extent that additional information is provided, I reserve the right to update and supplement my analysis. My procedures were performed solely with respect to the above-mentioned matter. This report is not to be reproduced, distributed, disclosed, or used for any other purpose.

Respectfully Submitted,

_____

Alan Schachter, CPA/ABV/CFF, CVA, CFE

### Alan A. Schachter, CPA•ABV•CFF, CVA, CFE

### Curriculum Vitae

**PROFESSIONAL HISTORY**

- Guidepost Solutions LLC, Senior Managing Director, Economic Damages & Business Valuation, 2021
- Citrin Cooperman & Company, LLP, Partner, Valuation and Forensic Services Group, 2009 – 2021
- Willamette Management Associates, Managing Director Northeast Region Litigation and Valuation Consulting, 2003 – 2009
- Centerprise Advisors Litigation & Valuation Services, Managing Director, 2001 – 2003
- Scillia, Dowling & Natarelli, CPAs and Advisors, Managing Director, 2001 – 2003
- Urbach Kahn & Werlin, Shareholder, Litigation, 1989 – 2000
- Schachter & Co., Owner, 1979 – 1989
- Schachter & Horan, Partner, 1974 – 1979
- Lester Witte & Co., Partner, 1969 – 1974
- H.A. Schachter & Co., 1967 – 1969
- Peat Marwick Mitchell & Co., 1966 – 1967
- H.A. Schachter & Co., May 1965 – Dec. 1965

**EDUCATION**

- B.S. Economics, Wharton School, University of Pennsylvania, 1965
- MBA, Pace University, 1972
- Advanced Certificate of Taxation, Pace University, 1987

**PROFESSIONAL DESIGNATIONS**

- Accredited in Business Valuation, AICPA, 1998 – present
- Certified in Financial Forensics, AICPA, 2008 – present
- Certified Public Accountant, New York, 1969 – present
- Certified Public Accountant, Connecticut, 2001 – present
- Certified Fraud Examiner, 1993 – present
- Certified Valuation Analyst, 1997 – present
- Diplomat, American Board of Forensic Accounting, 1997 – present
- Medicare Hearing Officer, 1979 – 1986
- New York State Department of Health Approved Receiver, 1986 – present
- President, Fairfield County Estate Planning Counsel, 2013 – present

**GOVERNMENT APPOINTMENTS**

- Receiver of New York State Department of Health
- Appointed by the New York State Liquor Authority to serve as a receiver of a major New York City nightclub cabaret and discotheque
- Special Consultant to the New York State Department of Taxation and Finance, Office of Tax Enforcement, 1996 – 2000
- New York State Department of Health RUGS Advisory Committee, 1984 – 1987
- Receiver/Fiduciary appointed by Superior Court of Connecticut regarding liquidation of hard money lender and high yield debt fund, 2012 – 2015

**MEMBERSHIPS & CHAIRMANSHIPS**

- Member, Advisory Council, Connecticut Society of CPAs, 2011
- Chairman, Healthcare Committee, Connecticut Society of CPAs, 2011

- Member, American Institute of Certified Public Accountants, 1969 – present
- Member, New York State Society of Certified Public Accountants, 1969 – present
- Member, Connecticut Society of Certified Public Accountants, 2001 – present
- Chair and Member, Litigation Support Committee of New York State Society of CPAs, 1992 – 1998
- Health Care Financial Management Association, 1970 – 2000
- Member, National Association of Certified Valuation Analysts, 1997 – present
- American Academy of Matrimonial Lawyers: Financial Services Committee, 1992 – 1996
- President and Member, Fairfield County Estate Planning Council, 2012 – present
- Leadership Initiative Board Member, National Association of Certified Valuation Analysts, 2023 – present

## CONFERENCES & SPEAKING ENGAGEMENTS

Lectures regarding business valuation and damage claims before the following organizations:

- National Health Lawyers Association, Legal Accounting Defense Team, 1984
- New York State Society of Certified Public Accountants, Various Seminars of Valuation of Closely Held Businesses and Litigation Support Topics, 1992 – 1998
- New York State Bar Association, Various Valuation Seminars, 1992 – 1999
- Health Care Financial Management Association, Valuation of Health Care Facilities, 1994
- American Institute of Certified Public Accountants and Illinois CPA Foundation, Engagement Approach to Researching, Evaluation and Understanding the Company, 1995
- New York State Supreme Court Justices, Valuation of Businesses and Professional Practices, 1996
- Association of the Bar of the City of New York, New York State Tax Amnesty Act, 1997
- Gerontology Institute, Nursing Home Fraud & Abuse and Corporate Compliance, 1998
- State & Local Government Benefits Association, Detecting Health Care Fraud and Abuse, 1998
- The American College of Health Care Administrators, New York Chapter, Corporate Compliance Programs and Enforcement Initiatives in Health Care, 1998
- Practicing Law Institute, Basic Accounting for the General Practitioner, 1999 – 2000
- The Center to Promote Health Care Studies, Inc., Fraud and Abuse, Corporate Compliance and Revenue Recognition, 2000
- New York State Health Facilities Association, Nursing Home Corporate Compliance Plans, 2001
- Connecticut State Bar Association, Valuation of Intellectual Property, 2002
- The Regional Bar Association/Family Law Section Valuation of Intellectual Property, 2002
- Quinnipiac Law School-Compliance Workshop for Meeting HIPAA 2000 Regulations, 2002
- Connecticut Society of Certified Public Accountants, Valuing a Professional Practice, 2002
- Massachusetts Society of Certified Public Accountants Conference, Developing Niche Practices, 2002
- Critical Issues in Electronic Discovery, 2003
- National Association of Certified Valuation Analysts, Divorce in Connecticut – An Update, 2005
- American Society of Appraiser, Intellectual Property Valuation and Damages, 2006
- National Association of Certified Valuation Analysts, Economic Damages Related to Intellectual Property Infringement Lawsuits, 2008
- National Business Institute, Effectively Using Experts in Family Law, 2008
- Business Valuation Resources, "M&A and Valuation in the Financial Services Space in the Current Market Environment," 2009
- Commercial Law League of America, 89th Annual New York Meeting, Successful Cross-Examination of a Business Valuation Expert, 2009
- National Association of Certified Valuation Analysts – New York State, "Intellectual Property – Valuation and Litigation," 2011
- New York State Bar Association, Commercial Bar Association, "Valuation of a Franchised Business," January 27, 2016

APPENDIX A

- Annual Meeting of the IFA, "The Proper Filing of an Item 19 in the Franchisor's Disclosures Document," February 23, 2016

## PUBLICATIONS

- "Pre-indictment Strategy for the Attorney-Accountant Defense Team in White Collar Fraud Cases." *Criminal Law Journal*, 1979.
- "The Role of the Legal Accounting Defense Team." *American Law Report*, 1982.
- "Role of the Investigative Accountant." *Handbook of Financial Planning for Divorce and Separation*, 1988.
- "Fraud in the Health Care Industry: The Auditors Responsibility Under SAS 82." *American Institute of Certified Public Accountants (publication and video),* 1998.
- "Applying Basic Business Valuation Techniques to a Specialized Business (Ocean-Going Tankers)." *Encyclopedia of Matrimonial Practice,* 1991.
- "The Investigative Accountant and Confidentiality in a Criminal Tax Fraud Investigation." *The CPA Journal,* 1993.
- "Innocent Spouse Considerations for Parties Contemplating a Joint Return." *NYS Society of Certified Public Accountants,* 1994.
- "Corporate Compliance Plans for Health Care Providers." *American Institute of Certified Public Accountants*, 2000.
- "The Investigative Accountant and Confidentiality in a Criminal Tax Fraud Case." *Journal of Construction Accounting & Taxation*, 2002.
- "Protecting Attorney-Expert Communications, Avoiding Inadvertent Disclosures, and Related Issues." Co-Author Thomas J. Finn, Esq., Willamette Management Associates *Insights*, Summer 2004.
- "Intellectual Property in Matrimonial Cases" *American Journal of Family Law,* 2006.
- "The Importance of Financial Statement Analysis in Business Valuations Performed During the Course of Commercial Litigation, Willamette Management Associates *Insights*, Autumn 2006.
- "Just How Much Is That Business Worth?" *Connecticut Law Tribune*, 2008.
- "The Valuation of Intellectual Property for Family Law Purposes." Willamette Management Associates *Insights*, Special Issue 2008.
- "A Roadmap to Cross-Examining a Valuation Expert in Family Law Litigation." Willamette Management Associates *Insights*, Special Issue 2008.
- "An Introduction to Goodwill." *New York Law Journal*, 2009.
- "Know and Protect Intellectual Property's Worth." *New York Law Journal*, 2011.
- "Trademark Infringement Damages: Calculate Appropriately." *New York Law Journal*, 2015.

APPENDIX A

| TESTIFYING EXPERT WITNESS ENGAGEMENTS | | |
|---|---|---|
| **CASE NAME** | **JURISDICTION** | **NATURE OF CASE - DISPUTE** |
| EZ Pawn Corp. v. City of New York, New York City Police Department | United States District Court, Eastern District of New York | Deposition: January 2020 |
| DATTCO Inc et al v. Connecticut Department of Transportation | State of Connecticut, Superior Court | Deposition: June 2020 |
| DATTCO Inc et al v. Connecticut Department of Transportation | State of Connecticut | Testimony: April 2021 |
| Voerhinger v. REMAX | American Arbitration Association | Testimony: May 2021 |
| Lorraine Rose v. James A. Horan and Flushing Asphalt, LLC | State of New York, Supreme Court | Deposition: February 2022 |
| Gem Financial Services, Inc. d/b/a Gem Pawnbrokers v. City of New York | United States District Court, Eastern District of New York | Testimony: April 2022 |
| Roller Bearing Company of America, Inc v. Multicut North America, Inc. and Multicut Denmark A/S | United States District Court, District of Connecticut | Deposition: August 2022 |
| Ian K. Snow v. Mary Snow | State of New York, Supreme Court | Testimony: March 2023 |
| VVV & Sons Edible Oils, Ltd v. Meenakshi Overseas, LLC | United States District Court, Eastern District of California | Deposition: January 2025 |

Guidepost

**APPENDIX B**
**DOCUMENTS AND INFORMATION RELIED UPON**

1. AICPA Statements on Standards for Forensic Services No. 1
2. AICPA Professional Code of Conduct
3. Complaint filed March 4, 2022
4. https://www.aba.com/advocacy/what-we-stand-for/blueprint-for-growth#:~:text=The%20American%20Bankers%20Association%20is,we%20are%20delivering%20on%20both.
5. https://www.investopedia.com/terms/a/aba.asp
6. https://bankingjournal.aba.com/2024/09/aba-financial-regulators-acted-outside-legal-bounds-in-proposing-financial-data-standards/
7. https://www.sec.gov/comments/s7-2024-05/s7202405-532915-1528742.pdf
8. https://investor.spglobal.com/news-releases/news-details/2021/SP-Global-and-IHS-Markit-Announce-Agreements-to-Sell-Base-Chemicals-and-CUSIP-Businesses/default.aspx
9. https://investor.factset.com/news-releases/news-release-details/factset-completes-acquisition-cusip-global-services
10. FASB Accounting Standards Codification Topic 606, §606-10-05-4 (Revenue from Contracts with Customers).
11. SEC Regulation S-X, 17 C.F.R. § 210.4-01(a)(1)
12. https://www.ecfr.gov/current/title-17/chapter-II/part-210/subject-group-ECFR17a750bbf4f5043/section-210.4-01
13. S&P Cash Files
    a. SPGI-0000040688
    b. SPGI-0000040689
    c. SPGI-0000040690
    d. SPGI-0000040691
    e. SPGI-0000040692
14. FactSet Cash Files
    a. FRSI01807348
    b. FRSI01808056
15. S&P Revenue Files
    a. SPGI-0000041137
    b. SPGI-0000041129
    c. SPGI-0000041130
16. FactSet General Ledgers
    a. FRSI01595053
    a. FRSI01595054
    b. FRSI01595055
    c. FRSI01595056
    d. FRSI01807338
    e. FRSI01807339
    f. FRSI01807340
    g. FRSI01807341
17. Deferred Revenue File
    a. FRSI01807120
18. ABA Quarterly Reports
    a. FRSI01464347
    b. ABA-0000000421
    c. ABA-0000038095
    d. FRSI01481418
    e. FRSI01481474
    f. FRSI01585801

Guidepost

**APPENDIX B**
**DOCUMENTS AND INFORMATION RELIED UPON**

  g.   FRSI01585765
  h.   FRSI01482091
  i.   FRSI01748766
  j.   FRSI01585733
  k.   ABA-0000000599
  l.   ABA-0000000349
  m.   FRSI01585949
  n.   FRSI01587109
  o.   FRSI01481245
  p.   FRSI01585840
  q.   ABA-0000000355
  r.   ABA-0000018700
  s.   FRSI01587117
  t.   FRSI01481485
  u.   FRSI01464333
  v.   FRSI01464304

19. Description of Services (ABA-0000028927)
20. Asset Purchase Agreement dated December 24, 2021 (FRSI01765177-314)
21. FactSet Research System Inc.'s Form 10-K for the fiscal year ended August 31, 2024.
22. S&P Global Inc.'s Form 10-K for the fiscal year ended December 31, 2024.
23. ABA-0000000369
24. Letter from Gibson Dunn & Crutcher LLP to Counsel dated July 24, 2025 re Plaintiffs' July 10, 2025 Letter in Dinosaur Fin. Grp. LLC v. S&P Global, Inc., Case No. 22-cv-1860 (S.D.N.Y.).
25. Letter from Shinder Cantor Lerner to Counsel dated July 30, 2025 re: Dinosaur Financial Group LLC et al. v. S&P Global, Inc. et al., Case Nos. 22-cv-1860; 22-cv-1929.
26. Email from Patrick Kennedy to Counsel dated March 7, 2025 re: Dinosaur, et al. v. S&P Global, et al.
27. Letter from Gibson Dunn & Crutcher LLP to Counsel dated May 7, 2025 Plaintiffs' April 9, 2025 Letter in Dinosaur Fin. Grp. LLC v. S&P Global, Inc., Case No. 22-cv-1860 (S.D.N.Y.).
28. SPGI-0000041136
29. FactSet's Response to Fee Data Questions dated April 25, 2025.
30. Letter from Constantine Cannon LLP to Counsel dated November 26, 2024 re Dinosaur Financial Grp. LLC et al. v. S&P Global, Inc. et al., Case No. 22-cv-1860.