**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------- X

|  |  |  |
|---|---|---|
| DINOSAUR FINANCIAL GROUP, LLC, HILDENE CAPITAL MANAGEMENT, LLC, and SWISS LIFE INVESTMENT MANAGEMENT HOLDING AG on behalf of themselves and all others similarly situated, | : : : : : : : | |
| Plaintiffs, | : : | |
| -against- | : : | Case No. 1:22-cv-1860-KPF |
| S&P GLOBAL, INC., AMERICAN BANKERS ASSOCIATION, and FACTSET RESEARCH SYSTEMS INC., | : : : : : | |
| Defendants. | : : | |

------------------------------------------------------- X

### STIPULATION AND ORDER REGARDING AMENDED SCHEDULE

WHEREAS, in the Civil Case Management Plan and Scheduling Order, entered September 14, 2023 (ECF No. 116), certain deadlines were set for briefing on a motion for class certification, submission of expert reports, expert depositions, and any motions to exclude expert testimony;

WHEREAS, in the Stipulation and Order Regarding Class Discovery and Amended Schedule, entered March 21, 2025 (ECF No. 198) (the "March 21 Order"), certain deadlines were extended for a motion for class certification, submission of expert reports, expert depositions, and any motions to exclude expert testimony;

WHEREAS, there was no provision in the March 21 Order for oppositions or replies on any motions to exclude expert testimony;

WHEREAS, in accordance with the March 21 Order, on August 14, 2025, plaintiffs served a motion for class certification supported by six expert reports;

WHEREAS, by mutual agreement, the deadline in the March 21 Order of September 24, 2025, for defendants to depose plaintiffs' class certification experts was extended through October 24, 2025;

WHEREAS, one of plaintiffs' experts, Mr. Alan Schachter, has a medical condition that prevents him from testifying at a deposition;

WHEREAS, plaintiffs wish to substitute Ms. Katerina Gaebel as an expert for Mr. Schachter, and defendants have agreed not to object to the substitution on the grounds that the new expert was not timely disclosed;

WHEREAS, Plaintiffs served defendants with Ms. Gaebel's revised expert report on October 28, 2025;

WHEREAS, Ms. Gaebel's deposition is scheduled to be taken November 7, 2025, which is less than one week before defendants' opposition to class certification and supporting expert reports are due, resulting in a compressed timeframe between the deposition and defendants' filing deadline;

WHEREAS, under the March 21 Order, defendants' opposition to class certification, including any motions to exclude expert testimony, relating to class certification and supporting expert reports are due November 12, 2025;

WHEREAS, under the March 21 Order, plaintiffs' deadline to depose defendants' class certification experts is December 23, 2025, and plaintiffs' reply in support of class certification, including any motions to exclude expert testimony relating to class certification is due January 12, 2026; and

WHEREAS, an extension of time for defendants to submit their opposition to class certification and supporting expert reports and any motion to exclude expert testimony will require plaintiffs to take defendants' experts' depositions during the holiday season;

**IT IS THEREFORE STIPULATED AND AGREED AMONG THE PARTIES** that,

1.     On their motion for class certification, plaintiffs may submit an expert report of Katerina Gaebel in lieu of an expert report of Alan Schachter, although defendants reserve all rights to oppose such report other than an argument that the new expert was not timely disclosed.

2.     The schedule set forth in the March 21 Order shall further be amended as follows:

   a.   Defendants' opposition to class certification, including any motions to exclude expert testimony, relating to class certification and supporting expert reports are due **November 26, 2025.**

   b.   Plaintiffs' deadline to depose defendants' class certification experts is **January 17, 2026.**

   c.   Plaintiffs' reply in support of class certification, including any motions to exclude expert testimony relating to class certification, and opposition to any defendant motions to exclude plaintiffs' experts' testimony is due **February 4, 2026**.

   d.   Defendants' reply on any motions to exclude plaintiffs' experts' testimony and opposition to any plaintiff motions to exclude defendants' experts' testimony is due **April 1, 2026**.

   e.   Plaintiffs' reply on any motions to exclude defendants' experts' testimony is due **April 29, 2026**.

**SO STIPULATED:**

Dated: November 3, 2025.

/s/ Ronald J. Aranoff
Ronald J. Aranoff
Ryan A. Kane
Joshua M. Slocum
Lyndon M. Tretter
WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue, 12th Floor
New York, New York 10110
Telephone: (212) 382-3300
raranoff@wmd-law.com
rkane@wmd-law.com
jslocum@wmd-law.com
ltretter@wmd-law.com

/s/ Leiv Blad
Leiv Blad
Jeffrey Blumenfeld pro hac vice
Meg Slachetka
COMPETITION LAW PARTNERS PLLC
601 Pennsylvania Avenue NW
Washington, DC 20004
Telephone: (202) 742-4300
Email: leiv@competitionlawpartners.com
jeff@competitionlawpartners.com
meg@competitionlawpartners.com

/s/ Robert N. Kaplan
Robert N. Kaplan
Gregory K. Arenson
Elana Katcher
KAPLAN FOX & KILSHEIMER LLP
800 Third Ave., 38th Floor
New York, NY 10022
Telephone: (212) 687-1980
Email: rkaplan@kaplanfox.com
garenson@kaplanfox.com
ekatcher@kaplanfox.com

*Attorneys for Plaintiffs Dinosaur
Financial Group, LLC, Hildene Capital
Management, LLC, and Swiss Life*

/s/ Eric J. Stock
Eric J. Stock
Esther Lifshitz
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
Tel.: (212) 351-2301
Fax: (212) 716-0801
estock@gibsondunn.com
asouthwell@gibsondunn.com
elifshitz@gibsondunn.com

*Attorneys for Defendant S&P Global
Inc.*

/s/ Jeffrey I. Shinder
Jeffrey I. Shinder
Ellison A. Snider (Pro Hac Vice)
14 Penn Plaza, 19th Floor
New York, NY 10122
Telephone: (646) 960-8601
jeff@scl-llp.com
esnider@scl-llp.com

W. Stephen Cannon
Seth D. Greenstein
CONSTANTINE CANNON LLP
1001 Pennsylvania Ave., NW 1300 N
Washington, D.C. 20004
Tel.: (202) 204-3500
Fax: (202) 204-3501
scannon@constantinecannon.com
sgreenstein@constantinecannon.com

*Attorneys for Defendant FactSet
Research Systems, Inc.*

/s/ David C. Kiernan
David C. Kiernan (*pro hac vice*)
Craig E. Stewart (*pro hac vice*)
Caroline M. Mitchell (*pro hac vice*)

*Investment Management Holding AG, on behalf of themselves and all others similarly situated*

Paul C. Hines (*pro hac vice*)
JONES DAY
555 California St., 26th Fl.
San Francisco, CA 94104
Tel.: (415) 626-3939
Fax: (415) 875-5700
dkiernan@jonesday.com
cestewart@jonesday.com

Michelle K. Fischer (*pro hac vice*)
901 Lakeside Avenue
Cleveland, OH 44114
Tel.: (216) 586-3939
Fax: (216) 579-0212
mfischer@jonesday.com

Alexander V. Maugeri
Amanda L. Dollinger
250 Vesey Street
New York, NY 10281
Tel.: (212)326-3939
Fax: (212) 755-7306
amaugeri@jonesday.com
adollinger@jonesday.com

*Attorneys for Defendant American Bankers Association*

**SO ORDERED.**

Dated:  November 6, 2025
        New York, New York

Katherine Polk Failla
United States District Judge

The Court expresses its condolences to Mr. Schachter and wishes him a speedy recovery.  The requested adjournments are therefore granted.

The Court notes, however, that the above adjournments do create a conflict with certain of the Court's administrative obligations.  Therefore, the Court administratively STAYS the case pending the completion of the adopted briefing schedule.