UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| DINOSAUR FINANCIAL GROUP, LLC, HILDENE CAPITAL MANAGEMENT, LLC, and SWISS LIFE INVESTMENT MANAGEMENT HOLDING AG on behalf of themselves and all others similarly situated,<br><br>            Plaintiffs,<br><br>   -against-<br><br>S&P GLOBAL, INC., AMERICAN BANKERS ASSOCIATION, and FACTSET RESEARCH SYSTEMS INC.,<br><br>            Defendants. | Case No. 1:22-cv-1860-KPF |

---

**STIPULATION AND ORDER REGARDING
AMENDED REDACTION AND SEALING SCHEDULE FOR
CLASS CERTIFICATION BRIEFING**

WHEREAS, on September 14, 2023, the Court entered the Parties' Civil Case Management Plan and Scheduling Order (ECF No. 116);

WHEREAS, on March 21, 2025, the Court entered the Parties' Stipulation and Order Regarding Class Discovery and Amended Schedule (ECF No. 198) (the "March 21, 2025 Order"), which amended certain deadlines for class certification and expert disclosures;

WHEREAS, on August 14, 2025, the Court entered the Parties' Stipulation and Order Regarding Redaction and Sealing Process for Class Certification Briefing (ECF No. 214) (the "August 14, 2025 Order"), which specified certain redaction and sealing deadlines based on deadlines in the March 21, 2025 Order;

WHEREAS, on November 6, 2025, the Court entered the Parties' Stipulation and Order Regarding Amended Schedule (ECF No. 233) (the "November 6, 2025 Order"), which amended

certain deadlines for class certification and expert disclosures, as follows:

1. Defendants' opposition to class certification, including any motions to exclude expert testimony, relating to class certification and supporting expert reports are due November 26, 2025;

2. Plaintiffs' reply in support of class certification, including any motions to exclude expert testimony relating to class certification, and opposition to any defendant motions to exclude plaintiffs' experts' testimony are due February 4, 2026;

3. Defendants' reply on any motions to exclude plaintiffs' experts' testimony and opposition to any plaintiff motions to exclude defendants' experts' testimony is due April 1, 2026;

4. Plaintiffs' reply on any motions to exclude defendants' experts' testimony is due April 29, 2026.

WHEREAS, the November 6, 2025 Order did not amend certain redaction and sealing deadlines that were based on the deadlines from the March 21, 2025 Order that was thereto amended;

WHEREAS, the operative redaction and sealing deadlines in the August 14, 2025 Order are not aligned with the operative amended class certification and expert disclosure deadlines in the November 6, 2025 Order;

NOW, THEREFORE, the Parties hereby stipulate and agree, subject to the Court's approval, that the schedule set forth in the August 14, 2025 Order be amended according to the below:

1. Redacting and Sealing Defendants' Papers in Opposition to Class Certification:

    a. Opposition Papers Filing Deadline: November 26, 2025

   b. Initial Proposed Redactions: January 7, 2026

   c. Redaction Deadline: January 16, 2026

   d. Letter Motion Filing Deadline: January 30, 2026

   e. Response to Letter Motion Filing Deadline: February 11, 2026

2. Redacting and Sealing Plaintiffs' Reply Class Certification Papers:

   a. Reply Papers Filing Deadline: February 4, 2026

   b. Initial Proposed Redactions: February 25, 2026

   c. Redaction Deadline: March 4, 2026

   d. Letter Motion Filing Deadline: March 11, 2026

   e. Response to Letter Motion Filing Deadline: March 20, 2026

3. Redacting and Sealing Defendants' reply on any motions to exclude Plaintiffs' experts' testimony, and opposition to any plaintiff motions to exclude Defendants' experts' testimony:

   a. Reply and Opposition Papers Filing Deadline: April 1, 2026

   b. Initial Proposed Redactions: April 17, 2026

   c. Redaction Deadline: April 24, 2026

   d. Letter Motion Filing Deadline: May 1, 2026

   e. Response to Letter Motion Filing Deadline: May 12, 2026

4. Redacting and Sealing Plaintiffs' reply on any motion to exclude Defendants' experts' testimony:

   a. Reply Papers Filing Deadline: April 29, 2026

   b. Initial Proposed Redactions: May 15, 2026

    c. Redaction Deadline: May 22, 2026

    d. Letter Motion Filing Deadline: May 29, 2026

    e. Response to Letter Motion Filing Deadline: June 9, 2026

**SO STIPULATED.**

Dated: November 19, 2025

| | |
|---|---|
| */s/ Ronald J. Aranoff* <br> Ronald J. Aranoff <br> Ryan A. Kane <br> Joshua M. Slocum <br> Lyndon M. Tretter <br> WOLLMUTH MAHER & DEUTSCH LLP <br> 500 Fifth Avenue, 12th Floor New York, New York 10110 <br> Telephone: (212) 382-3300 <br> raranoff@wmd-law.com <br> rkane@wmd-law.com <br> jslocum@wmd-law.com <br> ltretter@wmd-law.com | */s/ Eric J. Stock* <br> Eric J. Stock <br> Esther Lifshitz <br> GIBSON, DUNN & CRUTCHER LLP <br> 200 Park Avenue New York, NY 10166 Tel.: (212) 351-2301 <br> Fax: (212) 716-0801 <br> estock@gibsondunn.com <br> elifshitz@gibsondunn.com <br><br> *Attorneys for Defendant S&P Global Inc.* |
| */s/ Leiv Blad* <br> Leiv Blad <br> Jeffrey Blumenfeld (*pro hac vice*) <br> Meg Slachetka <br> COMPETITION LAW PARTNERS PLLC <br> 601 Pennsylvania Avenue NW <br> Washington, DC 20004 <br> Telephone: (202) 742-4300 <br> Email: leiv@competitionlawpartners.com <br> jeff@competitionlawpartners.com <br> meg@competitionlawpartners.com | */s/ Jeffrey I. Shinder* <br> Jeffrey I. Shinder <br> Ellison A. Snider (*pro hac vice*) <br> SHINDER CANTOR LERNER LLP <br> 14 Penn Plaza, 19th Floor <br> New York, NY 10122 <br> Telephone: (646) 960-8601 jeff@scl-llp.com <br> esnider@scl-llp.com |

*/s/ Robert N. Kaplan*
Robert N. Kaplan
Gregory K. Arenson
Elana Katcher

KAPLAN FOX & KILSHEIMER LLP
800 Third Ave., 38th Floor New York, NY 10022 Telephone: (212) 687-1980 Email:
rkaplan@kaplanfox.com
garenson@kaplanfox.com
ekatcher@kaplanfox.com

*Attorneys for Plaintiffs Dinosaur Financial Group, LLC, Hildene Capital Management, LLC, and Swiss Life Investment Management Holding AG, on behalf of themselves and all others similarly situated*

W. Stephen Cannon (*pro hac vice)*
Seth D. Greenstein (*pro hac vice*)
CONSTANTINE CANNON LLP
1001 Pennsylvania Ave., NW 1300 N
Washington, D.C. 20004
Tel.: (202) 204-3500
Fax: (202) 204-3501
scannon@constantinecannon.com
sgreenstein@constantinecannon.com

*Attorneys for Defendant FactSet Research Systems, Inc.*

/s/ David C. Kiernan          David C. Kiernan (*pro hac vice*) Craig E. Stewart (*pro hac vice*) Caroline M. Mitchell (*pro hac vice*) Paul C. Hines (*pro hac vice*)
JONES DAY
555 California St., 26th Fl. San Francisco, CA 94104
Tel.: (415) 626-3939
Fax: (415) 875-5700
dkiernan@jonesday.com cestewart@jonesday.com

Michelle K. Fischer (*pro hac vice*)
901 Lakeside Avenue
Cleveland, OH 44114
Tel.: (216) 586-3939
Fax: (216) 579-0212
mfischer@jonesday.com

Alexander V. Maugeri Amanda L. Dollinger 250 Vesey Street
New York, NY 10281
Tel.: (212)326-3939
Fax: (212) 755-7306
amaugeri@jonesday.com
adollinger@jonesday.com

*Attorneys for Defendant American Bankers Association*

**SO ORDERED**.

Dated: November 20, 2025
     New York, New York

Hon. Katherine Polk Failla
United States District Judge