# CORRECTED DOCKET NO. 237-3

[Exhibit 3 to Declaration Of David C. Kiernan in Opposition re: 215 Motion to Certify Class and Motion to Appoint Counsel (Dkt. 237)]

# FILED UNDER SEAL