December 8, 2025

**VIA ECF**

Hon. Katherine Polk Failla
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

   RE: *Dinosaur Financial Group LLC, et al. v. S&P Global, Inc., et al.*,
      Case No. 22-CV-1860-KPF

Dear Judge Failla:

  We write on behalf of all Defendants in the above-captioned matter pursuant to Rule 4(E) of Your Honor's Individual Rules of Practice in Civil Cases to respectfully request oral argument concerning Plaintiffs' Motion for Class Certification and Appointment of Class Counsel, filed on August 14–15, 2025 [Dkts. 215–217].

  Thank you for Your Honor's consideration of this request.

Respectfully submitted,

| | | |
|---|---|---|
| */s/ Eric J. Stock* | */s/ Jeffrey I. Shinder* | */s/ David C. Kiernan* |
| Eric J. Stock | Jeffrey I. Shinder | JONES DAY |
| Jefferson E. Bell | Ellison A. Snider (*pro hac vice*) | David C. Kiernan (*pro hac vice*) |
| Esther Lifshitz | SHINDER CANTOR LERNER LLP | Craig E. Stewart (*pro hac vice*) |
| GIBSON, DUNN & CRUTCHER LLP | 14 Penn Plaza, 19th Floor | Caroline N. Mitchell (*pro hac vice*) |
| 200 Park Avenue | New York, NY 10122 | Kapri Saunders (*pro hac vice*) |
| New York, NY 10166 | Tel.: (646) 960-8601 | Paul Hines (*pro hac vice*) |
| Tel.: (212) 351-2301 | Fax: (646) 960-8625 | 555 California Street, 26th Floor |
| Fax: (212) 716-0801 | jeffrey@scl-llp.com | San Francisco, CA 94104 |
| estock@gibsondunn.com | esnider@scl-llp.com | Tel.: (415) 626-3939 |
| jbell@gibsondunn.com | | Fax: (415) 875-5700 |
| elifshitz@gibsondunn.com | James J. Kovacs (*pro hac vice*) | dkiernan@jonesday.com |
| | Keagan H. Potts (*pro hac vice*) | cestewart@jonesday.com |
| *Attorneys for Defendant S&P Global Inc.* | SHINDER CANTOR LERNER LLP | cnmithcell@jonesday.com |
| | Tel.: (646) 960-8601 | ksaunders@jonesday.com |
| | 600 14th Street NW, 5th Floor | |
| | Washington, D.C. 20005 | |
| | james@scl-llp.com | |
| | kpotts@scl-llp.com | |

JONES DAY

Counsel
December 8, 2025
Page 2

| | |
|---|---|
| W. Stephen Cannon (*pro hac vice*) | Alexander V. Maugeri |
| Seth D. Greenstein (*pro hac vice*) | Amanda L. Dollinger |
| Patrick Kennedy (*pro hac vice*) | 250 Vesey Street |
| CONSTANTINE CANNON LLP | New York, NY 10281 |
| Tel.: (202) 204-3500 | Tel.: (212) 326-3939 |
| 1001 Pennsylvania Avenue NW, Suite 1300N | Fax: (212) 755-7306 |
| Washington, D.C. 20004 | amaugeri@jonesday.com |
| scannon@constantinecannon.com | adollinger@jonesday.com |
| sgreenstein@constantinecannon.com | |
| pkennedy@constantinecannon.com | *Attorneys for Defendant American Bankers Association* |

Sarah Bayer
CONSTANTINE CANNON LLP
230 Park Avenue, 17th Floor
New York, NY 10169
Tel.: (212) 350-2700

*Attorneys for Defendant FactSet Research Systems, Inc.*