December 8, 2025

<u>VIA ECF</u>

Hon. Katherine Polk Failla
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007



RE:   <u>*Dinosaur Financial Group LLC, et al. v. S&P Global, Inc., et al.*,
      Case No. 22-CV-1860-KPF</u>

Dear Judge Failla:

We write on behalf of all Defendants in the above-captioned matter pursuant to Rule 4(E) of Your Honor's Individual Rules of Practice in Civil Cases to respectfully request oral argument concerning Plaintiffs' Motion for Class Certification and Appointment of Class Counsel, filed on August 14–15, 2025 [Dkts. 215–217].

Thank you for Your Honor's consideration of this request.

Respectfully submitted,

<u>/s/ Eric J. Stock</u>
Eric J. Stock
Jefferson E. Bell
Esther Lifshitz
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
Tel.: (212) 351-2301
Fax: (212) 716-0801
estock@gibsondunn.com
jbell@gibsondunn.com
elifshitz@gibsondunn.com

*Attorneys for Defendant S&P Global Inc.*

<u>/s/ Jeffrey I. Shinder</u>
Jeffrey I. Shinder
Ellison A. Snider (*pro hac vice*)
SHINDER CANTOR LERNER LLP
14 Penn Plaza, 19th Floor
New York, NY 10122
Tel.: (646) 960-8601
Fax: (646) 960-8625
jeffrey@scl-llp.com
esnider@scl-llp.com

James J. Kovacs (*pro hac vice*)
Keagan H. Potts (*pro hac vice*)
SHINDER CANTOR LERNER LLP
Tel.: (646) 960-8601
600 14th Street NW, 5th Floor
Washington, D.C. 20005
james@scl-llp.com
kpotts@scl-llp.com

<u>/s/ David C. Kiernan</u>
JONES DAY
David C. Kiernan (*pro hac vice*)
Craig E. Stewart (*pro hac vice*)
Caroline N. Mitchell (*pro hac vice*)
Kapri Saunders (*pro hac vice*)
Paul Hines (*pro hac vice*)
555 California Street, 26th Floor
San Francisco, CA 94104
Tel.: (415) 626-3939
Fax: (415) 875-5700
dkiernan@jonesday.com
cestewart@jonesday.com
cnmithcell@jonesday.com
ksaunders@jonesday.com

1

JONES DAY

Counsel
December 8, 2025
Page 2

| | |
|---|---|
| W. Stephen Cannon (*pro hac vice*) | Alexander V. Maugeri |
| Seth D. Greenstein (*pro hac vice*) | Amanda L. Dollinger |
| Patrick Kennedy (*pro hac vice*) | 250 Vesey Street |
| CONSTANTINE CANNON LLP | New York, NY 10281 |
| Tel.: (202) 204-3500 | Tel.: (212) 326-3939 |
| 1001 Pennsylvania Avenue NW, | Fax: (212) 755-7306 |
| Suite 1300N | amaugeri@jonesday.com |
| Washington, D.C. 20004 | adollinger@jonesday.com |
| scannon@constantinecannon.com | |
| sgreenstein@constantinecannon.com | *Attorneys for Defendant* |
| pkennedy@constantinecannon.com | *American Bankers Association* |

Sarah Bayer
CONSTANTINE CANNON LLP
230 Park Avenue, 17th Floor
New York, NY 10169
Tel.: (212) 350-2700

*Attorneys for Defendant FactSet Research Systems, Inc.*

```
  The Court has received Defendants' above request for oral argument
concerning Plaintiffs' Motion for Class Certification and Appointment of
Class Counsel.  If the Court determines that oral argument would be useful,
it will promptly reach out to the parties.

The Clerk of Court is directed to terminate the pending motion at docket
entry 250.

Dated:    December 9, 2025             SO ORDERED.
          New York, New York
```

*[signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE

2