UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------- X
DINOSAUR FINANCIAL GROUP LLC, :
HILDENE CAPITAL MANAGEMENT, :  Case No. 1:22-cv-1860-KPF
LLC and SWISS LIFE INVESTMENT :
MANAGEMENT HOLDING AG, on behalf :
of themselves and all others similarly :
situated, :
:
           Plaintiffs, :
:
  -against- :
:
S&P GLOBAL, INC., AMERICAN :
BANKERS ASSOCIATION, and FACTSET :
RESEARCH SYSTEMS INC., :
:
           Defendants. :
:
--------------------------------------------------------- X

## DECLARATION OF CRAIG E. STEWART

Pursuant to 28 U.S.C. § 1746, I, Craig E. Stewart, declare under penalty of perjury that the following is true and correct:

1.    I am a partner in the San Francisco office of Jones Day, at 555 California Street, San Francico, CA 94104.

2.    I submit this Declaration in support of my Motion to Withdraw Craig E. Stewart as Counsel on behalf of Defendant American Bankers Association.

3.    As of January 1, 2026, I will no longer be associated with the law firm of Jones Day. American Bankers Association will continue to be represented in this matter by David C. Kiernan, Caroline N. Mitchell, Paul Hines, Kapri Saunders, Alexander V. Maugeri, and Amanda L. Dollinger of Jones Day.

1

4.     My withdrawal will not occasion any request for an extension of any deadlines in this matter.

5.     I am not asserting a retaining or charging lien in connection with this matter.

Executed at:   San Francisco, California
December 19, 2025

/s/ *Craig E. Stewart*
Craig E. Stewart

NAI-5008762652v1