**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------- X

DINOSAUR FINANCIAL GROUP, LLC, HILDENE CAPITAL MANAGEMENT, LLC, and SWISS LIFE INVESTMENT MANAGEMENT HOLDING AG on behalf of themselves and all others similarly situated,

                Plaintiffs,

   -against-

S&P GLOBAL, INC., AMERICAN BANKERS ASSOCIATION, and FACTSET RESEARCH SYSTEMS INC.,

                Defendants.

------------------------------------------------------- X

Case No. 1:22-cv-1860-KPF

**STIPULATION AND ORDER REGARDING AMENDED SCHEDULE REGARDING BRIEFING ON MOTIONS RELATED TO CLASS CERTIFICATION AND REDACTION AND SEALING OF THOSE PAPERS**

    WHEREAS, on September 14, 2023, the Court entered the parties' Civil Case Management Plan and Scheduling Order (ECF No. 116);

    WHEREAS, on March 21, 2025, the Court entered the parties' Stipulation and Order Regarding Class Discovery and Amended Schedule, entered March 21, 2025 (ECF No. 198) (the "March 21 Order"), which amended certain deadlines for class certification and expert disclosures;

    WHEREAS, in accordance with the March 21 Order, on August 14, 2025, plaintiffs served a motion for class certification supported by six expert reports;

    WHEREAS, on August 14, 2025, the Court entered the Parties' Stipulation and Order Regarding Redaction and Sealing Process for Class Certification Briefing (ECF No. 214) (the

"August 14 Order"), which specified certain redaction and sealing deadlines based on deadlines in the March 21 Order;

WHEREAS, on November 6, 2025, the Court entered the parties' Stipulation and Order Regarding Amended Schedule (ECF No. 233) (the "November 6 Order") amending the deadlines for submitting papers on plaintiffs' class certification and related motions and for expert disclosures as follows:

1. Defendants' opposition to class certification, including any motions to exclude expert testimony, relating to class certification and supporting expert reports were due November 26, 2025;

2. Plaintiffs' deadline to depose defendants' class certification experts is January 17, 2026;

3. Plaintiffs' reply in support of class certification, including any motions to exclude expert testimony relating to class certification, and opposition to any defendant motions to exclude plaintiffs' experts' testimony is due February 4, 2026;

4. Defendants' reply on any motions to exclude plaintiffs' experts' testimony and opposition to any plaintiff motions to exclude defendants' experts' testimony is due April 1, 2026;

5. Plaintiffs' reply on any motions to exclude defendants' experts' testimony is due April 29, 2026;

WHEREAS, on November 20, 2025, the Court entered the parties' Stipulation and Order Regarding Amended Redaction and Sealing Schedule for Class Certification and Briefing (ECF No. 235) (the "November 20 Order") to align the operative redaction and sealing deadlines in the

August 14 Order with the operative amended class certification and related motions and expert disclosure deadlines in the November 6 Order;

WHEREAS, in accordance with the November 6 Order and the November 20 Order, on November 26, 2025, defendants served and filed under seal an opposition to plaintiffs' motion for class certification (ECF No. 236), supported by three expert reports (ECF Nos. 237-1, 237-2, 237-3), and motions to exclude the testimony of three of plaintiffs' experts (ECF Nos. 238, 241, 244).;

WHEREAS, on December 10, 2025, plaintiffs served a motion seeking leave to file reply expert reports with plaintiffs' reply on their motion for class certification and in opposition to the motions to exclude (ECF No. 253) ("Plaintiffs' Motion for Leave"), including as exhibits to the Declaration of Gregory K. Arenson in Support of Plaintiffs' Motion for Leave to File Expert Reply Reports (ECF No. 255), copies filed under seal of defendants' memorandum of law in opposition to plaintiffs' motion for class certification, defendants' memoranda of law on their motions to exclude the testimony of three of plaintiffs' experts, and defendants' three expert reports;

WHEREAS, on December 15, 2025, the Court set a briefing schedule on Plaintiffs' Motion for Leave giving defendants until January 6, 2026, to file opposition papers, and plaintiffs until January 20, 2026, to file reply papers;

WHEREAS, in light of Plaintiffs' Motion for Leave and at the Court's direction, the parties have agreed to adjust by two weeks the current schedule for briefing and redacting the papers relating to plaintiffs' class certification and related motions;

**IT IS THEREFORE STIPULATED AND AGREED AMONG THE PARTIES** that,

1. The schedule set forth in the November 6 Order shall further be amended as follows:

   a. Plaintiffs' deadline to depose defendants' class certification experts is **January 17, 2026**.

   b. Plaintiffs' reply in support of class certification, including any motions to exclude expert testimony relating to class certification, and opposition to any defendant motions to exclude plaintiffs' experts' testimony is due **February 18, 2026**.

   c. Defendants' reply on any motions to exclude plaintiffs' experts' testimony and opposition to any plaintiff motions to exclude defendants' experts' testimony is due **April 15, 2026**.

   d. Plaintiffs' reply on any motions to exclude defendants' experts' testimony is due **May 13, 2026**.

2. The parties will agree to a schedule to govern the redacting and sealing of Plaintiffs' Motion for Leave following the Court's ruling on the letter motion to seal related to defendants' papers in opposition to class certification and motions to exclude plaintiffs' experts' testimony.

3. The schedule for redaction and sealing papers on plaintiffs' reply on their class certification motion, opposition to defendants' motions to exclude plaintiffs' experts' testimony, and any motions to exclude defendants' experts' testimony is amended as follows:

   a. Reply papers filing deadline: **February 18, 2026**;

   b. Initial proposed redactions: **March 11, 2026**;

   c. Redaction deadline: **March 18, 2026**;

   d. Letter motion filing deadline: **March 25, 2026**; and

  e. Response to letter motion filing deadline: **April 3, 2026**.

4. The schedule for redaction and sealing papers on defendants' reply on their motions to exclude plaintiffs' experts' testimony and opposition to any motions to exclude defendants' experts' testimony is amended as follows:

  a. Reply and opposition papers filing deadline: **April 15, 2026**;

  b. Initial proposed redactions: **May 1, 2026**;

  c. Redaction deadline: **May 8, 2026**;

  d. Letter motion filing deadline: **May 15, 2026**; and

  e. Response to letter motion filing deadline: **May 26, 2026**.

5. The schedule for redaction and sealing papers on plaintiffs' reply on any motion to exclude defendants' experts' testimony is amended as follows:

  a. Reply papers filing deadline: **May 13, 2026**;

  b. Initial proposed redactions: **May 29, 2026**;

  c. Redaction deadline: **June 5, 2026**;

  d. Letter motion filing deadline: **June 12, 2026**; and

  e. Response to letter motion filing deadline: **June 23, 2026**.

**SO STIPULATED:**

Dated: December 23, 2025.

/s/ Ronald J. Aranoff
Ronald J. Aranoff
Ryan A. Kane
Joshua M. Slocum
Lyndon M. Tretter
WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue, 12th Floor
New York, New York 10110
Telephone: (212) 382-3300
raranoff@wmd-law.com
rkane@wmd-law.com
jslocum@wmd-law.com
ltretter@wmd-law.com

/s/ Leiv Blad
Leiv Blad
Jeffrey Blumenfeld (*pro hac vice*)
Meg Slachetka
COMPETITION LAW PARTNERS PLLC
601 Pennsylvania Avenue NW
Washington, DC 20004
Telephone: (202) 742-4300
Email: leiv@competitionlawpartners.com
jeff@competitionlawpartners.com
meg@competitionlawpartners.com

/s/ Robert N. Kaplan
Robert N. Kaplan
Gregory K. Arenson
Elana Katcher
KAPLAN FOX & KILSHEIMER LLP
800 Third Ave., 38th Floor
New York, NY 10022
Telephone: (212) 687-1980
Email: rkaplan@kaplanfox.com
garenson@kaplanfox.com
ekatcher@kaplanfox.com

*Attorneys for Plaintiffs Dinosaur Financial Group, LLC, Hildene Capital Management, LLC, and Swiss Life*

/s/ Eric J. Stock
Eric J. Stock
Esther Lifshitz
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
Tel.: (212) 351-2301
Fax: (212) 716-0801
estock@gibsondunn.com
asouthwell@gibsondunn.com
elifshitz@gibsondunn.com

*Attorneys for Defendant S&P Global Inc.*

/s/ Jeffrey I. Shinder
Jeffrey I. Shinder
Ellison A. Snider (Pro Hac Vice)
14 Penn Plaza, 19th Floor
New York, NY 10122
Telephone: (646) 960-8601
jeff@scl-llp.com
esnider@scl-llp.com

W. Stephen Cannon
Seth D. Greenstein
CONSTANTINE CANNON LLP
1001 Pennsylvania Ave., NW 1300 N
Washington, D.C. 20004
Tel.: (202) 204-3500
Fax: (202) 204-3501
scannon@constantinecannon.com
sgreenstein@constantinecannon.com

*Attorneys for Defendant FactSet Research Systems, Inc.*

/s/ David C. Kiernan
David C. Kiernan (*pro hac vice*)
Craig E. Stewart (*pro hac vice*)
Caroline M. Mitchell (*pro hac vice*)

| | |
|---|---|
| *Investment Management Holding AG, on behalf of themselves and all others similarly situated* | Paul C. Hines (*pro hac vice*)<br>JONES DAY<br>555 California St., 26th Fl.<br>San Francisco, CA 94104<br>Tel.: (415) 626-3939<br>Fax: (415) 875-5700<br>dkiernan@jonesday.com<br>cestewart@jonesday.com<br><br>Michelle K. Fischer (*pro hac vice*)<br>901 Lakeside Avenue<br>Cleveland, OH 44114<br>Tel.: (216) 586-3939<br>Fax: (216) 579-0212<br>mfischer@jonesday.com<br><br>Alexander V. Maugeri<br>Amanda L. Dollinger<br>250 Vesey Street<br>New York, NY 10281<br>Tel.: (212)326-3939<br>Fax: (212) 755-7306<br>amaugeri@jonesday.com<br>adollinger@jonesday.com<br><br>*Attorneys for Defendant American Bankers Association* |

**SO ORDERED.**

Dated: December 23, 2025
       _____
       New York, New York

                                                                    _____
                                                                    Katherine Polk Failla
                                                                    United States District Judge