January 6, 2026

VIA ECF

Hon. Katherine Polk Failla
United States District Court Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square, Room 618
New York, NY 10007



Re:   *Dinosaur Fin. Group, et al. v. CUSIP Global Servs., et al.*, 1:22-cv-1860-KPF

Dear Judge Failla:

      We write on behalf of Defendants S&P Global Inc., American Bankers Association, and FactSet Research Systems Inc. Pursuant to Rule 9(B) and 9(C) of Your Honor's Individual Rules of Practice in Civil Cases, Defendants seek leave to file under seal certain materials in connection with Defendants' opposition to Plaintiffs' motion for leave to submit reply expert reports ("Motion for Leave"). ECF Nos. 253, 254, 255.

      On December 10, 2025, Plaintiffs filed a redacted version of their memorandum of law in support of their Motion for Leave, and accompanying sealed exhibits. ECF Nos. 254, 255. Because the parties have not yet agreed on the appropriate redactions for Plaintiffs' Motion for Leave, *see* ECF No. 261 ¶ 2, Defendants have provisionally applied redactions to mirror the redactions Plaintiffs applied to their Motion for Leave papers, covering the same content for which Plaintiffs request confidential treatment. That content reflects information from the parties' class certification and *Daubert* motion papers and expert reports that the Court has already approved for sealing or which is provisionally filed under seal. *See* ECF No. 252. Accordingly, Defendants request permission to file (i) a redacted version of their memorandum of law in opposition to Plaintiffs' Motion for Leave, and (ii) one exhibit under seal, an errata sheet from Frank Lenz's deposition (Ex. B to the declaration of Eric Stock). Defendants will file public versions of their brief and declaration, with redactions limited to the confidential material identified by Plaintiffs in their letter motion to seal. *See* ECF No. 252. Defendants will re-file their papers on the docket following agreement by the parties on appropriate final redactions.

      Accordingly, Defendants respectfully request that access to the sealed documents should be limited to the Court and counsel of record.

Respectfully submitted,

| /s/ Eric J. Stock | /s/ Jeffrey I. Shinder | /s/ David C. Kiernan |
|---|---|---|
| Eric J. Stock<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue, 47th Fl.<br>New York, NY 10166<br>Tel.: (212) 351-2301<br>Fax: (212) 716-0801<br>estock@gibsondunn.com<br><br>*Attorneys for Defendant S&P Global Inc.* | Jeffrey I. Shinder<br>SHINDER CANTOR LERNER LLP<br>14 Penn Plaza, Suite 1900<br>New York, NY 10122<br>Tel.: (646) 960-8601<br>jeff@scl-llp.com<br><br>*Attorneys for Defendant FactSet Research Systems, Inc.* | David C. Kiernan (pro hac vice)<br>JONES DAY<br>555 California St., 26th Fl.<br>San Francisco, CA 94104<br>Tel.: (415) 626-3939<br>Fax: (415) 875-5700<br>dkiernan@jonesday.com<br><br>*Attorneys for Defendant American Bankers Association* |

cc: Counsel of Record (via ECF)

---

The Court has reviewed Plaintiffs' request to seal certain documents relating to Plaintiffs' motion for leave to file expert reply reports (Dkt. #252), as well as Defendants' above request to seal certain documents relating to Defendants' opposition to Plaintiff's motion (Dkt. #262).  Both applications are GRANTED.

The Clerk of Court is directed to terminate the pending motions at docket entries 252 and 262.  Further, the Clerk of Court is directed to maintain docket entries 254, 255, 265, and 266 under seal, viewable to the Court and the parties only.

Dated:    January 7, 2026
          New York, New York

SO ORDERED.

*[signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE