

January 13, 2026

*By ECF*
The Honorable Katherine Polk Failla
United States District Court for the Southern District of New York
40 Foley Square, Courtroom 618
New York, New York 10007

Re:   *Dinosaur Financial Group LLC et al. v. S&P Global, Inc. et al.*, No. 22-cv-1860

**Subject: Plaintiffs' motion for leave to file expert reply reports**

Dear Judge Failla:

We represent plaintiffs Dinosaur Financial Group LLC, Hildene Capital Management, LLC, and Swiss Life Investment Management Holding AG. Plaintiffs are filing today their reply papers on their motion for leave to file expert reply reports in relation to their motion for class certification and appointment of class counsel (ECF No. 253). Pursuant to the Protective Order (ECF No. 125) and Rule 9.B. of this Court's Individual Rules of Practice in Civil Cases, plaintiffs request permission to file their reply memorandum of law in support of their motion in partially redacted form and to seal excerpts from the transcript of the deposition of Dr. Lauren J. Stiroh, taken January 8, 2026, which are Exhibit 14 to the reply declaration of Gregory K. Arenson submitted in support of the motion ("Sealed Exhibit").

In accordance with Rule 9.B.i., plaintiffs are filing: (i) a redacted version of their reply memorandum of law and the Arenson reply declaration with exhibits, including the Sealed Exhibit; and (ii) a copy of the reply memorandum of law with proposed redactions highlighted and the Sealed Exhibit in selected view. Pursuant to Rule 9.B.ii., plaintiffs will also email chambers with copies of these documents.

Plaintiffs' reply memorandum of law and the Sealed Exhibit contain, paraphrase, or quote "Discovery Material" that has been designated as "Protected Material" under the Protective Order. The redacted portions of plaintiffs' reply memorandum of law contain confidential information from or based on plaintiffs' class-certification memorandum of law or expert reports that the Court has already approved for redaction (ECF No. 229), as well as information from defendants' opposition to class certification, motions to exclude three of plaintiffs' experts, and defendants' experts' reports that were provisionally filed under seal pursuant to the Stipulation and Order Regarding Redaction and Sealing Process for Class Certification (ECF No. 214), as supplemented by the Stipulation and Order Regarding Amended Schedule Regarding Briefing on Motions Related to Class Certification and Redaction and Sealing of Those Papers (ECF No. 261) (the "Sealing Stipulations"). The Sealed Exhibit contains deposition testimony that under paragraph 23 of the Protective Order is deemed Highly Confidential Material for 60 days after receipt of the

final transcript. Plaintiffs are seeking permission to file the Sealed Exhibit and information from defendants' opposition, motions to exclude, and defendants' expert reports that were provisionally filed under seal to comply with the Protective Order and the procedures set forth in the Sealing Stipulations. Plaintiffs reserve the right to challenge defendants' confidentiality designations as appropriate.

Respectfully submitted,

| | |
|---|---|
| /s/ *Ronald J. Aranoff* | /s/ *Leiv Blad* |
| Ronald J. Aranoff | Leiv Blad |
| Joshua M. Slocum | Jeffrey Blumenfeld (*pro hac vice*) |
| Ryan A. Kane | Meg Slachetka |
| WOLLMUTH MAHER & DEUTSCH LLP | COMPETITION LAW PARTNERS PLLC |
| 500 Fifth Avenue, 12th Floor | 601 Pennsylvania Ave., NW |
| New York, New York 10110 | Washington, DC 20004 |
| Telephone: (212) 382-3300 | Telephone: (202) 742-4300 |
| Email: raranoff@wmd-law.com | Email: leiv@competitionlawpartners.com |
| jslocum@wmd-law.com | jeff@competitionlawpartners.com |
| rkane@wmd-law.com | meg@competitionlawpartners.com |
| | |
| | /s/ *Robert N. Kaplan* |
| | Robert N. Kaplan |
| | Gregory K. Arenson |
| | Elana Katcher |
| | KAPLAN FOX & KILSHEIMER LLP |
| | 800 Third Ave., 38th Floor |
| | New York, NY 10022 |
| | Telephone: (212) 687-1980 |
| | Email: rkaplan@kaplanfox.com |
| | garenson@kaplanfox.com |
| | ekatcher@kaplanfox.com |

Cc: Counsel of record (*via ECF*)

---

Application GRANTED.  The Clerk of Court is directed to terminate the pending motion at docket entry 269. Further, the Clerk of Court is directed to maintain docket entries 270 and 272 under seal, viewable to the Court and the parties only.

Dated:     January 14, 2026                SO ORDERED.
           New York, New York

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE