**UNITED STATES U.S. DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------- X

DINOSAUR FINANCIAL GROUP LLC,            :
HILDENE CAPITAL MANAGEMENT,              :
LLC and SWISS LIFE INVESTMENT            :
MANAGEMENT HOLDING AG, on behalf         :
of themselves and all others similarly    :
situated,                                :
                                         :
          Plaintiffs,                     :      Case No. 1:22-CV-1860-KPF
                                         :
    -against-                          :
                                         :
S&P GLOBAL, INC., AMERICAN               :
BANKERS ASSOCIATION, and FACTSET         :
RESEARCH SYSTEMS INC.,                   :
                                         :
          Defendants.                     :
                                         :
                                   X

---------------------------------------------------------

### DEFENDANTS' NOTICE OF MOTION TO EXCLUDE TESTIMONY OF PLAINTIFFS' EXPERT BETTINA BERGMANN

**PLEASE TAKE NOTICE** that, upon the accompanying (i) Memorandum of Law in support of Defendants' Motion to Exclude Testimony of Bettina Bergmann and (ii) the Declaration of Patrick M. Kennedy and its accompanying exhibits, Defendants S&P Global, Inc., American Bankers Association, and FactSet Research Systems Inc. (collectively "Defendants"), by and through their undersigned counsel, will move this Court, before the Honorable Katherine P. Failla, United States District Judge, as soon as counsel can be heard, for an Order, pursuant to Federal Rules of Evidence 702, 703, and *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), precluding the testimony of Bettina Bergmann, and granting such other relief the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Court's November 6, 2025 Order granting the parties' proposed briefing schedule ECF 233, Plaintiffs' opposition papers to

Defendants' motion, if any, are due on or before February 4, 2026, and Defendants' reply papers, if any, are due on or before April 1, 2026.

Dated: November 26, 2025

Respectfully submitted,

/s/ Eric J. Stock
Eric J. Stock
Jefferson E. Bell
Esther Lifshitz
GIBSON, DUNN &
CRUTCHER LLP
200 Park Avenue
New York, NY 10166
Tel.: (212) 351-2301
Fax: (212) 716-0801
estock@gibsondunn.com
jbell@gibsondunn.com
elifshitz@gibsondunn.com

*Attorneys for Defendant
S&P Global Inc.*

/s/ Jeffrey I. Shinder
Jeffrey I. Shinder
Ellison A. Snider (*pro hac vice*)
SHINDER CANTOR LERNER LLP
14 Penn Plaza, 19th Floor
New York, NY 10122
Tel.: (646) 960-8601
Fax: (646) 960-8625
jeffrey@scl-llp.com
esnider@scl-llp.com

James J. Kovacs (*pro hac vice*)
Keagan H. Potts (*pro hac vice*)
SHINDER CANTOR LERNER LLP
Tel.: (646) 960-8601
600 14th Street NW, 5th Floor
Washington, D.C. 20005
james@scl-llp.com
kpotts@scl-llp.com

W. Stephen Cannon (*pro hac vice*)
Seth D. Greenstein (*pro hac vice*)
Patrick Kennedy (*pro hac vice*)
CONSTANTINE CANNON LLP
Tel.: (202) 204-3500
1001 Pennsylvania Avenue NW,
Suite 1300N
Washington, D.C. 20004
scannon@constantinecannon.com
sgreenstein@constantinecannon.com
pkennedy@constantinecannon.com

Sarah Bayer
CONSTANTINE CANNON LLP
230 Park Avenue, 17th Floor
New York, NY 10169

/s/ David C. Kiernan
JONES DAY
David C. Kiernan (*pro hac vice*)
Craig E. Stewart (*pro hac vice*)
Caroline N. Mitchell (*pro hac vice*)
Kapri Saunders (*pro hac vice*)
Paul Hines (*pro hac vice*)
555 California Street, 26th Floor
San Francisco, CA 94104
Tel.: (415) 626-3939
Fax: (415) 875-5700
dkiernan@jonesday.com
cestewart@jonesday.com
cnmithcell@jonesday.com
ksaunders@jonesday.com

Alexander V. Maugeri
Amanda L. Dollinger
250 Vesey Street
New York, NY 10281
Tel.: (212) 326-3939
Fax: (212) 755-7306
amaugeri@jonesday.com
adollinger@jonesday.com

*Attorneys for Defendant
American Bankers
Association*

Tel.: (212) 350-2700

*Attorneys for Defendant FactSet*
*Research Systems, Inc.*

**<u>SIGNATURE CERTIFICATION</u>**

Pursuant to Section 8.5(b) of the Electronic Case Filing Rules and Instructions of the Southern District of New York, I certify that all other signatory parties have consented to the filing of this document.

<i>/s/ David C. Kiernan</i><br>
David C. Kiernan

**CERTIFICATE OF SERVICE**

I certify that on November 26, 2025, I caused the foregoing to be served on all counsel of record via ECF.

*/s/ David C. Kiernan*
David C. Kiernan
