**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------x

DINOSAUR FINANCIAL GROUP LLC, HILDENE CAPITAL MANAGEMENT, LLC and SWISS LIFE INVESTMENT MANAGEMENT HOLDING AG, on behalf of themselves and all others similarly situated,

        Plaintiffs,

-v-

S&P GLOBAL, INC., AMERICAN BANKERS ASSOCIATION, and FACTSET RESEARCH SYSTEMS INC.,

        Defendants.

------------------------------------------x

**Case No. 1:22-CV-1860 (KPF)**

## DECLARATION OF PATRICK M. KENNEDY IN SUPPORT OF DEFENDANTS' MOTION TO EXCLUDE TESTIMONY OF BETTINA BERGMANN

1. My name is Patrick Kennedy. I am an associate at Constantine Cannon LLP, counsel for Defendant FactSet Research Systems Inc. I make this declaration on personal knowledge.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Expert Report of Bettina Bergmann, dated August 13, 2025 ("Bergmann Report").

3. Attached hereto as Exhibit 2 is a true and correct copy of the transcript of the October 24, 2025 deposition of Bettina Bergmann.

4. Attached hereto as Exhibit 3 is a true and correct copy of the document produced to Defendants as Exhibit 8 to the Bergmann Report.

5. Attached hereto as Exhibit 4 is a true and correct copy of excerpts of the European Commission Implementing Regulation (EU) 2015/2450 of 2 December 2015 laying down implementing technical standards with regard to the templates for the submission of information to the supervisory authorities according to Directive 2009/138/EC of the European Parliament and of the Council, a full version of which is available at https://eur-lex.europa.eu/legal-content/EN/TXT/PDF/?uri=CELEX:32015R2450&from=EN.

6. Attached hereto as Exhibit 5 is a true and correct copy of excerpts of the January 7, 2025 deposition of Danielle Lane.

7. Attached hereto as Exhibit 6 is a true and correct copy of excerpts of the January 30, 2025 deposition of Jeffrey Mitnick.

8. Attached hereto as Exhibit 7 is a true and correct copy of excerpts of the March 7, 2025 deposition of ▓▓▓▓▓▓▓▓.

9. Attached hereto as Exhibit 8 is a true and correct copy of excerpts of the January 23, 2025 deposition of Lorenzo Kyburz.

10. Attached hereto as Exhibit 9 is a true and correct copy of the document produced to Defendants as Exhibit 9 to the Bergmann Report.

I declare under penalties of perjury under 28 U.S.C. § 1746 that the foregoing is true and correct.

Date: November 26, 2025

Washington, DC

_____

Patrick M. Kennedy

**CERTIFICATE OF SERVICE**

I certify that on November 26, 2025, I caused the foregoing to be served on all counsel of record via ECF.

*/s/ David C. Kiernan*
David C. Kiernan