# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| DINOSAUR FINANCIAL GROUP, LLC, SWISSLIFE INVESTMENT MANAGEMENT HOLDING AG, and HILDENE CAPITAL MANAGEMENT, LLC, on behalf of themselves and all others similarly situated, | ) | Civil Action No. 1:22-cv-1860 (KPF) |
| Plaintiffs, | ) | |
| vs. | ) | |
| S&P GLOBAL, INC., AMERICAN BANKERS ASSOCIATION, and FACTSET RESEARCH SYSTEMS, INC., | ) | |
| Defendants. | ) | |

HIGHLY CONFIDENTIAL
VIDEO RECORDED DEPOSITION OF BETTINA BERGMANN
Friday, October 24, 2025, 8:43 a.m.

Constantine Cannon LLP
1001 Pennsylvania Avenue NW
Washington, DC

Reported By: Marjorie Peters, FAPR, RMR, CRR, RSA
Job Number: Veritext NY 7596648

HIGHLY CONFIDENTIAL

VIDEO RECORDED DEPOSITION OF BETTINA BERGMANN, a witness herein, called by the Defendants for examination, taken pursuant to the Notice, by and before Marjorie Peters, a Registered Merit Reporter, Certified Realtime Reporter and Notary Public in and for the District of Columbia, at Constantine Cannon LLP, 1001 Pennsylvania Avenue NW, Washington, DC, on Friday, October 24, 2025, at 8:43 a.m.

A P P E A R A N C E S

For the Plaintiffs:

Leiv Blad
Meg Slacheta (via videoconference)
Competition Law Partners
601 Pennsylvania Avenue NW
Washington, DC 20004
leiv@competitionlawpartners.com
202.742.4300

Ryan Kane
WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue
New York, NY 10110
RKane@WMD-LAW.com
(212) 382-3300

For the Defendant FactSet Research Systems, Inc.

Jeffrey Shinder
SHINDER CANTOR LERNER
14 Penn Plaza
19th Floor
New York, NY 10122
jeffrey@scl-llp.com

Keagan Potts (via videoconference)
SHINDER CANTOR LERNER
600 14th St. NW, 5th Floor
Washington, DC 20005
646.960.8627
potts@scl-llp.com

Patrick Kennedy
CONSTANTINE CANNON LLP
1001 Pennsylvania Avenue
Suite 1300
Washington, DC 20004
Pkennedy@constantinecannon.com
202.204.3500

A P P E A R A N C E S

For the Defendant American Bankers Association:

Paul C. Hines
Zoe Bays (via videoconferene)
JONES DAY
555 California Street 26th Floor
San Francisco, California 94104
Phines@jonesday.com
415.875.5786

For the Defendant S&P Global, Inc.:

Benjamin Spock (via vieoconference)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Bspock@gibsondunn.com
332.253.7847

ALSO PRESENT:

Ryan Heathcock, Legal Videographer

# I N D E X

| EXAMINATION | PAGE |
|---|---|
| BETTINA BERGMANN | |
| By Mr. Shinder | 8 |
| Acknowledgment of Deponent | 253 |
| Certificate of Court Reporter | 254 |
| Errata Sheet | 255 |

# I N D E X O F E X H I B I T S

| BERGMANN EXHIBIT | | PAGE |
|---|---|---|
| Exhibit 1 | Bergmann Expert Report | 12 |
| Exhibit 2 | SIPUG website | 86 |
| Exhibit 3 | Kyburz deposition excerpt, 1.23.2025 | 92 |
| Exhibit 4 | Plaintiffs' Memorandum of Law in Support of Their Motion for Class Certification and Appointment of Class Counsel | 95 |

I N D E X O F E X H I B I T S

| BERGMANN EXHIBIT | | PAGE |
|---|---|---|
| Exhibit 5 | Exhibit 8 to Bergmann Expert Report | 113 |
| Exhibit 6 | Commission Implementing Regulation (EU) 2015/2450 | 120 |
| Exhibit 7 | Exhibit 3 to Bergmann Expert Report | 126 |
| Exhibit 8 | Exhibit 10 to Bergmann Expert Report | 143 |
| Exhibit 9 | Excerpt of Preiss deposition, 2.5.2025 | 164 |
| Exhibit 10 | www.anna-web.org page | 197 |
| Exhibit 11 | ANNA Data License Agreement REV 122022.COM-1019342.Draft. Version 6 | 209 |
| Exhibit 12 | ANNA Agreement | 226 |

P R O C E E D I N G S

THE VIDEOGRAPHER: Good morning. We are going on the record at 8:44 a.m. Eastern. Today's date is Friday, October the 24th, 2025.

Please note that the microphones are sensitive, and may pick up whispering and private conversations. Please be sure to mute your phones at this time. Audio and video recording will continue to take place unless all parties agree to go off the record.

So this begins media unit number 1 of the video-recorded deposition of Ms. Bettina Bergmann. This deposition is being taken by counsel for the Defense in the matter of Dinosaur Financial Group, et al., versus S&P Global, et al. This case has been filed in the United States District Court for the Southern District of New York. The case number is 1:22-cv-1860.

My name is Ryan Heathcock representing Veritext Legal Solutions; I'm the videographer. Our court reporter today is Ms. Marjorie Peters, also from the firm Veritext

Legal Solutions.

I am not related to any party in this action, nor am I financially interested in the outcome.

If there are any objections to proceeding, please state them.

At this time, please note that all appearances will be noted in the stenographic record.

At this time, will our court reporter please swear in the witness.

BETTINA BERGMANN,

having been called as a witness, was legally placed under oath, testified as follows:

THE VIDEOGRAPHER: Counsel, you may proceed.

EXAMINATION

BY MR. SHINDER:

Q. Good morning, Ms. Bergmann.

A. Good morning.

Q. We met off the record, but I'll reintroduce myself on it.

My name is Jeff Shinder from the law firm Shinder Cantor Lerner, and I represent FactSet Research Systems, Inc. I'll be asking the questions today.

Some ground rules, but before I get to the ground rules, can you just state your name and your address for the record, please.

A. My name is Bettina Bergmann, B-E-R-G-M-A-N-N. And my address is more difficult to spell. It's in Cologne, 50735 is the postal code, and the street is Neusser Strasse, N-E-U-S-S-E-R S-T-R-A-S-S-E, 520. It's in Germany.

Q. Thank you.

So I heard the answer to this off the record, but I'll ask it on the record:

Have you been deposed before?

A. No.

Q. Okay. So it's extra important that we go through some ground rules. I want to make sure we're on the same page. I'm sure your counsel has discussed these things with you as well.

So I'm going to be asking you

questions, and you're going to be responding to the best of your ability, and it's important for you to keep your answers audible. So like when you nod or you go uh-huh, that kind of --

A. Okay.

Q. -- that response. We want a written record.

It's also important, and I'm -- this is an admonition for me, too. We don't talk over each other. So try your best to wait. Sometimes I'll hesitate to articulate a clear question so that we get a cadence of question, answer. And I will try not to talk over your answers --

A. Okay.

Q. -- such that we'll have a clean record, questions and answers.

From time to time, your counsel may object to some of my questions, but you are obligated to answer them to the best of your ability, unless he instructs you not to answer.

Do you understand that?

A. Okay.

Q. If there's an issue where you're confused about what I'm asking, please say so.
A. Okay.
Q. I will do my best to rephrase the question.
A. Mm-hmm.
Q. Otherwise, I'm going to assume and the record will assume you are answering a question you understood.
Do you understand me?
A. Okay.
Q. About every hour or so, Ms. Bergmann --
A. Yep.
Q. -- we will take a break.
A. Mm-hmm.
Q. If you need a break, please let me know, and I'll do my best to accommodate you.
A. Okay. Okay.
Q. One caveat to that is if there's a question pending, you can't call for a break. You have to answer the question.
A. Okay.

Q. Do you understand that?
A. Mm-hmm.
Q. Before we get started, is there any reason, medical or otherwise, why you cannot give truthful testimony today?
A. No.
Q. Okay. Thank you.
(Bergmann Exhibit 1, Bergmann Expert Report, was marked for identification.)
Q. Let's mark as Exhibit 1...
THE WITNESS: It's double-N, by the way.
(Off the record.)
THE WITNESS: Don't worry, I just want to make sure it's correct.
Q. Okay. So I have marked as Exhibit 1 a document entitled the Expert Report of Bettina Bergmann. You can take a moment -- and when I mark documents, take a moment and familiarize yourself with the document before I ask questions.
A. Mm-hmm.
Q. Are you familiar with Exhibit 1?

A. You mean this expert report?
Q. Yes.
A. Okay. I am.
Q. You are familiar with it; correct?
A. Yes.
Q. What is it?
A. It is my report on three questions raised by the Plaintiffs --
Q. Okay.
A. -- and I answered them.
Q. You answered them in the report; correct?
A. Yeah.
Q. Okay. We will get to that.
When were you first retained by the Plaintiffs in this case to provide this report?
A. That was at the end of last year.
Q. About when?
A. It's difficult to say because first, I spoke with Leiv, and then with all three Plaintiffs. So with him, I think I spoke sometime in August-September last year, and with the rest of the

Plaintiffs, I don't know, perhaps about December.
Q. You said "Leiv." That's Mr. Blad, who is sitting to your right; correct?
A. Yes.
Q. The rest of the Plaintiffs, who did you speak to?
A. I don't know them -- I can't say who their names are exactly, but I spoke to all of the Plaintiffs' lawyers, at least the firms.
Q. Okay.
In preparing this report, did you have a team -- do you have -- strike that.
Did you have anyone supporting you in preparing the report?
A. No. I wrote it alone. And this is entirely based on my knowledge. I was retained because it is my knowledge.
Q. Okay. We will get to that.
Had you met any of the Plaintiffs' counsel before they asked you to provide an expert report in this case?
A. No.

Q. So the first time you spoke to Mr. Blad was towards the end of last year; is that correct?

A. I spoke to Mr. Blad on the phone before, but not on a specific matter such as this expert report. He had some questions, actually.

Q. Okay.

So you spoke to him before. What does that mean? When did you speak to him?

A. I do not know, actually. But I know I spoke to him before. He sometimes had questions, factual questions. And at some point, he asked me whether I would be willing to --

MR. BLAD: Could I just stop you?

THE WITNESS: Yeah.

MR. BLAD: It's important you not reveal the contents of our discussions.

THE WITNESS: Okay. I do. You're right. You're right.

Q. So you spoke to Mr. Blad before he reached out to you --

A. I did.

Q. -- to provide an expert report?

Ms. Bergmann, I appreciate that. Just try to slow down, so we have a cadence of question and answer.

So you spoke to him before he reached out to you to request an expert report in this case; correct?

A. Yes.

Q. About how many times?

A. I don't know. Honestly, I don't know.

Q. About how far back do these conversations go?

A. I also don't know. Honestly.

Q. What were the subject of those conversations?

MR. BLAD: I'm going to object, and instruct you not to answer that question.

THE WITNESS: Okay.

MR. SHINDER: What's the basis for the instruction?

MR. BLAD: Attorney-client privilege, work product.

MR. SHINDER: Attorney-client

privilege for communications preceding her retention?

MR. BLAD: Yeah. Also, any conversations that we had are covered by the stipulation, which does not allow you to inquire into the substance of those conversations.

MR. SHINDER: Which stipulation?

MR. BLAD: The stipulation in this case.

MR. SHINDER: On experts?

MR. BLAD: Yes.

MR. SHINDER: So I'm asking her about conversations that preceded her retention as an expert.

MR. BLAD: That's correct.

MR. SHINDER: So I want to understand the basis for your instruction.

MR. BLAD: I just gave you the basis for the instruction.

MR. SHINDER: What client is there, attorney-client --

MR. BLAD: I'm not going to answer

that question.

MR. SHINDER: Okay.

Just so it's clear for the record, you are extending the stipulation to communications you had with Ms. Bergmann before -- let me finish -- she was retained, before you even first approached her to secure her retention as an expert in this case; correct? Just let me know.

MR. BLAD: I'm not going to get into a discussion on this record on that. If you want to have a conversation about that afterward, we can do that, but for this record, I'm instructing her not to answer.

MR. SHINDER: Okay.

BY MR. SHINDER:

Q. And you're going to follow your counsel's instruction?

A. Yes.

Q. Okay.

Aside from Mr. Blad, did you speak to any of the other Plaintiffs' lawyers before they reached out to secure your retention as an expert in

this case?

A. No.

Q. Ms. Bergmann, did you review a copy of the Complaint that was filed in this action?

A. No.

Q. So is it your testimony that you never saw a copy of the Complaint in this action?

A. No. No. I knew about the Complaint, but I didn't read it.

Q. Okay.

Did you review a draft of the Complaint before it was filed?

A. No.

(Clarification requested by the Realtime Stenographer.)

Q. Ms. Bergmann, you represent clients in Europe regarding CGS; correct?

A. Yes.

Q. You've represented those clients in Europe dating back to around 2008; is that correct?

A. Mm-hmm.

Q. Have you continually represented clients

since 2008 --
A. Yes.
Q. -- regarding CGS?
A. Excuse me. I shouldn't interrupt you.
Q. Yes. It's okay. Thank you.
So you've had a continuous representation of clients --
A. Yes.
Q. -- in Europe regarding CGS since 2008; correct?
A. Yes.
Q. The clients that you've represented in Europe, who are they?
A. There are associations.
Q. Any clients other than associations that you're representing --
A. No.
Q. -- regarding CGS?
A. No. Only associations.
Q. Are they the associations -- there's a group of associations detailed in your report. If you need to, you can look at it, page 5 through 7.

A. Yes.

Q. Are those clients of yours regarding CGS's licensing practices in Europe?

A. Yes.

Q. All of them?

A. Yes.

Q. Do you represent any other clients, aside from those that are depicted here with respect to CGS's licensing practices in Europe?

A. No.

Q. Okay.

Now, in your discussions with Plaintiffs' counsel that preceded your retention as an expert in this case, did you receive any information from them that was relevant to your representation of clients regarding CGS in Europe?

MR. BLAD: I'm going to object.

And instruct you not to answer the question.

THE WITNESS: But I can also say no.

MR. BLAD: Okay.

Q. So let's focus for a moment on the

period after you were retained to be an expert in this case. About how many times did you talk to Plaintiffs' counsel?

A. I have difficulties recollecting. Perhaps five times.

Q. Over about how many hours?

A. Let's say one hour each.

Q. To prepare for today, what did you do?

A. I met with Plaintiffs' counsel twice, yesterday and on Wednesday, for, let's say, four hours. And they explained to me how the --

MR. BLAD: I will instruct you not to disclose --

THE WITNESS: Okay.

MR. BLAD: -- the contents of the discussions that you had with counsel.

THE WITNESS: I don't want to talk about the contents. I just wanted to say they instructed me how the deposition works.

BY MR. SHINDER:

Q. Okay.

A. That was the purpose of the meeting.

Q. I think you were in the process of saying about how long the meeting went, which is something that is appropriate for you to testify to. I just want to make sure we got a complete answer to that.

A. Yeah. Not very long. We had several breaks. Let's say, net, perhaps four-and-a-half hours -- no, less than, less than. In total, four-and-a-half hours, but including breaks.

Q. Okay.

A. Mm-hmm.

Q. So just one meeting; is that right?

A. No, two meetings. Yesterday and then Wednesday.

Q. Okay.

Now, in terms of preparing your report, so you wrote the report; correct?

A. Yes.

Q. About how long did you spend drafting this report?

A. I don't know. Several hours.

Q. So you wrote that in several hours; is

that right?
A. Yeah.
Q. Okay.
A. Or days. I don't know. It took some time.
Q. Okay. I was about to joke about your efficiency.
A. Yeah. You mean several hours is less than a day, so probably it's more than several hours, yeah. But it's not weeks or months or so, no.
Q. Okay.
Did you talk to any of the Plaintiffs, not their counsel, but the actual Plaintiffs, in this litigation as part of your work to get your report ready?
A. Never.
Q. Okay. Okay.
So you did not provide a list of the materials you considered in connection with your report; correct?
MR. BLAD: Object to form.

THE WITNESS: Instruct.

MR. BLAD: Well, I'm not instructing you not to answer. I'm objecting to the form.

THE WITNESS: The form. Okay.

MR. BLAD: I think it's vague as considered, but you can answer.

THE WITNESS: There is not a list of materials, as far as I know. There are attachments, of course.

BY MR. SHINDER:

Q. So -- did you finish? I talked over you.

A. Hmm?

Q. Were you finished, your answer?

A. Mm-hmm.

Q. Okay.

Does that mean that all the materials that you considered -- strike that.

Does that mean all the materials you relied upon --

A. Mm-hmm.

Q. -- to reach your opinions that are set

forth in Exhibit 1 are either cited in the actual report or attached to it as an attachment?

MR. BLAD: Object to form.

A. Yes.

Q. Let's look at footnote 7 in your report, which is on page 8.

A. Footnote 7. Okay. Mm-hmm.

Q. Footnote 7, page 8.

A. Yes.

Q. So it's the bottom of that page.

A. Mm-hmm.

Q. So from time to time, I'm going to be doing this, I'll take you to portions of documents and your report.

A. Okay.

Q. So you start with the following sentence in footnote 7. I'm going to read it --

A. Mm-hmm.

Q. -- just to situate our discussion.

"Throughout this report, I refrain from providing the names of users I interviewed or otherwise worked with in the European Commission's

investigation out of respect for the confidences of these users and the confidential interests S&P has asserted in this litigation and otherwise regarding the investigation."

Did I read that correctly?

A. Yes.

Q. So you used the term "users" in this passage.

What does it mean in this sentence?

A. "Users," to me, are the users of the ISIN, including the CGS-based ISIN, as opposed to data vendors.

Q. Ms. Bergmann, I asked the question, as you used the term in that sentence. That term also is --

A. Okay.

Q. -- used throughout the report.

So when you used the term "users" throughout your report, are you using it in the same sense as you just -- that you just testified to?

A. Yes.

Q. So you talk about users you interviewed.

A. Mm-hmm.

Q. So let's focus for the moment on the period after you became -- strike that.

After you were retained to be an expert in this case --

A. Mm-hmm.

Q. -- did you interview users for purposes of preparing this report?

A. Yes.

Q. Which users?

A. I cannot tell you for reasons of data privacy in Europe. I must not disclose the names.

MR. SHINDER: Again, I'll note our objection to not getting that identification, and we can move on.

Q. What did they tell you?

A. You know, I cannot refer to individual interviews. My report is based on almost 20 years of experience in the identifier industry. And when I spoke to users, since I was retained as an expert, it was only to confirm small details where I thought, okay, it's better if I have a confirmation

from them before I just only base it on my experience.

Q. Okay.

So for purposes of these questions, for the moment, we're talking about the period after you were retained as an --

A. Exactly.

Q. -- expert. I'm going to go back further in time, but I want to keep them separate for a moment.

A. Mm-hmm.

Q. So these users that you are testifying you can't disclose their identity, what types of financial market participants are they?

A. They are data vendors and financial institutions, plus associations, of course. My clients.

Q. What details did they confirm for you?

MR. BLAD: I will note, there were three categories of -- as to her clients, I don't think she can answer that question without disclosing client confidences. As to the other two,

I'll let her answer.

MR. SHINDER: I'll just object to that and preserve the record.

Q. But go ahead.

A. One thing I wanted to be absolutely 100 percent sure about is to what extent WM Daten takes licensing fees, for instance.

I cannot detail everything, but this is something I wanted to have 100 percent confirmed. I had that in the European Commission's case, it's also mentioned in the Decision, but since that's a while ago, I wanted to be sure that it is still true.

Q. Okay.

Any other details that you attempted to confirm with the three categories? I understand your client -- your counsel is segregating out your clients.

A. Actually, I do not remember in detail. I would have to go through the report and check which statement did I confirm and which I didn't confirm. I can't say that for sure.

Q. Let me ask you this, and I'm focusing specifically on your clients: With respect to this report --
A. Mm-hmm.
Q. -- yes or no, did your clients confirm any details?
A. I can't tell, actually. I don't know.
Q. You don't remember; is that right?
A. I don't remember.
Q. Now let's talk about the 20 years-ish that preceded your retention as an expert in this case.
A. Mm-hmm. Mm-hmm.
Q. So I just want to make sure it's clear for the record.
So with respect to this report, you are drawing upon interviews you had with users, as you define the term, going back 20 years; is that correct?
A. That's actually just one part, because my clients are not users, my clients are associations. So they collected -- mostly, they

collected the information, and provided it to me, but I also spoke to individual users to confirm certain information.

Q. But that's going back.

A. That's going far back, yes.

Q. So as I understand it, your clients, they're associations, so they are securing information from their members --

A. Mm-hmm.

Q. -- correct?

A. Yes.

Q. And they are passing it along to you --

A. Yes.

Q. -- correct?

A. Mm-hmm.

Q. Did you talk in every instance to the members to make sure that the information you were getting was accurate?

MR. BLAD: Object to form.

A. No, not in every instance, but I did speak to certain members to get more details, and also to understand the context.

Q. Okay.

In these interviews, you mentioned the European Commission's investigation in the sentence I read to you. So just for the record, Ms. Bergmann --

A. I don't understand --

Q. I haven't finished the question.

MR. BLAD: Yeah. I was going to say, was there a question?

A. Okay. Good.

Q. I didn't finish the question, so that's why you don't understand.

A. Okay. Good.

Q. So I'm just going back to the footnote, that first sentence that I read to you.

A. Ah, okay. Uh-huh.

Q. There's a reference to the European Commission's investigation --

A. Yes. Mm-hmm.

Q. -- in that sentence.

So what investigation are you referring to there?

A. I'm referring to the investigation that started in 2008, and ended with the Commitment Decision in 2011, but which continued because we had additional informal complaints later about noncompliance, and how the Commitment Decision did not work. Yes.

Q. Okay.

So as I understand it, you're

relying on interviews you did with respect to that engagement in Europe --

A. Mm-hmm.

Q. -- for purposes of your opinions in this report; correct?

MR. BLAD: Object to form.

A. Yes.

Q. The confidences -- if you go back, Ms. Bergmann, to the sentence I read you, after you referenced the European Commission's investigation --

A. Mm-hmm.

Q. -- and we now know what that means, "out of respect for the confidences of these users" --

A. Yes.

Q. -- what confidences are you referring to there?

A. Their identity.

Q. Anything else?

A. Of course, also the content of what they said to me.

Q. Why is that confidential?

MR. BLAD: Object to form.

A. Okay. It has to do -- regarding the identity, it has to do with the GDP, or the general data protection, regulation because I'm not permitted without the specific consent of the individuals to disclose their names. And in some cases, we are also speaking about business secrets.

Q. You're a lawyer; correct? We're going to get to your background.

A. Yes.

Q. Have you ever heard the term "Protective Order" before today? Do you know what a protective order is?

A. No.

Q. Let me ask it this way: Are you aware that there's a court order in this case regarding protecting the confidentiality of information that is disclosed during the discovery process in this matter?

A. No.

Q. So I take it if you're not aware of the Protective Order in this case, then you never signed

the Protective Order as part of your engagement?

MR. BLAD: Can I tell you something that -- to clear this up because I'm not sure she understands exactly what you mean --

THE WITNESS: Also, I'm not so sure.

MR. SHINDER: That's not a trick question, so go ahead.

MR. BLAD: She has signed the Protective Order.

MR. SHINDER: Okay. That's fine.

THE WITNESS: I don't know what I'm signing, as you can see.

BY MR. SHINDER:

Q. So you signed the Protective Order. You didn't know what it was, but...

So you have no -- you have no awareness coming into today that there's a court order that governs the protection of confidential information that is disclosed in this case; correct?

A. Yes. I should just ask -- respond to your precise questions, if I understand it correctly, but please let me add, this will not

change anything about the GDPR because the information formally is transferred to the US. This makes a difference.

Q. Okay.

A. Just -- it's a formal thing. I'm sorry.

Q. Yeah. No need to apologize.

A. It can even be a criminal act, so...

Q. I just want to understand the basis of your statement, that's it.

A. Yeah. Mm-hmm.

Q. So you appreciate the clarification.

Just as a follow-up to that, because I think I understand the tenor of your answer, what you're saying is you didn't need to investigate the Protective Order in the US because, pursuant to your understanding of European law, it wouldn't have made any difference; correct?

A. Yes.

MR. BLAD: I just want to also note that the Defendants have taken the position in the litigation that materials from the European Commission investigation are not to be produced in

this case, and that Judge Failla, in an order, accepted that. So it's not even clear to me that she could disclose those -- some of the facts that you're asking about without violating that Order from Judge Failla.

MR. SHINDER: Your position is noted. There's no value on us sparring over that.

BY MR. SHINDER:

Q. Okay. So let's get back to -- we understand the confidences of these users.

You then go on, I'm staying in the same sentence, to the confidential interests S&P.

So "S&P" is Standard & Poor's; correct?

A. Mm-hmm.

Q. That's how you're referring to it there?

A. (Nods head up and down.)

Q. So you're representing "the confidential interest that S&P has asserted in this litigation" (as read), so let's stop there.

What confidential interests are you referring to there with respect to this litigation?

MR. BLAD: Object to form.
A. I don't know what's unclear about this, actually.
Q. So you don't know; is that right?
MR. BLAD: Object to form. Mischaracterizes the answer.
A. What exactly don't you understand about the sentence?
Q. Well, I'm asking you a very specific question, "the confidential interests S&P has asserted in this litigation" --
A. Mm-hmm.
Q. -- what confidential interests are you referring to there?
MR. BLAD: Object to form.
A. I don't know, actually, right now.
Q. Okay.
Then you go on, "... and otherwise regarding the investigation." That's the end of that sentence.
Do you see that, Ms. Bergmann?
A. Mm-hmm.

Q. Okay.

So the investigation, that's a reference back to the EC investigation; correct?

A. Mm-hmm. Yes.

Q. Okay.

So what confidential interests did S&P assert with respect to the EC investigation that is relevant to that sentence?

A. I can give you an example.

Q. Please.

A. Before the Commission issued its Commitment Decision, it issued a so-called Statement of Objections. That's a very long -- it's a draft decision. Very long decision detailing much information, detailing all views the Commission has.

On the basis of this Statement of Objections, normally, the parties also will get access to the file. And this Statement of Objections was redacted in many, many, many ways by Standard & Poor's, so we didn't even see it. We saw only the redacted version. So, of course, I cannot disclose this.

And also, I cannot disclose the Statement of Objections in itself because it is not a public document. The fact of the Statement of Objections can be read on the Commission's website, and also my clients, the associations, reported about it in public. But these are only very, very, very small parts of the contents, so...

Q. Okay, but is it the case that you're relying on, among other things, the Statement of Objections with respect to your opinions in this case, and you cannot disclose that --

A. No. I don't --

MR. BLAD: Wait.

(Clarification requested by the Realtime Stenographer.)

Q. -- because of the confidential interests that you set forth in footnote 7?

MR. BLAD: Object to form.

Q. You can answer.

A. The question is a bit twisted, so please repeat it again.

Q. You mentioned --

A. Yes.
Q. -- the Statement of Objections.
A. Mm-hmm.
Q. Slow down. Try not to talk over each other.
As an example of the confidential interests that S&P has asserted in Europe?
A. Mm-hmm.
MR. BLAD: Object to form. That's not what she said.
MR. SHINDER: That's what I heard, but...
MR. BLAD: But she referred to the redactions by S&P as evidence in the confidential interest.
MR. SHINDER: Fair.
BY MR. SHINDER:
Q. Let's ask this differently.
So is it the case that there are -- that information that you learned during the European investigation --
A. Mm-hmm.

Q. -- that you rely upon that information for purposes of this report; correct?

A. Yes.

Q. I was just trying to understand the scope of that.

That includes interviews of users; correct?

A. Yes.

Q. That also includes interviews of your clients, who are not users; correct?

A. Yes. Interviews, meetings, collected information over all those years, I cannot point down to anything specific. It's a very long period, and we invested a lot of time.

Regarding the interviews of users, I can say these are specific interviews.

Q. Okay. I'm just trying to understand the scope of it.

A. Yeah. Mm-hmm.

Q. About how many interviews have you done with users during the course of the European investigation that goes back to 2008?

MR. BLAD: Object to form.
A. From -- with specific users -- actually, I cannot say exactly. It's a very long period. If you speak from 2008 until, let's say, 2022, at least 30.
Q. Okay.
Those 30 interviews, you relied on aspects of them to come to your conclusions in this case; correct?
MR. BLAD: Object to form.
A. I cannot answer that question. I did not rely on the interviews, but I relied on all the facts I collected.
Q. Okay. I'm just trying to --
A. Yeah. Regarding the content of the interviews, I'm not even sure that I got new information from the interviews, or whether they were just confirming what I already knew from the associations that fed me with info.
Q. Okay.
A. Sometimes I also -- just wanted to be sure that I understand the things right, and

sometimes the interviews were only about understanding and not collecting facts.

Q. Okay.

A. Because when you start with this case, it's not -- I think it's not easy to understand in the beginning, unless you are a financial institution.

Q. So just getting a clear record on this.

The identity of the users that you interviewed over the course of the European investigation that you're relying upon in some way for this report, you cannot disclose them, per European law; correct?

MR. BLAD: Object to form.

A. Yes. You said "relied upon," but I do not read "relied upon" in this sentence you are citing in footnote 7.

And I do not know what you mean by "relied upon." "Relied upon" means someone tells me factual content, and I rely upon it. For instance, he says --

MR. BLAD: If you don't understand

what he means by "relied upon," you can --

A. Yep.

But "relied upon," to me, has to do with the type of evidence. We have the same term in Germany, you know, for evidence. But I'm not sure that it is exactly what I mean.

I think if you strike out what -- these specific interviews that I used to understand the content and the context, you would probably still come to the same conclusions.

This is what I would say in Germany, for instance, if I were in a criminal procedure, and the state attorney rejected access to certain parts of the file, or the state attorney would tell me, he would say, you don't need to know this because I'm not -- in my final decision against you, I'm not relying on this fact.

Q. So I just want to make sure -- I appreciate that answer.

So are you testifying that you did not rely upon the interviews you had with users over the course of the European investigation to come to

these conclusions in this case?

A. You know, actually, I can't tell. I would have to go through all my notes back to 2008.

I can tell you in general that these interviews helped me understand the context, and that I was mostly fed with information by my clients.

And that I'm not sure that any interview, specific interview, makes a difference for my report, whether or not I had it.

Q. Okay. Thank you.

So you mention -- staying with footnote 7, I'm going to now move forward, Ms. Bergmann, in the first sentence.

You go on to say, I have not -- I have -- strike that.

"I have intentionally not disclosed in this report or to Plaintiffs' counsel any confidential information of S&P I obtained directly from S&P or indirectly from the European Commission during the Commission's investigation."

A. Mm-hmm.

Q. Do you see that?
A. Yes.
Q. Why were you careful not to do that?
MR. BLAD: Object to the form. I think she has answered this multiple times, but...
A. S&P redlined a lot of information. In most cases, we haven't even seen it. In some cases, we learned it from S&P or otherwise, or it was not all redlined.
I'm trying to respect the confidentiality, also, of S&P information, as far as I received S&P information.
Q. Okay. Thank you.
Let's go to the next sentence. You go on to say, "In addition, I have not reviewed any confidential information any of the Defendants produced in this case."
A. Mm-hmm.
Q. Do you see that?
A. Yes.
Q. Have you reviewed any of the discovery that was produced in this case?

A. Of the discovery?

Q. Yes.

A. No.

Q. When you say "confidential information any of the Defendants produced in this case," what are you referring to in that sentence?

A. As far as I know, I have not reviewed any information of the Defendants produced in this case, actually, whether confidential or nonconfidential, because I have not read the Replies, I have not read any of the -- any of the documents produced. None of them.

Q. Why not?

A. Why not? Because I think -- it had no relevance for me, actually. I needed to know the fact of the Complaint, and to me, that was sufficient. And the general contents, I knew that from press releases, for instance, but I haven't read it.

Q. Okay. Thank you.

So we've talked a bit about clients you represent in Europe --

A. Yes.
Q. -- regarding CGS's licensing practices; correct?
A. Mm-hmm.
Q. You've represented those clients since about 2008; correct?
A. Mm-hmm.
Q. Are they paying you with respect to your -- the work you're doing on their behalf related to CGS?
A. In Europe, yes.
Q. They paid you consistently since 2008 for that work?
A. Yes.
Q. Okay.
About how much have you been paid for that work in Europe?
MR. BLAD: I'm going to object to form. Can we hold that question? I'm not sure why it's relevant and whether it's protected. I'd like to think about that.
MR. SHINDER: Okay. I will say for

the record, we think it goes to bias, and her ability to be an impartial expert in this case.

MR. BLAD: Why is that?

MR. SHINDER: That she's being compensated in Europe to represent clients on similar issues with respect to --

MR. BLAD: Okay.

MR. SHINDER: -- the European market.

THE WITNESS: You can also ask me directly about why you're asking this question, because I think I'm not biased. Why is that? Because one thing -- first, my clients are associations, and the case was in Europe, it doesn't have anything to do with the US, in my view.

Here, you're applying US law, and even if I oppose to the licensing system of CGS, I cannot give any opinion or view on what's happening in the US. To me, this is an entirely different thing. I'm not a US lawyer.

BY MR. SHINDER:

Q. Okay.

A. And regarding the amount of fees, actually, I can't tell. I can't tell.

In the beginning, of course, it was a lot, but I think it was about 1/10 or perhaps 1/100 of what the clients of S&P earned in that case.

Q. Do you have any basis to understand what S&P --

A. I know what firms they retained, and how many lawyers worked on the case and how the Commission was actually really angry about S&P at a certain point. Yes.

Q. Okay.

A. I can only guess. I don't know.

Q. So let's talk about your clients in Europe.

A. Mm-hmm.

Q. Do you know whether any of their members are also members of the putative class in this case?

A. Actually, I don't know.

Q. Okay.

A. I don't know all their members.

Q. Do you have an opinion as to whether they would benefit, your clients in Europe, if the Plaintiffs were to prevail in this case?

A. Actually, that would be great, but I think not, because in my view, this is still a US case. It would be great if they could benefit, but I don't think so. We have to continue fighting in the EU, that's why I'm still working with my clients in the EU on the case on different aspects of it.

Q. Just a few more questions, and then we can take a break.

A. Mm-hmm.

Q. Have you reviewed any of the expert reports that the Plaintiffs submitted in this case?

A. I have reviewed the report of Frank Lenz, but that's all.

Q. Have you spoken to him.

A. No.

Q. So you have not reviewed the report of Mr. Elhauge?

A. No.

Q. Have you spoken to him?

A. No.

Q. Have you spoken, I'm not sure I asked this, to any of the other experts the Plaintiffs submitted in this case?

A. No, hm-mmm.

Q. Okay.

A. And regarding Frank Lenz, I must make clear that I only read his final report. I didn't have any contact with him. I didn't read any drafts. I only read the final product.

Q. Okay. Just one last question before we take a break.

Did you think it would be inappropriate for you to review any of the discovery materials in this case given your representation of clients against CGS's licensing practices in Europe?

MR. BLAD: Object to form.

A. I don't know what benefit I would have from that, actually.

MR. SHINDER: Okay. Let's take a quick break.

THE WITNESS: Mm-hmm.

MR. SHINDER: Make sure you take that off because --

THE VIDEOGRAPHER: The time is 9:39 a.m. Eastern. We're now off the record.

Microphones, everyone.

(RECESS, 9:39 a.m. - 10:02 a.m.)

THE VIDEOGRAPHER: This is the beginning of media unit number 2 of the video-recorded deposition of Ms. Bettina Bergmann. The time is 10:02 a.m. Eastern. We are now back on the record.

Counsel, you may proceed.

BY MR. SHINDER:

Q. Okay. Ms. Bergmann, staying with Exhibit 1, I want to turn your attention to Exhibit A.

A. My CV.

Q. Yeah. You just answered my first question.

So that's a fair and accurate summary of your work history; is that right?

A. It's a very short CV.

Q. Yeah, but it's --
A. Do you have something else? This is my Exhibit 1.
Q. Oh, I have it here, and this is my outline.
A. Okay. Good.
Q. Is there anything missing in terms --
A. In my CV?
Q. -- in terms of your work history?
A. No. Nothing significant. Of course, you can always add things.
Q. Okay.
A. Nothing significant, I would say.
Q. This was taken from your law firm's website; is that right?
A. I guess, yes. I changed it a little bit because on my law firm's website, there is no birth date, for instance.
Q. Now, it says you studied law and economics at the Free University of Berlin --
A. Mm-hmm.
Q. -- where you received a doctorate

degree; correct?
A. Yes.
Q. Did you write a dissertation?
A. Yes.
Q. What was the subject of your dissertation?
A. It was network access and electricity.
Q. Did that topic have anything to do with financial identifiers?
A. Not at all.
Q. Data licensing?
A. No, but it had to do -- no. Stop. Nothing.
Q. Did you receive any other graduate or undergraduate degrees?
A. I received a degree in economics.
Q. Anything else?
A. I don't -- I don't know. I don't think so.
Q. Any degrees in finance?
A. No.
Q. Information systems?

A. No.

Q. Engineering?

A. No.

Q. Okay. So let's talk about your work history.

What was your first job after graduating from the Free University of Berlin?

A. I worked at the former Treuhandanstalt.

Q. Okay.

A. (Speaking German.)

Q. You can impress us all day with your German.

MR. BLAD: You're going to have to spell that.

A. It's an administrative job.

Because in order to go to the -- in Germany we have to do a traineeship of two years before we get the second state exam. There was a time when you had to wait for a very long time before you could start, and I bridged it with my doctorate thesis, and working at the Treuhandanstalt and the University.

Q. That's part of your legal -- part of becoming a lawyer in Germany, that process that you just detailed; is that right?

A. Yes. I mean, the work before you get into your legal training isn't, but that's just what happens because you have to wait.

Q. Okay.

So what was the first law firm you worked for?

A. I worked for Linklaters in Brussels. It's not contained because it was a short period. I said this is what was significant.

Q. Okay.

A. And -- in Brussels. Then I -- at that time it was not Linklaters, the firm was called Oppenhoff & Rädler. It was later part of Linklaters.

Then I left and went to Bonn, to Redeker. At Redeker, my work focused mostly on telecommunications law, but also on antitrust.

Q. Just -- I appreciate that. Oppenhoff & Rädler, right, that's the first firm?

A. Mm-hmm.

Q. Correct? What was your practice focused on there?

A. Antitrust.

Q. You were at Oppenhoff & Rädler for one year; is that right?

A. For a bit more than a year.

Q. Redeker, how long were you there?

A. Three years.

Q. You mentioned telecommunications and antitrust?

A. Mm-hmm.

Q. Did you -- strike that.

Did you do any work in the financial services sector at either Oppenhoff or Redeker?

A. No.

Q. Okay. After Redeker, you went to Cleary Gottlieb; is that right?

A. No. Yes. That's true. I went to Cleary Gottlieb, yes.

Q. How long were you there?

A. I think 1.8 years or so.

Q. What was your title, if you had one at Cleary?
A. I was an associate.
Q. What fields did you practice?
A. Antitrust. Nothing but antitrust.
Q. Did any of your antitrust work relate to the financial services sector?
A. Yes. Plenty. Inter alia, I was representing HypoVereinsbank in one of the big cartel cases before the European Commission.
MR. BLAD: Could I just -- are you picking up this noise here? No? Okay.
THE WITNESS: I think it's the -- ah, this?
MR. KANE: Clicking.
MR. SHINDER: There is clicking.
THE WITNESS: One of the switches.
MR. BLAD: I can't stop thinking about it.
THE WITNESS: We are being tapped.
MR. SHINDER: As long as it's not on the video. Sorry. I lost my train.

BY MR. SHINDER:

Q. Just so it's clear on the record, you were representing -- what was the name of the entity in the cartel case?

A. HypoVereinsbank.

Q. What does it do?

A. It's a bank.

Q. What was the cartel case about?

A. It was about fees, bank fees.

Q. Related to what, if you recall?

A. You know, actually, I would have to look it up. I don't know it anymore. But we won the case.

Q. Going back to Cleary, did you do any work as a practicing attorney on data licensing?

A. No, certainly not.

Q. Information systems?

A. No.

Q. So after Cleary, you went to Shearman & Sterling; is that right?

A. Yes.

Q. How many years were you there?

A. Five.
Q. What was your title there?
A. I don't know. Associate, senior associate.
Q. What fields did you practice?
A. Antitrust.
Q. Did you do any work at Shearman in the financial services sector?
A. Certainly.
Q. What work?
A. Inter alia merger control.
Q. Anything else?
A. I'm not sure at the moment, but certainly merger control.
Q. Any of that work pertain to identifiers or any data associated with identifiers?
A. No.
Q. At Shearman, did you do any work on data licensing?
A. No.
Q. Information systems?
A. No.

Q. So after Shearman & Sterling, you started your own firm; is that right?
A. Yes. Mm-hmm.
MR. BLAD: You have to let him finish his question before you answer.
Q. Thank you.
What percentage of your practice -- you've been at your own firm since then; right?
A. Mm-hmm.
Q. What percentage of your practice since then has been devoted to financial services?
A. It's a non-insignificant part of my work. You know, I can't remember it all. I would have to see my client list, and I could tell you. I represented a number of banks in merger cases. Yes. And of course, this case came up when I started my own firm.
Q. When you say "this case," we're talking about this EC investigation?
A. Yeah. We are speaking about the EC investigation, exactly.
Q. Yeah. So what percentage of your

practice has the EC investigation comprised?

A. I can't tell. I don't know. Depends on the years. There were years that were more intense, years that were less intense.

I would say clearly below 10 percent, but I can't be more precise. Perhaps it's 5 percent.

Q. Okay.

During the years at your own firm, do you advise clients on data licensing?

A. Yes. I advised the associations for whom I made this complaint to the European Commission.

Q. Anything else?

A. Probably. I can't give you the names of my clients, of course, because they're subject to my -- to secrecy obligations as a lawyer.

But I represented many associations with respect to many different questions, also regarding data licensing. All kinds of data licensing.

Q. Okay.

Have you represented clients with respect to information systems?

A. Yes.

Q. In what context have you represented clients with respect to information systems?

A. I can't tell you details. I don't know. I would have to see my client list. I can't remember right now. Information systems, what I'm doing, a lot, of course, is I'm also working in the IP area in general, and this includes information systems of all kinds.

So I work on antitrust issues in the context of licensing agreements, for instance.

Q. Okay.

You've been a lawyer throughout your entire professional career --

A. Yes. Mm-hmm.

Q. -- is that right?

So is it fair to say that you have not worked for a company that provides financial services?

MR. BLAD: Object to form.

A. Yes. Yeah. But it's true.

MR. BLAD: You mean been employed by?

MR. SHINDER: Yes.

A. Yeah. That's true. Mm-hmm.

Q. So the answer is you have not been employed by --

A. No.

Q. -- such a company; correct?

A. Mm-hmm.

Q. You've not been employed by a company that trades financial securities; correct?

A. Yes.

Q. You have not been employed by a company that licenses financial data; correct?

A. Yes.

Q. And you have not been employed by a company that licenses any form of data; correct?

A. I don't know right now, actually. I don't know.

Q. You don't know that you haven't been employed by such a company?

A. Employed. Employed. Yes. I thought worked for. No. Employed, certainly not.

Q. You have not been employed by a financial exchange?

A. No.

Q. You have not been employed by a company that handles the clearance and settlement of financial transactions; correct?

A. Mm-hmm.

MR. BLAD: You have to give an audible response.

MR. SHINDER: Yes. Please give me an audible response.

A. Yes.

Q. You have not.

A. Have not.

Q. You have not been employed by a company in database management; correct?

A. Yes.

Q. Do you have any firsthand experience with the cost of building and maintaining a database?

A. Firsthand experience -- of course --

MR. BLAD: Object to form.

A. Maintaining a database. Firsthand experience, no.

Q. Do you have any firsthand experience with the technical aspects of building and maintaining a database?

MR. BLAD: Object to form.

A. Wasn't this the first question? Firsthand experience with --

Q. The technical aspects of building and maintaining a database.

A. The technical aspects, okay. Firsthand experience, no.

Q. Have you ever created a security master file?

A. No.

Q. Ever negotiated in working for a company a data distribution contract?

MR. BLAD: Object to form.

A. I can't say for sure.

Q. Okay. So let's go to Exhibit B of your

report.

So there's a list of publications here. First question: Is this a complete list of your publications, Ms. Bergmann?

A. Actually, I'm not sure. If you regard articles in newspapers and magazines also as publications, probably not.

Q. You chose not to add those --

A. Yes.

Q. -- to the list before you submitted your report; correct?

A. These are just what I regard as real publications.

Q. Okay. Fair enough. Appreciate that.

So you've written about your work in connection with the EC investigation; is that right?

A. Yes. Mm-hmm.

Q. That's referenced here.

Can you just for the record identify where you've written about the EC investigation.

A. It's bullet 5, but it's not only about the EC investigation. It's a general -- it's a

general article, but also has to do with the EC investigation.

The EC investigation gave me ideas for the article. Let's put it that way.

Q. I appreciate your clarification, but that's the fifth bullet down from the top on page 1; correct?

A. Mm-hmm. Mm-hmm.

Q. In any of the other articles, aside from the fifth bullet down, do you write about the EC investigation?

A. It's possible that I wrote also something. In the sixth bullet, the English article, but I don't know that anymore. It's possible.

Q. Okay.

Do any of these other bullets, just to short-circuit this, concern the financial services industry?

A. No.

Q. The last bullet is your dissertation thesis?

A. Mm-hmm.

Q. I can't remember if I asked this earlier, but that also did not concern the financial services industry?

A. No, no.

Q. Okay. Thank you. Just let me finish. I understand you know where I'm going with some of these questions.

So let's now turn to page 4 of your report. So on page 4, you write that you "studied and analyzed the operations and business models of data vendors across Europe..."

Do you see that?

A. Page 4?

Q. Page 4 at the top. Page 4 of your report.

A. It says on my -- I studied and analyzed the user financial identifiers --

Q. Second sentence. That's what I'm reading.

A. "... analyzed the operations and business models of data vendors..."

Yes.

Q. "Across Europe"; correct?

A. Yes.

Q. You give three examples: SIX Financial; Refinitiv, LSEG; and WM Daten. Okay.

A. Mm-hmm.

Q. Do you see that?

A. Yes.

Q. First question: Have you studied and analyzed the business models and data vendors of other -- of other data -- strike that.

Have you studied and analyzed the operations and business models of other data vendors in Europe?

A. Yes.

Q. Which ones?

A. I can't tell. Professional secret.

Q. Professional secret.

What does that mean?

A. As a lawyer, I'm not allowed to disclose the names of my clients unless they permit explicitly.

Q. So you have clients who are data vendors; is that right?
A. No. I was studying. We were considering complaints against data vendors.
Q. Okay.
Have you ever studied the operations and business models of data vendors that operate in the United States?
A. Yeah. The question is not entirely clear.
I studied the models of CGS. That's a data vendor in the United States, but not with respect to CGS activities in the United States, but with respect to Europe.
Q. Okay. Thank you.
There are other data vendors aside from CGS who you define as a data vendor that operates in the United States; correct?
A. Mm-hmm.
Q. Yes or no?
A. There are other data vendors. Yes, of course.

Q. Have you studied the business models and operations of them as they operate in the United States?

A. I've studied them as they operate in Europe, or as European clients use these services.

Q. Okay. So the answer would be no?

MR. BLAD: Object to form.

A. Please, you can ask the question more precisely. What exactly -- where do you want to get -- what exactly do you need to know? You want to know why would I have to study the business models of --

MR. BLAD: He's not asking why. He's just asking --

MR. SHINDER: Counsel, let her answer.

MR. BLAD: I want to --

MR. SHINDER: Stop the coaching.

MR. BLAD: Wait a minute. I'm not coaching. I'm trying to get a clear record here. That is really unfair.

MR. SHINDER: All right. Stop it.

Stop it.

MR. BLAD: No, no. I'm not coaching, and I don't want you to say that again.

MR. SHINDER: I'll say whatever I'm going to say.

MR. BLAD: Not if I'm trying to get a clear record because the question is unclear.

MR. SHINDER: The question is perfectly clear. Do you want me to ask it again?

THE WITNESS: The business models.

BY MR. SHINDER:

Q. Let me ask the question, Ms. Bergmann.

A. Yes. Go ahead.

Q. Have you studied the business models and operations of data vendors as they operate in the United States?

A. No.

Q. Thank you.

Why did you study the business models and operations of data vendors in Europe?

A. Mostly in the context of my case before the European Commission.

Q. Okay.
Any other reason?
A. No. As I told you, there were also other complaints, but I can't say more about them.
Q. Have you also studied the business models and operations of data vendors that supply other forms of financial data such as credit ratings?
A. Yes.
Q. Which ones?
A. I think it's, again, professional secrecy. There were considerations concerning a new complaint, another complaint against a rating agency.
Q. Okay.
That study pertained to the European market; correct?
A. Yes. Mm-hmm.
Q. Okay.
How about data vendors that supply pricing information from stock exchanges, or similar platforms, have you studied them in Europe?

MR. BLAD: Object to form.
A. I studied those in the context of the Complaint and follow-up Complaints that we had against CGS.
Q. Any other reason?
A. No.
Q. Okay. Thank you.
So in the next paragraph, it's the second paragraph on page 4, you reference some conferences, so let's talk about them for a minute.
The first of these is a conference called COSSIOM. For the benefit of our poor court reporter, spelled C-O-S-S-I-O-M. That's full capped.
Do you see that, Ms. Bergmann?
A. I see it, yes.
Q. Have you ever spoken at that conference?
A. Yes.
Q. When?
A. I think, I can't tell you exactly -- it must be sometime -- sometime between 2012 and 2014 or so. I don't know exactly.

I think I included even an invitation to the conference, if I'm not wrong. Yes.

Usually the conference -- there's the conference, and accompanying the conference is also this big event, and at the conference, there are certain breakout sessions, and I spoke at the breakout sessions.

Q. Okay. You said something, and I just want to make sure I understand.

You included even an invitation to the conference?

A. I thought so. If I haven't, let me check.

No. I included the invitation for FIMA.

Q. Just -- are you done? I don't want to interrupt you, Ms. Bergmann.

A. Mm-hmm. I haven't. Apparently, I haven't.

Q. Okay. When you say -- when you included it in the --

A. I haven't. Apparently, I haven't.
Q. -- citations in your report --
A. Probably because I haven't found any. And it doesn't matter for this case, I think. It doesn't matter.
Q. Okay. So I just want to make sure I understand.
So you spoke at a breakout session; correct?
A. I'm not saying a. I probably spoke at more than one breakout session at more than one conference.
Q. Okay.
How many?
A. I can't tell you. It's a long time ago.
Q. What did you speak about?
A. I can't remember. I really can't remember.
Q. Okay.
So you distinguish between breakout sessions and would it be fair to call it the main session?

A. Really --

Q. Do you understand the distinction? I just want to...

A. I can't remember. I can only remember one conference where there was a really big assembly with a speaker. And I'm not even sure whether I was a speaker in this conference as well. I don't know. It's very long ago. Clearly much, much, much longer than ten years, clearly.

Q. Okay.

Okay. So you then write, moving on from COSSIOM, "There are other conferences for financial market data users, such as the FIMA," F-I-M-A all caps --

A. Mm-hmm.

Q. -- "in Frankfurt."

Do you see that in your report?

A. Mm-hmm.

Q. Yes?

MR. BLAD: Give an audible response.

Q. Yes or no, please.

A. I see it, yes.

Q. Have you ever spoken at that conference?
A. I think yes, but I can't say for sure. I think yes.
Q. You think yes.
When do you think that happened?
A. I don't know. It's a while ago.
Q. What did you speak about, if you spoke?
A. I don't know anymore. I really don't know anymore.
Q. About how many times have you spoken at FIMA; do you know?
A. I can't tell you. I really can't tell you.
Q. You then write, "I regularly take part in industry conferences as an attendee and speaker, and have spoken with numerous industry representatives on-site."
A. Mm-hmm.
Q. So that pertains to both COSSIOM and FIMA; correct?
A. With COSSIOM, certainly.
Q. Okay.

You don't know with respect to FIMA?
A. I cannot remember. I know -- I remember one FIMA conference where I was. I'm almost sure that it was more than one conference, but I can't tell you, really not.
Q. Okay.
Just so it's very clear for the record, have you ever spoken at either COSSIOM or FIMA with respect to financial identifiers?
A. I assume yes.
Q. You assume yes.
Do you --
A. Because I do not know exactly what I have spoken about. I assume I did.
Because COSSIOM is an association concerning identifiers, more or less. It's for the users of financial information, so they are interested in identifiers, of course.
Q. Okay.
When you say you assume, you don't specifically recall; would that be fair?
A. I recall speaking, I recall being there,

but I cannot tell you the details. I really can't.

Q. Okay.

A. I remember Paris, of course. I remember the party of COSSIOM, yes, I do. And I remember some ugly meeting rooms with weird light.

Q. Now, aside from the EC investigation --

A. Mm-hmm.

Q. -- and the Complaints that you just testified to, have you filed any other complaints in Europe against S&P, FactSet, or the ABA?

A. I personally not, but I can tell you that there are other complaints.

Q. Okay. I'm just asking about you.

A. Yeah.

Q. Any others against CGS, other than the EC investigation, and the S&P and FactSet Complaints?

A. No, but I can tell you that there are other complaints I know of.

Q. Now, you're aware that one of the named Plaintiffs in the case is SwissLife?

A. Yes.

Q. Is Swiss Life a member of SIPUG?

A. You know, I don't know. I can ask. I don't know.

Q. You didn't ask that question when you became an expert in this case?

A. No.

Q. I want to show you something I'm marking as Bergmann 2.

(Bergmann Exhibit 2, SIPUG website, was marked for identification.)

Q. Okay. So I marked as Bergmann 2 a document that was pulled from the SIPUG -- is that the correct way to say it so I don't butcher it?

A. We say SIPUG, but you can pronounce it however you want. It depends on whether you pronounce it in the German way or English way.
Q. I can't do the German way, so I will Americanize it, if you can suffer that.
A. No worry.
Q. So Exhibit 2 is taken from the SIPUG website.
A. Mm-hmm.
Q. I want to take you to -- Ms. Bergmann, the entities depicted in here are listed alphabetically, so if you scroll down towards the back.
A. Okay.
Q. If you get to the Ss, you will see Swiss Life.
A. These are the sponsors; right?
Q. Oh. Thank you.
Go to the first page.
A. Mm-hmm. "Members," it says, okay.
Q. Do you see the word "members" there?
A. Mm-hmm. Okay.

Q. Does that indicate to you that Swiss Life is a member of SIPUG?

MR. BLAD: Object to form.

A. At first sight, it seems to be.

Q. Okay.

You're aware that Swiss Life is claiming monetary damages in this case in the US?

A. I know that Swiss Life is one of the Complainants, yes.

Q. They're claiming damages; correct?

MR. BLAD: Object to form.

A. I know that they are one of the Complainants.

Q. So if the Plaintiffs are successful in their damages claim --

A. Mm-hmm.

Q. -- one of your clients' members will benefit from that; correct?

MR. BLAD: Object to form.

A. Yes. Apparently, yes.

Q. That would be a beneficial outcome for SIPUG as well; correct?

A. No.

MR. BLAD: Let me -- give me time to object.

Object to form.

A. Why would it?

Q. So it wouldn't benefit --

A. SIPUG would not have any monetary benefit from the outcome of the class action. Why?

Q. So putting aside whether SIPUG has a monetary benefit, is it your testimony that it wouldn't be a beneficial outcome for SIPUG for one of its members to gain benefits from the US litigation?

MR. BLAD: Object to form. Lacks foundation.

A. No. It would be a benefit for Swiss Life, but not for SIPUG.

Q. Okay.

Do you know whether SIPUG was involved in discussing with any of its members the possibility of them participating as class representatives in this litigation?

A. In this litigation? I don't know how, as an association, they could be a member of this litigation. I thought only companies or contractual partners can.

Q. No. The problem is maybe me. You're misunderstanding my question.

Do you know whether SIPUG was involved in identifying potential class representatives among its members for this litigation?

MR. BLAD: Object to form.

A. I don't know.

MR. BLAD: I'll counsel you on these questions not to disclose --

THE WITNESS: I don't know.

MR. BLAD: -- privileged communications with your clients.

A. Simply, I don't know.

Q. Okay.

Now Swiss Life is also requesting injunctive relief --

A. Mm-hmm.

Q. -- in this case; correct?
MR. BLAD: Object to form. Lacks foundation.
A. I don't know.
Q. You don't know?
A. No.
Q. Well, assume for purposes of the question that it is requesting injunctive relief.
Should it secure such relief, along with the other Plaintiffs in this case, would that be beneficial for SIPUG's members?
MR. BLAD: Object to form. Lacks foundation.
A. Again, I can only say what I said before. This is a class action in the US, so perhaps there are SIPUG members that could benefit, but I can't say for sure. I'm only -- regarding my own work, I'm only interested in Europe. I don't know the rest.
Q. Okay. Thank you.
Do you know who Lorenzo Kyburz -- do you know a gentleman named Lorenzo Kyburz?

A. No. Clearly not.
Q. Well, let me see.
A. How is he spelled? Lorenzo is clear and...
Q. Kyburz is K-Y-B-U-R-Z.
A. Z?
Q. Correct.
A. Okay.
Q. So I want to mark as Bergmann 3...
(Bergmann Exhibit 3, Kyburz deposition excerpt, 1.23.2025, was marked for identification.)
Q. Ms. Bergmann, just to situate you, from time to time, I might mark excerpts from depositions that were taken in this litigation.
A. Kyburz. U-R-Z. Okay.
Q. So I put before the witness an extract of the deposition of Lorenzo Kyburz.
A. Mm-hmm.
Q. Now, seeing this, does this at all refresh your recollection as to who this gentleman is?
A. No.

Q. Okay. So --
A. I've never seen that name.
Q. Okay.
I want to direct you to page 23, lines 6 through 13. So the lines are on the --
A. Mm-hmm.
Q. -- left-hand side of the page.
Just, do you have that in front of you?
A. Mm-hmm.
Q. There's a question and answer there. I'm going to read it, it's just short enough --
A. Mm-hmm.
Q. -- so we'll have it in the record.
The question is: "You mentioned, when I initially asked the question, that you were contacted by colleagues."
A. Mm-hmm.
Q. "Who were you referring to?"
The answer is: "So we are a member of the SIPUG in Switzerland and a colleague contacted us that there are certain initiatives to

proceed with the lawsuit in this case."

Do you see that?

A. I see that.

Q. Do you have any idea what he's referring to regarding certain initiatives to proceed with the lawsuit in this case?

A. I can only guess, but I don't know.

Q. What would be your -- you know, your informed -- what would be your understanding of what that might be referring to?

MR. BLAD: Object to form. Lacks foundation.

A. That someone informed him about a lawsuit in this case. It doesn't even say where, actually.

Q. "In this case" is a reference to the US case; correct?

A. It doesn't say so.

Q. He's testifying in the US case; correct?

A. That's true, but it doesn't say what the question is referencing to "the lawsuit." Can be any lawsuit.

Q. Okay.

Are you -- outside of the -- this testimony -- you can set that aside -- Ms. Bergmann, are you aware of any initiatives undertaken in Europe that you were involved with to secure class representatives from the members of your clients for this litigation?

A. I was not involved in any initiatives regarding the class action.

Q. Okay. I want to show you something.

What page is this on?

(Bergmann Exhibit 4, Plaintiffs' Memorandum of Law in Support of Their Motion for Class Certification and Appointment of Class Counsel, was marked for identification.)

Q. I don't know any better way to do this than mark this...

REALTIME STENOGRAPHER: Number 4.

Q. So I have marked as Bergmann 4 a document entitled Plaintiffs' Memorandum of Law in Support of Their Motion for Class Certification and Appointment of Class Counsel.

A. Mm-hmm.

Q. I'm just going to show you one part of this.

A. Mm-hmm.

Q. But before I get there, you can take a look at this.

Have you seen this document before today?

A. No.

Q. Okay. So I want to take you to page 22.

Do you see in bold the language The CUSIP Identifier User Class?

A. Mm-hmm.

Q. Take a moment and read that.

A. (Reading sotto voce.)

Okay.

Q. You've read the CUSIP identifier user class; correct?

A. Yes. Mm-hmm.

Q. Are any of your current clients members of the putative class?

MR. BLAD: Object to form. Lacks

foundation.

A. Theoretically, they are CUSIP users, but I do not see how they can be affected by a class action in the United States.

Q. Okay.

So is it your testimony that none of your clients' members have entered into a CUSIP global services subscription agreement or a CUSIP global services distribution agreement at any time post March 4, 2018?

MR. BLAD: Object to form.

A. Yes. Because my --

MR. BLAD: Object, object, object --

A. -- clients are associations.

MR. BLAD: -- to form.

A. Yeah. My clients are associations. Sorry.

And that's also my next answer. First, the members of the clients may be users, but I do not see how they are affected by the US case.

But the next thing is my members are associations -- excuse me, my clients are

associations.

Q. Okay.

A. So you're only speaking about the members of my clients.

Q. That's correct, actually. So I'm glad you understood my question.

A. Mm-hmm.

Q. I'm asking about their members.

A. Yep.

Q. Okay.

Now, when you say you do not see how they are affected by the US case, what do you mean by that?

MR. BLAD: Object to form. Lacks foundation. That she knows what the case is.

A. Yes. That's true.

Q. You don't know what the case is; is that your testimony?

A. I basically know what it is about, but as I said, I haven't read it.

(Clarification requested by the Realtime Stenographer.)

A. I know something about the case, but I have not read the Complaint, as I said.

Q. Okay.

A. So I do not know any details.

My understanding is that it is the case in the United States, and I do not know under which circumstances the members of my clients could profit from the outcome of this case. I don't know. This is a legal question that I cannot answer.

Q. Really? You're an antitrust lawyer, are you not?

MR. BLAD: She hasn't read the Complaint.

Q. I'm asking you a question?

A. Why would I know this detailed a question of how the class action would -- I could say something even -- I could say something really mean to you now.

MR. BLAD: Wait, wait, wait, wait. You don't want to do that.

A. I won't.

Q. We don't --

A. Yeah, I won't do it.

But are you sure that the class action will affect members of my --

Q. So I'm asking the questions today. That's how it works.

A. Because you're telling me, are you -- you are an attorney. Do you know it yourself?

Q. So as an attorney who, as you testified, practices competition law in Europe.

A. Mm-hmm.

Q. Do you know whether or not foreign entities can be a plaintiff in a US action and secure relief?

A. I can only say apparently they can, because otherwise, there wouldn't be a complaint from Swiss Life, which is a European company, but not an EU company.

Q. Okay.

A. But the question is what -- how will it be affected in Europe, I don't know. How would other members of my clients would be affected, I can't tell.

Q. Okay. Let's shift gears. Let's keep going.

So, Ms. Bergmann, throughout your report, you use the term --

MR. BLAD: Are you done with this?

MR. SHINDER: I am.

Q. -- "financial instrument identifier."

A. Mm-hmm.

Q. Let's just break that down a bit.

What is your understanding of what a financial instrument is?

A. A financial instrument -- you know, I do not have a definition, actually. You can probably find a definition. I don't think we used a specific definition in our Complaint at that time.

To me, financial instrument is, for instance, stock, bonds, anything in which a company or private person can invest money and make profits.

Q. Okay.

So you mentioned stocks and bonds. Anything else fall within the -- characterize the catchall you put at the end?

A. Treasuries.

Q. Anything else?

A. I don't know. There's a huge variety of different products, of course. Swaps. You know, are they financial instrument? Probably, yes.

Q. Anything else come to mind?

A. I don't know. Probably there are more instruments.

Q. But nothing else comes to mind; is that right?

A. No.

Q. What makes an instrument a US financial instrument?

A. A US financial instrument is an instrument that is issued in the United States.

Q. Okay. Thank you.

What is a financial instrument identifier?

A. An identifier, financial instrument identifier is -- an identifier for a financial instrument, in whatever way.

Q. Can you give me an example of an

identifier of a financial instrument.

A. Yes, of course. The ISIN.

Q. Anything else?

A. CUSIPs.

Q. Would SEDOL be another example?

A. Yes.

(Clarification requested by the Realtime Stenographer.)

Q. SEDOL, S-E-D-O-L, full capped.

A. Mm-hmm.

Q. FIGI? F-I-G-I, full capped.

A. Yes. Probably yes.

Q. RICO?

A. Yes. I would probably say yes.

Q. Ticker symbol?

A. Probably yes.

Q. And a WKN number; would that also be an identifier?

A. I don't know what a WKN number is. Oh, WKN. WKN, yes, of course. It's the national security number in Germany.

Q. Thank you. You actually saved me a

question. So I appreciate that.
What are financial identifiers used for?
A. They are using for identifying an instrument.
Q. Okay. Any other reasons?
A. No. Not that I know of.
Q. Can they be used for research?
MR. BLAD: Well, object to form.
A. The question is what comes first, the instrument or the identifier. Yes, they can probably be done for research, but I don't understand in what way. Because the research will relate to the instrument, and you will need the identifier only to identify the instrument.
Q. Okay. I appreciate that answer.
So can identifiers also be used to facilitate trading?
A. That question -- the question is too short for the problem you are mentioning. You will never trade an identifier.
Q. But in the context of financial market

participants engaging in the trading of securities?

A. Mm-hmm.

Q. Can financial identifiers be used to facilitate that activity?

A. Yes, in order to clearly identify what you are trading in.

Q. The same for settlement and clearance of those transactions?

A. Yes. Clearly.

Q. What about internal data management. Can an identifier facilitate --

A. Yes.

Q. -- that?

And regulatory reporting?

A. It even has to be used for regulatory reporting.

Q. Okay.

So when conducting market research into US financial instruments, what identifiers could be used for that purpose?

MR. BLAD: Object to form.

A. Conducting market research in US

instruments. What do you have in mind? What is market research and US instruments in your view?
For instance, you have a picture in mind, I guess.
Q. You don't understand what market research means?
A. Yeah. There are all kinds of market research. What exactly do you mean?
Q. If someone is engaging in research to understand certain categories of US financial instruments?
A. Mm-hmm.
Q. What identifiers could be used for that purpose?
A. The CUSIP, of course.
Q. Any others?
A. Probably also other identifiers. You can probably also use the ISIN. You can probably also use various other identifiers. Yes. You probably can.
Q. You could use those identifiers instead of the CUSIP?

MR. BLAD: Object to form.

A. You can, but only to a very limited extent.

By the way, you are now speaking about the CUSIP. My knowledge refers to the ISIN, but I assume now that you are speaking about a similar thing, yes, you can use other identifiers, but they have -- they have their limits.

For instance, a FIGI Bloomberg identifier refers only to instruments collected by Bloomberg. But Bloomberg doesn't collect the entire universe, whereas any US instrument has to be identified by a CUSIP, to my understanding, and in the EU, by an ISIN.

Q. So when placing a trade for a US financial instrument, what identifiers can be used?

A. Placing a trade?

MR. BLAD: Object to form.

A. To my knowledge, you often use a FIGI, but I'm not concerned about the trade. What I'm concerned about is the ISIN, and in the end, you always need the ISIN for reporting in Europe,

regardless of what you use in your different financial activities.

You can perhaps use Bloomberg for certain things. You can perhaps use other identifiers for the specific things that you are doing there. But in the end, you always need a common identifier. This is one that applies to the entire data universe for one thing, so that you do not have an omission because it is not covered.

Second, you always need the CUSIP, and the ISIN, in my understanding, for reporting. For the ISIN, I can't say that for absolutely sure because this is clearly the case in Europe.

My understanding is that the same holds true for the CUSIP in the US. You always need it for reporting.

So whatever you do before, you always have -- and that's why most -- most financial institutions map with the ISIN in Europe.

Q. Okay. I appreciate that.

A. Because you need that anyway. At some point you need the ISIN. You can do whatever you

like. But at some point you need the ISIN for reporting purposes. It's inevitable.

Q. Do you know what a security master file is?

A. Yes.

Q. What is it?

A. It is a document containing all securities of some kind, which have to be specified by certain criteria.

Q. What data goes into the compilation of a security master file?

A. All kinds of data, but for the identification, you need only, in Europe, at least, the ISIN record, and not all of the other data. That's also what the Commission clearly says in its Decision.

Q. Okay.

So when you said "all kinds of data," what kinds of data go into a security master file?

A. The person or company compiling a securities master file can choose whatever kind of

data it wants to integrate. The user chooses what kind of data the user wants to have or not.

Q. That might vary by user; would that be fair?

MR. BLAD: Object to form.

A. Probably. I guess so.

Q. Okay. Those data elements, are they typically mapped to an identifier?

MR. BLAD: Object to form.

A. At the user, they are -- yes, first, they are mapped for accessing the information. Now, "map" is not the right -- not the right term.

Normally when you look in the data systems of banks you have a column with an identifier, and this leads to additional information on the identifier.

The bank itself chooses which kind of information it wants to have. For instance, from Bloomberg, what do they want to have. Same for WM Daten. WM Daten is not only a numbering agency, but also a data vendor, and the user chooses what kind of data it wants to have. It can use an

identifier for accessing this information in the systems of the data vendor.

The user has to choose what to use for mapping in its own systems. And users in Europe use the ISIN for that purpose, because in the end, the ISIN is inevitable.

So for instance, even if they use the Bloomberg -- FIGI for accessing Bloomberg information, they can get all kinds of information from Bloomberg on that basis, they will in the end all have to map everything with the ISIN because they need the ISIN for reporting.

This is prescribed by European regulation; in particular, the MiFIR. The regulation on markets for financial instruments.

Q. I just want to make sure. Are you done?

A. Yes.

MR. SHINDER: Okay. Let's take a break.

THE WITNESS: Okay.

MR. SHINDER: Make sure you take your mic off.

THE VIDEOGRAPHER: The time is now 11:03 a.m. We're off the record.

(RECESS, 11:03 a.m. - 11:27 a.m.)

THE VIDEOGRAPHER: This is the beginning of media unit number 3 of the video-recorded deposition of Ms. Bettina Bergmann. The time is 11:27 a.m. Eastern. We are now back on the record.

Counsel, you may proceed.

BY MR. SHINDER:

Q. Okay. Ms. Bergmann, at footnote 51, just going back to your report, page 20.

A. Yes.

Q. Tell me when you're ready.

A. Yes.

Q. You describe an exhibit in your report.

A. Yeah.

Q. As an overview of regulatory requirements regarding the use of ISIN; correct?

A. Mm-hmm. Yeah.

Q. I want to show you Exhibit 8.

A. Yes.

(Bergmann Exhibit 5, Exhibit 8 to Bergmann Expert Report, was marked for identification.)

Q. So I have marked as Bergmann 5, Exhibit 8 to the Bergmann expert report. Take a moment, and let me know when you're ready.

A. I'm ready.

Q. Ms. Bergmann, you're familiar with Exhibit 8?

A. Yes. It's my -- no, it's the one I attached.

Q. Okay.

Did you prepare it?

A. No. I did not.

Q. Who did?

A. I got it from my client, BVI, and he got it from someone else. We tried to find out where it came from. He said probably from WM Daten, but he was not sure anymore.

Q. I just want to make sure I understand your answer. So BVI is a client of yours, and that client secured it from someone else, you don't know who; correct?

A. He did not -- he didn't know who. He said it was probably from WM Daten, but he couldn't say for sure.

Q. Okay.

That is a client that you represent with respect to --

A. Yes.

Q. -- with respect to the European investigation; correct?

A. Yes.

Q. After receiving it in that fashion, did you supplement it, did you amend it in any way?

A. I didn't do anything with it.

Q. Okay. Thank you.

So the top of the chart says, in parens, "For the EU, Germany, Italy and France."

Do you see that?

A. Yes.

Q. Do you understand why the chart was limited to those jurisdictions?

A. I don't know. I can only assume, and my assumption is that these were the countries that

were researched.

But for the purposes of Europe, finally, only the EU was of relevance.

Q. Okay.

A. Because the regulation applies in all EU countries, and the regulation regulating the use of the ISIN is primarily the MiFIR.

Q. Okay. Thank you.

Did you request your client to compile this information for purposes of your report?

A. No.

MR. BLAD: Object to form. I -- it's important you not --

THE WITNESS: Yeah.

MR. BLAD: -- for your own relationship with your client that you not disclose privileged information -- privileged conversations you had with your client.

THE WITNESS: Yes.

MR. BLAD: I'm not saying it was a privileged conversation, but I just want to caution

you generally.

THE WITNESS: Yes. I understand, but it was not.

Q. So in what context did your client provide you with this information?

A. I think he provided me with this information in the context of the Complaint in 2020 and/or 2022.

Q. Is this exhibit intended to a comprehensive list of the regulatory requirements --

A. No.

Q. -- regarding ISIN usage?

A. No.

(Clarification requested by the Realtime Stenographer.)

MR. BLAD: Yeah. The court reporter has to take down everything that's said. If you're talking at the same time that he's talking, she can't do that. That turns out to be the most important thing -- or one of the most important things that has to be done today, so you have to give the court reporter time to hear what the

question is, and then separately to hear what your answer is.

THE WITNESS: Yes.

BY MR. SHINDER:

Q. Ms. Bergmann, do you consider yourself as an exert in regulatory reporting requirements for the usage of ISINs, in the EU, Germany, Italy and France?

A. I'm not an expert on regulatory reporting. I'm expert on the use of the ISIN in the EU.

Q. Okay. Thank you.

So if you turn to --

A. I'm not a financial markets lawyer. Just to make that clear.

Q. Okay. Thank you.

Can you turn to the second page of the exhibit. There's a reference -- it's third from the bottom, I believe.

A. Mm-hmm.

Q. To something called Solvency II.

Do you see that?

A. No.

Q. Solvency II.

MR. BLAD: I think it's the third page of the --

A. Third page.

Q. Oh, I'm sorry. Yeah. Third page of the document, second page of the actual exhibit.

A. I do not see that.

Q. It's there. Thank you. I appreciate that.

A. Okay. Mm-hmm.

Q. So you now see that, Ms. Bergmann?

A. Yes.

Q. What is Solvency II?

A. You know, I don't care. What's relevant for us is MiFIR. These are just examples of regulations prescribing the use of the ISIN. And if you have only one regulation prescribing the use of the ISIN, you have to use the ISIN.

The most important one is MiFIR. This is the -- in my list it's the second in the list. The MiFIR concerns reporting on instruments,

and all banks have to report on instruments. The main purpose of it is to prevent a crash such as the one we had in 2008. For that reason, banks have to report, and they always have to use the ISIN.

The rest -- of course, they have to use the ISIN also for other reasons, but this is inevitable. The other ones are probably also inevitable, but if you have only one thing that is inevitable, the financial institution has to use the ISIN. Yep.

Q. I want to go back to my question.

A. Okay.

Q. It's a simple one.

What is Solvency II?

A. I don't know.

Q. You started your answer about Solvency II, and you said, I don't care because of the MF --

A. MFIR.

Q. MFIR. Do you similarly not care about the other non-MFIR references here?

MR. BLAD: Object to form.

A. I can only say that this compilation was done to show where you have to use the ISIN, and cannot avoid it.

I think you do not have to go into every detail of this and show where and how and when, because in the end, you have to use it.

Q. Okay.

A. And this is also not a complete list of why you have to use it. There are also other reasons.

Q. Let me show you...

(Bergmann Exhibit 6, Commission Implementing Regulation (EU) 2015/2450, was marked for identification.)

A. Mm-hmm. Okay.

Q. Okay. So I have marked as Bergmann 6 what appears to be a Regulation from the Official Journal of the European Union dated the 2nd of December 2015.

A. Mm-hmm.

Q. Ms. Bergmann, have you seen this Regulation before today?

A. No.
Q. Do you see Solvency II referenced in the Preamble?
MR. BLAD: Where is that?
Q. It's in the Preamble beginning, "Having regard to Directive 2009/138/EC..."
Do you see that?
A. Okay. Yes, I see it. Mm-hmm.
Q. So is this the Solvency II regulation --
MR. BLAD: Object to form.
Q. -- that was also depicted in Exhibit 8?
A. If you ask so, probably yes. And because this is also the definition, so I assume yes.
Q. Okay.
A. I know what you want to get at. You want to get at all the other codes that you can -- you use. You know, actually, I can only -- I can -- not comment on every detail. I can just come back to my previous statement, this is that whatever of these regulations in the list you use, in the end, you have to use the ISIN.

Q. So you said you know what I want to get at, the codes, so let's just make it clear on the record.

The second page --

A. Of which document? Of the list?

Q. Yeah.

So let me actually situate you this way:

A. Mm-hmm.

Q. Go back to Exhibit 5. Go back to Exhibit 5 for a minute, Ms. Bergmann.

Look at --

A. Exhibit 8?

Q. Yeah, it's --

MR. BLAD: It's Exhibit 5 that's been marked.

Q. It's Exhibit 5 of the deposition.

A. Oh, okay.

Q. Exhibit 8 of your report.

A. Yes.

Q. These things happen.

So go back to Solvency II, which

your counsel helped you find.

A. Yes. You mean this one?

Q. No, no, no, no. Thank you, counsel.

MR. BLAD: No.

A. Yes.

Q. In the third column from --

A. Mm-hmm.

Q. -- the left, you see that it ends with a "6166 code of ISIN" --

A. Yes.

Q. -- "when available"?

A. Mm-hmm.

Q. Do you see that?

A. Yes.

Q. Let's go to Exhibit 6.

If you look at the second page, you can see the "ISO 6166 code of ISIN when available"; correct?

A. Yes. Okay. That's probably because not all instruments get an ISIN.

Q. Okay.

So when an ISIN is not available,

something else, an alternative identifier --

A. Mm-hmm.

Q. -- can be used instead; correct?

A. Apparently.

Q. Okay.

You didn't report the text that follows that starts with "Other recognized codes (e.g.: CUSIP, Bloomberg Ticker, Reuters RIC)," you didn't put that in Exhibit 8 to your report; correct?

MR. BLAD: Object to form. Lacks foundation. Also, misstates the testimony about the exhibit.

A. Also, I didn't prepare the exhibit, as I said. It's not my exhibit. It only shows examples, and again, you have to use the ISIN for reporting. You have certain OTC instruments that do not get an ISIN, and apparently, you can use other instruments' codes for identifying them, yes.

Q. Okay.

So I understand you didn't prepare it, but none of the additional text here following

"Asset ID Code," and then the description of the types, has a listing of alternative identifiers; correct?

A. Yes. But I do not know the context, what it means. Information -- what does it mean? What is C0050? And also, I do not know whether this regulation is still valid because of all of those regulations have undergone various changes, including the MiFID, and the end, the MiFID always prescribes that you have to use the ISIN for reporting purposes.

Q. Did you ever read the regulations cited in Exhibit 8 to your report?

A. No.

Q. Okay. Going back to --

A. I know MiFID for -- of course, MFIR. There's MFIR and MiFID.

Q. But the other ones, you haven't read them?

A. I think I have scanned through some of them, but I haven't really read them because I think they're of no importance. These are just examples.

Q. Okay.

Exhibit 3 to your report is a copy of the European Commission's 2011 Decision?

A. Yes.

Q. Let's talk about that for a minute.

If I use "Commitments Decision," will you understand what I'm referring to?

A. Of course.

Q. Okay. Thank you.

Did this Decision -- here, let's do this, sorry: I'll put it in front of you.

(Bergmann Exhibit 7, Exhibit 3 to Bergmann Expert Report, was marked for identification.)

Q. So, Ms. Bergmann, I have specific questions, but I'm assuming you're deeply familiar with this Decision?

A. Yes, I am.

Q. Okay.

A. Not with every word, but you will certainly guide me.

Q. I will guide you, and I'm not going to ask you about every word, that's for sure.

Before this Decision was rendered, did you submit a complaint?

A. Yes.

Q. Did that Complaint -- let me ask it this way:

Was that Complaint limited to the ISIN?

MR. BLAD: Object to form.

A. Yes, it was.

Q. Is it your understanding your Complaint did not address CGS's licensing practices with respect to the CUSIP?

A. Yes.

Q. Let's go to page 12, Paragraph (58).

A. Mm-hmm.

Q. So the first sentence of Paragraph (58) reads, "The proceedings in this case do not cover S&P's behavior in relation to CUSIPs."

Do you see that?

A. Yes.

Q. That's consistent with your recollection that the Decision did not pertain to CUSIPs?

A. That is.

Q. You didn't note that in your report, did you?

MR. BLAD: Object to form. Mischaracterizes the report.

A. My report explicitly refers to the ISIN, if I recollect correctly. Not to the CUSIP.

Q. Okay.

Go to page 8. Of the Decision, yes. Thank you. Paragraph (26).

I'll read, "Article 102(a) of the Treaty..." Let me stop there.

A. Yes. Mm-hmm.

Q. As a competition lawyer in Europe, what is the -- what Treaty is being referred to there?

A. The EU Treaty.

Q. Okay.

It goes on to say, "... states that an abuse of a dominant position may, in particular..." Let me stop there.

Do you know whether US antitrust law includes abuse of dominant position as a form of

anticompetitive conduct prescribed by the Sherman Act?

A. It does, but I cannot comment on the details because I'm not a US lawyer.

Q. But it is your understanding that abuse of dominant position is a recognized claim under the Sherman Act; is that correct?

A. In general, yes. This is my understanding.

Q. Okay.

It goes on to say that, "... consist in 'directly or indirectly imposing unfair purchase or selling prices.' Accordingly, Article 102 prohibits excessive pricing..." I want to focus on that language.

First of all, under European law, what do you understand "excessive pricing" to mean?

A. The price that is too high, in comparison to some standard that you have to set.

Q. Okay.

Do you have an understanding as to whether, under US antitrust law, excessive pricing

is understood to be a form of anticompetitive conduct?

MR. BLAD: Object to form.

A. No comment. But I have to comment one thing.

Q. Okay. Let's turn to Annex A. You can find that at page 26 of the document.

A. Which document are you?

Q. I'm sorry. It's the Commitments Decision.

A. Okay.

26?

Q. You can set the others aside just to keep this -- make this easier for you.

A. Mm-hmm.
Q. Do you have that in front of you?
A. You mean Definition of ISIN Record?
Q. Yeah.
A. Okay.
Q. There's a chart there, above which is the terminology "Minimum descriptive elements..."
A. Mm-hmm.
Q. Do you see that?
A. Yes.
Q. "... for each category/issue type for inclusion with the US ISIN Record Masterfile Service."
My first question is: What does "descriptive data element" (as read) mean here?
A. We are speaking about the ISIN record. The ISIN record consists of the ISIN number as such, and certain minimum fields that serve the identification of an instrument. Why is that? Of course, the ISIN in itself is sufficient to identify an instrument, but in order to avoid confusion, you always add certain other instruments, so for

instance, the name, because otherwise, you would use an ISIN, for instance, for Coca-Cola, and if you do not say "Coca-Cola," you might have been mistaken about the ISIN. If you make big trades in the wrong ISIN number, you would have a problem.

Therefore, the ISIN record for identifying the instrument contains, besides the ISIN, these minimum descriptive instruments to be sure that you do not misunderstand something, and do not put $1 billion in the wrong instrument because you made a mistake in the numbering.

Q. So the minimum -- I just want to make sure I understand your testimony.

In this context, the elements set forth here are the minimum sufficient to identify the financial instrument?

A. Yes.

Q. Okay.

That applies to equity instruments, which are set forth on the left, and debt instruments on the right; correct?

A. Yes.

Q. So do financial market participants use other descriptive elements in their businesses beyond those listed here in Appendix A?

MR. BLAD: Object to form.

A. They use them, and normally, these are -- data, and the content of which they are interested, while these are only the minimum descriptive data. Yes.

Q. "The content of which they are interested," so I just want to understand what you mean by that.

So it is your understanding that financial market participants do use other descriptive elements along with the ISIN in their businesses --

A. Mm-hmm.

Q. -- is that right?

MR. BLAD: Object to form.

A. I understand, yes. I guess so.

Q. Yes.

How frequently do they use other data elements along with the ISIN?

MR. BLAD: Object to form.

A. They buy these elements from data vendors, such as Bloomberg and WM Daten, for instance. But in that case, they are interested in the content and not in the description. This is only the description. This is what you need to access financial information and to clearly identify the instrument; whereas, the others are add-on. You do not necessarily need them to identify an instrument, but perhaps you want to have them because you want to have the information.

Q. They buy them presumably because those additional descriptive elements are valuable to them?

MR. BLAD: Object to form.

A. Can be, but only if they want to buy them.

Q. So what other descriptive elements might a financial market participant purchase, along with the ISIN, beyond the minimum elements set forth in Annex A?

MR. BLAD: Object to form.

A. It could be, for instance, the next general meeting, this data that WM Daten sells.

Q. Any other examples?

MR. BLAD: Object to form.

A. Right now, I don't know. I'm a bit tired, I have to say, but there are quite a number of things, but these are normally data that are not used to identify an instrument, but that are bought by the data user, using the elements that identify the instrument.

Q. So, Ms. Bergmann, I'm going back to the Commitments Decision, you note this in your report.

You quote the -- this is your statement: "The European Commission, therefore, regards the firsthand electronic distribution and licensing of US ISINs as a market in itself, in which FactSet with CGS (formerly part of Standard & Poor's) has a monopoly."

A. Mm-hmm.

MR. BLAD: What page is that?

MR. SHINDER: Page 14.

MR. BLAD: Do you see, he's on to

your report now?

A. On my report.

Q. I'm sorry.

A. The problem is that I don't know where my report is.

Q. It's the first exhibit. We can move all this other stuff aside to keep it simple for you.

A. Here is it. Which page again?

Q. 14.

A. 14. Okay.

MR. BLAD: The last sentence of the first paragraph.

A. Yes. Mm-hmm.

Q. First of all, what is your understanding of what "firsthand electronic distribution and licensing" means?

A. It means that FactSet is the issuer. This means firsthand.

Q. Okay.

So is it the monopoly that you contend the European Commission recognizes with respect to US ISINs pertains to the issuance of the

ISIN?

MR. BLAD: Object to form.

A. No. You say "firsthand electronic distribution and licensing."

It means CGS is the issuer, and if CGS distributes, it is firsthand, because CGS is the issuer. It's the source of the information. The initial source.

Q. Okay.

In support for that statement, you cite the Commitments Decision; correct?

A. It seems to.

Q. Yes.

A. Which page it is?

Q. 14.

A. 14. Okay.

Q. Do you have any other support for that statement?

A. Isn't that enough?

Q. I'm just asking you, do you have any other support? Yes or no.

A. I do not have another Decision.

Q. Okay.

So by that, do you mean the sole support for that statement is the Decision you cite in the report?

A. I cannot say that.

Q. You don't know one way or the other?

MR. BLAD: Object to form. Misstates testimony.

A. I don't say that. There's certainly other sources, but the Commission clearly says this. It says that CGS -- where is it -- is the only, which means monopoly.

For me, it's not on page 14.

MR. BLAD: Okay. I think you're mixing. He's talking about page 14 of your report.

THE WITNESS: But it's a different paragraph, the Commission's Decision.

A. 30. 24.

MR. BLAD: I don't think there's a question pending. I don't think he's asked a question, so...

THE WITNESS: Yes, yes.

Q. So what I was trying to get at is: Do you have another -- do you have any other basis other than the citation in footnote 30 to the European Commission for the statement you make on page 14 in your report?

A. I say no because this is the basis of my statement. The basis of my statement. Of course, there are other documents I can cite for this statement, but this is the basis for my statement.

Q. Okay.

The other documents that you just said you could cite, you did not cite them here; correct?

A. They are not of relevance for the report.

Q. Okay. Thank you.

So as an antitrust lawyer, whether a firm has monopoly power --

A. Mm-hmm.

Q. -- that's a question of law; correct?

A. Yes.

Q. The same goes towards the finding as to

the relevant market applicable in a given case; correct?

A. Mm-hmm. Yes.

Q. Would it be fair to say that both determinations are predicated on the factual circumstances at the time?

MR. BLAD: Object to form.

Q. At the time the Decision was made?

MR. BLAD: Object to form.

A. Yes.

Q. In some instances, the facts may change over time?

A. Of course.

Q. Okay.

Are you aware of any market circumstances in the financial services industry in Europe that have changed since 2011?

A. Of course.

MR. BLAD: Object to form.

A. Of course, certain conditions have changed, but CGS is still the NNA for US securities, and securities in a variety of other countries.

Because there is only one NNA for each country or jurisdiction, the statement that CGS at that time, a business unit of S&P, has a monopoly is still valid.

Q. Okay.

Did you do any detailed analysis of whether market conditions in Europe had changed since 2011? For purposes of preparing your report.

A. I have not done any detailed analysis because I'm observing the market since more than -- since almost 20 years. I do not have to do any detailed analysis.

If something significant changes, I would know that.

Q. Okay.

MR. BLAD: Can we take a break whenever it makes sense.

MR. SHINDER: We could. We can go for a little longer and then have lunch. I'll defer to the witness.

MR. BLAD: What would you rather do, take a break now?

MR. SHINDER: Would you like to have some lunch?

MR. BLAD: Or continue and take a break later?

THE WITNESS: I don't care.

MR. BLAD: Why don't we -- if you're going on to another subject, let's take a break now.

MR. SHINDER: Okay.

THE VIDEOGRAPHER: The time is 12:05. We're going off the record.

Microphones, everyone.

(RECESS, 12:05 p.m. - 12:56 p.m.)

THE VIDEOGRAPHER: Good afternoon. This is the beginning of media unit number 4 of the video-recorded deposition of Bettina Bergmann. The time is 12:56 p.m. Eastern. We are now back on the record.

Counsel, you may proceed.

BY MR. SHINDER:

Q. Ms. Bergmann, you're in the afternoon stretch. I hope you had a good lunch.

A. Yes. Thank you.

Q. My pleasure.

I'll put before you Exhibit 10 to your report. You can keep your report. We'll keep these here we don't get confusion.

(Bergmann Exhibit 8, Exhibit 10 to Bergmann Expert Report, was marked for identification.)

Q. It's Bergmann Exhibit 8, but it's Exhibit 10 to your report, which hopefully we won't trip over. I'll just refer to it as Exhibit 10. Take a look at it. Tell me when you're ready.

A. Okay.

Q. Are you familiar with Exhibit 10?

A. Yes.

Q. What is it?

A. It's the model agreement.

Q. The model agreement about what?

A. About the use of the ISIN. And it is a result of the Commitment Decision, basically, and additional discussions we had.

Q. So just so it's clear, so this is the agreement by which a user in the European economic area can get access to the ISIN record defined as

the US ISIN, the issuer's long name, and the issue description; is that right?

A. Yes.

Q. This allows them to obtain the ISIN record through a third-party data vendor; correct?

A. Yes.

Q. There's no fee charged under this license; correct?

A. Yes.

MR. BLAD: Again, remember, let him finish his question before you answer.

THE WITNESS: Okay.

Q. In your view do market participants need any additional data elements besides those in the ISIN record to identify a US financial instrument?

A. No.

Q. Okay.

So that means the market participants in the European economic area can obtain all the data elements they need to identify US financial instrument from a CGS -- from CGS or a third-party vendor free of charge; correct?

A. But only in the cases covered by the Model Agreement. The Model Agreement has restricted use. It does not apply in the US. It does not apply to all types of securities. It only applies to US ISINs, and not to other ISINs issued by CGS. For instance, Canadian ISINs.

Q. Okay.

A. Mm-hmm.

Q. But subject to those qualifications --

A. Yes.

Q. -- what I said is correct?

A. Yes.

MR. BLAD: Object to form.

Q. Okay. Thank you.

The definition of the ISIN record in this agreement, that is consistent with the EC Commitment Decision that we spoke about this morning; correct?

A. Yes, yes.

Q. How long has this model agreement been available to users in the European economic area?

A. I think since -- actually, I'm not sure.

We had two versions. Initially, we had this -- it's too complicated. We had the Commitment Decision. After the Commitment Decision, it turned out that certain things didn't work. And the associations complained about non-implementation, and then a new set of model agreements was adopted in 2014. And this one is still in use until today.

Q. So I appreciate your answer.

So this is in use today. We've established that --

A. Yes.

Q. -- correct.

Has it been in use consistently since at least 2014?

A. Yes.

Q. Was it reviewed by the European Commission?

A. You can't say that. The question doesn't hit the point.

We complained, and the Commission said, okay, we won't do anything at this point. This doesn't mean that the Commission is fine with

everything in this agreement.

Q. That actually wasn't my question.

A. Okay. Good, then. Then refine your question.

Q. No, no. I think -- well, let's not argue. I'll just ask the question again.

A. Okay. Mm-hmm.

Q. Was that agreement reviewed by the Commission?

MR. BLAD: Object to form. Asked and answered.

A. What does mean reviewed? You mean seen?

Q. Yes.

A. Okay. Seen, yes.

Q. Would you agree that the distribution of the ISIN record is different from the distribution of the additional data elements that we discussed earlier today?

A. Yes.

Q. Nothing in the Commitments Decision prohibits CGS from charging licensing fees for distributing the additional financial data elements;

correct?

A. That --

MR. BLAD: Object to form.

A. That's true because the European Commission's Decision concerns only the ISIN record.

Q. Okay.

Nothing in the Commitments Decision prohibits CGS from charging licensing fees for the distribution of additional financial data elements along with the ISIN --

MR. BLAD: Object to form.

Q. -- correct?

A. Along with the ISIN. I'm not sure I can approve. I'm not sure. I think they have different -- different issues are mixed here. It is true that the European Commission did not intervene against the licensing of additional data. It did not because it was not the subject matter of the Complaint and its investigation.

That's all I can say.

Q. Okay. So just looking at Exhibit 10, I want to take you to Section 4 of the agreement.

A. Mm-hmm.
Q. Are you familiar with this provision?
A. Yes.
Q. So in Section 4 of the agreement, the user represents that they do not want to download any additional data elements from the data vendors; correct?
A. Mm-hmm. Mm-hmm.
MR. BLAD: Object to form.
A. Yes. Because this agreement is really limited to the ISIN record.
Q. Okay.
That is your understanding of the rationale for that provision?
A. Yes. The Commission neither affirms nor prohibits. It just keeps out of this question because it was not the subject of the investigation.
Q. Okay. I want to direct you to Section 9. It's page 5 of the agreement. There's a choice of law provision there.
A. Mm-hmm.
Q. Ms. Bergmann, in your report, if you

need your report, you can look at it, pages 19 to 20. You state that it is prohibitively -- I'm quoting, "expensive for any user in the European Union to challenge any provision in the agreement in a court in New York on an individual basis."

A. Mm-hmm.

Q. Are you familiar with that opinion?

A. You were just reminding me of it, but that's true.

Q. Did you argue that same position to the European Union as part of their investigation?

A. Yes.

Q. It wasn't accepted; correct?

A. The Commission didn't care, actually. It neither accepted it nor prohibited it, to my recollection.

Q. So I want to take you back. So it's Exhibit 3. So page 15, Paragraph (75).

A. Mm-hmm. Mm-hmm.

Q. So I'm going to read this just so it's in the record.

It reads, "The parties remain free

to negotiate different terms and conditions, including the applicable law and jurisdictional clause, should they so choose."

A. Mm-hmm. Okay.

MR. BLAD: I want to make clear for the record. This is Exhibit 3 to Ms. Bergmann's report, but it's Exhibit 7 in the deposition.

MR. SHINDER: Yes. Thank you. I should have thought how different exhibit numbers was going to cause this.

Q. It goes on, "In any event, the Commission" --

A. Okay.

(Clarification requested by the Realtime Stenographer.)

Q. Just let me finish, and I'll ask a question then.

"... is currently not aware of any concrete indication that the application of the laws of the State of New York (United States) by courts located in the County of New York to disputes arising out of the subscription agreements is liable

to undermine the effectiveness of the Commitments."

Do you see that?

A. Mm-hmm.

Q. You said a moment ago the Commission didn't care. Is that -- is the language I just read to you, is that in your view the Commission expressing that it did not care about whether it would be prohibitively expensive for a user to challenge the provision of the contract in New York?

A. First, I can only read the "The parties remain free to negotiate." Okay.

Second, the Commission in its Decision does not comment on the model agreements, which came out only at the later date.

Q. So this language has been in place going back to the --

A. Mm-hmm.

Q. -- model agreements to at least 2014; correct?

A. This language is older because the Commitment Decisions of 2011.

Q. I was pointing you back --

A. Yes. Okay.
Q. -- to the model agreement. My apologies. So that's been in place since 2014.
A. Mm-hmm.
Q. The Commission has not determined since that time that it is prohibitively expensive for any user in Europe to challenge that; correct?
A. The Commission did not decide on this, yes.
Q. Okay.
But it is still your opinion as to every single user in the European Union that it is too expensive -- prohibitively expensive for them to challenge this provision; is that right?
MR. BLAD: Object to form.
A. Excuse me. What does this have to do with the subject matter of my report? I don't understand it.
Q. So I'll take you back to page 19 and 20.
It's actually at the top of 20.
A. Mm-hmm.
Q. The sentence begins --

A. Mm-hmm.

Q. I'm at the bottom of 19, Ms. Bergmann.

A. Mm-hmm.

Q. "Because the agreement provides for jurisdiction in New York and applies New York law, it would be prohibitively expensive for any user in the European Union to challenge any provision of the agreement in a court in New York on an individual basis."

A. Mm-hmm.

Q. You wrote that; right?

MR. BLAD: I think you've got to be clearer on what you're referring to because...

MR. SHINDER: Well -- she's got it. We're in her -- you can catch up, page 19, 20.

MR. BLAD: I'm looking at the record, and it's not at all clear from the record what you're referring to.

BY MR. SHINDER:

Q. For the record, I'm referring to the Bergmann report at page 19.

A. It is true.

Q. What is true?
A. The sentence I'm writing is true.
Q. That is your opinion?
A. Yes. Exactly.
Q. That any user, it would be prohibitively expensive. So let me ask a clean question.
A. Mm-hmm.
Q. So I understand, you use the term "any user" at the top of page 20 of your report.
A. Mm-hmm.
Q. That is your opinion, that for the entirety of the user base in the European Union, it would be prohibitively expensive for them to challenge the choice of law provision in their agreement.
A. Yes.
Q. Okay.
The universe of ISIN users in the European Union, would it be fair to say that includes some very large companies?
A. Yes.
Q. Large banks?

A. Yes.

Q. Large insurance companies?

A. Mm-hmm.

Q. Correct?

A. Yes.

Q. Large data vendors?

A. Yes.

Q. Even for them it would be prohibitively expensive?

A. Yes.

Q. So your opinion, irrespective of the resources of the particular user, it's just too expensive?

MR. BLAD: Object to form. That is not what she said.

Q. Right?

MR. BLAD: That is not what her report says.

Q. I'm asking the question.

MR. BLAD: Mischaracterizes testimony. Mischaracterizes the report.

A. Mm-hmm. Yes. I agree. With you.

You want to say that there is a contradiction, and I do not see a contradiction with the Commission's Decision.

Q. Just going back to the large banks and large insurance companies and large data vendors.

Your statement on page 20 of your report applies to them as well; correct?

A. Yes.

Q. Okay.

Now, Swiss Life is based in Europe; correct?

A. Yes.

Q. They're challenging CGS's licensing arrangements in this case; correct?

A. I don't know the content of the Complaint. I can only repeat. And Swiss Life is located in Switzerland, and not in the EU. Switzerland is not part of the EU.

Q. Okay.

A. So to them, the Decision doesn't even apply.

Q. But it wasn't prohibitively expensive

for them, was it?

MR. BLAD: Object to form.

A. It may be. This is not what I wanted to say. I just wanted to show examples of why licensing in itself can be a problem, not only the fees.

If you want to get at that, I do not see any contradiction with the European Commission's Decision. It only says that it has to do with the effectiveness. But still, such an agreement can be effective, but you can still have prohibitive costs of challenging provisions in the licensing agreement. I do not see a contradiction.

Q. Do you know if other data vendors have choice of law, choice of forum provisions that select where -- the forum where the vendor is located?

MR. BLAD: Object to form.

A. I don't know. I guess so, but I don't know.

Q. So a European firm who needs US ISINs can get them for free. I think we've established

that; right?

MR. BLAD: Object to form.

A. If certain conditions are met, and not for all ISINs.

Q. Okay.

Are you aware of how many market participants have elected to take the ISIN record data elements, or what we have been talking about as the ISIN basic record?

MR. BLAD: Object to form.

A. I do not have any statistics.

What I can tell you is that the larger banks usually have to sign full and payable license, because first of all, most of them have operations outside of the EU. And second, because they use a huge scope of instruments, and not all of these instruments are covered.

For instance, non-US instruments issued by CGS, or municipal bonds. This was one of our main examples. There are a few other examples.

So they have a data universe going beyond what is covered by the model agreements and

the Commitments.

Q. When you say "they have a data universe going beyond... the model agreements," does that extend to other data elements along the lines of those we discussed earlier today?

A. That's what --

MR. BLAD: Object to form.

A. That was not what I wanted to say.

I wanted to say that the ISINs covered by the Commitment Decision do not expand to all ISINs that are issued by CGS and are useful or necessary for larger banks.

Most larger banks have a so-called master agreement for which they pay fees.

Q. Is it your testimony that -- strike that.

So when this remedy was implemented by the European Commission, did you notify your clients about this outcome?

MR. BLAD: Object to form.

A. This?

Q. The model agreement.

A. The model agreement. I do not know how it precisely went. The model agreements, in my recollection, were published on CGS website and the 2014 model agreements were communicated to us by the Commission. Yes.

But for some reason, what the Commission sent us, what was not readable, or the website was not accessible, so in the end we sent the Commission what was published on CGS website. The final outcome.

Q. You sent it to your clients?

A. Hmm?

Q. You sent it to your clients?

MR. BLAD: Object to form.

A. No. My clients -- my clients communicated with the Commission.

Q. Okay.

Did they alert their members as to the availability of this remedy?

MR. BLAD: Object to form.

A. Yes. They did.

Q. Okay.

Why did they do that?

MR. BLAD: Object to form.

A. In order to enable the members to make -- take advantage of the free usage agreement, if they can.

Q. Okay. Are you aware of how many market participants in Europe continued to pay for a CGS license after the ISIN basic record was made available?

A. I do not have any statistics, but I can tell you that for logical reasons, international banks with branches around the globe pay licenses.

Q. Aside from international banks, are you aware of other market participants in Europe who continue to pay for a CGS license after the ISIN basic record was made available?

MR. BLAD: Object to form.

A. I can tell you right away, I could get that information probably from my clients, but I can't say. I do not have that information right away, and probably do not have it anyway.

Q. So it's fair to say you didn't examine

that question before rendering your opinions in this case?

A. I did not examine the question of availability -- of statistics. I did not examine statistics.

Q. Okay. Thank you.

Do you know if the number who continue to pay for a license is more or less than those who have taken the ISIN basic record?

MR. BLAD: Object to form.

A. I didn't know that, or I don't know that.

Q. Are you aware that there was testimony in this litigation regarding the extent to which users in Europe have elected to take the ISIN basic record?

MR. BLAD: Object to form. I think if you're going to ask her that question, you need to identify the testimony.

MR. SHINDER: I can put it in front of her.

MR. BLAD: That would be great.

MR. SHINDER: Okay. Let's do it.

(Bergmann Exhibit 9, Excerpt of Preiss deposition, 2.5.2025, was marked for identification.)

THE WITNESS: Where's the name of the --

BY MR. SHINDER:

Q. Yeah. So the name of the witness is Mr. Scott Preiss.

A. Oh, Scott Preiss. Okay, yeah. I see that.

Q. Do you know who Mr. Preiss is?

A. Yes. He belongs to -- I think CGS. I do not know this.

Q. Okay. So I want you to read page 270 to 271, starting at line 10.

A. Mm-hmm.

Q. Through line 12.

It's long, so I won't read it into the record.

A. Mm-hmm.

So basically what it says is we have been complaining about with the European Commission,

this is that model agreements didn't gain much importance because most banks still have to sign a license. Half a dozen per year is not very much.

Q. Okay. You answered my next question.

About how many firms in Europe use the US-based ISIN?

A. Many.

Q. So would it be fair to say that the rest of them are paying for the ISIN along with the structured data associated with it?

MR. BLAD: Object to form.

A. That's too simplified.

Because first of all, they only pay licensing fees for the use of CUSIP data, let's say ISINs, and if they have an agreement with an ISP that reports the usage of such data to CGS, is the normal case.

But there are many, many users that get their ISIN data from other sources, and not from ISPs, or at least not from ISPs that have an agreement with CGS.

Q. So what other sources do the many, many

users get their ISIN data from?

A. There are public sources. For instance, if you have a stock exchange app, you will always find the ISIN there if you want to see it.

Newspapers. And for instance, WM Daten -- WM Daten is a data vendor and a national numbering agency in Germany. And they offer ISINs free of charge because they collect -- first of all, they issue them, and then they collect a small number of ISINs in the public domain.

Q. Okay.

A. It's not the entire ISIN universe.

Q. So you mentioned public sources. So those are free; right?

A. Mm-hmm.

Q. You have to say yes or no.

A. Yes.

Q. Okay. So let's go back to your report. On page 18. I actually want to start at the back end of 17. The sentence that carries over from 17 to 18 reads, "The licenses CGS has imposed since that date applies to data vendors using the

CUSIP/ISIN database, and also to end users using the CUSIP-based ISIN for reference purposes, e.g., in order to be able to use ISINs as an access key in the data vendors' financial information system ('terminals')."

Did I read that correctly?

A. Yes.

Q. You used the word "terminals" there. Would that include a Bloomberg terminal?

A. Yes.

Q. Okay.

So is it your opinion that CGS requires a license to access ISINs and CUSIPs on a Bloomberg terminal?

A. Yes.

Q. And other display terminals?

A. Yes. Whatever -- whatever access they get.

Q. Okay.

Is it your opinion also that they're charged fees for such access?

MR. BLAD: Object to form.

A. Yes.
Q. Okay.
A. Normally.
Q. Thank you.
Now, the next paragraph, and it's about five lines down. We're on page 18. Do you have that in front of you, Ms. Bergmann?
A. Mm-hmm.
Q. I'll read a sentence. It's right after footnote 41.
A. Mm-hmm.
Q. Okay. I'll read it. "The data vendor is required to report any CUSIP or CUSIP-based ISIN use to CGS, and to comply with CGS's request to block the access of an end user who did not enter into a licensing agreement with CGS."
Do you see that?
A. Yes.
Q. And I read that correctly?
A. Yes.
Q. The reporting requirement that you detail here, in your opinion, does it extend to

CUSIP or CUSIP-based ISIN use on a display terminal?
MR. BLAD: Object to form.
A. You know, actually, I don't know. I don't know.
Q. Okay. Thank you.
Let's go to page 21. So I'm in the first full paragraph, and there's a sentence beginning, it is six lines down. It begins, "Not signing." I'll read it, but I want you to just tell me if you're there.
A. Mm-hmm. I see it. Yes.
Q. "Not signing the CGS license agreement also forces data centers to devote time and resources to obtaining CUSIP-based ISINs from public sources."
Do you see that?
A. Mm-hmm, yes.
Q. Have I read that correctly?
A. Yes.
Q. I believe you already testified to this, CUSIP-based ISINs are publicly available; right?
A. Mm-hmm.

MR. BLAD: Object to form. That's not what she testified.

Q. They are publicly available; correct?

MR. BLAD: Object to form. Mischaracterizes testimony.

Q. The ISINs.

A. (Nods head up and down.)

(Clarification requested by the Realtime Stenographer.)

Q. The answer is yes?

A. Yes.

Q. Is it your view that it takes time and resources to collect the ISINs from public sources?

A. If you want to do that, yes.

Q. Okay.

Are there any other problems associated with collecting ISINs manually from public sources?

A. No -- yes. No, no. Not that I know of.

Q. To the user of an ISIN, is it important that the list of identifiers that they're getting is accurate?

A. It is, but I think you're mixing up questions again. Because I can only repeat, the ISIN does not have -- has a value in itself. It is an access key.

What we attacked with the European procedure is that you have something like double-dipping. The data vendor pays for the ISIN, and the end user using the ISIN only has an access key, has to pay for it again, although the data is general public.

So -- although the end user doesn't have anything to do with CGS.

Q. So I asked you a question. I just want a clear record. I understand your perspective, Ms. Bergmann.

The accuracy of the financial identifiers and the associated data, that is important; correct?

A. Yes. It is.

Q. Okay.

Users know that the data they're getting from CGS is accurate; correct?

MR. BLAD: Object to form.

A. You know what, the data, they do not get the data from CGS. They get the data from the data vendor.

Q. Is it accurate?

A. I assume so.

Q. Okay. Thank you.

So going back to page 21, it's further up, you write the data vendors have a choice to either sign the CGS agreement, "Or, data vendors can preserve their own business model, use the CUSIP-based ISINs in any way they choose, but be at risk at not having all CUSIP-based ISINs if they do not receive CUSIPs from CGS, which would put them at a strategic disadvantage vis-à-vis their competitors."

I read that correctly?

A. Yes.

Q. Okay. So I just want to parse that a little bit. I want to try to understand the sentence.

First of all, these are European

data vendors you're talking about here?

A. Mm-hmm.

Q. Yes?

A. Yes.

Q. Thank you.

In what way can they preserve their business model as you're discussing here?

MR. BLAD: Object to form.

A. Please ask your question again. Or data vendors can preserve their own business model.

Q. What do you mean they "can preserve their own business model" and "use the CUSIP-based ISINs in any way they choose"?

What does that mean?

A. The point is once you have a CUSIP license, because you do not collect the CUSIPs only in the public domain, you are subject to quite a number of restriction, including that you have to cut off any end user from access to your products, if he doesn't have a CGS license himself, even though he receives the CGS data from you, and you already have a license.

Q. Okay.

So is it your view that those restrictions undermine data vendors' ability in Europe to operate their own business model?

MR. BLAD: Object to form.

A. Yes.

Q. What business model do you contend they would be operating in the absence of those restrictions?

MR. BLAD: Object to form.

A. They wouldn't have to force agreements on end users, in particular, or on other users. They could freely move and do whatever they like with the database and the contents.

Like this, they have to buy a license from CGS, and they have to force their end users into a license as well.

In some cases, this is a deterrent for end users to enter into agreement with the data vendor if they have the choice not to do so, because the moment they enter into this agreement with the CGS, unless it is just the model agreement, they

have to pay licensing fees.

Users with small revenues may not do this for this reason.

Q. Okay. I appreciate that answer.

So I'm looking at page 21, and the only citation I see on the page is to the model ISIN end-user agreement.

Do you see that?

A. Yes.

Q. So what is the basis for the testimony you just offered to explain your opinion on page 21?

A. It is general market knowledge. It's known to the European Commission. It's known everywhere in the market, and it's part of the knowledge I collected for a very long time.

It's also part of our additional complaints about, for instance, BB TOMS. There were a complaint that a user --

(Clarification requested by the Realtime Stenographer.)

A. BB, Bloomberg, TOMS, T-O-M-S.

There were complaints about users

being cut off from the service of BB TOMS because they did not have a CUSIP licensing agreement. We complained about this to the European Commission, but access was reinstalled because the user entered into this licensing agreement.

Q. Okay.

So part of that answer was that you're relying on the information you collected, you know, over the course of your work --

A. Yes.

Q. -- on these issues; correct?

A. Yes.

Q. That brings us back to the interviews and -- of users over the years that was part of your work in the European Commission investigation; correct?

MR. BLAD: Object to form. Mischaracterizes testimony.

A. Again, I do not refer to singular interviews of singular users. This is the general knowledge I have gained during this investigation, and it is also confirmed by the European

Commission's Decision.

Plus, when you look at the model agreements, you will see that CGS is permitted to instruct data vendors to cut off end users that do not have an agreement, and this implies that there must be an agreement with data vendors permitting this.

Q. So I understand that it's not a singular interview, but the work you have done with users over all those years informs at least in part, the opinions we're talking about on page 21?

A. Yes.

Q. I just want to confirm for the record, and you cannot identify any of those users you spoke to that informs your opinion, at least in part, on page 21, because of your views on European law; correct?

MR. BLAD: Object to form. Mischaracterizes testimony.

A. I know, of course, users that told me this specifically. I know them, and I cannot disclose their names.

Q. Okay.

A. But it's also part of the file. I do not know to what extent CGS got access to the file, and knew what kind of appointments in loco we had with the European Commission at the data vendor -- excuse me, at the data user, for instance, where all of this was explained in detail.

I guess it was also part of the so-called Statement of Objections, which is not public. But known to CGS. Because it's -- the hearing letter, more or less.

Q. So page 21, you argue that CGS's business model -- are you okay, Ms. Bergmann?

A. Yes. Yeah. Which paragraph?

Q. So it's in the same paragraph.

A. Mm-hmm.

Q. Where you say it restricts the flow of data. You argue that CGS's business model restricts the flow of data.

Do you see that? Third line, first full paragraph, page 21.

A. You mean vendor created a data

interruption, at the very top --
(Clarification requested by the Realtime Stenographer.)
A. I still didn't get the --
Q. I'll read the full sentence just to --
A. Oh, here.
Q. Yes. I'll read the full sentence. It's the second sentence.
A. Yes. I see it now.
Q. Let me read the sentence to situate you, and then we'll go from there. We'll have a happy court reporter. It's Friday afternoon. We want to keep her happy.
"They can obtain all CUSIP-based ISINs by adopting CGS's restrictions restricting the flow of data and monitoring the customers' use of data."
A. Mm-hmm.
Q. So I read that accurately?
A. Yes.
Q. So I want to focus on the restriction on the flow of data.

A. Mm-hmm.

Q. Let me start with, what are you referring to there?

A. I'm referring to -- I assume this is what I meant.

I assume I'm referring to the fact that ISPs can cut off the user from access to the ISP's data vendor services.

Q. Do you know of, in your travels in this industry, whether any other data vendors have similar policies in their licensing --

MR. BLAD: Object to form --

Q. -- arrangements?

MR. BLAD: Object to form.

A. If you use -- yes, of course, they do. But the problem -- the question is, is it legitimate to have such a licensing agreement, and this is what we in the EU questioned.

If Bloomberg sells data, and you use the data without a license, I guess they can also cut your access to the data. This is what CGS does. But we questioned that CGS is permitted to do so.

Plus, the end user doesn't get the data from CGS, but from CGS's interfering with the data vendor services. This is a different story.

Q. Are you aware of any other data suppliers -- let me finish.

A. (Witness shakes head back and forth.)

Q. In the industry that require a direct license with the downstream end user, even when the data is supplied through a third party like a data vendor?

MR. BLAD: Object to form.

A. No. I'm not aware of such a case.

Q. Okay. Like, for example, Moody's.

Do you know if Moody's engages in that practice?

MR. BLAD: Object to form.

A. I don't know. But if Moody's engaged in such a practice, I would assume that the Moody's data is not being sold as part of the data vendor's service, but separately. Perhaps using the data vendor service's IP, but I'm not aware of a single case where the data is sold twice.

MR. SHINDER: Okay. Let's take a break here.

THE VIDEOGRAPHER: The time is 1:47. We're now off the record.

Microphones, please.

(RECESS, 1:47 p.m. - 2:11 p.m.)

THE VIDEOGRAPHER: This is the beginning of media unit number 5 of the video-recorded deposition of Bettina Bergmann. The time is 2:11 p.m. Eastern. We are now back on the record.

Counsel, you may proceed.

MR. SHINDER: Okay.

BY MR. SHINDER:

Q. Ms. Bergmann, I want to stay with your report.

A. Mm-hmm.

Q. If you could turn to page 24.

First of all, there's a VI that sort of sets up this section we're going to talk about.

A. Mm-hmm.

Q. "Usage Fees and License Restriction Are

Not Necessary to Operate an Issuance Business."

A. Mm-hmm.

Q. What do you mean by "issuance business" in this context?

A. The business of an NNA issuing license.

Q. Is that an overarching aspect of your opinion that's limited to the need for usage fees and license restrictions with respect to operating an issuance business?

MR. BLAD: Object to form.

A. No. That's just an auxiliary argument because I think that there is no service of CGS in the ISIN business to end users.

But apart from that, there's also no need to take usage fees to operate the issuance business of issuing new ISINs.

(Clarification requested by the Realtime Stenographer.)

Q. Okay. Let me take you to the second sentence under that Roman numeral, it reads, "Of the more than 120 NNAs in the world, only CGS imposes usage fees or use restriction on ISIN users."

That's your opinion; correct?

A. Mm-hmm. For the use of ISINs, you would have to add. Yes.

Q. Okay.

A. That's correct.

Q. Have you studied each of the 120 NNAs as part of your work in this case?

A. I have not studied all of the 120 NNAs, but I'm representing associations. I'm talking to many banks, since almost 20 years, and if any of that had happened, if any NNA would have started a licensing business, I would have known it. Plus, as you know, we spoke to representatives of both ISO and ANNA who are overseeing the ISIN business and the NNAs, and they didn't know of anyone, apart from CGS that licenses the usage of the ISIN. And who else but ISO and ANNA would know if there were usage fees.

Q. You spoke to these representatives as part of your work on the EC investigation?

MR. BLAD: Object to form.

A. Yes.

Q. Can you identify the representatives of ISO and ANNA that you spoke to as part of that work?

A. One of them is identified in one of the attachments. This is Mike Smith. It's also Niels Hougaard. We also had additional interviews with these guys. Hougaard is retired in the meantime. And there are new -- there is a new ISO boss. I do not know his name right now, but we spoke to these people, and they stated that there is no other NNA that charges for the ISIN usage.

Q. When did they state that?

A. I think Hougaard, the last time when we filed the Complaint in 2022 -- '20. Excuse me. 2020.

MR. BLAD: Can I -- one second. You should remove your phone.

THE WITNESS: Okay. My hair, probably.

MR. BLAD: No, your phone.

THE WITNESS: My phone. Okay. Yes.

BY MR. SHINDER:

Q. Is that the most recent time you

interviewed someone in connection with respect to the 120 NNAs?

A. I didn't interview people with respect to the 120 NNAs. Plus, as I said, banks trade with instruments around the world, and if anyone apart from CGS would have started a licensing business of the ISIN, I would surely have known. But surely.

Q. Okay. But -- okay.

I think we established this morning, you were retained to give expert testimony in this case at some point towards the end of last year; is that correct?

A. I think, yes.

Q. Okay.

Since that time, have you undertaken any analysis of the 120 NNAs for purposes of this opinion?

MR. BLAD: Object to form.

A. I have not, but actually, I have spoken to my clients. I have spoken to some of my clients' members, who are actively working on securities in this market, also very huge members operating

worldwide with a huge number of instruments.

As I said, if anything like that would have happened, I would have known.

And also, I have spoken to WM Daten's data specialist, who is at the same time in a high position at ANNA. I have spoken to him only recently, and he would certainly have let me know any such change.

Q. Okay. I see you said you spoke to your clients and your clients' members.

A. Yes.

Q. Did you speak to your clients -- which of your clients have you spoken to about the 120 NNAs?

MR. BLAD: Object to form. I just want to make -- just caution you about the attorney-client privilege.

THE WITNESS: Yes. This is just what I wanted to say.

A. I cannot talk about it.

Q. Okay.

A. The others were named as witnesses in

our case; therefore, I mentioned them.

Q. Okay.

And the members, your clients' members, can you tell us which members you spoke to regarding the 120 NNAs?

A. I will not for secrecy reasons, again, because I do not want to disclose their names.

Q. So I understand your testimony is that they would have told you had anything changed regarding usage fees or use restrictions.

Did you actually ask them about the 120 NNAs?

A. No, I have not, but I'm sure that they would there would have been a complaint, and even a request to do something about it.

Q. Okay. Thank you.

So there's a footnote following the sentence that I read. It's a reference to the Commitment Decision, which we have talked to a fair bit today.

A. Mm-hmm.

Q. Are there any other sources for that

statement aside from the Commitments Decision?

A. No.

MR. BLAD: Object to form. Misstates testimony.

Q. She answered. We can continue.

MR. BLAD: My objection still stands.

THE WITNESS: Yeah. Agreed.

Q. So let's go back to the Commitments Decision for a minute.

Do you have that in front of you? I know there's a lot of paper.

A. Yes.

Q. Do you have that in front of you? Page 9, I want to turn you to Paragraph (38).

MR. BLAD: This is Exhibit 7.

MR. SHINDER: It's Exhibit 7, which -- is it Exhibit 7, I'm not sure today, but it's Exhibit 3 to her report.

Q. I'm sorry for the --

A. Yes.

Q. -- exhibit confusion.

Do you have that in front of you?

A. Paragraph (38), yes.

Q. In fact, that's the paragraph you cite in your report; correct?

A. Mm-hmm.

Q. It reads -- and I'll read it from the EC Commitments Decision so it's clear on the record.

The Decision reads, "In its Statement of Objections, the Commission also noted that none of the NNAs in the Union charge customers simply for using ISIN records in their own databases, independently of the source of the data, as S&P does."

A. Mm-hmm.

Q. I read that correctly?

A. Yes.

Q. So "the Union" is the European Union?

A. Yes.

Q. So this statement doesn't say anything about NNAs outside of the European Union; correct?

A. Exactly, and that's what I precise in the relevant footnote with respect to the European

Union it says.

Q. Okay.

A. The Commission didn't examine anything else because it only examined the European Union.

By the way, for the Commission, it was sufficient to state that there is no need for licensing fees.

Q. So Paragraph (38) references charging customers.

A. Mm-hmm.

Q. Does it say anything about usage restriction?

A. No.

Q. Did you independently analyze whether the NNAs in the European Union imposed usage restriction?

A. I'm not aware of any.

Q. So it's clear for the record, you're not aware of any that impose usage restrictions?

A. I'm not aware of any NNAs that impose usage restrictions.

Q. Okay.

A. Since you -- yeah. I stop here. Enough.

Q. So after the ISIN is issued, in what format are these other 120 NNAs making the ISINs available?

MR. BLAD: Object to form.

A. NNAs make the ISIN available to data vendors. And the data vendors, again, enable the end user to use the ISIN to access the data vendors' other financial information. The NNAs do not make available the ISIN to end users. This is a concept that's used only by CGS.

Q. Okay.

A. It's a specific business model not seen anywhere in the world.

Q. Do you know whether the 120 NNAs, any of them offer a lookup service for the ISINs?

A. I guess they do. Also, ANNA offers a lookup service.

Q. You guess they do. Does that mean you don't know?

A. I can't say for 120 NNAs.

Q. Okay.

A. But I can say for sure for certain NNAs. For instance, WM Daten offers a lookup service free of charge.

Q. Does CGS offer a free lookup service for ISINs?

A. I think it does, and also -- yeah, okay. It does.

Q. Do any of the 120 NNAs that you reference in your report provide display-only access to ISINs?

MR. BLAD: Wait, wait. What are you doing?

THE WITNESS: I need a tissue.

MR. SHINDER: Are you okay?

A. Again, this is -- this, again, is a misstatement of the facts and of the report. You use the ISINs to access information. And the lookup service is meant to ensure that you are using the right ISIN. The ISIN in itself is not a product, in my view.

Q. Okay.

Ms. Bergmann, what format do the NNAs make the ISIN data available to data vendors?

A. I don't have the data vendor contracts. I don't know. I assume that they offer database access, and an FTP access where the data vendors can download all of the -- all of the data available on CGS database.

Q. Okay.

A. But I haven't seen this.

Q. Are any other data elements besides the ISIN included in the services the NNAs offer to the data vendors?

A. If the data vendors want that, yes.

Q. What data elements?

A. Normally, it's the ISIN record, and then CGS also sometimes offers the entire master file, and the master file also contains other data elements, whether the data vendors want this or not.

Q. So I'm asking about the 120 NNAs, Ms. Bergmann.

A. Yeah.

Q. Do they offer other data elements

besides the ISIN to the data vendors --

MR. BLAD: Object to --

Q. -- in the services they offer?

MR. BLAD: Object to form.

A. If they at the same time are data vendors -- no. To the data vendors, not that I know of.

Q. Is that your understanding across all 120 NNAs?

A. Yes.

MR. BLAD: Object to form.

Q. Okay.

Do any of the services or products offered by the NNAs have any form of licensing terms?

MR. BLAD: Object to form.

A. Again, any services -- again, can you please repeat.

Q. Do any of the services offered by the 120 NNAs, any of them, offer licenses --

MR. BLAD: Object to form.

Q. -- as part of the services they offer?

A. You mean to data vendors?

Q. Or end users.

A. To end users, no. Or not that I'm aware of. To data vendors, I can't tell.

Q. Okay.

A. But actually, why would they. I would really be surprised.

Q. Okay.

Are you familiar with the ANNA Service Bureau?

A. ANNA Service Bureau, yes. I am.

Q. What is it?

A. The ANNA Service Bureau is the administrative -- it's an administrative body. I don't know. It belongs to ANNA. That, I can certainly say.

ANNA Service Bureau -- no. Ask your question.

Q. I'll ask it again. I just want to exhaust your knowledge on it.

What is the ANNA Service Bureau?

A. I can only go back to the Complaint. I

don't know if I defined it here. Perhaps I have, but I have certainly defined it somewhere. I can't give you a definition right now.

Q. Okay. Let me show you a document, and maybe it will refresh your recollection. What exhibit are we at?

This will be Bergmann 10.

(Bergmann Exhibit 10, www.anna-web.org page, was marked for identification.)

A. Okay. Okay.

Q. So I have marked as Exhibit 10 a document that we pulled --

A. Mm-hmm.

Q. -- from the ANNA's public website. I'm going to ask you a few questions on it. Take a moment if you need it, and I'll --

A. Mm-hmm.

Q. -- I will start when you are ready.

A. Mm-hmm.

Q. Are you ready? Take your time.

A. What do you need to know? Do you mean the free lookup service, yes.

MR. BLAD: Let him ask.
Q. Let me ask the question.
A. Please ask me your question.
Q. Okay. So let's start with the first page.
A. Mm-hmm.
Q. Under introduction, the ASB -- so that's an acronym from the ANNA Service Bureau; right?
A. Yes.
Q. "Is the golden source of global financial and referential instrument identification data." It goes on to say --
A. Mm-hmm.
Q. "It is the central data hub that collects and enriches securities" --
A. Mm-hmm.
Q. -- "identification data from global National Numbering Agencies."
A. Mm-hmm.
Q. Or NNAs.
I'll stop there.
The securities identification data

referenced here.

A. Mm-hmm.

Q. Would that include ISINs?

A. Yes.

Q. Do you know how many NNAs contribute data to the ANNA Service Bureau?

A. I could say 120, but that's not correct because CGS is the substitute agency for several countries. And also, Telekurs is the substitute agency for several countries, so I can't tell if you want to have only the names. But for these 120 jurisdictions, at least.

MR. BLAD: Telekurs is T-E-L-E-K-U-R-S.

THE WITNESS: It's now SIX, S-I-X.

Q. The ANNA Service Bureau is made available to financial market participants for a fee; is that right?

MR. BLAD: Object to form.

A. I don't know. I know that the NNAs have access to this database. I don't know right now.

Q. So look at the second page. I want to

focus on the ASB Industry Benefits.

A. Looks like an S&P paper.

(Clarification requested by the Realtime Stenographer.)

THE WITNESS: Forget. It's not a public comment.

Q. Let me start with on the right-hand side.

A. Mm-hmm.

Q. Under a range of product options, there's a description, "Subscription services offering multifarious datasets and streamlined delivery preferences."

A. Mm-hmm.

Q. Do you know what the multifarious datasets set forth here refers to?

A. Where is it?

Q. It's on the -- so on the top half of the page in the ASB Industry Benefits.

A. Mm-hmm.

Q. On the right side, under a range of product options.

A. Yes. That's probably a product for data vendors, I assume.
Q. Okay.
Do you know what it's comprised of?
A. Probably of the entire database.
Q. The entire database would include --
A. All instruments.
Q. All the instruments, the identifiers, and associated data with the identifiers?
A. Yes. But I can tell you that also ANNA's database is not complete because the Commission's Decision referred to ANNA's database, and it does not contain some instruments, such as municipal bonds.
Q. Okay. I appreciate that.
There's a reference to streamlined delivery preferences there. Do you understand what that means?
A. I don't know.
Q. Does that include bulk downloads?
A. Where is that?
Q. I'm asking whether streamlined delivery

preferences, which is --

A. I don't know all of the details of ASB's product for data vendors.

Q. Okay. Thank you.

So there's a reference -- I'm now just going to the top --

A. But I can tell you that an end user will never have to sign a license with ASB just because a data vendor got data from ASB. That's clear. I can tell you for sure.

Q. Okay. At the top, there's Centralized and Validated Data.

Is it valuable in your expert opinion for market participants to get centralized and validated data from ANNA?

A. I don't know. Perhaps.

Q. You don't know?

A. I don't know.

Q. So there's a reference on the left side, still in the industry benefits, to Guaranteed Transparency and Efficiency.

Do you see that?

A. No.
Q. So we're in the --
A. Ah. The headline, I see it.
Q. Below that, it reads, "Data collected daily and directly from global NNAs to ensure timely access."
A. Yes.
Q. Is that valuable, the Guaranteed Transparency and Efficiency detailed here?
A. I can't tell, and I do not know how this has relevance for the case because this doesn't have anything to do with end-user licensing.
Q. Okay.
But you don't know; is that right?
MR. BLAD: Object to form.
A. I don't know that. And I don't see why I would have to know that.
Q. Okay. So above that, there's a reference to Comprehensive and Standardized Information.
Do you understand what that's referring to?

A. Yes. Nice marketing text, of no relevance for the case, in my view.

Q. Relevance or not, do you understand what it's referring to?

A. Yes.

Q. What is it?

A. Comprehensive means all, but as I said, it is not all. And standardized means information on standards.

Q. Is that valuable for market participants to have comprehensive and standardized information?

A. Otherwise, there wouldn't be such a product, but the question is, is it necessary. Still, I'm not saying anything about what data vendors do. To me, this is of no interest for this case.

Q. Okay.

Is that something worth paying for?

A. Ask data vendors.

I know that WM Daten does not pay for it. Or I don't --

Q. What about others?

A. If they weren't -- if there weren't companies that would pay for it, probably there wouldn't be the service in this nice presentation.

Q. Okay. Thank you.

Let's go to ASB Access in this very nice presentation.

A. Mm-hmm.

Q. So it's a reference to subscription services.

A. Yes.

Q. The second bullet there references "Access to consolidated, aggregated and validated datasets."

A. Yes.

Q. Do you understand what that's referring to?

A. Yes.

Q. What is it referring to?

A. It's referring to consolidated, aggregated and validated datasets. This means probably -- probably -- I can't say I know. I can't say what I assume. What ANNA collects in its

database.

Whether this is validated or not, I can't tell.

Q. Okay.

That's data beyond just the -- a basic ISIN record; is that correct?

A. I don't think so.

Q. So it's just the ISIN record as far as you know?

A. As far as I know, it's just the ISIN record because ANNA is not a data vendor.

Q. So below that in the next paragraph, it says, "The ASB also offers a free ISIN lookup service that offers limited information, and basic functionality."

Do you see that?

A. Yes.

Q. Is that consistent with your understanding?

A. Yes.

Q. Is it your testimony that the consolidated, aggregated and validated datasets do

not offer data beyond the limited information and basic functionality available with the free ISIN lookup service?

MR. BLAD: Object to form.

A. I probably do, but I do not see what relevance it has for the case, and my report.

I do not see that.

Q. When you said they probably do --

A. We are speaking about end-user licensing.

Q. I understand that, but I'm not understanding what you meant by they probably do.

They probably do offer more data as part of the subscription service?

A. I do not know.

Q. Okay.

A. I can only assume, and I think it does not have any relevance.

Q. So go to the bottom, ASB Pricing Example.

Do you see that?

A. Yes.

Q. So ANNA is charging here. The Desktop ASB Access. Do you know what that product is?

A. No.

Q. The ASB dataset, do you know what that product is?

A. The ASB Database. It say "SFTP." This is a term I know. That means that the one buying this data gets it in electronic format, and it gets updated electronically via the internet.

You see it's really cheap. 23,000 euros per year.

Q. So there's a reference to an institutional user.

Do you see that?

A. Yes.

Q. At the bottom?

A. Yes.

Q. So that's not necessarily a data vendor; is that correct?

A. An institutional user can also be another NNA.

Q. Anyone else other than another NNA or a

data vendor --

A. No.

Q. -- could be captured by that term?

A. Hm-hmm. No.

(Bergmann Exhibit 11, ANNA Data License Agreement REV 122022.COM-1019342.Draft. Version 6, was marked for identification.)

HIGHLY CONFIDENTIAL

Page 210

[redacted]

Veritext Legal Solutions
212-267-6868 www.veritext.com 516-608-2400

HIGHLY CONFIDENTIAL

Page 211

[redacted]

Veritext Legal Solutions
212-267-6868 www.veritext.com 516-608-2400



HIGHLY CONFIDENTIAL

Page 212

[redacted]

Veritext Legal Solutions
212-267-6868 www.veritext.com 516-608-2400



HIGHLY CONFIDENTIAL

Page 213

[redacted]

Veritext Legal Solutions
212-267-6868 www.veritext.com 516-608-2400



HIGHLY CONFIDENTIAL

Page 214

[redacted]

Veritext Legal Solutions
212-267-6868 www.veritext.com 516-608-2400





HIGHLY CONFIDENTIAL

Page 215

[redacted]

Veritext Legal Solutions
212-267-6868 www.veritext.com 516-608-2400

HIGHLY CONFIDENTIAL

Page 216

[redacted]

Veritext Legal Solutions
212-267-6868 www.veritext.com 516-608-2400



HIGHLY CONFIDENTIAL

Page 217

[redacted]

Veritext Legal Solutions
212-267-6868 www.veritext.com 516-608-2400



HIGHLY CONFIDENTIAL

Page 218

[redacted]

Veritext Legal Solutions
212-267-6868 www.veritext.com 516-608-2400



HIGHLY CONFIDENTIAL

Page 219

[redacted]

Veritext Legal Solutions
212-267-6868 www.veritext.com 516-608-2400



HIGHLY CONFIDENTIAL

Page 220

[redacted]

Veritext Legal Solutions
212-267-6868 www.veritext.com 516-608-2400



HIGHLY CONFIDENTIAL

Page 221

[redacted]

Veritext Legal Solutions
212-267-6868 www.veritext.com 516-608-2400



HIGHLY CONFIDENTIAL

Page 222

[redacted]

Veritext Legal Solutions
212-267-6868 www.veritext.com 516-608-2400



HIGHLY CONFIDENTIAL

Page 223

[redacted].

[redacted]

Veritext Legal Solutions
212-267-6868 www.veritext.com 516-608-2400



HIGHLY CONFIDENTIAL

Page 224

[redacted]

Veritext Legal Solutions
212-267-6868 www.veritext.com 516-608-2400



[redacted]

I also want to note, just before I forget, that the witness reserves the right to read and sign the transcript.

MR. SHINDER: Okay. We'll take your request under advisement. There's no point in arguing it here.

Why don't we take a break. Make sure you take the microphone off before you...

THE VIDEOGRAPHER: The time is 3:07. We're off the record.

Microphones, everyone. 3:07.

(RECESS, 3:07 p.m. - 3:31 p.m.)

THE VIDEOGRAPHER: This is the beginning of media unit number 6 of the video-recorded deposition of Bettina Bergmann. The time is 3:31 p.m. Eastern. We are now back on the record.

Counsel, you may proceed.

MR. SHINDER: Okay.

BY MR. SHINDER:

Q. Ms. Bergmann, I just have a few more

topics to cover, and we can get you on a plane back to your native country.

Let's mark Number 12, Bergmann 12, a document. I'll represent to you that this document came from the ANNA website.

A. Mm-hmm.

(Bergmann Exhibit 12, ANNA Agreement, was marked for identification.)

Q. You can take whatever time you need to familiarize yourself with it, and then I will ask you just a few questions.

A. Okay.

Q. Okay. Ms. Bergmann, you've had an opportunity to read the entirety of Exhibit 12?

A. Mm-hmm.

Q. Please keep your answers audible.

Yes?

A. Yes.

Q. Have you seen this agreement before today?

A. No.

Q. Can you nonetheless describe for the

record what it is.

A. It is an agreement that permits authorized end-user subscribers to receive online access to individual ISIN identifiers and related descriptive elements as defined by the ISIN 6166 standard for the limited purpose set forth in this agreement.

Q. Okay.

A. Each national numbering agent is the owner of the respective data.

Yes. Okay.

Q. So you're reading from -- directly from the agreement; correct?

A. Mm-hmm.

Q. What you just did, yes?

A. Yes.

Q. This is an ANNA agreement; correct?

A. It seems to -- it's also signed. It seems to be some kind of form downloaded from the internet.

Q. It pertains to access and use of the ANNA ISIN record service?

A. It says service. Okay.
Q. Yes, I'm reading from the --
A. Mm-hmm.
Q. -- right from the full caps under Agreement.
Do you know what the ANNA ISIN record service is?
A. I assume this is the lookup service --
Q. Okay.
A. -- which permits the lookup of single ISINs on ASB's website.
Q. I want to take you to the portion that you just read, which is, "The service permits authorized end-user subscribers."
A. Mm-hmm.
Q. Do you understand the reference to "end-user subscribers"?
A. Yes.
Q. What does that refer to?
A. I assume that's end users.
Q. So that wouldn't be --
A. Such as banks.

Q. It wouldn't be data vendors; right?
A. No.
Q. Such as banks.
A. Mm-hmm.
Q. Who else?
A. Asset managers. Whoever.
Q. Okay.
So let's go to Section 2 of the agreement.
A. Mm-hmm.
Q. It's entitled Certain Restrictions on Dissemination and Use.
A. Mm-hmm. Yeah.
Q. It opens with, "The Service is solely for the internal use of Subscriber."
Do you see that?
A. Yes.
Q. Do you understand what that means?
A. Subscriber must not redistribute.
Q. Okay.
Would you characterize that as a usage restriction?

A. I do.
Q. Okay. Thank you.
A. Please note that ANNA is operated by CGS and SIX, first of all, and this, of course, includes also CGS data, and I'm sure that CGS tries to protect its data against use by users outside CGS licensing regime.
So without CGS data being in the ANNA database, I would doubt that this agreement would exist. That's also the reason why there's reference to the intellectual property rights.
Q. I'm sorry. I want to go back to that.
So without CGS data being in the ANNA, you would doubt --
A. That this agreement would be --
Q. -- would be --
A. -- exist in this way, speaking about --
Q. Yeah. Finish whatever you are saying.
A. -- IP rights. "Certain NNAs claim copyright and other intellectual copyright protection in their respective ISIN Data accessed through the Service." (As read.) Yeah.

Q. Has anyone at ANNA or any of the 120 NNAs ever sold you that, absent CGS's, yeah, involvement with ANNA, that this agreement would not exist?

A. I assume this. You can ask them. I assume this is the case. And this still doesn't say anything about the licensing practice of NNAs other than CGS. This is basically what CGS does. They try to protect their data. If they wouldn't do this, end users would be able to source all their data from ANNA without a licensing fee, so this would undermine CGS licensing system, basically.

Q. So when you started your answer with, you assume this --

A. Yes.

Q. -- that means you are speculating; correct?

A. I mean, it's not a fact. What I'm saying is, indeed, speculation because ANNA is co-owned by CGS and ANNA has CGS data, so the scenario I'm talking about doesn't exist. To that extent, yes, this is speculative.

Q. Okay.

Now, I want to go back to a question, and I just want to get a clear answer to it, and then we can move on.

You cannot point to anyone who has told you that, absent CGS's involvement in ANNA, that this agreement would not exist?

A. I didn't know this agreement, by the way.

I knew that ANNA makes available ISINs in its ASB free of charge. I know that, but I didn't know this specific agreement.

Q. And --

A. And only read that there is again language about intellectual property rights. This reminds me of the old dispute between the ISIN end users, ISO and ANNA where, finally, ANNA said, okay, we cannot do anything about this because we have a problem with one of our members who is, at the same time, cooperating the ANNA database. So they couldn't go against them.

So this is basically a conflict of

interest for ANNA.

Q. I'm going to ask it a third time. I just want a clear answer.

Can you point to anyone who has told you that this agreement would not exist but for CGS's involvement in ANNA?

MR. BLAD: Object to form. Asked and answered.

Q. Just point -- can you point to anyone?

A. I cannot because I did not know this specific written agreement up to now. I can't answer this.

Q. Okay. Thank you.

You can set that aside. Just a couple other things.

So in multiple times in your report, you cite the EC Decision in support of your opinions on the market for identifiers; correct?

A. Do I say that? I cite them with respect to specific sentences that I use. I'm not citing them in general.

Q. Yeah. Let's do this, and make it

simple: Go to page 15 of your report, so it's Exhibit 1.

A. And also, by the way, that's not the purpose of my report. I'm not giving a report on a legal assessment. I'm giving a report on the use of ISINs by end users. That's a different story.

Q. So page 15, you quote the European Commission Decision.

A. Mm-hmm.

Q. Do you see that? Page 15 --

A. Yes.

Q. -- carries over to 16.

A. Yep.

Q. It's all in italics; right?

A. That's because it's a citation.

Q. Okay.

The EC Decision was rendered in 2011 --

A. Yes.

Q. -- I think we established?

A. Mm-hmm.

Q. Was the FIGI in the marketplace in 2011?

A. I think the FIGI -- I don't know, but to me, the FIGI exists since a very long time, and is used by Bloomberg.

Q. Do you know if the FIGI was taken into account by the European Commission when it rendered this Decision?

A. The Commission says "Bloomberg Tickers," perhaps the Bloomberg Tickers were replaced by the FIGI. I don't know.

Q. Okay. Beyond that, do you have any idea whether the Commission considered the FIGI in 2011?

A. I know that the Commission considered the Bloomberg identifier. I do not know whether the Bloomberg identifier in 2000 ELF [phonetic] was called FIGI. This is what I don't know.

Q. Do you have an understanding as to whether any -- let me just point to -- let me situate you this way:

In the quote from the Decision, the EC writes, "Moreover, there are a number of operations in which ISINs cannot be replaced by alternative identifiers."

Do you see that?

A. Yes.

Q. You would agree that the FIGI is an alternative identifier to the ISIN; correct?

A. It is not an alternative identifier to the ISIN. It is not, because there are applications in which the FIGI cannot replace the ISIN, in particular, with respect to reporting because the ISIN -- the use of the ISIN is mandatory.

Plus, what I said previously, Bloomberg does not collect the entire ISIN universe, but only instruments that it believes are important for its subscribers.

So whereas the ISINs -- ISINs are issued for almost all instruments that exist. At least those that are publicly traded on stocks.

Q. So is it your testimony that there aren't any asset classes covered by FIGI that are not covered by the ISIN?

MR. BLAD: Object to form. Mischaracterizes testimony.

A. Again, do I agree that there are...

Q. Let me ask you this way. Sorry, Ms. Bergmann. Let's keep it simple:
Are there asset classes --
A. Mm-hmm.
Q. -- covered by FIGI that are not covered by the ISIN?
A. I don't know, but I know that there are instruments that are not covered by the ISIN. For instance, OTCs. Yes, for instance, OTC instruments.
Q. Any others?
A. I don't know.
Q. Are OTC instruments covered by FIGI?
A. I don't know.
Q. Okay. Thank you.
Going back to the portion of the Commitments Decision that you chose to quote on page 15, and there are a bunch of reasons the Commission offers for examples of operations in which ISIN cannot be replaced by an alternative identifier.
A. Mm-hmm.
Q. I'm going to read them, and I'm going to

ask you a question.

"These are interbank communications, asset and portfolio valuation, clearing and settlement, front-office operation in relation to bonds, custody issues, internal reporting or reporting to authorities, reference data management, and all other legally and economically sensitive operations which require the highest degree of security and accuracy."

A. Mm-hmm.

Q. So you quoted that verbatim because you consider it important to your conclusions regarding the necessity of the ISIN in Europe; correct?

A. Yes.

Q. Can the FIGI be used instead of the ISIN for asset and portfolio valuation today?

A. I don't know. Perhaps. I know that certain banks use the FIGI internally, but always use the ISIN for reporting.

Q. Can the FIGI be used instead of the ISIN for reference data management?

A. Perhaps.

Q. You don't know?

A. I don't know. Perhaps.

Q. When you quoted this --

A. But the problem, as I said, is the FIGI does not reflect the entire data universe. So if a big bank wants to have a huge universe of data, not including only those issues covered by Bloomberg, the FIGI is not sufficient, because FIGI is only Bloomberg --

Q. So --

A. -- securities.

Q. Okay.

So before you chose to quote this language from a 2011 opinion, did you analyze, as part of your work preparing this report, whether the FIGI renders any of these conclusions in any way obsolete?

A. I have and it doesn't, because, as I said, you always need the ISIN for reporting, and Bloomberg identifiers do not cover the entire securities universe.

Q. Okay.

I'll take you to one other portion of your report. Page 21.

So the last paragraph, it actually carries over from 21 to 22 --

A. Mm-hmm. Yes.

Q. -- I want to read the first sentence.

You write, "In fact, the demand of a license from CGS has caused companies to keep innovative services off the market that otherwise would have required a CGS license."

Then you go on -- did I read that correctly, first of all?

A. Yes.

Q. Are you with me, Ms. Bergmann?

A. Hmm?

Q. I read that correctly?

A. Yes.

Q. Then you have an example, you cite Swift. The discussion continues on.

So you describe Swift as an international cooperative of about 7,000 banks.

Is that accurate?

A. If I wrote it, it probably is.
Q. Okay.
Have you ever worked for Swift?
A. No.
Q. Have you ever been retained by Swift?
A. No.
Q. So you discuss a proposed service here.
A. Mm-hmm.
Q. This ISIN Sanctions Service.
A. Mm-hmm.
Q. Have you ever reviewed any confidential Swift business plans concerning the ISIN Sanctions Service?
A. No. I have this information from my client, Rudolf Siebel, the CEO of my association client, BVI, Bundesverband Investment and Asset Management, it's one of the Complainants, and he spoke to Swift. He got the information from Swift.
Q. It's one of your clients in the EC investigation?
A. Yes.
Q. You acquired this information during

your work on the EC investigation?

A. No. I got this information later. I think I got it when we filed the Complaint in 2020. Yes, I think at that time or perhaps even later. It's a very recent issue we came up to.

Q. So is that the sole source of your knowledge regarding the ISIN Sanctions Service?

A. Yes, it is. Mm-hmm.

Q. Okay.

A. But also, it -- what I can also say another source is what you see in the internet, and you do not see the exact service that Swift was talking about to BVI. So I assume it was never launched.

Q. So when you say you assume, is it fair to say you actually don't know?

A. I cannot swear at it.

Q. You doubt --

A. I can only give you my opinion on it.

Q. Okay.

So let me just point you to footnote 54, page 22 --

A. Mm-hmm.
Q. -- because I believe you just referenced this.
A. Mm-hmm.
Q. Can you see footnote 54?
A. Yes, I do.
Q. You write, after a reference to a Swift website --
A. Mm-hmm.
Q. -- "This service is mentioned on Swift's website, but seemingly is still not operational (cannot be booked)."
A. Yes.
Q. "The client can only contact an account manager."
So that's what you gleaned from the public website; correct?
A. Yes.
Q. That reference doesn't say, the service is not operational, does it?
A. If it were operational, I would certainly know from either BVI or any of the members

or other associations, but I haven't heard anything about that, so I concluded that Swift discontinued the service. It's a conclusion.

Q. You have no direct knowledge of that; correct?

A. I have no direct knowledge. I have the knowledge from BVI about his talks with Swift, but I do not have anything else anymore.

And also, the person in charge of this new service is not at Swift anymore; therefore, and also not available for a conversation.

And this is, I presume, also due to the fact that this service was never launched, because the person was not needed anymore.

Q. When you say you presume, you don't know that the person was let go because the service wasn't needed anymore; correct?

A. I don't know that this is the reason. I only know that the person doesn't work at Swift anymore.

Q. Okay. Thank you.

So you go on to say on page 22, "The

Swift sanctions service was never launched. In my opinion, that is because enforcing the provisions of the CUSIP license would have been administratively burdensome and too expensive."

A. Mm-hmm.

Q. Do you see that? Those are your words. Bottom of 22. Last paragraph.

A. Okay.

Q. Do you see that?

A. Yes.

Q. How expensive?

A. How expensive?

Q. Yeah.

A. If this is treated as a full license, it can be pretty expensive.

Q. Okay.

A. And the service would not have led to very high revenues. This is at least what the Swift worker told Rudolf. Would just have been an additional feature, and it would have been offered through data vendors.

Q. So when you said "the service would not

have led to very high revenues" --

A. Mm-hmm.

Q. -- wouldn't that be an independent reason, assuming you're correct that it's not operational, for the service not being launched?

A. It is possible. I cannot exclude this.

But my conclusion was that there is -- no, I have to say something else.

The Swift person explicitly said that there was a problem with the CUSIP license. This is what my client, Rudolf Siebel, learned.

Q. Okay.

A. And it's just an add-on in the services of data vendors, and an add-on -- how important is this add-on? It can be very valuable. It can be valuable for the bank, only because the bank does not have to go through the ordeal of looking which -- for which security there is a sanction.

But would it pay millions for the service, probably not.

Q. Okay. So just to contextualize your opinion on it being too expensive, the CUSIP

license, now, would you characterize Swift as a large company?

MR. BLAD: Object to form.

A. I do not know how big Swift is, but the sanctions service would not have rendered very big revenues.

Q. Okay.

A. This at least was the expectation of Swift.

Q. Do you know how much Swift makes in revenue on a given year?

A. They probably make some revenue, but is it worth launching a new product that doesn't lead to a return on investment? Also, given the fact that you will have to employ new people overseeing CUSIP licenses for every new subscriber of the service?

Q. So is your testimony that Swift, as large as it is, couldn't handle that claimed administrative --

A. They can do this, but it causes additional costs.

Excuse me.

MR. BLAD: Object to form. Mischaracterizes testimony.

Q. Did you finish your answer?

MR. BLAD: You can answer.

A. I can say, Swift is, of course, able to handle this, but does it make sense to take on such a big burden for a very small product providing just very small return on investment? That's also a business decision. It doesn't depend on -- it would depend on the size of the service provider.

When you hire a new employee, you also think twice whether it is worth it or not, normally. Or whatever you buy, you always consider what the value is for you before spending money. At least this is what a normal private company would do.

Q. Okay. Just a couple of other questions.

You testified earlier that your report is on the use of ISINs by end users.

A. Mm-hmm.

Q. Do I have that correct?

A. Yes.
Q. Is that the sole topic for which you are intending to offer expert testimony in this litigation --
MR. BLAD: Object to form.
Q. -- the use of ISINs by end users?
MR. BLAD: Object to form.
A. There are three questions on which I am reporting, and in the end, they all have to do with the end-user licensing.
The first is standardized identifiers are required for the operation of financial businesses.
The second is ISINs for United States financial instruments are necessary to clear transactions and for regulatory reporting.
And third, usage restrictions are not necessary to enable an entity to operate the business in issuing financial market identifiers.
And for the third point, we looked at the but-for market, saying that there is no other entity, and also saying that I do not see how the

mere usage would cause any cost, in particular, because end users do not have anything to do with CGS as the licensor, but only with third -- with the vendors. And CGS has an agreement with the vendors, and they pay for the usage of CGS data.

And then again, the same thing shall be -- again, be licensed by end users. Again, with a payment.

And I do not see where CGS invests any work in the second thing, because the end users get their data from the data vendor.

Q. Are you done?

A. Yes.

Q. Okay.

MR. SHINDER: So I want to take a break. I might be done. I don't know if you have any, any questions, but I might be done, but I want to just take stock, and...

MR. BLAD: Okay.

THE VIDEOGRAPHER: The time is 4:02. We're now off the record.

Microphones, everyone.

(RECESS, 4:02 p.m. - 4:15 p.m.)

THE VIDEOGRAPHER: This is the beginning of media unit number 7 of the video-recorded deposition of Ms. Bettina Bergmann. The time is 4:15 p.m. Eastern. We're now back on the record.

Counsel, you may proceed.

MR. SHINDER: Okay, Ms. Bergmann, I have good news for you.

THE WITNESS: Mm-hmm.

MR. SHINDER: I have nothing further.

MR. BLAD: We have no questions.

THE WITNESS: Okay. Good.

MR. SHINDER: You are released.

THE WITNESS: Thank you.

MR. SHINDER: Safe travels back to Germany.

THE WITNESS: Thank you.

THE VIDEOGRAPHER: If there are no more questions, this will conclude today's video-recorded deposition of Bettina Bergmann.

There is a total of seven video units recorded today, and they will be retained by Veritext Legal Solutions. The time is 4:16 p.m. Eastern, and we are now off the record.

Thank you very much.

(CONCLUDED, 4:16 p.m.)

ACKNOWLEDGMENT OF DEPONENT

I, BETTINA BERGMANN, do hereby acknowledge that I have read and examined the foregoing testimony, and the same is a true, correct and complete transcription of the testimony given by me and any corrections appear on the attached Errata sheet signed by me.

_________________________ _________________________

(DATE) (SIGNATURE)

CERTIFICATE OF COURT REPORTER

I, Marjorie Peters, Fellow of the Academy of Reporting, Registered Merit Reporter, Certified Realtime Reporter, Realtime Systems Administrator, and Notary Public in the District of Columbia, before whom the foregoing deposition was taken, do hereby certify that the witness was placed under oath according to the law; that the foregoing transcript is a true and correct record of the testimony given; that said testimony was taken by me stenographically and thereafter reduced to typewriting under my direction, and that I am neither counsel for, related to, nor employed by any of the parties to this case and have no interest, financial or otherwise, in its outcome.

I further certify that signature was not waived by the witness.

IN WITNESS WHEREOF, I have hereunto set my hand this 29th day of October, 2025.

Marjorie Peters

Marjorie Peters, FAPR, RMR, CRR, RSA

My commission expires October 31, 2029.

ERRATA SHEET

IN RE: DINOSAUR FINANCIAL GROUP v S&P GLOBAL et al

DEPONENT: Bettina Bergmann

RETURN BY: 30 days

= = = = = = = = = = = = = = = = = = = = = = = = = = =

PAGE/LINE CORRECTION AND REASON

(DATE) (DEPONENT SIGNATURE)

NOTARY PUBLIC:

**&**

**&** 3:7 4:8 34:8 34:13 39:13 41:20 60:16,21 61:5 63:19 65:1 85:10,12 130:9 135:17

**1**

**1** 5:11 7:11 12:8,10,16,22 26:1 56:15 57:3 72:6 132:10 211:6 211:16 219:1 222:5 234:2
**1.23.2025** 5:14 92:11
**1.8** 61:22
**1/10** 53:4
**1/100** 53:5
**10** 6:9,13 66:5 143:2,5,8,9,12 148:21 164:15 197:7,8,11
**100** 30:6,9
**1001** 1:18 2:8 3:20
**10110** 3:8
**10122** 3:13
**10166-0193** 4:9
**1019342.draft.** 6:16 209:6
**102** 128:11 129:13
**10:02** 56:6,10
**11** 6:14 209:5,8
**113** 6:3
**11737** 254:21
**11:03** 112:2,3
**11:27** 112:3,7
**12** 5:11 6:18 34:20 127:14 164:17 226:3,3 226:7,14
**120** 6:5 183:21 184:6,8 186:2 186:4,16 187:13 188:5 188:12 192:4 192:16,22 193:9 194:19 195:9,20 199:7 199:11 231:1
**122022.com** 6:16 209:6
**126** 6:7
**12:05** 142:10 142:12
**12:56** 142:12 142:16
**13** 93:5
**1300** 3:20
**14** 3:12 135:21 136:9,10 137:15,16 138:13,15 139:5
**143** 6:9
**14th** 3:16
**15** 150:18 234:1,7,10 237:17
**16** 234:12
**164** 6:11
**17** 166:20,20
**18** 166:19,21 168:6
**1860** 1:6 7:18
**19** 150:1 153:19 154:2 154:15,21
**197** 6:13
**19th** 3:13
**1:22** 1:6 7:18
**1:47** 182:3,6

**2**

**2** 5:12 56:8 86:17,18,20 87:7 212:1 217:11 219:3 223:21 229:8
**2.2.** 212:3 214:11 217:6 217:12,13
**2.3** 219:5
**2.5.2025** 6:12 164:3
**20** 28:18 31:10 31:18 112:12 141:11 150:2 153:19,20 154:15 155:9 157:6 184:10 185:13
**200** 4:9
**2000** 34:8,16,17 235:14
**20004** 3:5,21
**20005** 3:16
**2008** 19:20 20:1,9 34:2 44:22 45:4 48:3 51:6,12 119:3
**2009/138** 121:6
**2011** 34:3 126:3 140:17 141:8 152:21 234:18,22 235:11 239:14
**2012** 79:21
**2014** 79:21 146:6,14 152:18 153:3 161:4
**2015** 120:19
**2015/2450** 6:6 120:13
**2018** 97:10
**202.204.3500** 3:22
**202.742.4300** 3:6

**2020** 34:18,20 85:12 116:7 185:14 242:3
**2022** 45:4 116:8 185:13
**2024** 221:16
**2025** 1:15 2:9 7:4 254:19
**2029** 254:22
**209** 6:14
**21** 169:6 172:8 175:5,11 177:11,16 178:12,21 240:2,4
**212** 3:9
**22** 96:10 240:4 242:22 244:22 245:7
**226** 6:18
**23** 93:4
**23,000** 208:10
**23,566** 223:6
**24** 1:15 2:9 138:18 182:18
**24th** 7:4
**253** 5:5
**254** 5:6
**255** 5:7
**26** 128:10 130:15,20
**26th** 4:4
**270** 164:14
**271** 164:15
**29th** 254:19
**2:11** 182:6,10
**2nd** 120:18

**3**

**3** 5:13 6:7 92:9 92:10 112:5 126:2,12 150:18 151:6 189:19
**30** 45:5,7 138:18 139:3 255:4
**31** 254:22
**332.253.7847** 4:10
**38** 189:15 190:2 191:8
**382-3300** 3:9
**3:07** 225:10,12 225:13
**3:31** 225:13,17

**4**

**4** 5:15 73:9,10 73:14,15,15 79:9 95:12,18 95:19 97:10 142:14 148:22 149:4 212:4 220:12
**4.1** 217:16 218:18 220:7
**41** 168:10
**415.875.5786** 4:6
**4:02** 250:20 251:1
**4:15** 251:1,5
**4:16** 252:3,6

**5**

**5** 6:3 20:22 66:7 71:21 113:1,3 122:10 122:11,15,17 149:19 182:8 217:14
**500** 3:8
**50735** 9:10
**51** 112:11
**520** 9:12
**54** 242:22 243:5
**555** 4:4
**58** 127:14,16
**5th** 3:16

**6**

**6** 6:5,17 93:5 120:12,16 123:15 209:6 221:17 225:15
**600** 3:16
**601** 3:4
**6166** 123:9,17 211:9 227:5
**646.960.8627** 3:17

**7**

**7** 6:7 20:22 26:5,7,8,17 42:17 46:17 48:13 126:12 151:7 189:16 189:17,18 251:3
**7,000** 240:21
**75** 150:18
**7596648** 1:22

**8**

**8** 5:4 6:3,9 26:6 26:8 112:21 113:1,4,8 121:11 122:13 122:19 124:9 125:13 128:9 143:5,7
**86** 5:12
**8:43** 1:15 2:9
**8:44** 7:3

**9**

**9** 6:11 149:19 164:2 189:15
**92** 5:13
**94104** 4:5
**95** 5:15
**9:39** 56:4,6

**a**

**a.m.** 1:15 2:9 7:3 56:4,6,6,10 112:2,3,3,7
**aba** 85:19
**ability** 10:2,20 52:2 174:3
**able** 167:3 231:10 248:6
**above** 131:6 203:18
**absence** 174:8
**absent** 231:2 232:6
**absolutely** 30:5 108:12
**abuse** 128:19 128:22 129:5
**academy** 254:2
**accepted** 39:2 150:13,15
**access** 41:18 47:13 58:7 134:7 143:22 167:3,13,17,21 168:15 171:4,8 173:19 176:4 178:3 180:7,21 192:9 193:10 193:18 194:5,5 199:21 203:6 205:5,12 208:2 223:8 227:4,21
**accessed** 230:21
**accessible** 161:8
**accessing** 110:11 111:1,8 223:10
**accommodate** 11:17
**accompanying** 80:5
**accordance** 212:11
**account** 235:5 243:14
**accuracy** 171:16 238:9
**accurate** 32:18 34:11 56:20 170:22 171:22 172:5 240:22
**accurately** 179:19
**acknowledge** 253:3
**acknowledg...** 5:5 253:1
**acquired** 85:13 241:22
**acronym** 198:8
**act** 38:7 129:2 129:7
**action** 1:5 8:3 19:4,7 89:8 91:15 95:9 97:4 99:16 100:3,12
**actively** 186:21
**activities** 75:13 108:2
**activity** 105:4
**actual** 24:14 26:1 118:7
**actually** 15:5,9 30:19 31:7,20 40:3,16 45:2 48:2 50:9,15 53:2,11,20 54:4 55:19 63:11 68:19 71:5 94:15 98:5 101:13 103:22 121:18 122:7 145:22 147:2 150:14 153:20 166:19 169:3 186:19 188:11 196:6 221:4 240:3 242:16
**add** 37:22 57:11 71:8 131:22 134:8 184:3 246:13 246:14,15
**addition** 49:15 216:18
**additional** 34:4 110:15 124:22 134:13 143:19 144:14 147:17 147:22 148:9 148:17 149:6 175:16 185:5 245:20 247:22
**address** 9:7,9 127:11
**administrative** 59:15 196:14 196:14 247:20
**administrativ...** 245:3
**administrator** 254:4
**admonition** 10:9
**adopted** 146:6
**adopting** 179:15
**advantage** 162:4
**advise** 66:10
**advised** 66:11
**advisement** 225:6
**affect** 100:3
**affected** 97:3 97:20 98:12 100:20,21
**affirms** 149:15

**afternoon** 142:13,20 179:12
**afterward** 18:11
**ag** 1:4
**agencies** 198:18
**agency** 78:14 110:20 166:7 199:8,10
**agent** 227:9
**aggregated** 205:12,20 206:22
**ago** 30:12 81:15 82:8 83:6 152:4
**agree** 7:9 147:15 156:22 217:4 219:17 219:18,21 236:3,22
**agreed** 189:8
**agreement** 6:15 6:18 97:8,9 143:15,16,21 145:2,2,16,20 147:1,8 148:22 149:4,10,19 150:4 153:2 154:4,8 155:15 158:10,13 160:14,22 161:1 162:4 165:15,21 168:16 169:12 172:10 174:19 174:21,22 175:7 176:2,5 177:5,6 180:17 209:5,9,15 211:2,11,22 212:7,11,22 213:6 214:4,20 215:1,3,5,10,11 215:13,17,19 217:18,18 218:15 220:1,2 220:18 221:6 222:14,16 223:3 224:20 224:21,21 226:7,19 227:2 227:7,13,17 228:5 229:9 230:9,15 231:3 232:7,8,12 233:5,11 250:4
**agreements** 67:13 146:6 151:22 152:13 152:18 159:22 160:3 161:2,4 165:1 174:11 177:3 216:5,21
**ah** 33:16 62:14 203:3
**ahead** 30:4 37:7 77:13 213:18 214:16
**al** 7:15,15 255:2
**alert** 161:18
**alia** 62:8 64:11
**allocation** 211:13
**allow** 17:5
**allowed** 74:20
**allows** 144:4
**alphabetically** 87:12
**alternative** 124:1 125:2 235:22 236:4,5 237:19
**amend** 114:12
**american** 1:9 4:2
**americanize** 87:5
**amount** 53:1
**analysis** 141:6 141:9,12 186:16
**analyze** 191:14 239:14
**analyzed** 73:11 73:17,21 74:10 74:12
**angry** 53:11
**anna** 6:14,18 184:14,17 185:2 187:6 192:18 196:9 196:11,13,15 196:17,21 198:8 199:6,16 202:15 205:22 206:11 208:1 209:5,14,20 210:21 211:1 216:4,20 217:18,19 218:8,15 219:6 219:13,15 220:1,2,15 222:7,10,12 223:3,15 224:2 224:12 226:5,7 227:17,22 228:6 230:3,9 230:14 231:1,3 231:11,19,20 232:6,10,17,17 232:20 233:1,6
**anna's** 197:14 201:11,12
**annex** 130:14 134:21
**answer** 9:14 10:12,19,20 11:21 16:3,16 17:22 18:13 21:18 23:4

25:3,6,14 29:21 30:1 38:13 40:6 42:19 45:11 47:19 65:5 68:6 76:6,16 93:11,20 97:18 99:9 104:16 113:20 117:2 119:16 144:11 146:8 170:10 175:4 176:7 214:9,14 231:13 232:3 233:3,12 248:4 248:5
**answered** 13:10,11 49:5 56:18 147:11 165:4 189:5 233:8
**answering** 11:8
**answers** 10:3 10:13,16 212:22 226:16
**anticompetitive** 129:1 130:1
**antitrust** 60:20 61:4,11 62:5,5 62:6 64:6 67:12 99:10 128:21 129:22 139:17
**anymore** 63:12 72:14 83:8,9 113:18 244:8 244:10,14,17 244:20
**anyway** 108:21 162:21
**apart** 183:14 184:15 186:5
**apologies** 153:3
**apologize** 38:6
**app** 166:3
**apparently** 80:19 81:1 88:20 100:14 124:4,18 223:5
**appear** 216:20 216:20 253:7
**appearances** 8:8
**appears** 120:17
**appendix** 133:3
**applicable** 140:1 151:2
**application** 151:19
**applications** 236:6
**applies** 108:7 115:5 132:19 145:4 154:5 157:7 166:22
**apply** 145:3,4 157:21
**applying** 52:16
**appointment** 5:19 95:14,22
**appointments** 178:4
**appreciate** 16:1 38:11 47:19 60:21 71:14 72:5 104:1,16 108:20 118:9 146:8 175:4 201:15 210:11
**approached** 18:6
**appropriate** 23:3
**approve** 148:14
**area** 67:10 143:22 144:19 145:21
**argue** 147:6 150:10 178:12 178:18
**arguing** 225:7
**argument** 183:11
**arising** 151:22
**arrangements** 157:14 180:13
**article** 72:1,4 72:14 128:11 129:13 212:1,3 217:16 219:5 220:12
**articles** 71:6 72:9
**articulate** 10:11
**asb** 198:7 200:1 200:19 202:8,9 205:5 206:13 207:19 208:2,4 208:6 212:18 222:8 232:11
**asb's** 202:2 228:11
**aside** 18:20 21:8 72:9 75:16 85:15 89:9 95:3 130:21 136:7 162:13 189:1 233:14
**asked** 14:20 15:11 27:13 55:2 73:2 93:16 138:20 147:10 171:13 233:7
**asking** 9:3,22 11:2 17:12 39:4 40:9 52:11 76:13,14 85:22 98:8 99:14 100:4 137:20 156:19 194:19 201:22 215:6 217:21

218:6
**aspect** 183:6
**aspects** 45:8 54:9 70:6,11 70:13
**assembly** 82:5
**assert** 41:7
**asserted** 27:3 39:19 40:11 43:7
**assessment** 234:5
**asset** 125:1 229:6 236:18 237:3 238:3,16 241:16
**associate** 62:3 64:3,4
**associated** 64:16 165:10 170:17 171:17 201:9 212:19 223:9,16 224:2
**association** 1:9 4:2 84:15 90:2 211:13,18 241:15
**associations** 20:14,15,19,20 20:21 29:16 31:22 32:7 42:5 45:19 52:14 66:11,18 97:14,16,22 98:1 146:4 184:9 244:1
**assume** 11:7,8 84:10,11,14,20 91:7 107:6 114:21 121:13 172:6 180:4,6 181:18 194:4 201:2 205:22 207:17 211:4 228:8,20 231:5 231:6,14 242:13,15
**assuming** 126:15 246:4
**assumption** 114:22
**attached** 26:2 113:10 253:7
**attachment** 26:2
**attachments** 25:8 185:4
**attacked** 171:5
**attempted** 30:15
**attendee** 83:15
**attention** 56:15
**attorney** 16:20 16:22 17:21 47:13,14 63:15 100:7,8 187:17
**audible** 10:3 69:11,13 82:20 226:16
**audio** 7:8
**august** 13:22
**authorities** 238:6
**authorized** 227:3 228:14
**auxiliary** 183:11
**availability** 161:19 163:4
**available** 123:11,17,22 145:21 162:9 162:16 169:21 170:3 192:5,7 192:11 194:2,6 199:17 207:2 232:10 244:11
**avenue** 1:18 2:8 3:4,8,20 4:9
**avoid** 120:3 131:21
**aware** 36:15,21 86:7 88:6 95:4 140:15 151:18 159:6 162:6,14 163:13 181:4 181:12,21 191:17,19,20 196:3 210:18
**awareness** 37:17

**b**

**b** 5:9 6:1 9:9 70:22 92:5
**back** 16:10 19:20 29:8 31:18 32:4,5 33:14 35:8 39:9 41:3 44:22 48:3 56:10 63:14 87:13 112:7,12 119:11 121:19 122:10,10,22 125:15 135:11 142:16 150:17 152:16,22 153:19 157:4 166:18,19 172:8 176:13 181:6 182:10 189:9 196:22 215:8 225:17 226:1 230:12 232:2 237:15 251:5,17
**background** 36:9
**bank** 63:7,9 110:17 239:6 246:16,16
**bankers** 1:9 4:2
**banks** 65:15 110:14 119:1,3

155:22 157:4 159:13 160:12 160:13 162:12 162:13 165:2 184:10 186:4 228:22 229:3 238:18 240:21
**base** 29:1 155:12
**based** 14:16 27:11 28:18 157:10 165:6 167:2 168:13 169:1,14,21 172:12,13 173:12 179:14 220:3,5
**basic** 159:9 162:8,16 163:9 163:15 206:6 206:14 207:2
**basically** 98:19 143:18 164:21 231:8,12 232:22
**basis** 16:18 17:17,18 38:8 41:16 53:7 111:10 139:2,6 139:7,9 150:5 154:9 175:10
**bays** 4:3
**bb** 175:17,21 176:1
**becoming** 60:2
**beginning** 46:6 53:3 56:8 112:5 121:5 142:14 169:8 182:8 213:20 225:15 251:3
**begins** 7:11 153:22 169:8
**behalf** 1:5 51:9 222:11
**behavior** 127:18
**believe** 117:19 169:20 210:2 243:2
**believes** 236:12
**belongs** 164:12 196:15
**beneficial** 88:21 89:11 91:11
**benefit** 54:2,6 55:18 79:12 88:18 89:6,8 89:10,16 91:16
**benefits** 89:12 200:1,19 202:20
**benjamin** 4:8
**bergmann** 1:14 2:2 5:3,10,11 6:2,3,7,9 7:13 8:12,19 9:8 11:12 12:8,8 12:18 16:1 18:5 19:3,16 27:13 33:5 35:9 40:21 48:14 56:9,14 71:4 77:12 79:15 80:18 86:17,18,20 87:10 92:9,10 92:12 95:3,12 95:19 101:3 112:6,11 113:1 113:1,3,4,7 117:5 118:12 120:12,16,21 122:11 126:12 126:12,14 135:11 142:15 142:20 143:5,5 143:7 149:22 154:2,21 164:2 168:7 171:15 178:13 182:9 182:15 194:1 194:20 197:7,8 209:5,8 210:15 214:13 225:16 225:22 226:3,7 226:13 237:2 240:14 251:4,8 251:22 253:3 255:3
**bergmann's** 151:6
**berlin** 57:20 59:7
**best** 10:2,10,19 11:4,17 210:5
**better** 28:22 95:16
**bettina** 1:14 2:2 5:3 7:12 8:12 9:8 12:17 56:9 112:6 142:15 182:9 225:16 251:4 251:22 253:3 255:3
**beyond** 133:3 134:20 159:22 160:3 206:5 207:1 235:10
**bias** 52:1
**biased** 52:12
**big** 62:9 80:6 82:5 132:4 239:6 247:4,5 248:8
**billion** 132:10
**birth** 57:17
**bit** 42:20 50:21 57:16 61:7 85:7 101:9 135:5 172:20 188:20

**blad** 3:3 14:2 15:1,3,13,15,19 16:15,20 17:3 17:8,11,15,18 17:22 18:9,20 21:17,21 22:12 22:15 24:22 25:2,5 26:3 29:19 32:19 33:8 35:6 36:1 37:2,8 38:19 40:1,5,15 42:13,18 43:9 43:13 45:1,10 46:14,22 49:4 51:18 52:3,7 55:17 59:13 62:11,18 65:4 67:22 68:2 69:10 70:2,8 70:20 76:7,13 76:17,19 77:2 77:6 79:1 82:20 88:3,11 88:19 89:2,14 90:11,13,16 91:2,12 94:11 96:22 97:11,13 97:15 98:14 99:12,19 101:5 104:9 105:21 107:1,18 110:5 110:9 115:13 115:16,21 116:16 118:3 119:22 121:4 121:10 122:15 123:4 124:11 127:8 128:4 130:3 133:4,18 134:1,15,22 135:4,20,22 136:11 137:2 138:7,14,19 140:7,9,19 141:16,21 142:3,6 144:10 145:13 147:10 148:3,11 149:9 151:5 153:15 154:12,16 156:14,17,20 158:2,18 159:2 159:10 160:7 160:20 161:14 161:20 162:2 162:17 163:10 163:17,22 165:11 167:22 169:2 170:1,4 172:1 173:8 174:5,10 176:17 177:18 180:12,14 181:11,16 183:10 184:21 185:15,19 186:18 187:15 189:3,6,16 192:6 193:12 195:2,4,11,16 195:21 198:1 199:13,19 203:15 207:4 209:19,22 210:3,8 212:20 213:14,19 214:3,8,12,19 214:22 216:6 217:15,17 218:1,7,11 219:14 220:8 221:10,13,19 224:5,16 233:7 236:20 247:3 248:2,5 249:5 249:7 250:19 251:13

**block** 168:15

**bloomberg** 107:9,11,11 108:3 110:19 111:8,8,10 124:8 134:3 167:9,14 175:21 180:19 235:3,7,8,13,14 236:11 239:7,9 239:20

**body** 196:14

**bold** 96:11

**bonds** 101:17 101:20 159:19 201:14 238:5

**bonn** 60:18

**booked** 243:12

**boss** 185:7

**bottom** 26:10 117:19 154:2 207:19 208:16 223:22 245:7

**bought** 135:8

**branches** 162:12

**break** 11:14,16 11:20 54:11 55:12,21 101:9 111:19 141:16 141:22 142:4,7 182:2 224:15 225:8 250:16

**breakout** 80:7 80:8 81:8,11 81:20

**breaks** 23:7,9

**bridged** 59:20

**brings** 176:13

**brussels** 60:10 60:14

**bspock** 4:10

**building** 69:21 70:6,11

**bulk** 201:20 212:12 216:2 216:17 217:4,4

219:3 220:12 220:15
**bullet** 71:21 72:6,10,13,21 205:11
**bullets** 72:17
**bunch** 237:17
**bundesverband** 241:16
**burden** 248:8
**burdensome** 245:4
**bureau** 196:10 196:11,13,17 196:21 198:8 199:6,16 209:15
**business** 36:7 73:11,22 74:10 74:13 75:7 76:1,11 77:10 77:14,19 78:5 141:3 172:11 173:7,10,12 174:4,7 178:13 178:18 183:1,3 183:5,9,13,16 184:12,14 186:6 192:14 219:2 241:12 248:10 249:19
**businesses** 133:2,15 249:13
**butcher** 86:22
**buy** 134:2,12 134:16 174:15 248:14
**buying** 208:7
**bvi** 113:15,20 241:16 242:13 243:22 244:7

**c**

**c** 3:1 4:1,3 7:1 79:13
**c0050** 125:6
**cadence** 10:12 16:2
**california** 4:4,5
**call** 11:20 81:21
**called** 2:3 8:13 41:12 60:15 79:12 117:21 160:13 178:9 235:15
**canadian** 145:6
**cannon** 1:17 2:7 3:19
**cantor** 3:12,15 9:2
**capital** 1:4
**capped** 79:14 103:9,11
**caps** 82:14 228:4
**captured** 209:3 210:6
**captures** 211:11
**care** 118:15 119:17,20 142:5 150:14 152:5,7
**career** 67:16
**careful** 49:3
**carries** 166:20 234:12 240:4
**cartel** 62:10 63:4,8
**case** 7:15,17 13:16 14:21 16:6 17:9 18:8 19:1 21:14 22:2 28:5 30:10 31:12 36:16,22 37:19 39:1 42:8,11 43:19 45:9 46:4 48:1 49:17,22 50:5 50:9 52:2,14 53:6,10,19 54:3,6,9,14 55:4,15 63:4,8 63:13 65:16,18 77:21 81:4 86:8,14 88:7 91:1,10 94:1,6 94:14,16,17,19 97:20 98:12,15 98:17 99:1,6,8 108:13 127:17 134:4 140:1 157:14 163:2 165:17 181:12 181:22 184:7 186:11 188:1 203:11 204:2 204:16 207:6 216:13 224:11 231:6 254:14
**cases** 36:7 49:7 49:7 62:10 65:15 145:1 174:18
**catch** 154:15
**catchall** 101:22
**categories** 29:20 30:16 106:10 224:3
**category** 131:11
**cause** 151:10 250:1
**caused** 240:8
**causes** 247:21
**caution** 115:22 187:16
**caveat** 11:19
**centers** 169:13
**central** 198:14
**centralized** 202:11,14

**ceo** 241:15
**certain** 32:3,21 47:13 53:12 80:7 93:22 94:5 106:10 108:4 109:9 124:17 131:18 131:22 140:20 146:4 159:3 193:2 211:14 211:19 229:11 230:19 238:18
**certainly** 63:16 64:9,14 69:2 83:21 126:20 138:9 187:7 196:16 197:2 243:22
**certificate** 5:6 254:1
**certification** 5:18 95:13,21
**certified** 2:6 254:3
**certify** 254:7,16
**cetera** 222:6
**cfi** 223:19
**cgs** 19:17 20:3 20:9,18 21:16 27:11 51:10 52:17 75:11,13 75:17 79:4 85:13 86:2 130:12 135:17 137:5,6,6 138:11 140:21 141:2 144:21 144:21 145:5 147:21 148:8 159:19 160:11 161:3,9 162:7 162:15 164:12 165:16,21 166:21 167:12 168:14,16 169:12 171:12 171:22 172:3 172:10,14 173:20,21 174:16,22 177:3 178:3,10 180:21,22 181:1 183:12 183:21 184:16 186:6 192:12 193:5 194:7,16 199:8 209:21 210:21 215:3,9 215:15,18 216:3,19 218:14 219:16 220:9 230:3,5 230:5,6,8,13 231:8,8,12,20 231:20 240:8 240:10 250:3,4 250:5,9
**cgs's** 21:3,9 51:2 55:16 127:11 157:13 168:14 178:12 178:18 179:15 181:2 231:2 232:6 233:6
**challenge** 150:4 152:9 153:7,14 154:7 155:14
**challenging** 157:13 158:12
**change** 38:1 140:11 187:8
**changed** 57:16 140:17,21 141:7 188:9
**changes** 125:8 141:13
**characterize** 101:21 219:12 229:21 247:1
**characterized** 217:5
**charge** 144:22 166:8 190:10 193:4 232:11 244:9
**charged** 144:7 167:21
**charges** 185:10
**charging** 147:21 148:8 191:8 208:1
**chart** 114:15,19 131:6
**cheap** 208:10
**check** 30:20 80:14
**choice** 149:20 155:14 158:15 158:15 172:9 174:20
**choose** 109:22 111:3 151:3 172:12 173:13
**chooses** 110:1 110:17,21
**chose** 71:8 237:16 239:13
**circuit** 72:18
**circumstances** 99:7 140:6,16
**citation** 139:3 175:6 234:15
**citations** 81:2
**cite** 137:11 138:3 139:8,12 139:12 190:3 233:17,19 240:18
**cited** 26:1 125:12
**citing** 46:17 233:20
**civil** 1:5
**claim** 88:15 129:6 230:19

**claimed** 247:19
**claiming** 88:7 88:10
**clarification** 19:14 38:11 42:14 72:5 98:21 103:7 116:14 151:14 170:8 175:19 179:2 183:17 200:3 222:3
**class** 5:17,19 53:19 89:8,21 90:8 91:15 95:5,9,13,14,21 95:22 96:12,18 96:21 97:3 99:16 100:2
**classes** 236:18 237:3
**clause** 151:3 211:6,16
**clean** 10:15 155:6
**clear** 10:11 18:3 31:14 37:3 39:2 46:8 55:8 63:2 75:10 76:20 77:7,9 84:7 92:3 117:15 122:2 143:20 151:5 154:17 171:14 190:7 191:18 202:9 232:3 233:3 249:15
**clearance** 69:7 105:7
**clearer** 154:13
**clearing** 238:3
**clearly** 66:5 82:8,9 92:1 105:5,9 108:13 109:15 134:7 138:10
**cleary** 61:17,20 62:2 63:14,19
**clicking** 62:15 62:16
**client** 16:20,22 17:20,21 29:22 30:17 65:14 67:7 113:15,20 113:21 114:5 115:9,17,19 116:4 187:17 241:15,16 243:14 246:11
**clients** 19:16,19 19:22 20:7,12 20:15 21:2,7 21:16 29:17,20 30:18 31:2,5 31:21,21 32:6 42:5 44:10 48:7 50:21 51:5 52:5,13 53:5,15 54:2,8 55:16 66:10,16 67:1,5 74:21 75:1 76:5 88:17 90:17 95:6 96:20 97:7,14,16,19 97:22 98:4 99:7 100:21 160:19 161:11 161:13,15,15 162:19 186:20 186:20 187:10 187:10,12,13 188:3 241:19
**coaching** 76:18 76:20 77:3
**coca** 132:2,3
**code** 9:11 123:9 123:17 125:1 211:8,13,14,18
**codes** 121:17 122:2 124:7,19
**codification** 211:12
**cola** 132:2,3
**colleague** 93:21
**colleagues** 93:17
**collect** 107:11 166:8,9 170:13 173:16 236:11
**collected** 31:22 32:1 44:11 45:13 107:10 175:15 176:8 203:4
**collecting** 46:2 170:17
**collects** 198:15 205:22
**cologne** 9:10
**columbia** 2:7 254:5
**column** 110:14 123:6
**come** 45:8 47:10,22 102:6 121:19 219:16
**comes** 102:9 104:10
**coming** 37:17
**comment** 121:19 129:3 130:4,4 152:13 200:6 215:10
**commission** 6:5 38:22 41:11,15 48:20 53:11 62:10 66:13 77:22 109:15 120:12 130:6 135:14 136:21 138:10 139:4 146:17,20,22 147:9 148:16 149:15 150:14 151:12 152:4,6

152:12 153:5,8 160:18 161:5,7 161:9,16 164:22 175:13 176:3,15 178:5 190:9 191:3,5 234:8 235:5,7 235:11,12 237:18 254:22
**commission's** 26:22 30:10 33:3,18 35:10 42:4 48:21 126:3 138:17 148:5 157:3 158:8 177:1 201:12
**commitment** 34:2,5 41:12 143:18 145:17 146:2,3 152:21 160:10 188:19
**commitments** 126:6 130:17 135:12 137:11 147:20 148:7 152:1 160:1 189:1,9 190:7 237:16
**common** 108:7
**communicate** 212:10
**communicated** 161:4,16
**communicati...** 17:1 18:4 90:17 224:19 238:2
**companies** 90:3 155:20 156:2 157:5 205:2 240:8
**company** 67:20 68:9,11,14,18 68:22 69:6,17 70:18 100:16 100:17 101:17 109:21 247:2 248:16
**comparison** 129:19
**compensated** 52:5
**competition** 3:4 100:9 128:14
**competitionl...** 3:5
**competitors** 172:16
**compilation** 109:10 120:1
**compile** 115:10
**compiled** 224:2 224:12
**compiling** 109:21
**complainants** 88:9,13 241:17
**complained** 146:5,20 176:3
**complaining** 164:22
**complaint** 19:4 19:7,8,12 34:7 34:9,12 50:16 66:12 78:13,13 79:3 85:11,14 99:2,13 100:15 101:15 116:7 127:2,4,6,10 130:8 148:19 157:16 175:18 185:13 188:14 196:22 242:3
**complaints** 34:4 75:4 78:4 79:3 85:9,17 85:18,21 86:4 86:6 175:17,22
**complete** 23:4 71:3 120:8 201:11 253:6
**complicated** 146:2
**comply** 168:14
**comprehensive** 116:10 203:19 204:7,11
**comprise** 212:8
**comprised** 66:1 201:4
**concept** 192:11
**concern** 72:18 73:3
**concerned** 107:20,21
**concerning** 78:12 84:16 224:19 241:12
**concerns** 118:22 148:5
**conclude** 251:21
**concluded** 215:12 244:2 252:6
**conclusion** 244:3 246:7
**conclusions** 45:8 47:10 48:1 238:12 239:16
**concrete** 151:19
**conditions** 140:20 141:7 151:1 159:3
**conduct** 129:1 130:2
**conducting** 105:18,22
**conference** 79:11,17 80:2

80:4,5,5,6,12 81:12 82:5,7 83:1 84:3,4
**conferences** 79:10 82:12 83:15
**confidences** 27:1 29:22 35:8,14,16 39:10
**confidential** 1:13 2:1 27:2 35:22 37:18 39:12,18,21 40:10,13 41:6 42:16 43:6,14 48:19 49:16 50:4,9 241:11
**confidentiality** 36:17 49:11
**confirm** 28:21 29:18 30:16,21 30:22 31:5 32:2 34:10 177:13
**confirmation** 28:22
**confirmed** 30:9 176:22
**confirming** 45:18
**conflict** 232:22
**confused** 11:2
**confusion** 131:21 143:4 189:22
**connection** 24:20 71:16 186:1
**consent** 36:5
**consider** 117:5 213:12 238:12 248:14
**considerations** 78:12
**considered** 24:20 25:6,18 235:11,12
**considering** 75:4
**consist** 129:11 222:7
**consistent** 127:21 145:16 206:18
**consistently** 51:12 146:13
**consists** 131:17 211:12
**consolidated** 205:12,19 206:22
**consolidating** 222:9
**constantine** 1:17 2:7 3:19
**constantineca...** 3:21
**contact** 55:9 243:14
**contacted** 93:17,22
**contain** 201:13
**contained** 60:11
**containing** 109:7
**contains** 132:7 194:17
**contend** 136:21 174:7
**content** 35:20 45:15 46:20 47:9 133:6,9 134:5 157:15
**contents** 15:16 22:15,18 42:7 50:17 174:14
**contests** 219:22
**context** 32:22 34:8 47:9 48:5 67:4,13 77:21 79:2 104:22 116:4,7 125:4 132:14 183:4 213:3,22 214:5 220:20 222:15
**contextualize** 246:21
**continually** 19:22
**continue** 7:9 54:7 142:3 162:15 163:8 189:5 216:11
**continued** 34:3 130:13 162:7
**continues** 240:19
**continuous** 20:6
**contract** 70:19 152:9
**contracts** 194:3
**contractual** 90:3
**contradiction** 157:2,2 158:8 158:13
**contribute** 199:5
**control** 64:11 64:14 225:1
**conversation** 18:11 115:22 244:11
**conversations** 7:7 16:11,14 17:4,6,13 115:18
**cooperating** 232:20

**cooperative** 240:21
**copies** 224:21
**copy** 19:3,7 126:2
**copyright** 230:20,20
**correct** 12:15 13:4,12 14:3 15:2 16:6 17:15 18:8 19:17,20 20:10 23:17 24:21 31:19 32:10,14 35:5 36:8 37:19 38:17 39:14 41:3 44:2,7,10 45:9 46:13 51:3,6 58:1 61:2 68:9 68:12,15,18 69:8,18 71:11 72:7 74:2 75:18 78:17 81:9 83:20 86:22 88:10,18 88:22 91:1 92:7 94:17,19 96:18 98:5 112:19 113:22 114:9 123:18 124:3,10 125:3 129:7 132:21 137:11 139:13 139:20 140:2 144:5,8,22 145:11,18 146:12 148:1 148:12 149:7 150:13 152:19 153:7 156:4 157:7,11,14 170:3 171:18 171:22 176:11 176:16 177:17 184:1,5 186:12 190:4,20 199:7 206:6 208:19 212:15 217:1 223:5,9,17 227:13,17 231:17 233:18 236:4 238:13 243:17 244:5 244:17 246:4 248:22 253:5 254:9
**correction** 255:6
**corrections** 253:7
**correctly** 27:5 37:22 128:7 167:6 168:19 169:18 172:17 190:15 240:12 240:16
**cossiom** 79:12 82:12 83:19,21 84:8,15 85:4
**cost** 69:21 250:1
**costs** 158:11 247:22
**counsel** 5:20 7:13 8:15 9:20 10:17 14:20 21:13 22:3,9 22:16 24:14 30:17 48:18 56:12 76:15 90:13 95:14,22 112:9 123:1,3 142:18 182:12 219:20 225:19 251:7 254:13
**counsel's** 18:17 220:5
**countries** 114:22 115:6 140:22 199:9 199:10
**country** 141:2 226:2
**county** 151:21
**couple** 233:15 248:18
**course** 25:9 29:16 35:20 41:21 44:21 46:10 47:22 53:3 57:10 65:16 66:16 67:9 70:1 75:22 84:18 85:3 102:4 103:2,20 106:15 119:5 125:16 126:8 131:20 139:7 140:13,18,20 176:9 177:20 180:15 210:21 219:2 230:4 248:6
**court** 1:1 5:6 7:16,21 8:10 36:16 37:17 79:12 116:16 116:22 150:5 154:8 179:12 254:1
**courts** 151:20
**covenant** 218:22
**covenants** 218:20
**cover** 127:17 226:1 239:20
**covered** 17:4 108:9 145:1 159:17,22 160:10 236:18 236:19 237:5,5 237:8,12 239:7

**covers** 217:18
**crash** 119:2
**created** 70:15 178:22
**credit** 78:7
**criminal** 38:7 47:12
**criteria** 109:9
**crr** 1:21 254:21
**crutcher** 4:8
**current** 96:20
**currently** 151:18
**cusip** 96:12,17 97:2,7,8 106:15,22 107:5,13 108:10,15 124:8 127:12 128:7 165:14 167:1,2 168:13 168:13 169:1,1 169:14,21 172:12,13 173:12,15 176:2 179:14 222:6 245:3 246:10,22 247:16
**cusips** 103:4 127:18,22 167:13 172:14 173:16
**custody** 224:22 238:5
**customers** 179:16 190:10 191:9 218:21
**cut** 173:19 176:1 177:4 180:7,21
**cv** 1:6 7:18 56:17,22 57:8

**d**

**d** 5:1,9 6:1 7:1 103:9
**daily** 203:5
**damages** 88:7 88:10,15
**data** 6:14 27:12 28:11 29:15 36:4 58:11 63:15 64:16,18 66:10,20,20 68:15,18 70:19 73:12,22 74:10 74:11,13 75:1 75:4,7,12,16,17 75:21 77:15,20 78:6,7,20 82:13 105:10 108:8 109:10 109:12,14,19 109:19 110:1,2 110:7,13,21,22 111:2 131:15 133:6,8,22 134:2 135:2,7 135:9 144:5,14 144:20 147:17 147:22 148:9 148:17 149:6,6 156:6 157:5 158:14 159:8 159:21 160:2,4 165:10,14,16 165:19 166:1,6 166:22 167:4 168:12 169:13 171:7,9,17,21 172:2,3,3,3,9 172:10 173:1,9 173:21 174:3 174:19 177:4,6 178:5,6,18,19 178:22 179:16 179:17,22 180:8,10,19,20 180:21 181:1,2 181:4,9,9,19,19 181:20,22 187:5 190:12 192:7,8,9 194:2,2,3,5,6 194:10,12,13 194:14,17,18 194:22 195:1,5 195:6 196:1,4 198:12,14,17 198:22 199:6 201:1,9 202:3 202:9,9,12,15 203:4 204:14 204:19 206:5 206:11 207:1 207:13 208:8 208:18 209:1,5 209:9 212:8,9 212:11,19 218:15,21 219:1,4 223:3 223:8,15,16,18 224:1 227:10 229:1 230:5,6 230:8,13,21 231:9,11,20 238:6,21 239:5 239:6 245:21 246:14 250:5 250:11,11
**database** 69:18 69:22 70:3,7 70:12 167:1 174:14 194:4,7 199:21 201:5,6 201:11,12 206:1 208:6 210:21 211:1 217:19 220:14 223:11,15 224:11 230:9 232:20
**databases** 190:12

**dataset** 208:4
**datasets** 200:12 200:16 205:13 205:20 206:22
**date** 7:4 34:10 57:18 152:14 166:22 221:10 221:13,20 253:14 255:18
**dated** 120:18
**daten** 30:6 74:5 110:20,20 113:17 114:2 134:3 135:2 166:6,6 193:3 204:20
**daten's** 187:5
**dating** 19:20
**day** 4:4 24:9 59:11 254:19
**days** 24:4 255:4
**dc** 1:19 2:8 3:5 3:16,21
**debt** 132:20
**december** 14:1 120:19
**decide** 153:8
**decision** 30:11 34:3,5 41:12 41:14,14 47:16 109:16 126:3,6 126:10,16 127:1,22 128:9 130:7,18 135:12 137:11 137:22 138:3 138:17 140:8 143:18 145:17 146:2,3 147:20 148:5,7 152:13 157:3,20 158:9 160:10 177:1 188:19 189:1 189:10 190:7,8 201:12 233:17 234:8,17 235:6 235:19 237:16 248:10
**decisions** 152:21
**deeply** 126:15
**defendant** 3:10 4:2,7
**defendants** 1:11 2:3 38:20 49:16 50:5,8 225:1
**defense** 7:14
**defer** 141:19
**define** 31:18 75:17
**defined** 143:22 197:1,2 227:5
**defines** 212:18
**definition** 101:13,14,15 121:13 131:3 145:15 197:3
**degree** 58:1,16 238:8
**degrees** 58:15 58:20
**delivery** 200:13 201:17,22
**demand** 221:7 240:7
**depend** 248:10 248:11
**depends** 66:2 87:2
**depicted** 21:8 87:11 121:11
**deponent** 5:5 253:1 255:3,18
**deposed** 9:16
**deposition** 1:14 2:2 5:13 6:12 7:12,13 22:19 56:9 92:10,17 112:6 122:17 142:15 151:7 164:2 182:9 225:16 251:4 251:22 254:6
**depositions** 92:13
**describe** 112:16 226:22 240:20
**description** 125:1 134:5,6 144:2 200:11
**descriptive** 131:7,15 132:8 133:2,8,14 134:13,18 227:5
**desktop** 208:1
**detail** 30:8,19 120:5 121:19 168:22 178:7
**detailed** 20:21 60:3 99:15 141:6,9,12 203:9
**detailing** 41:14 41:15
**details** 28:21 29:18 30:15 31:6 32:21 67:6 85:1 99:4 129:4 202:2 220:17,19
**determinations** 140:5
**determined** 153:5
**deterrent** 174:18
**deutsch** 3:7
**devote** 169:13
**devoted** 65:11
**difference** 38:3 38:17 48:9
**different** 52:19 54:9 66:19

102:4 108:1 138:16 147:16 148:15,15 151:1,9 181:3 234:6
**differently** 43:18
**difficult** 9:9 13:19
**difficulties** 22:4
**dinosaur** 1:3 7:14 255:2
**dipping** 171:7
**direct** 93:4 149:18 181:7 244:4,6
**directing** 212:3
**direction** 254:12
**directive** 121:6
**directly** 48:19 52:11 129:12 203:5 224:13 227:12
**disadvantage** 172:15
**disclose** 22:13 28:12 29:13 36:6 39:3 41:22 42:1,11 46:12 74:20 90:14 115:17 177:22 188:7 212:10
**disclosed** 36:18 37:19 48:17
**disclosing** 29:22
**discontinued** 244:2
**discovery** 36:18 49:21 50:1 55:14 210:7
**discuss** 241:7
**discussed** 9:21 147:17 160:5
**discussing** 89:20 173:7
**discussion** 18:10 26:19 240:19
**discussions** 15:16 21:12 22:16 143:19
**display** 167:16 169:1 193:10
**dispute** 232:16
**disputes** 151:21
**dissemination** 229:12
**dissertation** 58:3,6 72:21
**distinction** 82:2
**distinguish** 81:20
**distribute** 212:10 218:21
**distributes** 137:6
**distributing** 147:22 220:15
**distribution** 70:19 97:9 135:15 136:15 137:4 147:15 147:16 148:9 212:12 214:17 216:2,18 217:5 219:3 220:13
**district** 1:1,2 2:7 7:16,17 254:5
**doctorate** 57:22 59:21
**document** 12:17,20 42:3 86:21 95:20 96:7 109:7 118:7 122:5 130:15,16 197:4,12 209:9 210:9 216:8 218:2,4,7,8 221:11,14 224:17 226:4,4
**documents** 12:19 26:13 50:12 139:8,11 224:19
**doing** 26:13 51:9 67:9 108:6 193:13
**domain** 166:10 173:17
**dominant** 128:19,22 129:6
**double** 12:11 171:7
**doubt** 215:11 230:9,14 242:18
**doubts** 219:22 222:15
**download** 149:5 194:6 223:12
**downloaded** 227:19
**downloads** 201:20
**downstream** 181:8
**dozen** 165:3
**draft** 19:11 41:13 85:14 221:15,17,22 222:16 223:6
**drafted** 215:5 220:18 221:7
**drafting** 23:19 224:20
**drafts** 55:10
**draw** 221:6

**drawing** 31:17
**dti** 223:19
**due** 244:12
**dunn** 4:8

**e**

**e** 3:1,1 4:1,1 5:1 5:9,9 6:1,1 7:1 7:1 9:9,12,12 9:12 103:9 199:14,14
**e.g.** 124:8 167:2
**earlier** 73:3 147:18 160:5 248:19
**earned** 53:5
**easier** 130:22
**eastern** 7:3 56:4,10 112:7 142:16 182:10 225:17 251:5 252:3
**easy** 46:5
**ec** 41:3,7 65:19 65:20 66:1 71:16,20,22 72:1,3,10 85:6 85:15 86:3 121:6 145:16 184:20 190:6 233:17 234:17 235:20 241:19 242:1
**economic** 143:21 144:19 145:21
**economically** 238:7
**economics** 57:20 58:16
**effective** 158:11
**effectiveness** 152:1 158:10
**efficiency** 24:7 202:21 203:9
**either** 26:1 61:15 84:8 172:10 243:22
**elected** 159:7 163:15
**electricity** 58:7
**electronic** 135:15 136:15 137:3 208:8
**electronically** 208:9
**element** 131:15
**elements** 110:7 131:7 132:14 133:2,14,22 134:2,13,18,20 135:9 144:14 144:20 147:17 147:22 148:9 149:6 159:8 160:4 194:10 194:14,18,22 227:5
**elf** 235:14
**elhauge** 54:20
**employ** 247:15
**employed** 68:2 68:7,11,14,17 68:22 69:1,1,2 69:3,6,17 254:13
**employee** 248:12
**enable** 162:3 192:8 249:18
**ended** 34:2
**ends** 123:8
**enforcing** 245:2
**engaged** 181:17
**engagement** 35:2 37:1
**engages** 181:14
**engaging** 105:1 106:9
**engineering** 59:2
**english** 72:13 87:3
**enriches** 198:15
**ensure** 193:19 203:5
**enter** 168:15 174:19,21
**entered** 97:7 176:4
**entire** 67:16 107:11 108:8 166:12 194:16 201:5,6 210:21 211:1 212:21 220:14,20 223:11 236:11 239:5,20
**entirely** 14:16 52:19 75:9 214:5
**entirety** 155:12 211:3 226:14
**entities** 87:11 100:12
**entitled** 12:17 95:20 209:9 229:11
**entity** 63:3 249:18,22
**equity** 132:19
**errata** 5:7 253:7 255:1
**established** 146:10 158:22 186:9 234:20
**et** 7:15,15 222:6 255:2
**eu** 6:6 54:8,9 100:17 107:14 114:16 115:3,5 117:7,11

120:13 128:16 157:17,18 159:15 180:18
**europe** 19:17 19:20 20:9,13 21:3,9,16 28:12 35:2 43:7 50:22 51:11,17 52:5 52:14 53:16 54:2 55:16 73:12 74:2,14 75:14 76:5 77:20 78:22 85:19 91:18 95:5 100:9,20 107:22 108:13 108:19 109:13 111:4 115:2 128:14 140:17 141:7 153:7 157:10 162:7 162:14 163:15 165:5 174:4 238:13
**european** 26:22 30:10 33:3,17 35:10 38:16,21 43:21 44:21 46:10,13 47:22 48:20 52:8 62:10 66:12 76:5 77:22 78:16 100:16 111:13 114:8 120:18 126:3 129:16 135:14 136:21 139:4 143:21 144:19 145:21 146:16 148:4,16 150:3 150:11 153:12 154:7 155:12 155:19 158:8 158:21 160:18 164:22 171:5 172:22 175:13 176:3,15,22 177:16 178:5 190:17,20,22 191:4,15 234:7 235:5
**euros** 208:11
**event** 80:6 151:11
**evidence** 43:14 47:4,5
**exact** 242:12
**exactly** 14:8 29:7 37:4 40:7 45:3 47:6 65:21 76:9,10 79:20,22 84:13 106:8 155:4 190:21 219:20
**exam** 59:18
**examination** 2:4 5:2 8:17
**examine** 162:22 163:3,4 191:3
**examined** 191:4 253:4
**example** 41:9 43:6 102:22 103:5 181:13 207:20 215:2 240:18
**examples** 74:4 118:16 124:15 125:22 135:3 158:4 159:20 159:20 237:18
**except** 219:4
**excerpt** 5:13 6:11 92:10 164:2
**excerpts** 92:13
**excessive** 129:14,17,22 130:7
**exchange** 69:4 166:3
**exchanges** 78:21
**exclude** 246:6
**excluding** 212:12 214:17
**exclusively** 219:1
**excuse** 20:4 34:18 97:22 153:16 178:6 185:13 248:1
**exert** 117:6
**exhaust** 196:20
**exhibit** 5:10,11 5:12,13,15 6:2 6:3,3,5,7,7,9,9 6:11,13,14,18 12:8,10,16,22 26:1 56:15,16 57:3 70:22 86:18 87:7 92:10 95:12 112:16,21 113:1,1,4,8 116:9 117:18 118:7 120:12 121:11 122:10 122:11,13,15 122:17,19 123:15 124:9 124:13,14,15 125:13 126:2 126:12,12 136:6 143:2,5 143:5,7,8,9,12 148:21 150:18 151:6,7,9 164:2 189:16 189:17,18,19 189:22 197:6,8 197:11 209:5 226:7,14 234:2

**exist** 230:10,17 231:4,21 232:7 233:5 236:15
**existed** 210:19
**exists** 235:2
**expand** 160:10
**expectation** 247:8
**expensive** 150:3 152:8 153:6,13,13 154:6 155:6,13 156:9,13 157:22 245:4 245:11,12,15 246:22
**experience** 28:19 29:2 69:20 70:1,4,5 70:10,14
**expert** 5:11 6:4 6:8,10 12:8,17 13:1 14:20 15:4,22 16:5 17:14 18:7,22 21:14 22:1 28:5,20 29:8 31:11 52:2 54:13 86:14 113:1,4 117:9 117:10 126:12 143:5 186:10 202:13 220:11 221:4 224:7,8 224:11 249:3
**expertise** 224:12
**experts** 17:10 55:3
**expires** 254:22
**explain** 175:11
**explained** 22:11 178:7
**explicitly** 74:22 128:6 246:9
**expressing** 152:7
**extend** 160:4 168:22
**extending** 18:4
**extent** 30:6 107:3 163:14 178:3 231:22
**extra** 9:18
**extract** 92:16

**f**

**f** 5:9 6:1 82:14 103:11
**facilitate** 104:18 105:4 105:11
**fact** 42:3 47:17 50:16 180:6 190:3 231:18 240:7 244:13 247:14
**facts** 39:3 45:13 46:2 140:11 193:17
**factset** 1:10 3:10 9:2 85:13 85:14,19 86:3 130:12 135:17 136:17
**factual** 15:11 46:20 140:5
**failla** 39:1,5
**fair** 43:16 56:20 67:19 71:14 81:21 84:21 85:7 110:4 140:4 155:19 162:22 165:8 188:19 219:12 242:15
**fall** 101:21
**familiar** 12:22 13:4 113:7 126:15 143:12 149:2 150:7 196:9
**familiarize** 12:19 209:11 226:10
**fapr** 1:21 254:21
**far** 16:10 25:8 32:5 49:11 50:7 206:8,10
**fashion** 114:11
**feature** 245:20
**fed** 45:19 48:6
**fee** 144:7 199:18 231:11
**fees** 30:7 53:1 63:9,9 147:21 148:8 158:6 160:14 165:14 167:21 175:1 182:22 183:7 183:15,22 184:18 188:10 191:7 221:8
**fellow** 254:2
**fields** 62:4 64:5 131:18
**fifth** 3:8 72:6 72:10
**fighting** 54:7
**figi** 103:11 107:9,19 111:8 234:22 235:1,2 235:4,9,11,15 236:3,7,18 237:5,12 238:15,18,20 239:4,8,8,16
**file** 41:18 47:14 70:16 109:4,11 109:20,22 178:2,3 194:16 194:17

**filed** 7:16 19:4 19:12 34:7,12 85:8,11,18 185:13 242:3
**filing** 85:9
**fima** 80:16 82:13 83:11,20 84:1,3,9
**final** 47:16 55:8 55:10 161:10
**finally** 115:3 232:17
**finance** 58:20
**financial** 1:3 7:14 29:14,15 46:6 58:9 61:14 62:7 64:8 65:11 67:20 68:12,15 69:4,8 72:18 73:3,18 74:4 78:7 82:13 84:9,17 101:7 101:11,12,16 102:5,12,14,17 102:19,20 103:1 104:2,22 105:3,19 106:10 107:16 108:2,18 111:15 117:14 119:9 132:16 133:1,13 134:7 134:19 140:16 144:15,21 147:22 148:9 167:4 171:16 192:10 198:11 199:17 249:13 249:15,19 254:15 255:2
**financially** 8:3
**find** 101:14 113:16 123:1 130:15 166:4
**finding** 139:22
**fine** 37:10 146:22
**finish** 18:5 25:11 33:11 65:5 73:6 144:11 151:16 181:5 230:18 248:4
**finished** 25:14 33:7
**firm** 7:22 9:2 60:8,15,22 65:2,8,17 66:9 139:18 158:21
**firm's** 57:14,17
**firms** 14:9 53:9 165:5
**first** 13:15,19 15:1 18:6 33:15 48:14 52:13 56:18 59:6 60:8,22 70:9 71:3 74:9 79:11 87:19 88:4 97:19 104:10 110:10 127:16 129:16 131:14 136:6 136:12,14 152:10 159:14 165:13 166:8 169:7 172:22 178:20 182:19 198:4 218:3 230:4 240:6,12 249:11
**firsthand** 69:20 70:1,3,5,10,13 135:15 136:15 136:18 137:3,6
**fisn** 223:19
**five** 22:5 64:1 168:6
**floor** 3:13,16 4:4
**flow** 178:17,19 179:16,22
**focus** 21:22 28:2 129:14 179:21 200:1
**focused** 60:19 61:2 130:9
**focusing** 31:1
**follow** 18:16 38:12 79:3
**following** 26:16 124:22 188:17
**follows** 8:14 124:7
**footer** 221:18
**footnote** 26:5,7 26:8,17 33:14 42:17 46:17 48:13 112:11 139:3 168:10 188:17 190:22 242:22 243:5
**force** 174:11,16
**forces** 169:13
**foregoing** 253:4 254:6,8
**foreign** 100:11
**forget** 200:5 225:3
**form** 24:22 25:3,4 26:3 32:19 35:6 36:1 40:1,5,15 42:18 43:9 45:1,10 46:14 49:4 51:19 55:17 67:22 68:18 70:2,8 70:20 76:7 79:1 88:3,11 88:19 89:4,14 90:11 91:2,12 94:11 96:22 97:11,15 98:14

104:9 105:21 107:1,18 110:5 110:9 115:13 119:22 121:10 124:11 127:8 128:4,22 130:1 130:3 133:4,18 134:1,15,22 135:4 137:2 138:7 140:7,9 140:19 145:13 147:10 148:3 148:11 149:9 153:15 156:14 158:2,18 159:2 159:10 160:7 160:20 161:14 161:20 162:2 162:17 163:10 163:17 165:11 167:22 169:2 170:1,4 172:1 173:8 174:5,10 176:17 177:18 180:12,14 181:11,16 183:10 184:21 186:18 187:15 189:3 192:6 195:4,11,14,16 195:21 199:19 203:15 207:4 219:14 220:8 224:5 227:19 233:7 236:20 247:3 248:2 249:5,7

**formal** 38:5
**formally** 38:2
**format** 192:4 194:1 208:8 223:11
**former** 59:8
**formerly** 135:17
**forms** 78:7
**forth** 26:1 42:17 132:15 132:20 134:20 181:6 200:16 227:6
**forum** 158:15 158:16
**forward** 48:13
**found** 81:3
**foundation** 89:15 91:3,13 94:12 97:1 98:15 124:12 219:15
**four** 22:10 23:7 23:9
**france** 114:16 117:8
**francisco** 4:5
**frank** 54:15 55:7
**frankfurt** 82:16
**free** 57:20 59:7 144:22 150:22 152:11 158:22 162:4 166:8,14 193:3,5 197:22 206:13 207:2 232:11
**freely** 174:13
**frequently** 133:21
**friday** 1:15 2:9 7:4 179:12
**front** 93:8 126:11 131:2 163:20 168:7 189:11,14 190:1 214:7 238:4
**ftp** 194:5 223:11
**full** 79:13 103:9 103:11 159:13 169:7 178:21 179:5,7 228:4 245:14
**functionality** 206:15 207:2
**further** 29:8 172:9 251:12 254:16

**g**

**g** 7:1 9:9 103:11
**gain** 89:12 165:1
**gained** 176:21
**gdp** 36:3
**gdpr** 38:1
**gears** 101:1
**general** 36:3 48:4 50:17 67:10 71:22 72:1 129:8 135:2 171:10 175:12 176:20 215:11 233:21
**generally** 116:1
**gentleman** 91:22 92:20
**german** 59:10 59:12 87:3,4
**germany** 9:12 47:5,11 59:17 60:2 103:21 114:16 117:7 166:7 251:18
**getting** 28:14 32:18 46:8 170:21 171:22 220:14
**gibson** 4:8
**gibsondunn.c...** 4:10

**give** 12:4 41:9 52:18 66:15 69:10,12 74:4 82:20 89:2 102:22 116:22 186:10 197:3 212:21 242:19
**given** 55:15 140:1 212:22 247:11,14 253:6 254:10
**giving** 234:4,5
**glad** 98:5
**gleaned** 243:16
**global** 1:9 4:7 7:15 97:8,9 198:10,17 203:5 222:6 255:2
**globe** 162:12
**go** 7:10 9:19 10:4 16:11 29:8 30:4,20 35:8 37:7 39:11 40:18 48:3,15 49:14 49:15 59:16 70:22 77:13 87:19 109:19 119:11 120:4 122:10,10,22 123:15 127:14 128:9 141:18 166:18 169:6 179:11 189:9 196:22 205:5 207:19 212:1 213:18 214:16 224:17 229:8 230:12 232:2 232:21 234:1 240:11 244:16 244:22 246:17
**goes** 44:22 52:1 109:10 128:18 129:11 139:22 151:11 198:12
**going** 7:3 9:22 10:1 11:7 16:15 17:22 18:9,16 21:17 26:12,17 29:8 31:18 32:4,5 33:8,14 36:8 48:13 51:18 59:13 63:14 73:7 77:5 93:12 96:2 101:2 112:12 125:15 126:21 135:11 142:7 142:10 150:20 151:10 152:15 157:4 159:21 160:3 163:18 172:8 182:20 197:15 202:6 210:9 216:15 233:2 237:15 237:22,22
**golden** 198:10
**good** 7:2 8:19 8:20 33:10,13 57:6 142:13,21 147:3 216:16 251:9,14
**gottlieb** 61:18 61:20
**governs** 37:18
**graduate** 58:14
**graduating** 59:7
**great** 54:4,6 163:22
**ground** 9:5,6 9:19
**group** 1:3 7:15 20:21 255:2
**guaranteed** 202:20 203:8
**guess** 53:14 57:16 94:7 106:4 110:6 133:19 158:19 178:8 180:20 192:18,20 211:2
**guide** 126:20 126:21
**guys** 185:6

**h**

**h** 5:9 6:1
**hair** 185:17
**half** 23:7,9 165:3 200:18
**hand** 93:7 200:7 254:19
**handle** 247:19 248:7
**handles** 69:7
**handwriting** 215:9,15
**happen** 122:21
**happened** 83:5 184:11 187:3
**happening** 52:18
**happens** 60:6
**happy** 179:11 179:13
**head** 39:17 170:7 181:6
**headline** 203:3
**hear** 116:22 117:1
**heard** 9:14 36:11 43:11 244:1
**hearing** 178:11
**heathcock** 4:13 7:19
**helped** 48:5 123:1

**hereunto** 254:18
**hesitate** 10:11
**high** 129:18 187:6 245:18 246:1
**highest** 238:8
**highly** 1:13 2:1
**hildene** 1:4
**hines** 4:3
**hire** 248:12
**history** 56:21 57:9 59:5 224:20
**hit** 146:19
**hm** 55:5 209:4
**hmm** 11:6,15 12:2,21 19:21 23:11 25:13,15 25:21 26:7,11 26:18 28:1,6 29:11 31:4,13 31:13 32:9,15 33:19 34:14 35:3,12 38:10 39:15 40:12,22 41:4 43:3,8,22 44:19 48:22 49:18 51:4,7 53:17 54:12 55:22 57:21 61:1,12 65:3,9 67:17 68:5,10 69:9 71:17 72:8,8 73:1 74:6 75:19 78:18 80:19 82:15,18 83:18 85:16 87:9,20 87:22 88:16 90:22 92:18 93:6,10,13,18 96:1,4,13,19 98:7 100:10 101:8 103:10 105:2 106:12 112:20 117:20 118:11 120:15 120:20 121:8 122:9 123:7,12 124:2 127:15 128:13 131:1,8 133:16 135:19 136:13 139:19 140:3 145:8 147:7 149:1,8 149:8,21 150:6 150:19,19 151:4 152:3,17 153:4,21 154:1 154:3,10 155:7 155:10 156:3 156:22 161:12 164:16,20 166:15 168:8 168:11 169:11 169:17,22 173:2 178:16 179:18 180:1 182:17,21 183:2 184:2 188:21 190:5 190:14 191:10 197:13,17,19 198:6,13,16,19 199:2 200:9,14 200:20 205:7 209:4,13 211:7 212:2,5,13 217:13 226:6 226:15 227:14 228:3,15 229:4 229:10,13 234:9,21 237:4 237:21 238:10 240:5,15 241:8 241:10 242:8 243:1,4,9 245:5 246:2 248:21 251:10
**hold** 51:19
**holding** 1:4
**holds** 108:15
**honestly** 16:9 16:12
**hope** 142:21
**hopefully** 143:8
**hougaard** 185:5,6,12
**hour** 11:12 22:7
**hours** 22:6,11 23:8,9,21,22 24:8,10
**hub** 198:14
**huge** 102:3 159:16 186:22 187:1 239:6
**huh** 10:4 33:16
**hypovereinsb...** 62:9 63:5

**i**

**idea** 94:4 235:10
**ideas** 72:3
**identification** 12:9 28:14 86:19 92:11 95:15 109:13 113:2 120:14 126:13 131:19 143:6 164:3 197:9 198:11 198:17,22 209:7 226:8
**identified** 107:13 185:3 218:8
**identifier** 28:19 96:12,17 101:7 102:18,19,20 102:20 103:1 103:18 104:11 104:15,21

105:11 107:10
108:7 110:8,15
110:16 111:1
124:1 212:19
235:13,14
236:4,5 237:20
**identifiers** 58:9
64:15,16 73:18
84:9,16,18
104:2,17 105:3
105:19 106:13
106:17,19,21
107:7,16 108:5
125:2 170:21
171:17 201:8,9
222:10 227:4
233:18 235:22
239:20 249:12
249:19
**identify** 71:19
104:15 105:5
131:20 132:15
134:7,9 135:8
135:9 144:15
144:20 163:19
177:14 185:1
**identifying**
90:8 104:4
124:19 132:7
**identity** 29:13
35:18 36:3
46:9
**ii** 117:21 118:2
118:14 119:14

119:17 121:2,9
122:22 222:10
**impartial** 52:2
**implementati...**
146:5
**implemented**
160:17
**implementing**
6:5 120:12
**implies** 177:5
**importance**
125:22 165:2
**important** 9:18
10:2,8 15:15
115:14 116:20
116:20 118:20
170:20 171:18
236:12 238:12
246:14
**impose** 191:19
191:20
**imposed**
166:21 191:15
**imposes** 183:21
**imposing**
129:12
**impress** 59:11
**inappropriate**
55:14
**include** 167:9
199:3 201:6,20
**included** 80:1
80:11,15,21
194:11 223:19

**includes** 44:6,9
67:10 128:22
155:20 210:20
223:13,14
230:4
**including** 23:9
27:11 125:9
151:2 173:18
224:20 239:7
**inclusion**
131:12
**independent**
246:3
**independently**
190:12 191:14
**indicate** 88:1
211:10 212:17
222:1
**indication**
151:19
**indirectly**
48:20 129:12
**individual**
28:17 32:2
150:5 154:8
227:4
**individuals**
34:9 36:6
**industry** 28:19
72:19 73:4
83:15,16
140:16 180:10
181:7 200:1,19
202:20

**inevitable**
109:2 111:6
119:7,8,9
**info** 45:19
**informal** 34:4
**information**
21:15 32:1,3,8
32:17 36:17
37:19 38:2
41:15 43:20
44:1,12 45:17
48:6,19 49:6
49:11,12,16
50:4,8 58:22
63:17 64:21
67:2,5,8,10
78:21 84:17
110:11,15,18
111:1,9,9
115:10,18
116:5,7 125:5
134:7,11 137:7
162:19,20
167:4 176:8
192:10 193:18
203:20 204:8
204:11 206:14
207:1 211:14
211:19 241:14
241:18,22
242:2
**informed** 94:9
94:13

**informs** 177:10 177:15
**infringements** 130:8,10
**initial** 137:8
**initially** 93:16 146:1
**initiatives** 93:22 94:5 95:4,8
**injunctive** 90:21 91:8
**innovative** 240:9
**inquire** 17:5
**insignificant** 65:12
**instance** 30:7 32:16,20 46:20 47:12 50:18 57:18 67:13 101:17 106:3 107:9 110:18 111:7 132:1,2 134:4 135:1 145:6 159:18 166:2,5 175:17 178:6 193:3 216:3 223:18 237:9,9
**instances** 140:11
**institution** 46:7 119:9
**institutional** 208:13,20
**institutions** 29:16 108:19
**instruct** 16:16 21:18 22:12 25:1 177:4
**instructed** 22:19
**instructing** 18:12 25:2
**instruction** 16:19 17:17,19 18:17
**instructs** 10:20
**instrument** 101:7,11,12,16 102:5,12,13,14 102:15,17,19 102:21 103:1 104:5,11,14,15 107:12,16 131:19,21 132:7,10,16 134:8,10 135:8 135:10 144:15 144:21 198:11
**instruments** 102:8 105:19 106:1,2,11 107:10 111:15 118:22 119:1 123:20 124:17 124:18 131:22 132:8,19,21 159:16,17,18 186:5 187:1 201:7,8,13 236:12,15 237:8,9,12 249:15
**insurance** 156:2 157:5
**integrate** 110:1
**intellectual** 230:11,20 232:15
**intended** 116:9
**intending** 249:3
**intense** 66:3,4
**intentionally** 48:17
**inter** 62:8 64:11
**interbank** 238:2
**interest** 39:19 43:15 204:15 233:1 254:14
**interested** 8:3 84:18 91:18 133:7,10 134:4
**interests** 27:2 39:12,21 40:10 40:13 41:6 42:16 43:7
**interfering** 181:2
**internal** 105:10 229:15 238:5
**internally** 238:18
**international** 162:11,13 240:21
**internet** 208:9 227:20 242:11
**interrupt** 20:4 80:18
**interruption** 179:1
**intervene** 148:16
**interview** 28:7 48:9,9 177:9 186:3
**interviewed** 26:21 27:22 46:10 186:1
**interviews** 28:18 31:17 33:2 35:1 44:6 44:9,11,15,16 44:20 45:7,12 45:16,17 46:1 47:8,21 48:5 176:13,20 185:5
**introduction** 198:7

**invest** 101:18
**invested** 44:14
**investigate** 38:14
**investigation** 27:1,4 33:3,18 33:21 34:1 35:11 38:22 40:19 41:2,3,7 43:21 44:22 46:11 47:22 48:21 65:19,21 66:1 71:16,20 71:22 72:2,3 72:11 85:7,15 86:3 114:9 148:19 149:17 150:11 176:15 176:21 184:20 241:20 242:1
**investment** 1:3 241:16 247:14 248:9
**invests** 250:9
**invitation** 80:2 80:11,15
**involved** 85:8 89:20 90:8 95:5,8
**involvement** 231:3 232:6 233:6
**ip** 67:10 181:21 230:19
**irrespective** 156:11
**ish** 31:10
**isin** 27:11,11 103:2 106:18 107:5,14,21,22 108:11,12,19 108:22 109:1 109:14 111:5,6 111:11,12 112:19 115:7 116:12 117:10 118:17,19,19 119:4,6,10 120:2 121:22 123:9,17,20,22 124:16,18 125:10 127:7 128:6 131:3,12 131:16,17,17 131:20 132:2,4 132:5,6,8 133:14,22 134:20 137:1 143:17,22 144:1,4,15 145:15 147:16 148:5,10,13 149:11 155:18 159:7,9 162:8 162:15 163:9 163:15 165:6,9 165:19 166:1,4 166:12 167:1,2 168:13 169:1 170:20 171:3,7 171:8 175:6 183:13,22 184:14,16 185:10 186:7 190:11 192:3,7 192:9,11 193:20,20 194:2,11,15 195:1 206:6,8 206:10,13 207:2 211:8,11 211:13 212:19 223:9,11,13,14 223:16,19 224:2 227:4,5 227:22 228:6 230:21 232:16 236:4,6,7,9,9 236:11,19 237:6,8,19 238:13,15,19 238:20 239:19 241:9,12 242:7
**isins** 117:7 135:16 136:22 145:5,5,6 158:21 159:4 160:9,11 165:15 166:7 166:10 167:3 167:13 169:14 169:21 170:6 170:13,17 172:12,13 173:13 179:15 183:16 184:2 192:4,17 193:6 193:11,18 199:3 221:8 228:11 232:11 234:6 235:21 236:14,14 248:20 249:6 249:14
**iso** 123:17 184:13,17 185:2,7 232:17
**isp** 165:15
**isp's** 180:8
**isps** 165:20,20 180:7
**issuance** 136:22 183:1,3 183:9,15
**issue** 11:1 131:11 144:1 166:9 242:5
**issued** 41:11,12 102:15 145:5 159:19 160:11 192:3 236:15
**issuer** 136:17 137:5,7
**issuer's** 144:1
**issues** 52:6 67:12 148:15

176:11 238:5 239:7
**issuing** 183:5 183:16 249:19
**italics** 234:14
**italy** 114:16 117:7

**j**

**jeff** 9:1
**jeffrey** 3:11,14
**job** 1:22 59:6 59:15
**joke** 24:6
**jones** 4:4
**jonesday.com** 4:5
**journal** 120:18
**judge** 39:1,5
**jurisdiction** 141:2 154:5
**jurisdictional** 151:2
**jurisdictions** 114:20 199:12

**k**

**k** 92:5 199:14
**kane** 3:7 62:15
**keagan** 3:15
**keep** 10:3 29:9 101:1 130:22 136:7 143:3,3 179:13 226:16 237:2 240:8
**keeps** 149:16
**kennedy** 3:19
**key** 167:3 171:4 171:9
**kind** 10:4 109:8 109:22 110:2 110:17,22 178:4 227:19
**kinds** 66:20 67:11 106:7 109:12,18,19 111:9
**knew** 19:8 45:18 50:17 178:4 210:20 210:22,22 232:10
**know** 11:16 14:1,7 15:9,9 16:9,9,12 18:8 23:21 24:4 25:8 28:17 31:7 35:13 36:12 37:11,15 40:2,4,16 46:18 47:5,15 48:2 50:7,15 53:9,14,18,20 53:22 55:18 58:18 63:11,12 64:3 65:13 66:2 67:6 68:19,20,21 72:14 73:7 76:10,11 79:22 82:7 83:6,8,9 83:11 84:1,2 84:13 86:6,11 86:11,12 88:8 88:12 89:19 90:1,7,12,15,18 91:4,5,19,21,22 94:7,8 95:16 98:17,19 99:1 99:4,6,8,15 100:7,11,20 101:12 102:3,4 102:7 103:19 104:7 109:3 113:5,21 114:1 114:21 118:15 119:15 121:16 121:18 122:1 125:4,6,16 128:21 135:5 136:4 138:6 141:14 157:15 158:14,19,20 161:1 163:7,11 163:11 164:11 164:13 169:3,3 169:4 170:19 171:21 172:2 176:9 177:20 177:21 178:3 180:9 181:14 181:17 184:13 184:15,17 185:8 187:7 189:12 192:16 192:21 194:4 195:6 196:15 197:1,21 199:5 199:20,20,21 200:15 201:4 201:19 202:2 202:16,17,18 203:10,14,16 203:17 204:20 205:21 206:9 206:10 207:15 208:2,4,7 210:22 211:21 211:22 213:3,9 213:15,22 215:5,12 217:1 220:17,17,18 221:3,13,20 222:19 223:2 228:6 232:8,11 232:12 233:10 235:1,4,9,12,13 235:15 237:7,7 237:11,13 238:17,17 239:1,2 242:16 243:22 244:15 244:18,19 247:4,10 250:16
**knowing** 220:20,21,22

**knowledge** 14:16,17 107:5 107:19 175:12 175:15 176:21 196:20 224:8 224:10 242:7 244:4,6,7
**known** 175:13 175:13 178:10 184:12 186:7 187:3
**knows** 98:15
**kpf** 1:6
**kyburz** 5:13 91:21,22 92:5 92:10,15,17

**l**

**l** 103:9 199:14
**lacks** 89:14 91:2,12 94:11 96:22 98:14 124:11 219:14
**language** 96:11 129:15 152:5 152:15,20 213:11 232:15 239:14
**large** 155:20,22 156:2,6 157:4 157:5,5 247:2 247:19
**larger** 159:13 160:12,13
**launched** 242:14 244:13 245:1 246:5
**launching** 247:13
**law** 3:4 5:16 9:1 38:16 46:13 52:16 57:14,17,19 60:8,20 95:12 95:20 100:9 128:21 129:16 129:22 139:20 149:20 151:2 154:5 155:14 158:15 177:16 254:8
**law.com** 3:9
**laws** 151:19
**lawsuit** 94:1,6 94:14,21,22
**lawyer** 36:8 52:20 60:2 66:17 67:15 74:20 99:10 117:14 128:14 129:4 139:17
**lawyers** 14:9 18:21 53:10
**lead** 247:13
**leads** 110:15
**learned** 43:20 49:8 246:11
**led** 245:17 246:1
**left** 60:18 93:7 123:8 132:20 202:19
**legal** 4:13 7:20 8:1 60:1,5 99:9 234:5 252:2
**legally** 8:13 238:7
**legitimate** 180:16
**lei** 223:19
**leiv** 3:3,5 13:20 14:2
**lenz** 54:16 55:7
**lerner** 3:12,15 9:2
**letter** 178:11
**liable** 151:22
**license** 6:14 144:8 159:14 162:8,15 163:8 165:3 167:13 169:12 173:16 173:20,22 174:16,17 180:20 181:8 182:22 183:5,8 202:8 209:5,9 209:15 212:18 223:3 240:8,10 245:3,14 246:10 247:1
**licensed** 250:7
**licensee** 212:7,9 218:19,22
**licenses** 68:15 68:18 162:12 166:21 184:16 195:20 247:16
**licensing** 21:3,9 30:7 51:2 52:17 55:16 58:11 63:15 64:19 66:10,20 66:21 67:13 127:11 135:16 136:16 137:4 147:21 148:8 148:17 157:13 158:5,12 165:14 168:16 175:1 176:2,5 180:11,17 184:12 186:6 191:7 195:14 203:12 207:10 213:8 216:21 217:19 218:15 221:1,8 222:10 230:7 231:7,11 231:12 249:10
**licensor** 250:3
**life** 86:10 87:16 88:2,6,8 89:17 90:20 100:16 157:10,16

**light** 85:5
**limited** 107:2 114:20 127:6 149:11 183:7 206:14 207:1 224:2 227:6
**limits** 107:8
**line** 164:15,17 178:20 255:6
**lines** 93:5,5 160:4 168:6 169:8
**linklaters** 60:10,15,17
**list** 24:19 25:7 65:14 67:7 71:2,3,10 116:10 118:21 118:22 120:8 121:21 122:5 170:21
**listed** 87:11 133:3
**listing** 125:2
**lists** 223:18
**litigation** 24:15 27:3 38:21 39:19,22 40:11 89:13,22 90:1 90:3,10 92:14 95:7 163:14 249:4
**little** 57:16 141:19 172:20
**llc** 1:3,5
**llp** 1:17 2:8 3:7 3:19 4:8
**llp.com** 3:14,17
**located** 151:21 157:17 158:17
**loco** 178:4
**logical** 162:11
**long** 23:2,6,19 41:13,14 44:13 45:3 59:19 61:8,21 62:21 81:15 82:8 144:1 145:20 164:18 175:15 235:2
**longer** 82:8 141:19
**look** 20:22 26:5 63:11 96:6 110:13 122:12 123:16 143:10 150:1 177:2 199:22 211:5 212:21 213:15 213:18
**looked** 249:20
**looking** 148:21 154:16 175:5 246:17
**looks** 200:2
**lookup** 192:17 192:19 193:3,5 193:18 197:22 206:13 207:3 228:8,10
**lorenzo** 91:21 91:22 92:3,17
**lost** 62:22
**lot** 44:14 49:6 53:4 67:9 189:12
**lseg** 74:5
**lunch** 141:19 142:2,21

**m**

**m** 9:9 79:13 82:14 175:21
**made** 38:16 66:12 132:11 140:8 162:8,16 199:16
**magazines** 71:6
**maher** 3:7
**main** 81:21 119:2 159:20
**maintaining** 69:21 70:3,7 70:12
**make** 9:19 12:15 23:4 31:14 32:17 34:11 47:18 55:7 56:1 80:10 81:6 101:18 111:16 111:21 113:19 117:15 122:2 130:22 132:4 132:12 139:4 151:5 162:4 187:16 192:7 192:10 194:2 216:7 222:21 225:8 233:22 247:12 248:7
**makes** 38:3 48:9 102:12 141:17 232:10 247:10
**making** 192:4
**management** 1:4,4 69:18 105:10 238:6 238:21 241:17
**manager** 243:15
**managers** 229:6
**managing** 222:8
**mandatory** 236:9
**manually** 170:17
**map** 108:19 110:12 111:11
**mapped** 110:8 110:11
**mapping** 111:4

**march** 34:20 97:10
**marjorie** 1:21 2:5 7:22 254:2 254:21
**mark** 12:10,18 92:9,13 95:17 226:3
**marked** 12:9 12:16 86:18,20 92:11 95:14,19 113:2,3 120:13 120:16 122:16 126:13 143:6 164:3 197:9,11 209:6,8 226:7
**market** 29:14 52:9 78:17 82:13 104:22 105:18,22 106:2,5,7 133:1,13 134:19 135:16 140:1,15 141:7 141:10 144:13 144:18 159:6 162:6,14 175:12,14 186:22 199:17 202:14 204:10 233:18 240:9 249:19,21
**marketing** 204:1 223:21
**marketplace** 234:22
**markets** 111:15 117:14
**marking** 86:16
**master** 70:15 109:3,11,19,22 160:14 194:16 194:17
**masterfile** 131:12
**materials** 24:20 25:8,18,19 38:21 55:15
**matter** 7:14 15:4 36:19 81:4,5 148:18 153:17
**mean** 13:1 15:8 24:8 25:17,19 27:9 37:4 46:18 47:6 60:4 68:2 74:19 98:12 99:18 106:8 123:2 125:5 129:17 131:3 131:15 133:11 138:2 146:22 147:12,12 173:11,14 178:22 183:3 192:20 196:1 197:21 211:19 218:11 231:18
**means** 35:13 46:19 47:1 106:6 125:5 136:16,17,18 137:5 138:12 144:18 201:18 204:7,8 205:20 208:7 211:21 223:11 229:18 231:16
**meant** 180:5 193:19 207:12
**media** 7:11 56:8 112:5 142:14 182:8 225:15 251:3
**medical** 12:4
**meeting** 22:22 23:2,12 85:5 135:2
**meetings** 23:13 44:11
**meg** 3:3
**member** 86:10 88:2 90:2 93:20
**members** 32:8 32:17,21 53:18 53:19,22 87:20 87:21 88:17 89:12,20 90:9 91:11,16 95:6 96:20 97:7,19 97:21 98:4,8 99:7 100:3,21 161:18 162:3 186:21,22 187:10 188:3,4 188:4 222:9 232:19 243:22
**memorandum** 5:15 95:12,20
**mention** 48:12
**mentioned** 30:11 33:2 42:22 61:10 93:15 101:20 166:13 188:1 243:10
**mentioning** 104:20
**mere** 250:1
**merger** 64:11 64:14 65:15
**merit** 2:5 254:3
**met** 8:21 14:19 22:9 159:3
**mf** 119:18
**mfir** 119:19,20 119:21 125:16 125:17
**mic** 111:22 223:19
**microphone** 225:9
**microphones** 7:5 56:5

142:11 182:5 225:12 250:22
**mifid** 125:9,9 125:16,17
**mifir** 111:14 115:7 118:16 118:20,22
**mike** 185:4
**millions** 246:19
**mind** 102:6,9 106:1,4
**minimum** 131:7,18 132:8 132:12,15 133:7 134:20
**minute** 76:19 79:10 122:11 126:5 189:10 214:12,13 224:16
**mischaracteri...** 40:6 128:5 156:20,21 170:5 176:18 177:19 236:21 248:3
**missing** 57:7
**misstatement** 193:17
**misstates** 124:12 138:8 189:4
**mistake** 132:11
**mistaken** 132:3
**misunderstand** 132:9
**misunderstan...** 90:6
**mixed** 148:15
**mixing** 138:15 171:1
**mm** 11:6,15 12:2,21 19:21 23:11 25:15,21 26:7,11,18 28:1,6 29:11 31:4,13,13 32:9,15 33:19 34:14 35:3,12 38:10 39:15 40:12,22 41:4 43:3,8,22 44:19 48:22 49:18 51:4,7 53:17 54:12 55:22 57:21 61:1,12 65:3,9 67:17 68:5,10 69:9 71:17 72:8,8 73:1 74:6 75:19 78:18 80:19 82:15,18 83:18 85:16 87:9,20 87:22 88:16 90:22 92:18 93:6,10,13,18 96:1,4,13,19 98:7 100:10 101:8 103:10 105:2 106:12 112:20 117:20 118:11 120:15 120:20 121:8 122:9 123:7,12 124:2 127:15 128:13 131:1,8 133:16 135:19 136:13 139:19 140:3 145:8 147:7 149:1,8 149:8,21 150:6 150:19,19 151:4 152:3,17 153:4,21 154:1 154:3,10 155:7 155:10 156:3 156:22 164:16 164:20 166:15 168:8,11 169:11,17,22 173:2 178:16 179:18 180:1 182:17,21 183:2 184:2 188:21 190:5 190:14 191:10 197:13,17,19 198:6,13,16,19 199:2 200:9,14 200:20 205:7 209:13 211:7 212:2,5,13 217:13 226:6 226:15 227:14 228:3,15 229:4 229:10,13 234:9,21 237:4 237:21 238:10 240:5 241:8,10 242:8 243:1,4 243:9 245:5 246:2 248:21 251:10
**mmm** 55:5
**model** 143:15 143:16 145:2,2 145:20 146:6 152:13,18 153:2 159:22 160:3,22 161:1 161:2,4 165:1 172:11 173:7 173:10,12 174:4,7,22 175:6 177:2 178:13,18 192:14
**models** 73:11 73:22 74:10,13 75:7,11 76:1 76:12 77:10,14 77:20 78:6
**moment** 12:18 12:19 21:22

28:2 29:5,10 64:13 96:14 113:5 152:4 174:21 197:16 209:11,17 210:12
**monetary** 88:7 89:7,10
**money** 101:18 248:15
**monitoring** 179:16
**monopoly** 135:18 136:20 138:12 139:18 141:3
**months** 24:10
**moody's** 181:13,14,17 181:18
**morning** 7:2 8:19,20 145:18 186:9
**motion** 5:17 95:13,21
**move** 28:15 48:13 136:6 174:13 232:4
**moving** 82:11
**multifarious** 200:12,15
**multiple** 49:5 233:16
**municipal** 159:19 201:14
**mute** 7:7

**n**

**n** 3:1 4:1 5:1,9 6:1 7:1 9:9,9 9:12 12:11
**name** 7:19 9:1 9:6,8 63:3 93:2 132:1 144:1 164:4,7 185:8 222:12
**named** 86:7 91:22 187:22
**names** 14:8 26:21 28:12 36:6 66:15 74:21 177:22 188:7 199:11
**national** 103:20 166:6 198:18 227:9
**native** 226:2
**necessarily** 134:9 208:18
**necessary** 160:12 183:1 204:13 249:15 249:18
**necessity** 238:13
**need** 11:16 20:22 38:6,14 47:15 76:10 104:14 107:22 108:6,10,15,21 108:22 109:1 109:13 111:12 134:6,9 144:13 144:20 150:1 163:18 183:7 183:15 191:6 193:14 197:16 197:21 212:21 213:5,18 215:7 226:9 239:19
**needed** 50:15 244:14,17
**needs** 158:21 213:14
**negotiate** 151:1 152:11
**negotiated** 70:18
**neither** 149:15 150:15 254:13
**net** 23:7
**network** 58:7
**neusser** 9:11
**never** 19:6 24:17 36:22 93:2 104:21 202:8 242:13 244:13 245:1
**new** 1:2 3:8,13 4:9 7:17 34:7 34:12 45:16 78:12 85:11 146:5 150:5 151:20,21 152:9 154:5,5 154:8 183:16 185:7,7 244:10 247:13,15,16 248:12
**news** 251:9
**newspapers** 71:6 166:5
**nice** 204:1 205:3,6
**niels** 185:4
**nna** 140:21 141:1 183:5 184:11 185:9 208:21,22 215:3
**nnas** 183:21 184:6,8,15 186:2,4,16 187:14 188:5 188:12 190:10 190:20 191:15 191:20 192:4,7 192:10,16,22 193:2,9 194:2 194:11,19 195:9,14,20 198:20 199:5 199:20 203:5 210:20 215:12 220:14 230:19

231:2,7
**nod** 10:3
**nods** 39:17 170:7
**noise** 62:12
**non** 65:12 119:21 146:5 159:18
**noncompliance** 34:5
**nonconfident...** 50:10
**normal** 165:17 221:7 248:16
**normally** 41:17 110:13 133:5 135:7 168:3 194:15 248:14
**notary** 2:6 254:5 255:20
**note** 7:5 8:7 28:13 29:19 38:19 128:2 135:12 225:2 230:3
**noted** 8:8 39:7 190:9 216:11
**notes** 48:3
**notice** 2:4
**notify** 160:18
**number** 1:22 7:11,18 56:8 65:15 95:18 103:17,19,21 112:5 131:17 132:5 135:6 142:14 163:7 166:10 173:18 182:8 187:1 221:19 225:15 226:3 235:20 251:3
**numbering** 110:20 132:11 166:7 198:18 227:9
**numbers** 151:9 221:21
**numeral** 183:20
**numerous** 83:16
**nw** 1:18 2:8 3:4 3:16
**ny** 1:22 3:8,13 4:9

**o**

**o** 5:9 6:1 7:1 79:13,13 103:9 175:21
**oath** 8:14 254:8
**object** 10:18 16:15 21:17 24:22 26:3 30:2 32:19 35:6 36:1 40:1 40:5,15 42:18 43:9 45:1,10 46:14 49:4 51:18 55:17 67:22 70:2,8 70:20 76:7 79:1 88:3,11 88:19 89:3,4 89:14 90:11 91:2,12 94:11 96:22 97:11,13 97:13,13 98:14 104:9 105:21 107:1,18 110:5 110:9 115:13 119:22 121:10 124:11 127:8 128:4 130:3 133:4,18 134:1 134:15,22 135:4 137:2 138:7 140:7,9 140:19 145:13 147:10 148:3 148:11 149:9 153:15 156:14 158:2,18 159:2 159:10 160:7 160:20 161:14 161:20 162:2 162:17 163:10 163:17 165:11 167:22 169:2 170:1,4 172:1 173:8 174:5,10 176:17 177:18 180:12,14 181:11,16 183:10 184:21 186:18 187:15 189:3 192:6 195:2,4,11,16 195:21 199:19 203:15 207:4 210:9 219:14 220:8 224:5 233:7 236:20 247:3 248:2 249:5,7
**objecting** 25:3
**objection** 28:14 189:6 216:7,9 216:10 220:6
**objections** 8:5 41:13,17,19 42:2,4,10 43:2 178:9 190:9
**obligated** 10:19
**obligations** 66:17
**observing** 141:10
**obsolete** 239:17
**obtain** 144:4,20 179:14
**obtained** 48:19
**obtaining** 169:14

**october** 1:15 2:9 7:4 254:19 254:22
**offer** 166:7 192:17 193:5 194:4,11,22 195:3,20,22 207:1,13 249:3
**offered** 175:11 195:14,19 245:20
**offering** 200:12
**offers** 192:18 193:3 194:16 206:13,14 237:18
**office** 238:4
**official** 120:17
**oh** 57:4 87:18 103:19 118:6 122:18 164:9 179:6
**okay** 9:18 10:5 10:14,22 11:3 11:11,18,18,22 12:7,16 13:3,9 13:14 14:10,18 15:6,17 16:17 18:2,14,19 19:10 20:5 21:11,21 22:14 22:21 23:10,15 24:3,6,12,18,18 25:4,16 26:7 26:15 27:16 28:22 29:3 30:14 33:1,10 33:13,16 34:10 34:19,21 36:2 37:10 38:4 39:9 40:17 41:1,5 42:8 44:17 45:6,14 45:20 46:3 48:11 49:13 50:20 51:15,22 52:7,22 53:13 53:21 55:6,11 55:20 56:14 57:6,12 59:4,9 60:7,13 61:17 62:12 66:8,22 67:14 70:13,22 71:14 72:16 73:6 74:5 75:5 75:15 76:6 78:1,15,19 79:7 80:9,21 81:6,13,19 82:10,11 83:22 84:6,19 85:2 85:22 86:20 87:14,20,22 88:5 89:18 90:19 91:20 92:8,15 93:1,3 95:1,10 96:10 96:16 97:5 98:2,10 99:3 100:18 101:1 101:19 102:16 104:6,16 105:17 108:20 109:17 110:7 111:18,20 112:11 113:11 114:4,14 115:4 115:8 117:12 117:16 118:11 119:12 120:7 120:15,16 121:8,15 122:18 123:19 123:21 124:5 124:20 125:15 126:1,9,18 128:8,17 129:10,20 130:11,14,19 131:5 132:18 136:10,19 137:9,16 138:1 138:14 139:10 139:16 140:14 141:5,15 142:8 143:11 144:12 144:17 145:7 145:14 146:21 147:3,7,14 148:6,21 149:12,18 151:4,13 152:11 153:1 153:10 155:17 157:9,19 159:5 161:17,22 162:6 163:6 164:1,9,14 165:4 166:11 166:18 167:11 167:19 168:2 168:12 169:5 170:15 171:20 172:7,19 174:1 175:4 176:6 178:1,13 181:13 182:1 182:13 183:19 184:4 185:17 185:20 186:8,8 186:14 187:9 187:21 188:2 188:16 191:2 191:22 192:13 193:1,7,15,22 194:8 195:12 196:5,8 197:4 197:10,10 198:4 201:3,15 202:4,11 203:13,18 204:17 205:4 206:4 207:16 209:10,16 210:8,11,13 211:17 212:1

214:18,22 216:1,16 217:10,14 218:7 219:8,11 220:3 223:1 224:9,14 225:5 225:20 226:12 226:13 227:8 227:11 228:1,9 229:7,20 230:2 232:1,17 233:13 234:16 235:10 237:14 239:12,22 241:2 242:9,20 244:21 245:8 245:16 246:12 246:21 247:7 248:18 250:14 250:19 251:8 251:14
**old** 232:16
**older** 152:20
**omission** 108:9
**once** 173:15
**ones** 74:16 78:10 119:7 125:18
**online** 227:3
**opens** 229:14
**operate** 75:7 76:2,4 77:15 174:4 183:1,15 249:18
**operated** 230:3
**operates** 75:18
**operating** 174:8 183:8 186:22
**operation** 238:4 249:12
**operational** 243:11,20,21 246:5
**operations** 73:11,21 74:13 75:6 76:2 77:15,20 78:6 159:15 235:21 237:18 238:8
**opinion** 52:18 54:1 150:7 153:11 155:3 155:11 156:11 167:12,20 168:22 175:11 177:15 183:7 184:1 186:17 202:14 216:17 239:14 242:19 245:2 246:22
**opinions** 25:22 35:4 42:10 163:1 177:11 233:17
**oppenhoff** 60:16,21 61:5 61:15
**opportunity** 226:14
**oppose** 52:17
**opposed** 27:11
**options** 200:10 200:22
**ordeal** 246:17
**order** 36:12,13 36:16,22 37:1 37:9,14,18 38:15 39:1,4 59:16 105:5 131:21 162:3 167:3
**ordinary** 219:1
**otc** 124:17 237:9,12
**otcs** 237:9
**outcome** 8:4 88:21 89:8,11 99:8 160:19 161:10 254:15
**outline** 57:5
**outside** 95:2 159:15 190:20 224:7 230:6
**overarching** 183:6
**overseeing** 184:14 247:15
**overview** 112:18
**own** 65:2,8,17 66:9 91:18 111:4 115:16 172:11 173:10 173:12 174:4 190:11
**owned** 231:20
**owner** 227:10

**p**

**p** 3:1,1 4:1,1 7:1
**p.m.** 142:12,12 142:16 182:6,6 182:10 225:13 225:13,17 251:1,1,5 252:3,6
**page** 5:2,10 6:2 6:13 9:20 20:22 26:6,8 26:10 72:6 73:9,10,14,15 73:15 79:9 87:19 93:4,7 95:11 96:10 112:12 117:17 118:4,5,6,7 122:4 123:16 127:14 128:9 130:15 135:20 135:21 136:8 137:14 138:13 138:15 139:5 149:19 150:18 153:19 154:15

154:21 155:9 157:6 164:14 166:19 168:6 169:6 172:8 175:5,6,11 177:11,16 178:12,21 182:18 189:15 197:8 198:5 199:22 200:19 211:6,16 212:4 217:14 222:5 223:21 234:1,7 234:10 237:17 240:2 242:22 244:22 255:6
**pages** 150:1
**paid** 51:12,16
**paper** 189:12 200:2 223:21
**paragraph** 79:8,9 127:14 127:16 128:10 136:12 138:17 150:18 168:5 169:7 178:14 178:15,21 189:15 190:2,3 191:8 206:12 222:2,5 240:3 245:7
**parens** 114:16
**paris** 85:3
**park** 4:9
**parse** 172:19
**part** 24:15 31:20 37:1 60:1,1,16 65:12 83:14 96:2 135:17 150:11 157:18 175:14,16 176:7,14 177:10,15 178:2,8 181:19 184:7,20 185:2 195:22 207:14 214:17 224:8 224:10,12 239:15
**participant** 134:19
**participants** 29:14 105:1 133:1,13 144:13,19 159:7 162:7,14 199:17 202:14 204:10
**participating** 89:21
**particular** 111:14 128:20 156:12 174:12 236:8 250:1
**parties** 7:9 41:17 150:22 152:10 219:4 254:14
**partners** 3:4 90:4
**parts** 42:7 47:13
**party** 8:2 85:4 144:5,22 181:9
**passage** 27:8
**passing** 32:12
**patrick** 3:19
**paul** 4:3
**pay** 160:14 162:7,12,15 163:8 165:13 171:9 175:1 204:20 205:2 246:19 250:5
**payable** 159:13
**paying** 51:8 165:9 204:18 223:3,6,8,10
**payment** 250:8
**pays** 171:7
**pending** 11:20 138:20
**penn** 3:12
**pennsylvania** 1:18 2:8 3:4,20
**people** 185:9 186:3 247:15
**percent** 30:6,9 66:6,7
**percentage** 65:7,10,22
**perfectly** 77:9
**period** 22:1 28:3 29:5 44:13 45:3 60:11
**permission** 219:5
**permit** 74:21
**permits** 227:2 228:10,13
**permitted** 36:5 177:3 180:22
**permitting** 177:6
**person** 101:18 109:21 244:9 244:14,16,19 246:9
**personally** 85:20
**perspective** 171:14
**pertain** 64:15 127:22
**pertained** 78:16
**pertains** 83:19 136:22 227:21
**peters** 1:21 2:5 7:22 254:2,21
**phines** 4:5

**phone** 15:3 185:16,19,20
**phones** 7:7
**phonetic** 235:14
**pick** 7:6
**picking** 62:12
**picture** 106:3
**pkennedy** 3:21
**place** 7:9 152:15 153:3
**placed** 8:13 219:13 254:7
**placing** 107:15 107:17
**plaintiff** 100:12
**plaintiffs** 1:7 3:2 5:15 13:8 13:16,20 14:1 14:5,9,19 18:21 21:13 22:3,9 24:14 24:15 48:18 54:3,14 55:3 86:8 88:14 91:10 95:12,20
**plane** 226:1
**plans** 241:12
**platforms** 78:22
**plaza** 3:12
**please** 7:5,7 8:6 8:7,11 9:7 11:2 11:16 37:22 41:10 42:20 69:12 76:8 82:21 173:9 182:5 195:18 198:3 214:4,22 218:18 226:16 230:3
**pleasure** 143:1
**plenty** 62:8
**plus** 29:16 177:2 181:1 184:12 186:4 236:10
**point** 15:11 44:12 53:12 108:22 109:1 146:19,21 173:15 186:11 225:6 232:5 233:4,9,9 235:17 242:21 249:20
**pointing** 152:22 222:5
**policies** 180:11
**poor** 79:12
**poor's** 34:8,13 39:13 41:20 85:10,12 130:9 135:18
**portfolio** 238:3 238:16
**portion** 228:12 237:15 240:1
**portions** 26:13
**position** 38:20 39:6 128:19,22 129:6 150:10 187:6
**possession** 224:22
**possibility** 89:21
**possible** 72:12 72:15 130:8 246:6
**post** 97:10
**postal** 9:10
**potential** 90:8
**potentially** 220:9
**potts** 3:15,17
**power** 139:18
**practice** 61:2 62:4 64:5 65:7 65:10 66:1 181:15,18 231:7
**practices** 21:3 21:9 51:2 55:16 100:9 127:11
**practicing** 63:15
**preamble** 121:3 121:5
**preceded** 17:13 21:13 31:11
**preceding** 17:1
**precise** 34:20 37:21 66:6 190:21
**precisely** 76:9 161:2
**predicated** 140:5
**preferences** 200:13 201:17 202:1
**preiss** 6:11 164:2,8,9,11
**prepare** 22:8 113:12 124:14 124:21
**preparing** 14:11,14 23:16 28:8 141:8 239:15
**prescribed** 111:13 129:1
**prescribes** 125:10
**prescribing** 118:17,18
**present** 4:12
**presentation** 205:3,6
**preserve** 30:3 172:11 173:6 173:10,11
**press** 50:18

**presumably** 134:12
**presume** 244:12,15
**pretty** 245:15
**prevail** 54:3
**prevent** 119:2
**prevented** 220:15
**previous** 121:20 216:9
**previously** 236:10
**price** 129:18
**prices** 129:13
**pricing** 78:21 129:14,17,22 130:7 207:19
**primarily** 115:7
**printed** 209:20
**prior** 219:5
**privacy** 28:12
**private** 7:6 101:18 248:16
**privilege** 16:21 17:1 187:17
**privileged** 90:16 115:18 115:18,22
**probably** 24:9 47:9 66:15 71:7 81:3,10 101:13 102:5,7 103:12,14,16 104:12 106:17 106:18,18,20 110:6 113:17 114:2 119:7 121:12 123:19 162:19,21 185:18 201:1,5 205:2,21,21 207:5,8,12,13 241:1 246:20 247:12
**problem** 90:5 104:20 132:5 136:4 158:5 180:16 232:19 239:4 246:10
**problems** 170:16
**procedure** 47:12 130:13 171:6 220:22
**proceed** 8:16 56:12 94:1,5 112:9 142:18 182:12 225:19 251:7
**proceeding** 8:6
**proceedings** 127:17
**process** 23:1 36:18 60:2 212:9
**processing** 222:9
**produced** 38:22 49:17,22 50:5,8,12 209:22 210:1,3 213:1 218:2
**product** 16:21 55:10 193:20 200:10,22 201:1 202:3 204:13 208:2,5 247:13 248:8
**products** 102:4 173:19 195:13 222:10
**professional** 67:16 74:17,18 78:11
**profit** 99:8
**profits** 101:18 222:14
**prohibited** 150:15
**prohibitive** 158:11
**prohibitively** 150:2 152:8 153:6,13 154:6 155:5,13 156:8 157:22
**prohibits** 129:14 147:21 148:8 149:16
**pronounce** 87:1,3
**property** 230:11 232:15
**proposed** 241:7
**protect** 230:6 231:9
**protected** 51:20
**protecting** 36:17
**protection** 36:4 37:18 230:21
**protective** 36:11,12,22 37:1,9,14 38:15
**prove** 222:20
**provide** 13:16 14:20 15:22 24:19 116:5 193:10 222:6
**provided** 32:1 116:6 219:4
**provider** 248:11
**provides** 67:20 154:4
**providing** 26:21 248:8
**provision** 149:2 149:14,20 150:4 152:9 153:14 154:7

155:14 214:1,6 214:10 217:4 219:9
**provisions** 158:12,15 245:2
**public** 2:6 42:3 42:6 166:2,10 166:13 169:14 170:13,18 171:10 173:17 178:10 197:14 200:6 243:17 254:5 255:20
**publications** 71:2,4,7,13
**publicly** 169:21 170:3 236:16
**published** 161:3,9
**pulled** 86:21 197:12
**purchase** 129:12 134:19
**purpose** 22:22 105:20 106:14 111:5 119:2 222:8 227:6 234:4
**purposes** 28:7 29:4 35:4 44:2 91:7 109:2 115:2,10 125:11 141:8
167:2 186:16 212:6
**pursuant** 2:4 38:15
**put** 72:4 92:16 101:22 124:9 126:11 132:10 143:2 163:20 172:14 214:6
**putative** 53:19 96:21
**putting** 89:9

**q**

**qualifications** 145:9
**question** 10:11 10:12 11:5,8 11:20,21 16:3 16:16 18:1 21:19 27:13 29:21 33:7,9 33:11 37:7 40:10 42:20 45:11 51:19 52:11 55:11 56:19 65:5 70:9 71:3 74:9 75:9 76:8 77:7 77:8,12 86:13 90:6 91:8 93:11,15,16 94:21 98:6 99:9,14,16
100:19 104:1 104:10,19,19 117:1 119:11 131:14 138:20 138:21 139:20 144:11 146:18 147:2,4,6 149:16 151:17 155:6 156:19 163:1,3,18 165:4 171:13 173:9 180:16 196:18 198:2,3 204:13 211:20 215:8 222:13 232:3 238:1
**questioned** 180:18,22
**questions** 9:3 10:1,16,18 12:20 13:7 15:5,10,11 29:4 37:21 54:10 66:19 73:8 90:14 100:4 126:15 171:2 197:15 212:22 214:14 216:8,8 217:21 220:1 226:11 248:18 249:8 250:17 251:13 251:21
**quick** 55:21
**quite** 135:6 173:17
**quote** 135:13 234:7 235:19 237:16 239:13
**quoted** 238:11 239:3
**quotes** 212:8
**quoting** 150:3

**r**

**r** 3:1 4:1 7:1 9:9 9:12,12 92:5 92:15 199:14
**raised** 13:8
**range** 200:10 200:21
**rather** 141:21
**rating** 78:13
**ratings** 78:8
**rationale** 149:14
**reach** 25:22
**reached** 15:20 16:5 18:22
**read** 19:9 26:17 27:5 33:4,15 35:9 39:20 42:4 46:16 50:10,11,19 55:8,9,10 93:12 96:14,17 98:20 99:2,12

HIGHLY CONFIDENTIAL

**[read - redactions]**                                                Page 41

| | | | |
|---|---|---|---|
| 125:12,18,21 | **real**  71:12 | **receives**  173:21 | 132:6 142:10 |
| 128:11 131:15 | **really**  53:11 | **receiving** | 142:17 143:22 |
| 150:20 152:5 | 76:21 81:17 | 114:11 222:8 | 144:5,15 |
| 152:10 164:14 | 82:1,5 83:8,12 | **recent**  185:22 | 145:15 147:16 |
| 164:18 167:6 | 84:5 85:1 | 242:5 | 148:5 149:11 |
| 168:9,12,19 | 99:10,17 | **recently**  187:7 | 150:21 151:6 |
| 169:9,18 | 125:21 149:10 | **recess**  56:6 | 154:17,17,20 |
| 172:17 179:5,7 | 196:7 208:10 | 112:3 142:12 | 159:7,9 162:8 |
| 179:10,19 | 213:19 | 182:6 225:13 | 162:16 163:9 |
| 188:18 190:6 | **realtime**  2:6 | 251:1 | 163:16 164:19 |
| 190:15 211:3 | 19:14 42:14 | **recognized** | 171:14 177:13 |
| 213:12,20 | 95:18 98:21 | 124:7 129:6 | 182:4,11 190:7 |
| 214:2,3,9,13,19 | 103:7 116:14 | **recognizes** | 191:18 194:15 |
| 214:22 218:18 | 151:14 170:8 | 136:21 | 206:6,8,11 |
| 218:18 220:12 | 175:19 179:2 | **recollect**  128:7 | 209:19 218:19 |
| 224:3 225:3 | 183:17 200:3 | **recollecting** | 223:9,13,14 |
| 226:14 228:13 | 222:3 254:4,4 | 22:4 | 224:17 225:11 |
| 230:22 232:14 | **reason**  12:4 | **recollection** | 225:18 227:1 |
| 237:22 240:6 | 78:2 79:5 | 92:20 127:21 | 227:22 228:7 |
| 240:11,16 | 119:3 161:6 | 150:16 161:3 | 250:21 251:6 |
| 253:4 | 175:3 230:10 | 197:5 | 252:4 254:9 |
| **readable**  161:7 | 244:18 246:4 | **record**  7:3,10 | **recorded**  1:14 |
| **reading**  73:20 | 255:6 | 8:9,21 9:7,15 | 2:2 7:12 56:9 |
| 96:15 223:20 | **reasons**  28:11 | 9:15 10:7,15 | 112:6 142:15 |
| 227:12 228:2 | 104:6 119:6 | 11:8 12:13 | 182:9 225:16 |
| **reads**  127:17 | 120:10 162:11 | 18:3,10,12 | 251:4,22 252:1 |
| 150:22 166:21 | 188:6 237:17 | 30:3 31:15 | **recording**  7:8 |
| 183:20 190:6,8 | **recall**  63:10 | 33:4 46:8 52:1 | **records**  190:11 |
| 203:4 212:6 | 84:21,22,22 | 56:4,11 63:2 | 223:17 |
| 218:19 | **receive**  21:14 | 71:19 76:20 | **redacted**  41:19 |
| **ready**  24:16 | 58:14 172:14 | 77:7 84:8 | 41:21 |
| 112:14 113:5,6 | 227:3 | 93:14 109:14 | **redactions** |
| 143:10 197:18 | **received**  49:12 | 112:2,8 122:3 | 43:14 |
| 197:20 209:18 | 57:22 58:16 | 131:3,12,16,17 | |

**redeker** 60:19 60:19 61:8,15 61:17
**redistribute** 219:3 229:19
**redistribution** 219:13
**redlined** 49:6,9
**reduced** 130:6 254:11
**refer** 28:17 143:9 176:19 228:19
**reference** 33:17 41:3 79:9 94:16 117:18 167:2 188:18 193:10 201:16 202:5,19 203:19 205:8 208:12 211:8 228:16 230:11 238:6,21 243:7 243:19
**referenced** 35:10 71:18 121:2 199:1 243:2
**references** 119:21 191:8 205:11
**referencing** 94:21
**referential** 198:11
**referred** 43:13 128:15 201:12
**referring** 33:22 34:1 35:16 39:16,22 40:14 50:6 93:19 94:4,10 126:7 154:13,18,20 180:3,4,6 203:22 204:4 205:16,18,19
**refers** 107:5,10 128:6 200:16 220:12
**refiled** 85:14
**refine** 147:3
**refinitiv** 74:5
**reflect** 239:5
**refrain** 26:20
**refresh** 92:20 197:5
**regard** 71:5,12 121:6
**regarding** 19:17 20:3,9 20:18 21:2,16 27:3 36:2,16 40:19 44:15 45:15 51:2 53:1 55:7 66:20 91:17 94:5 95:9 112:19 116:12 163:14 188:5 188:10 220:6 238:12 242:7
**regardless** 108:1
**regards** 135:15
**regime** 230:7
**registered** 2:5 254:3
**regularly** 83:14
**regulating** 115:6
**regulation** 6:6 36:4 111:14,15 115:5,6 118:18 120:13,17,22 121:9 125:7
**regulations** 118:17 121:21 125:8,12
**regulatory** 105:14,15 112:18 116:10 117:6,9 249:16
**reinstalled** 176:4
**reintroduce** 8:22
**rejected** 47:13
**relate** 62:6 104:14
**related** 8:2 51:10 63:10 227:4 254:13
**relation** 127:18 238:4
**relationship** 115:17
**released** 251:15
**releases** 50:18
**relevance** 50:15 115:3 139:14 203:11 204:2,3 207:6 207:18
**relevant** 21:15 41:8 51:20 118:15 140:1 190:22 213:12
**relied** 25:20 45:7,12 46:15 46:16,19,19 47:1,3
**relief** 90:21 91:8,9 100:13
**rely** 44:1 45:12 46:20 47:21
**relying** 35:1 42:9 46:11 47:17 176:8
**remain** 150:22 152:11
**remedy** 160:17 161:19
**remember** 30:19 31:8,9 65:13 67:8

73:2 81:17,18 82:4,4 84:2,2 85:3,3,4 144:10
**reminding** 150:8
**reminds** 232:16
**remove** 185:16
**rendered** 127:1 234:17 235:5 247:5
**rendering** 163:1
**renders** 239:16
**repeat** 42:21 157:16 171:2 195:18 213:8
**rephrase** 11:4
**replace** 236:7
**replaced** 235:8 235:21 237:19
**replies** 50:11
**report** 5:11 6:4 6:8,10 12:8,17 13:1,7,11,16 14:11,14,21 15:5,22 16:5 20:21 23:17,17 23:20 24:16,21 26:2,5,14,20 27:17,19 28:8 28:18 30:20 31:3,16 35:5 44:2 46:12 48:10,18 54:15 54:19 55:8 71:1,11 73:10 73:16 81:2 82:17 101:4 112:12,16 113:2,4 115:11 119:1,4 122:19 124:6,9 125:13 126:2,13 128:2 128:5,6 135:12 136:1,2,5 138:4,15 139:5 139:15 141:8 143:3,3,6,8 149:22 150:1 151:7 153:17 154:21 155:9 156:18,21 157:7 166:18 168:13 182:16 189:19 190:4 193:10,17 207:6 213:10 213:13 220:11 221:4 222:18 224:7,8 233:16 234:1,4,4,5 239:15 240:2 248:20
**reported** 1:21 42:5
**reporter** 2:5,6 5:6 7:21 8:11 79:13 116:16 116:22 179:12 254:1,3,4
**reporting** 105:14,16 107:22 108:11 108:16 109:2 111:12 117:6 117:10 118:22 124:16 125:11 168:21 236:8 238:5,6,19 239:19 249:9 249:16 254:3
**reports** 54:14 165:16
**represent** 9:2 19:16 21:7 50:22 52:5 114:5 226:4
**representation** 20:7 21:16 55:15
**representatives** 83:17 89:22 90:9 95:6 184:13,19 185:1
**represented** 19:19,22 20:12 51:5 65:15 66:18 67:1,4
**representing** 7:20 20:16 39:18 62:9 63:3 184:9 217:17,21 218:6,12,13
**represents** 149:5
**reproduce** 212:9
**request** 16:5 115:9 168:14 188:15 224:18 224:18 225:6
**requested** 19:14 42:14 98:21 103:7 116:14 151:14 170:8 175:19 179:2 183:17 200:3 222:3
**requesting** 90:20 91:8
**requests** 210:5 210:7
**require** 181:7 238:8
**required** 168:13 240:10 249:12
**requirement** 168:21
**requirements** 112:19 116:10 117:6

**requires** 167:13
**research** 1:10 3:10 9:3 104:8 104:12,13 105:18,22 106:2,6,8,9
**researched** 115:1
**reserve** 224:18
**reserves** 225:3
**resources** 156:12 169:14 170:13
**respect** 21:8 27:1 31:2,16 35:1,14 39:22 41:7 42:10 49:10 51:8 52:6 66:19 67:2,5 75:13 75:14 84:1,9 114:6,8 127:12 136:22 183:8 186:1,3 190:22 233:19 236:8
**respective** 227:10 230:21
**respond** 37:20
**responding** 10:1
**response** 10:6 69:11,13 82:20
**rest** 13:22 14:5 91:19 119:5 165:8
**restricted** 145:2
**restricting** 179:15
**restriction** 173:18 179:21 182:22 183:22 191:12,16 217:6,8 219:15 229:22
**restrictions** 174:3,9 179:15 183:8 188:10 191:19,21 219:13 229:11 249:17
**restricts** 178:17 178:18
**result** 143:18
**retained** 13:15 14:16 18:6 22:1 28:4,20 29:6 53:9 186:10 241:5 252:2
**retention** 17:2 17:13 18:7,22 21:13 31:11
**retired** 185:6
**return** 247:14 248:9 255:4
**reuters** 124:8
**rev** 6:15 209:6
**reveal** 15:16
**revenue** 247:11 247:12
**revenues** 175:2 245:18 246:1 247:6
**review** 19:3,11 55:14 213:5
**reviewed** 49:15 49:21 50:7 54:13,15,19 146:16 147:8 147:12 241:11
**ric** 124:8
**rico** 103:13
**right** 14:3 15:18,18 23:12 24:1 31:8 34:18 40:4,16 45:22 56:21 57:15 60:3,22 61:6,18 63:20 65:2,8 67:8,18 68:19 71:16 75:2 76:22 87:17 102:10 110:12,12 132:21 133:17 135:5 144:2 153:14 154:11 156:16 159:1 162:18,20 166:14 168:9 169:21 185:8 193:20 197:3 198:8 199:18 199:21 200:7 200:21 203:14 212:7,8 216:6 224:18 225:3 228:4 229:1 234:14
**rights** 230:11 230:19 232:15
**risk** 172:13
**rkane** 3:9
**rmr** 1:21 254:21
**roman** 183:20
**rooms** 85:5
**rsa** 1:21 254:21
**rudolf** 241:15 245:19 246:11
**rules** 9:5,6,19
**ryan** 3:7 4:13 7:19
**rädler** 60:16,22 61:5

**s**

**s** 3:1 4:1 5:9 6:1 7:1 9:12,12,12 9:12,12 79:13 79:13 103:9 175:21 199:14 199:15

**s&p** 1:9 4:7 7:15 27:2 39:12,13,19 40:10 41:7 43:7,14 48:19 48:20 49:6,8 49:11,12 53:5 53:8,11 85:19 86:3 141:3 190:13 200:2 255:2
**s&p's** 127:18
**safe** 251:17
**san** 4:5
**sanction** 246:18
**sanctions** 241:9 241:12 242:7 245:1 247:5
**saved** 103:22
**saw** 19:7 41:20
**saying** 23:2 38:14 81:10 115:21 204:14 230:18 231:19 249:21,22
**says** 46:21 57:19 73:17 87:20 109:15 114:15 138:10 138:11 156:18 158:9 164:21 191:1 206:13 211:12 221:15 221:22 222:16 228:1 235:7
**scanned** 125:20
**scenario** 231:21
**scl** 3:14,17
**scope** 44:5,18 159:16
**scott** 164:8,9
**scroll** 87:12
**second** 59:18 73:19 79:9 108:10 117:17 118:7,21 122:4 123:16 152:12 159:15 179:8 183:19 185:15 199:22 205:11 211:5,15 249:14 250:10
**secrecy** 66:17 78:12 188:6
**secret** 74:17,18
**secrets** 36:7
**section** 148:22 149:4,19 182:20 214:11 218:18 220:7 229:8
**sector** 61:15 62:7 64:8
**secure** 18:7,22 91:9 95:5 100:13
**secured** 113:21
**securing** 32:7
**securities** 68:12 105:1 109:8,22 140:21,22 145:4 186:21 198:15,22 239:11,21
**security** 70:15 103:21 109:3 109:11,19 222:9 238:9 246:18
**sedol** 103:5,9
**see** 37:12 40:21 41:20 49:1,19 65:14 67:7 73:13 74:7 79:15,16 82:17 82:22 87:15,21 92:2 94:2,3 96:11 97:3,20 98:11 114:17 117:22 118:8 118:12 121:2,7 121:8 123:8,13 123:17 127:19 131:9 135:22 152:2 157:2 158:8,13 164:9 166:4 168:17 169:11,16 175:6,8 177:3 178:20 179:9 187:9 202:22 203:3,16 206:16 207:5,7 207:21 208:10 208:14 211:8 211:15 219:7 229:16 234:10 236:1 242:11 242:12 243:5 245:6,9 249:22 250:9
**seeing** 92:19
**seemingly** 243:11
**seems** 88:4 137:12 227:18 227:19
**seen** 49:7 93:2 96:7 120:21 147:12,14 192:14 194:9 210:16,19 212:14 213:1 215:17 216:4 218:3 222:17 226:19
**segregating** 30:17
**select** 158:16
**selling** 129:13
**sells** 135:2 180:19
**senior** 64:3

**sense** 27:20 141:17 248:7
**sensitive** 7:6 238:7
**sent** 161:7,8,11 161:13
**sentence** 26:16 27:9,14 33:4 33:15,20 35:9 39:12 40:8,20 41:8 46:16 48:14 49:14 50:6 73:19 127:16 136:11 153:22 155:2 166:20 168:9 169:7 172:21 179:5,7,8,10 183:20 188:18 240:6
**sentences** 233:20
**separate** 29:9
**separately** 117:1 181:20
**september** 13:22
**serve** 131:18
**service** 131:13 176:1 181:20 183:12 192:17 192:19 193:3,5 193:19 196:10 196:11,13,17 196:21 197:22 198:8 199:6,16 205:3 206:14 207:3,14 209:14 223:4 227:22 228:1,7 228:8,13 229:14 230:22 241:7,9,13 242:7,12 243:10,19 244:3,10,13,16 245:1,17,22 246:5,20 247:5 247:17 248:11
**service's** 181:21
**services** 61:15 62:7 64:8 65:11 67:21 72:19 73:4 76:5 97:8,9 140:16 180:8 181:3 194:11 195:3,13,17,19 195:22 200:11 205:9 222:6,7 222:11 240:9 246:13
**servicing** 222:7
**session** 81:8,11 81:22
**sessions** 80:7,8 81:21
**set** 25:22 42:17 95:3 129:19 130:21 132:14 132:20 134:20 146:6 200:16 227:6 233:14 254:18
**sets** 182:20
**settlement** 69:7 105:7 238:4
**seven** 252:1
**several** 23:6,21 23:22 24:8,9 199:8,10
**sftp** 208:6
**shakes** 181:6
**shearman** 63:19 64:7,18 65:1
**sheet** 5:7 253:8 255:1
**sherman** 129:1 129:7
**shift** 101:1
**shinder** 3:11,12 3:15 5:4 8:18 9:1,2 16:18,22 17:7,10,12,16 17:20 18:2,14 18:15 22:20 25:10 28:13 30:2 37:6,10 37:13 39:6,8 43:11,16,17 51:22 52:4,8 52:21 55:20 56:1,13 62:16 62:21 63:1 68:4 69:12 76:15,18,22 77:4,8,11 101:6 111:18 111:21 112:10 117:4 135:21 141:18 142:1,8 142:19 151:8 154:14,19 163:20 164:1,6 182:1,13,14 185:21 189:17 193:15 209:21 210:1,4,11,14 216:10 217:20 218:5,13,17 224:15 225:5 225:20,21 250:15 251:8 251:11,15,17
**short** 56:22 60:11 72:18 93:12 104:20
**show** 86:16 95:10 96:2 112:21 120:2,5 120:11 158:4 197:4
**showed** 217:6

**shows** 124:15
**side** 93:7 200:8 200:21 202:19
**siebel** 241:15 246:11
**sight** 88:4
**sign** 159:13 165:2 172:10 202:8 225:4
**signature** 253:14 254:16 254:21 255:18
**signed** 36:22 37:8,14 224:21 227:18 253:8
**significant** 57:10,13 60:12 141:13
**signing** 37:12 169:9,12
**signs** 223:2
**similar** 52:6 78:21 107:7 180:11
**similarly** 1:6 119:20
**simple** 119:13 136:7 234:1 237:2
**simplified** 165:12
**simply** 90:18 190:11
**single** 153:12 181:21 228:10
**singular** 176:19 176:20 177:8
**sipug** 5:12 86:10,18,21 87:1,7 88:2,22 89:7,9,11,17,19 90:7 91:16 93:21
**sipug's** 91:11
**site** 83:17
**sitting** 14:3 210:5
**situate** 26:19 92:12 122:7 179:10 235:18
**situated** 1:6
**six** 74:4 169:8 199:15 230:4
**sixth** 72:13
**size** 248:11
**slacheta** 3:3
**slow** 16:2 43:4
**small** 28:21 42:7 166:9 175:2 248:8,9
**smith** 185:4
**sold** 130:12 181:19,22 231:2
**sole** 138:2 242:6 249:2
**solely** 229:14
**solutions** 7:20 8:1 252:3
**solvency** 117:21 118:2 118:14 119:14 119:17 121:2,9 122:22
**sorry** 38:5 62:22 97:17 118:6 126:11 130:17 136:3 189:20 224:6 230:12 237:1
**sort** 182:19
**sotto** 96:15
**source** 137:7,8 190:12 198:10 231:10 242:6 242:11
**sources** 138:10 165:19,22 166:2,13 169:15 170:13 170:18 188:22
**southern** 1:2 7:17
**sparring** 39:7
**speak** 14:6 15:8 18:20 32:21 45:4 81:16 83:7 187:12
**speaker** 82:6,7 83:15
**speaking** 36:7 59:10 65:20 84:22 98:3 107:4,6 131:16 207:9 220:5 221:1 230:17
**speaks** 219:10
**specialist** 187:5
**specific** 15:4 36:5 40:9 44:13,16 45:2 47:8 48:9 101:14 108:5 126:14 192:14 232:12 233:11 233:20
**specifically** 31:2 84:21 177:21
**specified** 109:8
**speculating** 231:16
**speculation** 215:18,20,21 215:22 216:19 231:19
**speculative** 231:22
**spell** 9:10 59:14
**spelled** 79:13 92:3
**spend** 23:19
**spending** 248:15

**spock** 4:8
**spoke** 13:20,21 14:8 15:1,3,7 15:10,19 16:4 28:20 32:2 34:9 80:7 81:8 81:10 83:7 145:17 177:14 184:13,19 185:2,8 187:9 188:4 241:18
**spoken** 54:17 54:22 55:2 79:17 83:1,10 83:16 84:8,14 186:19,20 187:4,6,13
**sponsors** 87:17
**ss** 87:15
**st** 3:16
**standard** 34:8 34:13 39:13 41:20 85:9,12 129:19 130:9 135:17 227:6
**standardized** 203:19 204:8 204:11 249:11
**standards** 204:9
**standing** 216:7
**stands** 189:7
**start** 26:16 46:4 59:20 166:19 180:2 197:18 198:4 200:7 210:15
**started** 12:3 34:2 65:2,16 119:16 184:11 186:6 231:13
**starting** 164:15
**starts** 124:7
**state** 8:6 9:6 47:13,14 59:18 150:2 151:20 185:11 191:6
**stated** 185:9
**statement** 30:21 38:9 41:12,16,18 42:2,3,9 43:2 121:20 135:14 137:10,18 138:3 139:4,7 139:7,9,9 141:2 157:6 178:9 189:1 190:9,19
**states** 1:1 7:16 75:8,12,13,18 76:3 77:16 97:4 99:6 102:15 128:18 151:20 249:15
**statistics** 159:11 162:10 163:4,5
**stay** 182:15
**staying** 39:11 48:12 56:14
**stenographer** 19:15 42:15 95:18 98:22 103:8 116:15 151:15 170:9 175:20 179:3 183:18 200:4 222:4
**stenographic** 8:8
**stenographic...** 254:11
**sterling** 63:20 65:1
**stipulation** 17:5,7,8 18:4
**stock** 78:21 101:17 166:3 250:18
**stocks** 101:20 236:16
**stop** 15:13 39:20 58:12 62:18 76:18,22 77:1 128:12,20 192:1 198:21
**store** 212:9
**story** 181:3 234:6
**strasse** 9:11
**strategic** 172:15
**streamlined** 200:12 201:16 201:22
**street** 4:4 9:11
**stretch** 142:21
**strike** 14:12 25:18 28:3 47:7 48:16 61:13 74:11 160:15
**structured** 165:10
**studied** 57:19 73:10,17 74:9 74:12 75:6,11 76:1,4 77:14 78:5,22 79:2 184:6,8
**study** 76:11 77:19 78:16
**studying** 75:3
**stuff** 136:7
**subject** 16:13 58:5 66:16 142:7 145:9 148:18 149:17 153:17 173:17 210:4 224:17
**submit** 127:2
**submitted** 54:14 55:4 71:10

**subscriber** 229:15,19 247:16
**subscribers** 227:3 228:14 228:17 236:13
**subscription** 97:8 151:22 200:11 205:8 207:14
**substance** 17:6
**substitute** 199:8,9
**successful** 88:14
**suffer** 87:5
**sufficient** 50:17 131:20 132:15 191:6 239:8
**suite** 3:20
**summary** 56:21
**supplement** 114:12
**supplied** 181:9
**suppliers** 181:5
**supply** 78:6,20
**support** 5:16 95:13,21 137:10,17,21 138:3 233:17
**supporting** 14:13
**supposed** 222:19
**sure** 7:7 9:19 9:20 12:15 23:4 30:6,12 30:22 31:14 32:17 34:11 37:3,5 45:16 45:22 47:5,18 48:8 51:19 55:2 56:1 64:13 70:21 71:5 80:10 81:6 82:6 83:2 84:3 91:17 100:2 108:12 111:16,21 113:18,19 114:3 126:22 132:9,13 145:22 148:13 148:14 188:13 189:18 193:2 202:10 216:7 222:21 225:9 230:5
**surely** 186:7,7
**surprised** 196:7
**swaps** 102:4
**swear** 8:11 242:17
**swift** 240:19,20 241:3,5,12,18 241:18 242:12 243:7 244:2,7 244:10,19 245:1,18 246:9 247:1,4,9,10,18 248:6
**swift's** 243:10
**swiss** 86:10 87:16 88:2,6,8 89:17 90:20 100:16 157:10 157:16
**swisslife** 1:3 86:8
**switches** 62:17
**switzerland** 93:21 157:17 157:18
**symbol** 103:15
**system** 52:17 167:4 231:12
**systems** 1:10 3:10 9:3 58:22 63:17 64:21 67:2,5,8,11 110:14 111:2,4 254:4

**t**

**t** 5:9 6:1 9:12 175:21 199:14
**take** 7:9 11:14 12:18,19 26:13 36:21 54:11 55:12,20 56:1 83:14 87:10 96:5,10,14 111:18,21 113:4 116:17 141:16,22 142:3,7 143:10 148:22 150:17 153:19 159:7 162:4 163:15 182:1 183:15 183:19 197:15 197:20 209:11 209:17 210:12 217:3,14 224:15 225:5,8 225:9 226:9 228:12 240:1 248:7 250:15 250:18
**taken** 2:4 7:13 38:20 57:14 87:7 92:14 163:9 235:4 254:6,10
**takes** 30:7 170:12
**talk** 10:9,13 22:2,17 24:13 27:22 31:10 32:16 43:4 53:15 59:4 79:10 126:5 182:20 187:20 210:10

**talked** 25:11 50:21 85:6 188:19
**talking** 29:5 65:18 116:18 116:18 138:15 159:8 173:1 177:11 184:9 231:21 242:13
**talks** 244:7
**tapped** 62:20
**team** 14:12
**technical** 70:6 70:11,13
**telecommuni...** 60:20 61:10
**telekurs** 199:9 199:13
**tell** 28:11,16 31:7 37:2 47:14 48:2,4 53:2,2 65:14 66:2 67:6 74:17 79:20 81:15 83:12,12 84:5 85:1,20 86:5 100:22 112:14 143:10 159:12 162:11 162:18 169:9 188:4 196:4 199:10 201:10 202:7,10 203:10 206:3 209:17 210:5 220:4
**telling** 100:6 214:8,13
**tells** 46:19
**template** 209:14 210:16 218:15
**ten** 82:9
**tenor** 38:13
**term** 27:7,14,14 27:18 31:18 36:11 47:4 101:4 110:12 155:8 208:7 209:3 216:3,17
**terminal** 167:9 167:14 169:1
**terminals** 167:5,8,16
**terminology** 131:7
**terms** 23:16 57:7,9 151:1 195:15 212:18
**testified** 8:14 27:20 85:18 100:8 169:20 170:2 248:19
**testify** 23:3 217:22 224:4,6
**testifying** 29:12 47:20 94:19
**testimony** 12:5 19:6 89:10 95:3 97:6 98:18 124:12 132:13 138:8 156:21 160:15 163:13,19 170:5 175:10 176:18 177:19 186:10 188:8 189:4 206:21 216:14 220:6 220:10 224:1 236:17,21 247:18 248:3 249:3 253:5,6 254:10,10
**text** 124:6,22 204:1
**thank** 9:13 12:7 20:5 34:19 48:11 49:13 50:20 65:6 73:6 75:15 77:18 79:7 87:18 91:20 102:16 103:22 114:14 115:8 117:12,16 118:9 123:3 126:9 128:10 139:16 142:22 145:14 151:8 163:6 168:4 169:5 172:7 173:5 188:16 202:4 205:4 217:10 230:2 233:13 237:14 244:21 251:16 251:19 252:5
**theoretically** 97:2
**thesis** 59:21 72:22
**thing** 30:5 38:5 52:13,20 97:21 107:7 108:8 116:20 119:8 130:5 213:15 214:9,14 250:6 250:10
**things** 9:21 42:9 45:22 57:11 108:4,5 116:21 122:21 135:7 146:4 233:15
**think** 13:21 23:1 25:5 29:21 38:13 46:5 47:7 49:5 50:14 51:21 52:1,12 53:4 54:5,7 55:13 58:19 61:22 62:13 78:11 79:20 80:1

81:4 83:2,3,4,5 101:14 116:6 118:3 120:4 125:20,21 138:14,19,20 145:22 147:5 148:14 154:12 158:22 163:17 164:12 171:1 183:12 185:12 186:9,13 193:7 206:7 207:17 210:8 212:20 213:14,16,19 216:12 222:18 234:20 235:1 242:3,4 248:13
**thinking** 62:18
**third** 117:18 118:3,5,6 123:6 144:5,22 178:20 181:9 219:4 233:2 249:17,20 250:3
**thought** 28:22 69:1 80:13 90:3 151:9
**three** 13:7,20 29:20 30:16 61:9 74:4 249:8
**ticker** 103:15 124:8
**tickers** 235:7,8
**time** 7:8 8:7,10 10:17,17 15:1 24:5 26:12,12 29:9 44:14 56:3,10 59:19 59:19 60:15 81:15 89:2 92:13,13 97:9 101:15 112:1,7 116:18,22 140:6,8,12 141:3 142:9,16 153:6 169:13 170:12 175:15 182:3,10 185:12,22 186:15 187:5 195:5 197:20 212:21 218:3 225:10,17 226:9 232:20 233:2 235:2 242:4 250:20 251:5 252:3
**timely** 203:5
**times** 16:8 22:2 22:5 49:5 83:10 233:16
**tired** 135:6
**tissue** 193:14
**title** 62:1 64:2
**today** 7:21 9:4 12:5 22:8 36:12 37:17 96:8 100:4 116:21 120:22 146:7,9 147:18 160:5 188:20 189:18 210:6 210:16,19 212:14 226:20 238:16 252:2
**today's** 7:4 251:21
**told** 78:3 177:20 188:9 232:6 233:4 245:19
**toms** 175:17,21 176:1
**took** 24:4
**top** 72:6 73:15 114:15 153:20 155:9 179:1 200:18 202:6 202:11
**topic** 58:8 249:2
**topics** 226:1
**total** 23:8 252:1
**towards** 15:2 87:12 139:22 186:11
**trade** 104:21 107:15,17,20 186:4
**traded** 236:16
**trades** 68:12 132:4
**trading** 104:18 105:1,6
**train** 62:22
**traineeship** 59:17
**training** 60:5
**transactions** 69:8 105:8 249:16
**transcript** 225:4 254:9
**transcription** 253:6
**transferred** 38:2
**transparency** 202:21 203:9
**travels** 180:9 251:17
**treasuries** 102:1
**treated** 245:14
**treaty** 128:12 128:15,16
**treuhandanstalt** 59:8,21
**trick** 37:6
**tried** 113:16
**tries** 230:5
**trip** 143:9

**true** 30:13 61:19 68:1,5 94:20 98:16 108:15 148:4 148:16 150:9 154:22 155:1,2 253:5 254:9
**truthful** 12:5
**try** 10:10,13 16:2 43:4 172:20 231:9
**trying** 44:4,17 45:14 49:10 76:20 77:6 139:1
**turn** 56:15 73:9 117:13,17 130:14 182:18 189:15
**turned** 146:3
**turns** 116:19
**twice** 22:9 181:22 248:13
**twisted** 42:20
**two** 23:13 29:22 59:17 146:1 221:21
**type** 47:4 131:11 212:12 214:17 215:13 219:2
**types** 29:13 125:2 145:4
**typewriting** 254:12
**typical** 216:3
**typically** 110:8

**u**

**u** 9:12 92:5,15 199:14
**ugly** 85:5
**uh** 10:4 33:16
**unclear** 40:2 77:7
**under** 8:14 99:6 129:6,16 129:22 144:7 183:20 198:7 200:10,21 212:18 225:6 228:4 254:7,12
**undergone** 125:8
**undergraduate** 58:15
**undermine** 152:1 174:3 231:12
**understand** 10:21 11:10 12:1 17:17 30:16 32:6,22 33:6,12 34:22 37:21 38:8,13 39:10 40:7 44:4,17 45:22 46:5,22 47:8 48:5 53:7 73:7 80:10 81:7 82:2 104:13 106:5,10 113:19 114:19 116:2 124:21 126:7 129:17 132:13 133:10 133:19 153:18 155:8 171:14 172:20 177:8 188:8 201:17 203:21 204:3 205:15 207:11 213:6,11 214:1 214:6 215:14 216:14 219:9 220:16 228:16 229:18
**understanding** 38:16 46:2 94:9 99:5 101:10 107:13 108:11,14 127:10 129:5,9 129:21 133:12 136:14 149:13 195:8 206:19 207:12 218:4 235:16
**understands** 37:4
**understood** 11:9 98:6 130:1
**undertake** 218:22
**undertaken** 95:4 186:15
**undertakes** 218:20
**unfair** 76:21 129:12
**union** 120:18 150:4,11 153:12 154:7 155:12,19 190:10,17,17 190:20 191:1,4 191:15
**unit** 7:11 56:8 112:5 130:12 141:3 142:14 182:8 225:15 251:3
**united** 1:1 7:16 75:8,12,13,18 76:2 77:16 97:4 99:6 102:15 151:20 249:14
**units** 252:1
**universe** 107:12 108:8 155:18 159:21 160:2 166:12

236:11 239:5,6 239:21
**university** 57:20 59:7,22
**updated** 208:9
**usage** 116:12 117:7 162:4 165:16 182:22 183:7,15,22 184:16,17 185:10 188:10 191:11,15,19 191:21 217:5,7 229:22 249:17 250:1,5
**use** 76:5 101:4 106:18,19,21 107:7,19 108:1 108:3,4 110:22 111:3,5,7 112:19 115:6 117:10 118:17 118:18,19 119:4,6,9 120:2,6,9 121:18,21,22 124:16,18 125:10 126:6 132:1 133:1,5 133:13,21 143:17 145:3 146:7,9,13 155:8 159:16 165:5,14 167:3 168:14 169:1 172:11 173:12 179:16 180:15 180:19 183:22 184:2 188:10 192:9 193:18 210:9 212:7,7 212:19 219:1 227:21 229:12 229:15 230:6 233:20 234:5 236:9 238:18 238:19 248:20 249:6
**used** 27:7,14,17 27:18 47:8 101:14 104:3,8 104:17 105:3 105:15,20 106:13 107:16 124:3 135:8 167:8 192:12 235:3 238:15 238:20
**useful** 160:11
**user** 73:18 96:12,17 110:1 110:2,3,10,21 111:3 135:9 143:21 149:5 150:3 152:8 153:7,12 154:6 155:5,9,12 156:12 168:15 170:20 171:8 171:11 173:19 175:7,18 176:4 178:6 180:7 181:1,8 192:9 202:7 203:12 207:9 208:13 208:20 212:18 213:8 221:1 227:3 228:14 228:17 249:10
**users** 26:21 27:2,7,10,10,18 27:22 28:7,10 28:20 29:12 31:17,21 32:2 35:14 39:10 44:6,10,15,21 45:2 46:9 47:21 82:13 84:17 97:2,19 111:4 145:21 155:18 163:15 165:18 166:1 167:1 171:21 174:12,12,17 174:19 175:2 175:22 176:14 176:20 177:4,9 177:14,20 183:13,22 192:11 196:2,3 221:8 222:11 228:20 230:6 231:10 232:17 234:6 248:20 249:6 250:2,7 250:10
**using** 27:19 104:4 135:9 166:22 167:1 171:8 181:20 190:11 193:19
**usually** 80:4 159:13

**v**

**v** 255:2
**vague** 25:5
**valid** 125:7 141:4
**validated** 202:12,15 205:12,20 206:2,22
**valuable** 134:13 202:13 203:8 204:10 246:15,16
**valuation** 238:3 238:16
**value** 39:7 171:3 248:15
**variety** 102:3 140:22
**various** 106:19 125:8

**vary** 110:3
**vendor** 75:12 75:17 110:21 111:2 144:5,22 158:16 166:6 168:12 171:7 172:4 174:20 178:5,22 180:8 181:2,10,21 194:3 202:9 206:11 208:18 209:1 250:11
**vendor's** 181:19
**vendors** 27:12 29:15 73:12,22 74:10,13 75:2 75:4,7,16,21 77:15,20 78:6 78:20 134:3 149:6 156:6 157:5 158:14 166:22 167:4 172:9,10 173:1 173:10 174:3 177:4,6 180:10 192:8,8,9 194:2,5,12,13 194:18 195:1,6 195:6 196:1,4 201:2 202:3 204:15,19 229:1 245:21 246:14 250:4,4
**verbatim** 238:11
**veritext** 1:22 7:20,22 252:2
**version** 6:17 41:21 209:6 221:17
**versions** 146:1
**versus** 7:15
**vi** 182:19
**video** 1:14 2:2 7:8,12 56:9 62:22 112:6 142:15 182:9 225:16 251:4 251:22 252:1
**videoconfere...** 3:3,15
**videoconferene** 4:3
**videographer** 4:13 7:2,21 8:15 56:3,7 112:1,4 142:9 142:13 182:3,7 225:10,14 250:20 251:2 251:20
**vieoconference** 4:8
**view** 52:15,18 54:5 106:2 144:13 152:6 170:12 174:2 193:21 204:2
**views** 41:15 177:16
**violating** 39:4
**vis** 172:15,15
**voce** 96:15
**vs** 1:8

**w**

**wait** 10:10 42:13 59:19 60:6 76:19 99:19,19,19,19 193:12,12 214:12,12 224:16
**waived** 254:17
**want** 9:19 10:6 12:15 17:16 18:10 22:17 23:4 29:9 31:14 34:10,11 38:8,19 47:18 56:15 76:9,10 76:17 77:3,9 80:10,17 81:6 82:3 86:16 87:2,10 92:9 93:4 95:10 96:10 99:20 110:19 111:16 112:21 113:19 115:22 119:11 121:16,17 122:1 129:14 132:12 133:10 134:10,11,16 148:22 149:5 149:18 150:17 151:5 157:1 158:7 164:14 166:4,19 169:9 170:14 171:13 172:19,20 177:13 179:12 179:21 182:15 187:16 188:7 189:15 194:13 194:18 196:19 199:11,22 213:16 215:14 216:6 217:14 220:22 222:1 222:21 225:2 228:12 230:12 232:2,3 233:3 240:6 250:15 250:17
**wanted** 22:18 30:5,9,12 45:21 158:3,4 160:8,9 187:19
**wants** 110:1,2 110:18,22 239:6
**washington** 1:19 2:8 3:5,16 3:21

**way** 12:12 36:15 46:11 72:4 86:22 87:3,3,4 95:16 102:21 104:13 107:4 114:12 122:8 127:5 138:6 172:12 173:6,13 191:5 213:4 221:15 230:17 232:9 234:3 235:18 237:1 239:16
**ways** 41:19
**we've** 50:21 85:6 146:9 158:22
**web.org** 6:13 197:8
**website** 5:12 42:4 57:15,17 86:18 87:8 161:3,8,9 197:14 209:20 226:5 228:11 243:8,11,17
**wednesday** 22:10 23:14
**weeks** 24:10
**weird** 85:5
**went** 23:2 60:18 61:17,19 63:19 161:2
**whereof** 254:18
**whispering** 7:6
**willing** 15:12 220:19
**withdrawn** 85:12
**witness** 2:3 8:11,13 12:11 12:14 15:14,17 16:17 21:20 22:14,17 25:1 25:4,7 37:5,11 52:10 55:22 62:13,17,20 77:10 90:15 92:16 111:20 115:15,20 116:2 117:3 138:16,22 141:20 142:5 144:12 164:4,7 181:6 185:17 185:20 187:18 189:8 193:14 199:15 200:5 210:13 213:21 217:21 218:6 218:10 221:22 225:3 251:10 251:14,16,19 254:7,17,18
**witnesses** 187:22
**wkn** 103:17,19 103:20,20
**wm** 30:6 74:5 110:20,20 113:17 114:2 134:3 135:2 166:5,6 187:4 193:3 204:20
**wmd** 3:9
**wollmuth** 3:7
**won** 63:12
**word** 87:21 126:19,22 167:8 216:2
**words** 245:6
**work** 16:21 24:15 34:6 51:9,13,17 56:21 57:9 59:4 60:4,19 61:14 62:6 63:15 64:7,10 64:15,18 65:13 67:12 71:15 91:18 146:4 176:9,15 177:9 184:7,20 185:2 239:15 242:1 244:19 250:10
**worked** 26:22 53:10 59:8 60:9,10 67:20 69:2 241:3
**worker** 245:19
**working** 54:8 59:21 67:9 70:18 186:21
**works** 22:19 100:5
**world** 183:21 186:5 192:15
**worldwide** 187:1
**worry** 12:14 87:6
**worth** 204:18 247:13 248:13
**write** 58:3 72:10 73:10 82:11 83:14 172:9 240:7 243:7
**writes** 235:20
**writing** 155:2
**written** 10:6 71:15,20 216:19 219:5 233:11
**wrong** 80:2 132:4,10
**wrote** 14:15 23:17,22 72:12 154:11 215:18 217:7 241:1
**www.anna** 6:13 197:8

**x**

**x** 5:1,9,9 6:1,1 199:15

**y**

**y** 92:5
**yeah** 13:13 15:14 17:3 23:6 24:2,8,10 33:8 38:6,10 44:19 45:15 56:18 57:1 65:20,22 68:1 68:5 75:9 86:1 97:16 100:1 106:7 112:17 112:20 115:15 116:16 118:6 122:6,14 131:4 164:7,9 178:14 189:8 192:1 193:7 194:21 215:7 229:13 230:18,22 231:2 233:22 245:13
**year** 13:17,22 15:2 34:15 61:6,7 165:3 186:11 208:11 223:7 247:11
**years** 28:18 31:10,18 44:12 59:17 61:9,22 63:22 66:3,3,4 66:9 82:9 141:11 176:14 177:10 184:10
**yep** 11:13 47:2 98:9 119:10 234:13
**yesterday** 22:10 23:13
**york** 1:2 3:8,13 4:9 7:17 150:5 151:20,21 152:9 154:5,5 154:8

**z**

**z** 92:5,6,15
**zoe** 4:3

**à**

**à** 172:15

Federal Rules of Civil Procedure

Rule 30


(e)  Review By the Witness; Changes.

(1)  Review; Statement of Changes. On request by the
deponent or a party before the deposition is
completed, the deponent must be allowed 30 days
after being notified by the officer that the
transcript or recording is available in which:

(A)  to review the transcript or recording; and

(B)  if there are changes in form or substance, to
sign a statement listing the changes and the
reasons for making them.

(2)  Changes Indicated in the Officer's Certificate.
The officer must note in the certificate prescribed
by Rule 30(f)(1) whether a review was requested
and, if so, must attach any changes the deponent
makes during the 30-day period.


DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES
ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY.
THE ABOVE RULES ARE CURRENT AS OF APRIL 1,
2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES
OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.

***Dinosaur Financial Group LLC, et al. vs. S&P Global, Inc., et al.***
**Case No. 22-CV-1860 (KPF)**

**Bettina Bergmann Errata Sheet**

I have read the transcript of my deposition taken on October 24, 2025, and except for the following corrections the transcript of my testimony is true, correct, and complete to the best of my recollection.

| Page | Line | From | To | Reason |
|---|---|---|---|---|
| 36 | 3 | GDP | GDPR | Transcription Error |
| 108 | 12 | can’t | can | Transcription Error |
| 108 | 18 | always have | always need ISINs | Clarification |
| 111 | 8 | Bloomberg -- FIGI | Bloomberg FIGI | Transcription Error |
| 131 | 22 | instruments, | information, | Clarification |
| 183 | 5 | license. | ISINs. | Transcription Error |
| 205 | 21 | I can’t say I know. I can’t | I can’t say I know. I can | Transcription Error |
| 230 | 6 | outside CGS | outside CGS’s | Spelling |
| 231 | 2 | sold | told | Transcription Error |
| 235 | 14 | in 2000 ELF | in 2011 | Transcription Error |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: November 25, 2025

Signed: ________________
Bettina Bergmann