# EXHIBIT 3

# EXHIBIT 8

**Regulatory requirements regarding ISIN usage in the EU (for the EU, Germany, Italy, and France)**

| Topic | Legal Source | Text | | Weblink |
|---|---|---|---|---|
| Prospectus | COMMISSION DELEGATED REGULATION (EU) 2019/980 of 14 March 2019 supplementing Regulation (EU) 2017/1129 of the European Parliament and of the Council as regards the format, content, scrutiny and approval of the prospectus to be published when securities are offered to the public or admitted to trading on a regulated market, and repealing Commission Regulation (EC) No 809/2004 | Article 12<br>Securities note for equity securities or units issued by collective investment undertakings of the closed-end type<br><br>"For equity securities or units issued by collective investment undertakings of the closed-end type, the securities note shall contain the information referred to in Annex 11 [...]" | Annex 11 Sec. 4 Item 4.1<br>"A description of the type and the class of the securities being offered and/or admitted to trading, including the international security identification number ('ISIN')" | https://eur-lex.europa.eu/legal-content/EN/TXT/PDF/?uri=CELEX:32019R0980&from=DE |
| MiFIR | COMMISSION DELEGATED REGULATION (EU) 2017/585 of 14 July 2016 supplementing Regulation (EU) No 600/2014 of the European Parliament and of the Council with regard to regulatory technical standards for the data standards and formats for financial instrument reference data and technical measures in relation to arrangements to be made by the European Securities and Markets Authority and competent authorities | Article 3<br>Identification of financial instruments and legal entities<br><br>"1. Prior to the commencement of trading in a financial instrument in a trading venue or systematic internaliser, the trading venue or systematic internaliser concerned shall obtain the ISO 6166 International Securities Identifying Number ('ISIN') code for the financial instrument." | | https://eur-lex.europa.eu/legal-content/EN/TXT/PDF/?uri=CELEX:32017R0585&from=EN |
| MiFIR | COMMISSION DELEGATED REGULATION (EU) 2017/590 of 28 July 2016 supplementing Regulation (EU) No 600/2014 of the European Parliament and of the Council with regard to regulatory technical standards for the reporting of transactions to competent authorities | Article 1<br>Data standards and formats for transaction reporting<br><br>"A transaction report shall include all details referred to in Table 2 of Annex I that pertain to the financial instruments concerned. All details to be included in transaction reports shall be submitted in accordance with the standards and formats specified in Table 2 of Annex I, in an electronic and machine-readable form and in a common XML template in accordance with the ISO 20022 methodology." | ANNEX I Table 2<br>Details to be reported in transaction reports<br><br>Instrument details<br>N: 41<br>FIELD: Instrument identification code<br>CONTENT TO BE REPORTED: Code used to identify the financial instrument<br>FORMAT AND STANDARDS TO BE USED FOR REPORTING: ISIN | https://eur-lex.europa.eu/legal-content/EN/TXT/PDF/?uri=CELEX:32017R0590&from=EN |
| SFTR | COMMISSION DELEGATED REGULATION (EU) 2019/356 of 13 December 2018 supplementing Regulation (EU) 2015/2365 of the European Parliament and of the Council with regard to regulatory technical standards specifying the details of securities financing transactions (SFTs) to be reported to trade repositories | Recitals<br><br>"(5) To provide more useful information to the authorities that access the details of SFTs in trade repositories, counterparties should report to the trade repositories the International Securities Identification Number ('ISIN') of any collateral basket they use to provide collateral to an SFT, if that basket has an ISIN." | Article 3<br>Collateral reporting<br><br>"4. A counterparty collateralising one or more SFTs with a collateral basket that is identified by an International Securities Identification Number ('ISIN'), shall specify the ISIN in Field 96 of Table 2 of the Annex when reporting it with the action type 'New' in Field 98 of Table 2 of the Annex."<br><br>"5. A counterparty collateralising one or more SFTs with a collateral basket that is not identified by an ISIN, shall specify the code 'NTAV' in Field 96 of Table 2 of the Annex when reporting the SFT with the action type 'New' in Field 98 of Table 2 of the Annex." | https://eur-lex.europa.eu/legal-content/EN/TXT/PDF/?uri=CELEX:32019R0356 |
| German Bundesbank Statistics: | Statistics on Investment portfolios | Data field: ISIN Conditional mandatory field<br>This data field shall be provided if an official International Securities Identification Number (ISIN) exists.<br>The ISIN is a 12-digit code consisting of the following three elements:<br>- a two-digit country prefix (e.g. DE for Germany)<br>- a nine digit national identification number<br>- a one-digit numerical check digit (0 to 9).<br>In the data field "ISIN", no official security identification numbers other than the ISIN code (according to ISO 6166) can be used. | Reporting scheme for statistics on Investments in securities:<br><br>III. securities-related information for retail accounts and own holdings<br><br>A. Basic information on the security | https://www.bundesbank.de/resource/blob/604888/bb9842a10de213745687bee07e25effb/mL/berichtsschema-statistik-wertpapierinvestments-data.pdf |
| German Bundesbank Statistics: | Statistics on debt securities issues | 2. explanatory notes on selected items for bearer bonds<br>(a) securities identification<br>ISIN<br>The International Securities Identification Number (ISIN) must be used for each issue. If no ISIN is available for the security to be reported, a unique internal security identification number must be provided. | Reporting scheme | https://www.bundesbank.de/resource/blob/611778/9d35a59783bd621b95f212c0d11e5f31/mL/meldeschema-vordrucke-data.pdf |

| | | | | |
|---|---|---|---|---|
| German Bundesbank Statistics | Statistics on Investment funds | I. 2. a single notification for each investment fund, containing the following information: name and ISIN (International Securities Identification Number) or internal identification number if no ISIN is available, as well as other keys for identifying the investment fund and the organisational form [Master data report with ISIN of the fund]<br><br>I. 3. monthly a report for each investment fund with the following information: -Name and ISIN or internal identification number if no ISIN is available, as well as other keys for identification Monthly report on fund assets and the fund ISIN].<br><br>In addition to the total amount of investments in securities, the nominal value in euros and the price in percent, or the number of units and the price per unit in euros, as well as the (issue) currency must be reported for each security; if securities without an ISIN are involved, additional information on the internal security identification number, type and maturity of the security, as well as the economic sector and country of the issuer must be provided. (Monthly report of the statement of assets and liabilities of the fund with ISINs of the securities held by the fund).<br><br>Translated with www.DeepL.com/Translator (free version) | Reporting scheme | https://www.bundesbank.de/resource/blob/613248/72261a61c4572b843db2104fef8aeef5/mL/meldeschema-vordrucke-data.pdf |
| German Bundesbank Statistics | Statistics on Money Market | Very large number of text passages requiring the mandatory use of the ISIN. | Guidelines on Banking Statistics | https://www.bundesbank.de/resource/blob/775426/d0267871d6d981b8896f9ddb8e05a39e/mL/richtlinien-zur-geldmarktstatistik-maerz-2019-data.pdf |
| CSDR | REGULATION (EU) No 909/2014 OF THE EUROPEAN PARLIAMENT AND OF THE COUNCIL of 23 July 2014 on improving securities settlement in the European Union and on central securities depositories and amending Directives 98/26/EC and 2014/65/EU and Regulation (EU) No 236/2012 | Section B, Services provided by CSDs that contribute to enhancing the safety, efficiency and transparency of the securities markets, which may include but are not restricted to: 2. Services related to the notary and central maintenance services, such as: (c) New issue services, including allocation and management of ISIN codes and similar codes; For the purposes of points (k) and (l) of the first subparagraph, if the information on the CSD that provides the core service referred to in point 1 or 2 of Section A of the Annex to Regulation (EU) No 909/2014 in relation to the underlying securities issue is not available, the ISIN of the securities shall be used as a proxy, by splitting the data by the first two characters of the ISIN codes; 9 C0100, R0270 Issuer CSD identifier Insert identification code of the CSD, using an LEI. If information on the issuer CSD is not available the first two characters of the ISIN codes shall be used. | | https://eur-lex.europa.eu/legal-content/EN/TXT/PDF/?uri=CELEX:32014R0909&from=EN; https://eur-lex.europa.eu/legal-content/EN/TXT/PDF/?uri=CELEX:32017R0391&from=DE; https://eur-lex.europa.eu/legal-content/EN/TXT/PDF/?uri=CELEX:32017R0393&from=DE |
| Solvency II | Commission Delegated Regulation (EU) 2015/35 of 10 October 2014 supplementing Directive 2009/138/EC of the European Parliament and of the Council on the taking-up and pursuit of the business of Insurance and Reinsurance (Solvency II) Text with EEA relevance | C0040 Asset ID Code Asset ID code using the following priority: – ISO 6166 code of ISIN when available | | https://eur-lex.europa.eu/legal-content/EN/TXT/PDF/?uri=CELEX:32015R2450&from=EN |
| AIFMD | These guidelines apply in relation to Article 3(3)(d) and Article 24(1), (2) and (4) of Directive 2011/61/EU (the AIFMD) and Article 110 of Regulation 231/2013 (the Regulation) implementing the AIFMD. | Identification of the AIF: the national identification code (code used by the NCAs of home Member States for the identification of AIFs or the NCAs of the Member State of reference or the NCAs of the Member States where the AIFM markets its AIFs under Article 42 of the Directive). If available, AIFMs should also provide the ISIN codes and other international codes the AIF may have. For AIFs with multiple share classes, AIFMs should report all the codes of all the share classes (ISIN codes and other international code | | https://www.esma.europa.eu/sites/default/files/library/2015/11/2014-869.pdf |
| AIFMD | 2013-1358_aifmd_reporting_it_technical_guidance-v1.1_revised | 66- Instrument code type of the five main instruments in which the AIF is trading. The instrument code type admitted are: "NONE" for instrument without codes, "ISIN" for instruments with ISIN codes, "AII" for instruments with AII codes | | https://www.esma.europa.eu/databases-library/esma-library?ref=1358 |

| Regulation | Title | Extract 1 | Extract 2 | Link |
|---|---|---|---|---|
| EMIR | REGULATION (EU) 2019/834 OF THE EUROPEAN PARLIAMENT AND OF THE COUNCIL of 20 May 2019 amending Regulation (EU) No 648/2012 as regards the clearing obligation, the suspension of the clearing obligation, the reporting requirements, the risk-mitigation techniques for OTC derivative contracts not cleared by a central counterparty, the registration and supervision of trade repositories and the requirements for trade repositories | paragraph 6 is replaced by the following: To ensure uniform conditions of application of paragraphs 1 and 3, ESMA shall, in close cooperation with the ESCB, develop draft implementing technical standards specifying: (a) the data standards and formats for the information to be reported, which shall include at least the following: (i) global legal entity identifiers (LEIs); (ii) international securities identification numbers (ISINs); | | https://eur-lex.europa.eu/legal-content/EN/TXT/PDF/?uri=CELEX:32019R0834&from=DE |
| IORPs, Statistical reporting for pension funds | REGULATION (EU) 2018/231 OF THE EUROPEAN CENTRAL BANK of 26 January 2018 on statistical reporting requirements for pension funds (ECB/2018/2) | ANNEX I STATISTICAL REPORTING REQUIREMENTS PART 1 General statistical reporting requirements 1. The actual reporting population must provide the following statistical information, on a quarterly basis. (a) security-by-security data for securities with ISIN codes; (b) data on securities without ISIN codes either on a security-by-security or aggregated basis, broken down by instrument/maturity categories and counterparties; | | https://eur-lex.europa.eu/legal-content/EN/TXT/PDF/?uri=CELEX:32018R0231&from=DE |
| MMF | Money Market Fund Regulation | RTS B.1.2,(ISIN of the asset) International Securities Identification Number (ISIN). A numbering system designed by the United Nation's International Organisation for Standardisation (ISO). The ISIN is composed of a 2-character prefix representing the country of issue, followed by the national security number (if one exists), and a check digit. Each country has a national numbering agency that assigns ISIN numbers for securities in that country. | | https://www.esma.europa.eu/document/money-market-fund-reporting-technical-reporting-instructions |
| BMR | REGULATION (EU) 2016/1011 OF THE EUROPEAN PARLIAMENT AND OF THE COUNCIL of 8 June 2016 on indices used as benchmarks in financial instruments and financial contracts or to measure the performance of investment funds and amending Directives 2008/48/EC and 2014/17/EU and Regulation (EU) No 596/2014 | List of benchmarks (Third Countries under Art. 30, 32, 33) | Benchark.ISIN.code: The ISIN code of the benchmark provided by the administrator | https://www.esma.europa.eu/sites/default/files/library/benchmarks_attributes.pdf |
| CRA | COMMISSION DELEGATED REGULATION (EU) 2015/2 of 30 September 2014 supplementing Regulation (EC) No 1060/2009 of the European Parliament and of the Council with regard to regulatory technical standards for the presentation of the information that credit rating agencies make available to the European Securities and Markets Authority | ANNEX I | Table 1 Data describing the rated entity/instrument This table shall identify and describe all credit ratings issued by the credit rating agency and are to be reported for the scope of this Regulation. This table shall contain one line for each individual credit rating to be reported. Where it applies, for each credit rating line, one or more 'Originators' can be reported. Feld 31, ISIN: International Securities Identifying Number (ISIN) of the rated instrument. It shall be maintained unchanged over time. | https://eur-lex.europa.eu/legal-content/EN/TXT/HTML/?uri=CELEX:32015R0002&rid=1#d1e32-32-1 |
| Securitisation | COMMISSION DELEGATED REGULATION (EU) supplementing Regulation (EU) 2017/2402 of the European Parliament and of the Council with regard to regulatory technical standards specifying the information to be made available by the originator, sponsor and SSPE | ANNEX | CRPL26: The ISIN code assigned to this underlying exposure, where applicable. | https://ec.europa.eu/finance/docs/level-2-measures/securitisation-rts-2019-7334-annex_en.pdf |
| Statistics on the money markets | REGULATION (EU) No 1333/2014 OF THE EUROPEAN CENTRAL BANK of 26 November 2014 concerning statistics on the money markets | ISIN of the collateral: The ISIN assigned to securities issued in financial markets, composed of 12 alphanumeric characters, which uniquely identifies a security (as defined by ISO 6166). | | https://eur-lex.europa.eu/legal-content/EN/TXT/PDF/?uri=CELEX:32014R1333&from=DE |
| Short Selling Regulation | Commission Delegated Regulation (EU) No 826/2012 of 29 June 2012 supplementing Regulation (EU) No 236/2012 of the European Parliament and of the Council with regard to regulatory technical standards on notification and disclosure requirements with regard to net short positions, the details of the information to be provided to the European Securities and Markets Authority in relation to net short positions and the method for calculating turnover to determine exempted shares Text with EEA relevance | 10. ISIN | For shares only: ISIN of the main class of ordinary shares of the issuer. If there are no ordinary shares admitted to trading, the ISIN of the class of preference shares (or of the main class of preference shares admitted to trading if there are several classes of such shares) | https://eur-lex.europa.eu/legal-content/EN/TXT/PDF/?uri=CELEX:32012R0826&from=EN |

| Source | Document | Description | Examples | Link |
|---|---|---|---|---|
| Banca d'Italia statistical reporting on funds | "Manuale delle Segnalazioni Statistiche e di Vigilanza per gli Organismi di Investimento Collettivo del Risparmio", Circular n. 189 of 21 October 1993 | There are various references to "Codice titolo" (ISIN code) under the national reporting regime since such unique identifiers is used to collect information on all transactions made by funds and in portfolio management. For example, the information requested for each ISIN is the amount of purchases and sales made during the reporting period and the position held at the end of the period. Monthly reporting is requested for funds and quarterly reporting for portfolio management. | As examples see items: 50380 - 06; 50382-06; 50385-02, 50387, 50530, 50532, 50534,50538, 50540, 50542, 50551 | https://www.bancaditalia.it/compiti/vigilanza/normativa/archivio-norme/circolari/c189/index.html |
| COVIP statistical reporting on pension funds | "Manuale delle segnalazioni statistiche e di vigilanza dei fondi pensione", Circular n. 250 of 11 January 2013 | There are various references to "Codice titolo/OICR". For financial instruments with an ISIN code, the code of the security coincides with the ISIN code. For example, the information requested for each ISIN is the amount of purchases and sales made during the reporting period and the position held at the end of the period. Information at ISIN level is requested for pension funds on quarterly basis. | As examples see items: R1000001, R1000003,R1000020,R1000020,R1000022 | http://www.covip.it/?p=8544 |
| CONSOB - Fund characteristics | Annex 1B of Regulation implementing Italian Legislative Decree No. 58 of 24 February 1998, concerning the discipline of issuers | Indicate the name of the fund / sub-fund, the date of establishment and the bearer ISIN code. | | http://www.consob.it/documents/46180/46181/all1_reg_1999_11971.pdf/a509343c-f455-4218-bfea-d7eb24bc1446 |
| Trasparency Directive, corporate disclosure | Standard form for major holdings (ESMA 2015-1597) | Class/type of shares. ISIN code (if possible) | | https://www.esma.europa.eu/databases-library/esma-library?ref=1597 |
| UCITS KIID | CESR's template for the Key Investor Information document (CESR/10-1321) | 123 Fund, a sub-fund of ABC Fund SICAV (ISIN: 4321) | | https://www.esma.europa.eu/databases-library/esma-library?ref=1321 |
| PRIIPs Regulation | COMMISSION DELEGATED REGULATION (EU) 2017/653 of 8 March 2017 supplementing Regulation (EU) No 1286/2014 of the European Parliament and of the Council on key information documents for packaged retail and insurance-based investment products (PRIIPs) by laying down regulatory technical standards with regard to the presentation, content, review and revision of key information documents and the conditions for fulfilling the requirement to provide such documents | ANNEX I TEMPLATE FOR THE KEY INFORMATION DOCUMENT. Product [Name of Product][Name of PRIIP manufacturer] [where applicable ISIN or UPI] | | https://eur-lex.europa.eu/legal-content/EN/TXT/?uri=CELEX%3A32017R0653 |
| Statistical reproting: Regulatory framework applicable to money market funds | GUIDELINE OF THE EUROPEAN CENTRAL BANK of 4 April 2014 on monetary and financial statistics (recast) (ECB/2014/15) | ANNEX V LIST OF INSTITUTIONAL UNITS FOR STATISTICAL PURPOSES    PART 1 Mapping of Register of Institutions and Affiliates Database (RIAD) attribute list against specific data sets maintained for statistical purposes: (see the term "ISINs")    PART 3 Definitions and refinement of reporting instructions ("ISIN: International Securities Identifying Number' as defined in the ISO 6166. In RIAD the ISIN code appears in two ways:<br>— in the case of IFs and FVCs the reporting requirements include the obligation to report (all) outstanding (not redeemed) securities issued by an financial corporation,<br>— as each security issued by a corporation is equally identifying the entity in an unique way, any single ISIN code of issued (and possibly) quoted shares or other outstanding debt securities can be used to identify the organisational unit itself.") | | https://www.ecb.europa.eu/ecb/legal/pdf/oj_jol_2014_340_r_0001_en_txt.pdf |
| Statistical reporting: Regulatory framework applicable to money market funds | Banque de France document - Decision No. 2014-01 of the Governor of the Banque de France concerning the collection and monitoring of statistical information for monetary policy purposes | For UCIs resident in France, this requirement also concerns the use of generic codes in declarations relating to assets held in the portfolio, this use being in principle reserved for those which have not been officially registered via the allocation of an ISIN code. This is the case, for example, with securities of unlisted companies or buildings. When the share of assets subject to generic codes in outstandings is deemed too high by the Banque de France, in particular with regard to that usually observed, the latter reserves the right to request any useful information enabling them to be identified. If it is found that ISIN codes exist and / or that sectorization is stated, the use of generic codes can be considered as a failure to cooperate within the meaning of the terms appearing in decision BCE/2010/10 of 19 August 2010 | | https://www.banque-france.fr/statistiques/espace-declarants/obligations-reglementaires/statistiques-monetaires-et-financieres/dispositif-reglementaire-de-la-banque-de-France |
| Statistical reporting: Regulatory framework applicable to non-monetary UCIs and SCPIs | REGULATION (EU) No 1073/2013 OF THE EUROPEAN CENTRAL BANK of 18 October 2013 concerning statistics on the assets and liabilities of investment funds (recast) (ECB/2013/38) | ANNEX II DEFINITIONS - PART 2 Definitions of security-by-security attributes Table B Definitions of security-by-security attributes ("Security identifier code: A code that uniquely identifies a security. It may be the ISIN code or another security identifier code, subject to the NCB's instructions") | | https://www.ecb.europa.eu/ecb/legal/pdf/en_02013r1073-20131127-en.pdf |

| | | | | |
|---|---|---|---|---|
| Statistical reporting: Regulatory framework applicable to non-monetary UCIs and SCPIs | Banque de France document -Technical terms of collection applicable to UCIs: Functional specifications for remitters | "The declarant is identified by his ISIN code and his classification."             "General characteristics of financial instruments: For each title, a line containing the following information must be created:<br>- Type of external code: This coded data specifies the reference nomenclature of the external value code. Valid values are I for ISIN and G for generic code. Type G is used for titles which are not officially codified and for which an identifier carrying information should be developed according to the methods set out in the document "generic code IF and IFT".<br>- External value code: This is the security identifier. For types I (ISIN), use the latest codes in force." | | https://www.banque-france.fr/statistiques/espace-declarants/obligations-reglementaires/statistiques-monetaires-et-financieres/dispositif-reglementaire-de-la-banque-de-france/modalites-techniques-de-la-collecte-applicables-aux-opc |
| Statistical reporting: Regulatory framework applicable to securitization vehicles | Banque de France document - Technical methods of collection: Specifications for remitters (functional and IT) | "tranche identifier: This unique identifier is either the ISIN code if it exists, or an identifier calculated by the declarant according to the attached table over 12 characters."               "Isin code or generic code: This is the title identifier. For the securities issued, the same code as that declared in the table on tranches must be mentioned, that is to say: either the ISIN code if it exists, or the generic code. For the securities acquired, either the ISIN code or a generic code calculated by the remitter must be mentioned." "For securities issued as liabilities, the registration type is equal to "PAS" and the title must have been declared in the tranches of the EMSTR report, with an identical ISIN code or generic code." | | https://www.banque-france.fr/statistiques/espace-declarants/obligations-reglementaires/statistiques-monetaires-et-financieres/dispositif-reglementaire-de-la-banque-de-france/dispositif-reglementaire-applicable-aux-organismes-de |