# EXHIBIT 9

# EXHIBIT 9



# ISINs and US licensing issues

Presentation to
## UK Data Management Affinity Group
by Martin Wilson
19 March 2008

*Strictly confidential:*
*Distribution restricted to member firms of UK Data Management Affinity Group*
*Permission for wider distribution to be obtained in advance from IPUG*

---

**Glossary of Acronyms**

- IPR            Intellectual Property Rights
- ABA            American Bankers' Association
- ANNA           Association of National Numbering Agencies
- ASB            ANNA Service Bureau
- CSB            CUSIP Service Bureau
- S&P            Standard & Poor's
- ISIN           International Security Identifier Number
- nSIN           National Security Identifier Number
- CUSIP          nSIN for US Domestic market
- SEDOL          nSIN for London & International markets
- VALOREN        nSIN for Swiss market
- US-ISIN        ISIN derived from CUSIP
- IPUG           Information Providers' User Group (London Market Pressure Group)
- RDUG           Reference Data User Group (in Europe)
- REDAC          Reference Data Coalition (in North America)

1

**Security Identifiers**
- A unique "key" is necessary to differentiate one security from another. Normally assigned just before "issue" or "first trade", several agencies may generate a number including terminal vendors (Reuters RICs; Bloomberg Tickers) as well as NNAs. Post-trade use includes matching Corporate Actions, Bond T&Cs, Ratings Assignments, etc with portfolios.

**National Numbering Agencies**
- These agencies have accepted an obligation to create and manage a numbering system for securities on behalf of their domestic market. In many instances, the number would have been developed by the local stock exchange for internal administration with the benefits of securing improved settlement through counterparty adoption of the number outweighing any overheads involved.

**US Market**
- The geographic spread and existence of several competing exchanges prevented the natural emergence of a single, national champion. Thus, the problems faced by cross-border settlement (addressed by creation of the ISIN) were manifest much sooner within the USA. The US Banking community put their proposed solution out to tender and S&P emerged as contractor for the agency, named CSB.

**CUSIP**
- From the start, the US Banking Community chose to apply their "uniform" solution to all asset types, including mortgages. Whilst the terms of S&P's appointment remain "secret", we can speculate that S&P may pay fees to the ABA in return for their appointment to run the CSB with, in addition, licensing fees from end-users being channelled back to ABA to subsidise the association's activitities

**IPR**
- There is nothing innovative in the concept of using a number to uniquely differentiate one security from another. A familiar example of a structured numbering system, much older than CUSIP, is that used by libraries where books are classified by Subject(s) then by Author (History > Wars > Crimea). As to descriptive fields, these are attributes assigned by the issuer not the compiler.

**Market Presence**
- Even after discounting the claimed 7 million CUSIPs, the remaining "active, internationally traded" securities dominate global trade. The size of the market which CSB classify provides a wealth of opportunities to develop specialised, niche products based upon the CUSIP system. S&P successfully and commercially market these to meet client demand. With the possible exceptions of UK, Japan and Germany, there are few other markets that have the presence to support a commercial product. CSB claim 70% of the global total. We estimate 30% of international cross-border securities.

## The Issue

- CSB, the US national numbering agency, claims that US-ISINs are protected by IPR laws since they transport their proprietary numbers
- Licensed by the ABA, the CSB started in 2002 to ask users outside of its local market to sign licensing contracts and to pay volume-based yearly fees for the right to use US-ISINs (and CUSIPs)
- Unusually, the CUSIP is a two part number identifying the Issuer and the Issue whereas most nSINs are simple sequential alpha-numeric references
- Other NNAs as members of ANNA, currently freely contribute their respective nSINs to the ISIN database for unencumbered institutional use
- End users can look-up all ISINs and capture relevant Issue data for their internal use in settlement and other processes. However, if they "database" US-ISINs, CSB will demand a license
- Vendors (including S&P) who deliver data files either as direct feeds or by FTP for clients to maintain Corporate Actions, Ratings Histories, Pricing Maintenance, etc and prevented by CSB from including CUSIP and/or US-ISINs as database keys unless the client holds an appropriate licence

2

**Why we need CUSIPs and CSB-ISINs**

- Trades on Bloomberg etc may include CUSIP/ISIN/SEDOL which are retained to assist counterparties with Trade execution

- Ratings Agencies (S&P, Moody's, Fitch) all use CUSIP to identify US securities

- Corporate Actions feeds are delivered with ISIN identifiers

- Security holdings are cross-referenced to Master Index File from a variety of numbering systems including CUSIP, Valoren, RIC, QuickCode, Bloomberg Ticker, etc.

- Dividends payments include ISIN identifiers

---

IPUG and European Market Objectives

- For CSB to drop its licensing activities for CUSIPs outside of its home markets as, by tradition, the costs of national numbering schemes are borne by the home markets to which the identified securities belong

- Licence fees for ISINs to be free (or reasonable cost based upon cost-recovery for aggregating 65 separate agencies) for adoption on cross-border transactions

- Simple and transparent fee system for ISINs (if chargeable on a cost recovery basis) administered centrally by ANNA Service Bureau

3

## User Organisations complaining to ISO/ANNA
*as at July 2006*

Includes
- Bundesverband Investment und Asset Management (BVI) 74 institutions
- Information Providers' User Group (IPUG) < 100 London market and Global institutions
- Swiss Information Providers User Group (SIPUG) 22 institutions
- Abbey National plc (UK)
- Nomura International plc (UK)
- Bondtrac Inc (USA)
- Commerzbank Frankfurt
- DekaBank Frankfurt
- Swiss Committee for Financial Standardization
- Swiss Banking Association
- Belgian Finance Federation
- European Fund and Asset Management Association
- Investment Management Association
- Vereinigung Osterreicher Investmentgesellschaften (VOIG) 23 Austrian institutions
- Association Francaise de la Gestion Financiere (FAG) 1455 inv managers and mutuals
- Norwegian Mutual Funds Association   20 institutions

## Points

- Investment returns of Pooled & Pension Funds will suffer from non-productive overheads such as licensing fees

- There is a marked difference between International and US Domestic requirements for CUSIP data as, internationally,

    - the number is the only element directly attributable to CSB which is stored

    - its use is limited to cross-referencing with other numbering systems and with data supplied by third parties

    - transaction volumes in equivalent universes of tradable US securities are much lower on long-term funds activity outside of the US than they are within US markets

4

**Scale of the Problem**

- The size of some databases can appear seductive. This is misleading as, in the case of CUSIP, most of the 7 million + identifiers are of little interest to the international community.

- Just considering the various national equity indices, for example, brings a better perspective to the securities likely to be regularly traded (eg FTSE 100 or All-share of some 750 stocks; extrapolate these sort of numbers for all national markets will, ex USA, bring in about 25,000 but much less in practice as UK is among the larger markets and many securities represent low-capitalised ventures).

- It is estimated that there are a maximum of 35,000 instruments involved in cross-border trades.

# Pricing

CSB offer Database/Site Bands at
- <5000 (15% of full DB)
- <10000 (25% of full DB)
- >10000 (full DB)

with an Enterprise licence at least 45% above full DB/Site price

5

Statistics 1

CUSIPs
- Covers > 7 million instruments
- Markets are
  - All United States
  - Canadian Depository for Securities Ltd
  - Bermuda Stock Exchange
  - Jamaica Stock Exchange
  - Cayman Island Stock Exchanges
- Approx 5 million live instruments, of which
  - 1.7 m are Municipals
  - 2.7 m are Mortgage-backed
  - 0.5 m are Corporate and Government Bonds
  - 0.1 m are Private Placement Numbers
- Security record has up to 50 data elements
- Majority of tradeable US Equity Market captured by top 8,000 securities by Market Value

Statistics 2

ISINs
- Approx 1.8 million live instruments, of which
  - Up to 0.55m may be CSB sourced
- Represents 65 national numbering agencies
- Numbering structure identifies over 200 countries
- Currently 45 NNA master files have been submitted

SEDOLs
- Approx 0.5 million instruments prior to Alpha-numeric scheme
- Estimated 0.6 million available by launch date in Jan 2004 covering internationally tradeable equities and fixed income securities
- Service permits any security to be numbered by request
- Numbering service will apply to over 100 countries

## Early History

**1960s**  Committee for Uniform Security Identification Procedures convened by ABA
  CUSIP standard agreed as US National Numbering system; S&P agree to administer as US-NNA on behalf of ABA.

**1978**  ISO addresses problem of cross-border identification by drafting ISO6166.
  ISIN agreed by participating NNAs as an envelope solution embedding a basic number between the SWIFT country code (ISO3166) and a check digit.

**1992**  ANNA created by members of the "ISIN Experts" group and confirmed as Registration Authority of ISO6166 (in 1994).
  [Note: US key participant in draft and made NO reference to IPR or indication that they might claim for such in the future]

**c1995**  S&P begin to introduce an IPR clause to contract involving other vendors (Moodys, Interactive Data, Bloomberg, other S&P lines) but only to acknowledge IPR.

**c1995**  CSB commence charging licensing fees within US

**2002**  S&P advise European institutions of their right to enforce licensing for storage of CUSIP numbers; request completion of "Use of Service" statement.

## Later History 1

Jul 2002   IPUG alerts members to S&P activity and meet in Sep to discuss

Nov 2002  CSB present to IPUG their case for licensing. IPUG request terms by which S&P administer CSB, a transparent Pricing Schedule and a simplified Use of Service questionnaire.

Mar 2003  RDUG reveal their concern at S&P's licensing activities

Apr 2003  2nd IPUG meeting with S&P where
- they confirm that they have legal opinion (Clifford Chance) that they possess IPR
- There is no fixed, published tariff; just an assessment based upon several factors
- 88% of their 5 million active CUSIPs are for Municipals and Mortgage-backed securities.
- They have secured licenses with 6 major European banks

[Note: S&P refused to ratify minutes of this meeting ]

  IPUG reconvene and agree strategy to combat fees
- Letter written by IPUG on behalf of members to Chairman of Trustee Board
- Member firms do likewise (Nomura, Abbey National Treasury Services)

May 2003  Responses from Trustees and S&P include
- S&P do not intend to suspend operation
- Any decision by Trustees will not change S&P CSB policy
- Many European banks have already taken out licenses
- Equal treatment principle important

  Henderson & Abbey threatened with withdrawal of access

7

## Later History 2

- 2003  Continuing exchanges between CSB, S&P, IPUG, member firms.
- 2004  BVI (Germany) and SIPUG (Switzerland) get involved and write to ISO to draw attention to S&P's exploitation of an ISO standard. IPUG join in by writing similar letter to ISO, supported by Nomura and Abbey National.
- 2005  Continuing negotiations between all parties including ANNA who originally supported End-user line but, due to constitutional terms, cannot interfere on commercial issues of any NNA.
- 2006  ISO convene WG1 to update technical specification of ISO6166 and to resolve commercial issues. End-users represented by BVI , SIPUG and IPUG on WG1.
- 2007  June: In response to lobbying of CESAME, ABA/CSB write joint letter which, for the first time, admits that CUSIPs and US-ISINs have been registered for copyright protection by the US Register of Copyrights.
- 2008  Over course of 2 physical meetings and at least 3 voice conferences, tech spec updated to include new instrument types, ISIN fields reduced to minimum required to correctly identify any specific security. However, CSB and ABA continue to refuse to discuss commercials. At Nov ISO meeting in SA where only ANNA members of WG1 were present, there is criticism of impartiality of Convener (BVI chair) over handling of WG1. Technical specification accepted and WG1 to be disbanded as this function discharged. ISO unable to deliver a solution to licensing.
- 2009  Legal opinion obtained in Germany that the EU Competition Commission could influence licensing (see separate slides).

## EU Competition Commission

- With CSB openly defiant and stating that they will ignore any (unlikely) directive from ANNA that no National Numbering Agency can charge licensing fees for ISINs, the German Fund Management Association (BVI), as co-ordinator of the various European pressure groups, has sought preliminary legal opinion on the potential for a case to be brought to the EU Competition Commission (EUCC).

- The legal opinion obtained from attorneys Dewey & LeBoeuff in Germany is that their lawyers "are very confident" that there are legal means to successfully stop the licensing practices of CSB.

**Possible Violation of Art.82 EU treaty - prohibition on misuse of a dominant position by CUSIP SERVICE Bureau (CSB)**

- **CSB is misusing its dominant position in the delivery of US-ISINs in order to force market participants to accept claims for (not existing intellectual property rights). Even if CSB claimed IPs exist it remains questionable whether CSB may request licences for the reuse of the data by third parties after the original publication of the numbers. If the data is provided by third parties such as Bloomberg, there is no additional service by CSB for which a consideration is to be paid.**

- **Furthermore charging of excessive licence fees by a dominant party/monopoly could be considered also a violation of Art.82. Pricing could be excessive because other ISIN providers do not charge fees. To the extent that licence fees charged in the EU are used to subsidise US users this may be also a violation.**

- **The forcing of third party data vendors to abide by and aide CSB in the acceptance of licence agreements by market participants may also be considered a violation of Art.82.**

**Possible violation of Art 81 EU treaty**

- **The agreement between CSB and third party data vendors not to provide market participants with ISINs if they do not agree to pay licence fees may be construed as a restriction of competition under Art 81 of the EU treaty**

## Next stage 1

- With EU Competition Commission, as with the FTC (Federal Trade Commission) in the US, once approved and adopted, the Commission takes over the running of the case and meets all further legal costs.

- To get to this stage, our various organisations need to individually make representations to the EUCC. Prior to this, we also need to construct as solid a case as possible, using lawyers suitably qualified with the appropriate jargon and skills, with the ammunition to convince EUCC that our complaints are worth fighting.

- Case construction can and should be a joint effort and Rudolf Seibel is requesting that we all seek authority from our respective trade organisations to put our hat "in the ring". This is not without financial commitment and the estimate he has from his German law offices assumes a maximum of 20 days work in preparation, compilation and submission.

- Based upon 20 man days legal work, including investigation upon IPR in the US, the maximum (capped) cost estimate is €80,000.

## Next stage 2

- Concerning financial support, BVI suggest that participants work on the assumption that attorneys' costs are shared on a pro rata basis based on the number of represented national markets. In this model the national association (or associations if more than one) would be the primary contact for contributions.

- BVI think it is far more important to have individual firms and pan-European associations as formal complainants than as paying institutions. The EU Commission have made it clear that they would like to see individual institutions complaining besides national associations and that also the pan-European aspect should be covered. All letters of complaint have anonymity guaranteed.

- Additional financial support from individual firms and pan- European associations is welcome

- Investment management firms in the UK should write/email the IMA to affirm their support for a submission to the EU

- In the event of the case being adopted by EU CC, all further legal costs are borne by them