UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DINOSAUR FINANCIAL GROUP LLC;
SWISS LIFE INVESTMENT
MANAGEMENT HOLDING AG; and
HILDENE CAPITAL MANAGEMENT, LLC,
*each on behalf of themselves and all
others similarly situated,*

                              Plaintiffs,

                    -v.-

S&P GLOBAL, INC.; AMERICAN
BANKERS ASSOCIATION, and FACTSET
RESEARCH SYSTEMS INC.,

                              Defendants.

22 Civ. 1860 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

The parties in the above case are currently briefing Plaintiffs' motion for

class certification, as well as motions by Defendants to exclude certain expert

testimony that Plaintiffs have offered.  On November 6, 2025, the Court entered

a Stipulation and Order that amended the briefing schedule related to those

motions.  (Dkt. #233).

On December 10, 2025, Plaintiffs filed a motion for leave to file reply

expert reports, along with supporting documents.  (Dkt. #253-257).  Plaintiffs

believe that the Court's November 6, 2025 Order already contemplates the

filing of reply expert reports.  (Dkt. #254).  They seek an Order clarifying as

much, or one modifying the schedule to permit the filing of reply expert reports.

(*Id.*).  Defendants opposed Plaintiffs' motion on January 6, 2025.  (Dkt. #263-

266).  Plaintiffs filed a reply on January 13, 2025.  (Dkt. #270-272).

Plaintiffs' motion is DENIED.  The Court's scheduling Order did not contemplate the submission of reply expert reports, and Plaintiffs have not persuaded the Court that such reports are necessary or helpful to the Court's determination of the issues in the case.

The Clerk of Court is directed to terminate the pending motion at docket entry 253.

SO ORDERED.

Dated:    February 2, 2026
          New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge