March 2, 2026

Hon. Katherine Polk Failla
United States District Court Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square, Courtroom 618
New York, NY 10007
Failla_NYSDChambers@nysd.uscourts.gov

Re:   *Dinosaur Financial Group LLC et al. v. S&P Global, Inc. et al.,* Case No. 1:22-cv-1860

Dear Judge Failla:

      Pursuant to Rule 2(C)(i) of Your Honor's Individual Rules, Defendants S&P Global, Inc., the American Bankers Association, and FactSet Research Systems Inc. (collectively, "Defendants"), respectfully request that the Court extend the deadline for the parties to have an in person discussion regarding settlement to June 12, 2026, which is 30 days after the completion of the briefing of the parties' pending motions to exclude expert testimony relating to class certification.  ECF Nos. 238, 241, 244, 261, 302, 305.  Plaintiffs take no position regarding this request.

      Pursuant to the Stipulation and Order dated August 25, 2025, the parties agreed to meet in person to discuss settlement within 30 days following the completion of briefing for Plaintiffs' motion for class certification.  ECF No. 219.  Plaintiffs filed their reply brief in support of their motion for class certification on February 18, 2026.  ECF No. 311.  That would suggest that the settlement conference should occur by March 20, 2026.  However, additional briefing remains ongoing that is important to the class certification issues.  Defendants moved to exclude the testimony of all or portions of three experts whose reports were submitted by Plaintiffs in support of their motion for class certification.  ECF Nos. 238, 241, 244.  Briefing of those motions is ongoing.  In addition, Plaintiffs moved to exclude all or portions of the testimony of two of Defendants' experts whose reports were submitted in opposition to class certification.  ECF Nos. 302, 305. Briefing for those motions will not be completed until May 13, 2026.

      Defendants believe the most efficient course to maximize the value of the in-person settlement conference is for the parties to have full information on each other's respective positions relating to class certification and associated expert arguments. Defendants therefore request that the in-person settlement conference be held after the parties have fully briefed all class certification-related motions, which includes the motions to exclude expert testimony.  Defendants, accordingly, propose scheduling that settlement conference within 30 days of the completion of the briefing of the pending motions to exclude, which would mean that the conference should occur before June 12, 2026.

      The parties have previously requested, and the Court has granted, two extensions of time specific to the in-person settlement conference deadline provided for in the Case Management Plan and Scheduling Order (ECF No. 116).  *See* ECF Nos. 197, 219.

1

Respectfully submitted,

| | | |
|---|---|---|
| */s/ Eric J. Stock* | */s/ Jeffrey I. Shinder* | */s/ David C. Kiernan* |
| Eric J. Stock | Jeffrey I. Shinder | David C. Kiernan |
| GIBSON, DUNN & CRUTCHER LLP | SHINDER CANTOR LERNER | JONES DAY |
| 200 Park Avenue, 47th Fl. | 14 Penn Plaza, Suite 1900 | 555 California Street, 26th Fl. |
| New York, NY 10166 | New York, NY 10122 | San Francisco, CA 94104 |
| Tel.: (212) 351-2301 | Tel.: (646) 960-8601 | Tel.: (415) 626-3939 |
| Fax: (212) 716-0801 | jeffrey@scl-llp.com | Fax: (415) 875-5700 |
| estock@gibsondunn.com | | dkiernan@jonesday.com |
| *Attorney for Defendant S&P Global, Inc.* | *Attorney for Defendant FactSet Research Systems Inc.* | *Attorney for Defendant American Bankers Association* |