# EXHIBIT 9

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------- X
DINOSAUR FINANCIAL GROUP, LLC, :
HILDENE CAPITAL MANAGEMENT, : Case No. 1:22-cv-1860-KPF
LLC, and SWISS LIFE INVESTMENT :
MANAGEMENT HOLDING AG on behalf :
of themselves and all others similarly :
situated, :
 :
                Plaintiffs, : CORRECTIONS TO DEPOSITION OF
 : FRANK LENZ, TAKEN ON OCTOBER
     -against- : 23, 2025
 :
S&P GLOBAL, INC., AMERICAN :
BANKERS ASSOCIATION, and FACTSET :
RESEARCH SYSTEMS INC., :
 :
                Defendants. :
 :
----------------------------------------------------- X

I have read the transcript of my deposition taken on October 23, 2025, and, except for the corrections noted below in this errata sheet, the transcript is, to the best of my knowledge, an accurate record of the statements made by me.

| Page | Line | Transcript | Correction | Reason |
|------|------|------------|------------|--------|
| 95 | 11 | of WM | of the full WM Daten master file | Clarification |
| 116 | 18 | I sign up, I be a customer | I sign up to be a customer | Transcription Error |
| 142 | 2-3 | they cannot just redistribute like that. | the data vendor cannot just redistribute an enhanced data product in the same form as the file was received from WM Daten. | Clarification |
| 146 | 5 | Exactly. | Exactly, but there are no restrictions on the use of the WKNs, WKN-based ISINs, and basic information in the compilation by end users. | Clarification |

| 148 | 7 | Exactly. | Exactly, but only if the redistributor provides an enhanced data product through a data feed to the end user. | Clarification |
| --- | --- | --- | --- | --- |
| 150 | 3 | Based on the online service | Based on the online service and transferring or making available the enhanced data product accessible to end users. | Clarification |
| 150 | 9 | That's correct. | That's correct, meaning the enhanced data product cannot be transferred or made available to end users. | Clarification |
| 150 | 16 | Exactly. | Exactly. It prohibits copying the enhanced data product with the same data structure to create a database. | Clarification |
| 162 | 19 | ■ | ■ | Clarification |
| 163 | 18 | ■ | ■ | Clarification |
| 165 | 2 | ■ | ■ | Clarification |

| | | | | |
|---|---|---|---|---|
| | | | ██████████ | |
| 171 | 6 | ████ | ██████████ | Clarification |
| 171 | 21-22 | ███████ | ██████████ | Clarification |
| 172 | 10 | ██ | ██████████ | Clarification |
| 172 | 20-21 | ███████ | ██████████ | Clarification |
| 177 | 24 | █████ | ██████████ | Clarification |
| 179 | 18 | ███████ | ██████ | Clarification |

3

| | | | | |
|---|---|---|---|---|
| | | | ██████ | |
| 180 | 15 | basis | basic | Typographical error |
| 186 | 17 | ████ | ██████ | Clarification |
| 193 | 11 | about | from | Typographical error |
| 206 | 25 | That's correct. | Insert "The WITNESS:" before "That's correct." | Transcription error |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 23, 2025.

_____
Frank Lenz