# EXHIBIT 89
# SEALED