# EXHIBIT 119









CONFIDENTIAL

ABA-0000001471















# INTERNATIONAL STANDARD

## ISO/IEC 7812-1

Fifth edition
2017-01

# Identification cards — Identification of issuers —

## Part 1:
## Numbering system

*Cartes d'identification — Identification des émetteurs —*

*Partie 1: Système de numérotation*



Reference number
ISO/IEC 7812-1:2017(E)

© ISO/IEC 2017

CONFIDENTIAL

ABA-0000001478

ISO/IEC 7812-1:2017(E)

 **COPYRIGHT PROTECTED DOCUMENT**

© ISO/IEC 2017, Published in Switzerland

All rights reserved. Unless otherwise specified, no part of this publication may be reproduced or utilized otherwise in any form or by any means, electronic or mechanical, including photocopying, or posting on the internet or an intranet, without prior written permission. Permission can be requested from either ISO at the address below or ISO's member body in the country of the requester.

ISO copyright office
Ch. de Blandonnet 8 • CP 401
CH-1214 Vernier, Geneva, Switzerland
Tel. +41 22 749 01 11
Fax +41 22 749 09 47
copyright@iso.org
www.iso.org

© ISO/IEC 2017 – All rights reserved

CONFIDENTIAL                                                                      ABA-0000001479

# Contents

Page

Foreword ............................................................................................................................................................... iv

Introduction ........................................................................................................................................................... v

1 Scope ........................................................................................................................................................ 1

2 Normative references ........................................................................................................................ 1

3 Terms and definitions ....................................................................................................................... 1

4 Numbering system ............................................................................................................................. 2
    4.1 PAN format ............................................................................................................................. 2
    4.2 IIN ............................................................................................................................................... 3
        4.2.1 IINs beginning with "00" .............................................................................. 3
        4.2.2 IINs beginning with "80" .............................................................................. 3
        4.2.3 IINs beginning with "89" .............................................................................. 3
        4.2.4 IINs beginning with "9" ................................................................................. 3
    4.3 Individual account number ............................................................................................ 4
    4.4 Check digit ............................................................................................................................. 4

Annex A (informative) National numbering systems for card issuers ............................. 5

Annex B (normative) Luhn formula for computing modulus-10 "double-add-double" check digits 6

Bibliography ......................................................................................................................................................... 7

© ISO/IEC 2017 – All rights reserved

CONFIDENTIAL

ABA-0000001480

ISO/IEC 7812-1:2017(E)

# Foreword

ISO (the International Organization for Standardization) and IEC (the International Electrotechnical Commission) form the specialized system for worldwide standardization. National bodies that are members of ISO or IEC participate in the development of International Standards through technical committees established by the respective organization to deal with particular fields of technical activity. ISO and IEC technical committees collaborate in fields of mutual interest. Other international organizations, governmental and non-governmental, in liaison with ISO and IEC, also take part in the work. In the field of information technology, ISO and IEC have established a joint technical committee, ISO/IEC JTC 1.

The procedures used to develop this document and those intended for its further maintenance are described in the ISO/IEC Directives, Part 1.  In particular the different approval criteria needed for the different types of document should be noted.  This document was drafted in accordance with the editorial rules of the ISO/IEC Directives, Part 2 (see www.iso.org/directives).

Attention is drawn to the possibility that some of the elements of this document may be the subject of patent rights. ISO and IEC shall not be held responsible for identifying any or all such patent rights.  Details of any patent rights identified during the development of the document will be in the Introduction and/or on the ISO list of patent declarations received (see www.iso.org/patents).

Any trade name used in this document is information given for the convenience of users and does not constitute an endorsement.

For an explanation on the meaning of ISO specific terms and expressions related to conformity assessment, as well as information about ISO's adherence to the World Trade Organization (WTO) principles in the Technical Barriers to Trade (TBT) see the following URL: www.iso.org/iso/foreword.html.

The committee responsible for this document is ISO/IEC JTC 1, *Information technology*, SC 17, *Cards and personal identification*.

This fifth edition cancels and replaces the fourth edition (ISO/IEC 7812-1:2015), which has been technically revised. Key changes made in this edition:

— Clause 3: added definitions for "acquirer" and "card acceptor";

— Clause 3: removed the definition of "major industry identifier";

— Clause 3: removed definition of "registration management group" to ISO/IEC 7812-2;

— Removed previous outline of major industry identifier descriptions;

— Clause 4: revised the length of an IIN to 8 digits (from 6 digits);

— Clause 4: revised the minimum length of a PAN to 10 digits (from 8 digits);

— Annex A: modified A.2 to be the role of the registration authority (from previously being defined as role of registration management group);

— Annex B: revised the example to reflect an 8 digit IIN.

A list of all the parts in the ISO 7812- series, can be found on the ISO website.

iv

© ISO/IEC 2017 – All rights reserved

CONFIDENTIAL

ABA-0000001481

ISO/IEC 7812-1:2017(E)

# Introduction

This document is one of a series of International Standards specifying:

— a numbering system for the identification of card issuers operating within an interchange environment, the format of the issuer identification number and the primary account number;

— application and registration procedures for card issuers who operate a card program in an international interchange environment.

Card issuers not operating in an international interchange environment are encouraged to contact their sponsoring authorities for a number assigned by that national standards body, or the Registration Authority (RA) if no Sponsoring Authority (SA) exists. Use of a national IIN will avoid conflicts if the cards are used in an international interchange environment.

© ISO/IEC 2017 – All rights reserved

CONFIDENTIAL

ABA-0000001482

CONFIDENTIAL

ABA-0000001483

**INTERNATIONAL STANDARD**　　　　　　　　　　　　　　　　　　**ISO/IEC 7812-1:2017(E)**

# Identification cards — Identification of issuers —

## Part 1:
## Numbering system

## 1  Scope

This document specifies a numbering system for the identification of the card issuers, the format of the issuer identification number (IIN) and the primary account number (PAN).

## 2  Normative references

The following documents are referred to in the text in such a way that some or all of their content constitutes requirements of this document. For dated references, only the edition cited applies. For undated references, the latest edition of the referenced document (including any amendments) applies.

ISO 3166-1, *Codes for the representation of names of countries and their subdivisions — Part 1: Country codes*

ISO/IEC 7812-2, *Identification cards — Identification of issuers — Part 2: Application and registration procedures*

ISO 8583-1, *Financial transaction card originated messages — Interchange message specifications — Part 1: Messages, data elements and code values*

ITU-T Recommendation E. 118, *The international telecommunication charge card*

## 3  Terms and definitions

For the purposes of this document, the following terms and definitions apply.

ISO and IEC maintain terminological databases for use in standardization at the following addresses:

—  IEC Electropedia: available at http://www.electropedia.org/

—  ISO Online browsing platform: available at http://www.iso.org/obp

### 3.1
**acquirer**
institution (or its agent) which acquires from the card acceptor the data relating to the transaction and initiates the data into an interchange system

### 3.2
**card**
form factor (physical or virtual) provided by a card issuer

Note 1 to entry: For this document, this definition is not limited to ISO/IEC 7810 ID-1 card. Some examples of other card types include but are not limited to virtual, thin flexible, single-use, integrated-circuit or mobile devices.

### 3.3
**card acceptor**
party accepting the card for the purpose of presenting transaction data to an acquirer or intermediary facilitating the transaction flow

© ISO/IEC 2017 – All rights reserved　　　　　　　　　　　　　　　　　　　　　　　　　　**1**

CONFIDENTIAL　　　　　　　　　　　　　　　　　　　　　　　　　　　　ABA-0000001484

ISO/IEC 7812-1:2017(E)

**3.4**
**cardholder**
customer associated with the primary account number

**3.5**
**card issuer**
institution (or its agent) that issues the card to the cardholder

Note 1 to entry: For institutions in the financial services industry and regulatory community, a legal entity as defined in ISO 17442, or its agent, that issues the card to the cardholder

**3.6**
**individual account number**
number assigned by the card issuer for the purpose of identifying an individual account

**3.7**
**interchange**
exchange of transaction data between two or more participants

**3.8**
**issuer identification number**
**IIN**
number that identifies the card issuer and that forms the first part of the primary account number

**3.9**
**primary account number**
**PAN**
number consisting of a maximum of 19 digits that identifies the card issuer and the cardholder

Note 1 to entry: See 4.1 and Figure 1.

**3.10**
**registration authority**
**RA**
organization appointed by the ISO Council, responsible for assigning IINs and maintaining the *ISO Register of Card Issuer Identification Numbers*

# 4  Numbering system

## 4.1  PAN format

The PAN of a card (see 3.9) is made up of three main components:

a)   the IIN, 8 numeric digits in length (see 4.2);

b)   the individual account number (see 4.3); and

c)   a check digit (see 4.4).

See Figure 1 for number format.

NOTE     For national numbering systems, refer to Annex A.

2

© ISO/IEC 2017 – All rights reserved

CONFIDENTIAL                                                                        ABA-0000001485



**Figure 1 — Composition of the Primary Account Number**

## 4.2    IIN

All IINs issued in accordance with this document shall be applied for and registered as specified in ISO/IEC 7812-2.

Applicants whose applications fulfil the criteria for approval specified in ISO/IEC 7812-2 will be assigned an IIN or, in the case of a block assignment, a block of IINs.

### 4.2.1    IINs beginning with "00"

IINs in the range "00" have been allocated for assignment to institutions other than card issuers in order to accommodate requirements in ISO 8583-1. Applicants applying for IINs commencing with "00" shall refer to ISO 8583-1, where application procedures and an application form are provided.

### 4.2.2    IINs beginning with "80"

IINs beginning with "80" are for use by healthcare institutions. These IINs are managed by individual national registration authorities. Each national registration authority shall register with the RA so that they can be identified in the *ISO Register of Card Issuer Identification Numbers*. The format of the entry for the national registration authorities shall be "80[CCC]", where "80" denotes healthcare and "CCC" is the three-digit numeric country code, as specified in ISO 3166-1. The formatting and coding of the digits following "80[CCC]" is at the discretion of the regional healthcare authorities. Enquiries for details of national healthcare registration authorities may be made to the RA. See http://www.iso. org/iso/maintenance_agencies

### 4.2.3    IINs beginning with "89"

IINs beginning with "89" are for use by telecommunications administrations and recognized private operating agencies in accordance with ITU-T/Rec. E.118. These IINs are maintained by the International Telecommunication Union, and applicants applying for IINs for use on telecommunications cards shall apply for an IIN commencing with "89". Enquiries for IINs starting with "89" shall be made to:

International Telecommunication Union, Place des Nations,

1211 Geneva 20, Switzerland,

Telephone: +41 227 305 211, Fax: + 41 227 337 256.

http://www.itu.int/en/Pages/default.aspx

### 4.2.4    IINs beginning with "9"

IINs beginning with "9" are reserved for use by national standards bodies, where they exist, or by the RA in the absence of a national standards body. The format of the entry for the national standards bodies shall be "9[CCC]", where "9" denotes national use and "CCC" is the three-digit numeric country code, as specified in ISO 3166-1.

© ISO/IEC 2017 – All rights reserved

CONFIDENTIAL                                                                                                    ABA-0000001486

**ISO/IEC 7812-1:2017(E)**

In the interest of international conformity, national standards bodies are advised to assign IINs in accordance with the recommendations given in Annex A.

The RA will oversee the assignment of any 9 series IINs in any country where a national standards body does not exist, or has not implemented an IIN management function. Any 9 series IIN assigned by the RA is 9 digits in length, and will conform to the structure of '9' followed by the three-digit numeric country code, as specified in ISO 3166-1.

## 4.3    Individual account number

The individual account number (see Figure 1) shall be assigned by the card issuer. It immediately follows the IIN and is variable in length with a minimum of 1 and maximum of 10 digits.

## 4.4    Check digit

The individual account number (see 4.3) shall be followed by a check digit. This digit shall be calculated on all the preceding digits of the PAN (see Figure 1) and shall be computed according to the Luhn formula for modulus-10 check digit (see Annex B).

**4**

© ISO/IEC 2017 – All rights reserved

ABA-0000001487

# Annex A
## (informative)

# National numbering systems for card issuers

## A.1  Introduction

IINs beginning with 9 have been assigned for use by national standards bodies in order to establish numbering systems for card issuers. If no national numbering system exists, or if the national standards body is unable to establish a national numbering system, applicants for IINs in that country may apply through the RA.

NOTE       ISO maintains a listing on national numbering registries, refer to www.iso.org

## A.2  Contact with the Registration Authority (RA)

The RA acting on behalf of ISO/IEC JTC 1/SC 17 shall, on request, provide advice and counsel to any national standards body on the establishment and operation of a national numbering system. National standards bodies that intend to set up national numbering systems are asked to supply the RA with details of the national procedures for the assignment of IINs, the method used to identify card issuers, and the name of the organization administering the system.

## A.3  Operation of national numbering systems

National standards bodies are advised to establish rules by means of national standards or other methods for identifying card issuers and individual cardholders (See 4.2.4). They are also advised to make arrangements for the administration of the system, for application and assignment of IINs and the maintenance of a register of assigned IINs. For these reasons, national standards bodies may wish to appoint an organization to act as their agent in the administration and maintenance of the system within their countries.

Any national standards body, or designate, who manages a national numbering system is required to report all assignments to the RA on a monthly basis.

## A.4  Structure of IINs used for National schemes

National standards bodies are required to implement national numbering systems in the format of 9CCCxxxx, where "CCC" is the three-digit numeric country code in accordance with ISO 3166-1. IINs assigned under a national numbering system should be minimum 8 digits in length. National standards bodies developing national numbering systems shall consider using an IIN greater than 8 digits to support a larger number of card issuers.

Any 9 series IINs under the management of the RA will be assigned as 9 digits in length.

It is recommended that national standards bodies comply with ISO/IEC 7812-1 and PAN length as defined in Figure 1.

© ISO/IEC 2017 – All rights reserved

5

ISO/IEC 7812-1:2017(E)

# Annex B
## (normative)

# Luhn formula for computing modulus-10 "double-add-double" check digits

The check digit is calculated on all eight digits of the IIN and all of the digits of the individual account number (variable up to 10 digits).

The following steps are involved in this calculation:

☐   Step 1: Double the value of alternate digits beginning with the first right-hand digit (low order).

☐   Step 2: Add the individual digits comprising the products obtained in Step 1 to each of the unaffected digits in the original number.

☐   Step 3: Subtract the total obtained in Step 2 from the next higher number ending in 0 [this is the equivalent of calculating the "tens complement" of the low-order digit (unit digit) of the total]. If the total obtained in Step 2 is a number ending in zero (30, 40, etc.), the check digit is 0.

EXAMPLE

Issuer identification number and individual account number without check digit: 6123 4512 3456 789

| 6 | 1 | 2 | 3 | 4 | 5 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | PAN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|-----|
| X2 |   | X2 |   | X2 |   | X2 |   | X2 |   | X2 |   | X2 |   | X2 |  Step 1 |
| 1+2+ | 1+ | 4+ | 3+ | 8+ | 5+ | 2+ | 2+ | 6+ | 4+ | 1+0+ | 6+ | 1+4+ | 8+ | 1+8 = 67 | Step 2 |

Next higher number ending in 0 = 70

70 – 67 = 3         Step 3

Issuer Identification Number and Individual Account Number with check digit: 6123 4512 3456 7893

© ISO/IEC 2017 – All rights reserved

CONFIDENTIAL                                                           ABA-0000001489

# Bibliography

[1]    ISO 17442, *Financial services — Legal Entity Identifier (LEI)*

© ISO/IEC 2017 – All rights reserved

7

CONFIDENTIAL

ABA-0000001490

ISO/IEC 7812-1:2017(E)

---

**ICS 35.240.15**

Price based on 7 pages

© ISO/IEC 2017 – All rights reserved

CONFIDENTIAL

ABA-0000001491

# INTERNATIONAL STANDARD

# ISO/IEC 7812-2

Fifth edition
2017-01

# Identification cards — Identification of issuers —

## Part 2:
## Application and registration procedures

*Cartes d'identification — Identification des émetteurs —*

*Partie 2: Procédures de demande et d'enregistrement*



Reference number
ISO/IEC 7812-2:2017(E)

© ISO/IEC 2017

CONFIDENTIAL

ISO/IEC 7812-2:2017(E)

 **COPYRIGHT PROTECTED DOCUMENT**

© ISO/IEC 2017, Published in Switzerland

All rights reserved. Unless otherwise specified, no part of this publication may be reproduced or utilized otherwise in any form or by any means, electronic or mechanical, including photocopying, or posting on the internet or an intranet, without prior written permission. Permission can be requested from either ISO at the address below or ISO's member body in the country of the requester.

ISO copyright office
Ch. de Blandonnet 8 • CP 401
CH-1214 Vernier, Geneva, Switzerland
Tel. +41 22 749 01 11
Fax +41 22 749 09 47
copyright@iso.org
www.iso.org

CONFIDENTIAL    ABA-0000001493

# Contents

Page

Foreword .................................................................................................................................................. iv

Introduction ........................................................................................................................................... v

1    Scope .......................................................................................................................................... 1

2    Normative references ........................................................................................................... 1

3    Terms and definitions ........................................................................................................... 1

4    Application and registration procedures ....................................................................... 2
    4.1    Application procedure for assignment of a single or block of IINs ........................ 2
    4.2    Criteria for approval of an application ................................................................ 2
        4.2.1    Single IIN ............................................................................................ 2
        4.2.2    Authorized blockholder ..................................................................... 3

5    Appeal process ....................................................................................................................... 4
    5.1    Appeal bodies ...................................................................................................... 4
    5.2    Information to be provided by the applicant in appeal ...................................... 4

6    Responsibilities ..................................................................................................................... 4
    6.1    Responsibilities of card issuing applicants ........................................................ 4
    6.2    Responsibilities of authorized blockholders ...................................................... 5

7    Sponsoring Authorities (SAs) ............................................................................................ 5
    7.1    Eligibility to become an SA ................................................................................. 5
    7.2    Responsibilities ................................................................................................... 5

8    Registration Management Group (RMG) ........................................................................ 6
    8.1    Constitution ......................................................................................................... 6
    8.2    Responsibilities ................................................................................................... 6
        8.2.1    Secretariat of the RMG ....................................................................... 6
        8.2.2    RMG .................................................................................................... 6
    8.3    Voting procedures ............................................................................................... 7
    8.4    Appeals procedure .............................................................................................. 7

9    The ISO Register of Card Issuer Identification Numbers .......................................... 8
    9.1    Publication and availability ............................................................................... 8
    9.2    IIN Record ............................................................................................................ 8

10    Registration Authority (RA) ............................................................................................... 8
    10.1    Appointment ....................................................................................................... 8
    10.2    Responsibilities ................................................................................................... 8

Annex A (informative) Guidance for Sponsoring Authorities(SAs) ........................................ 10

© ISO/IEC 2017 – All rights reserved

iii

ISO/IEC 7812-2:2017(E)

# Foreword

ISO (the International Organization for Standardization) and IEC (the International Electrotechnical Commission) form the specialized system for worldwide standardization. National bodies that are members of ISO or IEC participate in the development of International Standards through technical committees established by the respective organization to deal with particular fields of technical activity. ISO and IEC technical committees collaborate in fields of mutual interest. Other international organizations, governmental and non-governmental, in liaison with ISO and IEC, also take part in the work. In the field of information technology, ISO and IEC have established a joint technical committee, ISO/IEC JTC 1.

The procedures used to develop this document and those intended for its further maintenance are described in the ISO/IEC Directives, Part 1. In particular the different approval criteria needed for the different types of document should be noted. This document was drafted in accordance with the editorial rules of the ISO/IEC Directives, Part 2 (see www.iso.org/directives).

Attention is drawn to the possibility that some of the elements of this document may be the subject of patent rights. ISO and IEC shall not be held responsible for identifying any or all such patent rights. Details of any patent rights identified during the development of the document will be in the Introduction and/or on the ISO list of patent declarations received (see www.iso.org/patents).

Any trade name used in this document is information given for the convenience of users and does not constitute an endorsement.

For an explanation on the meaning of ISO specific terms and expressions related to conformity assessment, as well as information about ISO's adherence to the World Trade Organization (WTO) principles in the Technical Barriers to Trade (TBT) see the following URL: www.iso.org/iso/foreword.html.

The committee responsible for this document is ISO/IEC JTC 1, *Information technology*, SC 17, *Cards and personal identification*.

This fifth edition cancels and replaces the fourth edition (ISO/IEC 7812-2:2015), which has been technically revised. Key changes made in this edition:

—  Clause 3, added definitions for "registration management group" and "routing";

—  Clause 4, streamlined section to state all conditions as criteria for approval, removing criteria for rejection;

—  Revised roles and responsibilities of sponsoring authorities, registration management group and registration authority to be clearer; removed terms from the registration authority's responsibilities that belong in the contract;

—  Removed Contact Information as an informative annex;

—  Removed the IIN application form as a normative annex;

—  Removed template of a blockholder Letter of Agreement as an informative annex.

A list of all the parts in the ISO 7812 series, can be found on the ISO website.

© ISO/IEC 2017 – All rights reserved

CONFIDENTIAL

ABA-0000001495

# Introduction

This document is one of a series of International Standards specifying:

— a numbering system for the identification of card issuers operating within an interchange environment, the format of the issuer identification number and the primary account number;

— the application and registration procedures for card issuers who operate a card program within an international interchange environment.

Card issuers not operating in an international interchange environment are encouraged to contact their sponsoring authorities for a number assigned by that national standards body, or the Registration Authority (RA) if no Sponsoring Authority (SA) exists. Use of a national IIN will avoid conflicts if the cards are used in an international interchange environment.

© ISO/IEC 2017 – All rights reserved

CONFIDENTIAL

ABA-0000001496

CONFIDENTIAL

ABA-0000001497

**INTERNATIONAL STANDARD**                                    **ISO/IEC 7812-2:2017(E)**

# Identification cards — Identification of issuers —

## Part 2:
## Application and registration procedures

## 1 Scope

This document specifies the application and registration procedures for Issuer Identification Numbers (IINs) issued in accordance with ISO/IEC 7812-1.

## 2 Normative references

The following documents are referred to in the text in such a way that some or all of their content constitutes requirements of this document. For dated references, only the edition cited applies. For undated references, the latest edition of the referenced document (including any amendments) applies.

ISO/IEC 7812-1, *Identification cards — Identification of issuers — Part 1: Numbering system*

## 3 Terms and definitions

For the purposes of this document, the terms and definitions given in ISO/IEC 7812-1 and the following apply.

ISO and IEC maintain terminological databases for use in standardization at the following addresses:

— IEC Electropedia: available at http://www.electropedia.org/

— ISO Online browsing platform: available at http://www.iso.org/obp

### 3.1
### administrative blockholder
institution that is assigned a block of IINs for re-assignment to card issuers within its specific industry or geographic area of jurisdiction

Note 1 to entry: Upon assignment of the IIN to the card issuers, registration of the IIN is transferred to the individual card issuer. IINs no longer in use by the card issuers are returned to the RA. These IINs are assigned in accordance with the procedures established herein and under legal agreement with the RA.

### 3.2
### block of IINs
reservation in the *ISO Register of Card Issuer Identification Numbers* of a series of two or more IINs for assignment by an administrative or card scheme blockholder

### 3.3
### card scheme blockholder
institution representing a group of card issuers, and who provides an interchange environment to facilitate the issuance and acceptance of the cards of that group

Note 1 to entry: The core service provided by the card scheme blockholder is a governing set of rules and policies and includes additional services such as authorization services. Registration of the IINs within the block is retained by the card scheme, and IINs no longer in use by the card issuers are returned to the card scheme. Interchange among the card scheme members is governed by a set of operating procedures.

© ISO/IEC 2017 – All rights reserved                                                                  1

CONFIDENTIAL                                                                  ABA-0000001498

ISO/IEC 7812-2:2017(E)

**3.4**
**registration management group**
**RMG**
group established by ISO/IEC JTC 1/SC 17 to act on its behalf in managing the registration and assignment of IINs under the ISO/IEC 7812 series of standards

**3.5**
**routing**
directional flow of messages by which the card acceptor and card issuer communicate with each other directly or via (an) intermediate network facility(ies) which may act as agent(s) for the original parties involved in the message flow

**3.6**
**sponsoring authority**
**SA**
body responsible for receiving, processing and reviewing/approving applications for IINs

## 4   Application and registration procedures

### 4.1   Application procedure for assignment of a single or block of IINs

An applicant shall apply to its designated SA (see Clause 7) for the assignment of a single or block of IINs.

In the absence of a designated SA, the applicant may apply directly to the secretariat of ISO/IEC JTC 1/SC 17. The national standards body or the secretariat of ISO/IEC JTC 1/SC 17 then acts as the "SA" with respect to the application.

Application forms are available on request, from the RA, the secretariat of the RMG and the secretariat of ISO/IEC JTC 1/SC 17.

Applications and requests for information about this document and its implementation may be directed to the RA.

http://www.iso.org/iso/maintenance_agencies

### 4.2   Criteria for approval of an application

#### 4.2.1   Single IIN

Applications for a single IIN shall meet all the criteria below. An application for a single IIN shall be approved by the RA when the following conditions are met:

a)   the applicant shall be a single legal entity;

b)   the applicant will be the issuer of the cards;

c)   the application has been initially reviewed and approved by the designated SA, if an SA exists within the applicant's jurisdiction;

d)   the applicant shall not already have an IIN assigned to it by the RA. This does not include IIN(s) the applicant may have been assigned by card scheme blockholders;

e)   the card issuer shall commence using the IIN within 12 months of the date of assignment of the IIN;

f)   the cards being issued shall be for use within an international routing and/or interchange environment (see ISO/IEC 7812-1);

g)   the applicant has requested a specific IIN for purposes that fall within the scope as defined in this document;

2                                                                    © ISO/IEC 2017 – All rights reserved

CONFIDENTIAL                                                                    ABA-0000001499

h)  the IIN shall not be used to identify or differentiate between products, services, or technologies (e.g., including but not limited to integrated circuit cards) or be used to identify or differentiate between branches within the applicant's organization (i.e., these branches are not separate legal entities), or geographic region within a country.

Where cards are for use solely for domestic programs, card issuers shall contact their national standards body or the RA for information on the availability of a national numbering system (see ISO/IEC 7812-1). See http://www.iso.org/iso/maintenance_agencies.

An appeal process is in place for any applicant who has a request denied. The appeal process is outlined in Clause 5.

### 4.2.2    Authorized blockholder

There are two types of blockholders: administrative blockholders and card scheme blockholders.

Administrative blockholders (see 3.1) are assigned a block of IINs, following approval by the RMG, for re-assignment to card issuers that fall within their specific industry or geographic area of jurisdiction. Once assigned, the IIN belongs to the card issuers unless it specifically agrees to relinquish the IIN because it is no longer used by them. The RA fee applies to each IIN assigned from the block.

Card scheme blockholders (see 3.3) represent a group of card issuers. These blockholders are assigned a block of IINs, following approval by the RMG, for assignment to the members of the card scheme. If a card issuer relinquishes membership in that scheme, the IIN reverts back to the blockholder and use of it by the organization shall cease. The RA fee applies to each assignment of an IIN from the block.

Applications to become an administrative or card scheme blockholder shall meet all the criteria below. An application for an administrative or card scheme block of IINs must have sponsorship by the applicant's designated SA, if an SA exists in the applicant's jurisdiction, before being submitted to the RA. The RMG will vote on final approval.

a)  the applicant shall provide adequate information as justification to become an administrative or card scheme blockholder (see 4.2);

b)  the applicant shall request a block size that accommodates the assignment of a single IIN for each entity that it currently represents or may reasonably expect to represent in the future;

c)  the administrative blockholder applicant assigns a single IIN from the block to each card issuer and does not assign IINs to differentiate between products, services, or technologies;

d)  the card scheme blockholder applicant assigns IINs from their block to card issuers as required to meet the restrictions of specific routing and processing requirements;

e)  the card issuers receiving their IINs from the applicant's block will issue cards for use in an international routing and/or interchange environment;

f)  for first time blockholders, the applicant shall attest to assigning an IIN from the reserved block within 12 months from the date of issue of the block of IINs;

g)  for card scheme blockholders, the services provided conform to 3.3.

An appeal process is in place for any applicant who has a request denied. The appeal process is outlined in Clause 5.

© ISO/IEC 2017 – All rights reserved

CONFIDENTIAL

ABA-0000001500

ISO/IEC 7812-2:2017(E)

## 5    Appeal process

### 5.1    Appeal bodies

Where an application for a single IIN has been rejected by the designated SA, or the RA if an SA does not exist in the applicant's jurisdiction, or an application for a block of IINs has been rejected by the RMG, the applicant may appeal to the secretariat of the RMG (see Clause 8).

a)    Where an applicant's application has been rejected by the RMG, the applicant may submit a formal appeal;

b)    Where an applicant's formal appeal has been rejected by the RMG, or failed to be approved in the exception request, the applicant may appeal to ISO/IEC JTC 1/SC 17 through the secretariat of ISO/IEC JTC 1/SC 17;

c)    Applicants may also submit for appeal, applications that have been rejected by ISO/IEC JTC 1/SC 17, to the ISO Central Secretariat.

Appeal against rejection of an application shall be lodged with the appropriate body within 90 days of the date of the letter of rejection.

### 5.2    Information to be provided by the applicant in appeal

Where an application for either a single IIN or to become an authorized blockholder has been rejected, the applicant may appeal for one of the following reasons:

a)    clarification of the application shows that it is within the current ISO/IEC 7812 requirements;

b)    the legal, standard, or network requirements can be proven to warrant an individual exception to ISO/IEC 7812.

The following information shall be provided by the applicant to the relevant appeal body in support of the appeal:

a)    statement of which clause (see 4.2.1 or 4.2.2) is disputed and why the applicant believes that the rejected application fulfils the criteria for acceptance or justifies exception to ISO/IEC 7812;

b)    adequate supplementary information as justification for the approval of the request as submitted under the appeal;

c)    statement of special circumstances whereby a specific requirement of the rejected application can be met, but such requirement is outside the current procedures and criteria for acceptance outlined in this document.

## 6    Responsibilities

### 6.1    Responsibilities of card issuing applicants

The responsibilities of card issuing applicants meeting the criteria in 4.2.1 and having paid all requisite fee(s), are to:

a)    retain the completed application form containing the IIN assigned to the applicant by the RA;

b)    issue cards using the IIN assigned by the RA within 12 months of the date of assignment of the IIN;

c)    comply with the numbering system as contained in ISO/IEC 7812-1 and this document;

d)    inform the RA in a timely manner of any change to the details provided on the original application form (e.g. name change, transfer of owner, etc.);

4                                                                                   © ISO/IEC 2017 – All rights reserved

CONFIDENTIAL                                                                    ABA-0000001501

e)   return the IIN to the RA if no longer in use.

## 6.2   Responsibilities of authorized blockholders

Applicants meeting the criteria in 4.2.2 and approved to become an administrative or card scheme blockholder shall enter into a written legal agreement with the RA. The responsibilities of blockholders are to:

a)   inform the RA, in writing, and make fee payment for each IIN assignment; and to notify the RA regarding changes to the information as originally supplied. This information shall be provided either when such changes arise or as stipulated in the written agreement with the RA. The RA shall stipulate the format for supplying the information;

b)   verify that the *ISO Register of Card Issuer Identification Numbers* (see 9.2) contains accurate information regarding IINs issued from within its block.

## 7   Sponsoring Authorities (SAs)

### 7.1   Eligibility to become an SA

The following bodies may act as SAs in processing applications for IINs:

a)   any national member body of ISO (or agent appointed to act for its national member body);

b)   secretariat of ISO/IEC JTC 1/SC 17; and

c)   any group within ISO/IEC JTC 1/SC 17 appointed for the purpose of helping administer the IIN numbering system, either the national standards body or a group designated by the national standards body to fulfil this function.

A separate document entitled 'Guidance for Sponsoring Authorities' (Annex A) is available to assist SAs in assessing the eligibility of applications and to assist in the procedures for dealing with applications. This guidance document is also available from the RA, the secretariat of the RMG and the secretariat of ISO/IEC JTC 1/SC 17.

### 7.2   Responsibilities

The responsibilities of an SA are to:

a)   perform due diligence as it deems appropriate to verify the authenticity of the applicant;

b)   ensure that the applicant meets the criteria for assignment of an IIN and fully complies with the procedures for applying for IINs in ISO/IEC 7812-1 and this document;

c)   process, within 30 days of receipt of the request, applications for IINs from within their countries or areas of responsibility;

d)   advise the RA of any changes to information on the application;

e)   notify the applicant in writing, within 30 days of receipt of the application, as to the disposition of their application;

f)   forward any sponsored requests for a single IIN to the RA for which the SA is satisfied the applicant intends to use the IIN for the purposes described in this document and that meet the approval criteria in 4.2.1. The sponsored request must be forwarded to the RA within 30 days of the SA receiving the application;

g)   forward any sponsored requests for a block of IINs to the RA for which the SA is satisfied the applicant intends to assign the IINs to their card issuers for the purposes described in this document

© ISO/IEC 2017 – All rights reserved

5

and that meet the approval criteria in 4.2.2. The sponsored request must be forwarded to the RA within 30 days of the SA receiving the application;

h)  respond to general enquiries from its constituents regarding the IIN numbering system;

i)  ensure that applicants are aware that additional IINs will not be assigned to identify or differentiate between products, services, technologies, branches within an applicant's organization, or geographic region within a country. How this information is passed to the applicant is at the discretion of the SA;

j)  respond to requests for information from applicants.

# 8   Registration Management Group (RMG)

## 8.1   Constitution

In order to effectively manage the numbering system for the identification of card issuers, ISO/IEC JTC 1/SC 17 has established a RMG, which is delegated to act on its behalf.

The RMG shall be made up of:

a)  a representative of the RA who shall be a non-voting member of the RMG and shall be expected to attend all meetings;

b)  the Convenor of the RMG, appointed by the P-members (national standards body with Participant status) of ISO/IEC JTC 1/SC 17;

c)  the secretariat of the RMG, appointed by the P-members of ISO/IEC JTC 1/SC 17.

Each P-member of ISO/IEC JTC 1/SC 17 is entitled to nominate one delegate and one alternate to the RMG, representing a national position. The alternate may attend all meetings, but is entitled to vote only in the absence of the principal delegate.

## 8.2   Responsibilities

### 8.2.1   Secretariat of the RMG

Responsibilities of the secretariat of the RMG are to:

a)  process blockholder applications in coordination with the RA to ensure that the application is completed fully and the appropriate fee paid;

b)  circulate any blockholder applications and applications for an exceptional consideration for an additional IIN to the RMG for a 30-day letter ballot;

c)  circulate ballot results to the RMG, advise applicant of approval or disapproval of their application and appeals procedure, as necessary;

d)  respond to any questions or inquiries on IIN process and procedures together with the main goal of preserving the ISO numbering system;

e)  maintain confidentiality of registration management activities.

### 8.2.2   RMG

The responsibilities of the RMG are to:

a)  enforce the requirements for approving applications to become authorized blockholders (see 4.2.2) and to ensure that applicants whose applications do not fulfil the criteria in 4.2.1 or 4.2.2 are rejected and informed of their right to appeal (see Clause 5);

**6**                                                                                  © ISO/IEC 2017 – All rights reserved

CONFIDENTIAL                                                                                  ABA-0000001503

b)   vote within 30 days of receipt of the ballot, on applications to become authorized blockholders. This may be done either by electronic ballot or at a meeting;

c)   participate in ad hoc meetings as necessary; with a minimum of 15 days' notice. All P-members of ISO/IEC JTC 1/SC 17 who participate in the RMG and cannot participate can present written opinions for consideration without a vote (see 8.3);

d)   provide, on request, guidance and counsel to any national standards body on the establishment of a national numbering system (see ISO/IEC 7812-1);

e)   provide guidance to SAs on applications that demonstrate special circumstances, requests for block assignments and requests for specific IINs. This guidance shall be decided by resolution at a meeting or in writing following an electronic ballot;

f)   respond to all requests for guidance from the RA within 30 days of the date of request;

g)   review the *ISO Register of Card Issuer Identification Numbers*;

h)   review at each meeting all block assignments;

i)   report its activities to each meeting of ISO/IEC JTC 1/SC 17 and as required between meetings;

j)   annually review ISO/IEC 7812 and propose amendments to ISO/IEC JTC 1/SC 17 as appropriate based upon changes within the industries that are users of this series of International Standards.

## 8.3   Voting procedures

By approval of a majority of returned votes in an electronic ballot or by majority voting at a meeting, the RMG may authorize:

a)   assignment of between two and ten consecutive IINs;

b)   specific unusual requests.

By unanimous approval of the RMG, either by electronic ballot or by voting at a meeting, the RMG may approve the assignment of more than ten consecutive IINs.

Any specific request outside the scope of this document that has been forwarded to the RMG by a SA may be dealt with either by voting at a meeting or by 30 day electronic ballot. Special exceptions are handled on a case by case basis.

## 8.4   Appeals procedure

Where any ballot within the RMG has failed and is subsequently appealed, it shall be referred to an ad hoc meeting of the RMG. Within 30 days of an appeal being filed:

a)   The secretariat of the RMG will distribute the appeal to RMG members for vote by either electronic ballot or by voting at a meeting;

b)   The secretariat of the RMG will set up a telephone meeting, if required, to give the voting members an opportunity to discuss the merits of the appeal;

c)   Each appeal will be handled on a case by case basis weighing heavily on the documentation and testimony of the applicant;

d)   The applicant must make reasonable case for exception to ISO/IEC 7812 or clarification of why their request falls within ISO/IEC 7812;

e)   Unanimous approval is required to overturn an initial RMG denial.

If the RMG cannot resolve the failed IIN or blockholder ballot in an ad hoc meeting, the applicant will be notified by the secretariat of the RMG of the decision, the specific reason(s) for the rejection (see 4.2.1

© ISO/IEC 2017 – All rights reserved                                                                  7

CONFIDENTIAL                                                                  ABA-0000001504

ISO/IEC 7812-2:2017(E)

and 4.2.2), and their ability to appeal the decision to ISO/IEC JTC 1/SC 17 (see Clause 5). The secretariat of the RMG will notify the secretariat of ISO/IEC JTC1/SC 17 of any failed appeal.

a)   The secretariat of the RMG must compile all supporting documentation regarding the application, including any supporting documentation provided by the applicant and letters of denial, for presentation to the SC 17 Chairman and Secretariat.

b)   The RMG Convenor and RMG will provide written opinion and recommendation for the SC 17 Chairman and Secretariat.

ISO/IEC JTC 1/SC 17 will notify the RMG and the RA of the final decision.

# 9   The ISO Register of Card Issuer Identification Numbers

## 9.1   Publication and availability

The RA shall maintain a database of information taken directly from either the application form or from the information forwarded from blockholders. The database is considered confidential.

The RA shall publish the *ISO Register of Card Issuer Identification Numbers*. The *ISO Register of Card Issuer Identification Numbers* shall be made commercially available, on a subscription basis, only to administrative and card scheme blockholders, SAs, network providers and those card issuers listed in the Register. Subscribers will be subject to licensing terms and conditions and fees.

## 9.2   IIN Record

The *ISO Register of Card Issuer Identification Numbers* shall contain informational active IIN records defined as:

a)   name of card issuer or blockholder;

b)   address of card issuer or blockholder;

c)   IIN assigned.

# 10 Registration Authority (RA)

## 10.1 Appointment

One of the members of ISO/IEC JTC 1/SC 17, or an approved body, shall be appointed to act as the RA under legal agreement with ISO in accordance with ISO/IEC Directives, Part 1, Consolidated JTC 1 Supplement, Annex H and the ISO/IEC Directives, Part 1, Annex H.

## 10.2 Responsibilities

The responsibilities of the RA to the RMG are to:

a)   process all applications for IINs;

b)   assign single IINs;

c)   allocate IINs to approved blockholders;

d)   maintain the database of card issuer identification information (see Clause 9);

e)   submit a copy of the *ISO Register of Card Issuer Identification Numbers* annually to the secretariat of ISO/IEC JTC 1/SC 17 and to the secretariat of the RMG;

8                                                                                             © ISO/IEC 2017 – All rights reserved

CONFIDENTIAL                                                                                  ABA-0000001505

f)  submit for review to each meeting of the RMG, a report detailing assignments and blockholder usage. This report shall be sent to the secretariat of the RMG, 30 days prior to a meeting;

g)  forward to the secretariat of the RMG, within 30 days of receipt, any requests for more than one IIN or any applications where special circumstances exist. Copies of all applications shall be retained, as a permanent record, along with the disposition of each application.

CONFIDENTIAL

ABA-0000001506

ISO/IEC 7812-2:2017(E)

# Annex A
## (informative)

# Guidance for Sponsoring Authorities(SAs)

## A.1  Purpose

This annex is designed to assist SAs to understand the numbering system and their role within the ISO/IEC 7812 IIN numbering system registration process. The annex presents general background information followed by guidelines on application and registration procedures.

## A.2  Background information

### A.2.1  General

The Issuer Identification Numbering standards were established in 1971. The numbering system for issuer identifiers is contained in ISO/IEC 7812-1 and ISO/IEC 7812-2. These International Standards were formerly combined within ISO 2894, *Embossed credit cards — Specifications, numbering system and registration procedure*, which has since been withdrawn.

The purpose of the numbering system is to uniquely identify a card issuer in an interchange environment. Within ISO, responsibility for the numbering system rests with ISO/IEC JTC 1/SC 17, *Cards and personal identification*. In order to effectively manage the system the Subcommittee has established a Registration Management Group (RMG), which is delegated to act on its behalf.

An RA is established under agreement with ISO to perform the functions of IIN allocation and maintenance of the *ISO Register of Card Issuer Identification Numbers*. The RA can be found at: http://www.iso.org/iso/maintenance_agencies.

### A.2.2  Numbering system

Specific information on the numbering system can be found in ISO/IEC 7812-1. Information on the application and registration procedures is contained in ISO/IEC 7812-2.

Assigned IINs are listed in the *ISO Register of Card Issuer Identification Numbers*. Distribution of the Register is limited to administrative and card scheme blockholders, SAs, network providers and those card issuers listed in the Register. It is available on a fee-based subscription and recipients must enter into a license agreement in order to receive the information.

To purchase a copy of the register, contact the RA.

### A.2.3  Length of IIN

Currently, all IINs assigned are fixed length eight digit numbers.

When the numbering system was first established in 1971, IINs varied in length, depending on the industry segment, with four digits being the most adopted IIN length. Since then, there have been efforts to make all IINs equal in length and to expand the IIN definition to provide additional capacity. The IIN was initially expanded to six digits commencing in 1987, and is now currently defined as eight digits. Nevertheless, some variations continue to exist and will continue for a period of time as impacted industries modify their systems to accommodate an eight digit IIN.

To minimize the impact on these existing card issuers, they are initially protected by a "grandfathering" process. The definition of the term "grandfathering", when used in reference to the numbering system

**10**                                                    © ISO/IEC 2017 – All rights reserved

CONFIDENTIAL                                           ABA-0000001507

for IINs, signifies that any existing IIN assignment which has been affected by the extension to eight digits is said to have been "grandfathered". For example, in the case of a six digit IIN that has been expanded to eight digits, the holder of that IIN will now have a total of 100 IINs e.g. a six digit IIN of '123456' when expanded becomes 12345600-12345699.

It is recommended that card issuers who have licensed individual IINs from the RA and are affected by grandfathering return unused IINs to the RA.

## A.3   Guidelines to SAs for the issuance of IINs

### A.3.1   Eligibility to become an SA

The following bodies may act as SAs:

a)   any national member body of ISO (or agent appointed to act on behalf of its national member body);

b)   secretariat of ISO/IEC JTC 1/SC 17 (in the absence of a national standards body); and

c)   any group within ISO/IEC JTC 1/SC 17 appointed for the purpose of helping administer the IIN numbering system, either the national standards body or a group designated by the national standards body to fulfil this function.

### A.3.2   Responsibilities of an SA

#### A.3.2.1   General

An SA is responsible for:

a)   performing due diligence as it deems appropriate to verify the authenticity of the applicant;

b)   ensuring that the applicant meets the criteria for assignment of an IIN and fully complies with the procedures for applying for IINs in ISO/IEC 7812-1 and ISO/IEC 7812-2;

c)   processing, within 30 days of receipt of the request, applications for IINs from within their countries or areas of responsibility;

d)   advising the RA of any changes to information on the application;

e)   notifying the applicant in writing, within 30 days of receipt of the application, as to the disposition of their application;

f)   forwarding any sponsored requests for a single IIN to the RA for which the SA is satisfied the applicant intends to use the IIN for the purposes described in this part of ISO/IEC 7812 and that meet the approval criteria in 4.2.1. The sponsored request must be forwarded to the RA within 30 days of the SA receiving the application;

g)   forwarding any sponsored requests for a block of IINs to the RA for which the SA is satisfied the applicant intends to assign the IINs to their issuers for the purposes described in this part of ISO/IEC 7812 and that meet the approval criteria in 4.2.2. The sponsored request must be forwarded to the RA within 30 days of the SA receiving the application;

h)   responding to general enquiries from its constituents covering the IIN numbering system;

i)   ensuring that applicants are aware that additional IINs will not be assigned to identify or differentiate between products, services, technologies, branches within an applicant's organization, or geographic region within a country. How this information is passed to the applicant is at the discretion of the SA;

j)   responding to requests for information from applicants.

© ISO/IEC 2017 – All rights reserved

CONFIDENTIAL

ABA-0000001508

ISO/IEC 7812-2:2017(E)

Upon request for information from an applicant the SA shall provide the following:

a)   an application form;

b)   important information which must be supplied to applicants. This may be printed on the reverse of the application form; and

c)   details of the SA's fee (if any) and of the fee payable to the RA.

NOTE       The RA re-calculates the amount of the fee based on expenses in September of each year. Each SA will be notified of any changes in the fee by the RA.

### A.3.2.2   Action by SAs on receipt of a completed application form

### A.3.2.2.1   Actions by SAs where the applicant is applying for a single IIN

Upon receipt of a completed application form, the SA shall:

a)   ensure the application form has been filled out correctly. The information must be complete and clearly indicated. The application form must be dated and signed;

b)   confirm whether or not the applicant already has an IIN by asking the applicant, checking the Register or by contacting the RA. A single legal entity is entitled to one IIN;

c)   ensure that the application meets all the criteria for approval in ISO/IEC 7812-2, 4.2.1;

d)   forward to the RA those sponsored requests for single IINs that it is satisfied meets the criteria for approval in ISO/IEC 7812-2;

e)   ensure that applicants are aware that additional IINs will not be assigned to identify or differentiate between products, services, technologies, branches within the applicant's organization, or geographic region within a country;

f)   provide guidance about the appeals process (Clause 5) to any potential applicant who does not meet all the criteria outlined in 4.2.1 but believes has business justification for the assignment of an IIN, or additional IIN.

### A.3.2.2.2   Actions by SAs where the applicant is applying for more than one IIN

Upon receipt of an application for more than one IIN, the SA shall:

a)   ensure that the application fulfils all the criteria for approval as an administrative blockholder or as a card scheme blockholder as appropriate (see 4.2.2);

b)   forward the application to the RMG;

c)   notify the applicant that the application has been forwarded to the secretariat of the RMG for consideration. Following processing by an SA, applications to become administrative or card scheme blockholders shall be approved only by the RMG;

d)   provide guidance about the appeals process (Clause 5) to any potential applicant who does not meet all the criteria outlined in 4.2.2 but believes has business justification for becoming an administrative or card scheme blockholder.

### A.3.2.2.3   Actions for applications

Once the SA is satisfied that the application meets the criteria for approval in ISO/IEC 7812-2, the SA shall:

a)   complete the SA section on the approval section of the application form;

b)   send the completed application form and fee to the RA.

**12**                                                        © ISO/IEC 2017 – All rights reserved

CONFIDENTIAL                                                        ABA-0000001509

CONFIDENTIAL

ABA-0000001510

ISO/IEC 7812-2:2017(E)

ICS  35.240.15

Price based on 12 pages

© ISO/IEC 2017 – All rights reserved

CONFIDENTIAL                                                                                      ABA-0000001511



(IEC)







For IEC

Date: ___

Place: ___

Date: ___

Place: ___

President & Chief Executive Officer

Date: ___

Date: ___

Place: ___





