# EXHIBIT 108

# Document Produced in Native Format

CONFIDENTIAL

FRSI01560513





# CUSIP 101: Who We Are and What We Do

April 14th, 2020

CUSIP ®  Committee on Uniform Security Identification Procedures. CUSIP is a registered trademark of the American Bankers Association. CUSIP Global Services is managed on behalf of the American Bankers Association by S&P Global Market Intelligence. Permission to reprint or distribute any content from this presentation requires the prior written approval of S&P Global Market Intelligence.

1

# CUSIP 101: Agenda

- History of CUSIP

- CUSIP Global Services (CGS) Today

- CGS Processes and Procedures

- A World of Standards

- Data Distribution

- Protecting the Data

- A Glimpse of the Future: Digital Securities



CUSIP ®  Committee on Uniform Security Identification Procedures. CUSIP is a registered trademark of the American Bankers Association. CUSIP Global Services is managed on behalf of the American Bankers Association by S&P Global Market Intelligence. Permission to reprint or distribute any content from this presentation requires the prior written approval of S&P Global Market Intelligence.

# History of CUSIP: Let's Go Back to 1964…





**First class stamp: 5 cents**

**Average New Car: $3,500**



**Hot New Toy**

CUSIP ®  Committee on Uniform Security Identification Procedures. CUSIP is a registered trademark of the American Bankers Association. CUSIP Global Services is managed on behalf of the American Bankers Association by S&P Global Market Intelligence. Permission to reprint or distribute any content from this presentation requires the prior written approval of S&P Global Market Intelligence.



# History of CUSIP: A Timely Origin

DJIA Year-End Close:

**874**

Federal Spending:

**$118.53B**

Federal Debt:

**$316.1B**



- With increased trading volume, manual transfer of physical stock certificates overwhelms the system

- NYSE begins to close every Wednesday; early on other days for back offices to catch up

- Outdated procedures lead to…modernization



CUSIP ®  Committee on Uniform Security Identification Procedures. CUSIP is a registered trademark of the American Bankers Association. CUSIP Global Services is managed on behalf of the American Bankers Association by S&P Global Market Intelligence. Permission to reprint or distribute any content from this presentation requires the prior written approval of S&P Global Market Intelligence.

4

# History of CUSIP: Order From Chaos

*NY Clearing House Association tasks ABA with creating a system to…*

- Uniquely identify each current and future security

- Be imprinted on all new certificates in a uniform position

- Be machine-readable to facilitate electronic processing





CUSIP ®  Committee on Uniform Security Identification Procedures. CUSIP is a registered trademark of the American Bankers Association. CUSIP Global Services is managed on behalf of the American Bankers Association by S&P Global Market Intelligence. Permission to reprint or distribute any content from this presentation requires the prior written approval of S&P Global Market Intelligence.

# History of CUSIP

## Recognition of CUSIP's value

*"The CUSIP system represents the foundation of the program to improve the speed and accuracy in the processing of securities and the transactions involving them. We urge you to build upon that foundation as quickly as possible and again congratulate all of the organizations and individuals who participated…for their noteworthy achievement."*

**- SEC Chairman Hamer Budge, 1969**

- To the extent that CUSIP® was written into any rules and regulations over the years, it was a recognition of its success – not a cause of its success



CUSIP ®  Committee on Uniform Security Identification Procedures. CUSIP is a registered trademark of the American Bankers Association. CUSIP Global Services is managed on behalf of the American Bankers Association by S&P Global Market Intelligence. Permission to reprint or distribute any content from this presentation requires the prior written approval of S&P Global Market Intelligence.

6

# History of CUSIP: Meeting the Markets' Needs

**1989** CUSIP International Numbering System (CINS) is introduced for non-North American securities actively traded internationally.

**1983** The MSRB rules that all trade confirmations of municipal bonds must have a CUSIP identifier

**1975** The Federal Reserve Bank's automated book entry system uses CUSIPs to accelerate the transfer of United States Treasury Securities.

**1968** CSB (now CGS) was formed. ABA selects Standard & Poor's (now S&P Global Market Intelligence) to manage CGS.

**1964** CUSIP system is established. The New York Clearing House Association approaches the ABA to develop the Committee on Uniform Security Identification Procedures (CUSIP).



CUSIP ®  Committee on Uniform Security Identification Procedures. CUSIP is a registered trademark of the American Bankers Association. CUSIP Global Services is managed on behalf of the American Bankers Association by S&P Global Market Intelligence. Permission to reprint or distribute any content from this presentation requires the prior written approval of S&P Global Market Intelligence.

7

# History of CUSIP: Meeting the Markets' Needs

**2018** CUSIP PULSE, data feed offering real-time dissemination of CGS identifiers, is launched.

**2014** CUSIPs are assigned to private placements (crowdfunding).

**2013** CGS takes prominent standards role in development of global Legal Entity Identifiers.

**2007** CGS CUSIP New Issue Alert is launched.

**1998** CUSIPs are assigned to TBAs (To Be Announced) for Federal Agency Mortgage Pools.

**1993** CUSIP Xpress enables one-hour requests for straight-through processing.



CUSIP ®  Committee on Uniform Security Identification Procedures. CUSIP is a registered trademark of the American Bankers Association. CUSIP Global Services is managed on behalf of the American Bankers Association by S&P Global Market Intelligence. Permission to reprint or distribute any content from this presentation requires the prior written approval of S&P Global Market Intelligence.

8

# CUSIP Global Services Today

## Celebrating **50+ Years** of Powering Efficient Capital Markets

- CUSIPs help foster market liquidity
  - Over 50mm securities and their issuers worldwide
  - Reputation as trusted originator of quality identifiers and descriptive data
  - Interoperable among regulators, banks, vendors, exchanges, and depositories

- Numbering system or agency for:
  - United States and Canada
  - Cayman Islands, Bermuda, and British Virgin Islands
  - 35 other markets throughout Caribbean and Central/South America



CUSIP ®  Committee on Uniform Security Identification Procedures. CUSIP is a registered trademark of the American Bankers Association. CUSIP Global Services is managed on behalf of the American Bankers Association by S&P Global Market Intelligence. Permission to reprint or distribute any content from this presentation requires the prior written approval of S&P Global Market Intelligence.

9

# CUSIP Global Services Today

## Independent, Focused Standards Practitioner

- Operated by the Market Intelligence division of S&P Global on behalf of the American Bankers Association
  - External ABA ownership respected ("Firewalled" business)
  - Dedicated RM and IT teams for CUSIP

- CUSIP Board of Trustees
  - Operations and Data Executives from major financial institutions
  - Advisory capacity to guide growth and enhancements
  - Ongoing responsiveness to evolving needs of the markets



CUSIP ®  Committee on Uniform Security Identification Procedures. CUSIP is a registered trademark of the American Bankers Association. CUSIP Global Services is managed on behalf of the American Bankers Association by S&P Global Market Intelligence. Permission to reprint or distribute any content from this presentation requires the prior written approval of S&P Global Market Intelligence.

# CUSIP Global Services Today

## Sustained Reinvestment on Behalf of the Industry

- New asset classes/market sectors that suffer for lack of a standard:
  - Listed US/Canadian options and single-stock futures (SSFs)
  - Market agreed coupon swaps
  - Digital/tokenized securities
  - Physical precious metals

- Enhanced coverage of related ISO standards
  - Financial Instrument Short Name (FISN)
  - Classification of Financial Instruments (CFI)

- Connection to DTCC's GMEI Utility for Legal Entity Identifier (LEI) Registration
  - Allows "one-stop shopping" for securities identifiers and LEIs
  - More than 14,000 Issuer and Fund LEIs registered to date



CUSIP ®  Committee on Uniform Security Identification Procedures. CUSIP is a registered trademark of the American Bankers Association. CUSIP Global Services is managed on behalf of the American Bankers Association by S&P Global Market Intelligence. Permission to reprint or distribute any content from this presentation requires the prior written approval of S&P Global Market Intelligence.

# CUSIP Global Services Today

## Asset Class Coverage

| Equity | Debt | Other |
|---|---|---|
| • Common / Ordinary Shares | • Corporate | • Credit Derivatives (RED codes) |
| • Preferred Shares | • Municipal | • Market Agreed Coupon (MAC) Swaps |
| • ADRs and GDRs | • US Treasury and Agencies | • Hedge Funds |
| • Exchange Traded Funds | • Sovereign | • Physical Precious Metals |
| • Indices | • Supranational Agencies | • Restricted 144A and Reg S Securities |
| • Limited Partnerships | • Bankers Acceptances | • Other private securities (incl. digital/tokenized) |
| • Listed Options – US/Canada | • Commercial Paper | • Structured and Hybrid Products |
| • Mutual Funds | • Medium-Term Notes | • Variable Annuities |
| • REITs | • Certificates of Deposit | • Other Insurance-Related Products |
| • Rights | • Mortgage-backed Securities | |
| • Warrants | • Asset-backed Securities | |
| • Unit Investment Trusts | • CLOs / CDOs | |
| | • Syndicated Bank Loans | |



CUSIP ®  Committee on Uniform Security Identification Procedures. CUSIP is a registered trademark of the American Bankers Association. CUSIP Global Services is managed on behalf of the American Bankers Association by S&P Global Market Intelligence. Permission to reprint or distribute any content from this presentation requires the prior written approval of S&P Global Market Intelligence.

# CUSIP Global Services Today

## Critical Partnerships

| Market Authorities | CGS Agents | Other Partners |
|---|---|---|
| • Municipal Securities Rulemaking Board<br>• National Association of Insurance Commissioners | • Canadian Depository for Securities<br>• Bermuda Stock Exchange<br>• Cayman Islands Stock Exchange | • DTCC<br>• Loan Syndications and Trading Association<br>• Euromoney TRADEDATA<br>• SIX Financial<br>• SIFMA<br>• Templum Markets |



CUSIP ® Committee on Uniform Security Identification Procedures. CUSIP is a registered trademark of the American Bankers Association. CUSIP Global Services is managed on behalf of the American Bankers Association by S&P Global Market Intelligence. Permission to reprint or distribute any content from this presentation requires the prior written approval of S&P Global Market Intelligence.

13



# Gerard Faulkner

Director of Operations

CUSIP ®  Committee on Uniform Security Identification Procedures. CUSIP is a registered trademark of the American Bankers Association. CUSIP Global Services is managed on behalf of the American Bankers Association by S&P Global Market Intelligence. Permission to reprint or distribute any content from this presentation requires the prior written approval of S&P Global Market Intelligence.

14

# Processes and Procedures

## Criteria for Assigning a CUSIP



- Equity
  - Public (unrestricted) equity offering by US or Canadian issuer
  - Private (restricted) equity offering in US by any issuer
    - Rule 144A or Regulation D
  - American or Global Depositary Receipts (ADR/GDR)

- Debt
  - Public or private debt offering in US by any issuer
    - SEC-registered, Rule 144A, or Regulation D



CUSIP ®  Committee on Uniform Security Identification Procedures. CUSIP is a registered trademark of the American Bankers Association. CUSIP Global Services is managed on behalf of the American Bankers Association by S&P Global Market Intelligence. Permission to reprint or distribute any content from this presentation requires the prior written approval of S&P Global Market Intelligence.

15

# Processes and Procedures

## Criteria for Assigning a CINS



- Equity
  - Equity offered exclusively outside the US and Canada
    - Regulation S stock offering by US company on UK AIM Exchange or in Germany
  - Public offering in US by non-US/non-Canadian issuer (except ADR/GDR)
    - Cayman Islands, Bermuda, and British Virgin Islands

- Debt
  - Debt offered exclusively outside the US and Canada
    - Eurobonds
    - Regulation S (any issuer)



CUSIP ®  Committee on Uniform Security Identification Procedures. CUSIP is a registered trademark of the American Bankers Association. CUSIP Global Services is managed on behalf of the American Bankers Association by S&P Global Market Intelligence. Permission to reprint or distribute any content from this presentation requires the prior written approval of S&P Global Market Intelligence.

16

# Processes and Procedures

## General Procedures

- Requester selects appropriate template at [www.cusip.com](www.cusip.com)
  - Express service for processing in 1 hour or less
  - REACH and FIRST mechanisms for large volume requesters

- Must upload appropriate legal documentation
  - Prospectus or Official Statement for new offerings (can be preliminary)
  - Certificate of Amendment or similar for effecting corporate actions

- New offerings
  - Public or private
  - Pre-sale/pre-trade

- Corporate Actions
  - Name change, merger, reorganization, Chapter 11 or reverse stock split



CUSIP ® Committee on Uniform Security Identification Procedures. CUSIP is a registered trademark of the American Bankers Association. CUSIP Global Services is managed on behalf of the American Bankers Association by S&P Global Market Intelligence. Permission to reprint or distribute any content from this presentation requires the prior written approval of S&P Global Market Intelligence.

17

# Processes and Procedures: Request Workflow



CUSIP ® Committee on Uniform Security Identification Procedures. CUSIP is a registered trademark of the American Bankers Association. CUSIP Global Services is managed on behalf of the American Bankers Association by S&P Global Market Intelligence. Permission to reprint or distribute any content from this presentation requires the prior written approval of S&P Global Market Intelligence.

18

# Processes and Procedures: Sample CUSIP

## Structure of a CUSIP

### *CGS provides a 9-character standard CUSIP identifier for issuers and their financial instruments offered in the U.S. and Canada*

### Example: Amazon.com Inc. – Common Stock

| **Issuer** | **Issue** | **Check** | **Identifier** |
|---|---|---|---|
| 023135 | 10 | 6 | 023135106 |
| First 6 Characters | Next 2 Characters | Final Character | Resulting 9 Characters |
| Identifies the unique name of the: <br><br> • Company <br> • Municipality <br> • Agency <br><br> A hierarchical alpha numeric convention linked to alphabetic issuer name | Identifies the type of instrument: <br><br> • Equity <br> • Debt <br> • Agency <br><br> Uniquely identifies the issues within the issuer <br><br> A hierarchical alpha numeric convention | A mathematical formula checks accuracy of the previous 8 characters <br><br> Delivers a 1 character check result | A unique identifier |

**Corresponding ISIN**

**US0231351067**

Source: S&P Global Market Intelligence. For Illustrative purposes only.



CUSIP ®  Committee on Uniform Security Identification Procedures. CUSIP is a registered trademark of the American Bankers Association. CUSIP Global Services is managed on behalf of the American Bankers Association by S&P Global Market Intelligence. Permission to reprint or distribute any content from this presentation requires the prior written approval of S&P Global Market Intelligence.

19

# Processes and Procedures: Sample CINS

## Structure of a CINS

*CGS provides a 9-character standard CINS identifier for non-U.S./Canadian financial instruments*

**Example: BT Group PLC – Shares**

| **Country Code**<br>**1 char** | **Issuer**<br>**5 char** | **Issue**<br>**2 char** | **Check digit**<br>**1 digit** | **CINS Identifier** |
|---|---|---|---|---|
| **G** | **16612** | **10** | **6** | **G16612106** |
| • Region or country of Issuer<br>• 'G' is Great Britain | • Combined with the Country Code, uniquely identifies the issuer | • Uniquely identifies the issue within the issuer<br>• Identifies the type of instrument | • A mathematical formula checks accuracy of previous 8 characters<br>• Delivers a 1 character check result | |

Source: S&P Global Market Intelligence. For Illustrative purposes only.
CUSIP ® Committee on Uniform Security Identification Procedures. CUSIP is a registered trademark of the American Bankers Association. CUSIP Global Services is managed on behalf of the American Bankers Association by S&P Global Market Intelligence. Permission to reprint or distribute any content from this presentation requires the prior written approval of S&P Global Market Intelligence.



CUSIP GLOBAL SERVICES
Experience • Process
Technology • Innovation

# Processes and Procedures

## Did You Know?

- CUSIP identifiers are not reused **except** for certain high-volume fixed income programs?
  - Discount Commercial Paper, Federal Agency discount notes and TBA mortgage pools

- A security is assigned either one CUSIP **or** CINS, plus one corresponding ISIN?

- There are rules for determining fungibility?
  - One CUSIP/ISIN if shares trade on multiple stock exchanges or are denominated in different currencies
  - Separate CUSIPs/ISINs if debt issued in different tranches or classes by currency (e.g. USD tranche and EUR tranche)
  - Separate CUSIPs/ISINs for each transfer/ownership type: SEC-registered, Rule 144A, Regulation D (Accredited Investors) and Regulation S



CUSIP ®  Committee on Uniform Security Identification Procedures. CUSIP is a registered trademark of the American Bankers Association. CUSIP Global Services is managed on behalf of the American Bankers Association by S&P Global Market Intelligence. Permission to reprint or distribute any content from this presentation requires the prior written approval of S&P Global Market Intelligence.

21

# A World of Standards: ANNA (Association of National Numbering Agencies)



- CGS one of ANNA's 22 founding members in 1992

- Currently 94 full members and 24 associates representing 123 countries

- Responsible for ISIN allocation and distribution

- www.anna-web.org: Main website for the ANNA organization

- www.annaservice.com: Hub of Global ISIN data (CGS & SIX Financial)



CUSIP ® Committee on Uniform Security Identification Procedures. CUSIP is a registered trademark of the American Bankers Association. CUSIP Global Services is managed on behalf of the American Bankers Association by S&P Global Market Intelligence. Permission to reprint or distribute any content from this presentation requires the prior written approval of S&P Global Market Intelligence.

22

# A World of Standards: ISIN

## ISO 6166 - International Securities Identification Number

### *A global, uniform unique code that identifies instruments to facilitate cross-border trading*

### Example: Air Canada – Common Stock

| ISO Country Code | Local Identifier | Check | ISIN Identifier |
|---|---|---|---|
| CA | 008911703 | 4 | CA0089117034 |

- Local ID is assigned by the responsible NNA
- CUSIP will be Local ID for US and Canadian ISINs
- ISO Rules govern the Country Code:
  - Equity: country where the entity is incorporated or organized
  - Debt: location of the Central Securities Depository



CUSIP ® Committee on Uniform Security Identification Procedures. CUSIP is a registered trademark of the American Bankers Association. CUSIP Global Services is managed on behalf of the American Bankers Association by S&P Global Market Intelligence. Permission to reprint or distribute any content from this presentation requires the prior written approval of S&P Global Market Intelligence.

23

# A World of Standards: CFI

## ISO 10962 – Classification of Financial Instruments code

### Equity/Shares

| CFI Code | ESVUFR |
| --- | --- |
| **Asset / Product Type** | |
| Category | **E** = Equity |
| Group | **S** = Shares |
| **Attributes** | |
| 1st Attribute – Voting right | **V** = Voting |
| 2nd Attribute – Ownership | **U** = Unrestricted |
| 3rd Attribute – Payment Status | **F** = Fully Paid |
| 4th Attribute – Form | **R** = Registered |

### Debt/ Bonds

| CFI Code | DBFUGR |
| --- | --- |
| **Asset / Product Type** | |
| Category | **D** = Debt |
| Group | **B** = Bonds |
| **Attributes** | |
| 1st Attribute – Type of Interest | **F** = Fixed Rate |
| 2nd Attribute – Guarantee | **U** = Unsecured |
| 3rd Attribute – Redemption | **G** = Callable |
| 4th Attribute – Form | **R** = Registered |



CUSIP ® Committee on Uniform Security Identification Procedures. CUSIP is a registered trademark of the American Bankers Association. CUSIP Global Services is managed on behalf of the American Bankers Association by S&P Global Market Intelligence. Permission to reprint or distribute any content from this presentation requires the prior written approval of S&P Global Market Intelligence.

24

# A World of Standards: FISN

## ISO 18774 – Financial Instrument Short Name

*Provides a consistent and uniform approach to standardize short names and descriptions for financial instruments*

**Example:  Carbonite Inc. debt**

| Issuer Name<br>Max 15 char | "/" | Instrument Description<br>Max 19 char | FISN |
|---|---|---|---|
| CARBONITE INC | | 2.5NT20220401SRCONV | CARBONITE INC/2.5NT20220401SRCONV |

- Segments of the Instrument Description:
    - Interest rate/type (2.5)
    - Abbreviated security type (Notes)
    - Maturity date (April 1, 2022)
    - Rank (Senior)
    - Other attribute (Convertible)



CUSIP ®  Committee on Uniform Security Identification Procedures. CUSIP is a registered trademark of the American Bankers Association. CUSIP Global Services is managed on behalf of the American Bankers Association by S&P Global Market Intelligence. Permission to reprint or distribute any content from this presentation requires the prior written approval of S&P Global Market Intelligence.

25

# A World of Standards: LEIs

## ISO 17442 – Legal Entity Identifier

### *Designed to uniquely and unambiguously identify participants in financial transactions*

### Example: Philadelphia Cheesesteak Company

| LOU prefix<br>4 char | Entity Identifier<br>14 char | Verification ID<br>2 digits | LEI |
|---|---|---|---|
| 5493 | 00SAMIRN1R27UP | 42 | 549300SAMIRN1R27UP42 |

- "Business Card" Information:
  - Address: 520 East Hunting Park Ave, Philadelphia PA 19124
  - Entity Status: Active
  - Managing LOU: GMEI Utility (5493)
  - Legal Form: Corporation
  - Record State: Public_Sources



CUSIP ® Committee on Uniform Security Identification Procedures. CUSIP is a registered trademark of the American Bankers Association. CUSIP Global Services is managed on behalf of the American Bankers Association by S&P Global Market Intelligence. Permission to reprint or distribute any content from this presentation requires the prior written approval of S&P Global Market Intelligence.

26

# ANNA-GLEIF Initiative: ISIN-to-LEI Mapping

  

**CUSIP Global Services to Provide ISIN-to-LEI Mapping for U.S. and Canadian Securities**

*Industry Initiative Will Improve Transparency and Counterparty Risk Management by Linking Unique Security and Entity Identifiers in a Standardized Format*

**NEW YORK, NY, September 19, 2019 –** CUSIP Global Services (CGS) today announced that it will provide linkages between International Securities Identification Numbers (ISINs) and their corresponding Legal Entity Identifiers (LEIs) for newly issued and legacy securities in its ISIN database. The new ISIN-to-LEI mapping capability, which is available at no cost, was developed to support the Association of National Numbering Agencies (ANNA) and Global Legal Entity Identifier Foundation (GLEIF) mapping initiative, which was initiated to improve transparency and counterparty risk exposure in the global financial markets.



CUSIP ®  Committee on Uniform Security Identification Procedures. CUSIP is a registered trademark of the American Bankers Association. CUSIP Global Services is managed on behalf of the American Bankers Association by S&P Global Market Intelligence. Permission to reprint or distribute any content from this presentation requires the prior written approval of S&P Global Market Intelligence.



# Brian Sweeney

Product Manager

CUSIP ®  Committee on Uniform Security Identification Procedures. CUSIP is a registered trademark of the American Bankers Association. CUSIP Global Services is managed on behalf of the American Bankers Association by S&P Global Market Intelligence. Permission to reprint or distribute any content from this presentation requires the prior written approval of S&P Global Market Intelligence.

# Data Distribution



## Classifications and Ways to Access

| CGS Data Feeds | • Database Services<br>• Identifier Solution Services<br>• Portfolio Services<br>• Segment Services |
|---|---|
| Web Services | • CGS CUSIP Access<br>• CGS Municipal Issuer Access<br>• API Web Services |
| Other Services and Offerings | • Credit derivative entity ID's for Markit's RED service<br>• CUSIP Certification Program<br>• LEI Certification Program |



CUSIP ®  Committee on Uniform Security Identification Procedures. CUSIP is a registered trademark of the American Bankers Association. CUSIP Global Services is managed on behalf of the American Bankers Association by S&P Global Market Intelligence. Permission to reprint or distribute any content from this presentation requires the prior written approval of S&P Global Market Intelligence.

# Data Distribution



## CGS Data Feeds

| CGS Database Services | • CUSIP/ISIN/CINS Master Files<br>• Legal Entity Identification (LEI Plus)<br>• Mortgage-backed and TBA Services<br>• Private Placement for Insurance Industry (PPNs) |
|---|---|
| Identifier Solution Services | • Linkage of related securities from same private placement (144A)<br>• Linkage of related base-6 CUSIPs (Associated Issuers)<br>• CABRE-Related Instrument Bundle (CRIB)<br>• Three types of ISIN-CUSIP-CINS linkage files |
| Segment Services | • Listed Options, Single Stock Futures and Options on Futures<br>• Syndicated Loans<br>• Physical precious metals<br>• Digital Securities |



CUSIP ®  Committee on Uniform Security Identification Procedures. CUSIP is a registered trademark of the American Bankers Association. CUSIP Global Services is managed on behalf of the American Bankers Association by S&P Global Market Intelligence. Permission to reprint or distribute any content from this presentation requires the prior written approval of S&P Global Market Intelligence.

# Data Distribution



## Focusing the Spotlight on…

| | |
|---|---|
| **CUSIP Pulse** | • CUSIP files pushed every 15 minutes<br>• Enhanced version of old New Issue Alert<br>• Near real-time data for asset setup and updates (e.g. corporate actions, withdrawn and suspended issues) |
| **CUSIP/CINS/ISIN Linkage Comparison** | • CUSIP Master with ISIN (11mm US and Canadian instruments)<br>• CINS Master with ISIN (6mm globally traded instruments)<br>• Global ISIN Data "INC" File (Driven by ISINs supplied by 120 Global NNAs) |
| **Associated Issuers** | • Links related issuer names in the CUSIP database<br>• Issuers with multiple base numbers (e.g. NYS Dorm Authority)<br>• Issuers related via historical corporate actions |



CUSIP ®  Committee on Uniform Security Identification Procedures. CUSIP is a registered trademark of the American Bankers Association. CUSIP Global Services is managed on behalf of the American Bankers Association by S&P Global Market Intelligence. Permission to reprint or distribute any content from this presentation requires the prior written approval of S&P Global Market Intelligence.

# Data Distribution



## Web and Portfolio Services

| | |
|---|---|
| **CGS CUSIP Access** | • Direct access to the full CGS database<br>• Updated in near-real time, every 5 minutes<br>• Up to 62 data elements<br>• Search by issuer, issue or identifier<br>• Additional entitlements available |
| **CGS Municipal Issuer Access** | • Facilitates disclosure reporting under Rule 15c2-12<br>• Updated in near-real time, every 5 minutes<br>• View, print or download all securities for a given municipality or related authority |
| **Portfolio Services** | • Upload up to 100,000 CUSIP/CINS/ISINs for validation/data retrieval<br>• Easy Browse/Upload interface using Excel files<br>• Provides data enrichment and identifier verification<br>• Helps maintain accurate security master files |



CUSIP ®  Committee on Uniform Security Identification Procedures. CUSIP is a registered trademark of the American Bankers Association. CUSIP Global Services is managed on behalf of the American Bankers Association by S&P Global Market Intelligence. Permission to reprint or distribute any content from this presentation requires the prior written approval of S&P Global Market Intelligence.

# New for 2020: Additional Data Elements

## Obligor and Co-Obligor information for debt instruments

- The additional data elements are now available via the Issue Detail window in CUSIP Access and in the data base feeds.
  - Obligor Name
  - Obligor CUSIP Issuer Number
  - Co-Obligor Name
  - Co-Obligor CUSIP Issuer Number

**CUSIP / CINS : 00102DAA6**

| ISSUER DATA | |
|---|---|
| Issuer Number | 00102D |
| Name | ACIS CLO 2014-5 LTD / ACIS CLO 2014-5 LLC |
| Group | CUSIP |
| Type | Corporate |
| Last Updated | 10/08/2014 |
| Status | Active |
| Domicile | Cayman Islands(KY ) |



33

# New for 2020: Additional Data Elements

| ISSUE DATA | |
|---|---|
| **Issue Number** | AA 6 |
| **Description** | SR SECD NT CL A-1 FLTG 144A 3C7 |
| **ISIN** | US00102DAA63 |
| **Group** | CUSIP |
| **Type** | Debt |
| **Last Updated** | 03/31/2018 |
| **Status** | Active |
| **FISN** | ACIS CLO 2014-5/VAR RATE SR SECD NT |
| **Dated Date** | 11/18/2014 |
| **Payment Frequency** | Quarterly |
| **Maturity** | 11/01/2026 |
| **Currency** | United States (USD) |
| **ISO CFI Code** | DAVSGR |
| **Callable** | Y |
| **First Coupon Date** | 05/01/2015 |
| **US CFI Code** | ABVSGP |
| **DTC Eligible** | Y |
| **Underwriter** | NOMURA SECURITIES INTERNATIONAL INC |
| **Bond Counsel** | DECHERT |
| **Indenture Year** | 2014 |
| **Paying Advisor** | U S BANK N A |
| **Guarantee** | Secured |
| **Ownership Restrictions** | Restrictions |
| **Redemption** | Fixed Mat w/Call |
| **Obligor Name** | ACIS CLO 2014-5 LTD / ACIS CLO |
| **Obligor CUSIP Issuer Number** | 00102D |



CUSIP GLOBAL SERVICES
Experience · Process
Technology · Innovation

34

# New for 2020: Additional Data Elements

## Underlying (Original) CUSIPs for Municipal Secondarily Insured Bonds

- The underlying CUSIP for these bonds is now incorporated within the Issue Detail window and in the data feeds for Municipal Secondarily Insured bonds, providing a linkage between underlying and secondarily insured bonds.

### CUSIP / CINS : 70914PN99

**ISSUER DATA**

| | |
|---|---|
| Issuer Number | 70914P |
| Name | PENNSYLVANIA ST (FOR ISSUES DTD PRIOR TO 06/07/2007 SEE 709141 ETC) |
| Group | CUSIP/Intl |
| Type | Municipal |
| Last Updated | 05/15/2007 |
| Status | Active |
| Domicile | United States(US ) |
| State | Pennsylvania |



# New for 2020: Additional Data Elements

| ISSUE DATA | |
|---|---|
| **Issue Number** | N9 9 |
| **Description** | SECOND SER-BAM-TCRS (RELATING TO CUSIP 70914P F49) |
| **ISIN** | US70914PN990 |
| **Group** | CUSIP |
| **Type** | Debt |
| **Last Updated** | 09/07/2019 |
| **Status** | Active |
| **FISN** | PA ST/3 BAM-TCRS 20360915 UNSEC |
| **Dated Date** | 08/19/2016 |
| **Rate** | 3.000 |
| **Payment Frequency** | Semi Annually |
| **Maturity** | 09/15/2036 |
| **Govt Stimulus** | NA |
| **Currency** | United States (USD) |
| **ISO CFI Code** | DNFUFR                                    + |
| **Alternative Min Tax** | N |
| **Bank Qualified** | N |
| **Callable** | N |
| **US CFI Code** | MGFUFR                                    + |
| **DTC Eligible** | Y |
| **Pre-refunded** | N |
| **Insured By** | Build America Mutual Assurance Company |
| **Original CUSIP** | 70914PF49 |
| **Bank Qualified** | N |
| **Refundable** | N |
| **Remarketed** | N |



# Benefit Directly from the Source

### Data Provenance

- Primary source database
- Supported by legal documentation
- 50+ years of historical reference data and corporate actions
- Data expertise

### Validation & Accuracy

- Verify accuracy of CUSIP, CINS and ISIN identifiers
- Protect against dummy numbers
- Cross-check underlying data elements with legal documentation

### Speed

- Real-time access to IPOs, new issuance, and corporate actions
- Multiple delivery options via feed or web services
- 15-minute delta files delivered via SFTP

### Asset Class Coverage

- Dozens of asset classes across public and private markets
- Work with industry experts on expansion to new classes (e.g. LSTA, NAIC, Markit, Euromoney TRADEDATA and Templum Markets)



CUSIP GLOBAL SERVICES
Experience • Process
Technology • Innovation

CUSIP ®  Committee on Uniform Security Identification Procedures. CUSIP is a registered trademark of the American Bankers Association. CUSIP Global Services is managed on behalf of the American Bankers Association by S&P Global Market Intelligence. Permission to reprint or distribute any content from this presentation requires the prior written approval of S&P Global Market Intelligence.



# Matt Bastian

Sr. Director, CGS Market Development & West Coast Rep

CUSIP ®  Committee on Uniform Security Identification Procedures. CUSIP is a registered trademark of the American Bankers Association. CUSIP Global Services is managed on behalf of the American Bankers Association by S&P Global Market Intelligence. Permission to reprint or distribute any content from this presentation requires the prior written approval of S&P Global Market Intelligence.

38

# Protecting the Data

- CGS staff have the knowledge and experience to spot suspicious offering documents and prevent the deals from reaching the market



CUSIP ® Committee on Uniform Security Identification Procedures. CUSIP is a registered trademark of the American Bankers Association. CUSIP Global Services is managed on behalf of the American Bankers Association by S&P Global Market Intelligence. Permission to reprint or distribute any content from this presentation requires the prior written approval of S&P Global Market Intelligence.

39

# Protecting the Data

- Simply "numbering stuff" doesn't solve reference data challenges

- CGS Identifiers are the end result of a well-honed process

- As CGS operates in the pre-trade space, all major market data vendors start in some fashion with the CUSIP database

- Protecting the data and the ABA's IP validates the reliability of the system: *Using copies of copies of adulterated databases will lead to downstream errors and failed trades.*



CUSIP ® Committee on Uniform Security Identification Procedures. CUSIP is a registered trademark of the American Bankers Association. CUSIP Global Services is managed on behalf of the American Bankers Association by S&P Global Market Intelligence. Permission to reprint or distribute any content from this presentation requires the prior written approval of S&P Global Market Intelligence.

40

# Protecting the Data

## Transparent Licensing Process

- Allows for sustained reinvestment on behalf of the industry:

  – Developing new asset classes

  – Industry-supporting initiatives like CGS/DTCC LEI collaboration

  – Free ISIN lookup

- One license allows consumption of CUSIP data from any number of authorized distribution partners

- Sample fees and calculator available at: https://www.cusip.com/cusip/cgs-license-fees.htm



CUSIP ®  Committee on Uniform Security Identification Procedures. CUSIP is a registered trademark of the American Bankers Association. CUSIP Global Services is managed on behalf of the American Bankers Association by S&P Global Market Intelligence. Permission to reprint or distribute any content from this presentation requires the prior written approval of S&P Global Market Intelligence.

# Glimpse of the Future



**2020 and beyond…**

- Digital Securities

  – Partnership with Templum Markets

  – NOT Cryptocurrencies or ICOs

  – MUST have valid offering document

  – Usually private/unregistered securities



CUSIP ®  Committee on Uniform Security Identification Procedures. CUSIP is a registered trademark of the American Bankers Association. CUSIP Global Services is managed on behalf of the American Bankers Association by S&P Global Market Intelligence. Permission to reprint or distribute any content from this presentation requires the prior written approval of S&P Global Market Intelligence.

42

# Digital Securities

   



**CUSIP Global Services Collaborates with Templum Markets to Improve Transparency in Tokenized Securities Marketplace**

*CUSIP Identifiers to Be Assigned to Tokenized Asset Offerings*

**NEW YORK, NY, JUNE 28, 2018 –** CUSIP Global Services (CGS) a leading provider of unique security and entity identifiers and descriptive data that enable efficient global trading, and Templum Markets, a registered Broker-Dealer and Alternative Trading System (ATS) specializing in capital formation and secondary trading of digital and tokenized securities, today announced a collaboration to bring industry standard CUSIP identifiers to the tokenized securities marketplace. Templum Markets is a subsidiary of Templum Inc., a fintech and blockchain-focused holding company that operates at the intersection of innovative technologies and the modernization of securities.



CUSIP ® Committee on Uniform Security Identification Procedures. CUSIP is a registered trademark of the American Bankers Association. CUSIP Global Services is managed on behalf of the American Bankers Association by S&P Global Market Intelligence. Permission to reprint or distribute any content from this presentation requires the prior written approval of S&P Global Market Intelligence.

# Digital Securities: Digital Asset Report



CUSIP ®  Committee on Uniform Security Identification Procedures. CUSIP is a registered trademark of the American Bankers Association. CUSIP Global Services is managed on behalf of the American Bankers Association by S&P Global Market Intelligence. Permission to reprint or distribute any content from this presentation requires the prior written approval of S&P Global Market Intelligence.

# Contact Information

## Executive Management

- Scott Preiss, *Managing Director and Global Head, CGS*  212-438-6560    scott.preiss@cusip.com

- Roger Fahy, *VP and Chief Operating Officer, CGS*    212-438-4221    roger.fahy@cusip.com

## Operations and Data Governance

- Gerard Faulkner, *Director of Operations*    212-438-6542    gerard.faulkner@cusip.com

- Vinny DeCarluccio, *Director of Data Governance*    212-438-6540    vinny.decarluccio@cusip.com

- Sam Mannino, *Production Supervisor*    212-438-6554    sam.mannino@cusip.com

## Product Management

- Robert Corrado, *Product Manager*    212-438-2945    robert.corrado@cusip.com

- Michael Suttmiller, *Product Manager*    212-438-6433    michael.Suttmiller@cusip.com

- Brian Sweeney, *Product Manager*    212-438-0226    brian.sweeney@cusip.com

## Regional Representatives

- Matthew Bastian, *Director, West Coast*    206-402-6403    matthew.bastian@cusip.com

- Darren Purcell, *Director, EMEA*    +44 207 7176 7445    darren.purcell@cusip.com

- Eng Ban Ho, *Director, Asia-Pacific*    +65 6530 6457    engban.ho@cusip.com



CUSIP GLOBAL SERVICES
Experience • Process
Technology • Innovation

45




# Thank you!



CUSIP ® Committee on Uniform Security Identification Procedures. CUSIP is a registered trademark of the American Bankers Association. CUSIP Global Services is managed on behalf of the American Bankers Association by S&P Global Market Intelligence. Permission to reprint or distribute any content from this presentation requires the prior written approval of S&P Global Market Intelligence.

# Disclosure

- Copyright © 2020, American Bankers Association CUSIP Database provided by S&P Global Market Intelligence LLC. All rights reserved. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). Opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendation to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security.

- The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION.  In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages.

- S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act nor shall be deemed to be acting as a fiduciary in providing the Content.   S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain non-public information received in connection with each analytical process.

- S&P Global provides a wide range of services to, or relating to, many organizations.  It may receive fees or other economic benefits from organizations whose securities or services it may recommend, analyze, rate, include in model portfolios, evaluate, price or otherwise address.



CUSIP ®  Committee on Uniform Security Identification Procedures. CUSIP is a registered trademark of the American Bankers Association. CUSIP Global Services is managed on behalf of the American Bankers Association by S&P Global Market Intelligence. Permission to reprint or distribute any content from this presentation requires the prior written approval of S&P Global Market Intelligence.