# EXHIBIT 111

**Ex. 111 – Swiss Life Investment Management Holding AG Discovery**

| Discovery Type | Document | Contents |
|---|---|---|
| Requests for production and search terms | June 6, 2024 2025 Email from Meg Slachetka to Diana Colla, copying others, attaching a Swiss Life Investment Management Holding AG hit report | Swiss Life Investment Management Holding AG hit report agreeing to numerous search terms regarding CINS and ISINs, in addition to CUSIPs. For example, <br><br>• (("CGS Identifier*" OR CUSIP_DB OR "CGS Service" OR CUSIP OR ISIN OR CINS) w/10 (contract OR agreement)) <br><br>• (fee* OR cost* OR charge* OR pay* OR spend* OR rate* OR invoice* OR tax* OR withh* OR receipt* OR royalti* OR foreign* OR remit* OR exempt* OR disburse*) AND (use OR usage OR using OR access* OR download*) AND (CABRE* OR "CUSIP_DB" OR ((CUSIP* OR CGS OR ISIN* OR CINS) w/5 service*)) OR ("file download*" OR "CGS Data*" OR FINRA) AND NOT (trad* or position* or daily or month* or modif*) <br><br>• (FINRA OR Bloomberg OR BB* OR "Bloomberg TOMS" OR TOMS OR "Bloomberg API" OR FactSet OR "US Bank") AND ((CUSIP* OR ISIN* OR (CGS w/3 identifier*) OR CINS OR stock* OR bond* OR fund* OR equit* OR MBS OR loan* OR future* OR CABRE*) OR (CUSIP* w/5 (data* OR "DB")) OR "CUSIP_DB" OR "bulk feed" OR "file download" OR "CGS Data") AND NOT (weekly or daily or hinweis or trad* or portfolio or news* or modif*) <br><br>• ("ICE Data" OR "London Stock Exchange Group" OR Markit OR "Moody's") AND ((CUSIP* OR ISIN* OR (CGS w/3 identifier*) OR CINS OR stock* OR bond* OR fund* OR equities OR equit* OR MBS OR loan* OR future* OR CABRE*) OR (CUSIP* w/5 (data* OR "DB")) OR "CUSIP_DB" OR "bulk |

| Discovery Type | Document | Contents |
| --- | --- | --- |
| | | feed" OR "file download" OR "CGS Data") AND NOT (daily or weekly or month* or trad* or unsubscr* or news*) <br><br> • ("Fund Admin*" OR "SIX Financial" OR TELEKURS OR BPipe OR "B-Pipe" OR CME OR "Exchange Data International" OR "Fitch Ratings" OR FTSE) AND ((CUSIP* OR ISIN* OR (CGS w/3 identifier*) OR CINS OR stock* OR bond* OR fund* OR equities OR equit* OR MBS OR loan* OR future* OR CABRE*) OR (CUSIP* w/5 (data* OR "DB")) OR "CUSIP_DB" OR "bulk feed" OR "file download" OR "CGS Data") AND NOT (daily or weekly or month* or trad* or unsubscr* or news*) <br><br> • MSRB OR Blackrock OR Broadridge OR "London Stock Exchange Group" OR LSEG* OR SEDOL* OR (data w/3 vendor*)) AND ((CUSIP* OR ISIN* OR (CGS w/3 identifier*) OR CINS OR stock* OR bond* OR fund* OR  equit* OR MBS OR loan* OR future* OR CABRE*) OR (CUSIP* w/5 (data* OR "DB")) OR "CUSIP_DB" OR "bulk feed" OR "file download" OR "CGS Data") AND NOT (order* or  weekly or month* or trad* or unsubscr* or news* or portfolio) <br><br> • (Moodys OR Morningstar OR MSCI OR Refinitiv OR "NASD Trace" OR "Thomson Reuters" OR "FT/IDC") AND ((CUSIP* OR ISIN* OR (CGS w/3 identifier*) OR CINS OR stock* OR bond* OR fund* OR  equit* OR MBS OR loan* OR future* OR CABRE*) OR (CUSIP* w/5 (data* OR "DB")) OR "CUSIP_DB" OR "bulk feed" OR "file download" OR "CGS Data") AND NOT (order* or  weekly or month* or trad* or unsubscr* or news* or portfolio) |

Ex. 111 – Swiss Life Investment Management Holding AG Discovery- 2

| Discovery Type | Document | Contents |
|---|---|---|
| Interrogatories | Swiss Life Investment Management AG's Responses and Objections to FactSet's Second Set of Interrogatories | **Interrogatory No. 5**<br>Identify each and every CGS Identifier that can identify non-U.S. Financial Instruments that You can access through any of Your agreements with Third-Party Data Vendors, and state for each whether You have ever used such Financial Identifier for any purpose (including, but not limited to, using it in a search query, copying it, or incorporating it into a document or data file).<br><br>**RESPONSE TO INTERROGATORY NO. 5**<br>Plaintiff restates and incorporates its General Objections. Plaintiff objects to this Interrogatory as ambiguous as it conflates CGS Identifiers with Financial Identifiers; specifically, the first clause of this Interrogatory requests that Plaintiff "[i]dentify each and every CGS Identifier," while the second clause requests that Plaintiff "state for each whether You have ever used such Financial Identifier." Plaintiff interprets the phrase "Financial Identifier" in the second clause to refer to the "CGS Identifier" mentioned in the first clause. Plaintiff further objects to this Interrogatory as overly broad, unduly burdensome, and disproportionate to the needs of the case to the extent it requests that Plaintiff state whether it has "ever used" each CGS Identifier for "any purpose." Plaintiff will identify the CGS Identifiers, if any, that can identify non-U.S. Financial Instruments that it uses in the regular and ordinary course of its business. Plaintiff objects to the terms "access" and "use" and the distinction between them as vague, ambiguous, and overbroad.<br><br>Subject to these objections, Plaintiff states the following: Plaintiff identifies CUSIPs, ISINs, and CINS as the CGS Identifiers that can identify non-U.S. Financial Instruments that it has access to and ISINs as CGS identifiers it has used in the regular and ordinary course of its business. |

Ex. 111 – Swiss Life Investment Management Holding AG Discovery- 3

| Discovery Type | Document | Contents |
|---|---|---|
| Deposition testimony | Deposition Transcript of Daniel Kälin taken February 12, 2025 (Swiss Life) | 60:2-62:9; 72:11-16; 75:23-78:12; 87:19-89:24; 173:11-174:2; 194:17-197:20; 198:14-199:14; 240:10-21 |
| Requests for admission | Swiss Life Investment Management Holding AG's Responses and Objections to S&P's First Set of RFAs | **REQUEST FOR ADMISSION NO. 24:**<br>Admit that fees paid to license CINS are not within the scope of Your Complaint.<br><br>**RESPONSE:**<br>Plaintiff objects to the extent this Request improperly seeks a legal conclusion. Plaintiff further objects to the Request as vague and ambiguous as there are no "fees paid to license CINS" but rather fees paid to license "CGS Identifiers." Subject to and without waiving the foregoing, including the General and Specific Objections, denied.<br><br>**REQUEST FOR ADMISSION NO. 31:**<br>Admit that fees paid to license ISINs with a non-U.S. country code are not within the scope of Your Complaint.<br><br>**RESPONSE:**<br>Plaintiff objects to the extent this Request improperly seeks a legal conclusion. Plaintiff further objects to the Request as vague and ambiguous as there are no "fees paid to license ISINs with a non-U.S. country" but rather fees paid to license CGS Identifiers. On that basis, subject to and without waiving the foregoing including the General and Specific Objections, denied.<br><br>**REQUEST FOR ADMISSION NO. 32:**<br>Admit that fees paid to license ISINs that identify non-U.S. financial instruments are not within the scope of Your Complaint. |

Ex. 111 – Swiss Life Investment Management Holding AG Discovery- 4

| Discovery Type | Document | Contents |
|---|---|---|
| | | **RESPONSE:**<br>Plaintiff objects to the extent this Request improperly seeks a legal conclusion. Plaintiff further objects to the Request as vague and ambiguous as there are no "fees paid to license ISINs that identify non-U.S. Financial Instruments" but rather fees paid to license CGS Identifiers. On that basis, subject to and without waiving the foregoing including the General and Specific Objections, denied.<br><br>**REQUEST FOR ADMISSION NO. 33:**<br>Admit that fees paid to license non-U.S.-based CUSIP Identifiers are not within the scope of Your Complaint.<br><br><br>**RESPONSE:**<br>Plaintiff objects to the extent this Request improperly seeks a legal conclusion. Plaintiff further objects to the Request as vague and ambiguous as there are no "fees paid to license non-U.S. based CUSIP Identifiers" but rather fees paid to license CGS Identifiers. On that basis, subject to and without waiving the foregoing including the General and Specific Objections, denied.<br><br>**REQUEST FOR ADMISSION NO. 34:**<br>Admit that fees paid to license CUSIP Identifiers that identify non-U.S. financial instruments are not within the scope of Your Complaint.<br><br>**RESPONSE:**<br>Plaintiff objects to the extent this Request improperly seeks a legal conclusion. Plaintiff further objects to the Request as vague and ambiguous as there are no "fees paid to license CUSIP Identifiers that identify non-U.S. Financial Instruments" but rather fees paid to |

Ex. 111 – Swiss Life Investment Management Holding AG Discovery- 5

| Discovery Type | Document | Contents |
|---|---|---|
|  |  | license CGS Identifiers. On that basis, subject to and without waiving the foregoing including the General and Specific Objections, denied. |