# EXHIBIT 118



**American National Standard
for Financial Services**

# ANSI X9.6-2020

# Committee on Uniform Security Identification Procedures Securities Identification CUSIP



Accredited Standards Committee X9, Incorporated
Financial Industry Standards

**Date Approved: December 22, 2020**

American National Standards Institute

American National Standards, Technical Reports and Guides developed through the Accredited Standards Committee X9, Inc., are copyrighted.  Copying these documents for personal or commercial use outside X9 membership agreements is prohibited without express written permission of the Accredited Standards Committee X9, Inc.  For additional information please contact ASC X9, Inc., 275 West Street, Suite 107, Annapolis, Maryland 21401.

Licensed to Yolanda Wang.  ANSI store order # X_750807. Downloaded 08/25/2021. Single user license only. Copying and networking prohibited.

# Contents

Page

Foreword ......................................................................................................................iii

Introduction................................................................................................................v

1      Scope .................................................................................................................1

2      Terms and Definitions ....................................................................................1
2.1    Check digit ........................................................................................................1
2.2    CUSIP number...................................................................................................1
2.3    Issuer number ..................................................................................................1
2.4    Issue number ....................................................................................................1

3      Configuration of CUSIP Number ..................................................................1
3.1    CUSIP number length .......................................................................................1
3.2    Issuer number ..................................................................................................2
3.3    Issue number ....................................................................................................2
3.4    Check Digit ........................................................................................................2

4      Issuance of Numbers .....................................................................................2

Annex A (Normative)  Modulus 10 Double-Add-Double Technique .................3
A.1    Detail regarding the Check Digit .....................................................................3
A.2    Illustration of Technique ..................................................................................3
A.3    Treatment of Alphabetic Characters ..............................................................3

Annex B (Normative)  Registration Authority ..................................................5
B.1    Registration Authority......................................................................................5
B.2    Role ...................................................................................................................5
B.2.1  Assignment of CUSIP Number ........................................................................5
B.2.2  Dissemination of CUSIP Number ....................................................................5
B.3    Assignment Procedures ...................................................................................5
B.4    Description.........................................................................................................5
B.4.1  Components.......................................................................................................6
B.4.2  Length................................................................................................................6
B.4.3  Data Elements ..................................................................................................6

Annex C (Informative)  Description of the CUSIP Numbering System............7
C.1    CUSIP Global Services ....................................................................................7
C.2    Copyright...........................................................................................................7
C.3    Endorsement and Use of the CUSIP numbering system ...............................7
C.4    Control of the CUSIP numbering system ........................................................8
C.5    Financial instruments covered by the CUSIP numbering system..................8
C.5.1  Eligible Financial Instruments .........................................................................8
C.5.2  Corporates .......................................................................................................8
C.5.3  Municipals ........................................................................................................10
C.6    Canadian Issues ..............................................................................................10
C.7    Other Related Numbers and Instruments to the CUSIP Standard.................10
C.7.1  Non-North American Issues – CUSIP International Numbering System...........10
C.7.2  Private Placements...........................................................................................11
C.8    Issuer Number and Issue Number...................................................................11
C.8.1  Issuer Number...................................................................................................11

© ASC X9, Inc. 2020– All rights reserved

Licensed to Yolanda Wang.  ANSI store order # X_750807. Downloaded 08/25/2021. Single user license only. Copying and networking prohibited.

C.8.1.1 Issuer Gapping Figures........................................................................................11
C.8.1.2 Issue Overflow....................................................................................................12
C.8.1.3 Issuer Numbers Reserved for Internal use........................................................12
C.8.1.4 Issuer Numbers Reserved for Industry-Wide Testing ......................................12
C.8.2    Issue Number ....................................................................................................12
C.8.2.1 Issue Numbers for Equity Securities (with illustration) ................................. 12
C.8.2.2 Issue Numbers for Options...............................................................................123
C.8.2.3 Issue Number Overflow for Equity Securities ..................................................13
C.8.2.4 Issue Numbers for Fixed Income Instruments (with illustration) ...................123
C.8.2.5 Issue Number Overflowfor Fixed Income Issues ...........................................14
C.8.2.6 Issue Numbers Reserved for Internal Use.......................................................14
C.8.2.7 Issue Numbers Reserved for Industry-wide Testing ......................................124

Annex D (Informative)  Standard Abbreviations for Issuers and Issues .......................15

© ASC X9, Inc. 2020– All rights reserved

Licensed to Yolanda Wang.  ANSI store order # X_750807. Downloaded 08/25/2021. Single user license only. Copying and networking prohibited.

# Foreword

Development of CUSIP Number

In 1962, after many informal discussions with members of the financial community, the New York Clearing House Association established a Securities Procedures Committee to study the question of developing a standard method of identifying securities. This Committee concluded that a uniform securities identification system was feasible and timely and - because of the magnitude of the problems to be solved and their far-reaching implications - the development of the system should involve the cooperation and support of the entire financial community.

The Clearing House approached The American Bankers Association (ABA) to develop the system. In July 1964, the ABA's Committee on Uniform Security Identification Procedures (CUSIP) was created under the chairmanship of John L. Gibbons, Chairman of the Trust Committee of Chemical Bank New York Trust Company. The main goals of the CUSIP Committee were to develop specifications for a uniform security identification system, for devising a format of imprinting the identification system, for devising a format of imprinting the identification number on the certificate in man/machine readable type font, and to establish an agency to administer the identification system according to specifications.

The CUSIP Committee appointed three subcommittees: The Technical Subcommittee to develop specifications, and Legal and Agency Subcommittees to implement the system.

In developing specifications for the numbering system, the CUSIP Technical Subcommittee found two needs: 1) that the number should contain as few characters as possible, and 2) that it should be linked to an alphabetic sequence of issuer names, when possible. Also, the number should be capable of meeting future as well as present operating requirements; that it must be adaptable to the internal systems of all users, to communications systems, to automated document reading, etc.; and that the structure of the system should allow each user to assign numbers to securities or other assets carried by him but not covered by the CUSIP System.

In January, 1967, the ABA announced the development of a CUSIP numbering system which met as closely as possible these criteria. This system is explained in detail in the Introduction. The CUSIP number consists of nine characters, the first six of which uniquely identify the issuer, and the two other characters (alphabetic or numeric) which identify the issue. The ninth character is the check digit.

In 1968, CUSIP became the national securities identification system for the US, Canada, Bermuda, Cayman Islands, British Virgin Islands and Jamaica, and is the recognized substitute numbering system for more than 30 global territories identified in ISO 6166.

On June 18, 1990 the CUSIP Agency Board of Trustees passed the following resolutions regarding expansion of eligibility rules and guidelines for the issuance of CUSIP numbers:

- That effective January 1, 1991, domestic CUSIPs shall no longer be issued for non-North American securities, rather, the CUSIP International Numbering System (CINS) shall be used,

- That effective January 1, 1992, positions 2 through 5 of the CUSIP issuers number shall be alphanumeric, to cover the need for increased issuer/issue assignment, (Position 1 is already in use as an alpha-character for CINS.),

© ASC X9, Inc. 2020– All rights reserved

Licensed to Yolanda Wang.  ANSI store order # X_750807. Downloaded 08/25/2021. Single user license only. Copying and networking prohibited.

- That also effective January 1, 1992, an alpha in the fifth position shall be used and it is anticipated that CUSIP shall phase in positions 4, 3 and 2 beginning no earlier than 1993.

Approval of an American National Standard requires verification by ANSI that the requirements for due process, consensus, and other criteria for approval have been met by the standards developer.

Consensus is established when, in the judgment of the ANSI Board of Standards Review, substantial agreement has been reached by directly and materially affected interests. Substantial agreement means much more than a simple majority, but not necessarily unanimity. Consensus requires that all views and objections be considered, and that a concerted effort be made toward their resolution.

The use of American National Standards is completely voluntary; their existence does not in any respect preclude anyone, whether he has approved the standards or not from manufacturing, marketing, purchasing, or using products, processes, or procedures not conforming to the standards.

The American National Standards Institute does not develop standards and will in no circumstances give an interpretation of any American National Standard. Moreover, no person shall have the right or authority to issue an interpretation of an American National Standard in the name of the American National Standards Institute. Requests for interpretation should be addressed to the secretariat or sponsor whose name appears on the title page of this standard.

CAUTION NOTICE: This American National Standard may be revised or withdrawn at any time. The procedures of the American National Standards Institute require that action be taken to reaffirm, revise, or withdraw this standard no later than five years from the date of approval.

Accredited Standards Committee X9, Incorporated
Financial Industry Standards
275 West Street, Suite 107
Annapolis, MD 21401 USA
X9 Online http://www.x9.org

Copyright © 2018 ASC X9, Inc.

All rights reserved.

No part of this publication may be reproduced in any form, in an electronic retrieval system or otherwise, without prior written permission of the publisher. Published in the United States of America.

Licensed to Yolanda Wang.  ANSI store order # X_750807. Downloaded 08/25/2021. Single user license only. Copying and networking prohibited.

# Introduction

This American National Standard for securities and investment media identification recognizes the need for a common alphanumeric designation for issues of securities and other investment media. The approach outlined herein is intended to permit the greatest degree of flexibility within the financial community in facilitating interchange of securities, other investments and related communications.

NOTE: The user's attention is called to the possibility that compliance with this standard may require use of an invention covered by patent rights.

By publication of this standard, no position is taken with respect to the validity of this claim or of any patent rights in connection therewith. The patent holder has, however, filed a statement of willingness to grant a license under these rights on reasonable and nondiscriminatory terms and conditions to applicants desiring to obtain such a license. Details may be obtained from the standards developer.

Approval of an American National Standard requires verification by ANSI that the requirements for due process, consensus, and other criteria for approval have been met by the standards developer. Consensus is established when, in the judgment of the ANSI Board of Standards Review, substantial agreement has been reached by directly and materially affected interests. Substantial agreement means much more than a simple majority, but not necessarily unanimity. Consensus requires that all views and objections be considered, and that a concerted effort be made toward their resolution.

The use of American National Standards is completely voluntary; their existence does not in any respect preclude anyone, whether he has approved the standards or not from manufacturing, marketing, purchasing, or using products, processes, or procedures not conforming to the standards.

The American National Standards Institute does not develop standards and will in no circumstances give an interpretation of any American National Standard. Moreover, no person shall have the right or authority to issue an interpretation of an American National Standard in the name of the American National Standards Institute. Requests for interpretation should be addressed to the secretariat or sponsor whose name appears on the title page of this standard.

Suggestions for the improvement or revision of this Standard are welcome. They should be sent to the X9 Committee Secretariat, Accredited Standards Committee X9, Inc., Financial Industry Standards, 275 West Street, Suite 107 Annapolis, MD 21401 USA.

This Standard was processed and approved for submittal to ANSI by the Accredited Standards Committee on Financial Services, X9. Committee approval of the Standard does not necessarily imply that all the committee members voted for its approval.

CAUTION NOTICE: This American National Standard may be revised or withdrawn at any time. The procedures of the American National Standards Institute require that action be taken to reaffirm, revise, or withdraw this standard no later than five years from the date of approval.

At the time this standard was approved, the X9 committee had the following members:

Roy C. DeCicco, X9 Chair
Corby Dear, X9 Vice Chair
Steve Stevens, X9 Executive Director
Janet Busch, Program Manager

© ASC X9, Inc. 2020– All rights reserved

Licensed to Yolanda Wang. ANSI store order # X_750807. Downloaded 08/25/2021. Single user license only. Copying and networking prohibited.

| Organization Represented | Representative |
| --- | --- |
| ACI Worldwide | Doug Grote |
| Amazon | Igor Kleyman |
| American Bankers Association | Diane Poole |
| American Express Company | Kati Hausman |
| Bank of America | Daniel Welch |
| Bank of New York Mellon | Kevin Barnes |
| BDO | Tim Crawford |
| Bloomberg | Corby Dear |
| Capital One | Valerie Hodge |
| Communication Security Establishment | David Smith |
| Conexxus, Inc. | Alan Thiemann |
| CUSIP Global Services | Gerard Faulkner |
| Delap LLP | Andrea Beatty |
| Deluxe Corporation | Andy Vo |
| Diebold Nexdorf | Bruce Chapa |
| Digicert | Tim Hollebeek |
| Dover Fueling Solutions | Henry Fieglein |
| Federal Reserve Bank | Guy Berg |
| First Data Corporation | Lisa Curry |
| FIS | Stephen Gibson-Saxty |
| Fiserv | Dan Otten |
| FIX Protocol Ltd - FPL | Jim Northey |
| Futurex | Ryan Smith |
| Gilbarco | Bruce Welch |
| Harland Clarke | Jonathan Lee |
| Hyosung TNS Inc. | Joe Militello |
| IBM Corporation | Todd Arnold |
| Ingenico | Steve McKibben |
| Intralinks | Dario Lirio |
| ISITC | Lisa Iagatta |
| ITS, Inc. (SHAZAM Networks) | Manish Nathwani |
| J.P. Morgan Chase | Roy DeCicco |
| MagTek, Inc. | Jeff Duncan |
| MasterCard Europe Sprl | Mark Kamers |
| NACHA The Electronic Payments Association | George Throckmorton |
| National Security Agency | Mike Boyle |
| NCR Corporation | Kevin Spengler |
| Oberthur | Russell Conser |
| Office of Financial Research, U.S. Treasury | Tom Brown |
| PCI Security Council | Ralph Poor |
| PriVerify Corp | Adam Glynn |
| RouteOne | Chris Irving |
| SWIFT/Pan Americas | Karen DeRidder |
| Symcor Inc. | Debbie Fitzpatrick |
| TECSEC Incorporated | Ed Scheidt |
| The Clearing House | Sharon Jablon |
| University Bank | Stephen Ranzini |
| U.S. Bank | Michelle Wright |
| US Commodity Futures Trading Commission (CFTC) | Robert Stowsky |
| USDA Food and Nutrition Service | Lisa Gifaldi |
| VeriFone, Inc. | Dave Faoro |

© ASC X9, Inc. 2020– All rights reserved

Licensed to Yolanda Wang. ANSI store order # X_750807. Downloaded 08/25/2021. Single user license only. Copying and networking prohibited.

| | |
|---|---|
| VISA | Adam Clark |
| Wells Fargo Bank | Mark Schaffer |

At the time this standard was approved, the *X9D subcommittee on Securities* had the following members:

Tom Brown, Chair
Corby Dear, Vice Chair

| *Organization Represented* | *Representative* |
|---|---|
| American Bankers Association | Karin Flynn |
| American Bankers Association | Diane Poole |
| American Bankers Association | Tab Stewart |
| Bank of America | Elaine Chui |
| Bank of America | Matt Sharp |
| Bank of America | Michael Smith |
| Bank of America | Daniel Welch |
| Bloomberg LP | Corby Dear |
| Bloomberg LP | Steven Meizanis |
| Bloomberg LP | Rich Robinson |
| Citigroup, Inc. | Ellen Xu |
| CUSIP Global Services | Michael Atkin |
| CUSIP Global Services | Matthew Bastian |
| CUSIP Global Services | Gerard Faulkner |
| CUSIP Global Services | Peter McNally |
| CUSIP Global Services | Jeff Mitnick |
| CUSIP Global Services | Scott Preiss |
| Deluxe Corporation | Andy Vo |
| Diebold Nixdorf | Bruce Chapa |
| Discover Financial Services | Diana Pauliks |
| Federal Reserve Bank | Todd Albers |
| Federal Reserve Bank | Guy Berg |
| Federal Reserve Bank | Ainsley Hargest |
| Fiserv | Dan Otten |
| FIX Protocol Ltd - FPL | James Northey |
| FIX Protocol Ltd - FPL | Lisa Taikitsadaporn |
| ISITC | Jason Brasile |
| ISITC | Lisa Iagatta |
| ISITC | Rich Robinson |
| J.P. Morgan Chase | Roger Cowie |
| J.P. Morgan Chase | Robin Doyle |
| J.P. Morgan Chase | Ted Rothschild |
| National Security Agency | Paul Timmel |
| Office of Financial Research, U.S. Treasury Department | Thomas Brown Jr. |
| Office of Financial Research, U.S. Treasury Department | Paul D'Amico |
| Office of Financial Research, U.S. Treasury Department | DJ Purnell |
| PCI Security Standards Council | Ralph Poore |
| SWIFT/Pan Americas | Karin DeRidder |
| TECSEC Incorporated | Ed Scheidt |
| Thales UK Limited | Amit Sinha |
| The Clearing House | Sharon Jablon |

© ASC X9, Inc. 2020– All rights reserved

Licensed to Yolanda Wang.  ANSI store order # X_750807. Downloaded 08/25/2021. Single user license only. Copying and networking prohibited.

| | |
|---|---|
| U.S. Bank | Judith Hyppolite |
| U.S. Commodity Futures Trading Commission (CFTC) | Kate Dolan |
| U.S. Commodity Futures Trading Commission (CFTC) | Robert Stowsky |
| VeriFone, Inc. | Dave Faoro |
| Wells Fargo Bank | Jalal Akhavein |
| Wells Fargo Bank | Mark Schaffer |
| Wells Fargo Bank | Tom Stacy |
| Wells Fargo Bank | Jeff Stapleton |

Under ASC X9, Inc. procedures, a working group may be established to address specific segments of work under the ASC X9 Committee or one of its subcommittees. A working group exists only to develop standard(s) or guideline(s) in a specific area and is then disbanded. The individual experts are listed with their affiliated organizations. However, this does not imply that the organization has approved the content of the standard or guideline.

The X9D2 CUSIP X9.69 Review working group which reviewed this standard had the following members:

Diane Poole, Chair

| Organization Represented | Representative |
|---|---|
| American Bankers Association | Diane Poole |
| American Bankers Association | Tab Stewart |
| American Bankers Association | Karin Flynn |
| Bank of America | AnnaMaria Freeman |
| Bloomberg LP | Corby Dear |
| Bloomberg LP | Steven Meizanis |
| Bloomberg LP | Rich Robinson |
| Citigroup, Inc. | Ellen Xu |
| CUSIP Global Services | Michale Atkin |
| CUSIP Global Services | Matthew Bastian |
| CUSIP Global Services | Roger Fahy |
| CUSIP Global Services | Gerard Faulkner |
| CUSIP Global Services | Jeff Mitnick |
| CUSIP Global Services | Scott Preiss |
| FISERV | Lisa Iagatta |
| FIX Protocol Ltd - FPL | Lisa Taikitsadaporn |
| Object Management Group | Richard Beatch |
| J.P. Morgan Chase | Robin Doyle |
| J.P. Morgan Chase | Ted Rothschild |
| Office of Financial Research, U.S. Treasury Department | Thomas Brown Jr. |
| Office of Financial Research, U.S. Treasury Department | Paul D'Amico |
| University Bank | Stephen Ranzini |
| University Bank | Michael Tailey |

© ASC X9, Inc. 2020– All rights reserved

Licensed to Yolanda Wang.  ANSI store order # X_750807. Downloaded 08/25/2021. Single user license only. Copying and networking prohibited.

ANSI X9.6-2020

# Securities Identification (CUSIP)

## 1 Scope

This standard provides specifications for identifying an eligible security, financial instrument, or other investment media referred to hereinafter as an issue. It uniquely identifies the issuer, and with a few exceptions for high-volume fixed income programs, the issue as well. It shall serve as the common denominator in communications among users for completion of transactions and exchange of information. It specifies both the configuration of the number and the meaning attached to each portion. (See Informative Annex C 8.2 for more information)

## 2 Terms and Definitions

### 2.1 Check digit

A Modulus 10 Double-Add-Double technique is used as a means of verifying the CUSIP number. (See Normative Annex A for an illustration.)

### 2.2 CUSIP number

The term that refers to the whole alphanumeric number that uniquely identifies issuers and issues and, with few exceptions for high-volume fixed income programs, of financial instruments. (See Informative Annex C.8.1 for more detail on additional issuers and C.5.2 for the issue exceptions.)

### 2.3 Issuer number

A number assigned to each eligible issuer of securities, financial instruments or other investment media.

### 2.4 Issue number

A number used to identify each individual issue of an issuer. Each separate rate or maturity is considered a separate issue.

## 3 Configuration of CUSIP Number

### 3.1 CUSIP number length

The CUSIP number shall be 9 characters in length, consisting of a base number of six characters (either numeric or alphabetic, or a combination thereof) to be known as the issuer number, followed by two characters (either numeric or alphabetic, or a combination thereof) to be known as the issue number, and a ninth character to be known as the check digit (numeric only).

© ASC X9, Inc. 2020– All rights reserved

Licensed to Yolanda Wang. ANSI store order # X_750807. Downloaded 08/25/2021. Single user license only. Copying and networking prohibited.

## 3.2    Issuer number

To facilitate the assignment of issuer numbers corporate and governmental issuers are commingled to form a single alphabetic issuer file.  An issuer number of six characters is assigned based on the alphabetic sequence of each eligible issuer of securities or financial instruments.  One number is assigned to each issuer, except where two character issue numbers are not sufficient to accommodate all outstanding issues with their various rates and maturities.  In such instances, the next sequential issuer number is assigned unless it is unavailable, in which case an overflow issuer number shall be assigned.

Issuer numbers 900 to 989 in each group of 1,000 available numbers are reserved for overflow. Numbers in the overflow area are assigned in ascending sequence to any issuer which cannot be accommodated within its proper alphabetic position in the proceeding 900 issuer numbers.

Issuer numbers 990 to 999 in each group of 1,000 available are reserved for each independent user of the standard.  The practical effect of providing an overflow mechanism may be seen in the manner in which direct access to all issuers in the directory is accomplished clerically, without need for a cross-reference file lookup.  If the name is found in the appropriate alphabetic sequence, reference is then made to the 900 section of that series.  If the issuer has been assigned an overflow number, it shall be in this location.  Similarly, providing user assigned numbers permits a user to identify any issuer not assigned a CUSIP number for which a user has a holding, and still achieve reasonable alphabetic sequencing within that user's file.

## 3.3    Issue number

The issue number is a unique identifier, with few exceptions for high-volume fixed income programs, for each individual issue of an issuer (See Informative Annex C.5.2). Each separate rate or maturity for a debt instrument is considered a separate issue. The issue number consists of two numeric characters or two alphabetic characters or combination thereof. (See Normative Annex A for more information.)

## 3.4    Check Digit

A check digit based on the Modulus 10 Double-Add-Double technique shall be assigned to each CUSIP issuer plus issue number for use on an optional basis.  See Normative Annex A for details of the technique.

## 4    Issuance of Numbers

The formation of any number system necessitates the establishment of disciplines. In order to assure and maintain control and uniformity in the assignment of numbers in the CUSIP identification system, a Registration Authority is necessary.  See Informative Annex B for more information.

© ASC X9, Inc. 2020– All rights reserved

Licensed to Yolanda Wang.  ANSI store order # X_750807. Downloaded 08/25/2021. Single user license only. Copying and networking prohibited.

ANSI X9.6-2020

# Annex A
# (Normative)

# Modulus 10 Double-Add-Double Technique

## A.1  Detail regarding the Check Digit

In data transmission, when accuracy of the number may represent the only means of identification, the use of a check digit becomes mandatory as it provides the means of mathematically determining the accuracy of the whole number transmitted. For this reason it is necessary to use the full nine characters of the CUSIP number.

A check digit based on the Modulus 10 Double-Add-Double technique will be assigned to each CUSIP number. Modulus 10 was selected over the other systems because it provides the greatest degree of reliability without the loss of any available numbers. The illustrations below will clarify the manner of calculation of a Modulus 10 Double-Add-Double check digit.

## A.2  Illustration of Technique

A check digit based on the Modulus 10 Double-Add-Double technique shall be assigned to each CUSIP number.

The following illustration shall clarify the manner of calculation of a Modulus 10 Double-Add-Double check digit.

| **Issuer Number 837649** | | | | | | | **Issue Number 12** | |
|---|---|---|---|---|---|---|---|---|
| 8 | 3 | 7 | 6 | 4 | 9 | | 1 | 2 |
| x1 | x2 | x1 | x2 | x1 | x2 | | x1 | x2 |
| 8 | 6 | 7 | 12 | 4 | 18 | | 1 | 4 |

Thus,  $8 + 6 + 7 + 1 + 2 + 4 + 1 + 8 + 1 + 4 = 42$

The complement of the last digit of the sum becomes the check digit. The complement of 2 is 8; therefore, the CUSIP number with optional check digit would appear as:

837649 12 8

Normally, validation of the number would be made internally within a computer, using a relatively simple program.

## A.3  Treatment of Alphabetic Characters

In the calculation of the check digit, alphabetic characters shall be assigned a numeric value. The letter A shall be 10; and the value of each subsequent letter shall be the preceding letter's value incremented by 1.

© ASC X9, Inc. 2020– All rights reserved

Licensed to Yolanda Wang.  ANSI store order # X_750807. Downloaded 08/25/2021. Single user license only. Copying and networking prohibited.

**ANSI X9.6-2020**

To avoid confusion, number assignments using alphabetic characters have omitted the alphabetic "I" and numeric "1" as well as the alphabetic "O" and numeric zero.

*Alpha characters and their equivalent numerical values:*

| | | |
|---|---|---|
| A = 10 | K = 20 | U= 30 |
| B = 11 | L = 21 | V = 31 |
| C = 12 | M = 22 | W = 32 |
| D = 13 | N = 23 | X = 33 |
| E = 14 | O = 24 | Y = 34 |
| F = 15 | P = 25 | Z = 35 |
| G = 16 | Q = 26 | * = 36 (PPN System) |
| H = 17 | R = 27 | @ = 37 (PPN System) |
| I = 18 | S = 28 | # = 38 (PPN System) |
| J = 19 | T = 29 | |

A check digit has also been computed for Issuers assigned a six character issuer number.

© ASC X9, Inc. 2020– All rights reserved

4

Licensed to Yolanda Wang. ANSI store order # X_750807. Downloaded 08/25/2021. Single user license only. Copying and networking prohibited.

# Annex B
## (Normative)

## Registration Authority

## B.1 Registration Authority

The American Bankers Association (ABA) is the Registration Authority (RA) for X9.6. The CUSIP Agency is the organization within the ABA which is charged with the responsibility of developing, enhancing, and maintaining the CUSIP system and policies necessary for uniform securities identification.  It is comprised of the CUSIP Agency Board of Trustees, the CUSIP Administrator and CUSIP Global Services.  The issuance and dissemination of the numbers is accomplished through CUSIP Global Services.  CUSIP Global Services is operated, under legal agreement with the ABA, by S&P Global. ABA is a member of ANSI.  ABA is a member of Accredited Standards Committee X9. CUSIP Global Services is a member of Accredited Standards Committee X9.

> American Bankers Association
> 1120 Connecticut Avenue, NW, Suite 600
> Washington, DC 20036
> www.aba.com
>
> CUSIP Global Services
> 55 Water Street
> New York, NY 10014
> www.CUSIP.com

## B.2 Role

### B.2.1   Assignment of CUSIP Number

The RA shall be responsible for the assignment of a CUSIP number.

### B.2.2   Dissemination of CUSIP Number

The RA shall disseminate this CUSIP number to the financial marketplace based on established market needs, including format and frequency.

## B.3 Assignment Procedures

No financial instrument identified shall be given any preferential considerations.

Issue Numbers (Section 3.3 of the standard) shall be assigned in sequence as each new issue is originated. On the initial assignment, no consideration shall be given to the original date of any issue.

## B.4 Description

© ASC X9, Inc. 2020– All rights reserved                                                        5

Licensed to Yolanda Wang.  ANSI store order # X_750807. Downloaded 08/25/2021. Single user license only. Copying and networking prohibited.

### B.4.1 Components

Descriptions shall include the following three components:

1) The number assigned;

2) The issuer name in its standard abbreviated form (See Informative Annex D for standard abbreviations);

3) The issue name in its standard abbreviated form (See Informative Annex D for standard abbreviations).

### B.4.2 Length

Maximum length of a complete security description shall be 120 characters including spaces. It shall be structured to produce a description of no more than four (4) lines of 30 characters each. Specifications on the manner in which such descriptions are shown shall be outlined in the Registration Authority's operating procedures.

### B.4.3 Data Elements

The following data elements may be included in the issue name component for the purpose of assisting in the unique description and fungibility of a financial instrument:

a. Class - common, preferred;

b. Dated date if required;

c. Series designation, if any;

d. Par value, if required;

e. Dividend rate, if stated;

f. Expiration date, if any;

g. Currency, if required;

h. Type, mortgage, collateral, etc.

i. Purpose, if required;

j. Maturity, if any.

© ASC X9, Inc. 2020– All rights reserved

6

Licensed to Yolanda Wang.  ANSI store order # X_750807. Downloaded 08/25/2021. Single user license only. Copying and networking prohibited.

# Annex C
# (Informative)

# Description of the CUSIP Numbering System

## C.1 CUSIP Global Services

CUSIP Global Services, operated by S&P Global for the ABankers A, exists for the primary purpose of identifying issuers and issues of financial instruments within the standard framework of X9.6 and disseminating this data to the financial marketplace via various media. CUSIP numbers and standardized descriptions are used by the financial industry, and are critical for the accurate and efficient clearance and settlement of securities and other financial instruments as well as back-office processing. CUSIP Global Services seeks to assign numbers and standardized descriptions in a timely and accurate manner, using its best efforts to use primary or reliable sources of information.

## C.2 Copyright

The CUSIP database contains information obtained, selected, arranged and published by S&P Global, under authority from the ABA, and according to original methods and procedures developed and used by S&P Global. The CUSIP database is protected as a "compilation" under Section 101 of the U.S. Copyright Act, which provides copyright protection for a "work formed by the collection and assembling of preexisting materials or of data that are selected, coordinated, or arranged in such a way that the resulting work as a whole constitutes an original work of authorship." CUSIP is a registered trademark of the American Bankers Association.

The CUSIP database, consisting of the master list of CUSIP numbers together with an array of information associated with each security, has been registered by the ABA for copyright protection in the United States Copyright Office. Under applicable laws, the copyright registration certificate is prima facie evidence that ABA has a valid and subsisting copyright with respect to the CUSIP database.

## C.3 Endorsement and Use of the CUSIP numbering system

CUSIP numbers and standardized descriptions are used by virtually all sectors of the financial industry, and are critical for the accurate and efficient North American clearance and settlement of securities and other financial instruments as well as back-office processing. The CUSIP numbering system has been endorsed and is used by all major segments of the financial community including:

American Bankers Association

American Stock Exchange

Bond Market Association (formerly PSA, now SIFMA)

Canadian Depository for Securities Ltd.

Depository Trust Company (now DTCC)

© ASC X9, Inc. 2020– All rights reserved

Licensed to Yolanda Wang. ANSI store order # X_750807. Downloaded 08/25/2021. Single user license only. Copying and networking prohibited.

Midwest Stock Exchange

Government Finance Officers Association of the U.S. & Canada

Loan Syndicate and Trade Association

Municipal Securities Rulemaking Board

National Association of Securities Dealers

National Association of Variable Annuities

National Securities Clearing Corp.

New York Stock Exchange

Philadelphia Depository Trust Company

Philadelphia Stock Exchange

Securities and Exchange Commission

Securities Industry Association (now SIFMA)

## C.4 Control of the CUSIP numbering system

The CUSIP Agency is the organization within the ABA which is charged with developing, enhancing, and maintaining the system and policies necessary for uniform securities identification. The Agency is comprised of the CUSIP Agency Board of Trustees (who establish polices of the CUSIP Agency and otherwise act as an advisor), the CUSIP Agency Administrator (who serves as the secretariat of the CUSIP Agency and is responsible for implementing the policies of the Board of Trustees and managing the business of the CUSIP Agency) and CUSIP Global Services (who is designated by the CUSIP Agency to create and maintain a master file containing uniform security identification numbers and descriptions, assigning numbers and descriptions to existing or new security issues). CUSIP Global Services is operated by S&P Global under legal agreement with the ABA.

## C.5 Financial instruments covered by the CUSIP numbering system

### C.5.1    Eligible Financial Instruments

General interest is the primary consideration in determining what financial instruments are covered by the CUSIP identification system, provided appropriate documentation is supplied to CUSIP Global Services in requesting the assignment of a CUSIP number. Below are  general types of financial instruments that are eligible for CUSIP assignment if appropriate legal documentation is submitted to CUSIP Global Services (see www.CUSIP.com for listing of document types):

### C.5.2    Corporates

- Public Offering of Equity or Debt

© ASC X9, Inc. 2020– All rights reserved                                                                                         8

Licensed to Yolanda Wang.  ANSI store order # X_750807. Downloaded 08/25/2021. Single user license only. Copying and networking prohibited.

- American Depositary Receipts

- Bank Holding Company Formation

- Bankers Acceptances

- Certificates of Deposit

- Commercial Paper (Book Entry only)

- Company Emerging from Chapter XI

- Credit Derivative Entities

- Medium-Term Notes (Book Entry only)

- Merger / Acquisition -- Resulting Issuer / securities

- Mutual Funds

- Name Change - Resulting Issuer / securities

- Publicly-Traded Limited Partnerships

- Right Offerings

- Rule 144A Securities

- Shelf Registrations (SEC Rule 415)

- Stock Splits - reverse and forward stock splits that result in a mandatory exchange and result in the issuance of new, non-fungible financial instruments

- Syndicated Loans

  Effective January 2003, CUSIP numbers were assigned to privately-negotiated syndicated loans in the corporate loan market. In a joint effort with the Loan Syndications and Trading Association (LSTA), CUSIP Global Services developed special applications to accommodate the unique features of syndicated loans. CUSIP numbers are assigned at the deal and facility level.

- TBA's

  TBAs are futures contracts on mortgaged-backed pools. Working with the MBSCC, CUSIP Global Services developed a specialized numbering scheme for TBA (To be announced) mortgaged-backed securities. TBA CUSIPs incorporate within the number itself, a security's mortgage type (Ginnie Mae, Fannie Mae, Freddie Mac), coupon, maturity, and settlement month.

- Unit Trusts

© ASC X9, Inc. 2020– All rights reserved

9

Licensed to Yolanda Wang.  ANSI store order # X_750807. Downloaded 08/25/2021. Single user license only. Copying and networking prohibited.

- Variable Annuities - Prospectus and/or Contract

### C.5.3  Municipals

- Negotiated Issues

- Competitive Issues

- Private Placements

- Short-Term Notes

The CUSIP Agency may, from time to time, review the preceding list and add or delete as is deemed appropriate.

Although the foregoing describes those items included in the CUSIP System, subscribers may be interested to know that the following items, because of their short life or special status are not normally assigned CUSIP numbers:

For Corporate Issuers, CUSIP numbers have not been assigned to Fractional Shares and small local over-the-counter issues. In addition, no distinction is made between shares trading "when issued" and "regular way" (except where redemption of certificates is required).

## C.6  Canadian Issues

CUSIP numbers are assigned by CUSIP Global Services to securities listed on Canadian Exchanges and other financial instruments as may be deemed of general interest by the CUSIP Agency. The Canadian Agent for S&P Global is the Canadian Depository for Securities Limited (CDS). All applications by Canadian issuers for a CUSIP number must be made through CDS. The following is the prescribed procedure to ensure that the CUSIP is issued expeditiously:

A request in letter form should be sent to the attention of:

The Canadian Depository for Securities Limited
85 Richmond Street West
Toronto, Canada M5H2C9
(416) 365-3552

## C.7  Other Related Numbers and Instruments to the CUSIP Standard

### C.7.1  Non-North American Issues – CUSIP International Numbering System

For financial instruments actively traded on an International basis, which are either underwritten (debt issues) or domiciled (equities) outside the United States and Canada, the financial instruments will be identified by a CUSIP International Numbering System (CINS) number. CINS are 9-character alphanumeric identifiers assigned to non-North American securities. They employ the same 9 characters as CUSIP numbers, but CINS numbers are characterized by an alpha in the first position signifying the issuer's country or geographic region. CINS were developed as an extension to the CUSIP numbering system in 1989, in response to U.S. demand for global coverage within a 9-character structure.

© ASC X9, Inc. 2020– All rights reserved

Licensed to Yolanda Wang.  ANSI store order # X_750807. Downloaded 08/25/2021. Single user license only. Copying and networking prohibited.

CINS numbers employ the same Issuer (6 characters)/Issue (2 character & check digit) structure espoused by the CUSIP Numbering System. It is important to note that the first position of a CINS code is always represented by an alpha character, signifying the Issuer's country code (domicile) or geographic region:

| | | |
|---|---|---|
| A = Austria | J = Japan | S = South Africa |
| B = Belgium | K = Denmark | T = Italy |
| C = Canada | L = Luxembourg | U = United States |
| D = Germany | M = Mid-East | V = Africa - Other |
| E = Spain | N = Netherlands | W = Sweden |
| F = France | P = South America | X = Europe-Other |
| G = United Kingdom | Q = Australia | Y = Asia |
| H = Switzerland | R = Norway | |

## C.7.2  Private Placements

In October 1988, the National Association of Insurance Commissioners (NAIC) mandated the use by insurers of a uniform private placement number (PPN) to identify investments in their annual statements filed with State Regulatory Authorities. CUSIP Global Services was selected by the NAIC to create, assign, and administer the PPN system primarily for the Insurance Industry.

Requests for a PPN can be made in writing to:

CUSIP Global Services
55 Water Street, 45th floor
New York, NY 10041
Attn: PPN Department

Please contact the CUSIP Service Bureau Customer Service Department at (212)438-6500 for more information about PPN Services.

# C.8  Issuer Number and Issue Number

## C.8.1  Issuer Number

A single alphabetical file has been developed of corporate, municipal, and governmental issuers, and an issuer code of six characters has been assigned to each in alphabetical sequence. One number will be assigned to an issuer, except in those few cases where the issue numbers are not sufficient to accommodate all outstanding issues with their various rates and maturities, such as U. S. Governments and certain municipalities or states. In such instances, one or more additional issuer numbers will be assigned, and to the extent possible, linked electronically.

## C.8.1.1  Issuer Gapping Factors

© ASC X9, Inc. 2020– All rights reserved

Licensed to Yolanda Wang. ANSI store order # X_750807. Downloaded 08/25/2021. Single user license only. Copying and networking prohibited.

Gapping factors have been incorporated throughout the numbering system to allow for future file expansion; these are described more fully below.

### C.8.1.2  Issuer Overflow

Issuer numbers (900 to 989 in each group of 1,000 numbers) have been reserved for overflow. These overflow numbers will be assigned in ascending sequence to any new issuer that cannot be accommodated at the proper alphabetical position in the preceding group of issuer numbers. Such names are always in a positively identifiable position as the number assigned will contain a 9 in the hundreds position.

### C.8.1.3  Issuer Numbers Reserved for Internal Use

Issuer numbers (990 to 999 and 99A to 99Z in each group of 1,000 numbers) have also been reserved for the user's own purpose. This permits a user to assign an issuer number to any issuer which might be relevant to his holdings but which does not qualify for coverage under the CUSIP numbering system. Other issuer numbers (990000 to 999999 and 99000A to 99999Z) are also reserved for the user so that they may be assigned to non-security assets or for other internal operating purposes. Thus, with the addition of at least two numeric digits in the issue number field, a minimum of three million numbers are available to the user for numbering internal miscellaneous assets. The alphabetic character Z in the 5th and 6th position has been reserved for use by the Canadian Depository for Securities.

### C.8.1.4  Issuer Numbers Reserved for Industry-Wide Testing

From time to time, and in close cooperation with market participants and related associations, issuer numbers and ranges may be assigned to facilitate and support industry-wide testing.

### C.8.2  Issue Number

The issue number identifies each individual issuance, or financial instrument, of an issuer. (Each individual rate and maturity is considered a separate issue for numbering purposes.) The issue number consists of two numeric characters when assigned to equity securities and two alphabetic characters or one numeric and one alphabetic character when assigned to fixed income instruments (this permits the user to differentiate between issues in the two groups). Issue numbers are assigned in sequence as each issue is originated. However, in the setting up of the CUSIP numbering system and in the assignment of numbers to issues then in existence, numbers were assigned on the basis of rate and maturity and no consideration was given to the original date of issue. With regards to earlier references to uniqueness of the issue: Discount commercial paper is the one exception to the standard policy of not reusing CUSIP identifiers. There is limited reuse of CUSIP identifiers for discount commercial paper and government agency discount notes every four years based on a set maturity schedule. The reuse of CUSIP identifiers for discount commercial paper is a long established procedure among market participants directly involved with the high volume issuance of short-term discount commercial paper including issuers, paying agent banks and the central securities depository.

### C.8.2.1  Issue Numbers for Equity Securities (with Illustration)

The first issue number for an issuer's equity securities is 10 (blanks in the issue number position indicate this is an issuer; in some cases only an issuer number has been assigned. As additional information is gathered, it will be added to the CUSIP file). The unit position of the equity number

© ASC X9, Inc. 2020– All rights reserved                                                    12

Licensed to Yolanda Wang.  ANSI store order # X_750807. Downloaded 08/25/2021. Single user license only. Copying and networking prohibited.

is used to identity rights, warrants and so on and is assigned on an as available basis. When there are insufficient tens positions available for all individual issues, the necessary additional numbers are found through the use of the first open two-position digit in reverse sequence starting with 88 and assigned in descending order (see illustration below). Issue numbers 00-09 are reserved for future use.

**ILLUSTRATION OF THE ASSIGNMENT OF CUSIP ISSUE NUMBERS FOR EQUITY ISSUES:**

| | Issuer Number | Issue Number |
|---|---|---|
| ABC RAILROAD CORP | 003761 | |
| Equity Issues | | |
| Com | | 10 |
| RT | | 11 |
| PFD 5% | | 20 |
| PFD 3.75% | | 30 |
| PFD 1st Ser 6%. | | 40 |
| PFD 2nd Ser 6% | | 50 |
| CL A | | 60 |
| PFD Ser A Conv 5% | | 70 |
| PFD Ser B Conv 5% | | 80 |
| PFD $3.50 | | 88 |
| PFD 7.24% | | 87 |

**C.8.2.2    Issue Numbers for Options**

Issue number 01 has been designated to identity options for an issuer.

**C.8.2.3    Issue Number Overflow for Equity Securities**

Issue Number 89 will be reserved for overflow linkage and will not be assigned to a specific issue.

**C.8.2.4    Issue Numbers for Fixed Income Instruments (with Illustration)**

© ASC X9, Inc. 2020– All rights reserved

Licensed to Yolanda Wang.  ANSI store order # X_750807. Downloaded 08/25/2021. Single user license only. Copying and networking prohibited.

The issue number assigned to an issuer's fixed income obligations securities may consist of two alphabetic characters (AA etc.), one alphabetic character followed by one digit (A2 etc.), or one digit followed by one alphabetic character (2A etc.), assigned in that order. A separate issue number is assigned to each rate and/or maturity for each issue of bonds - thus a serial bond having 40 different maturities is assigned 40 separate issue numbers - but general obligations of a municipality having the same issue date, rate and maturity are normally assigned the same number regardless of purpose. The alphabetic letter "I" and numeric "1" as well as the alphabetic "O" and numeric zero are not used in the assignment of issue numbers to fixed income obligations.

## ILLUSTRATION OF THE ASSIGNMENT OF CUSIP ISSUE NUMBERS FOR FIXED INCOME ISSUES

|  | Issuer Number | Issue Number |
|---|---|---|
| ABC RAILROAD CORP | 003761 | |
| Fixed Income Issues | | |
| 1st Cons Mtg 4% 10/01/2019 | | AA |
| Sub Income Deb 5.25% 11/15/2020 | | AB |
| Sub Deb Conv 4.75% 06/01 /2025 | | AC |
| Equip Tr Ser 70 7.75% 08/01 /2028 | | AD |
| Equip Tr Ser 72 7.00% 11/01/2030 | | AE |

### C.8.2.5   Issue Number Overflow for Fixed Income Issues

Issue Number 9Z will be reserved for overflow linkage and will not be assigned to a specific use.

### C.8.2.6   Issue Numbers Reserved for Internal Use

Issue Numbers 90 through 99 in the equity group, and 9A through 9Y in the fixed income group, are reserved for the user specifically for assignment to those issues of an eligible issuer where no CUSIP issue number has been assigned.

### C.8.2.7   Issue Numbers Reserved for Industry-wide Testing

From time to time, and in close cooperation with market participants and related associations, issue numbers and ranges may be assigned to facilitate and support industry-wide testing.

© ASC X9, Inc. 2020– All rights reserved

Licensed to Yolanda Wang.  ANSI store order # X_750807. Downloaded 08/25/2021. Single user license only. Copying and networking prohibited.

# Annex D
## (Informative)

# Standard Abbreviations for Issuers and Issues


$ - DOLLAR
%- PERCENT
& - AND
ACC- ACCIDENT
ACCEP - ACCEPTANCE
ADJ-ADJUSTED
ADJ-ADJUSTMENT
ADMIN-ADMINISTRATION
ADR-AMERICAN DEPOSITARY RECEIPTS
AGRIC-AGRICULTURAL
AGY-AGY
AIRL-AIRLINE
ALA-ALABAMA
ALTA-ALBERTA
ALUM-ALUMINUM
AMAL-AMALGAMATED
AMER-AMERICA
AMERN-AMERICAN
AMORT-AMORTIZATION
ANTIC-ANTICIPATION
APT-APARTMENT
ARIZ-ARIZONA
ARK-ARKANSAS
ARPT-AIRPORT
ASNTD-ASSENTED
ASSD-ASSOCIATED
ASSMT-ASSESSMENT
ASSN-ASSOCIATION
ASSOC-ASSOCIATES
ASSUR-ASSURED
ASSURN-ASSURANCE
ATT-ATTACHED
AUD-AUDITORIUM
AUTH-AUTHORITY
AUTHZ-AUTHORIZED
AVE-AVENUE
AWY-AIRWAY
B C-BRITISH COLUMBIA
BD-BOND
BEN-BENEFICIAL
BENEV-BENEVOLENT
BK-BANK
BKG-BANKING
BLDG-BUILDING

© ASC X9, Inc. 2020– All rights reserved

Licensed to Yolanda Wang.  ANSI store order # X_750807. Downloaded 08/25/2021. Single user license only. Copying and networking prohibited.

BLDR-BUILDER
BLVD-BOULEVARD
BORO-BOROUGH
BR-BEARER
BRD-BOARD
BRDG-BRIDGE
BRH-BRANCH
BRIT-BRITISH
BRITN-BRITAIN
BROS-BROTHERS
BUR-BUREAU
C Z-CANAL ZONE
CALIF-CALIFORNIA
CALL-CALLABLE
CAP-CAPITAL
CAS-CASUALTY
CDA-CANADA
CDN-CANADIAN
CEM-CEMENT
CENT-CENTRAL
CENTY-CENTURY
CHEM-CHEMICAL
CIG-CIGARETTE
CL-CLASS
CMNTY-COMMUNITY
CNTY-COUNTY
CO-COMPANY
COLL-COLLATERAL
COLO-COLORADO
COM-COMMON
COML-COMMERCIAL
COMM-COMMERCE
COMMN-COMMISSION
COMMR-COMMISSIONER
COMWLTH-COMMONWEALTH
CONN-CONNECTICUT
CONSLDTN-CONSOLIDATION
CONSTR-CONSTRUCTION
CONSV-CONSERVATION
CONTL-CONTINENTAL
CONV-CONVERTIBLE
COOP-COOPERATIVE
CORP-CORPORATION
CPN-COUPON
CR-CREDIT
CSWY-CAUSEWAY
CT-COURT
CTF-CERTIFICATE
CTL-CONTROL
CTR-CENTER
CTRY-COUNTRY
CTZN-CITIZEN
CUM-CUMULATIVE

© ASC X9, Inc. 2020– All rights reserved

Licensed to Yolanda Wang.  ANSI store order # X_750807. Downloaded 08/25/2021. Single user license only. Copying and networking prohibited.

D C-DISTRICT OF COLUMBIA
DEB-DEBENTURE
DEFD-DEFERRED
DEL-DELAWARE
DEP-DEPOSIT
DEPT-DEPARTMENT
DEV-DEVELOPMENT
DISC-DISCOUNT
DISP-DISPOSAL
DIST-DISTRICT
DISTR-DISTRIBUTION
DISTRG-DISTRIBUTING
DISTRS-DISTRIBUTORS
DIV-DIVISION
DIVID-DIVIDEND
DLR-DOLLAR
DORM-DORMITORY
DRAIN-DRAINAGE
DTD-DATED
EASTN-EASTERN
ED-EDUCATION
EDL-EDUCATIONAL
ELEC-ELECTRIC
ELECTR-ELECTRONIC
ELEM-ELEMENTARY
ELIM-ELIMINATION
ENG-ENGLAND
ENGR-ENGINEERING
ENTMT-ENTERTAINMENT
EQUIP-EQUIPMENT
ETC-ET CETERA
EXHIB-EXHIBITION
EXMP-EXEMPTED
EXP-EXPIRE
EXPL-EXPLORATION
EXPT-EXPORT
EXPWY-EXPRESSWAY
EXTD-EXTENDED
EXTL-EXTERNAL
EXTN-EXTENSION
FAC-FACILITY
FD-FUND
FDG-FUNDING
FDRY-FOUNDRY
FED-FEDERAL
FEDN-FEDERATION
FEDT-FEDERATED
FGHT-FREIGHT
FGN-FOREIGN
FID-FIDELITY
FIN-FINANCE
FING-FINANCING
FINL-FINANCIAL

© ASC X9, Inc. 2020– All rights reserved

Licensed to Yolanda Wang.  ANSI store order # X_750807. Downloaded 08/25/2021. Single user license only. Copying and networking prohibited.

FLA-FLORIDA
FMR-FARMER
FNDTN-FOUNDATION
FR-FRACTIONAL
FST-FOREST
FT-FORT
GA-GEORGIA
GEN-GENERAL
GOVT-GOVERNMENT
GRNT-GRANT
GTD-GUARANTEED
GTEE-GUARANTEE
GTR-GREATER
GTY-GUARANTY
GYM-GYMNASIUM
HBR-HARBOR
HLDG-HOLDING
HOSP-HOSPITAL
HSG-HOUSING
HWY-HIGHWAY
ILL-ILLINOIS
ILLUM-ILLUMINATING
IMPT-IMPROVEMENT
INC-INCORPORATE
INC-INCORPORATED
INCIN-INCINERATOR
INCL-INCLUSIVE
IND-INDIANA
IND-INDUSTRY
INDBT-INDEBTEDNESS
INDENT-INDENTURE
INDL-INDUSTRIAL
INDPT-INDEPENDENT
INDTY-INDEMNITY
INS-INSURANCE
INSD-INSURED
INST-INSTITUTE
INSTL-INSTITUTIONAL
INSTN-INSTITUTION
INSTR-INSTRUMENT
INSTRN-INSTRUCTION
INT-INTEREST
INTER-INTERMEDIATE
INTL-INTERNATIONAL
INTST-INTERSTATE
INV-INVESTOR
INVT-INVESTMENT
IRR-IRRIGATION
IS-ISLAND
JCT-JUNCTION
JR-JUNIOR
JT-JOINT
KANS-KANSAS

© ASC X9, Inc. 2020– All rights reserved

Licensed to Yolanda Wang.  ANSI store order # X_750807. Downloaded 08/25/2021. Single user license only. Copying and networking prohibited.

KY-KENTUCKY
LA-LOUISIANA
LAB-LABORATORY
LD-LAND
LIBR-LIBRARY
LIQ-LIQUIDATION
LMBR-LUMBER
LN-LOAN
LOC-LOCAL
LT-LIGHT
LTD-LIMITED
LTG-LIGHTING
MACH-MACHINE
MACHY-MACHINERY
MAN-MANITOBA
MASS-MASSACHUSETTS
MAT-MATURITY
MATL-MATERIAL
MD-MARYLAND
ME-MAINE
MED-MEDICAL
MEM-MEMORIAL
MET-METROPOLITAN
MGMT-MANAGEMENT
MICH-MICHIGAN
MINN-MINNESOTA
MISS-MISSISSIPPI
MLG-MILLING
MLS-MILLS
MNG-MINING
MO-MISSOURI
MONT-MONTANA
MT-MOUNT
MTG-MORTGAGE
MTN-MOUNTAIN
MTR-MOTOR
MUN-MUNICIPAL
MUT-MUTUAL
N B-NEW BRUNSWICK
N C-NORTH CAROLINA
N D-NORTH DAKOTA
N H-NEW HAMPSHIRE
N J-NEW JERSEY
N MEX-NEW MEXICO
N S-NOVA SCOTIA
N Y-NEW YORK
NAT-NATURAL
NATL-NATIONAL
NAV-NAVIGATION
NEB-NEBRASKA
NETH-NETHERLANDS
NEV-NEVADA
NFLD-NEWFOUNDLAND

© ASC X9, Inc. 2020– All rights reserved                                                                19

Licensed to Yolanda Wang.  ANSI store order # X_750807. Downloaded 08/25/2021. Single user license only. Copying and networking prohibited.

NO-NUMBER
NORTH EASTN-NORTH EASTERN
NORTH WESTN-NORTH
WESTERN
NORTHEASTN-NORTHEASTERN
NORTHN-NORTHERN
NORTHWESTN-NORTHWESTERN
NT-NOTE
OBLIG-OBLIGATION
OKLA-OKLAHOMA
ONT-ONTARIO
OPER-OPERATING
OPT-OPTION
OPTL-OPTIONAL
ORD-ORDINARY
ORE-OREGON
ORIG-ORIGINAL
P R-PUERTO RICO
PA-PENNSYLVANIA
PAC-PACIFIC
PAR-PAR VALUE
PART-PARTICIPATING
PARTN-PARTICIPATION
PAV-PAVING
PAY-PAYABLE
PERM-PERMANENT
PERP-PERPETUAL
PERS-PERSONAL
PETE-PETROLEUM
PFD-PREFERRED
PK-PARK
PKG-PARKING
PKWY-PARKWAY
PL-PLACE
PLG-PLEDGE
PLGD-PLAYGROUND
PLT-PLANT
PMT-PAYMENT
POL-POLICY
PPTY-PROPERTY
PR-PRIOR
PREF-PREFERENCE
PRELIM-PRELIMINARY
PREM-PREMIUM
PRIM-PRIMARY
PRIN-PRINCIPAL
PRIV-PRIVILEGE
PROD-PRODUCT
PRODTN-PRODUCTION
PROJ-PROJECT
PROM-PROMISSORY
PROT-PROTECTIVE
PROTN-PROTECTION

© ASC X9, Inc. 2020– All rights reserved

20

Licensed to Yolanda Wang.  ANSI store order # X_750807. Downloaded 08/25/2021. Single user license only. Copying and networking prohibited.

PROV-PROVINCE
PRTG-PRINTING
PUB-PUBLIC
PUBG-PUBLISHING
PUBN-PUBLICATION
PUR-PURCHASE
PURP-PURPOSE
PWR-POWER
QUE-QUEBEC
R I-RHODE ISLAND
RCPT-RECEIPT
RD-ROAD
REC-RECREATION
RECON-RECONSTRUCTION
RED-REDEEMABLE
REDEV-REDEVELOPMENT
REF-REFUNDING
REFNG-REFINING
REFRIG-REFRIGERATION
REG-REGISTERED
REGL-REGIONAL
REGR-REGULAR
REGT-REGENTS
REINS-REINSURANCE
RENT-RENTAL
REORG-REORGANIZED
REP-REPUBLIC
REPST-REPRESENT
REPSTD-REPRESENTED
REPSTG-REPRESENTING
RES-RESOURCES
RESH-RESEARCH
RESV-RESERVE
REV-REVENUE
RIV-RIVER
RLTY-REALTY
RR-RAILROAD
RT-RIGHT
RT-ROUTE
RTY-ROYALTY
RY-RAILWAY
S C-SOUTH CAROLINA
S D-SOUTH DAKOTA
SAN-SANITARY
RUBR-RUBBER
SANTN-SANITATION
SASK-SASKATCHEWAN
SCH-SCHOOL
SEC-SECURITY
SECD-SECURED
SECT-SECTION
SER-SERIES
SEW-SEWAGE

© ASC X9, Inc. 2020– All rights reserved

Licensed to Yolanda Wang.  ANSI store order # X_750807. Downloaded 08/25/2021. Single user license only. Copying and networking prohibited.

SF-SINKING FUND
SH-SHARE
SMLT-SMELTING
SOC-SOCIETY
SOUTH EASTN-SOUTH EASTERN
SOUTH WESTN-SOUTH WESTERN
SOUTHEASTN-SOUTHEASTERN
SOUTHN-SOUTHERN
SOUTHWESTN-SOUTHWESTERN
SPL-SPECIAL
SR-SENIOR
SS-STEAMSHIP
ST-SAINT
ST-STATE
STA-STATION
STAD-STADIUM
STAT-STATUTORY
STD-STANDARD
STK-STOCK
STKYD-STOCKYARD
STL-STEEL
STPD-STAMPED
STR-STREET
SUB-SUBORDINATED
SUBDIV-SUBDIVISION
SUBN-SUBURBAN
SUBS-SUBSCRIPTION
SUBT-SUBSTITUTE
SURP-SURPLUS
SVC-SERVICE
SVGS-SAVINGS
SWITZ-SWITZERLAND
SWR-SEWER
SYND-SYNDICATE
SYS-SYSTEM
TEL-TELEPHONE
TER-TERRACE
TERM-TERMINAL
TERR-TERRITORY
TEX-TEXAS
THORO-THOROUGHFARE
THRU-THROUGH
TOB-TOBACCO
TPK-TURNPIKE
TR-TRUST
TRAN-TRANSIT
TRANSN-TRANSPORTATION
TRCNTNTL-TRANSCONTI
NENTAL
TREAS-TREASURY
TREASR-TREASURER
TUIT-TUITION
TUNL-TUNNEL

© ASC X9, Inc. 2020– All rights reserved

Licensed to Yolanda Wang.  ANSI store order # X_750807. Downloaded 08/25/2021. Single user license only. Copying and networking prohibited.

TWP-TOWNSHIP
TWY-THRUWAY
TWY-TOLLWAY
U A R-UNITED ARAB REPUBLIC
U K-UNITED KINGDOM
U S-UNITED STATES
UN-UNION
UNI-UNIFIED
UNIV-UNIVERSITY
UNVL-UNIVERSAL
UTD-UNITED
UTIL-UTILITY
V I-VIRGIN ISLANDS
VA-VIRGINIA
VAR-VARIOUS
VEH-VEHICLE
VET-VETERAN
VIC-VICINITY
VLG-VILLAGE
VOL-VOLUNTARY
VT-VERMONT
VTG-VOTING
VY-VALLEY
W VA-WEST VIRGINIA
WASH-WASHINGTON
WESTN-WESTERN
WHSE-WAREHOUSE
WHSL-WHOLESALE
WHSLR-WHOLESALER
WIS-WISCONSIN
WK-WORK
WT-WARRANTS
WTR-WATER
WTRWKS-WATERWORKS
WYO-WYOMING
YD-YARD
YR-YEAR

© ASC X9, Inc. 2020– All rights reserved

Licensed to Yolanda Wang.  ANSI store order # X_750807. Downloaded 08/25/2021. Single user license only. Copying and networking prohibited.