# EXHIBIT 12

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x
DINOSAUR FINANCIAL GROUP LLC,
SWISS LIFE INVESTMENT
MANAGEMENT HOLDING AG, and
HILDENE CAPITAL MANAGEMENT,
LLC, on behalf of themselves
and all others similarly
situated,

                    Plaintiffs,

           -against-
                                    Civil Action No.:
                                    22 Civ. 1860 (KPF)

S&P GLOBAL, INC., AMERICAN BANKERS
ASSOCIATION, and FACTSET RESEARCH
SYSTEMS INC.,

                    Defendants.

-----------------------------------x
                    February 5, 2025
                    9:05 a.m.


     VIDEOTAPED DEPOSITION of SCOTT J. PREISS, held
at the law offices of Wollmuth Maher & Deutsch LLP,
500 5th Avenue, New York, New York, before Judith
Thaten, a Certified Livenote Reporter and Notary
Public of the State of New York.

Page 2

A P P E A R A N C E S

ON BEHALF OF PLAINTIFFS
WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue
New York, New York 10110
BY:  JOSHUA SLOCUM, ESQ.
jslocum@WMD-LAW.com
KYLIE SPENCER, ESQ.
kspencer@wmd-law.com

ON BEHALF OF DEFENDANT  - S&P Global, Inc.
GIBSON DUNN & CRUTCHER LLP
200 Park Avenue, 47th Floor
New York, New York 10166
BY:  ERIC STOCK, ESQ.
estock@gibsondunn.com
STELLA CERNAK, ESQ.
scernak@gibsondunn.com

ON BEHALF OF DEFENDANT - American Bankers
Association
JONES DAY
250 Vesey Street
New York, New York 10281
BY:  ALEXANDER V. MAUGERI, ESQ.
amaugeri@jonesday.com

Page 4

IT IS HEREBY STIPULATED AND AGREED, by and

among counsel for the respective parties hereto,

that the filing, sealing and certification of the

within deposition shall be and the same are hereby

waived.

IT IS FURTHER STIPULATED AND AGREED that all

objections, except to the form of the question,

shall be reserved to the time of trial;

IT IS FURTHER STIPULATED AND AGREED that the

within deposition may be signed before any Notary

Public with the same force and effect as if signed

and sworn to before the court.

* * * *

Page 3

A P P E A R A N C E S (cont'd)

ON BEHALF OF DEFENDANT - FactSet Research
Systems, Inc.
SHINDER CANTOR LERNER LLP
14 Penn Plaza, 19th Floor
New York, New York 10122
BY:  JEFFREY I. SHINDER, ESQ.
jeffrey@scl-llp.com

ALSO PRESENT:
JONA KIM, ESQ., In-house Counsel, FactSet
RON MARRAZZO, Legal Video Specialist
Veritext Legal Solutions

Page 5

PREISS

VIDEOGRAPHER:  Good morning.
We are now going on the record.
The time is approximately
9:05 a.m.  This is the 5th of
February 2025.
Please note that the
microphones are sensitive and may
pick up whispering and private
conversations.  Please mute your
phones at this time.  Audio and
video recording will continue to
take place unless all parties
agree to go off the record.
This is video-recorded
deposition of Scott Preiss in the
matter of Dinosaur Financial Group
LLC, et al., versus S&P Global,
Inc., et al.
This case is filed in the
United States District Court,
Southern District of New York.
Docket Number is 1860 (KPF).
The location of this
deposition is Wollmuth Maher &

2 (Pages 2 - 5)

Page 6

PREISS

Deutsch, located at
500 Fifth Avenue, New York City.
        My name is Ron Marrazzo,
representing Veritext Legal
Solutions.  Your court reporter is
Judy Castore from the firm
Veritext Legal solutions.
        I'm not related to any party
in this action, nor am I
interested -- financially
interested in the outcome its
outcome.
        If there are any objections
to this proceeding, you can state
them at the time of your
appearance.
        All counsel attending
remotely and live will be noted on
the written transcript.
        We can now swear in the
witness and proceed.
S-C-O-T-T  J-A-Y  P-R-E-I-S-S,
        Having been duly sworn by a Notary Public
within and for the State of New York, stated an

Page 7

PREISS

address as 36 Lake Drive, Colts Neck, New Jersey,
was examined and testified as follows:
EXAMINATION BY MR. SLOCUM:
    Q    Mr. Preiss, have you been
deposed before?
    A    Never.
    Q    Okay.
        Have you given testimony in
any kind of trial or hearing?
    A    I have not.
    Q    Have you ever sworn an
affidavit or any kind of written
statement that's sworn under oath?
    A    I don't recall.
    Q    Okay.  So I'm just going to
go over some basics for the deposition.
        I'm going to ask questions,
and then you answer the questions.
Please wait for me to finish asking my
question, and I will wait for you to
finish your answer before asking the
next question.  Okay?
    A    Yes.
    Q    That's important, because, as

Page 8

PREISS

you can see, all of our words are being
written down by the court reporter, and
we need to make her life easier.
        Understood?
    A    Yes.
    Q    From time to time, we may
take breaks.  If you need a break,
please don't hesitate to let me know.
        If -- the only thing I would
ask is, if a question is pending, you
must answer the question before the
break.  Okay?
    A    Yes.
    Q    Your counsel may make
objections on the record from time to
time.  This is just something lawyers
do to preserve the record for the
court.
        Unless your counsel instructs
you not to answer, you have to answer
the question.  Understood?
    A    Yes.
    Q    Okay.  Is there any reason,
medical or otherwise, that you cannot

Page 9

PREISS

give truthful and accurate testimony
today?
    A    No.
    Q    What did you do to prepare
for today's deposition?
    A    I've been working many hours
in my day-to-day job.  I have met with
counsel a number of times recently.
    Q    Okay.  Have you met with
anyone other than your counsel to
prepare for today's deposition?
    A    No.
    Q    Have you spoken to anyone
other than your counsel about today's
deposition?
    A    No.
    Q    Can you describe your
educational history after high school?
    A    Sure.
        After high school, I was
initially a full-time student at
Brooklyn College with a major in
accounting.  Found that wasn't for me.
        Started working full-time at

3 (Pages 6 - 9)

Page 10

PREISS

Standard & Poor's, went back to school at night to pursue a business degree with a major in finance and economics at Pace University. Graduated there 1991 or so.

And then, while working full-time, continued my education and attended New York Law School, evening class, from 1991 to 1995.

Q   Did you graduate from New York Law School?

A   I did.

Q   Okay. And did you get a bachelor's degree at Pace?

A   I received a BBA from Pace, yes.

Q   Do you have any other degrees other than the two that you just mentioned?

A   I have gone to executive education training, leadership training. Those are certificated programs at Columbia University, Darden in Virginia, and also INSEAD in France.

Page 11

PREISS

Q   Do you have any other professional certifications other than the ones you just mentioned?

A   I do not.

Q   Describe your work -- excuse me. Withdrawn.

Describe your work history after you got your -- well, after you got your bachelor's degree.

A   Okay. Well, as I stated before, I was working full-time and going to school in the evenings.

So once I received my bachelor's degree, I had various positions while at CUSIP Service Bureau and later CUSIP Global Services, at that time, operated for the American Bankers Association by S&P Global.

Those positions included operation supervisor, assistant manager, and various other managerial roles.

Q   Okay. You mentioned CUSIP Service Bureau and CUSIP Global

Page 12

PREISS

Services.

Was there a name change at some point in time?

A   There was a rebranding to CUSIP Global Services at some time.

Q   When was that?

A   I don't recall.

Q   Was it in the 1990s?

A   I believe it was later.

Q   In the 2000s?

A   Probably.

Q   Okay. So after you got your degree from Pace, you went to work at what's now known as CGS; is that right?

A   I was already there.

Q   You were already there. You started working there during college?

A   Actually, between Brooklyn College and Pace University.

Q   Okay. When did you begin working with CGS?

A   February 1st, 1982.

Q   What is your current position

Page 13

PREISS

title?

A   The current title is senior vice president global head, CUSIP Global Services.

Q   Okay. Are you -- so you were the senior-most executive at CUSIP Global Services?

A   That's correct.

Q   How long have you had that position?

A   Since July 1st, 2015.

Q   Who was your predecessor?

A   James Taylor.

Not the singer.

Q   Okay. What was your position prior to becoming the head of CGS?

A   I believe it was vice president CUSIP Global Services, but it's been some time.

Q   Were you the chief operating officer?

A   So there is a distinction between internal titles and external. That was an approved external title for

4 (Pages 10 - 13)



68 (Pages 266 - 269)



Veritext Legal Solutions

212-279-9424          www.veritext.com          212-490-3430



70 (Pages 274 - 277)

Page 334

DINOSAUR FINANCIAL GROUP LLC, et al.
vs. S&P GLOBAL, INC., et al.
2/5/2025 - SCOTT J. PREISS
ACKNOWLEDGEMENT OF DEPONENT
I, SCOTT J. PREISS, do hereby declare
that I have read the foregoing transcript,
I have made any corrections, additions, or
changes I deemed necessary as noted on the
Errata to be appended hereto, and that the
same is a true, correct and complete
transcript of the testimony given by me.

_____  _____

SCOTT J. PREISS            Date

*If notary is required

SUBSCRIBED AND SWORN TO BEFORE ME THIS
_____ DAY OF _____, 20___.

_____

NOTARY PUBLIC

Page 335

C E R T I F I C A T I O N

STATE OF NEW YORK )
                  ) ss.:
COUNTY OF NEW YORK )

I, JUDITH THATEN, Shorthand Reporter
and Notary Public within and for the State
of New York, do hereby certify:
That SCOTT J. PREISS, the witness
whose deposition is hereinbefore set
forth, was duly sworn by me and that this
transcript of such examination is a true
record of the testimony given by such
witness.
I further certify that I am not
related to any of the parties to this
action by blood or marriage and that I am
in no way interested in the outcome of
this matter.
IN WITNESS WHEREOF, I have hereunto
set my _____ ry,
2025.

_____

JUDITH THATEN

Page 336

I N D E X
WITNESS                    PAGE
SCOTT J. PREISS
  Examination by:
    MR. SLOCUM                7

E X H I B I T S
PLAINTIFFS'                      PAGE
Exhibit 144 Document, Bates-stamped      53
    FRSI01174590 through FRSI01174592
Exhibit 145 Document, Bates-stamped      73
    FRSI0462810 and attachment
Exhibit 146 Document, Bates-stamped      99
    FRSI00200709 and attachment
Exhibit 147 Document, Bates-stamped      118
    FRSI01676960 through FRSI01676962
Exhibit 148 Document, Bates-stamped      126
    FRSI01675995 through FRSI01675998
Exhibit 149 Document, Bates-stamped      140
    FRSI01676189 through FRSI01676193
Exhibit 150 Document, Bates-stamped      165
    FRSI01478045 through FRSI01478046
Exhibit 151 Document, Bates-stamped      172
    SPGI-0000033645 through
    SPGI-0000033646
Exhibit 152 Document, Bates-stamped      179
    FRSI01146831 through FRSI01146839
Exhibit 153 Document, Bates-stamped      198
    FRSI01146989 through FRSI01146990
Exhibit 154 Document, Bates-stamped      221
    FRSI01464303 through FRSI01464305
Exhibit 155 Document, Bates-stamped      231
    FRSI00268871 through FRSI00268872
Exhibit 156 Document, Bates-stamped      238
    FRSI01173328, FRSI01173329, and
    attachment
Exhibit 157 Document, Bates-stamped      250
    FRSI1413379 through FRSI01413380
Exhibit 157A PowerPoint              250

Page 337

E X H I B I T S (cont'd)
PLAINTIFFS'                      PAGE
Exhibit 158 Document, Bates-stamped      283
    FRSI01481129 through FRSI01481130
Exhibit 159 Document, Bates-stamped      287
    ABA-0000001526 through
    ABA-0000001527
Exhibit 160 Document, Bates-stamped      299
    SPGI-0000012533 through
    SPGI-0000012535
Exhibit 161 Document, Bates-stamped      311
    FRSI00565700, FRSI00565701, and
    attachment
Exhibit 162 Document, Bates-stamped      327
    FRSI00174034 through FRSI00174038
Exhibit 163 Document, Bates-stamped      329
    FRSI01776754 through FRSI01776764

    (PREVIOUSLY MARKED)
Exhibit 88  Document, Bates-stamped      214
    FRSI00201117 through FRSI00201119
Exhibit 88A Excel spreadsheet        215

85 (Pages 334 - 337)