UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------x

DINOSAUR FINANCIAL GROUP LLC,
HILDENE CAPITAL MANAGEMENT, LLC
and SWISS LIFE INVESTMENT
MANAGEMENT HOLDING AG, on behalf
of themselves and all others similarly situated,

          Plaintiffs,

          -v-

S&P GLOBAL, INC., AMERICAN
BANKERS ASSOCIATION, and FACTSET
RESEARCH SYSTEMS INC.,

          Defendants.

-------------------------------------------x

**Case No. 1:22-CV-1860 (KPF)**

### DECLARATION OF JAMES J. KOVACS IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO EXCLUDE TESTIMONY OF DR. LAUREN J. STIROH

I, James J. Kovacs, an attorney in good standing of the bars of the District of Columbia and the State of Missouri, declare under penalty of perjury and pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1.     I am a Partner at Shinder Cantor Lerner LLP, counsel for Defendant FactSet Research Systems Inc in the above-captioned matter.  I make this declaration on personal knowledge in support of Defendants' Opposition to Plaintiffs' Motion to Exclude Testimony of Dr. Lauren J. Stiroh.

2.     Attached hereto as Exhibit 1 is a true and correct copy of excerpts of the January 7, 2026 deposition of Lauren J. Stiroh.

3.      Attached hereto as Exhibit 2 is a true and correct copy of the Expert Report of Cynthia L. Meyn dated November 26, 2025.

4.      Attached hereto as Exhibit 3 is a true and correct copy of excerpts of the October 21, 2025 deposition of Einer Elhauge.

5.      Attached hereto as Exhibit 4 is a true and correct copy of excerpts of the December 11, 2024, Rule 30(b)(6) deposition of ███████████ as corporate representative of ██████████████.

6.      Attached hereto as Exhibit 5 is a true and correct copy of excerpts of the July 24, 2025, Rule 30(b)(6) deposition of ████████, as corporate representative of ███████████ ████.

7.      Attached hereto as Exhibit 6 is a true and correct copy of excerpts of the March 13, 2025, Rule 30(b)(6) deposition of Stephane L. DuBois, as corporate representative of ████████████.

8.      Attached hereto as Exhibit 7 is a true and correct copy of excerpts of the April 1, 2025, Rule 30(b)(6) deposition of David Hunter, as corporate representative of FactSet Research Systems Inc.

9.      Attached hereto as Exhibit 8 is a true and correct copy of excerpts of the March 4, 2025, Rule 30(b)(6) deposition of █████████, as corporate representative of ██████████ ████████████.

10.     Attached hereto as Exhibit 9 is a true and correct copy of the July 24, 2025 Declaration of █████████████.

11.     Attached hereto as Exhibit 10 is a true and correct copy of excerpts of the March 7, 2025, Rule 30(b)(6) deposition of █████████, as corporate representative of ███████████.

12.     Attached hereto as <u>Exhibit 11</u> is a true and correct copy of excerpts of the March 7, 2025, Rule 30(b)(6) deposition of Steven Meizanis, as corporate representative of Bloomberg L.P.

13.     Attached hereto as <u>Exhibit 12</u> is a true and correct copy of FRSI01129359, attached as Exhibit 88 to Dkt. 352, Plaintiffs' Reply Memorandum of Law in Support of Their Motion for Class Certification and Appointment of Class Counsel.

14.     Attached hereto as <u>Exhibit 13</u> is a true and correct copy of excerpts of the March 11, 2025 deposition of Roger Fahy.

15.     Attached hereto as <u>Exhibit 14</u> is a true and correct copy of excerpts of the October 24, 2025 deposition of Bettina Bergmann.

I declare under penalty of perjury that the foregoing is true and correct.


Date:   April 15, 2026
        Washington, DC                                           James J. Kovacs

## CERTIFICATE OF SERVICE

I certify that on April 15, 2026, I caused the foregoing to be served on all counsel of record via ECF.

/s/ Eric J. Stock

Eric J. Stock