# EXHIBIT 2

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------- X

DINOSAUR FINANCIAL GROUP LLC,
HILDENE CAPITAL MANAGEMENT,
LLC and SWISS LIFE INVESTMENT
MANAGEMENT HOLDING AG, on behalf
of themselves and all others similarly
situated,

               Plaintiffs,

    -against-

S&P GLOBAL, INC., AMERICAN
BANKERS ASSOCIATION, and FACTSET
RESEARCH SYSTEMS INC.,

             Defendants.

------------------------------------------------------- X

Case No. 1:22-cv-1860-KPF

 

**EXPERT REPORT OF CYNTHIA L. MEYN**

 

November 26, 2025

**TABLE OF CONTENTS**

I. INTRODUCTION AND BACKGROUND..........................................................................1

II. STATEMENT OF QUESTIONS ADDRESSED .................................................3

III. SUMMARY OF CONCLUSIONS .................................................................4

IV. QUALIFICATIONS AND EXPERTISE ..............................................................8

    A. Occupation and Related Expertise .........................................................8

    B. Board Service...................................................................................13

    C. Publications.....................................................................................14

    D. Industry Implementation Projects Requiring Accurate Financial Identifiers .......15

    E. Prior Testimony................................................................................16

V. DEFINITION AND OVERVIEW OF A FINANCIAL IDENTIFIER ............................16

    A. Definition of a Financial Identifier ........................................................17

    B. Purpose of a Financial Identifier.........................................................20

    C. Multiple Identifiers for Most Securities and Financial Instruments .....................23

    D. The Role of Market Practice and Standards Organizations with Respect to Financial Identifiers .................................................................................24

    E. Market Participants License Enriched Data Beyond High-Level Fields. .............28

    F. FinTech Providers are a Driver of the Growth and Importance of Private Identifiers. .................................................................................33

VI. COMMON TYPES OF FINANCIAL IDENTIFIERS .......................................35

    A. There are Multiple Types of Identifiers, Which Continually Evolve...................35

    B. Equity and Debt Financial Identifiers – Securities that Settle Centrally ..............37

    C. Ticker Symbol - Equity.....................................................................37

    D. FIGI – Wide Ranging Asset Classes .....................................................38

    E. RIC – Wide Ranging Asset Classes .....................................................40

    F. CUSIP Identifier – U.S. and Canadian Equity and Debt .....................................41

    G. ISIN –Equity and Debt Outside the U.S. and Canada .......................................42

    H. CINS – Issuers Outside the U.S.  ........................................................43

    I. SEDOL – Britain and Ireland, Equity and Debt  ..............................................43

    J. WKN – German Securities, Eligible at the Deutsche Borse................................44

    K. VALOR – Swiss Securities .................................................................45

VII. FINANCIAL IDENTIFIERS FOR OTHER ASSET CLASSES – DECENTRALIZED SETTLEMENT...............................................................................45

i

A.    Syndicated Loans – CUSIP, ISIN, Contract Identifier, RIC, and FIGI................ 47

B.    LoanX IDs – Private Credit Loans  ....................................................................... 48

C.    Exchange Traded Derivatives – OCC Symbols,  CME Symbols, RIC, and FIGI 49

D.    Centrally Cleared Swaps – USI, UTI, UPI ........................................................... 49

E.    Foreign Exchange – ISO Currency Codes ........................................................... 50

F.    Cryptocurrency and Digital Assets – DTI and Market Practice .......................... 51

G.    Private Securities and Private Funds – Plain Language Descriptions and Private Identifiers ............................................................................................................. 51

VIII.    THE INVESTMENT LIFECYCLE ................................................................................. 53

A.    Overview ............................................................................................................... 53

B.    Front-Office Activities ......................................................................................... 55

    a.    Research ................................................................................................ 56

    b.    Syndication, Underwriting, and Distribution ....................................... 56

    c.    Order Generation, Order Execution, Order Allocation ......................... 57

C.    Security Master, Legal, and Compliance Activities ............................................. 59

    a.    Pre-Trade Compliance .......................................................................... 59

    b.    Post-Trade Compliance ......................................................................... 60

    c.    Firm-Wide Compliance ........................................................................ 60

    d.    Regulatory Reporting ............................................................................ 61

    e.    Security Master Set Up Activities ........................................................ 63

D.    Middle-Office Activities ...................................................................................... 66

    a.    Block Matching ..................................................................................... 67

    b.    Trade Allocation ................................................................................... 67

    c.    Allocation Dissemination and Trade Instruction .................................. 68

E.    Back-Office Activities and Accounting ............................................................... 68

    a.    Trade Instruction Generation, Communication, and Confirmation of Matching ............................................................................................... 69

    b.    Trade Settlement Finality at the Settlement Venue ............................... 71

    c.    Accounting and Tax .............................................................................. 72

F.    Summary of the Importance of the Financial Identifier for Trading Lifecycle .... 73

IX.    FINANCIAL SERVICES FIRMS HAVE VARIED NEEDS FOR DIFFERENT TYPES OF IDENTIFIERS AND DIFFERENT AMOUNTS AND FIELDS OF ACCOMPANYING DATA. ............................................................................................. 73

A.    Investment Banks .................................................................................................. 86

B.    Broker Dealer ........................................................................................... 87

C.    Asset Managers (and Institutional Investment Managers) ..................................... 89

D.    Mutual Funds and Mutual Fund Sponsors (Open & Closed) ............................... 92

E.    Corporate and Government Pension Plans ........................................................... 94

F.    Insurance Company ......................................................................................... 96

G.    Account Firms (including Fund Accountants) ..................................................... 100

H.    Fund Administration ....................................................................................... 101

I.    Wealth Management (including Retail Broker Dealers and Registered Investment Advisors) ........................................................................................................ 103

J.    Retail Bank ..................................................................................................... 106

K.    Private Banking ............................................................................................... 107

L.    Treasury and Treasury Services ....................................................................... 109

M.    Audit and Consulting Firms ............................................................................. 112

N.    Government Regulators ................................................................................... 113

O.    Other Types of Financial Services Firms ........................................................... 114

X.    THE ROLE OF FINTECH ...................................................................................... 117

XI.    CONCLUSION ...................................................................................................... 124

## I.    INTRODUCTION AND BACKGROUND

1.    I, Cynthia L. Meyn, have been retained on behalf of the American Bankers Association, FactSet Research Systems, Inc. and S&P Global Inc., who are defendants in the above-referenced proceeding, to provide expert opinions in response to certain opinions, statements, and assumptions in the expert reports of Arthur Miller, James Powell, Frank Lenz, and Professor Einer Elhauge submitted by Plaintiffs in support of their Motion for Class Certification.

2.    As described below and in my curriculum vitae, attached as Appendix A, I have worked in the financial industry since the 1980s and have been involved in virtually all aspects of creating and managing financial investment data systems.  I have held executive level positions with several major financial industry firms, including Pacific Investment Management Company LLC ("PIMCO"), Morgan Stanley, AllianceBernstein, and Cantor Fitzgerald.  I currently am the sole proprietor of a firm that works with financial industry companies to integrate and optimize their financial data systems.

3.    During my years of employment, I have also been directly involved in procuring licenses to access and use financial data from data suppliers (also referred to as "data vendors").

4.    I have been asked to provide expert opinions in this case in response to statements and opinions of Plaintiffs' experts relating to the manner in which the members of the putative class of CGS Subscribers and Distributors use CGS Identifiers,[1] the 60 or more fields of associated descriptive data elements (referred to in the CGS

---

[1] CGS Identifiers include CUSIP Identifiers, CGS ISINs, and CINS , which are discussed further below.

1

Subscription Agreement as "CGS Data"), and other financial identifiers.  As I explain, the different types of financial services[2] and technology companies in Plaintiffs' putative class would typically need to use different financial identifiers for different types of securities and for different purposes.  They would also need to acquire and use a substantial number of fields of information to accurately and reliably identify a particular financial instrument and conduct business.  I therefore disagree with the suggestion that participants in the financial market would need only the CUSIP Identifier, issuer name, name of issue, or similar high-level information, without substantial additional fields of information found in the CGS Data.

5.     The opinions I provide in this report are based primarily on my decades of experience and knowledge of data acquisition, data management, and data usage in the industry, as well as my review of documents and testimony relating to this case.  If called to testify as to these opinions in this proceeding, I believe I am qualified to offer these expert opinions based on my personal knowledge and expertise.

6.     I have been retained for this engagement through my association with the Gerson Lehrman Group, Inc. ("GLG"), beginning in mid-September 2025.  GLG is compensating me for my time at a rate of $750 per hour.  My compensation is not in any way contingent on the outcome of this case.

---

[2] "Financial services are the economic services provided by the finance industry, which encompasses a broad range of businesses that manage money, including credit unions, banks, credit-card companies, insurance companies, accountancy companies, consumer-finance companies, stock brokerages, investment funds, individual managers and some government-sponsored enterprises."  The Business Transformation & Operational Excellence Awards. "What is Financial Services?". https://insights.btoes.com/what-is-financial-services; as of November 24, 2025.

## II.    STATEMENT OF QUESTIONS ADDRESSED

7.    In the course of responding to the opinions of Plaintiffs' experts, I have been asked to address the following predicate questions:

- What is a "financial identifier"?

- What financial identifiers are commonly used by the categories of financial services firms described in the Industry Classifications listed in the CUSIP Use of Service Statement ("UOSS")?

- To what extent have these financial identifiers been adopted by standards setting organizations, and has standardization affected their adoption by the market?

- For what purposes would each of these financial identifiers be used by the types of businesses described in the Industry Classifications listed in the UOSS?

- What data do these businesses need in addition to a financial identifier, and why?

- Would it be sufficient for the types of businesses described in the Industry Classifications section of the UOSS to rely on CGS Identifiers[3] plus a few high-level fields?

- What is the value and importance of CGS Identifiers and CGS Data for these purposes, and what are the available substitutes for CGS Identifiers for these purposes?

---

[3] I use the term "CGS Identifiers" to collectively mean CUSIP Identifiers, CGS ISINs, and CINs.  In particular situations related to the DTCC in the United States or to the CSD in Canada, I will refer to the term CUSIP Identifier to mean the specific type of identifier for securities settling at the DTCC or CSD.

- What sources of CGS Identifiers and related CGS Data are available for free to these businesses without having to pay a license fee to CGS or sign a Subscription Agreement or Distribution Agreement?

## III.    SUMMARY OF CONCLUSIONS

8.    I understand that the Plaintiffs assert that the members of their putative class generally are financial services firms that have executed Subscription Agreements and Distribution Agreements with CGS and pay license fees to CGS under those agreements but obtain access to the CGS Data in a bulk download or data feed indirectly through a CGS-licensed data distributor.  The UOSS in these agreements require the licensees to categorize their activities by types of financial services firms, including investment banks, broker dealers, insurance companies, investment managers, custodians, and their service providers and FinTech vendors.[4]

9.    Financial services firms need financial identifiers to perform a multiplicity of functions during the lifecycle of trading a security.  Financial identifiers facilitate interoperability within and among financial services firms when processing a trade or position, as financial identifiers and other data related to the traded financial securities are handed-off in a chain of front-, middle-, and back-office functions performed within and among many firms.  Examples of those functions include creating security masters, research into securities, syndication, sales and trading, investment management, allocation of trades into retail or institutional customer

---

[4] FinTech, short for financial technology, refers to the use of innovative technology to improve, automate, or transform financial services to make financial services more efficient, accessible, secure, or user friendly.  *See* ISO. "What is FinTech?" . https://committee.iso.org/sites/tc68/home/articles/content-left-area/articles/what-is-FinTech.html; dated February 20, 2020; Liu, Qianhua, Ka-Ching Chan & Ranga Chimhundu. *FinTech research: systematic mapping, classification, and future directions*. Financial Innovation 10, 24, January 2024. https://doi.org/10.1186/s40854-023-00524-z.

accounts, compliance testing, settling, clearing, custody, recordkeeping, and regulatory reporting. Some of these lifecycle steps are performed within a single firm, but it would be rare that any single firm performs all of these steps.

10. In my opinion, and based on evidence that I have reviewed in this case, the various types of financial services in the Plaintiffs' putative class do not have "one size fits all" needs for financial identifiers and related descriptive data. Virtually all businesses within the financial services industry need detailed data beyond the financial identifier and basic fields, such as the issuer name and type of issue, to identify financial securities with certainty and to perform necessary functions in the lifecycle. For example, an identifier, issuer name, and type of issue[5] alone generally do not provide sufficient information to identify with certainty municipal bonds, swaps, and derivatives, or many other kinds of securities assets commonly handled by the financial services firms listed in the UOSS.

11. The number of additional fields and amount of data each financial services firm needs varies depending upon which kinds of securities the particular firm handles and what functions it performs for themselves and on behalf of their customers. For example, investment advisors and asset managers that have a fiduciary responsibility to their customers must understand numerous important attributes of the assets to assess the suitability of that asset for a particular investor (industry code, maturity date), restrictions on trading the asset (such as minimum size), the currency of that asset, maturity date, coupon, tax-status and tax-exempt jurisdiction,

---

[5] "Three of the data elements in the CUSIP_DB compilation are: (i) the CUSIP numbers, (ii) the issuer name, and (iii) the type of issue. ECF 87, Second Amended Class Action Complaint, filed December 21, 2022 at ¶ 6.

the status of accrued interest or recently declared dividends, embedded call-options, any guarantors for debt, among other attributes.

12. Financial services firms use a "security master," which is a database of information concerning the securities they hold and service on behalf of their customers. Many firms compile their own security masters, and others outsource them to vendors, such as to FinTech firms. Security masters maintained by or for these companies include a wealth of data fields and financial identifiers for each financial instrument because that additional data will likely be necessary at various points in a market participant's internal and external business operations. Security masters may include hundreds of data fields for each instrument, and must be updated on a near or real-time basis to stay accurate. As a result, there are innumerable combinations of descriptive data elements needed for various purposes by each of the entities listed in the UOSS.

13. Financial services firms typically subscribe to multiple data vendor services to conduct business and to compile their security masters. These firms will need to resolve conflicts in the data they receive from different sources, and decide which data is correct and should be used. Data distributors and subscribers commonly use CGS Data to reconcile discrepancies in data received from multiple data vendors, as CGS obtains its data directly from the issuer or its representative, such as an underwriter, bond counsel, or fiscal advisor, by virtue of a prospectus, offering circular, or similar primary-source document, and so is considered most authoritative.

14. Financial services firms use many types of financial identifiers that identify financial instruments issued in the United States and abroad. This list includes the Ticker Symbol, ISIN, CUSIP Identifier, RIC,[6] FIGI, SEDOL, and identifiers issued by other foreign National Numbering Agencies, as well as foreign currency identifiers, private identifiers for private credit and private equity, cryptocurrency and digital asset codes, and LoanX IDs, Unique Transaction Identifiers ("UTIs"), Unique Product Identifier ("UPIs"), futures symbols, internal security identifiers, options symbols, futures on options symbols, over-the-counter swap identifiers, and retirement policy identifiers, among others. Mr. Miller identified many of these in his report.[7]

15. Focusing on U.S. financial instruments, at various points in the upstream lifecycle of trade generation and execution, financial services firms commonly use financial identifiers other than a CUSIP Identifier, and other identifiers often are preferable for those purposes. Moreover, CGS Identifiers are not issued for many categories of financial instruments traded in the financial industry. Identifiers such as FIGI apply to types of financial instruments that are not identified by a CUSIP, and provide additional information, such as the exchange on which a security is traded, that a firm may find useful.

16. A CUSIP Identifier is necessary when settling trades of certain types of securities at the Depository Trust and Clearing Corporation ("DTCC") because the DTCC has adopted and used the CUSIP as the financial identifier for settlement and clearing.

---

[6] "The RIC is a market-level identifier for instruments and pricing sources issued by LSEG." LSEG Data & Analytics; "Data Identifiers – Symbology". https://www.lseg.com/en/data-analytics/market-data/data-analytics-pricing/data-symbology#t-ric; as of November 24, 2025.
[7] *See, e.g.*, Arthur Miller Report ("Miller Rep."), August 14, 2025, ¶¶ 95, 99, 103, 105, 116.

However, relatively few financial services firms are qualified to settle and clear trades at the DTCC, and the DTCC does not settle and clear many types of financial instruments such as U.S. Treasury bonds, commercial paper, money market instruments, derivatives, and financing.  Even though financial firms may be required to transmit a CUSIP Identifier for settlement and clearance of DTCC-eligible instruments, financial services firms need far more data than just the CUSIP Identifier to compile their security masters and carry out numerous other business functions.

17.    Standardization by a recognized standards-setting organization, such as ANSI X.9, establishes a uniform definition and meaning for each digit of a financial identifier. Standardization of financial identifiers is therefore critical for the settling and clearing of publicly traded equity and debt instruments.  However, standardization is not necessary for a financial identifier to be valuable to the marketplace. Financial identifiers such as Ticker Symbols have not been approved as a standard, but are in ubiquitous use.  Moreover, my experience is that the marketplace advances and innovates new identifiers more quickly than the pace at which standards organizations are able to design or approve the standards.

## IV.    QUALIFICATIONS AND EXPERTISE

### A.  Occupation and Related Expertise

18.    I have attached a current version of my curriculum vitae, which I summarize below, as Appendix A to this report.

19.    My professional experience in the financial services industry spans nearly 40 years, where I have led large-scale operational, technological, and transformational initiatives across the industry.  I earned an undergraduate degree in Philosophy, with

a concentration in Computer Science, from Smith College and later earned a Master of Business Administration from Duke University Fuqua School of Business.  I began my career in hands-on operational and technology roles and advanced through the ranks to lead major functions of global financial services firms including Chief Operating Officer, Chief Technology Officer, and Chief Risk Officer.  I am a published author on topics related to the infrastructure of financial services, have served on Boards of Directors for financial services firms, and have won awards in my field of financial services operations.  This trajectory informs my deep, ground-up understanding of how financial services businesses work and their use of financial identifiers and related data.

20. I currently am self-employed as a private equity transaction execution specialist; my company's name is Zircon & Company, Inc.  I am the 100 percent sole owner of this company and do not have other employees.  My company is engaged by privately owned financial services firms owned by private equity firms and their funds.  In the role, I am hired to optimize the infrastructure of financial services firms, such as operations, technology, human resources, and vendors.  Often, my work is related to mergers and acquisition activity, such as separation and migration of technology and data due to a spin-out, integration of technology and data resulting from a merger, or modernization of systems in preparation for a sale or initial public offering ("IPO").  The firms with which I have worked as an embedded specialist over the past eight years include a variable insurance company, a student payment processing company, a nationwide broker dealer, a global asset manager, and a regional commercial bank, among others.  The portfolio companies

9

with which I work are all privately owned by private equity funds, which in turn are managed by Apollo, Warburg Pincus, Stone Point, Sixth Street, Crestview, and Reverence Capital Partners, to name a few. I specifically lead the technology and data vendor negotiations as part of the workstreams, including contracts with FinTech and market data vendors.

21.    Prior to becoming self-employed, I served for 10 years as Executive Vice President and global head of investment operations for PIMCO, one of the world's largest investment management firms. In this role, I owned worldwide responsibility for the post-trade operations of all asset classes and trades executed on behalf of institutional clients such as insurance companies, pension plan sponsors, mutual fund sponsors, endowments, and the PIMCO-managed private funds. PIMCO currently has over $2.1 trillion in assets under management globally and distributes a variety of fixed income and derivative products.[8] Examples of assets managed by PIMCO include traditional equity and debt securities as well as structured debt, syndicated loans, foreign exchange, and derivatives. While at PIMCO, I was responsible for ensuring that every trade executed by any of our global trading desks, and which originated in systems such as Bloomberg and FactSet, settled in the appropriate location timely and accurately, and was communicated to the clients and their service providers, which included the broker dealer counterparties, accounting agents, custodians, and fund administrators, as well as to a wide variety of FinTech systems supporting the financial services ecosystem. Providing a

---

[8] PIMCO. "PIMCO at a Glance". https://www.pimco.com/hk/en/documents/b0866aca-5616-4f79-a1cc-dbc720ba4317; as of November 24, 2025.

10

financial identifier and ensuring integrity of the settlement and accounting systems down a chain of operational handoffs was an integral aspect of my responsibilities.

22. Prior to my role at PIMCO, I was the Managing Director of Morgan Stanley Investment Management for two years. This role had similar responsibilities to those at PIMCO. I was responsible for post-trade processing, accounting, execution, and settlement globally for the investment management division, with a high focus on the integrity of security master details and communication of financial data—including financial identifiers—outward to clients and their service providers. Earlier in my career at Morgan Stanley, in the 1980's, I was a programmer on the equity trading and portfolio management systems and on the derivatives back-office accounting system, which also entailed using well-known identifiers such as the CUSIP, as well as creating identifiers for interest rate swaps. For example, in the aftermath of the 1987 stock market crash, one of my jobs was to produce reports with both Ticker Symbol and CUSIP that were used to reconcile equity "in flight" trades, which are trades that had been executed with counterparties prior to that stock market crash but which had not settled with those counterparties at the DTCC.

23. I have held other leadership positions within the financial services industry, notably as Chief Operating Officer of Venerable Holdings ("Venerable"), an insurance company, Chief Fixed Income Technology Officer for Cantor Fitzgerald, and as Chief Technology Officer and Chief Risk Officer of Mizuho Capital. At Cantor Fitzgerald, my team launched the "CX" Cantor Exchange, one of the first electronic bond futures trading exchanges in the world, and we innovated ESpeed, an

electronic order-matching platform now owned by Morgan Stanley. These roles entailed a detailed understanding of the many ways to identify a myriad of equity, fixed income, and mutual fund securities, as well as the associated derivatives.

24. Midway through my career, from 2000-2006, I was the head of fixed income technology for AllianceBernstein (now known as AB), and in that capacity, led the Data Integrity Group firmwide. In that role I was directly responsible for the firm's central security master and accurately identifying all securities purchased and managed by AB, as well as those securities in the "interested universe" of benchmarks, and prospective clients. This role entailed subscribing to numerous data feeds from data providers to ensure that AB's security master was accurately populated for ongoing trading, settlement, accounting, and risk management purposes.

25. One of the responsibilities I have carried when optimizing the technology, operations, and the costs for financial services firms is to review, negotiate, and right-size the contracts of vendors and service providers. As a result, I have become familiar with the processing capabilities, data interfaces, embedded financial identifiers, and costs of many FinTech providers, including Bloomberg, LSEG, FactSet, Morningstar, S&P Global, Clearwater Analytics, Envestnet, Pershing, IPipeline, and others.

26. In my career I have overseen the outsourcing of middle-office and back-office functions to large service providers and FinTech companies. The implementation of these technologies entailed understanding the financial identifiers, the associated security master data, the inbound and outbound data feeds, and the level of

12

interoperability between the service providers in the operational chain of processing. The contracting process often requires the parties to agree upon data feed templates, including the financial identifiers to be used in the handoffs. The projects I have been involved with include moving: (a) fund accounting from Morgan Stanley to State Street; (b) investment management operational processing from Morgan Stanley to State Street; (c) investment accounting and reconciliation from Syntel, a servicer for PIMCO, to Cognizant, an alternate servicer for PIMCO; (d) private placement life insurance accounting and transaction processing from Axcelus to SS&C; (e) fund administration from Allspring Global Investments to SS&C; (f) Collective Investment Trust ("CIT") Trust and administrative services from Wells Fargo Bank to SEI for CIT funds managed by Allspring Global Investments; (g) variable annuity mutual fund servicing for Venerable to SE2, now known as Zinnia; (h) investment accounting for Venerable to Clearwater Analytics; (i) equity trade and OTC options trade implementation for Venerable to Parametrics; and (j) derivative trade execution for Venerable to Milliman.

**B. Board Service**

27.    I currently hold two compensated board positions with governance responsibilities:

    a) Axcelus Financial Life Insurance Company, Philadelphia, PA (November 2023–Present).
       I am the Chair of the Finance and Audit Committee (2023–Present). I also serve as a member of the Strategy Committee and previously served on the People and Leadership Committee.

    b) ZeroHash Liquidity Services, Chicago, IL (2018–Present)
       I am the Chair of the Audit Committee.

28.    I hold two non-compensated board positions with governance responsibilities:

    a) DUMAC, Board of Directors, Durham, NC (2018–Present).
       I am the Chair of the Audit, Compliance, and Risk Management Committee.

b) Smith College, Board of Directors, Northampton, MA (2019–Present). I am the Co-Chair of the Audit and Risk Committee, and member of the Operations and Resources Committee.

29. I have previously held two non-compensated board positions with governance responsibilities:

a) DTCC, Board of Directors, New York, NY (2012–2017)
   - Human Capital and Compensation Committee (2015–2017)
   - Business Products and Technology Committee (2015–2017)
   - Technology and Operations Committee (2012–2015; Chair 2014)
   - Business Products Committee (2012–2015)

b) Omgeo, now known as DTCC ITP, Board of Managers, New York, NY (2011–2017)
   - Compensation Committee (2011–2017)
   - Products Committee (2011–2017)

30. I currently hold two non-compensated volunteer advisory board positions:

a) Reverence Capital Partners, Special Advisor (2019–Present)

b) Duke University Fuqua School of Business, Board of Visitors, member, (2016–Present)

31. I have previously served as a non-compensated volunteer member of the following industry advisory boards:

a) CUSIP Board of Trustees, independent member (2014–2025)

b) Alternative Rate Reference Committee, (2019–2021)
   Co-Chair of the Operations Implementation Sub-Committee.

c) SIFMA, Operations & Technology Steering Committee (2010–2014)

d) Asset Manager Forum, affinity group within SIFMA (2006–2010)
   Co-chair circa 2008–2010.

e) DTCC Operations Advisory Group of DTCC (2009–2010)

## C. Publications

14

32.    I have published several articles relating to operational excellence, systemic risk reduction, and the outsourcing of algorithms and related intellectual property matters.

a)    2024:  "The Benefits of CUSIP Non-Permanence: Reverse Splits", Journal of Security and Operations Custody, Volume 17, Number 1, November 2024

b)    2020:  "Get Ready for LIBOR Cessation", The Actuary, December 2020

c)    2019:   Perspectives in Courage – Action Conquers Fear", The Actuary, October 2019
Invited by Society of Actuaries to author a short piece on a personal moment of courage in leadership.

d)    2014:  "Netflix: Designing the Netflix Prize (A)" and "Netflix: Designing the Netflix Prize (B)
Harvard Business School case study N-614-003, June 2, 2014 (buy vs. build, crowd-sourcing of recommendation algorithm);
Harvard Business School case study N9-614-005, July 8, 2014 (ownership and leasing aspects of intellectual property rights)

e)    1995:  "Answering the Corporate Board
Article in Corporate Finance Risk Management & Derivatives Yearbook, 1995.  Topic was managing derivatives risk and attributing performance to risk factors.

### D.  Industry Implementation Projects Requiring Accurate Financial Identifiers

33.    In the course of my career, I have partnered with peers in the industry to implement several industry-wide initiatives that relied upon consistent security identification standards:

a)    2002:  The migration of 12 currencies to a single EUR currency on January 1, 2002.[9]

b)    2004:  Renumbering of SEDOLs, effective January 26, 2004.[10]

---

[9] European Central Bank. "How the Euro Became Our Money".
https://www.ecb.europa.eu/pub/pdf/other/euro_became_our_moneyen.pdf ; published 2007.
[10] The Corporate Finance Institution. "Stock Exchange Daily Official List (SEDOL)".
https://corporatefinanceinstitute.com/resources/career-map/sell-side/capital-markets/stock-exchange-daily-official-list-sedol/#:~:text=The%20Context%20of%20Assigning%20SEDOL%20Codes,-Several%20reasons%20underlie&

c) 2016–2017:  Implementation of T+2, which was the implementation of processes to shorten the trade processing cycle from three days to two days. [11]

d) 2021 and 2023:  London Interbank Offered Rate ("LIBOR") cessation for five major alternative rates. [12]  Co-chair of the operations implementation planning committee for the industry as a whole.

### E.  Prior Testimony

34.    I have not previously testified as an expert witness.

## V.    DEFINITION AND OVERVIEW OF A FINANCIAL IDENTIFIER

35.    In summary:  There are many types of financial identifiers, both standardized and non-standardized, that can be assigned to many different types of securities and financial instruments.  Financial identifiers alone, without substantial additional information, are insufficient for financial services firms to identify a particular security to the requisite level of certainty, or to perform the range of functions integral to their businesses.  It is the financial identifiers linked together with numerous pieces of additional associated data associated that ensure interoperability across the financial services industry.  Evidence I have reviewed in this case is consistent with my experience that it is very unlikely that any two financial services firms are using financial identifiers in the same manner.  Nearly every firm requires varying degrees of additional associated data together with the financial identifier to perform its function.

---

text=They%20include%20reclassifications%2C%20change%20of,SEDOLS%20codes%20are%20issued%20sequen tially; as of November 24, 2025.
[11] U.S. Securities and Exchange Commission. "Commission Statement on T+2 Implementation". https://www.sec.gov/newsroom/press-releases/2017-163; dated September 11, 2017.
[12] J.P. Morgan; "Goodbye LIBOR, hello SOFR". https://www.jpmorgan.com/insights/markets-and-economy/markets/the-global-move-away-from-LIBOR; published April 14, 2022.

### A.    Definition of a Financial Identifier

36.    Financial identifiers are unique numbers or alphanumeric codes that signify a specific financial instrument.[13]  A common way to analogize financial identifiers is as a serial code or barcode, where the object being labeled is called the "issue," and the party that initially created, distributed, sold, agreed, and ultimately is obligated to, the financial terms of the issue, is known as the "issuer."

37.    In my analysis I will discuss several types of financial identifiers used throughout the global ecosystem, including the Ticker Symbol, RIC, FIGI, and CUSIP.  The financial identifier is associated with a deeper set of data that lives in a "security master," which is a database maintained by or for a financial services firm that stores data the company needs to perform numerous internal business functions (further described in Section VIII, The Investment Lifecycle) regarding securities owned by and potentially of interest to themselves and their customers.  Security masters commonly contain data records on hundreds, thousands, and sometimes hundreds of thousands, of different types of securities.  Each security record includes scores, hundreds, and sometimes thousands, of associated data elements.  Each security in the security master is identified, or named, by one or more financial identifiers.[14]

38.    Having access to a security master enables financial services firms to know all essential information about that security in order to advise their clients and conduct business.  It also enables interoperability with other financial services firms that

---

[13] Bloomberg 30(b)(6) ███████ Tr. 18:25-19:1; ICE 30(b)(6) █████████ Tr. at 24:25-25:1.
[14] ████████████████████████████████████████████████████████

request exchange of the identifier plus a limited number of descriptive fields, without having to exchange the possibly hundreds of additional data fields associated with any one security or asset in a company's security master.

39. Some financial service firms maintain a proprietary, independent security master, disconnected from other participants.[15] That security master is typically updated, often in real or near-real time, both via bulk downloads or data feeds procured from one or more vendors as well as manually for private securities.[16] Other financial services firms do not have their own security master; rather, they leverage one or more third-party FinTech systems which provide a pre-populated security master to multiple customers.[17]

40. For some uses, it is sufficient that financial identifiers travel with a few high-level descriptive fields, such as issuer name, issue name, maturity date, and coupon, such as on trade tickets or customer statements. However, as I discuss at length throughout this report, minimal information is not sufficient for a financial services firm to perform the many functions required over the lifecycle of a trade.[18] An analogy would be to think of financial identifiers like a social security number, passport number, or driver's license. These are examples of different identifiers that have been created to serve separate specific administrative needs. However, they tell you nothing else meaningful about the person. Just as these identifiers have to

15

16

18

18

be linked with many other vital facts necessary to reliably identify and describe a given person for a countless range of purposes, financial services firms need to associate financial identifiers with a substantial amount of descriptive data beyond the high-level fields.

41.    As with the social security, passport, and driver's license number analogy, many types of financial identifiers are created by many parties for many purposes.  First, some types of identifiers, such as the FIGI, CUSIP, and RIC, are created to cover different groups of securities (also called different "asset classes"[19]), yet can overlap with each other so that multiple identifiers can be assigned to a single security.  Second, financial identifiers for some types of securities are not generated by a vendor service, but are assigned by two counterparties at the time of the trade, such as by parties trading over-the-counter derivatives.  Third, many financial services firms assign an internal, private identifier for use in their own security master, since no single vendor-assigned number reliably covers the entire realm of securities that company might own, manage, or follow.[20]  Fourth, hundreds of FinTech firms create and maintain their own private identifiers to service customers who leverage competing numbering schemes.[21]

42.    As noted by Mr. Miller,[22] there are also financial identifiers utilized for specific types of financial securities, which include OCC Symbols (issued for publicly-traded options), Unique Swap Identifiers ("USIs")/UTIs (issued for cleared swaps),

---

[19] Investopedia. "What are Asset Classes? More Than Just Stock and Bonds." https://www.investopedia.com/terms/a/assetclasses.asp; published July 26, 2025.

[20] ███████████████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████████████

[21] ███████████████████████████████████████████████████████████████████████

███████████████████████████████████████████

[22] *See* Miller Rep. ¶¶ 101-106.

RED Codes (used for credit default swaps), LoanX IDs (used for loans), and Morningstar IDs (used for publicly-traded mutual and exchange-traded funds).[23]

43.    Additionally, many entities issue their own internal financial identifier that can be used within their systems.  As just one example, the Financial Industry Regulatory Authority ("FINRA") issues "TRACE" Symbols for every over-the-counter security, meaning for securities that are not exchange-traded, that exists within its Trade Reporting and Compliance Engine.[24]

### B.    Purpose of a Financial Identifier

44.    The report submitted by Mr. Miller, in my view, offers an incomplete picture of the purposes for which financial identifiers are used.  His report suggests that CGS Identifiers are always needed, in part because "market practice for the trade processing" of six types of publicly-traded securities requires all CGS licensees to use CGS Identifiers.[25]  I explain below why his opinion is so incomplete as to be inaccurate.  CUSIP Identifiers are needed for settlement and clearance at the DTCC for DTCC-eligible securities.[26] However, CGS Identifiers are commonly used by financial services for a very wide variety of purposes in addition to settlement and clearance.[27]  Additionally, I disagree with Mr. Miller that a CUSIP Identifier has no alternative;[28] the Ticker Symbol is what is used on exchanges rather than the CUSIP

---

[23] ███████████████████████████████████

[24] FINRA. "Web API Specifications for the TRACE Treasury Securities File Downloads". https://www.finra.org/sites/default/files/2024-01/TRACE_API_File_Downloads_TS_v3.1_05_15_2023.pdf, at 7; dated May 15, 2023; FINRA. "TRACE ABS and ABSX Reference Data Availability". https://www.finra.org/filing-reporting/trace/technical-notices/trace-abs-and-absx-reference-data-availability#:~:text=To%20give%20firms%20adequate%20time,for%20each%20roster%20of%20securities; dated April 27, 2015.

[25] Miller Rep. ¶ 47.

[26] Dinosaur Financial Group 30(b)(6) (Perez-Santalla) Tr. 87:18-19 ("If you're going to do a transaction on DTC, you use CUSIP.").

[27] ███████████████████████████████████ .

[28] Miller Rep. ¶ 49.iv ("[E]xchanges . . . agreed to the use of CUSIP Numbers as the sole means of securities identification of exchange-traded securities.").

Identifier for real-time trade execution.  Moreover, as I later explain, financial services firms need much more data than just a financial identifier alone, and more than a few additional high-level fields, contrary to Professor Elhauge's suggestion that only the CGS Identifier is needed.[29]

45.    One overarching purpose of all financial identifiers is to enable multiple financial services firms to interoperate with respect to the trading of securities.  The financial identifiers travel within, between, and among participants from the start of a trade through a lifecycle of events, culminating in settlement and clearing for some securities, and for reporting to regulators.

46.    The lifecycle steps in the inter-firm assembly line are complex.  As discussed further below, these lifecycle steps include issuance, syndication, security selection and investment management, trading, settlement, clearance, periodic payments, accounting, corporate action processing, customer reporting, and regulatory compliance.  No single firm performs every step.  Rather, the steps are performed by disparate, often globally dispersed parties who hand the steps off one to another in a chain of events.  As trades, securities and positions travel through their lifecycle steps, each participant relies on financial identifiers and related data elements to accurately identify the exact security in question that is being handed off between different internal functions within a company or between different companies.

47.    Financial identifiers serve to link together the associated security master data in each participant's security master.  As noted earlier, several high-level fields typically travel with the financial identifier at various points in the investment

---

[29] *See* Einer Elhauge Report (Elhauge Rep.) ¶ 76.

21

lifecycle.  However, in my experience, the few fields exchanged for purposes of interoperability are not sufficient for most firms to timely and accurately perform their roles in compliance with industry deadlines, practices, and applicable laws. Additional data is required, for example, to compute the total dollar price of a trade, to know the currency code of payments, to compute variable bond coupons over time, to collect dividends, compute the cost basis of a Treasury Inflation Protected security ("TIP"), or to verify the cash delivered in lieu of partial shares after an uneven split, just to name a few of the ongoing tasks that many firms need to perform for themselves and their clients.

48.    The financial identifier is also important as security masters are updated daily and in real time.  As noted above, many industry participants maintain independent security masters.  Other participants have licensed access to a centralized version of a security master provided by FinTech vendors, such as Bloomberg, Clearwater Analytics, BlackRock Solutions Aladdin, or MIK Fund Solutions.[30]  The detailed data residing in multiple security masters is typically populated with licensed bulk feeds and/or real-time messages.  This data is often independently and redundantly sourced from multiple data suppliers, contractually guaranteed for accuracy, and/or manually validated by the market participants, to ensure accuracy and avert fraud by an upstream party.[31]  As the data arrives into the security master, the programs consuming and applying the updates use the common financial identifiers to ensure

[30] ███████████████████████████████████████████████████████████

[31] ████████████████████████████████████████████████████████████████████████

that the ongoing data updates are accurately impacting the exact right financial instrument.

### C.    Multiple Identifiers for Most Securities and Financial Instruments

49.    Typically, there are multiple types of financial identifiers for any given security or asset class.  For example, the common stock of a single issuer may be labeled with a Ticker Symbol, CUSIP Identifier, FIGI, RIC and ISIN, as well as with a private identifier supplied by a FinTech security master vendor.[32]  Additional identifiers have emerged for foreign exchange, derivatives, and digital assets.  Each financial identifier has a different origin and purpose.  As a result, the participants, and their FinTech vendors, use multiple different identifiers to accomplish the inter-firm chain of processing events.

50.    In my opinion, the variety and types of financial instrument identifiers have been driven by four major factors:

1.    Globalization and innovation of financial service ecosystems that started independently but evolved and overlapped over time;

2.    Innovation of financial instrument types, for example:
    a.    credit default swaps, interest rate swaps, foreign exchange swaps, equity swaps, and cleared versions of some of these;
    b.    options, futures, and options on futures of a variety of underlying instruments;
    c.    private equity, private credit, crypto and digital assets, and tokenization of less liquid instruments;

3.    Proliferation of FinTech solutions and SaaS software (software-as-a-service) in use by financial services firms;

---

[32]

23

4.  The increased role of Business Process ("BPO") service providers,[33] who have multiple clients and must use additional private identifiers to separate out similar private securities held by their independent clients.

51.  The level of innovation has outpaced the ability of any single financial identifier to service all asset classes or all steps in the processing lifecycles for these asset types. Furthermore, as the pace of innovation continues, a robust, competitive marketplace has evolved with respect to financial identifiers and security master data.

### D. The Role of Market Practice and Standards Organizations with Respect to Financial Identifiers

52.  Standardization can provide uniformity in the definition and meaning for each digit of a financial identifier. Some financial identifiers have been adopted and approved by standards setting bodies. For example, the International Standards Organization ("ISO"), is a non-governmental body founded in 1946 which has established over 26,000 international standards covering "almost all aspects of technology, management and manufacturing."[34] ISO has established standards to cover uniformity within international financial identifiers. The ISIN, for example, is compliant with ISO standard 6166:2021,[35] and standard three-character currency codes, such as "USD," are often used when trading foreign exchange and are compliant with ISO standard 4217:2015.[36] FIGI[37] and the CUSIP Identifier[38] are both approved standards by The Accredited Standards Committee X9 ("X9"), which

---

[33] IBM. "What is business process outsourcing (BPO)?". https://www.ibm.com/think/topics/business-process-outsourcing; as of November 24, 2025.

[34] ISO. "About ISO". https://www.iso.org/about; as of November 24, 2025.

[35] ISO. "ISO 6166:2021". https://www.iso.org/standard/78502.html; as of November 24, 2025.

[36] ISO. "ISO 4217:2015". https://www.iso.org/standard/64758.html; as of November 24, 2025.

[37] Accredited Standards Committee. "ASC X9 Publishes U.S. Standard for the Financial Instrument; https://x9.org/asc-x9-publishes-u-s-standard-for-the-financial-instrument-global-identifier/; as of November 24, 2025.

[38] Accredited Standards Committee. "CUSIP Re Approved as U.S. Standard for Securities Identification". https://x9.org/cusip-re-approved-as-u-s-standard-for-securities-identification/; dated February 3, 2021.

24

is the USA Technical Advisory Group to the International Technical Committee on Financial Services under ISO.

53.    Standardization of the meaning of a financial identifier is critical to the financial industry where the financial identifiers are designed specifically for interoperability to accurately process high volumes of securities.  Hence, although CGS Identifiers were widely used for many years before standardization, the standardized definition of CGS Identifiers improves their reliability in the eyes of the market for the purposes of settling and clearing of publicly-traded equity and debt instruments.

54.    My experience is that the marketplace advances and innovates market practice more quickly than the pace at which standards organizations are able to design or approve the standards.  In the face of many choices, trade associations help lead the way towards developing best practices and setting standards for financial identifiers. Therefore, I disagree with Mr. Powell that the cost of the use of CGS Identifiers encourages market participants to seek to avoid the CUSIP Identifier in favor of non-standardized identifiers.[39]  For example, in 2004, the Loan Syndications and Trading Association ("LSTA"), whose members are lead syndication banks and agent banks, worked with market participants to adopt a CUSIP Identifier and ISIN for syndicated loans.[40]  Previously, market participants were not using common identifiers, but were instead using different financial identifier conventions within the United States and European syndicated loan marketplaces.  This practice led to confusion and errors in servicing syndicated loans accurately for borrowers and

---

[39] *See* James Powell Report (Powell Rep.) § IX, ¶ 1.
[40] A-Team Insight Blogs. "CUSIP Adopted as Numbering Scheme in New Syndicated Loan Service". https://a-teaminsight.com/blog/cusips-adopted-as-numbering-scheme-in-new-syndicated-loan-service/; published November 1, 2004.

large lenders who participated in both marketplaces.  The switch to CUSIP Identifiers as the preferred identifier for syndicated loans was a situation in which standardization followed market practice, and coincidentally, the CUSIP Identifier was selected rather than avoided.

55.    I disagree with the claim of Mr. Powell, that "Non-Standardized Identifiers lack the widespread uniform adoption, and consistent application across the financial industry that characterizes Standardized Identifiers like CUSIPs and ISINs."[41]  It is often the case that market practitioners develop best practices without standards, or that vendors mandate operating requirements without standardization.  As an obvious example, the Ticker Symbol is not a standard approved by any standards body, but is in ubiquitous use throughout the financial industry.  Ticker Symbols are proposed by the company or entity that wants to issue a security, and are approved by each individual exchange throughout the world to ensure there are no conflicts with pre-existing Ticker Symbols only at that individual exchange.  A standard also is voluntary and does not have to be used.  For example, the official ISO 4217 standard for Bitcoin is XBT,[42] but the market uses "BTC" as the ubiquitous, non-standard identifier.  Additionally, Bitcoin cash emerged in August of 2017 due to competitive forces that created a fork away from Bitcoin.[43]  While the industry quickly adopted BCH as the digital currency code for Bitcoin cash in 2017, an ISO standard for Bitcoin cash still does not exist.[44]  As another example, market

---

[41] Powell Rep. 13.

[42] Bitcoin Magazine. "What is XBT". https://bitcoinmagazine.com/glossary/xbt#:~:text=XBT%20is%20the%20ISO%204217,codes%2C%20follows%20a%20different%20logic.; published December 6, 2024.

[43] Bitcoin Magazine. "The Birth of BCH: The First Crazy Days of 'Bitcoin Cash'". https://bitcoinmagazine.com/technical/birth-bch-first-crazy-days-bitcoin-cash; published August 3, 2017.

[44] Cryptorank. "What is ISO 2022 compliance for crypto coins? Is it a 'must have' for crypto adoption?". https://cryptorank.io/news/feed/a74e9-whats-iso-20022-compliance-for-crypto-coins; published December 17, 2024.

participants trading Chinese yuan (Renminbi) have been separating onshore versions of the currency from offshore versions for decades.[45] A market practice has evolved with the non-ISO compliant code CNH as the financial identifier for offshore settling Chinese yuan (Renminbi), while the ISO-compliant CNY is used to designate only onshore settling Chinese yuan (Renminbi).

56.    In addition to market practices that use non-standardized identifiers, large firms tend to bilaterally agree, often contractually between themselves and with their service providers, on exact financial identifiers to be used when handing off data between them.  The burgeoning availability of private equity funds for retail investors has led to bilateral agreements and nomenclature conventions between large broker dealers and FinTech firms, such as CAIS, on how similarly-spelled fund names can be specifically identified and distinguished.

57.    Moreover, Mr. Powell's report seems to suggest that standardization precedes market adoption, and that non-standardized identifiers are not preferrable when generally the reverse is true.[46]  The use of non-standardized identifiers is widespread, such as with the Ticker Symbol, which is in use in lieu of a standard, or as with the original Bloomberg identifier (now FIGI), which was in use for decades before becoming a standard.  Once market practice has taken hold, standards bodies such as X9 work to codify approved aspects of market practice into standards.  To this point, the CUSIP Identifier was developed in the mid-1960s and was adopted for use by clearing corporations and the Federal Reserve Bank well before it was

---

[45] Statrys. "CNY vs CNH vs RMB: Key Difference and Exchange Rates".  https://statrys.com/blog/cnh-vs-cny-differences-chinese-renminbi; published July 4, 2024.
[46] Powell Rep. 17-18.

adopted as a standard in 1976.[47]  As another example, Bloomberg introduced its Bloomberg identifier (later renamed FIGI)[48] in 2010,[49] eleven years before it was standardized by X9.[50].  In 2021, X9 reapproved the CUSIP Identifier[51] and also approved the FIGI[52] as the U.S. standard for securities identification.  Both financial identifiers were in wide use before standardization.

58.     In summary, while standardization adopts a uniform description and definition of a financial identifier, standardization alone does not guarantee adoption of the identifier.  Rather, standardization typically occurs after a financial identifier already has achieved a certain level of marketplace acceptance, as is the case with the CUSIP Identifier, FIGI, and ISIN.

### E.     Market Participants License Enriched Data Beyond High-Level Fields.

59.     Financial services firms must license data beyond high-level descriptive fields in order to perform their jobs.  The financial identifier and a few high-level fields are helpful but would not be useful without the additional fields for most financial services firms.

---

[47] CUSIP Global Services. "We are the trusted originators of quality identifiers and descriptive data". https://www.cusip.com/about/history.html; as of November 24, 2025.
[48] Bloomberg. "What's in a name? The Bloomberg Global ID is reborn as the FIGI". https://www.bloomberg.com/company/press/whats-name-bloomberg-global-id-reborn-figi/; as of November 24, 2025; *see also* ███████████████████████████ .
[49] Bloomberg December 17, 2024 FDTA Comment Letter, https://www.sec.gov/comments/s7-2024-05/s7202405-548555-1571942.pdf, at 15; as of November 24, 2025 (Bloomberg introduced BBGID to market in 2010); *see also* ████████████████████████████
[50] Accredited Standards Committee X9, Inc. "ASC X9 Publishes U.S. Standard for the Financial Instrument Global Identifier". https://x9.org/asc-x9-publishes-u-s-standard-for-the-financial-instrument-global-identifier/; dated July 29, 2021.; *see also* ████████████████████████ .
[51] Accredited Standards Committee X9, Inc. "CUSIP Re Approved as U.S. Standard for Securities Identification". https://x9.org/cusip-re-approved-as-u-s-standard-for-securities-identification/; dated February 3, 2021.
[52] Accredited Standards Committee X9, Inc. "ASC X9 Publishes U.S. Standard for the Financial Instrument Global Identifier". https://x9.org/asc-x9-publishes-u-s-standard-for-the-financial-instrument-global-identifier/; dated July 29, 2021.

60.    During the investment lifecycle, one or more financial identifiers with a few additional descriptive fields will travel through operational and data handoffs as trades of financial securities occur and as the resulting positions are cared for.  The high-level fields help with plain English conversations between two counterparties, and with ensuring that a typographical error has not occurred in the identifier itself.

61.    However, financial services firms need many additional data elements to perform their jobs.  Merely the financial identifier and a few high-level fields are rarely, if ever, sufficient for a financial services firm to perform the full set of its obligatory operational tasks within the investment lifecycle.  Many participants in the financial services industry have fiduciary and/or regulatory responsibilities for another party's or person's assets.  These may include financial services firms such as broker dealers, wealth managers, insurance companies, investment managers, banks, mutual fund sponsors, custodians, and accounting firms must understand and demonstrate compliance with matters such as suitability, concentration limits, sensitivity to market risks, embedded foreign exchange translations, and accounting valuations.  Performing these functions requires numerous data elements.

62.    I disagree with Professor Elhauge's assertion that the only data needed to understand which financial instrument is at issue is "the number [i.e., a CGS Identifier] and what name it corresponds to"[53] and that more data are "not necessarily needed to figure out which financial instrument it is."[54]  Parties in the chain will, throughout the day or month, use a financial identifier to look up additional data from within their own security masters.  Professor Elhauge

[53] Einer Elhauge Tr. 53:17-19.
[54] Ibid.at 54:5-7.

elaborates that additional data is needed "to know whether to invest in the financial instrument or whether to sell the financial instrument."[55]  But, in my expert opinion, this data also indicates exactly which security is being identified.  For example:

- An issuer might issue debt that looks identical within the description of either the FIGI or the CUSIP Identifier.  Specifically, 10-year debt issued five years ago with a five percent coupon might share a coupon rate with newly-issued five-year debt.  It would not be possible, without referencing additional data, to accurately separate out the two different debt issuances, and thus to accurately buy or sell one of those two securities on behalf of a customer.

- The currency code is not a high-level code within the description of either a CUSIP Identifier or a FIGI and is not included as high-level basic data (such as on the OpenFIGI website).  Many market participants need to understand the base currency code of any financial instrument to be certain that their clients are eligible to purchase the security and to properly monitor that incoming dividends or coupons are received in the correct bank account or converted to the currency of the client's choice upon receipt.

- A broker dealer selling variable rate municipal debt to a customer will need to know that the tax-exempt jurisdiction, if any, is acceptable to the client.  The tax-exempt status, tax-exempt jurisdiction, and variable rate index are not fields that are available within the high-level descriptive fields.  Even market participants who do not have clients, but manage assets for their own balance

---

[55] Ibid. at 54:2-5.

30

sheets, source enriched data in order to perform accounting responsibilities and regulatory reporting responsibilities.

63.    Many market participants independently source their security master data, rather than rely on upstream transmissions of extensive data elements during the investment lifecycle, for several reasons. Financial services firms have their own security master because transmitting large volumes of security master data, which is often redundant, would be suboptimal. The number of securities and the quantity of data available for licensing for each security in comparison to what each user requires varies among market participants. Bloomberg's security master data service, for example, can supply more than 4,000 individual data fields.[56] Custodial banks, in upholding their responsibility for safekeeping of assets, typically require less data than investment managers, who require multitudes of data to compute risk assessments. Some market participants are fiduciaries and are required by applicable law and their internal policies to validate in-bound security master data feeds with multiple sources, in order to avert errors or fraud on the part of an upstream party.

64.    Financial data vendors offer a large number of choices to accommodate the varying needs of financial services firms. Given these differing business requirements and vendor choices, market participants independently select the provider of their choice and independently subscribe to the number of fields of their choice, in addition to the identifiers themselves.

---

[56] Markets Media Group. "Markets Choice Awards: Best Data Provider Bloomberg". https://www.marketsmedia.com/best-data-provider-bloomberg/#:~:text=Bloomberg%%0B20Reference%20Data%20Services%20give,or%20an%20official%2C%20master%20version ; dated February 20, 2014.

65.    Some larger customers, such as insurance companies and pension fund sponsors, have gravitated towards hiring FinTech providers such as BlackRock Solutions's Aladdin, Bloomberg terminals, LSEG Workspace, Charles River, or Clearwater Analytics as a platform for trading and portfolio management.  These platforms come with centralized security masters and provide scrubbing and validation of the security master data on behalf of their customers.  In my experience, platforms providing a centralized security master have a license with multiple data sources in place affording the retransmission of the richer set of data to the end customer.  In my experience, the cost of that license can be passed through to the customer for a fee, or the customer is required to be licensed separately with, and pay fees to, the third-party data supplier.

66.    Another important function of the descriptive data fields is enablement of interoperability.  The financial identifier, whether standardized or non-standardized, *plus* the descriptive data fields facilitate interoperability.  Mr. Powell's focus on use of "Standardized Identifiers" seems to overlook this fact.[57]  First, standardized identifiers are handed off with additional descriptive fields, per contractual agreements, to enable downstream parties to trap and avert typographical errors and fraudulent identifiers.  Second, non-standardized identifiers are absolutely interoperable.  The Ticker Symbol is interoperable between trading counterparties.  The FIGI/BBGID was an interoperable identifier for many years prior to becoming an approved standard as it enabled trades generated on a Bloomberg Terminal to be processed by custodian banks for financial instruments not covered by a CUSIP

---

[57] *See* Powell Rep. at 1-2, 11, 14-26.

Identifier.  The issuer name, coupon, and maturity date, when combined into a single data element, can serve as a type of non-standardized financial identifier, when accompanied with further descriptive data such as the asset class.

67.    Receiving financial identifiers and descriptive data as structured data feeds, and the hierarchy of those data feeds, are extremely important in the maintenance of a security master.  Any given security master will be populated with one or multiple overnight data feeds to enrich and update the hundreds of data elements within the thousands of securities in the security master.

68.    In terms of hierarchy, when two differing financial identifiers are used in the handoffs for the same financial security, and when those two identifiers have different values in the associated data within the inbound structured data feeds, my experience is that the downstream party will look to the CGS Data as the trusted, accurate version, and will elevate back to the upstream party cases where the data differs to reconcile and rectify erroneous data that may exist on the upstream security master.

### F.    FinTech Providers are a Driver of the Growth and Importance of Private Identifiers.

69.    The burgeoning role of FinTech and BPO[58] has contributed to an increase in the volumes and complexities of handoffs and an increase in the importance of the private identifiers they create.

70.    Systems such as Bloomberg and Clearwater Analytics provide a centralized security master offering and have contributed to the emergence and importance of multiple financial identifiers.  Indeed, the FIGI, formerly known as the Bloomberg Global

---

[58] *Supra* at 23n.34.

33

identifier, or the BBGID, originated within the Bloomberg trading platform and was used therein for at least four years prior to being renamed and approved as a standard by the Object Management Group (a standards setting organization) in 2014.[59]  The FIGI enabled trading counterparties to create and share terms and conditions on new offerings on a shared security master record.

71.     Another driver of the increasing number of financial identifiers is that large BPO processors, including fund administrators, fund accountants, and middle-office outsourcers, not only need to exchange descriptive data from the master security data with their customers, but increasingly, they must exchange descriptive data from the master security data to communicate with each other, often at the direction of their customers.  For example, Refinitiv, part of LSEG's Data & Analytics division, sent security master data directly to Clearwater Analytics for population of its security master, rather than through a common customer such as an insurance company.  As another example, when custodians, such as State Street, and investment managers, such as PIMCO, share a customer such as a pension plan or 401(k) plan, they may be each directed by the customer to send data to that customer's fund accounting provider.  This interoperating environment of BPOs and the inter-firm "assembly line" has made it crucial that the parties agree to use a particular financial identifier for these purposes, which may not be a CUSIP Identifier.  For example, if the investment manager, its client, and the client's risk

---

[59] ██████████████████████████████████████; *see also* Bloomberg. "What's in a name? The Bloomberg Global ID is reborn as the FIGI"; https://www.bloomberg.com/company/press/whats-name-bloomberg-global-id-reborn-figi/; dated October 9, 2014; Wikipedia. "Financial Instrument Global Identifier". https://en.wikipedia.org/wiki/Financial_Instrument_Global_Identifier; as of November 24, 2025.

management vendor are all using LSEG Workspace (the replacement of Refinitiv Eikon), then they can exchange data using a RIC.

72.    In summary, exchanging the same financial identifier, along with a contractually defined number of descriptive fields, is key to ensuring that industry parties can interoperate and execute a series of handoff processes, assured that they are "talking about" the exact same security or financial instrument.  However, the financial identifier alone or in conjunction with a few high-level fields is insufficient for the many functions that financial services firms need to perform for themselves and their clients; scores and potentially hundreds of fields are needed and commonly stored in security masters.

## VI.    COMMON TYPES OF FINANCIAL IDENTIFIERS

73.    I describe below several types of financial identifiers, both standardized and non-standardized for both cleared and non-cleared investments.  Throughout this section, I will show that multiple types of identifiers are used for general trade processing.  Additionally, financial identifiers continually evolve, with some losing relevance and others being innovated to accommodate new types of securities or processing.  Many identifiers are used for different steps in the investment lifecycle. The CUSIP Identifier is needed only for the limited purpose of settlement and clearing within the DTCC and Central Securities Depository ("CSD").

### A.  There are Multiple Types of Identifiers, Which Continually Evolve.

74.    Paragraphs 91 to 116 of Mr. Miller's report list more than a dozen different financial identifiers and attempt to explain their potential use cases.  That list is at best incomplete, and ignores other important types of financial identifiers that financial services firms use and rely upon during the lifecycle of trading financial

35

instruments.  Mr. Miller also ignores that the identifiers he has named, and many other financial identifiers, are used for general processing of securities within and between financial services firms.  The CUSIP Identifier is necessary only with respect to achieving finality when actually settling eligible trades at the DTCC, which is member-owned and governed,[60] or CSD, and only because DTCC and CSD chose to adopt only the CUSIP Identifier for that specific purpose.

75.    In my experience, every type of financial instrument has at least one identifier, even if proprietary, and each identifier continually evolves and new ones continue to emerge.  First, many types of financial identifiers cover many types of financial instruments.  Second, over time, some identifiers have become outdated and less useful to the marketplace due to competitive forces.  The WKN, the domestic identifier for German securities, is little-used compared to the ISIN for the same security.  Third, newer financial identifiers have emerged in response to industry demand, such as the UTI for cleared swaps and the cryptocurrency identifiers for digital assets.  Fourth, some identifiers that have existed for decades have competitively expanded and garnered adoption for new capabilities over time, such as the FIGI has done to facilitate multi-asset-class trading inside and outside of the Bloomberg Terminal, and such as the CUSIP Identifier has done to provide order and interoperability within the syndicated loan asset class.[61]

---

[60] DTCC. "An Introduction to DTCC".
https://www.sechistorical.org/collection/papers/2010/2010_0701_DTCCServices.pdf; published 2010.
[61] Finextra. "LSTA and S&P to provide CUSIP Isin numbers for syndicated loans".
https://www.finextra.com/pressarticle/2297/lsta-and-sp-to-provide-cusip-isin-numbers-for-syndicated-loans; dated October 13, 2004.

36

76.    Below I describe the more common types of financial identifiers along with a brief explanation of each identifier and its primary purpose in the financial services ecosystem.  I have grouped the identifiers into two categories, one category for equity and debt, and another, for other asset classes.

**B.  Equity and Debt Financial Identifiers – Securities that Settle Centrally**

77.    Certain equity and debt securities require a CUSIP or ISIN identifier for both settlement and clearing.  It is only for the limited purpose of both clearing and settling at a venue that facilitates simultaneous delivery of cash for securities, such as at Euroclear or the DTCC, that an ISIN or a CGS Identifier is required.  Very few financial services firms are members of clearing organizations or settlement venues.  As of October 2025, there were 894 participant members in the DTC, some of which are assorted legal entities of the same parent company, and 92 distinct settling banks.[62]  Meanwhile, there were 2,840 firms registered with FINRA as broker dealers at the end of 2024,[63] over 11,000 asset managers in the United States,[64] and over 44,000 banks and credit unions in the world as of 2018.[65]

78.    Many financial instruments settle among counterparties with a guarantee supported by member-pledged collateral, but do not require a CUSIP Identifier or ISIN.  Examples include options, futures, foreign exchange, and commodities.

**C.  Ticker Symbol - Equity**

Primary use within the investment lifecycle: Equity trade execution.

---

[62] DTCC. "DTC Member Directories". https://www.dtcc.com/client-center/dtc-directories; as of November 24, 2025.
[63] AdvisorHub. "Tally of Brokerage Firms Continues to Shrink, Fee-Only Firms on the Rise". https://www.advisorhub.com/tally-of-brokerage-firms-continues-to-shrink-fee-only-firms-on-the-rise/; dated July 10, 2025.
[64] Zippia. "Asset manager demographics and statistics in the US". https://www.zippia.com/asset-manager-jobs/demographics/; as of November 24, 2025.
[65] Extractable. "By the Numbers – Mega Banks vs. Community Banks". https://www.extractable.com/insights/by-the-numbers-mega-banks-vs-community-banks/; dated July 1, 2018.

Standardized by: None to my knowledge.

79.     Ticker Symbols apply to exchange-traded common stock and mutual funds.  The primary purpose is to facilitate real-time trading on the exchange.

80.     Ticker Symbols are selected by companies when issuing stock, and these companies request approval from the listing exchange to ensure no conflict with another Ticker Symbol is created.[66]

81.     If a stock trades on multiple exchanges throughout the world, market makers prefix or suffix the Ticker Symbol with an exchange code to enable distinctions in the trading process.  For example, NASDAQ.AAPL is market practice to identify Apple, Inc. trading on NASDAQ.  Since the Ticker Symbol is exchange-specific, it is technically possible for two different companies to have identical symbols at different exchanges.

### D.     FIGI – Wide Ranging Asset Classes

Primary use within the investment lifecycle: (a) trading and portfolio management within the Bloomberg terminal environment; (b) identifier on Bloomberg security master data feed subscriptions.
Standardized by: X9; Object Management Group.

82.     FIGI is an acronym for Financial Instrument Global Identifier.  A common use of the FIGI is to enable users of the Bloomberg Terminal to share data amongst themselves, as they create, collaborate and ultimately transact a trade of that security.  If both counterparties are using the Bloomberg Terminal, one side can set up the proposed security master data within the terminal and share it with the other.

---

[66] Skadden Arps Slate Meagher & Flom LLP. "Stock Tickers, Trademarks And The Potential For Conflict". https://www.skadden.com/-/media/files/publications/2017/12/stocktickerstrademarksandthepotentialforconflict.pdf; published in 2017; as of November 24, 2025.

This is not uncommon for complex, narrowly held, structured assets being sold on the secondary marketplace.

83. Originally known as the BBGID, the FIGI was proprietary to and created by Bloomberg for internal use in Bloomberg systems. In 2014, the BBGID algorithm was made open-source and thereafter renamed the FIGI and adopted as a standard identifier by the Object Management Group.[67] X9 approved FIGI as a financial identifier standard in 2021.[68]

84. FIGI is not identical in functionality to a CGS Identifier.[69] The FIGI identifies equity securities down to the level of the exchange upon which they trade, and is far broader in coverage of asset classes, with over one billion unique FIGIs having been created.[70] The CUSIP Identifier, in comparison, enables fungibility[71] when settling U.S. equity trades that are cross-listed on multiple exchanges.

85. Generally, the FIGI is extremely comprehensive, in my experience, covering not only securities that clear and settle against cash at depositories such as the DTCC or Euroclear, but also derivatives, private equity funds, and cryptocurrency, to name a few.

---

[67] Bloomberg October 21, 2024 FDTA Comment Letter, https://www.sec.gov/comments/s7-2024-05/s7202405-533215-1528962.pdf, at 59 ("FIGI became a free, open data standard in 2014 after Bloomberg assigned all rights and interest in FIGI to OMG, a non-profit third-party standards consortium"); Bloomberg. "What's in a name? The Bloomberg Global ID is reborn as the FIGI"; https://www.bloomberg.com/company/press/whats-name-bloomberg-global-id-reborn-figi/; dated October 9, 2014.

[68] Accredited Standards Committee X9, Inc. "ASC X9 Publishes U.S. Standard for the Financial Instrument Global Identifier". https://x9.org/asc-x9-publishes-u-s-standard-for-the-financial-instrument-global-identifier/; dated July 29, 2021.

[69] Bloomberg October 21, 2024 FDTA Comment Letter, https://www.sec.gov/comments/s7-2024-05/s7202405-533215-1528962.pdf, at 6 ("coverage for financial instruments globally across all asset classes"), 8 (FIGI identifies "more granular information at the country and trading venue level," relative to ISIN/CUSIP), 10 (over 1.3 billion FIGIs issued).

[70] Ibid.

[71] Ibid. at 8 ("The ISIN/CUSIP provides a single identifier at the single issued level for a fungible instrument."); *see also* Wikipedia. "CUSIP". https://en.wikipedia.org/wiki/CUSIP; as of November 24, 2025.

86.	The FIGI has garnered wide-spread adoption in the front office but has not yet experienced high levels of adoption in the back office for settlement and clearing at the major depositories and clearing corporations throughout the world.

87.	In my experience at PIMCO, the granularity of FIGI, at the exchange level, can be beneficial information, but also potentially could complicate successful net settlement due to the lack of fungibility.  Effective use of a FIGI identifier also may require access to additional enriched data, including data available only by procuring a Bloomberg data license; some market participants already licensing CGS data for settlement and clearing through other data vendors may prefer to avoid that additional expense.  Third, in my professional opinion, its current identification algorithms do not function accurately when significant corporate actions occur in the back office, such as reverse splits, forward-dated splits, and bankruptcy filings.[72]

### E.  RIC – Wide Ranging Asset Classes

<u>Primary use within the investment lifecycle</u>: Front-Office Trading and Analytics
<u>Standardized by</u>: None to my knowledge.

88.	RIC is a front office identifier covering a wide range of asset classes including debt, equity, foreign exchange, commodities, derivatives, and loans, among others.[73]

89.	RIC stands for Reuters Instrument Code, and is used throughout the LSEG Workspace,[74] formerly known as the Thomson Reuters trading workstation, and

---

[72] Meyn, Cynthia. Journal of Security and Operations Custody, Volume 17, Number 1. "The Benefits of CUSIP Non-Permanence: Reverse Splits"; published November 2024.

[73] LSEG issues RICs.  LSEG. "Our data". https://www.lseg.com/en/data-analytics/market-data#:~:text=Cross%2Dasset%20market%20and%20pricing,%2C%20funds%2C%20indices%20and%20loans; as of November 24, 2025.

[74] Stanford Business. "Download Data from the LSEG Workspace Excel Add-In Formula Builder". https://gsb-research-help.stanford.edu/library/faq/374648; as of November 24, 2025.

subsequently known as Refinitiv Eikon, to identify financial instruments and indices, such as the FTSE Russell Index.[75]

90.    The RIC is distributed through LSEG Data & Analytics, which has over 400,000 end users in 190 markets.[76]  LSEG Workspace users can make real-time inquiries regarding equity and index pricing using the RIC code.

### F.    CUSIP Identifier – U.S. and Canadian Equity and Debt

Primary within the investment lifecycle: Settlement at the DTCC and CSD.
Standardized by: ASC X9, Inc.

91.    CUSIP is an acronym for Committee on Uniform Security Identification Procedures.[77]  CUSIP Identifiers are assigned at the request of the issuer by CGS and are then incorporated by CGS into a database that may include up to 60 or more descriptive fields.

92.    The CUSIP Identifier was most recently re-approved as a standard financial identifier by X9 in 2021.

93.    The original purpose usage of CUSIPs was to facilitate settlement and clearing of equity and debt.  That remains the primary usage today for equity and debt that is eligible at the DTCC in the United States or at the CDS in Canada.  Examples of types of debt using the CUSIP Identifier include: U.S. Treasury debt, U.S.-agency-backed debt, corporate debt, municipal debt, commercial paper, mortgage-backed securities, collateral mortgage obligations, asset-backed securities, and commercial real estate mortgage-backed securities.

---

[75] LSEG Data & Analytics. "Refinitiv has now changed to LSEG". https://www.lseg.com/en/data-analytics/refinitiv; as of November 24, 2025.

[76] LSEG Data & Analytics. "Discover New Possibilities". https://www.lseg.com/en/data-analytics; as of November 24, 2025.

[77] CUSIP Global Services. "Supporting efficient global capital markets". https://www.cusip.com/identifiers.html; as of November 24, 2025.

94.    Over time, the CUSIP Identifier has been adopted by syndicated loan traders throughout the world, having been deemed the standard financial identifier by the LSTA.  The purpose of a CUSIP Identifier for syndicated loan traders is to ensure that recordkeeping and settlement of the cash being transmitted for the borrowed amounts, interest payments, and ultimate payoffs is performed accurately.

### G.  ISIN –Equity and Debt Outside the U.S. and Canada

Primary use within investment lifecycle: Settlement at depositories outside of the United States and Canada.
Standardized by: X9.

95.    ISIN is an acronym for International Securities Identification Protocol.[78]  ISINs are similar to CUSIP Identifiers in that they enable the settlement and clearance of debt and equity securities internationally.  ISINs facilitate settlement in both ex-U.S. local central security depositories, such as JASDEC in Japan, or CREST in the United Kingdom, as well as in the pan-European settlement venues through Euroclear and Clearstream.  Like CUSIP Identifiers, ISINs are fungible across equity shares that trade with multiple Ticker Symbols on multiple exchanges with multiple SEDOLs and FIGIs.

96.    When debt securities are eligible or intended to settle locally, the ISIN includes a two-character prefix designating the country code of the settlement venue.  For example, for securities designated to settle locally in Japan, at the JASDEC, the ISIN is prefixed with "JP."  The characters "XS" are used to indicate settlement in a pan-European clearing corporation such as Euroclear or Clearstream.[79]  Examples

---

[78] International Securities Identification Numbers Organization (ISIN). "About International Securities Identification Numbers (ISIN)". https://www.isin.org/isin/; as of November 24, 2025.
[79] Ibid.

of types of debt having an ISIN include sovereign debt, sovereign-backed development bank debt, non-U.S. domiciled corporate debt, and emerging market debt.

97.    While alternatives to the ISIN exist in local depositories within countries throughout the world, there is no true substitute for the ISIN, which transcends geography.  Two counterparties trading in the front-office, wherever they may reside, do not need to understand or have reference to the local depository identifiers.  When they pass the trade downstream, middle- and back-office systems associate the ISIN to the local identifier for settlement.

### H.    CINS – Issuers Outside the U.S.[80]

Primary use within the investment lifecycle: Limited use in my experience.
Standardized by: None to my knowledge.

98.    A CINS number is an acronym for the CUSIP International Numbering System.  It is used to indicate issued securities originating outside of the United States. Created in 1989 by CGS as an identifier for more than 30 local markets, the CINS has largely been supplanted by the ISIN in my experience because the ISIN enables settlement and clearing at European settlement venues.

### I.    SEDOL – Britain and Ireland, Equity and Debt[81]

Primary use within the investment lifecycle: Identifies equity issued within the United Kingdom and Ireland for settlement in CREST.
Standardized by: None to my knowledge.

---

[80] CUSIP Global Services. "Supporting efficient global capital markets". https://www.cusip.com/identifiers.html#/CINS; as of November 24, 2025.
[81] Investopedia. "Understanding SEDOL Codes: A Guide to UK Stock Identification". https://www.investopedia.com/terms/s/sedol.asp#:~:text=SEDOL%20stands%20for%20Stock%20Exchange,accurate%20settlement%20in%20financial%20markets; as of November 24, 2025.

99. SEDOL is an acronym for Stock Exchange Daily Official List.  It is assigned by the London Stock Exchange (LSE), and is applicable to common stock issued in the United Kingdom and Ireland.  Originally, SEDOLs were used to distinguish common stock cross-listed on multiple exchanges to assist with settlement and clearing.  SEDOLs were assigned to stocks trading in Europe, Asia, and Africa, for example.[82] SEDOL functionality has been growing over the past 30 years into the data transmission business, with the LSE now offering a SEDOL data service covering over 100 million securities.[83]

100. The SEDOL is embedded within the ISIN for UK securities, enabling the ISIN to be the primary identifier used for settlement and clearing in the UK.

### J.    WKN – German Securities, Eligible at the Deutsche Borse

<u>Primary use within the investment lifecycle</u>: Identifies securities issued in Germany for settlement at the Deustsche Borse.  Replaced by ISIN.
<u>Standardized by</u>: None to my knowledge.

101. WKN is an abbreviation for Wertpapierkennnummer.  This is a 6-character code that serves as the financial identifier for all securities issued in Germany.[84]  The WKN has been replaced by the ISIN for purposes of settlement at the Deutsche Borse since 2003.[85]  Nonetheless, many German-issued securities still carry a WKN code, which is embedded with the ISIN for German-issued securities.  The WKN is

---

[82] Wikipedia. "SEDOL". https://en.wikipedia.org/wiki/SEDOL; as of November 24, 2025.
[83] LSEG. "SEDOL Masterfile". https://www.lseg.com/content/dam/lseg/en_us/documents/sedol/sedol-masterfile-faqs-170321.pdf; published 2020; copyright 2021; as of November 24, 2025.
[84] International Securities Identification Numbers Organization. "Convert WKN to ISIN". https://www.isin.org/convert-wkn-to-isin/; as of November 24, 2025.
[85] Financial News. "Deutsche Borse switches to ISIN". https://www.fnlondon.com/articles/deutsche-borse-switches-to-isin-20021209; as of November 24, 2025.

issued by WM Daten, which also sells market data including financial identifiers and mapping data for approximately 3 million instruments.[86]

102.    In my opinion, market adoption of the WKN has waned in favor of the ISIN, which now embeds the WKN within it for German-issued securities.

### K.    VALOR – Swiss Securities

Primary use within the investment lifecycle: Identification of securities issued by Swiss issuers for settlement within the SIX Group.
Standardized by: None to my knowledge.

103.    The VALOR is a numeric identifier used in Switzerland for identifying securities. Swiss securities also carry an ISIN.[87]  VALOR numbers are assigned by SIX Group, the Swiss stock exchange.  SIX also sells market data, which includes financial identifier mapping data for over 60,000 shares.[88]

104.    In my opinion, market adoption of the VALOR has waned in favor of the ISIN, which now embeds the VALOR within it for Swiss-issued securities.

## VII.    Financial Identifiers for Other Asset Classes – Decentralized Settlement

105.    Some securities do not settle centrally at a venue that ensures simultaneous delivery of a security for cash (Delivery Versus Payment, or "DVP") at the time of settlement.  This section discusses identifiers for securities and other asset classes that settle away from the DTCC, CREST, CSD, and other depositories.  Some of these securities and financial instruments are privy to clearing, but do not require an ISIN or CUSIP Identifier; for example, futures, options, commodities, and foreign

---

[86] WM Datenservice. "Master File (GAT)". https://www.wmdatenservice.com/en/product/gat/; as of November 24, 2025.
[87] International Securities Identification Numbers Organization. "Convert VALOR to ISIN". https://www.isin.org/convert-valor-to-isin/; as of November 24, 2025.
[88] Six Group. "Market Data – Monitor Today's Trading Activity on SIX Swiss Exchange". https://www.six-group.com/en/market-data.html; as of November 24, 2025.

exchange.  Other instruments settle decentralized and are non-cleared; examples include syndicated loans, digital assets, private equity, private credit, directly-placed structured assets, and private loans, to name a few.

106.    Cleared securities are financial instruments for which trades are processed through a central clearinghouse, like DTCC, and for which a guarantee of settlement, even in the case of a member bankruptcy, is provided by the clearing house by means of a regulated cushion of collateral pledged by the members.  Non-cleared securities are traded without a central clearing house.  In my experience, there are far more types of financial instruments being transacted that are not cleared securities than those that are cleared, and far more types of financial instruments being transacted and settled without a centralized depository than those that do settle with such a venue.  FIGI, discussed earlier, covers many of these decentralized and non-cleared asset classes.[89] Below are some of these additional asset classes, both cleared and non-cleared, with the types of financial identifiers associated with them.

107.    The discussion below demonstrates that the variety of identifiers continues to grow, evolve, overlap, and compete.  Many instruments are identified by more than one type of identifier and even by more than one standard.  As a result, in my expert opinion, the probability that any two financial services firms are using these identifiers in the same way is small.  Moreover, these instruments tend to be more complex than instruments that settle centrally.  Thus, the associated data is also complex.  In my expert opinion, it would be difficult for any financial services firm

---

[89] ████████████████████████████████████████████████████████
████████████

engaging in services that involve these assets to perform their jobs without a wealth of associated data beyond just the identifier and a few high-level fields.

### A.    Syndicated Loans – CUSIP, ISIN, Contract Identifier, RIC, and FIGI

108.    Syndicated loans employ a CUSIP Identifier and ISIN and have migrated away from other identifiers since approximately 2004.[90]  Once syndicated, the loan facility is assigned a CUSIP Identifier or an ISIN by CGS.  The borrower and lender use the CUSIP Identifier or ISIN to execute a credit agreement on a centralized platform.  A widely used syndicated loan FinTech platform is called ClearPar and is operated by the FinTech S&P Global, formerly known as IHSMarkit.[91]

109.    Underneath the CUSIP Identifier, each tranche drawdown of a loan is identified with a financial identifier called a contract identifier or facility identifier.[92]  The contract identifier or facility identifier is assigned by the syndicated loan servicing bank.  Drawdowns and revolving payments create multiple contract identifiers associated with the common CUSIP Identifier, which identifies the entire loan package at the higher credit agreement level.  In my expert opinion, both contract identifiers and facility identifiers are widely used in market practice and have not been approved by a standardization body.

110.    Syndicated loans are an example of a type of financial instrument that does not settle through the DTCC, but which uses a CUSIP Identifier to interoperate as a

---

[90] A-Team Insight. "CUSIP Adopted as Numbering Scheme in New Syndicated Loan Service".  https://a-teaminsight.com/blog/cusips-adopted-as-numbering-scheme-in-new-syndicated-loan-service/?brand=dmi; dated November 1, 2004.

[91] S&P Global Market Intelligence. "ClearPar Loan Trade Settlement". https://cdn.ihsmarkit.com/www/pdf/0823/ClearPar-Trade-Settlement.pdf; copyright 2023; as of November 24, 2025.

[92] Cohen, Gregory J., Melanie Friedrichs, Kamran Gupta, William Hayes, Seung Jung Lee, W. Blake Marsh, Nathan Mislang, Maya Shaton, & Martin Sicilian. "The U.S. Syndicated Loan Market: Matching Data," Finance and Economics Discussion Series 2018-085. Washington: Board of Governors of the Federal Reserve System, https://doi.org/10.17016/FEDS.2018.085.

47

result of market adoption led by the LSTA.  Syndicated loans settle by cash wire transfer for the borrowed amount, followed by periodic cash payments exchanged between borrowers and lenders, as calculated and directed by loan servicers, through the custodial banking network.  The CUSIP Identifier and contract identifier help with recordkeeping both at the time of the initial loan, as well as throughout the life of the loan through its final payment date.

111.    FIGI also identifies syndicated loans.[93]  If the broker dealer representing the borrower and/or investment manager representing the lender uses a Bloomberg Terminal, the trade execution process or portfolio management process will cause a FIGI to be created.  That FIGI will also be associated to a CUSIP Identifier by the middle or back office, and the CUSIP Identifier can then be updated within the Bloomberg Terminal and confirmed with the counterparty through the Bloomberg Terminal.

### B.  LoanX IDs – Private Credit Loans[94]

112.    <u>Primary use within investment lifecycle</u>: Issuance, trading, and servicing of private credit loans
<u>Standardized by</u>: None to my knowledge.

113.    The LoanX ID (aka "LXID") was innovated by S&P Global to identify broadly syndicated loans.  In June, 2025, S&P Global announced an expansion of the use case of LXID into private credit offerings.

---

[93] Bloomberg Professional Services. "A better solution for identifying syndicated loans? The FIGI ID system provides consistency and transparency".  https://www.bloomberg.com/professional/insights/financial-services/better-solution-identifying-syndicated-loans-figi-id-system-provides-consistency-transparency/; dated June 3, 2016.

[94] S&P Global. "S&P Global Expands Private Markets Offering with Private Credit Identifiers Using LoanX IDs".  https://press.spglobal.com/2025-06-24-S-P-Global-Expands-Private-Markets-Offering-With-Private-Credit-Identifiers-Using-LoanX-IDs; dated June 24, 2025.

### C. Exchange Traded Derivatives – OCC Symbols,[95] CME Symbols, RIC, and FIGI

114.    Exchange traded derivatives such as futures, options, and options on futures, have a robust symbology used to describe the future or option contract, as well as the underlying equity or debt instrument.  Often, the symbol is created and managed by the listing exchange itself, such as with the OCC, CME, and TastyTrade.

115.    If the investment manager is using a portfolio management front end, such as LSEG Workspace or the Bloomberg Terminal, a RIC or FIGI, respectively, is created by the portfolio manager as a byproduct of using those front-office tools.

116.    Symbology for exchange-traded derivatives has been mainly driven through innovation of the exchanges and their clearing venues[96] and has been adopted through market practice.  In my expert opinion, standardization has followed market practice.

### D.    Centrally Cleared Swaps – USI, UTI, UPI

117.    The innovation of centrally-cleared swaps on Swap Execution Facilities ("SEFs") was mandated as part of the Dodd Frank Act in the aftermath of the great financial crisis of 2008.  They are regulated by the CFTC.[97]  Centrally-cleared swaps are traded bilaterally between two counterparties, but introduced to a central counterparty that provides the guarantee of settlement through member-pledged collateral.  Several new financial identifiers came into place as a result of SEFs, and these have been adopted as a result of regulatory reporting obligations.

---

[95] Option Clearing Corporation (OCC) symbology defined in Miller Rep. ¶ 100.
[96] Ibid.
[97] Commodity Futures Trading Commission. "Swap Execution Facilities (SEFs)". https://www.cftc.gov/IndustryOversight/TradingOrganizations/SEF2/index.htm; as of November 24, 2025.

49

118.    The UPI is the Unique Product identifier, which identifies the type of swap that has been traded.  Parameters of the swap will be identical for all trades of a particular UPI.  The USI and UTI are created by the Central Counterparty (CCP) when the contract clears in the United States and Europe, respectively. The UTI is compliant with ISO standard 23897.[98]

### E.    Foreign Exchange – ISO Currency Codes

119.    Foreign Exchange is usually transacted using ISO-4217 compliant currency codes, such as GBP, JPY and USD.[99]

120.    Exceptions have come about due to market circumstances.  For example, in my direct experience in 2008, when Greece was nearly exited from the Euro currency for its spending deficit, the industry began practicing interoperable trading and settlement using a temporary code, XGD, representing the "new" Greek Drachmas (formerly coded as GDR).  The XGD code was not adopted by ISO standards but rather agreed to by market participants and implemented by Bloomberg for the purpose of testing interoperability across the financial services ecosystem.  As another example, CNH is a non-standard, widely-used, currency code representing off-shore traded and settled Chinese yuan (Renminbi).

---

[98] ISO. "ISO 23897". https://cdn.standards.iteh.ai/samples/77308/49b5fa7d44644e358111aa18bc5b4bc8/ISO-23897-2020.pdf; as of November 24, 2025.
[99] Wikipedia. "ISO 4217".  https://en.wikipedia.org/wiki/ISO_4217; as of November 24, 2025.

**F.    Cryptocurrency and Digital Assets – DTI and Market Practice**

121.    Digital assets have a standard called a Digital Token Identifier ("DTI"), which is defined in the ISO 24165 standard.  DTIs are created and maintained by the Digital Token Identifier Foundation.[100]

122.    However, the level of innovation of digital assets has outpaced that standard. Digital market participants use three-character codes, such as BTC, XRP and ETH, which are well-ingrained through market practice to represent Bitcoin, Ripple, and Ether, respectively.  There are nine assets reported to have ISO 2022-compliant codes,[101] more than 80 three-character codes supported by ZeroHash,[102] an institutional digital asset settlement venue, and over 20 three-character codes supported by TastyTrade,[103] a popular retail brokerage platform.

**G.  Private Securities and Private Funds – Plain Language Descriptions and Private Identifiers**

123.    There are numerous instances of private issuance of equity and debt.  Examples include: private equity, private credit, certificates of deposit, FHA-pooled loans, annuity and life insurance policies, direct lending by regional banks to regional borrowers, and privately-issued mortgages.  These financial instruments do not carry publicly-disseminated identifiers.  Rather, the issuer has elected to number or name the equity, debt and/or fund shares themselves, and investors likewise often have private identifiers for their own use.

---

[100] Traction. "Crypto-Asset Identifiers – (DTIs) As Underlyers for UPIs". https://tractionFinTech.com/emir/crypto-asset-identifiers-dtis-as-underliers-for-upis/#:~:text=What%20is%20a%20DTI?,registry%20and%20not%20used%20again; as of November 24, 2025.

[101] CoinCodex; ISO 2022 Crypto: List of Compliant Coins & Tokens in 2025. https://coincodex.com/article/27964/iso-20022-crypto/; as of November 24, 2025.

[102] ZeroHash. "Where Transactions Move at the Speed of Ideas". https://zerohash.com/; as of November 24, 2025.

[103] TastyTrade. "Available Cryptocurrencies". https://tastytrade.com/learn/trading-products/cryptocurrency/available-cryptocurrencies/; as of November 24, 2025.

124.    There are some early-stage industry-led efforts to create standardized identifiers for some of these private financial instruments.  Effort is underway by CGS to work with Aumni, a J.P. Morgan company, to assign financial identifiers to venture-backed private equity securities.[104] Several information providers have started generating their own in-house identifiers for private holdings as well.

125.    Meanwhile, FinTech firms, such as CAIS, are in front of the CGS-Aumni standardization effort.  Founded in 2009, CAIS has created a proprietary method of assigning a financial identifier to private equity funds, allowing these funds to be traded and allocated into retail accounts.  Market practice has led to adoption of the CAIS identifiers, enabling distribution of over $7.5 trillion in alternative investments to over 2,000 wealth management firms and over 62,000 financial advisors.  The purpose of these identifiers is to facilitate the large-scale distribution of private equity and private credit funds through broker dealers, such as Osaic, and FinTech platforms, such as Envestnet, Orion, and Vestmark, to retail clients.[105]

126.    Professor Elhaughe states that other financial identifiers are not a reasonable substitute for CGS Identifiers.[106]  As shown above, and in the sections that follow, this is not correct, except for the limited category of settlement and clearance at the DTCC of DTCC-eligible securities and at the CSD for CSD-eligible securities.

127.    Professor Elhauge acknowledged that alternative identifiers "could *theoretically* be used for certain financial activities . . . ."[107]  As discussed above, and as I elaborate

---

[104] J.P. Morgan. "Expanding access to standardized identifiers in private markets".
https://www.jpmorgan.com/insights/markets-and-economy/markets/standardized-identifier-access-private-markets;
dated June 12, 2025.
[105] CAIS Group. "Welcome to CAIS – Transforming the World of Alternative Investing".
https://www.caisgroup.com/; as of November 24, 2025.
[106] Elhauge Rep. ¶¶ 56-58.
[107] Ibid. ¶ 47 (italics added).

below, the use of alternative financial identifiers is a well-established market reality and not just theoretical. For most purposes, many financial identifiers described above can be used in addition to, or in lieu of a CUSIP Identifier.

128. Both Mr. Miller's discussion of financial identifiers and Professor Elhauge's opinions based thereon fail to address fundamental questions of who, what, where, when, why, and how financial services firms need a financial identifier and additional descriptive data. I describe those contextual factors below as I discuss how financial identifiers are and are not needed during the investment lifecycle of a financial instrument, from creation through trading and post-trade functions. As shown below, different financial identifiers are used by different types of financial services at different points in the lifecycle, to perform different necessary functions. At various points, financial identifiers other than CGS Identifiers can be and are relied upon by the diverse types of financial services firms; and not every type of financial service firm performs functions for which CGS Identifiers apply or may be required.

## VIII. THE INVESTMENT LIFECYCLE

### A. Overview

129. Financial instruments travel through lifecycle steps, in a manner akin to an assembly line, when they are bought, held for any given time period, and ultimately sold. The major steps are typically grouped as front-office, compliance, security master maintenance, middle-office, and back-office functions. These steps are conducted through a series of handoffs between different departments within a single financial services firm, as well as between different services firms and FinTech vendors. To my knowledge, no single firm other than potentially large

global banks who are also members of the DTCC, such as Citigroup,  handles all these steps; my understanding is that members of the DTCC receive direct structured data feeds and are not members of the putative class.  As the data travels among the ecosystem participants, the sending parties are often termed as "upstream" of the receiving parties who are "downstream."  The participants, whether they be upstream transmitters or downstream recipients of data, can be either the financial services firms themselves or one or more FinTech companies providing services to, and transmitting data to and from, the financial services firms.

130.    Financial identifiers help ensure that the hand-offs between the various processing parties are error-free. However, financial identifiers and high-level information alone will not be sufficient, and additional data fields commonly are necessary to ensure error-free hand-offs at various points in the lifecycle.[108]  Below, I describe the major operational steps and some of the types of firms that handle the steps.  I further explain and reference how financial identifiers travel through the steps, showing their purposes as they enable market participants to interoperate.

131.    I have created three charts, presented in Appendix B, to illustrate how different types of financial services use different financial identifiers to perform different functions across the lifecycle of a trade.  Within Appendix B, are Table 2, Financial Identifier Usage in the Front Office; Table 3, Financial Identifier Usage within Security Master Maintenance, Compliance, and Middle-Office Activities Reporting; Table 4, Financial Identifier Usage in the Back-Office, Accounting, and Tax areas.

---

[108] ███████████████████████████████████████████████████████████
███████████████████████████████ .

These tables depict the variety of financial identifiers in use throughout the investment lifecycle, primarily focusing on U.S. equity securities, and cross-referenced by the types of firms using CGS Data.  They illustrate several key points relevant to the opinions I render in this report:

- Different financial services firms commonly use different and multiple identifiers for different functions across the trading lifecycle.

- Not every financial services firm performs every function across the lifecycle of a trade.

- Financial services firms need more than a single identifier to fulfill all of these needs.

- Financial services firms do not need CGS Identifiers to perform all of these functions.

- While the CUSIP is required for settlement and clearance of DTCC-eligible securities, not all financial services firms engage in settlement and clearance or need a CGS for these purposes, and not all securities handled by financial services require settlement and clearance at DTCC.

### B. Front-Office Activities

132. I base my descriptions of front-office activities upon my direct experience as Head of Global Fixed Income Technology at Cantor Fitzgerald, as worldwide Head of Investment Operations and Accounting at PIMCO, and as the Chief Operating Officer at Venerable , and as the lead technology integration consultant at Osaic, a nationwide broker dealer that services Independent Registered Investment Advisors ("RIAs").  In these roles, I have supported the institutional buyers of securities

being syndicated and sold, as well as the broker-dealing of securities to independent RIAs who were purchasing securities for their retail customers.  *See* Appendix B, Table 2.

### a. Research

133.  Within the research step, a financial identifier is not needed and not always preferred.  Within the research step, a financial identifier is not needed and not always preferred.  Research involves a process of inquiry and analysis of companies, their capital structure, and their industry and macro-economic environments.  Sometimes this leads to capital markets activity, involving investment bank(s) or investment manager(s), which are processes through which a corporation can implement changes to its balance sheet such as by issuing new shares or debt, or by buying them back.[109]  For certain securities, a Ticker Symbol, issuer name, and/or basic description often suffice.  In the private marketplace, and pre-IPO stage, "project name" nomenclature is employed to prevent leakage of material non-public information.

### b. Syndication, Underwriting, and Distribution

134.  When a company or country issues shares or debt, or if a company restructures its capital structure, a group of investment banks gather into a syndicate to underwrite the new issue, and work to distribute it in the marketplace through wealth management businesses and investment management businesses.  During this "syndication" process, the investment bank(s) circulate information as they attract buyers of the new issue and take orders on the pending offering.

---

[109] Finance Strategists. "Capital Markets". https://www.financestrategists.com/wealth-management/alternative-investment/capital-market/?msclkid=3559cd40cf691140a41fa4584d1cda7e; published June 8, 2023

135. As the fledgling security is offered to the marketplace, the issuer will begin to formulate documentation to obtain a financial identifier, but the security can be pre-sold with a forward settlement date without it.  For example, in the case of the inter-dealer market for U.S. Treasury debt, a description such as "WI 10 YR" means the ten-year Treasury bond when-issued (e.g. about to be issued), and market participants will start to trade based on that description, even though it may not have any other identifier at that point.  As another example, issuers planning an IPO will file a Red Herring with the SEC[110] for the underwriters to garner interested buyers within the marketplace, but the issuer may not have enough data finalized to agree upon a Ticker Symbol with the listing exchange nor to apply for a CUSIP Identifier with CGS.  If market participants are using a Bloomberg Terminal, one or more of them may have set up the security master with a FIGI in advance of the CUSIP Identifier, which can be enriched with data as the underwriting process continues through to the publication of the final prospectus.

### c.    Order Generation, Order Execution, Order Allocation

136. Within wealth management and investment management firms, known as the "buy side," the order generation process entails (a) gathering together all client accounts' proposed trade sizes; (b) routing that "block" trade to a dedicated trader or portfolio manager; (c) executing that trade with a counterparty; and (d) allocating the resulting "fills" of the executed trade size into the client accounts for which the trade orders had been placed.

---

[110] Investopedia. "Understanding Red Herring Prospectus: Definition, Benefits, and Example" by Marshall Hargrave.  https://www.investopedia.com/terms/r/redherring.asp; published October 3, 2025.

137. During syndication, the security has been "shelled out," meaning it has been initially created with only a portion of the data that will be ultimately required within the firms' security masters. For new issues, the shell will have approximately 20-30 fields for a security of average complexity, but that shell typically has not been further enriched until the prospectus or offering memorandum has been finalized. In lieu of a CUSIP Identifier or other public financial identifier, the shell is indexed using a temporary identifier, or dummy identifier, created by the two counterparties, either collaboratively or independently, to facilitate the order-taking process. As a practical matter, if both parties use a Bloomberg Terminal or LSEG Workspace, one or both sides might have created the initial shell of the security master record using a FIGI or RIC.

138. When a previously existing position is being sold or unwound, both front-office counterparties will use a specific identifier pertinent to type of security, such as the RIC, FIGI, Ticker Symbol, CUSIP Identifier, ISIN, futures symbol, UTI or USI for cleared swaps, options symbol, foreign exchange code, or cryptocurrency code. The buyer of the security will initially request indicative information from the seller's security master. Subsequently, the buyer typically will seek to update and begin to initialize, or "flesh out," their own security master with descriptive data from reliable third-party sources, which may include obtaining a copy of the offering memorandum.

139. Some buyers of securities will require transmission of the financial identifier and a significant number of data fields, while others are willing to initially rely upon the seller to provide an identifier and a few high-level fields. Some smaller firms are

willing to use a platform rather than their own security master.  However, in either case, the buyer will ultimately need additional data beyond the identifier and high-level fields to perform suitability checks and accounting steps.  In my expert opinion, most compliance and regulatory reporting steps cannot be accomplished without referencing substantial amounts of additional data beyond the financial identifier and a few associated high-level fields.

### C.  Security Master, Legal, and Compliance Activities

140.   My comments and observations related to compliance, regulatory reporting and security master maintenance are based mainly on my direct experience at PIMCO, where the front-office trade assistants and middle-office confirmation team reported to me.  I also base my comments on my experience as Head of Global Fixed Income and Derivatives Technology at AB.  In that role, I was the head of data integrity and was responsible for the firm's security master.  *See* Appendix B, Table 3.

141.   Compliance activities ensure that trades being placed into a client's account conform to (a) applicable law such as specific sanctions; (b) any proprietary guidelines the client may have in place; and (c) any firmwide guidelines, such as maximum positions in any single stock or country of domicile across the firm.  Best practice entails that, time permitting, compliance activities be performed before trade execution always after trade execution, and on a periodic basis, usually daily, regardless of whether trades occurred that day.

#### a.    Pre-Trade Compliance

142.   Whenever possible, the prospective allocations of a large trade into numerous client accounts are run through compliance engines in advance of the executions to ensure adherence to laws, risk guidelines, and other policies.  In compliance tests,

guideline compliance system(s) require access to numerous security master fields beyond the high-level fields.  Those fields must be updated through bulk data feeds and daily data exception scrubs overnight for accuracy.  Some simple examples of compliance testing include customer suitability tests, issuer or market concentration tests, and ex-U.S. sanctions tests.  Some more complex tests include weighted-average maturity or duration tests, credit-quality tests, weighted-average yield tests, asset-mix tests for multi-asset accounts, taxable jurisdiction tests, among others.  The average institutional account holding a fixed income asset will run 30-50 pre-trade tests.  PIMCO had more than 40,000 distinct rules in its compliance testing engine across more than 2,000 client accounts.

### b.  Post-Trade Compliance

143.    After a trade, the pre-trade tests are repeated, ideally every night, as well as a few more post-trade tests.  These tests are necessary  because allocations might have keystroke errors, additional data related to the tests may not have been available at the time of the pre-trade tests, or fill volumes may have been less than expected, leading to partial shares or sizes that are less than the minimum piece allowed to trade for a given debt instrument.  Additionally, activity in the broader marketplace away from the trading floor, such as issuer downgrades, bankruptcies, market-wide shorts or rallies, option exercises, new regulatory sanctions, or cash withdrawals by a client from their account, can move a single client account or even the entire firm out of compliance with its guidelines, the managing firm's policies, or applicable law.  As above, these pre-trade tests typically require more than a financial identifier and high-level data.

### c.  Firm-Wide Compliance

144. Daily firm-wide compliance testing covers all portfolios of a financial services firm, even when trades have not occurred. Because the nature of a financial instrument and its associated data is subject to change, firm-wide compliance tests require access to a security master that has been updated, preferably overnight. Examples of data that might change due to actions by the issuer or servicer, include: issuer name, industry code, assignment of pools within a To-Be-Announced Mortgage Security ("TBA") [111], weighted average maturity of a mortgage pool, substitutions of repo collateral, draw down or pay up of a revolver loan, dividend declarations, the fork of a digital asset's blockchain, and share buy-backs that reduce the quantity outstanding.

145. A selected financial identifier within the security master helps ensure that inbound data feeds are correctly applied. Similarly, a financial identifier on every position held in every client account helps the compliance testing engine reference the exact security in the security master for testing. At this point, the FIGI, RIC, CUSIP Identifier, ISIN, private identifier, LoanX ID, currency code, futures symbol, crypto-asset code, and/or other financial identifiers are all apt to be used, as the linking field on the inbound feed is determined by the vendor or custodian providing that data.

   d. **Regulatory Reporting**

---

[111] "The To-Be-Announced (TBA) market facilitates the forward trading of mortgage-backed securities (MBS) issued by the GSEs (Fannie Mae and Freddie Mac) and Ginnie Mae. The TBA market creates parameters under which mortgage pools can be considered fungible and thus do not need to be explicitly known at the time a trade is initiated." SIFMA. "TBA Market Fact Sheet". https://www.sifma.org/resources/general/to-be-announced-tba-market-fact-sheet; published 2015.

146. Legal teams are responsible for understanding the laws applicable to a firm's business. Operations and Technology Departments are responsible for developing the requisite procedures and programs to fulfill the regulatory monitoring and reporting obligations. Some of the reporting responsibilities entail delivering reports, uploading data to portals, and/or transmitting outbound trade and position data to one or more regulators. Some of these responsibilities are accomplished using FinTech vendors.[112]

147. In most cases, where reporting is at the position level, the financial identifier(s) used for regulatory reporting often depend on the reporting party's determination of which identifier most accurately identifies the position being reported. For example, if a third-party fund accountant is performing the reporting, one might see the proprietary identifier used within the reporting party's security master together with one or more other identifiers such as the Ticker Symbol, foreign exchange code, or UTI. If the Bloomberg Terminal or BlackRock Solutions's Aladdin are the recordkeeping system for a multi-asset class portfolio, the reporting party might include, and even lead with, the FIGI or Aladdin identifier, respectively. For securities clearing at the DTCC, the CUSIP Identifier is often the financial identifier of choice. For other types of assets, various identifiers specific to the asset may be used.

148. In my experience, cany regulatory reports include more than one identifier for the benefit of multiple readers of the report and to enable mixed asset classes on a single report. For example, when supplying reports in response to a hypothetical

---

[112] ███████████████████████████████████

regulatory inquiry involving all positions of all types referencing IBM, the report might include the Ticker Symbol, CUSIP Identifier, FIGI, OCC Symbol, UTI, and any private identifiers in a single report.

149. Regulatory reports may require use of data elements beyond the high-level descriptive fields.  For example, sanction monitoring requires access to data that conveys the domicile of the issuer, which can be different than the currency in which the security pays dividends or interest.[113]  For this reason, security master maintenance is sometimes tightly coupled with or adjacent to the compliance activities.[114]

### e.  Security Master Set Up Activities

150. At many firms, the security master set-up step is performed by a dedicated department.  In some firms, this team reports to Compliance department, and at other firms to the Operations department.  This department or team may be known by various names such as Security Master Team, Asset Maintenance Department, or Data Integrity Group.  Increasingly, compliance and security master maintenance activities are being offered as services performed by FinTech vendors and/or BPO providers.

151. Handoffs between the Security Master Team and other teams occur frequently throughout the day, as testing gives rise to the need to validate security master data integrity, and security master data changes can drive breaches in testing which need to be resolved.

---

[113] ████████████████████████████████████████████████████████
██████████████████████████████████████████ .

[114] ████████████████████████████████████████████ .

152. In my experience, the more sophisticated the financial instrument and the more sophisticated the account, the more complex and rigorous the tests become, and the more security master data that is required.  Several FinTech vendors market real-time or near-real time security master data feeds to assist with the process.  LSEG, for example, sells DataScope Plus,[115] which covers over 80 million globally sourced active and inactive securities, and provides updates every 15 minutes.

153. In my experience, once the security has been set up, it will usually carry between three and five identifiers or more, including an internal financial identifier.[116] Because the financial identifiers facilitate interoperability between all departments and all firms involved in the chain of events, many firms opt to associate multiple identifiers to a given trade or position as far upstream as possible in an effort to avoid error and latency downstream.

154. For my comments herein, related to the use of bulk security master data feeds, I rely upon my personal experience at Morgan Stanley's Investment Management division, AB, and PIMCO.  Each of these firms are investment management companies with greater than $500 billion in assets under management.  In addition, all of these firms engage with custodians, such as State Street, to perform custody and varying degrees of middle-office services.  I also rely upon my direct experience as co-chair of the Asset Managers Forum within SIFMA and as a member of the Board of Directors of DTCC.

---

[115] LSEG Data & Analytics. "DataScope Plus Securities Data".  https://www.lseg.com/en/data-analytics/products/datascope-plus-securities-database; as of November 24, 2025.
[116] ████████████████████████████████████████████████████████

155. Many firms subscribe to multiple security master structured data feeds to enable automation and data population across more than 100,000 security master rows nightly. The firms have subscriptions, often from multiple sources such as CGS, Fidelity Action Express, Bloomberg, and Refinitiv (now known as LSEG), that populate the security master in a layered manner. During data ingestion, the financial identifier(s) on each data feed is mapped to the financial identifier(s) within the security master.

156. Sometimes, two different sources will have different values for the same field, such as base currency code, industry code, coupon rate, or maturity date. In my experience, the data received from CGS takes precedence, meaning a hierarchy is applied across multiple sources, and if CGS Data has a different value than, for example, Bloomberg or LSEG, the CGS data will "win" if the two values are different.[117] Because CGS is known to have extracted the descriptive data from the original offering documentation, and validated its data with the issuer, the CGS source is often the most trusted and "highest priority" source for the values of data elements that arrive on multiple data feeds from a variety of data providers. By assigning a higher precedence to the approximately 60 CGS Data fields, investment management firms can be confident that the nature of the actual asset is accurate and that the data is properly identified from the primary offering documentation for the purposes of clearing downstream.

157. Similarly, when multiple financial identifiers are in use through the hand-offs for the same financial security, and when those two identifiers have different values in

---

[117] ███████████████████████████████████████████████████████.

the associated data, downstream parties, including Xignite,[118] a FinTech firm, and

████████████,[119] an asset manager and mutual fund sponsor, have stated that

they look to CGS Data as the trusted, accurate version.

### D. Middle-Office Activities

158.    The middle office ensures that the correct financial identifier is confirmed and

indicated on both sides of the trade. These middle-office procedures are adjacent

to, yet independent of, the traders and portfolio managers. Typically, both firms

involved in a trade have a middle office, and they work together using voice and

FinTech platforms to confirm the trade details prior to settlement, including the

financial identifier that will be used for settlement. *See* Appendix B, Table 3.

159.    As soon as possible after a trade, and before the trade goes "out of the door" to

downstream parties, the middle office of each side of a trade confirms the exact

financial identifier with each other. This confirmation step is done in light of the

type of financial instrument being traded, the intent and understanding of both

traders and the tickets they wrote, and the security's or trade's eligibility for

settlement at various settlement venues. This demand for settlement instruction

exactitude causes the initial financial identifier, such as the Ticker Symbol, FIGI or

RIC, high level description, or private identifier to become secondary in importance

to the identifier required further downstream by the settlement venue. Thus, the

Ticker Symbol, RIC and FIGI "take a back seat" to the CUSIP Identifier, ISIN,

---

[118] Ibid.

[119] ████████████████████████████████████████████

66

LoanX, contract identifier, UTI, foreign currency code, or OCC Symbol required for settlement and clearance.

160. The middle-office group ensures that the correct financial identifier is confirmed and indicated on both sides of the trade. In addition, the middle office confirms a number of data fields related to the security master to ensure that downstream errors do not occur. Even on seemingly standardized securities, such as equities and municipal bonds, extra data fields such as whether the security is possibly restricted from settlement due to a proxy voting hold, the dividend ex-date, the variable rate index, additional spread, municipal obligor or guarantor, whether the security trades in British pence or pounds, or the currency code, are likely to be confirmed by the middle office. Through this process, the counterparties can accommodate tight deadlines for settlement, and avert income collection issues beyond the trade date and failed trades.

### a. Block Matching

161. In the block matching step, the middle office of each firm agrees upon the total size (across numerous customer accounts), total price and currency code, and importantly, the exact security that was traded. If a CUSIP Identifier, ISIN, FIGI, Ticker Symbol, futures symbol, or OCC Symbol exists, then that is the identifier to be used to agree upon the block match. If a Ticker Symbol has been used, or a high-level description with a FIGI, such as during syndication and forward trading, then that identifier is used in concert with confirming key security master data elements per the traders' instructions. At this point, the exact financial identifier required for settlement need not be known, but it usually is.

### b. Trade Allocation

162.   Trades are often allocated to the firm's various investor clients by the middle office, in concert with portfolio-management order-generation procedures, in advance of trading.  Once the block match is complete, the trade allocations are re-checked, and if either pre-trade compliance or post-trade compliance give rise to breaches, the trades are reallocated through a series of same-day trade amendments until all trades pass the compliance rules engine.  Accurate trade allocation entails knowing the exact security to be settled and its exact financial identifier to be sent downstream.  If this is not available, such as with forward dated IPOs or where a particular identifier has not yet been acquired, the allocations are communicated with a dummy identifier then amended and recommunicated once the final financial identifier is known.

### c.   Allocation Dissemination and Trade Instruction

163.   Once allocations have been finalized, the allocations are approved for communication by the investment manager's middle office and "released."  The allocations travel to the broker dealer and to the clients' custodian(s) for back-office processing, namely settlement.

164.   The allocations are denoted with the confirmed FIGI, CUSIP Identifier, ISIN, Ticker Symbol, currency code, UTI, or other identifier, so that the counterparty knows both what to reflect on their "mirror" books and what instructions to send to their custodian(s) for settlement.  Often the two sides maintain both a settlement financial identifier and an alternate identifier on each trade, as well as multiple financial identifiers in their security masters, to enable efficient conversations between the back office and front office later, if needed.

### E.  Back-Office Activities and Accounting

68

165.   My opinions regarding back-office activities are informed by my experiences as a member of the Board of Directors of DTCC, and as a member of the Board of Directors of DTCC ITP; my work at PIMCO; leading the technology separation of Everbank from TIAA; and in leading parts of the integration of Osaic.  *See* Appendix B, Table 4.

166.   The primary purpose of the back office is to ensure that the delivery of one side of a trade is timely and accurately exchanged for the delivery of the other side of the trade (e.g., the seller side to the buyer side).  This requires that several firms take several steps, and FinTech platforms often interoperate in the ecosystem.

   **a.   Trade Instruction Generation, Communication, and Confirmation of Matching**

167.   Once each counterparty has recorded the executed trade at the customer account level, both counterparties generate trade instructions and send those instructions downstream to custodians.  The trade instructions include a significant number of data elements, including the trade date, settlement date, customer account number, customer short name code, the financial identifier, a brief security description, quantity, price, settlement currency code, and total cost.  The trade instructions also have the wire or payment instructions for both the cash side and security side.

168.   Some asset classes pass through legal confirmation FinTech platforms accessed by the counterparties' legal teams to facilitate both matching of a variety of security master fields and to record electronic agreement signatures between the trading counterparties.[120]  This level of legal agreement matching is completed prior to sending the trades in the next step downstream.  On these FinTech platforms, the

---

[120] ███████████████████████████████████████████████████████████████████.

multitude of security master fields is matched between the counterparties. Once matched, the trades are next communicated to custodians or loan servicers on each side of the trade.

169. Traditional, publicly-traded asset classes, such as equity, debt, and foreign exchange, pass to custodians who then introduce the trades to an additional level of matching at the settlement venue. If the custodian is not a direct member of the settlement venue, then the custodian contracts with a global sub-custodian who is a direct member of the venue and can introduce the trades into that venue for the final matching step. For example, many European and Asian regional custodians are not members of the DTCC; they often contract with services provided by State Street, Citigroup, or another global custodian to provide member access. With this extra handoff, the interoperability of the financial identifier is crucial, and a multitude of additional data fields may be used to ensure that both the primary custodian and the global sub-custodian accurately are identifying the correct security as determined by the original trading counterparties upstream. This occurs, for example, when trades have failed to settle and are being resubmitted.

170. Once the trade instruction is received by the custodian or global custodian member, and introduced to the settlement venue, the custodians perform the last matching step, called "confirm/affirm." The financial identifier is matched. For publicly-issued securities, the multitude of additional security master fields is not on the trade instruction and thus not subject to matching at that stage.

171. Investment managers may employ multiple custodians, and large investment managers, such as PIMCO and BlackRock, will interoperate with hundreds of

custodians daily.  Therefore, the additional data elements that are matched by the middle-office personnel or technology service providers upstream, beyond just matching the financial identifier itself, are essential for ensuring that the right security or investment has been instructed for settlement.

### b.   Trade Settlement Finality at the Settlement Venue

172.    Once the trades, together with the settlement instructions, are matched or electronically agreed, the trade instructions are then "actioned" by the custodians, meaning that they are submitted by the member custodians to the settlement venue as approved orders.  The settlement venue then moves cash and/or securities between the trading parties in accordance with the previously-matched trade instructions. [121]

173.    Some agreed and matched trades do not settle at centralized venues but settle as periodic streams of payments over time—such as interest rate swaps, syndicated loans, and cash collateral pledges.  In these cases, the bank expected to receive the payments is instructed by its counterparty to set up receivables, and the paying bank is instructed by its upstream borrower or counterparty to wire out the payments. The two custodians must each have membership at the central bank in the designated country or must contract with a global sub-custodian for that purpose. Use of the ISO currency code becomes the key financial identifier that the market participants employ for these types of financial instruments.

174.    Failed trades are communicated outbound from the settlement venue to upstream parties, using a financial identifier and other trade details to convey which trades

---

[121] *See* Dinosaur Financial Group 30(b)(6) (Perez-Santalla) Tr. 86:4-19.

failed to settle.  The upstream parties research the reasons for the failed trade, and from time to time the trade is escalated to the front office by the middle office.  The use of the financial identifier in an interoperable manner upstream, backtracking the lifecycle steps, is employed in these cases.

### c.  Accounting and Tax

175.    I base my statements upon my experience as Executive Vice President and Head of Investment Operations and Accounting at PIMCO, where I had global responsibility for investment accounting for $2.4 trillion in assets under management.  I also base my statements upon my experience as Managing Director at Morgan Stanley, where I was responsible for investment accounting for $450 billion of assets under management.

176.    Accounting is performed by financial services firms daily for the purpose of reporting valuations to portfolio managers, regulators, tax authorities, and mutual fund shareholders.  Examples of activities that drive accounting results include: trade processing, interest, dividends, splits, defeasances, futures and option expirations, foreign exchange conversions, collateral movements, securities-lending activity, gain and loss tax accounting, among others.  Accurate accounting fundamentally relies upon an extended level of detail for the securities and other financial instruments being traded and managed.

177.    Financial identifiers of a wide variety are used within an accounting team, as multiple financial instruments carry multiple identifiers, as discussed above. Additionally, a wide variety of security data is required for the accounting teams to accurately perform their journal entries.  Examples of data include currency code,

72

tax-exempt region, next coupon date, dividend ex-date, option expiration date, and others.

### F. Summary of the Importance of the Financial Identifier for Trading Lifecycle

178.    Financial identifiers enable the interoperating environment throughout the lifecycle of a trade, from the front-office security selection and trade execution processes through to the custodians and global custodians who effect settlement finality.

179.    Upstream, many assets will carry many financial identifiers that facilitate real-time trading and that integrate with a plethora of data within risk management platforms. In the front and middle office, numerous data elements are required to ensure that the exact selection of a given financial instrument is understood and confirmed, and that the financial instrument complies with law and with the guidelines of each client. The financial identifier plus a few high-level data fields typically will not be sufficient for these front and middle office functions.

180.    Downstream, worldwide trades convene at very few, often highly specialized depositories and settlement venues. These venues have specified the particular financial identifiers they use for the specific purpose of settlement and clearing in each asset class.

## IX.    FINANCIAL SERVICES FIRMS HAVE VARIED NEEDS FOR DIFFERENT TYPES OF IDENTIFIERS AND DIFFERENT AMOUNTS AND FIELDS OF ACCOMPANYING DATA.

181.    Financial services firms use one or more financial identifiers for different reasons, and these companies have varying needs for one or more particular identifiers and the additional information beyond merely the identifier and a few high-level fields. To truly know how many identifiers a company needs and whether a specific

73

identifier and its high-level description are sufficient for that company, one must understand the responsibilities of that company, its situation and role in the industry, and its customers, among other information.[122]

182.  In my experience, very few, if any, financial services firms are identical in these matters, and hence we have a growing number of financial services firms, and a large and growing number of financial identifiers and data services.

183.  Financial services firms differ with respect to their role(s) in the overall lifecycle of a trade, the asset classes they buy and sell, the geographies in which they are licensed, the location and nature of their clients, the level of resources within their internal front, middle, and back offices, the FinTech vendors they opt to use, and the extent to which they may outsource some of their functions.  These factors, and others, drive the type(s) of identifier(s) a company uses and their need to procure additional data beyond the high-level naming fields.[123]

184.  Below, I discuss the several major types of financial services firms and the financial identifiers and the breadth of additional data they tend to consume, and the reasons why they need and use them.  My understanding is that the Plaintiffs' proposed class is comprised of certain firms that entered into Subscription and Distribution Agreements with CGS.  I therefore anchor my discussion around the industry code classifications that appear on the UOSS, and associate these to their roles in the

---

[122] ███████████████████████████████████████████████████████████████████████████████████████████████████████████████.

[123] For example, Plaintiffs' expert Frank Lenz described the data fields offered by WM Daten in a free look-up service as including two identifiers and several additional high-level fields.  Frank Lenz Tr. 90-92.  Mr. Lenz later explained that this free service did not include the Ticker Symbol, which in my experience is a basic data element used by most financial services.  He stated that a user would need a paid license for additional data services offered by WM Daten to also obtain the Ticker symbol and other information beyond the basic free fields. Lenz Tr. 160-161, 164-166, 168-169, 220-221.

ecosystem and the lifecycle of processing steps described above.  I use the industry codes listed within the UOSS because firms that license CGS Data must check a box to self-indicate which type of firm they are, the number of business lines they have, and the number of securities they own or monitor in the databases they have or to which they license for access.  For convenience, the discussion is at a high level, grouping together some industry codes.

185.    As a reference, please refer to <u>Table 1, Putative Class Members Heterogeneity of Self-Reported Access and Use of Financial Identifiers and Descriptive Data Elements</u>.  This chart, described in more detail below, conveys financial identifier usage by the types of financial services firms as stated in the UOSS in <u>Appendix C</u>.

186.    In discussing the typical usage situations of these firms, I base my opinions on my nearly forty years of experience within the financial industry, including my service at the C-suite or executive level within large investment banks, broker dealers, asset managers, and an insurance company, as well as my service in various Board and volunteer positions and my work in software development, accounting, risk management, security master data integrity, and procurement of market data.

187.    Three major themes emerge from my discussion below on the various types of companies in the financial services industry and their level of interaction with the financial identifiers and the associated data.

- First, there are many varieties of firms of different sizes and capabilities within the various categories of firms identified in the UOSS in the CGS Subscription and Distribution Agreements.

- Second, these firms typically will use multiple financial identifiers for various purposes. At various times, Ticker Symbols, FIGI, SEDOL, ISIN, private identifiers, option symbols, three-character foreign exchange codes, or other identifiers may be used in lieu of or in addition to CGS Identifiers to identify and process a particular financial instrument.

- Third, while it may be sufficient in the beginning of the investment lifecycle for a firm to rely on just a simple identifier coupled with a few high-level data fields, the functions described in the previous section require each firm to access and use numerous additional data fields. The additional fields are necessary to fulfill contractual and regulatory obligations for accuracy to their clients, including (as I have noted above) the obligation to use additional data fields to ensure that both parties are trading the exact same instrument that they intend to trade.

188. Given these differences, these various types of companies (including members of the putative class) will either compile their own security masters or outsource security masters including multiple financial identifiers and a large number of detailed descriptive data fields that will enable them to fulfill their obligations to their investors. In my experience, it would be rare for any two firms to have the exact same data usage requirements.

189. The following chart, Table 1, illustrates the access and usage of multiple types of financial identifiers and descriptive data by entities in the putative class, in addition to the data sources supplying such data, based on documents produced in this litigation. Table 1 reinforces my opinions that that many putative class members

76

use more than CGS Identifiers and the basic descriptive data elements; and there is a wide variation in the individualized uses of financial identifiers and related descriptive data.  That is true across the various UOSS categories and within each UOSS category.  The chart also reinforces my opinion that entities in the putative class receive CGS Identifiers and related descriptive data elements through a myriad of data vendors because each financial services firm has its own variety of particular needs depending on instrument type, the stage of the security's investment lifecycle, and the differing role(s) that each company fulfils in the financial services ecosystem.  While CGS Identifiers and related descriptive data elements are an integral, embedded component of these data vendors' products and services, the vendors enhance that data to deliver a variety of products and/or services in order to meet each firm's particular needs beyond the raw data provided by CGS.  During my time at PIMCO, Morgan Stankey, and AB, as a data consumer receiving CUSIP Identifiers and related descriptive data elements from a data vendor, I was not aware of which of the descriptive data elements came from the vendor and which descriptive data elements came from CGS, and which came from other third-party sources such as NYSE and LSEG.  In my experience helping financial services firms optimize the infrastructure of their financial data, financial services firms do not know which data originates with CGS and which data originates with their data vendors.  That is, customer are not familiar with the data lineage.[124]  While digital watermarking techniques provide a promising avenue for

---

[124] Data lineage is the process for tracking data as it moves within an organization; it tracks where the data comes from, who access it, and any action that may have been taken on it.  Li, Zhangti; Guo, Wenbin Guo Gao, Yabing; Yang; and Kang, Lin, "A Large Language Model-Based Approach for Data Lineage Parsing" at 2.1, *Electronics* 14, no. 9: 1762 (2025), https://doi.org/10.3390/electronics14091762.

increased data lineage tracing,[125] in my experience, most firms are not aware of the

lineage of their data.[126]

---

[125] Singh, Balkar and Kasana, Geeta. Sage Journals. "A review of digital watermarking techniques: current trends, challenges and opportunities". https://journals.sagepub.com/doi/10.3233/WEB-230280; published January 18, 2024.

[126] *See also* Thompson, Travis, "Data Lineage is Strategy: Beyond Observability and Debugging," *Modern Data 101*, https://moderndata101.substack.com/p/data-lineage-is-strategy-beyond-observability ("Ironically, for something so foundational, [data] lineage is treated like an afterthought.").

**Table 1: Putative Class Members Heterogeneity of Self-Reported Access and Use of Financial Identifiers and Descriptive Data Elements**

| Entity Name | Industry Classification | Instrument Types | Data Vendor Sources | CGS Identifiers Used or Accessed | Other Financial Identifiers Used or Accessed | CGS Descriptive Elements Used |
|---|---|---|---|---|---|---|
| ███████ [127] | Open & Closed End Funds; Asset Management | Stocks/Equities; Corporate Bonds; Treasury/Govt Bonds; Syndicated Loans | Barra One; Bloomberg; CPMS; DBRS; FactSet; RIMES; S&P Global; SIX Financial Information | CUSIPs; CINS; CGS ISINs | SEDOL | Currency; Country; Domicile; Coupon Rate; Exchange; First Payment Date; Issuer; Issue Description; Maturity Date; Payment Frequency Rate Type; State Code Taxable Indicator; Ticker Symbol; |
| ███████ [128] | Broker Dealer | Stocks/Equities; Corporate Bonds; Municipal Bonds; Mutual Funds; MBS (Pools); Treasury/Govt Bonds; Syndicated Loans; Options/Futures; Other | APEX Clearing; dxFeed; Fidelity; ICE; Morningstar; Schwab; Smartleaf; TD Ameritrade | CUSIPs; CGS ISINs | Ticker Symbol | Coupon Rate; Currency; Domicile; Exchange Traded Issuer; Maturity Date; Ticker Symbols |
| ███████ [129] | FinTech | Stocks/Equities; Corporate Bonds; Municipal Bonds; Mutual Funds; MBS (Pools); Treasury/Govt Bonds; Syndicate Loans; Options/Future | ICE; Refinitiv | CUSIPs; CINS; CGS ISINs | FIGI; RIC; SEDOL; Ticker Symbol | Unascertainable from the record. |
| ███████ [130] | FinTech | ABS | Bloomberg; Refinitiv | CUSIPs; CINS; CGS ISINs | FIGI; RIC; SEDOL; Ticker Symbol | Unascertainable from the record. |
| ███████ [131] | Asset Management | Stocks/Equities; Corporate Bonds; Municipal Bonds; Mutual Funds; MBS (Pools): Treasury/Govt Bonds; Syndicated Loans; | Bloomberg; FactSet; FTSE/Russell; ICE; JP Morgan; Markit; Market Axess; Pricing Direct; Refinitiv; | CUSIPs, CINS; CGS ISINs | FIGI; SEDOL | Callable Indicator; Coupon Rate; Currency; Dated Date; Domicile; First Coupon Date; Issue Status; Issuer and Issue Description; |

[127] ███████████████████████████████████████

79

| | | | | | | |
|---|---|---|---|---|---|---|
| | | Options/Futures; CLO | Tradeweb | | | Maturity Date; Obligor/Co-Obligor; Redemption Features; Sinking Fund Indicator; Rate Type; State Code; Alternative Minimum Tax Indicator; Pre-refunded Indicator; Offering Amount; Refundable Indicator; Taxable Indicator; Exchange Traded (Multiple Tickers/Exchanges); Ticker Symbol (Multiple Tickers/Exchanges) |
| ▮▮▮▮ [132] | Fund Administration | Corporate Bonds; MBS (Pools); Equities; Syndicated Loans | Bloomberg | CUSIPs; CINS; CGS ISINs | Bloomberg ID; Market IDS; LoanX ID | Currency; First Coupon Date; Interest Payment Frequency; Maturity; Paying Agent |
| ▮▮▮ [133] | Open & Closed End Funds; Asset Management | Stocks/Equities; Corporate Bonds; Municipal Bonds; MBS (Pools); Treasury/Govt Bonds | Bloomberg; FactSet; ICE | CUSIPs | Ticker Symbol | Unascertainable from the record. |
| Dinosaur Financial Group LLC [134] | Broker Dealer | Stocks/Equities; Mutual Funds; Corporate Bonds; Municipal Bonds | Bloomberg; FactSet; FINRA | CUSIPs; CINS; CGS ISINs | FIGI; Ticker Symbol | Activity Date; Closing Date; Coupon Date; Currency; Dated Date; First Coupon Date; Interest Payment Frequency; |



[134] Dinosaur CUSIP UOSS, May 1, 2020, FRSI00370172, at -0182; Plaintiff Dinosaur Financial Group LLC's Responses and Objections to Defendant FactSet Research Systems Inc.'s Second Set of Interrogatories, March 14, 2025, pp. 5-6; Plaintiff Dinosaur Financial Group LLC's Responses and Objections to Defendant S&P Global, Inc.'s Second Set of Interrogatories, December 11, 2024, pp. 9-11.

| | | | | | | Maturity Date; Rate Type; Ticker Symbol |
|---|---|---|---|---|---|---|
| [135] | FinTech | Corporate Bonds; Municipal Bonds; Mutual Funds; MBS (Pools); Treasury/Govt Bonds | Morningstar; Refinitiv | CUSIPs, CINS; CGS ISINs | FIGI | All CGS Data Elements |
| [136] | Asset Management | Stocks/Equities; Corporate Bonds; Municipal Bonds; Mutual Funds; MBS (Pools); Treasury/Govt Bonds; Syndicated Loans | Bloomberg; FactSet; FTSE/Russell; ICE/IDC/SuperD; HIS Markit; Intex; MSCI; Moody's; Refinitiv; Revere; RIMES; S&P Global | CUSIPs CGS ISINs | Unascertainable from the record. | Unascertainable from the record. |
| [137] | Insurance Company | Stocks/Equities; Corporate Bonds; Municipal Bonds; Mutual Funds; MBS (Pools); Treasury/Govt Bonds | BNY; Charles Schwab; Clearwater; Principal Group; US Bank; Wells Fargo | CUSIPs; CGS ISINs | Ticker Symbol | CFI Code/Security Type; Currency; Domicile/Country of Issue; Maturity; Ticker Symbol |
| Hildene Capital Management, LLC[138] | Asset Management | Stocks/Equities; Corporate Bonds; Municipal Bonds; Mutual Funds; MBS (Pools); Treasury/Govt. Bonds; Syndicated Loans; Options/Futures | Bloomberg; US Bank | CUSIPs; CINS; CGS ISINs | Bloomberg Unique ID; CIK ID; FIGI; LoanX ID; Markit Red Code; Markit ID; OCC Symbol; SEDOL; Ticker symbol | Callable Indicator; Closing Date; Coupon Rate; First Coupon Date; Interest Payment Frequency; Issuer and Issue Description; Maturity Date; Obligor/Co-Obligor; Paying Agent; Sinking Fund Indicator; State Code; Transfer Agent; Exchange Traded; Payment Status; Ticker Symbol; |

[138] Hildene CUSIP UOSS, July 27, 2021, FRSI00087277 at 292; Plaintiff Hildene Capital Management, LLC's Responses and Objections to Defendant FactSet Research System Inc.'s Second Set of Interrogatories, March 14, 2025, pp. 5-6; Plaintiff Hildene Capital Management, LLC's Responses and Objections to Defendant S&P Global, Inc.'s Second Set of Interrogatories, December 11, 2024, pp. 9-11.

| | | | | | | Type of Preferred Dividend Income; Warrant; Currency; Domicile |
|---|---|---|---|---|---|---|
| ███ [139] | Asset Management | Equities | Bloomberg; Refinitiv | CUSIPs; CGS ISINs | Bloomberg Ticker; Bloomberg Composite Ticker; FIGI; Composite FIGI | Currency; Domicile; Exchange Traded; Ticker Symbol; Issuer; Issuer Description; Maturity Date |
| ███ [140] | Investment Adviser to Hedge Funds & Separately Managed Accounts | Stocks/Equities; Options/Futures | Bloomberg; Capital IQ; FactSet | CUSIPs; CINS | Bloomberg ID; Bloomberg Unique ID; Bloomberg Company ID; FIGI; SEDOL; Ticker Symbol | Unascertainable from the record. |
| ███ [141] | Municipal Financial Advisor Platform | Municipal Bonds | Fitch; IPREO; Lumesis; Mergent; Moody's; MSRB; S&P Global | CUSIPs | Unascertainable from the record. | Alternative Minimum Tax Indicator; Bank Qualified Indicator; Closing Date; Competitive/Negotiated; Coupon Rate; Dated Date; Financial Advisor; First Coupon Date; Interest Payment Frequency; Issuer and Issue Description; Legal Advisor; Maturity Date; Obligor/Co-Obligor; Offering Amount; Paying Agent; Pre-refunded Indicator; Rate Type; Redemption Features; Refundable Indicator; Remarketed Indicator; Sale Date; Secondarily Insured; Sinking Fund Indicator; |



| | | | | | | State Code; Taxable Indicator Underwriter |
|---|---|---|---|---|---|---|
| ████ .[142] | Portfolio Analytics | All stocks and bonds; Corporate Bonds; Hedge Funds; Municipal Bonds; MBS (Pools); Equities; Options; Corporate – Stocks and Bonds; Syndicated Loans | Bloomberg; Fund General Partners; Open Finance; PCR; Refinitiv; State Street; Xignite | CUSIPs; CGS ISINs | Ticker Symbol; SEDOL; RIC | Coupon Rate; Currency; Domicile; First Coupon Date; Maturity Date; Ticker Symbol |
| ████ [143] | ESG Research Provider | All stocks and bonds; Municipal Bonds; Equities; Corporate – Stocks and Bonds | FactSet; Morningstar; S&P Global | CUSIPs; CGS ISINs | Bloomberg Global Composite ID; Bloomberg Global ID; Bloomberg Unique ID; FactSet Entity ID; FactSet Security ID; SEDOL | Exchange; Ticker Symbol |
| Swiss Life Investment Management Holding AG[144] | Asset Management | Stocks/Equities; Corporate Bonds; Municipal Bonds; Treasury/Govt. Bonds; Syndicated Loans, Options/Futures | Bloomberg; SIX Financial Information | CGS ISINs | Bloomberg Unique Identifier; DUN; FIGI; Ticker Symbol; VALOR | Coupon Rate; First Coupon Date; Issuer; Maturity Date; Exchange; Currency |
| ████ [145] | Asset Management | Stocks/Equities; Corporate Bonds; Mutual Funds; Treasury/Govt Bonds | Bloomberg; Mergent; Refinitiv; S&P Global | CUSIPS; CINS; CGS ISINs | Ticker Symbol; FIGI; Bloomberg Ticker ID; Bloomberg Global ID; SEDOL; RIC | Currency; Dated Date; Issuer |

[142] ████████████████████████████████████████

[143] ████████████████████████████████████████

[144] Swiss Life CUSIP UOSS, April 26, 2021, FRSI00615340, at -5340; Plaintiff Swiss Life Investment Management Holding AG's Responses and Objections to Defendant FactSet Research Systems Inc.'s Second Set of Interrogatories, , March 14, 2025, pp. 5-6; Plaintiff Swiss Life Investment Management Holding AG's Responses and Objections to Defendant S&P Global, Inc.'s Second Set of Interrogatories, December 11, 2024, pp. 9-11.

[145] ████████████████████████████████████████ .

| | | | | | | |
|---|---|---|---|---|---|---|
|  | Fund Administration | Equities; MBS (Pools) | Bloomberg; IDC | CUSIPs; CINS; CGS ISINs | LoanX ID; SEDOL; Ticker Symbol | Coupon Rate; Currency; Domicile; Exchange; First Coupon Date; Issuer; Maturity Date; State Code; Ticker Symbol |
| | Non-Profit University Endowment | Stocks/Equities; Corporate Bonds; Municipal Bonds; Mutual Funds; Treasury/Govt Bonds | Bloomberg; Burgiss; Northern Trust | CUSIPs; CINS; CGS ISINs | Bloomberg Ticker ID; Bloomberg Unique ID; SEDOL; Ticker Symbol | Callable Indicator; Coupon Rate; Currency; Domicile; Exchange Traded (Multiple Tickers/Exchanges); First Coupon Date; Issuer and Issue Description; Maturity Date; Put Indicator; Sinking Fund Indicator; Ticker Symbol |
| | Analytics Platform and Indices | All stocks and bonds | Bloomberg; Clearwater Analytics; CRSP; FactSet; ICE; IDC; Investment Metrics; JPM Indices; LSEG; Moody's; Morningstar; MSCI; NASDAQ; S&P Global; Refinitiv; STOXX; VettaFi | CUSIPs; CGS ISINs | SEDOL; Ticker Symbol | Coupon; Currency; Domicile; Exchange Traded; Fund; Enhancements; First Coupon Date; Issue Status; Interest Payment Frequency; Issuer and Issue Description; Maturity Date; Obligor/Co-Obligor; Put Indicator; Redemption Features; Sinking Fund Indicator; State Code; Taxable Indicator; Ticker; Transfer Agent; |

| | | | | | | Warrant |
|---|---|---|---|---|---|---|
| ████ .[149] | Data Vendor | All stocks and bonds | FactSet; Morningstar; SIX Financial Information | CUSIPs; CINS; CGS ISINs | CIK; FIGI; SEDOL; Ticker Symbol; VALOR | Currency; CFI Code; Domicile; Exchange Traded (Multiple Tickers/Exchanges); Fund (Open/Closed End, Investment Policy, Load/No Load); Issuer; Ticker Symbol; Type of Preferred Income |

190.    I present below a more detailed overview as to how financial services firms in these categories use financial identifiers and related data fields, to further explain the basis for my opinions.  Documents produced in this litigation reinforce my understanding, based on my years of industry experience, that financial firms utilize a wide and disparate range of detailed data based on each entity's individual needs and the stage of a security's lifecycle.  The putative class members are therefore dissimilar in the following ways:

    a.  The putative class members are a diverse group of entity types;,

    b.  The putative class members deal with different types of financial instruments;

    c.  The putative class members access and utilize CGS Data and other types of data from a variety of data vendors that offer distinct products and services;

---

149 ███████████████████████████████████████████████

d. The putative class members use a number of different financial identifiers, both CGS Identifiers and alternative sources; and

e. The putative class members' descriptive data use encompasses more than the basic descriptive data elements and varies across the putative class.

### A. Investment Banks

191. Investment banks help their corporate or municipal customers raise capital through issuance of debt or equity,[150] so are therefore typically the originator of a new security.  Large investment banks also may have business lines such as commercial banking, retail banking, securities custody, and sub-custody.[151]  The typical investment bank tracks hundreds of thousands of securities and other financial instruments.[152]

192. At the early stages of issuing new securities, the investment bank would work with an issuer name and a set of prospective terms and conditions.  Sometimes an identifier is avoided, depending on whether the issuance is in a non-public stage.  Multiple identifiers would later be obtained and/or created when the offering memorandum or prospectus is finalized.   In the later stage of investment banking, the investment bank might acquire securities onto their balance sheet during syndication and underwriting, which requires accounting for gains and losses.  To perform the related ongoing activities such as accounting, risk monitoring, and regulatory reporting, the investment bank needs and acquires numerous data fields

---

[150] ███████████████████████ E) is an investment bank that helps public sector clients underwrite and structure debt that funds construction and other capital projects.  FRSI01345671, at -5672-73.

[151] ████████ is a large Midwest financial services firm that has a diverse set of business lines including investment banking, commercial banking, retail banking, asset management, and it's a registered broker dealer. FRSI00075623, at -5629.

[152] Both ████ and ██████████ license CGS Identifiers at the over 40,000 CGS Identifiers tier. FRSI01345671, at -5676; FRSI00075623, at -5631.

such as those described for asset managers in the above chart.  The requisite financial identifiers and data fields varies based on the type of financial instrument the investment bank is underwriting or acquiring.

### B. Broker Dealer

193.    A broker dealer is a financial services firm that engages in securities transactions for itself and/or on behalf of its customers.[153]  As shown in Table 1, ███████, is an example of a broker dealer.  "Brokerage" service is when the company executes securities for its clients.  Companies perform a "dealing" service when executing trades for their own benefit.[154]  Institutional broker dealers typically serve other financial services firms.  Three common types of institutional broker dealers include: (a) inter-dealer broker dealers, such as Cantor Fitzgerald, which services broker dealers such as Goldman Sachs and Morgan Stanley, (b) large institutional broker dealers that have multiple business lines, such as Goldman Sachs, who services hedge funds, insurance companies, and large investment managers, and (c) Turnkey Asset Management Platform ("TAMPs"), such as Osaic and LPL, which services smaller independent broker dealers and registered investment advisors, who in turn service retail clients.[155]  Because of their shared retail base, the independent broker dealers who service retail customers are often grouped together with wealth management companies and registered investment advisors.

---

[153] FRSI00172633, at -2635.
[154] Congressional Research Service. "Regulation Best Interest (Reg BI): The SEC's Rule for Broker-Dealers". https://www.congress.gov/crs_external_products/R/PDF/R46115/R46115.3.pdf; updated January 30, 2020.
[155] ███████ FRSI01429077, at -9079.

194.    Broker dealers are downstream of the investment banks and issuers who create the security and the financial identifier.  As they execute trades through a platform, such as ESpeed, Bloomberg, or LSEG Workspace, they use financial identifiers such as the Ticker Symbol for equities or a high-level naming convention for bonds, such as name, coupon, and maturity date.[156]  Proprietary platforms, such as Bloomberg or LSEG Workstation, will create their own financial identifier (e.g., a FIGI or RIC, respectively) for that security.  If the broker dealers are trading foreign exchange or cryptocurrency, they will use a currency code pairing.  For derivatives, they will use an appropriate symbology (not a CGS Identifier).

195.    Once the trade is executed, the broker dealer needs to direct the trade for settlement into either its own account or a specific client account.  If the security is going to settle at a depository that requires ISIN or CUSIP Identifier, the broker dealer will need that identifier.  The depository's platform may convey that specific CUSIP Identifier or ISIN to the broker dealer, having been algorithmically determined based on a number of data elements and criteria upstream.

196.    The broker dealer will need a variety of additional information beyond the financial identifier(s) for any given asset class in order to account for the debt or equity for its own balance sheet.[157]  Broker dealers also need additional data to comply with requirements for determining suitability of investments and reporting.[158]  The data required to perform those activities requires more than high-level descriptors and

---

[156] For example, ▮▮▮▮, a broker dealer, uses Sungard as its OMS, which uses Ticker Symbol to trade equities. CUSIP Identifiers are not used for trading or reconciliation at the firm. FRSI01349602, at -9607.

[157] Mercurius. "Financial Responsibilities of Broker Dealers in the U.S.".  https://masllp.com/financial-responsibility-of-broker-dealers-in-us/#:~:text=Apart%20from%20keeping%20records%2C%20broker,as%20their%20finances%20are%20concerned; dated November 19, 2024.

[158] Congressional Research Service. "Regulation Best Interest (Reg BI): The SEC's Rule for Broker-Dealers". https://www.congress.gov/crs_external_products/R/PDF/R46115/R46115.3.pdf; updated January 30, 2020.

differs among broker dealers depending on the securities and geographies in which they buy and sell. This is evident in <u>Table 1</u>, where ███ has self-reported its use of coupon rate, currency, domicile, exchanged traded indicator, issuer, maturity date, and Ticker Symbol.  Plaintiff Dinosaur Financial Group, on the other hand, has disclosed a different set of fields, including data elements such as payment frequency.

197.    The level of reporting requirements, and the degree to which some of these obligations have been sub-sourced to a FinTech vendor or BPO, will also determine the degree of data that the broker dealer will want to procure.  For example, Altruist discloses its usage of Morningstar and APEX Clearing, whereas Dinosaur Financial Group has disclosed its use of FactSet and ICE.  In my lived experience of procuring vendors for Osaic, the extent to which these FinTech vendors and services perform some of the services as deliverables to the broker dealers can alter the volume and complexity of the data fields procured by the realm of broker dealers in the putative class.  To truly understand the fields being procured from multiple data vendor sources, one must examine every usage situation of each broker dealer.

### C.  Asset Managers (and Institutional Investment Managers)

198.    Asset managers are generally registered investment advisors.  In this section, I will discuss asset managers with institutional clients, known as investment managers. Institutional investment managers differ in their usage of financial identifiers from asset managers with primarily retail clients because of the complexity of the

portfolios and associated investment lifecycle.  PIMCO,[159] Plaintiff Swiss Life

Investment Management Holding AG,[160] ███████████████████████ [161]

█████████████████,[162] and ███████████████,[163] and

BlackRock[164] are examples of asset managers with institutional clients.[165]  Their

institutional clients include mutual fund and Exchange-Traded Fund ("ETF")

sponsors, 401(k) plans, insurance companies, endowments, and insurance

companies.  When asset managers primarily or exclusively have retail clients, they

tend to be grouped with wealth managers, which are described below, in Section

IX.I, Wealth Management.

199.    Investment managers need a wide variety of financial identifiers covering every

asset that they manage.[166]  An investment manager with a complex set of

investments, such as Swiss Life Investment Management would need a variety of

identifiers to encompass the "global solutions, individual asset classes and single

---

[159] PIMCO. "Institutional Insights, Portfolio Analysis, and Dedicated Support".
https://www.pimco.com/us/en/resources/pimco-pro; as of November 24, 2025.
[160] Swiss Life Asset Managers. "Investing with Swiss Life Asset Managers". https://ch.swisslife-am.com/en/home/funds-invest.html; as of November 24, 2025.
[161] Stone Ridge Asset Management. "Institutional Investors". https://www.stoneridgeam.com/institutional-investors#:~:text=Investment%20Solutions%20for%20Institutions%20%7C%20Stone,same%20vehicles%20as%20our%20partners; as of November 24, 2025.
[162] Alphadyne Asset Management. "About Alphadyne".
https://adyne.com/#:~:text=Alphadyne's%20investment%20strategies%20include:%20*%20Macro%20and,*%20Investment%20consultants%20*%20Sovereign%20wealth%20funds; as of November 24, 2025.
[163] Bayview Asset Management "About Us".
https://www.bayview.co.jp/en/about/feature/index.html#:~:text=A%20broad%20base%20of%20clients,schemes%2C%20and%20fulfilling%20disclosure%20requirements; as of November 24, 2025.
[164] BlackRock. "BlackRock Institutions". https://www.BlackRock.com/institutions/en-us/our-clients#:~:text=BlackRock%20serves%20institutional%20clients%20who%20help%20millions,ministries%2C%20future%20generation%20funds%20and%20multilateral%20organizations; as of November 24, 2025.
[165] *See* FRSI00259093; FRSI00259101 (████████████████████); FRSI01068804, at-8806 (█████ ███████████; FRSI00265538, at-5540 (
[166] For example, ███████████ uses 17 different security identifiers in its business. ███████████ ████████████████████

90

investment concepts and strategies."[167]  Since investment managers sit between the broker dealer and the custodians in the lifecycle a trade, they need both upstream and downstream financial identifiers and substantial amounts of descriptive data.

200.  Informed by my time at PIMCO, it is my experience that for upstream purposes such as order generation and trade execution, investment managers require a wide variety of financial identifiers, including the Ticker Symbol, futures or options symbol, FIGI, RIC, currency code pairing, cryptocurrency symbol, or private identifier, depending on the asset class.  Furthermore, investment managers not only need financial identifiers for the securities and assets that they manage, but also for any asset or security in a benchmark or in a wider universe of researched or followed assets.  Moreover, differentiation in usage variations occurs because some investment managers hire other investment managers in a sub-advisory capacity for products or asset classes in which they may not have sufficient expertise.[168]

201.  For downstream purposes such as settlement and clearing, investment managers often need to reference, and sometimes supply, as part of the handoff trading data feed, the additional security master data and/or additional financial identifiers required by the downstream recipient for that party to be certain of the exact security that the investment manager is handing off.[169]  For example, two securities might look alike at a high level, but have different base currency codes.  This data ensures that when the investment manager hands off the security to the custodian

---

[167] Swiss Life Asset Managers. "Investing with Swiss Life Asset Managers". https://ch.swisslife-am.com/en/home/funds-invest.html#:~:text=Swiss%20Life%20Asset%20Managers%20specialises,single%20investment%20concepts%20and%20strategies; as of November 24, 2025.

[168] For example, ███████████████ manages one mutual fund and one UCITS as sub-advisors for BlackRock.  FRSI00265538, at-6554.

[169] FRSI00127337, at-7358 (Diagram of ███████████████ data flow for post trade processing).

for settlement, to the accounting agents for financial reporting, or to the client for their own tracking purposes, the exact security is known to the recipient.  In my experience, large asset managers can interact with hundreds of custodians, accounting agents, and clients.

202.    For middle-office, compliance, risk management, and investment accounting activities, investment managers need dozens and sometimes hundreds of pieces of data that describe each security.  This enables them to perform intricate activities such as risk calculations,[170] compliance and suitability testing, investment accounting, dividend and interest collection, corporate action processing, proxy voting, and regulatory reporting, among other responsibilities.  For example, as show in Table 1, Swiss Life Investment Management states that it uses coupon rate, first coupon date, issuer, and maturity date.  Meanwhile, ███████ states that it uses a differing set of data, which includes currency, domicile, exchange traded indicator, Ticker Symbol, issuer, issuer description, and maturity date.  Whether these functions are performed by the investment manager directly or by a FinTech or BPO service provider, the investment manager must either license the data directly from a third-party supplier or ensure that the service provider has done so.

### D.  Mutual Funds and Mutual Fund Sponsors (Open & Closed)

203.    A mutual fund, and an ETF by extension, is a portfolio of co-mingled securities or other financial instruments, such as equity, debt, mortgages, foreign exchange,

---

[170] Swiss Life Asset Managers. "Investing with Swiss Life Asset Managers". https://ch.swisslife-am.com/en/home/funds-invest.html#:~:text=Swiss%20Life%20Asset%20Managers%20specialises,single%20investment%20concepts%20and%20strategies; as of November 24, 2025 ("[O]ngoing risk controls ensure adherence to defined parameters and monitoring of the portfolios").

futures and cryptocurrencies.[171]  Mutual funds are managed by investment managers as discussed above.[172]  Mutual funds are legal entities that issue shares, but they do not have employees; their only assets and liabilities are with respect to the assets in the co-mingled vehicle and certain expenses that accrue within the fund.  A mutual fund firm refers to the sponsor of the mutual fund, who may or may not also be affiliated with the investment manager.  Sponsors of mutual funds brand the fund family with a name, such as Vanguard or Fidelity and manage a complex of mutual funds under that brand.[173]  Otherwise, the mutual fund sponsor can engage an unaffiliated investment manager to advise or sub-advise for various products or sectors within the fund complex.[174]

204.    At the sponsor level, there are varying degrees of need for a financial identifier.  At a minimum, the sponsor needs a Ticker Symbol for each share class of the mutual fund.  The mutual fund also has a CUSIP Identifier, because the shares that are sold by the broker dealers or that are publicly listed as with an ETF settle at the DTCC.[175]

205.    The sponsor also needs data beyond the high-level descriptions.  Many sponsors are attentive to matters such as, for example, understanding the top ten holdings, understanding the asset class mix, accruing for dividends and interest, and accruing

---

[171] ▮

[172] FRSI00198228, at -8233 ▮ ; FRSI00127288, at-7293 ▮ FRSI01416467, at -6472 ( ▮ ).

[173] ▮
FRSI00198228, at-8233-35.

[174] ▮
▮ FRSI00198228, at -8235

[175] ▮
▮ . *See* FRSI00198228, at -8233-35.

93

for tax withholdings on realized gains.  For this reason, many mutual fund sponsors pay for enhanced data licenses to enable them to "drill into" the actual investment holdings in the funds in order to perform these functions internally or to oversee providers who perform these functions in a manner that goes beyond simple passive oversight of the mutual funds.[176]

206.  The investment manager's need for financial identifiers is quite broad,[177] as is the need for an extensive range of related descriptive data beyond a few high-level fields.  Hildene Capital Management, as shown in Table 1, cites usage of more than twenty GCS descriptive data fields.  As described above, it requires upstream identifiers to execute trades, downstream identifiers to ensure accurate settlement by the custodians of the mutual funds, and a large number of data fields to ensure compliance with the mutual fund guidelines and applicable law.

### E.  Corporate and Government Pension Plans

207.  Within the financial services industry, corporations and government entities sponsor retirement plans, such as pension plans, 401(k) plans, and 403(b) plans.[178]  A pension plan sponsor hires one or more investment managers to manage the assets or may own its own asset manager or investment manager,[179] which are two different models within the pension plan space.  With respect to 401(k) plans and 403(b) plans, the sponsor creates the plan, and, unlike pension plan sponsors, which

---

[176]          uses 23 data vendors in its business.  FRSI00127288, at-7308.
[177]          explained that identifiers are used for research, trading, settlement, reconciliation, and reporting to both regulators and clients.  Identifiers are important for analyzing securities that it considers whether held or not. And        stores security identifiers for all past held securities for historical reference data analysis. FRSI00127288, at -7299.
[178] Trans-Canada Capital (TCC) is a registered investment management firm that manages Air Canada's pension assets.  FRSI01416559, at -6564.
[179] TCC is a is wholly owned by Air Canada.  FRSI01416559, at -6564.

94

are often one large pool of assets, 401(k) and 403(b) sponsors hire one or more investment managers to create numerous privately-traded funds within the plans,[180] in which the only employees are the only investors who select from a menu of available funds within the plan.

208.    A pension plan is a single pool of assets that does not have a CUSIP Identifier at the top level.  In contrast, 401(k) and 403(b) plans are similar to each other in that there are multiple funds available to the employees for selection.  Each fund carries a CUSIP Identifier because the shares of these funds settle and redeem against the cash at the NSCC, which is a division of the DTCC.

209.    Pension plans, 401(k) plans, and 403(b) investment funds are all similar to mutual funds, as described above in Section IX.D, Mutual Funds and Mutual Fund Sponsors, in that the sponsors hire other service providers, such as the shares administrator, custodian, accountant, auditor,[181] as well as an investment manager.

210.    Inside pension funds, 401(k) funds, and 403(b) funds are numerous securities and assets, functioning similarly to mutual funds.[182]  Thus, the investment managers for these funds use financial identifiers in largely the same manner as for mutual funds as described above in Section IX.D.  That is, the investment managers need the financial identifiers at the top of their investment lifecycle to communicate with their broker dealer relationships as they buy and sell securities and other financial instruments.  They also need the financial identifiers on the back of trades to

---

[180] DWC The 401k Experts. "Who Are All the Providers Servicing My Plan & What Do They Do?".
https://www.dwc401k.com/blog/who-are-the-providers-servicing-my-plan-what-do-they-do; as of November 24, 2025.
[181] ███████████████████████████████████████████████████████████████
FRSI01416559, at -6568.
[182] *See* FRSI0141659, at-1654-65 (Summary of the ████ funds).

95

communicate with downstream providers to ensure that the settlement, clearing, custody, and accounting activities occur with intended settlement venue.[183] Investment managers for these funds also need to subscribe to a plethora of additional data to ensure that every investment decision being made on behalf of each fund remains compliant with the applicable investment guidelines and laws.[184]

211.    The wide variety of FinTech and service providers available to pension, 401(k), 403(k), and mutual funds to suit the different attributes of these three types of retirement models creates differentiate in the usage of financial identifiers and extended data elements into a variety of different operating models.  For example, ███████████ provides investment services and FinTech solutions to pension and retirement plans,[185] and ████████████ provides administrative, custody, and accounting services for 401(k) vehicles, known as Collective Investment Trusts ("CIT").[186] Per Table 1, both of these firms service retirement sponsors, but use different financial identifiers and different associated data elements, depending on the nature of the fund sponsors and investments they are servicing.

### F.  Insurance Company

212.    Insurance companies, as with pension, 401(k) and 403(b) plans, are asset owners.[187] Generally speaking, they collect premiums from policy holders, deposit them into a

---

[183] See FRSI01416559, at -1670-71 (Overview of ████ CGS Identifier usage).
[184] See FRSI01416559, at-1674 (Table of ████ data and service providers).
[185] Wilshire. "U.S. Corporate Pension plans Funding Status – October 2025". https://www.wilshire.com/press-releases/u-s-corporate-pension-plans-funding-status-october-2025; as of November 24, 2025.
[186] Ultimus. "Commingled Vehicles". https://www.ultimusfundsolutions.com/our-services/registered-funds/commingled-vehicles/#collective; as of November 24, 2025.
[187] See, e.g., FRS101266979 (████ URR) ("████████████████ ████████").

"General Account," and invest the general account to produce returns, which are used to satisfy claims in the future.

213.    There are generally two major types of insurance companies: those that invest their own assets and those who hire one or more investment managers who invest the general account.  Some blended models exist, where some of the asset management is in-sourced and other portions are assigned to investment manager.  Another model exists where the insurance company selects the investments and, rather than insource the  trade execution of those selected assets, the insurance company hires a trade implementation specialist firm, which in turn directs the post trade processing. [188]

214.    Insurance companies who manage their own assets use financial identifiers in nearly the same manner as an institutional investment manager. [189]  They select assets in which to invest using front-office financial identifiers such as the Ticker Symbol, RIC, or FIGI. [190]  When purchasing fixed income or debt securities, they often do so using generic characteristics to locate bonds with high-grade issuers and certain coupon or maturity ranges.  It is possible for insurance companies to purchase U.S. Treasuries directly from the U.S. Treasury Department. At Venerable, where I served as Chief Operating Officer, the Treasurer used TreasuryDirect to purchase U.S. Treasuries for the general account.  Mr. Miller also describes

---

[188] *See, e.g.*, Ibid. ("████████████████████████████████████████ ████ ")

[189] *See, e.g.*, FRSI01430694 (████████ URR) ███████████████████████ ████████████████████████ .)

[190] Ibid.

conducting transactions on TreasuryDirect.[191]  In this situation, the CUSIP

Identifier is provided free of charge.  Often, insurance companies who manage their

own assets purchase private credit instruments, or directly placed structured assets,

which might possess a higher yield than public securities.[192]  Some of these

structured assets carry a private financial identifier.

215.    Once the asset is selected, either the insurance company has a trading desk for that

asset class and executes the trade, or their service provider will execute the order.

As with investment managers above, the middle office places the exact identifier on

the security to direct the insurance company's custodian settlement and clearing

teams.[193]  Not all assets settle and clear at the DTCC, as the insurance company

holds private assets, private loans, foreign exchange, and other financial

instruments.

216.    Often, insurance companies hire investment managers to leverage the investment

manager's sophisticated investment potential, which is beyond just securities

settling at the DTCC.  For example, Plaintiff Hildene Capital Management, shown

in Table 1, provides investment services for insurance companies.[194]  In the case in

which an insurance company hires an investment manager to execute trades, the

investment management process is the same as the process described above for

mutual funds and pension plans.  That is, the front office of the investment manager

---

[191] Miller Tr. 301:5-10.
[192] *See, e.g.*, FRSI01417671 (█████URR) ███████████████████████████████████████████████████████████████████████████████████████).
[193] *See, e.g.*, FRSI01431066 (████████URR) ███████████████████████████████████████████████████████████████
[194] Hildene Capital Management. "Insurance Solutions". https://www.hildenecap.com/what-we-do/insurance-solutions/; as of November 24, 2025.

will use front-office identifiers, and the middle office, or middle-office service provider, will map the front-office identifiers to the identifier necessary for settlement.  Not all of these identifiers are CUSIP Identifiers.  Hildene offers expertise in alternative assets,[195] many of which are not a type of security or investment fully covered yet by CUSIP Identifiers.[196]

217.   When investment management is outsourced, the insurance company is at first a passive recipient of information.[197]  Yet, to comply with their ongoing responsibilities to regulators and policy holders, the insurance company needs to obtain detailed descriptive data related to the securities investments they own to perform statutory accounting and to demonstrate compliance with applicable regulatory capital requirements.[198]  Although ▮▮▮▮▮▮▮▮ considers regulatory reporting aa limited use,a few high-level descriptive fields such as issuer name and maturity date are not sufficient for this reporting.  For example, in August of 2025, the NAIC adopted statutory accounting rules governing expense recognition with respect to induced conversions of convertible debt,[200] which requires knowing if debt owned in the general account is convertible to equity.  As another example, the Schedule D reported to the NAIC requires reporting the

---

[195] Ibid.

[196] CUSIP Global Services Press Release. "CUSIP Global Services Teams with Aumni, Inc., a J.P. Morgan company, to Offer CUSIP Identifiers for Private Companies". https://www.globenewswire.com/news-release/2025/06/10/3096575/0/en/CUSIP-Global-Services-Teams-with-Aumni-Inc-a-J-P-Morgan-company-to-Offer-CUSIP-Identifiers-for-Private-Companies.html; dated July 10, 2025.

[197] *See, e.g.*, FRS101266979 (▮▮▮▮▮ URR) ("▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮").

[198] See, e.g., FRSI01430694 (▮▮▮▮▮ URR) ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

[199] Ibid.

[200] NAIC. "Adoptions by the Statutory Accounting Principles (E) Working Group". https://content.naic.org/committees/e/statutory-accounting-principles-wg/adoptions; last Updated August 11, 2025.

earned interest on debt,[201] a computation which requires knowing the coupon and day count basis, among other data.  As shown in Table 1, ████████ likewise self-reported use of additional data elements, including security type, country, and maturity date.  Indeed, Plaintiff Hildene Capital Management, an asset manager offering insurance solutions, disclosed over twenty data elements that it procures.

### G.  Account Firms (including Fund Accountants)

218.    Every participant in the financial services system is required to have an accounting function, either internally or through a third party.  The accounting function must be independent of the front office.  ████████████, a member of the putative class, is a fund administration company that also provides fund accounting services.[202]  ██████ self-reports the use of a variety of identifiers in addition to CUSIP Identifiers, such as LoanX IDs and Ticker Symbols, and a variety of additional data elements including first coupon date and state code.

219.    During the investment lifecycle, trades come into the accounting agent with one or more financial identifiers. Hundreds of data elements from a security master are commonly needed to calculate accounting results, and are often obtained from multiple data providers and distributors. For example, accounting for equities requires understanding of the ex-date of any dividends, pending splits or reverse splits, and the currency code. Accounting for debt issuances requires knowledge of

---

[201] NAIC. "Data Products Schedules D, DA and DB". https://content.naic.org/prod_serv_idp_sched_d.htm#:~:text=Schedules%20D%2C%20DA%2C%20and%20DB%20are%20used,Property/Casualty%20*%20Life/Accident/Health%20*%20Health%20*%20Title; as of November 24, 2025.

[202] ████████████████████████████████████

the coupon frequency, the next coupon date, how to handle coupons scheduled to occur on a holiday, the variable rate index, and the spread, for example. Accounting for mortgages requires understanding the current principal paydown status. Accounting for syndicated loans requires understanding how many contracts have been drawn down and the payment status of the loan. Rather than consume thousands of data elements from multiple upstream parties, the accounting agent usually has its own security master, which is independently sourced, or has access to the independent security master or third-party security master that belongs to, or is licensed by, the insurance company or investment manager.

220.  For any assets other than publicly traded equity and debt securities, the financial identifier on the trade feed would be a private identifier, a currency code pair, a symbol for futures or options, or a crypto currency code. For settled and cleared publicly traded debt and equities, a CGS Identifier need not be provided. If the accounting agent is using Bloomberg data, Refinitiv Data, or FactSet data for its security master, then the middle office function of the investment firm can send those identifiers. The CUSIP and ISIN identifiers are only needed if the recipient is the party responsible for clearing at the DTCC, Euroclear, JASDEC, etc. Accounting agents are not responsible for settling and clearing trades.

221.  As noted in Table 1, ██████████████ consumes a variety of identifiers and a variety of associated data fields in order to fulfil its role and deliver its services within the investment lifecycle.

### H.  Fund Administration

222.  Fund administrators are service providers whose client base is mainly comprised of mutual funds, 401(k) funds, 403(b) funds, private equity funds, private credit funds,

101

and their sponsors.[203]  Typically fund administrators provide three services.  First, the transfer agency takes orders for purchases and sells off the fund shares, and either handles that for private funds or sends instructions to settle at the DTCC for U.S. funds.[204]  Second, the transfer agency has a "call center" to take the buy and sell orders, as well as to respond to inquiries such as providing a tax form or enabling a change of address by the shareholder.  Third, the fund administrator performs regulatory reporting, for example on shares traded.[205]

223.  The fund administrator only needs a CUSIP Identifier to the extent that the shares it processes settle on the NSCC.  For other types of funds, the CUSIP Identifier is not associated or needed.[206]  Likewise, European fund administrators need an ISIN to process buys and sells of shares of funds that settle at Euroclear.[207]

224.  A fund administrator that does not also provide fund accounting would need a limited amount of additional data to simply process shareholder transactions of mutual funds or common stock.  Structured data available from the CGS Data, such as the open/closed indicator, investment policy, income distribution policy, and load indicator are sufficient for the administrator to perform its function as the transfer agency and recordkeeper of shares outstanding.  However, since 2008, fund administration is typically defined as inclusive of fund accounting, financial reporting, capital calls, distributions, compliance monitoring, and other services.[208]

---

[203] *See, e.g.,* ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Tr. 18:25-19:4, 30:16-19.
[204] *See, e.g.,* Ibid. at 24:4-11.
[205] ▮▮▮▮▮▮▮▮▮▮ is a fund administrator that provides accounting, distribution, transfer agency, legal, and financial administration services, which includes regulatory reporting.  Ibid. at 19:20-27:8.
[206] *See, e.g.,* Ibid. at 42:17-44:16.
[207] *See, e.g.,* Ibid. at 50:7-17.
[208] Danaher, Coleen; Dhungel, Bidhya; and, Xenick, Mike. IIUSA. "Understanding Audits & Fund Administration Under the Reform & Integrity Act. https://iiusa.org/blog/understanding-audits-fund-administration-under-

Therefore, a number of fields are required by fund administrators varies.  For example, in <u>Table 1</u>, ▇▇▇▇ self-identifies as a fund administrator, but also provides fund accounting services[209] and subscribes to a variety of CGS descriptive data elements.

### I.   Wealth Management (including Retail Broker Dealers and Registered Investment Advisors)

225.   Wealth management is a broad category that generally encompasses broker dealers and investment advisors who work with the retail investor, meaning individual people and their families as opposed to institutions and other financial services firms.[210]  Wealth managers and retail broker dealers are individuals who are licensed to sell securities and/or licensed to allocate a client's assets into stocks, bonds, mutual funds, insurance products, futures, options, and other financial services instruments.[211]  Wealth management can be provided by a division of a larger retail bank, such as Wells Fargo,[212] or by independent registered investment advisor firms who affiliate with a TAMP such as LPL or Osaic.[213]

---

ria/#:~:text=An%20Overview%20of%20Fund%20Administration,this%20percentage%20increased%20to%2090%25; published November 30, 2022.

[209] ▇▇▇▇▇▇ is a fund administrator that provides accounting, distribution, transfer agency, legal, and financial administration services, which includes regulatory reporting. ▇▇▇▇▇▇▇ Tr. 19:20-27:8.

[210] *See, e.g.*, FRSI00060445 (▇▇▇ URR) ▇▇▇▇▇▇▇▇▇▇▇ FRSI01416522 ▇▇▇▇▇▇▇▇▇▇▇ .

[211] *See, e.g.*, FRSI00060445 (▇▇▇ URR) ▇▇▇▇▇▇▇▇▇

[212] Wells Fargo, Wells Fargo Advisors. "Invest Your Way". https://sites.wf.com/wfa-investing-options/?cid=SG2400032840&&msclkid=52def00b3280141df3b2992955ba0c42&gclid=52def00b3280141df3b2992955ba0c42&gclsrc=3p.ds&gad_source=7&gad_campaignid=19940622889; as of November 24, 2025.

[213] *See, e.g.*, FRSI01416522 (▇▇▇ URR) ▇▇▇▇▇▇▇▇▇▇ .

226.    Wealth managers require a variety of associated data fields depending upon the complexity of the financial instruments in which they are investing on behalf of their retail clients.  First, wealth managers within a broker dealer must adhere to Regulation BI, to ensure that the security being sold is in the best interest of the client.[214]  Second, wealth management firms need access, at a minimum, to the same financial identifiers that their customer would access or see on their customer statements.[215]  In the United States, this would most commonly be the Ticker Symbol for equity securities or ADRs.[216] For tax-exempt bonds, this would be high-level descriptions such as the issuer, coupon, and maturity date[217] (e.g., New York City bonds, paying 6%, maturing December 31, 2035).  For other investments, wealth managers need access to data such as the private equity fund name, mutual fund ticker, or retirement annuity policy number.

227.    Wealth managers also need additional descriptive data to ensure that the investment is suitable for the client.  In a simple case, the approximately 60 fields distributed through CGS Data would be sufficient.[218]  If more complex securities are being traded for the customer, the wealth manager will need additional data to ensure suitability and other matters tested for compliance.[219]

---

[214] Congressional Research Service. "Regulation Best Interest (Reg BI): The SEC's Rule for Broker-Dealers". https://www.congress.gov/crs_external_products/R/PDF/R46115/R46115.3.pdf; updated January 30, 2020.
[215] *See, e.g.,* ███████████████████████████ Tr. 35:2-4.
[216] *See, e.g.,* FRSI01416522 (          URR)
████████████████████████████████████████.
[217] *See, e.g.,* ███████████████ Tr. 16:3-12.
[218] *See, e.g.,* Ibid. at 80-84.
[219] *See, e.g.,* FRSI01416657 (      URR) (██████████████████
█████████████████████████████████████████████████
████████████████ ").

104

228.   Within the wealth management firm, either the wealth manager's middle office or the wealth manager's custodial bank will apply the CUSIP Identifier or other CGS Identifier to the trade.  Some wealth managers possess their own middle office, such as wealth management divisions of large institutions.  The middle office typically accesses the financial identifier that will direct settlement at the downstream settlement bank[220] using the identifier that is appropriate for the financial instrument being traded.  For U.S. equity trades, the wealth management middle office would confirm the trade and either apply the CGS Identifier to the trade or instruct their custodian bank to do so.[221]

229.   Other wealth management firms are independent, and thus engage in services from one or more platforms, such as an institutional broker dealer TAMP, a fund administrator such as SEI, or other service provider(s).  In this case, the wealth manager or broker dealer relies on its TAMP or fund administrator to direct a custodian to perform settlement.[222]  To achieve this, the TAMP or fund administrator applies the CUSIP Identifier (or other CGS Identifier) to the trade to instruct downstream settlement.[223]  The TAMP also provides accounting functionality for the retail clients.

230.   For the wealth manager or retail broker to perform compliance, if the asset class is straightforward, the approximately 60 CGS Data fields available in a structured feed or conveyed by a distributor would suffice.  If the compliance tests are more

[220] *See, e.g.,* ███████████████████████ Tr. 73:23-74:11.
[221] *See, e.g.,* Ibid. at 74.
[222] *See, e.g.,* FRSI01416522 (████████ URR) (████████████████████████
████████████████████████████████████████████████ ").
[223] *See, e.g.,* FRSI01416522 (████████ URR) ("████████████████████████████
████████████████ ").

complicated, and require fields such as tax-exempt jurisdiction, then the wealth manager could need to procure additional data from CGS or other suppliers.[224]

231. In summary, with respect to wealth managers, there are numerous variations of operating models, which become more complex and different when considering the variety of FinTech firms underpinning wealth managers. It is very difficult, in my opinion, to apply a uniform statement about their usage requirements financial identifiers and associated data across them.

## J. Retail Bank

232. Retail banks (and private banks) service retail customers with checking accounts, savings accounts, credit cards, mortgages, and other products. Many retail banks are associated with larger banks that have broker dealer, wealth management, and/or investment management business lines.[225] There are over 3,900 smaller retail and commercial banks in the United States as of December 2024.[226]

233. Most regional, "stand-alone" retail banks have limited need for a financial identifier other than a private identifier for the purpose of servicing their banking customers. Credit cards, mortgages, home equity lines of credit, and private loans have private financial identifiers, such as, for example, the mortgage loan identifier. In addition, most certificates of deposit ("CDs") distributed by retail banks do not trade on the secondary or public market, and thus only carry a private identifier. In my

---

[224] *See, e.g.,* ████████████████████████████ Tr. 55:13-23.

[225] ████████ is a large Midwest financial services firm that has a diverse set of business lines including investment banking, commercial banking, retail banking, asset management, and it's a registered broker dealer. FRSI00075623, at -5629.

[226] Statista; "Number of FDIC-insured commercial banks in the United States from 2000 to 2024". https://www.statista.com/statistics/184536/number-of-fdic-insured-us-commercial-bank-institutions/#:~:text=Table_title:%20Number%20of%20FDIC%2Dinsured%20commercial%20banks%20in,2019%20%7C%20Number%20of%20banks:%204%2C526%20%7C; as of November 24, 2024.

experience, the limited situation in which a retail bank without associated investment advisory services would need a CUSIP Identifier is if the retail bank sold a CD that was tradable on the secondary market to a customer.  In that case, the retail bank would have obtained a CUSIP Identifier at the time of issuing the CD, or at the time of purchasing the CD, and the retail bank need not share that CUSIP Identifier with its customer.  The retail bank can show the CD on the customer banking statement merely with a high-level description field.

234.    However, retail banks do need CUSIP Identifiers and other financial identifiers for the purpose of their particular treasury activities, as discussed in Section IX.L, Treasury Services.  Additionally, retail banks need CUSIP Identifiers or other financial identifiers to facilitate any affiliated financial services businesses, such as investment banking or asset management, as discussed in Sections IX.A and IX.C. The extent to which the retail banks require additional data depends upon the diversity of these ancillary services.

### K.  Private Banking

235.    Private banking essentially combines a retail bank with a wealth management division that services premier private clients.  ▮▮▮▮▮▮▮▮ is an example.[227] Private banks differ from retail banks in that they often service clients with a higher net worth than retail banks, and they market a variety of sophisticated products along with checking and savings accounts.  The products they sell include wealth

---

[227] ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ; *see also, e.g.*, FRSI01416522 ( ▮▮▮ URR) ( ▮▮ ).

management and investment products, estate planning services, annuity accounts, and non-conforming jumbo loans.

236. When private banks perform depository functions similar to retail banks, they likewise have a limited need for CGS Data.  However, a private bank may also sell investment products and offer wealth management services.  To this end, they are similar to a registered investment advisor discussed in Section IX.C, Asset Managers.  The financial identifier(s) private banks use depends on the assets that its licensed representative is allocating into their customers' accounts.  Once the private bank hands the trade off to its middle office, a CUSIP Identifier or ISIN identifier will be added to the trade if the security is to settle at the DTCC, Euroclear, or another central depository.  However, as with wealth managers, assets that settle away from DTCC will use financial identifiers other than the CUSIP Identifier.

237. In addition to the identifier itself, the private bank needs additional data beyond a few high-level fields to do its job.  First, as with wealth managers, the private banker has a fiduciary responsibility for the client's assets. Second, the private banker is responsible for maintaining accounting records on behalf of the client. Third, the private bank is responsible for tax reporting with respect to the investments.  Performing these jobs, among others, requires a great deal of additional data beyond the high-level fields associated with any given identifier for the investments.

238. Lastly, private banks require a variety of identifiers to perform its treasury services, as described below in Section IX.L.  The greater the complexity of the bank, the

more identifiers it will typically need for its unique treasury investment and operations purposes.

### L. Treasury and Treasury Services

239. When licensing data from CGS, a customer can classify itself on the UOSS as a "Treasury." This term refers to the department or division that is responsible for the management of cash assets and liabilities of a company or organization. Examples of companies with a treasury services department include manufacturers, retail chains, universities, and not-for-profit entities.[228] This category also encompasses the central treasury within a municipality or state as well as FinTech vendors that service treasury departments.

240. Treasury is a very different category from the other UOSS industry codes because they provide services to larger corporations and regional governments which are typically not financial services firms. Treasurers who work outside of financial services have different needs for financial identifiers and security master data.

241. Treasury services is usually staffed with a treasurer who reports to a chief financial officer. The treasury department and treasurer have several responsibilities relating to the management and optimization of operating cash and liquidity. In my experience, the breadth of these responsibilities expands with the size and complexity of the company. The more complex the process of any given treasury department, the more the need for financial identifiers, including CGS Identifiers, and the greater the need for the associated security master data.

---

[228] ██████████████████████████████████████ eclaration ¶ 1-2.

242.    On the simple end of the spectrum, the use of direct lending from their banks may require only a private identifier.  Similarly, trading foreign exchange to cover international operations also may need just a simple currency pairing for the identifiers.  A treasurer will not need a CUSIP Identifier if the company owns only securities or investments that do not settle in the DTCC or CSD.

243.    Going further out on the complexity spectrum, a company purchasing a U.S. Treasury would have free access to the CUSIP Identifier on the TreasuryDirect system.  Trading futures, hedges, or swap hedges may require symbols other than a CUSIP Identifier, such as a futures symbol or the UTI, but not a CUSIP Identifier.

244.    On the very complex end of the spectrum, treasurers of international manufacturing companies or software companies often issue debt, buy debt, issue equity, buy equity, issue commercial paper, implement future-dated hedges, and future-dated foreign exchange swaps, and repo out or lend out some of their holdings for additional revenue.  For those assets that settle at the DTCC or CSD, the treasurer and broker agree on the trade and direct their respective banks to settle the trade. The middle offices of the treasurer and broker provide the CUSIP Identifier to their respective clearing banks for this purpose.

245.    Some large corporations have treasury departments that hire investment managers, and the need for identifiers in this case is similar to that of insurance companies. The treasurer might obtain CGS Identifiers and numerous fields of descriptive data as a passive recipient of data supplied by the investment manager for the subset of securities that it owns that settle at the DTCC or CSD.  Alternatively, the investment manager might choose to convey data to the treasurer using a different financial

110

identifier, such as FIGI, in order to cover more asset types in the treasurer's portfolio. Additionally, the treasurer that hires an investment manager likely has complex cash operations that will require additional elements beyond the high-level fields for the purpose of accounting. In my experience, some of these companies and treasurers will subscribe to a security master data or to a centralized FinTech security master service, since high-level data such as issuer name and maturity date is insufficient for accounting.

246. Whether the treasury function is relatively simple, such as at a small college, or complex such as at Ford Motor Company, the need for the associated data that comes along with the financial identifier is significant. This is because the future dated cash flows of the investments, such as dividends, coupons, futures gains or losses, swap coupons or repo interest, all must be matched off against the future dated revenue and expense expectations of the company. Many data elements beyond the financial identifier and high-level fields are required to compute those future dated cash flows that stem from the financial instruments and positions entered into by the treasurer.

247. Treasurers (or the investment managers treasurers retain) may use FinTech firms to help track and manage their corporate cash.[229] For example, Kyriba, a 20-year old, widely-used FinTech treasury services vendor servicing over 3,000 customers,[230] facilitates cash and liquidity decisions, hedge accounting for derivatives, foreign exchange analytics, and a source of record for swap and option trades that are

---

[229] ███████████████████████████████████████████████████

Ibid. ¶ 3-9.
[230] Kyriba. "About Us". https://www.kyriba.com/company/about-kyriba/; as of November 24, 2025.

grounded in accurate data about the investment portfolio.[231]  In my lived experience as Chief Operating Officer at Venerable, these calculations and functions require a variety of financial identifiers and associated data elements beyond a few high-level fields.

### M.    Audit and Consulting Firms

248.    The role of auditors is to sample test the books and records of a company to validate that the accounting, financial statements, and related disclosures have integrity and are compliant with law.  Consulting firms are often hired by corporations to provide guidance and systems implementation experience where weaknesses are identified either by a company's management, internal auditing function, or external auditors.  Consulting firms may be related to auditing firms, as divisions, affiliates, or former affiliates, or they may be fully independent from the auditing firm.

249.    The use of financial identifiers for auditing and consultants arises differently than for other types of firms, as the genesis for the security comes from their customers rather than from internal activities.  The auditors and consultants passively receive data, and do not have an active role in security selection.  Thus, the need for financial identifiers and data on the part of auditors and consultants is as varying as their customer base.

250.    The customer base may be any of the types of firms discussed above—from the treasury department of a not-for-profit company to investment banks or a nationwide broker dealer, and their needs for financial identifiers will vary accordingly.

---

[231] Kyriba. "Navigate Currency Volatility with Confidence"; "Comprehensive Valuations & Accounting"; "FX Analytics"; "Automated Deal Tracking". https://www.kyriba.com/use-cases/fx-risk/; as of November 24, 2025.

251.    Likewise, the auditor and consultant have varying needs for the associated descriptive data, generally reflecting the complexity of the client.  In my experience, usually the auditor will need more than just a few high-level fields to test the integrity of the company's books and records.  Whether the customer is a small town or a large mutual fund or global insurance client, the auditor needs to confirm that the client has accurately reflected all aspects of valuation, including the currency code, accrued interest, or tax withholdings.  The data required to perform these calculations is not available from just a few high-level fields, regardless of which financial identifier is used.

### N. Government Regulators

252.    Regulators ensure the safety and soundness of the financial services industry for the benefit of the end customer.[232]  To that end, the use of financial identifiers is different than for other participants in the ecosystem since regulators are able to look across the industry and summarize results across multiple participants and companies.  Regulators, including the SEC, CFTC, FINRA, and Office of Financial Responsibility, receive reports from market participants to facilitate and allow for the monitoring of trades, consolidated holdings, capital adequacy, suspicious activity, and other matters.  Often these reports are listings of recently executed transactions and security holdings.[233]

---

[232] ███████████████████████████████████████████ Tr. 17:10-19:9.

[233] ███████████████████████████████████ Ibid. at 41:1-7. ███████████ ███████████████████████████ Tr. 17:4-18.

253.    At times, regulators have a goal of consolidating position data across numerous marketplace participants.[234]  In these cases, regulators have a need for a common financial identifier across all parties for a single asset class.[235]  For example, FINRA requires trades to be reported to TRACE.[236]  As another example, use of the UPI together with the Legal Entity Identifier ("LEI") enables a regulator to understand if any one participant is a "big whale" counterparty to a large set of widely distributed derivatives.[237]  When summarizing for a single asset class across multiple participants, the need for detailed data, beyond a few high-level fields, is often not great.

254.    Therefore, with respect to the financial identifier, the usage of the regulator tends to focus on aggregation of positions within a common asset class or across a common issuer.  With respect to the associated data, the usage tends to be centered on the specific nature of any given exam and is not uniformly predictable but goes beyond a few high-level fields.

### O.  Other Types of Financial Services Firms

255.    There are many other types of financial services firms that would be likely to classify themselves on the UOSS as none of the above types.  Examples include large global banks, depositories, clearing corporations, and public exchanges.  These firms have a need for financial identifiers and the associated data as well,

---

[234] ████████████████████████████████████████████████ Ibid. at 17:11-18.

[235] ████████████████████████████████████████████████████ Ibid. at 29:17-30:12.

[236] Ibid. at 17:4-18.

[237] Derivatives Service Bureau. "The CFTC, SEC and DSB address key industry questions ahead of the go live of US UPI regulatory reporting".; https://www.anna-dsb.com/2024/01/26/the-cftc-sec-and-dsb-address-key-industry-questions-ahead-of-the-go-live-of-us-upi-regulatory-reporting/; as of November 24, 2025.

114

and, similar to the above types of financial services firms, their usage situations are different form the above firm types already discussed and differentiated..  The one thing these financial services firms have in common is that no matter what type of identifier they need, they need some level of structured data accompanying that identifier.

256.   Many of these entities are large corporate entities with substantial responsibilities requiring access to large amounts of data. For this reason, they are likely to procure numerous direct real and near-real time data feeds and are unlikely to receive such data through intermediary data providers.  For that reason, I will not address them below.

257.   One emerging type of "Other" financial services firm relates to exchanges and depositories that handle digital assets stable coins and crypto currency.  Many are early-stage and might not subscribe to direct data feeds from CGS.  Nonetheless they employ financial identifiers to describe instruments beyond the realm of CGS Identifiers, they use these identifiers in unique ways that do not involve settlement at a venue such as the DTCC, and they make use of data beyond the identifier and a few high level fields.

258.   As of October 2025, Coinbase listed over 340 assets available for trading, only one of which is BTC for Bitcoin.[238] Meanwhile, a public search on the Open FIGI website yielded over 5,000 rows for BTC, the common symbol for Bitcoin.[239] While Coinbase provides a limited set of data describing the digital currency BTC,

---

[238]  Coinbase. "Explore Crypto". https://www.coinbase.com/en-es/explore/s/listed; as of November 24, 2025.
[239] Open FIGI. "FIGI Search" using BTC as search field. https://www.openfigi.com/search?marketSector=All&searchTerms=BTC; as of November 24, 2025.

Open FIGI provides too much and adds confusion as to the authenticity and reliability of the data. In my direct experience with ZeroHash, an institutional custody venue for digital assets, many digital exchanges are beginning to carry multiple identifiers for any given digital asset in order to conform to the market practices employed by their upstream customers. The level to which the security master data contains associated data, such as whether the asset is a coin or smart contract, or whether the asset type enables "proof of staking" to enhance the speed of settlement, is still emerging, as different market participants build out their front-, middle-, and back-office capabilities.

259.    A second type of company which may be a member of the putative class and may classify itself as "Other" on the UOSS is a FinTech vendor, some of which are specifically data vendors. As shown in <u>Table 1</u>, the putative class includes examples of FinTech firms using financial identifiers include ███████ ███████ ██, ██████████, ██████████, and ████████ As of December 2024, there were more than 30,000 FinTech firms FinTech firms.[240] <u>Table 1</u> shows that FinTech usages of financial identifiers and associated data is non-uniform. This is because of the myriad services FinTech firms perform throughout the investment lifecycle across numerous asset classes and geographies. In my experience, not only are FinTech firms heterogenous in their usage situations, as shown in <u>Table 1</u>, they also drive increased differentiation across the financial services firms who depend upon these vendors for reasons I will discuss below.

---

[240] DemandSage. "FinTech Statistics (2025) - Companies, Adoptions Rates". https://www.demandsage.com/fintech-statistics/; published August 21, 2025.

## X.    THE ROLE OF FINTECH

260.    FinTech companies have had a major impact on the financial services industry, including on matters regarding financial identifiers.  FinTech companies have contributed significantly to a fragmentation of the operating models of financial services firms.  In my experience, different financial services firms have different rosters of FinTech vendors, and financial services firms that use different teams of FinTech vendors are unlikely to obtain or use the same financial identifiers and related data.

261.    As background, recall that "FinTech" refers to any technology company or services company that automates financial processing and transactions.[241]  In retail space, familiar systems and services such as mobile banking, online brokerage trading, or even something as simple as using an ATM, are backed by technology created by FinTech companies.  In the institutional space, FinTech provides technology and services to the types of financial services firms discussed above, namely broker dealers, banks, insurance companies, mutual fund companies, and asset managers, among others.  The software and services that FinTech firms offer to these institutional customers include portfolio management, trade order routing to broker dealers, accounting systems, proxy voting, trade confirmation, trade compliance, suspicious activity reporting, derivative counterparty reconciliation, inter-dealer order matching, commission calculations, cost basis reporting, and hundreds of other tasks.  Companies like Bloomberg, FactSet, and LSEG, for example, offer FinTech services in addition to their data distribution products.

---

[241] Supra 4.n4.

117

262. FinTech firms number in the thousands and the list continues to grow FinTech, from over 10,000 in 2018 to over 30,000 as of 2024.[242] In my experiences at Osaic, PIMCO, Venerable, Everbank, and Allspring Global Investments, I have procured services from between 50 and 200 different FinTech vendors for each firm, depending on the role of each financial services firm and geographical dispersion of the services it offers.

263. Importantly, one of the most prominent tasks performed by many FinTech vendors is populating and managing security master data and data cleansing for financial services firms. For example, Bloomberg, LSEG Workspace, BlackRock Aladdin, Clearwater, and Charles River all present a scrubbed security master as part of their service offering. BPO firms including SEI, SS&C, and State Street IMS also provide scrubbed and cleansed security masters as part of their service offering. Many financial services firms use one or more of these vendor products and services, each with its own security master, (a) analyze securities and portfolios within the system(s), (b) extract data feeds and hand off information to downstream players, and/or (c) direct or cause the vendors to send data feeds to downstream participants. As a result, many of the thousands of FinTech firms, must interoperate among themselves in addition to servicing their clients.[243] As shown in Table 1, the ███████████████ ██████, ███████, and ███████  self-report

---

[242] DemandSage. "FinTech Statistics (2025) - Companies, Adoptions Rates". https://www.demandsage.com/fintech-statistics/; published August 21, 2025.
[243] ██████████████████████████████████████████████████████████
████████████████████ Use of Service Statement, Oct. 20, 2017, FRSI00055650, at -5664; ████████
Reference Data. ████████, at -30-31.

118

usage of other FinTech vendors such as ICE, Refinitiv, Bloomberg, Morningstar, FactSet, and S&P Global.

264.    With the foregoing as backdrop, in my opinion FinTech competition has created differentiation in the operating and usage models of otherwise similar financial services firms.

      a.  First, new identifiers have been innovated by FinTech companies as new financial instruments have been created. Examples include repos, syndicated loan contract identifiers, futures, options, interest rate and credit default swaps, private equity, private credit, and cryptocurrency. The marketplace has readily created and adopted new identifiers and, through market practice, in lieu of the CUSIP.[244] A coalescence towards one model of identification has not occurred in some cases, such as with cryptocurrencies.

      b.  Second, financial services firms that are similar in some ways have often chosen different vendors to perform similar tasks, and these different vendors use differing financial identifier schemes.[245] For example, three insurance companies using one or more of the Bloomberg terminal, BlackRock Solutions's Aladdin, and/or Clearwater Analytics for sections of the investment lifecycle such as trading, risk management, and/or investment accounting, must use three different financial identification schemes to communicate with those vendors, as each has its own

---

[244] *See, e.g.,* ███████████████  Tr. 211:6-17.
[245] ███████████████████████  Tr. 39:4-17 ████████████████████
███████████████████ .

119

preferred identifier, and they are not the same among these three vendors. This results in at least three different operating models with respect to the use of financial identifiers by the financial services firms transmit back and forth with their vendors.

    c.    Third, with the evolution of FinTech, many vendors now communicate among each other to benefit financial services customers who use more than one vendor. For example, ▮▮▮▮ sends security master data to Clearwater Analytics to benefit insurance companies who use the ▮▮▮▮ ▮▮▮▮.[246] Blackrock Solutions's Aladdin sends its data to J.P. Morgan custody services to benefit pension customers[247], among others. State Street Bank acquired the portfolio management and compliance system Charles River to improve its services for mutual fund companies and investment managers.[248] Thus, because of the need for FinTech companies to interoperate, despite often having differing identification schemes among themselves, the operating models of otherwise similar financial services companies, who are the customers of FinTech, have further diverged and become heterogenous.

265.     With respect to CGS Identifiers, FinTech vendors that service the financial services industry are not typically members of the DTCC or other settlement facilities and so

---

[246] ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Tr. 27:18-24.
[247] Bloomberg Business. "BlackRock's $1 Trillion JPMorgan Move Shows Cost Strategy." https://www.bloomberg.com/news/articles/2017-01-25/BlackRock-to-move-1-trillion-to-jpmorgan-from-state-street?embedded-checkout=true; published January 25, 2017.
[248] Charles River. "Charles River Development to Be Acquired by State Street Corporation.". https://www.crd.com/news/press-releases/2018/charles-river-development-to-be-acquired-by-state-street-corporation/; published July 20, 2018.

do not require CGS Identifiers and related descriptive data elements for settlement or clearance.[249]

266.    Mr. Powell speculates that without a CGS Data license, a Morningstar customer must manually map data and incur the expense of creating their own "Rosetta stones" of mapping tables.  He also speculates that the cost of maintaining a CGS license is burdensome.[250]  However, Mr. Powell ignores important facts, in my expert opinion.  First, the cost of maintaining a CGS license is incurred once, irrespective of how many data distributors provide data to a given firm.  This greatly simplifies the process compared with the alternative of each vendor independently licensing the data as an intermediary.  Second, the cost to the financial services customer of manually mapping CGS Identifiers not only for data in Morningstar, but also for data across an entire roster of FinTech firms, seems more expensive and more error prone than it is actually costs, in my experience, to add one CGS license to a large pre-existing roster of many vendors.  Third, the risk of manually mapping CUSIP data across not only Morningstar, but across multiple FinTech vendors that a firm might have, leads to operational risk.  The exercise of manually mapping introduces a propensity for error that can cause harm to a client or to the financial services firm itself.  In my experience, the cost and burden of operational risk is potentially far greater than the cost and burden of a CGS license. I have learned in my career that there is value to obtaining CGS Data in a download or bulk format, whether directly or through an intermediary, for ingestion into a

[249] DTCC. "DTC Member Directories". https://www.dtcc.com/client-center/dtc-directories; as of November 24, 2025.
[250] *See* Powell Rep. § XII.

121

financial service company's data systems.  It is cheaper, more accurate, and more efficient to subscribe to the pre-mapped data from Morningstar rather than to incur the risk of manually mis-mapping the data and thus potentially purchasing an incorrect security for a client.

267.    Mr. Powell also speculates that there are high switching costs for a market participant to switch from using CUSIP Identifiers due to the use of CUSIP Identifiers being widespread and standardized within the United States.[251]  Mr. Powell is incorrect, in my expert opinion.

    a.  CUSIP Identifiers only identify securities that settle at the DTCC or CSD, and there are far more securities and financial instruments that settle away from the DTCC or CSD than securities and financial instruments that settle at the DTCC or CSD.  By way of example, every stock or bond might have numerous futures, options and options on futures associated with it, and all of these derivatives have symbology other than the CUSIP Identifier.

    b.  The number of private companies and private securities far exceeds the number of publicly-traded shares; these private issuances have symbology other than the CUSIP Identifier.[252]

    c.  Standardization of CGS Identifiers, as I have described above, is not dispositive. CGS Identifiers and FIGI, for example, were in widespread use before standardization, and many non-standardized identifiers such as Ticker Symbols are also in widespread use.

---

[251] *See* Powell Rep. § XIII.
[252] Miller Tr. 297:6-8 ("[M]y working assumption is if it were privately placed it might not have a CUSIP.")

d.  The financial services industry has switched identifiers in the past, particularly when "older" identifiers are deemed to be less efficient and to cost more in terms of potential errors than the prospective switching costs.  For example, the industry has switched to ISIN as a preference over SEDOL, VALOR and WKN for pan-European trading.  The industry has also switched to the CUSIP Identifier and incorporated LoanX ID as a preference in the syndicated loan and private credit markets.  When symbology describing options at the OCC was not expansive enough to meet market demand, the industry worked with the OCC to renumber the symbology and cut over on February 12, 2010.[253]  The industry has adopted three-character codes for cryptocurrency in lieu of proposed standards because proposed standard is not robust or agile enough.  The financial services industry switched to UTIs for cleared swaps when the financial crisis of 2008 mandated that bi-lateral swaps are too risk for the U.S. economy.  Accordingly, in my own experience, the financial services industry has willingly incurred the cost of switching to a different identifier for a variety of securities when prevailing market forces deem that the renumbering of certain securities or the adoption of a new numbering scheme reduces operational risk.  In other words, the market adopts new numbering schemes when the costs of maintaining prior systems are deemed to be greater than the cost of migration.

268.  In summary, the significant difference in operating models within the financial services industry and the commensurate significant differences in the way in which financial identifiers are used, has been driven, in large part, by the growth in

---

[253] FINRA. "EBS Submissions Following Implementation of the Option Symbology Initiative". https://www.finra.org/rules-guidance/notices/09-18; published March 30, 2009.

FinTech services.  Many FinTech vendors have a preferred financial identifier, and it is unlikely to be that of a competitor.  Financial services firms must use these FinTech identifiers and possibly others to interoperate with their vendors and with each other.  Layered on those facts is that FinTech providers to interoperate with each other, thus exchanging a variety of financial identifiers throughout investment lifecycle steps with their customers and with each other.  This ongoing need to interoperate with and amidst an ongoing surge of FinTech services providers has led to the fact that, in my opinion, few financial services firms, if any, use identifiers and related descriptive data in exactly the same way.

## XI.    CONCLUSION

269.    Many types of financial identifiers exist and are used in the financial services industry.  They continue to be innovated as new asset classes are created, such as derivatives and cryptocurrencies.  They also continue to expand in the private identifier space, as a robust FinTech sector continues to improve their service and software offerings.

270.    Financial services firms typically need and rely upon numerous different financial identifiers and a broad range of data related to each identified financial instrument.  To truly understand any given market participant's need for a particular type of identifier and their need and usage for associated data fields, one must understand that particular company's role in the financial services ecosystem.  In the front office, where trade ideas are researched, new issues are syndicated and sold, and subsequently purchased into institutional accounts, use of symbols, short names, and generic characteristics are most customary, along with identifiers assigned by FinTech systems.

124

271. Use of a CUSIP Identifier or ISIN is only mandatory for the downstream, limited back-office purpose of settling a trade at a centralized depository or clearing corporation such as DTCC or Euroclear.  To facilitate settlement and clearance at these clearing corporations, many participants attach a CUSIP Identifier or ISIN to a trade or position upstream in the middle office, to ensure a timely and accurate settlement process downstream.  However, as noted above, financial services firms typically will require substantial amounts of additional data, such as CGS Data, and access to a broad range of such data in security masters to perform all their necessary business operations.

272. The types of firms that participate in the financial services ecosystem is a vast spectrum.  They serve different functions and perform different operations in the lifecycle of a trade, and they touch different asset classes.  In my experience working with over 3,000 institutional customers of PIMCO, and as the Head of Global Fixed Income Technology for Cantor Fitzgerald (an interdealer broker with over 5,000 other brokers as customers), and in my role as the special advisor for Osaic (a nationwide TAMP servicing over 10,000 independent financial advisors), very few, if any, financial services firms are alike, nor do they have identical usage situations for financial identifiers and associated data.

273. Finally, in my opinion, no matter if the financial identifier being used for any particular purpose, nearly all financial services firms that execute trades for customers or hold assets on their balance sheet need additional data accompanying that identifier beyond a few high-level fields.  Indeed, they need high quality, structured data that arrives timely, accurately and predictably.  They need to

understand exactly what has been traded in terms of additional attributes because at a minimum they need to account for the asset. Going further into the spectrum of complexity, they need to test the attributes of the security against applicable laws and client guidelines. They usually need to report to regulators, or perhaps the entity is actually a regulator monitoring a situation. None of these activities can be accomplished without procuring additional data from financial data suppliers.

274.    Based on my knowledge, experience, and expertise, from my review of documents and testimony produced in this case, and for the reasons described throughout this report, I disagree with the opinions and assumptions of Plaintiffs' experts that financial services firms need only CGS Identifiers with a few high-level fields such as issue name and type of issue. Rather, they need a cornucopia of structured, real or near-real time data in order to fulfil their daily obligations to customers and regulators. The diverse array of financial services firms that license CGS Data need to perform a multitude of functions requiring far more than basic information concerning a particular security.

267.    I reserve the right to supplement or amend my opinions in response to opinions expressed by Plaintiffs' experts, or in light of additional evidence, testimony, or other information that may be provided to me or garnered by me after the date of this report, including at trial.

Cynthia L. Meyn
Dated: November 26, 2025

# APPENDIX A

# CURRICULUM VITAE - CYNTHIA L. MEYN

## CAREER EXPERIENCE

**Jan 2018 - Present**     **Zircon & Company, Inc**                    New York, NY
*Self-Employed;*
*Consulting Chief Operating Officer, leading execution of financial services private equity transactions.*

*Leverage deep understanding of cradle-to-grave investment lifecycle, financial services ecosystem and Related infrastructure, human resources roles and responsibilities, legal and regulatory compliance requirements, FinTech landscape across hundreds of vendors, and contracting and procurement engagement expertise of FinTech and Business Process Outsourcers to achieve maximum streamlining.*

- **Key Deals - stand-ups, separation, migration, integration:**
  - **2024 – 2025 - Osaic** – Nationwide broker dealer TAMP.  Achieved staff and non-staff cost reductions; realization of synergies resulting from acquisitions of **Lincoln Financial** (carve-out of wealth management from insurance company), **American Portfolios** (registered independent advisor) and **Infinex** (independent broker dealer).  Achieved $88.3mm of run-rate savings in 13 months, which is $58.6mm higher than pro-forma M&A model.
  - **2022 – EverBank** – formerly **TIAABank**, carve out of regulated U.S. bank from Teachers Insurance and Annuity Association of America (TIAA), a pension investment manager. Executed stand-up of the new bank and carve out from TIAA in 6 months.
  - **2021 – Allspring Global Investments –** Global asset manager, previously **Wells Fargo Asset Management** with $620bn AUM. Insurance, HR, Legal, Technology, Operations, Finance stand-up and separation & migration workstreams.
  - **2021 – Ministry Brands** –Payment processing technology supporting over 90,000 spiritual organizations.  Stand-up and carve out of people and technology from a larger company, Ministry Group.
  - **2020 – Advisor Group** – **Ladenburg Thalmann** - Nationwide broker dealer acquisition and merger of four broker dealers, an investment bank, a mutual fund manager, and a trust company.  Achieved $37.9 mm in vendor savings and successfully merged the people and processing of multiple firms.
  - **2020 – Venerable Holdings** – U.S. reinsurer of legacy blocks of variable annuity policies with special purpose broker dealer subsidiary.  Consulted on acquisition of Equitable's $50 bn fixed & variable annuity business, focusing on market data procurement, FinTech contract synergies, hedging and trading systems implementation, and derivative trade novations.
  - **2019 – Blackboard Transact** – Global higher-education student payment processing and wallet-card security company carved out with a divestiture from a larger e-Learning company.  Stood up the new company, separated it from the larger company, and optimized cash processing and declining debit card technology capabilities.

A-1

- **2018 – Venerable Holdings** – Reinsurer of legacy blocks of variable annuity policies with special purpose brokerdealer subsidiary.  Led stand up and carve out and separation of $19 bn annuities business from Voya, a nationwide insurance company, in 2018.

**2018-2020**          **Venerable Holdings, LLC, Chief Operating Officer**          West Chester, PA
*Insurance, Broker Dealer with extensive trading and hedging requirements.*
*Focused on Stand-Up, Carve-Out, M&A Activity*

**2008- Dec 2017**          **PIMCO, Executive Vice President**          New York, NY
*Head of Investment Operations and Accounting globally. Head of New York trade floor operations. $1.2 trillion of assets under management globally. Mutual Fund sponsor. Customers include insurance, pensions, endowments, mutual fund sponsors, wealth managers. Over 64,000 securities in the security master. Over 5 million transactions per month. Head of Investment Operations Globally. Extensive ownership of investment lifecycle processing and related technology infrastructure.*

**2006-2008**          **Morgan Stanley, Managing Director**          New York, NY
*Managing Director, Co-Head of Global MSIM Operations. Similar responsibility to those*
*at PIMCO; MSIM had approximately $450 billion of assets under management at the time.*

**2000-2006**          **AB (formerly AllianceBernstein), Vice President**          New York, NY
*Head of Global Fixed Income and Derivatives Technology*
*Asset manager with $850 billion under management. Owned responsibility for all technology front-, middle-, and back-office technology for fixed income and derivatives globally, including FinTech suppliers.  Head of Data Integrity Group ("DIG") for all asset classes and Fixed Income Risk Engine ("FIRE") globally.*

**1998-2000**          **Cantor Fitzgerald, Managing Director**          New York, NY
*Head of Global Fixed Income Technology*
*Global inter-dealer broker of all asset classes. Led team that created CX, the first electronic futures exchange in the United States.*

**1993-1998**          **Mizuho Capital, Managing Director**          New York, NY
*Formerly known as Fuji Capital. Global inter-dealer broker for derivative products. Chief Risk Officer, Chief Technology Officer globally.*
*Front-to-back lifecycle responsibility for market risk reporting globally and front-, middle- and back-office technology for all asset classes, including the derivatives and underlying trades.*

**1992-1993**          **Lehman Brothers, Vice President**          New York, NY

*Derivatives technology responsibility for back office and trading floor in the United States*

**1986-1992**       **Morgan Stanley, Associate**                                New York, NY

*Technology programmer for U.S Equity trading and portfolio management.*
*Technology programmer interest rate swaps.*
*Controller, accountant and risk associate for derivative products group.*

## BOARD DIRECTORSHIPS

**2023 – Present**       **Axcelus Financial Life Insurance Company,** Philadelphia, PA
*Private Placement Life and Annuity Insurance with broker dealer*
- Chair, Finance and Audit Committee (2023-present)
- Member, Strategy Committee (2024-present)
- Member, People and Leadership Committee (2023-2024)

**2019 – Present**       **Smith College, Board of Trustees,** Northampton, MA
*Higher Education Institution*
- Co-chair, Audit and Risk Committee (2023-present)
- Member, Resources & Operations Committee (2019-present)

**2018 - Present**       **DUMAC Inc, Board of Directors,** Durham, NC
*Duke University Investment Management Company*
*Investment office for approximately $25 billion of assets under management*
- Chair, Audit Compliance Risk Management Committee (2023-present)

**2018 - Present**       **ZeroHash Liquidity Services, Public Board of Directors,** Chicago, IL
*Venture-backed CFTC-regulated institutional crypto-fiat exchange and central settlement utility.*
*ZeroHash provides technology and processing infrastructure to crypto exchanges, global custodians, credit card companies and mutual fund sponsors for digital over 60 digital assets.*
- Chair, Audit and Risk Committee

**2012-2017**       **Board of Directors, DTCC**, New York, NY
*Centralized depository and clearing for debt and equity in the United States.*
- Human Capital and Compensation Committee (2015-2017)
- Business Products and Technology Committee (2015-2017)
- Technology and Operations Committee (2012-2015; Chair 2014)
- Business Products Committee (2012-2015)

**2011-2013**       **Board of Managers, Omgeo** (now known as DTCC ITP)

*Trade matching infrastructure for multiple asset classes servicing thousands of broker dealers, banks and asset managers globally.  A primary tool in the middle office worldwide.*
- Compensation and Products Committees (2011-2017)

## ADVISORY BOARDS

**2019 – Present        Reverence Capital Partners,** Special Advisor
- Special Advisor, advising and guiding portfolio companies through operating and infrastructural aspects of M&A deal execution, often carve-outs. Responsibilities cover legal, vendor optimization, compliance, human resources spans/layers/rightsizing, insurance, finance, technology, operations and enterprise risk.

**2016 - Present        Duke University Fuqua School of Business, Board of Visitors,** member at large
- Initiated Fuqua New York women's business affinity group, 2017

**2014 - 2025        CUSIP Board of Trustees**
- Member at large – nominated by SIFMA and American Bankers Association

**2019 – 2021        Alternative Rate Reference Committee, Operations Committee**
- Co-Chair, Operational Implementation Sub-Committee

## EDUCATION

**May, 2010    Duke University Fuqua School of Business, MBA**            Durham, NC
- Focused on technology innovation and strategy

**May, 1986    Smith College, BA**                        Northampton, MA
- Philosophy Major, advanced courses in computer science and mathematics

## AWARDS & PUBLICATIONS

**2024    "The Benefits of CUSIP Non-Permanence: Reverse Splits",** <u>Journal of Security and Operations Custody, Volume 17, Number 1, November 2024</u>
- Peer-reviewed article describing the features of CUSIP that enable market transparency and avert fraud when listed stocks effect reverse splits, bankruptcy reorganizations, spin-outs, and other corporate actions.

**2020    "Get Ready for LIBOR Cessation",** <u>The Actuary, December 2020</u>
- Lead article addressing actions the buy-side must take in order to prepare for the cessation of LIBOR.

**2019    "Perspectives in Courage – Action Conquers Fear",** <u>The Actuary, October 2019</u>

- Invited by Society of Actuaries to author a short piece on a personal moment of courage in leadership

**2016**  **Nominated: CLS Bank for Women's Bond Club Annual Merit Award**
- Nominated by CEO and GC of CLS for ongoing efforts to reduce system risk to end investors

**2014**  **Winner: Operations Person of the Year by FTF News, Innovation and Technology Awards**
- Peer nominated and voted globally. Recognized for industry wide reconciliation improvements in aftermath of the financial crisis.

**2014**  **"Netflix: Designing the Netflix Prize (A)" and "Netflix: Designing the Netflix Prize (B)"**
- Harvard Business School case study N-614-003, June 2, 2014 (buy vs. build, crowd-sourcing of recommendation algorithm)
- Harvard Business School case study N9-614-005, July 8, 2014 (ownership and leasing aspects of intellectual property rights)
- Co-authored two-part case written during Duke Fuqua MBA and later published by HBS

**1995**  **"Answering the Corporate Board"**
- Article in Corporate Finance Risk Management & Derivatives Yearbook, 1995. Manage risk and attributing performance.

### WITNESS - DEPOSITION TESTIMONY

● **Circa 2016** – Witness for defendant against large nationwide bank on matters regarding physical versus electronic retention of documentation pertaining to the sub-prime debt crisis and related defaulted investments

● **Circa 2010-2013** – Witness for plaintiff in litigating against a rogue Corporate Trustee and rogue servicer of two structured, privately placed securities comprised of pooled, jumbo mortgages backed by nursing homes.

 ● **Circa 2008-2010** – Witness for plaintiff on fixed income trades-in-flight valuation and derivatives collateral recalls where Lehman Brothers and/or its affiliates were counterparty to trades executed by PIMCO.

A-5

# APPENDIX B

## Table 2

## Financial Identification Use Cases – Front Office

This table displays typical usages of financial identifiers within the front office portion of the investment lifecycle, and is based on my 40 plus years of employment and consulting experience in the financial services industry. In my opinion, financial services firms differ from each other in the ways in which they use financial identifiers. Thus, this chart is representative of a wide range of company practices that I have observed. As shown below, the usage of financial identifiers varies in accordance with each financial services firm's unique situation.

One theme or take-away from the chart is that in the beginning stages of the investment lifecycle, the usage situations are quite different from each other, and it is rare to see the CUSIP Identifier used as the primary identifier. This is contrary to Mr. Miller's report, which states that by the 1970's, the use of Ticker Symbols was effectively abandoned when exchanges "agreed to the use of CUSIP Numbers as the sole means of securities identification of exchange-traded securities." (*See* paragraph 49.iv). As the investment lifecycle progresses towards trade execution, the CUSIP Identifier emerges where U.S. issuers of securities that are settled and cleared at the DTCC list their issues in the United States and register those issues for deposit at the DTCC. For securities not settled and not cleared at the DTCC, use of the CUSIP Identifier is atypical, and as I note in my report there are many securities that are not issued a CUSIP Identifier. Where the CUSIP Identifier is employed for non-DTCC eligible securities, it may be employed as a result of market adoption, such as with syndicated loans or identification of underlying instruments for physical delivery of debt underlying credit default swaps.

This table shows use cases for U.S. issuers listing their issues for settlement at the DTCC, which is a central focus of Mr. Miller's report (e.g., paragraphs 47-48, 51-52). Even in these use cases, the usage situations and variety of identifiers relied on by the front office grow exponentially as (a) asset classes diverge into debt, derivatives or private securities; (b) the geography of the issuer and currency denomination of the financial instrument expand away from United States and U.S. Dollar; and (c) the roster of FinTech firms supporting these types of financial services continue to expand and create their own identifiers.

| Types of Participants in the Financial Services Ecosystem | Investment Research, Idea Generation | Underwriting | Syndication, Institutional Sales & Trading | Order Generation Order Routing Order Allocation | Order Execution, Trading on behalf of clients |
|---|---|---|---|---|---|
| | | | | | |

B-1

| A. Investment Bank - Syndication, Underwriting, Research | Issuer Name High Level Fields Ticker RIC FIGI | Issuer Name High Level Fields Ticker RIC FIGI | Ticker Symbol, FIGI, RIC, Private, Dummy, Issuer Name, High Level Fields | Ticker Symbol, FIGI, RIC, Private, Dummy, Issuer Name, High Level Fields, | Ticker Symbol, FIGI, RIC, Private, Dummy, Issuer Name, High Level Fields, CUSIP |
|---|---|---|---|---|---|
| B. Broker Dealer - Interdealer - Market making to other Broker Dealers | Issuer Name High Level Fields Ticker RIC FIGI | NA | Ticker Symbol, FIGI, RIC, Private, Dummy, Issuer Name, High Level Fields | Issuer Name High Level Fields Ticker RIC FIGI | Issuer Name High Level Fields Ticker RIC FIGI CUSIP |
| B. Broker Dealer - TAMP - Turn-Key Asset Manager Platform services retail broker dealers and retail investment advisors | Issuer Name High Level Fields Ticker RIC FIGI | NA | Ticker Symbol, FIGI, RIC, Private, Dummy, Issuer Name, High Level Fields | Issuer Name High Level Fields Ticker RIC FIGI | Issuer Name High Level Fields Ticker RIC FIGI CUSIP |
| C. Asset Management - Institutional Investment Managers perform research, buy and sell securities for institutional clients including Mutual Funds, Insurance, Pensions | Issuer Name High Level Fields Ticker RIC FIGI | NA | Ticker Symbol, FIGI, RIC, Private, Dummy, Issuer Name, High Level Fields | Ticker Symbol, FIGI, RIC, Private, Dummy, Issuer Name, High Level Fields | Issuer Name High Level Fields Ticker RIC FIGI CUSIP |
| D. Mutual Funds Open & Closed - Sponsor - Create, brand and publicly distribute funds of multiple securities. Hire investment manager and other service providers | Issuer Name High Level Fields Ticker RIC FIGI | NA | NA | NA | Ticker, Issuer Name, RIC, FIGI, CUSIP |
| E. Corporate / Government Pension - Sponsor, contribute to, and oversee investment accounts for the benefit of retired employees. - Hire the investment manager and other service providers | Issuer Name High Level Fields Ticker RIC FIGI | NA | NA | NA | Ticker, Issuer Name, RIC, FIGI, CUSIP |
| F.1 - Insurance - Self-Managed Asset Owner - Perform investment management activities in house. Includes family offices, endowments, and sovereign funds. | Issuer Name High Level Fields Ticke. RIC FIGI | NA | Ticker Symbol, FIGI, RIC, Private, Dummy, Issuer Name, High Level Fields | Ticker Symbol, FIGI, RIC, Private, Dummy, Issuer Name, High Level Fields | Ticker, Issuer Name, RIC, FIGI, CUSIP |

B-2

| | | | | | |
|---|---|---|---|---|---|
| **F.2 -Insurance - Outsourced Investment Management** - Hire and oversee one or more investment managers to invest the general or separate account assets. | Issuer Name High Level Fields Ticker RIC FIGI | NA | NA | NA | NA |
| **G. Accounting - Funds and Investments** - Receive trade and position feeds from investment manager and custodian bank to maintain books and records of each investment account. - Compute, prepare and submit tax filings. | NA | NA | NA | NA | NA |
| **H. Fund Administration & Transfer Agency** - Process share trades of co-mingled vehicles especially mutual funds - Host call-center to respond to shareholder inquiries | NA | NA | NA | NA | Ticker Symbol, CUSIP High Level Fields |
| **I. Wealth Management, Registered Investment Advisors, Retail Broker Dealers** - Invest retail client assets into mutual funds, securities, annuities and other products - Sell securities to the public on commission | Issuer Name High Level Fields Ticker | NA | Ticker Symbol, FIGI, RIC, Private, Dummy, Issuer Name, High Level Fields | Ticker Symbol, FIGI, RIC, Private, Dummy, Issuer Name, High Level Fields | Ticker Symbol, FIGI, RIC, CUSIP |
| **J. Retail Bank** - Checking accounts, savings accounts, mortgages, Certificates of Deposit | Issuer Name High Level Fields Ticker | NA | NA | NA | CUSIP for CDs |
| **K. Private Bank** - Offer banking and investment services for high-net-worth clients | Issuer Name High Level Fields Ticker RIC FIGI | NA | Ticker Symbol, FIGI, RIC, Private, Dummy, Issuer Name, High Level Fields | Ticker Symbol, FIGI, RIC, Private, Dummy, Issuer Name, High Level Fields | Ticker Symbol, FIGI, RIC, Private, Dummy, Issuer Name, High Level Fields |

B-3

B-4

| | | | | | |
|---|---|---|---|---|---|
| **L. Treasury and Treasury Services**<br>- Self-Manage cash and liquidity for for-profit and not-for-profit corporations and/or local and national governments worldwide or hire an investment manager | NA | NA | Ticker Symbol, FIGI, RIC, Private, Dummy, Issuer Name, High Level Fields | NA | Ticker Symbol, FIGI, RIC, CUSIP, Private, Dummy, Issuer Name, High Level Fields |
| **M. Audit & Consulting**<br>- Test books and records of investment accounts and corporations to ensure integrity and compliance<br>- Provide services and FinTech implementation to mitigate audit weakness and other matters | NA | NA | NA | NA | Ticker Symbol, FIGI, RIC, CUSIP, Private, Dummy, Issuer Name, High Level Fields |
| **N. Regulator**<br>- Monitor activity across financial services ecosystem as well as within any one firm | Issuer Name High Level Fields Ticker | Issuer Name High Level Fields Ticker Symbol | Ticker Symbol, FIGI, RIC, Private, Dummy, Issuer Name, High Level Fields | NA | Ticker Symbol, FIGI, RIC, CUSIP, Private, Dummy, Issuer Name, High Level Fields |
| **Other - Digital Asset Service Providers**<br>- Use case of tokenizing a US Equity or Debt Instrument | NA | NA | Ticker Symbol, FIGI or RIC, CUSIP, High-Level Fields, Digital Asset Code | Ticker Symbol, FIGI or RIC, CUSIP, High-Level Fields, Digital Asset Code | Ticker Symbol, FIGI or RIC, CUSIP, High-Level Fields, Digital Asset 3-letter Code |

**APPENDIX B**

**Table 3**

**Financial Identification Use Cases – Security Master, Legal and Compliance,**

**and Middle Office Activities**

This table displays typical usages of financial identifiers within the portions of the investment lifecycle performed by departments of financial services firms that maintain the security master and perform legal and compliance reviews to ensure adherence to applicable laws, client guidelines and company policies. The data in this Table 3 is based on my 40 plus years of employment and consulting experience in the financial services industry. This table also displays the tightly coupled role of the middle office. In my opinion, most financial services firms differ from each other in the ways in which they use financial identifiers; thus, this chart is representative of a wide range of samples that I have observed and usage of financial identifiers varies in accordance with each financial services firm's unique situation.

One theme or take-away from the chart is that as trades are being executed and as positions are being monitored for any legal, compliance or policy breaches, the CUSIP Identifier starts to emerge as an important financial identifier, but it is not the only financial identifier used during these processes. More notably, the extended data associated with the identifier is crucial for ensuring adherence to laws, guidelines and policies. Even in the case of publicly traded equity securities in the United States, high-level data, specifically the issuer name, maturity date (for debt) or coupon rate (for debt) in addition to the financial identifier are insufficient to ensure compliance. Data such as the issuer's industry code and/or the name of the underwriter become part of the set data set being examined for legal and compliance purposes. The middle office cannot completely confirm a trade until the trade passes through compliance monitoring tests. Thus, the systems and resources allocated to maintain the security master, perform the compliance functions, and perform middle office duties are tightly coupled, and the departments performing these functions have a paramount need to establish a complete set of accurate data prior to directing settlement.

This table shows use cases for U.S. issuers listing their issues for settlement at the DTCC, which is a central focus of Mr. Miller's report (e.g., paragraphs 47-48, 51-52). Even in these use cases, the usage situations and variety of identifiers grow exponentially as (a) asset classes diverge into debt, derivatives or private securities; (b) the geography of the issuer and currency denomination of the financial instrument expand away from United States and U.S. Dollar; and (c) the roster of FinTech firms that supporting these types of financial services continue to expand and create their own identifiers. During the security master maintenance and legal and

B-5

compliance monitoring phases, the expansion of asset class, geography and FinTech involvement drives an ever-increasing volume and complexity of the data fields required to perform the security master, legal and compliance phases of the investment lifecycle.

| Types of Participants in the Financial Services Ecosystem | Security Master Activities | Compliance & Legal Activities | Middle Office Activities | |
|---|---|---|---|---|
| | Set up Security Master, Associate identifiers, Enrich data | Compliance Validation, Legal Guideline Adherence | Post-Trade Block Match with Counterparty | Post-Trade Allocation Match with Counterparty |
| **A. Investment Bank** - Syndication, Underwriting, Research | Ticker Symbol, FIGI, RIC, Private, Dummy, Issuer Name, High Level Fields, CUSIP | Ticker Symbol, FIGI, RIC, Private, Dummy, Issuer Name, High Level Fields, CUSIP | Ticker Symbol, FIGI, RIC, CUSIP | Ticker Symbol, FIGI, RIC, CUSIP |
| **B. Broker Dealer - Interdealer** - Market making to other Broker Dealers | Ticker Symbol, FIGI, RIC, Private, Dummy, Issuer Name, High Level Fields, CUSIP | Ticker Symbol, FIGI, RIC, Private, Dummy, Issuer Name, High Level Fields, CUSIP | Ticker Symbol, FIGI, RIC, CUSIP | Ticker Symbol, FIGI, RIC, CUSIP |
| **B. Broker Dealer - TAMP** - Turn-Key Asset Manager Platform services retail broker dealers and retail investment advisors | Ticker Symbol, FIGI, RIC, Private, Dummy, Issuer Name, High Level Fields, CUSIP | Ticker Symbol, FIGI, RIC, Private, Dummy, Issuer Name, High Level Fields, CUSIP | FIGI, CUSIP, Ticker | FIGI, CUSIP, Ticker |
| **C. Asset Management** - Institutional Investment Managers perform research, buy and sell securities for institutional clients including Mutual Funds, Insurance, Pensions | Ticker Symbol, FIGI, RIC, Private, Dummy, Issuer Name, High Level Fields, CUSIP | Ticker Symbol, FIGI, RIC, Private, Dummy, Issuer Name, High Level Fields, CUSIP | FIGI, CUSIP, High Level Fields | FIGI, CUSIP, High Level Fields |
| **D. Mutual Funds Open & Closed - Sponsor** - Create, brand and publicly distribute funds of multiple securities. Hire the investment manager and other service providers | Ticker Symbol, FIGI, RIC, Private, Dummy, Issuer Name, High Level Fields, CUSIP | Ticker Symbol, FIGI, RIC, Private, Dummy, Issuer Name, High Level Fields, CUSIP | NA | NA |

B-6

| | | | NA | NA |
|---|---|---|---|---|
| **E. Corporate / Government Pension**<br>- Sponsor, contribute to, and oversee investment accounts for the benefit of retired employees.<br>- Hire the investment manager and other service providers | Ticker Symbol, FIGI, RIC, Private, Dummy, Issuer Name, High Level Fields, CUSIP | Ticker Symbol, FIGI, RIC, Private, Dummy, Issuer Name, High Level Fields, CUSIP | NA | NA |
| **F.1 - Insurance - Self-Managed Asset Owner**<br>- Perform investment management activities in house.  Includes some family offices, endowments, and sovereign funds. | Ticker Symbol, FIGI, RIC, Private, Dummy, Issuer Name, High Level Fields, CUSIP | Ticker Symbol, FIGI, RIC, Private, Dummy, Issuer Name, High Level Fields, CUSIP | FIGI, CUSIP, High Level Fields | FIGI, CUSIP, High Level Fields |
| **F.2 -Insurance - Outsourced Investment Management**<br>- Hire and oversee one or more investment managers to invest the general or separate account assets. | Ticker Symbol, FIGI, RIC, Private, Dummy, Issuer Name, High Level Fields, CUSIP | Ticker Symbol, FIGI, RIC, Private, Dummy, Issuer Name, High Level Fields, CUSIP | NA | NA |
| **G. Accounting - Funds and Investments**<br>- Receive trade and position feeds from investment manager and custodian bank to maintain books and records of each investment account.<br>- Compute, prepare and submit tax filings. | Ticker Symbol, FIGI, RIC, Private, Dummy, Issuer Name, High Level Fields, CUSIP | Ticker Symbol, FIGI, RIC, Private, Dummy, Issuer Name, High Level Fields, CUSIP | NA | NA |
| **H. Fund Administration & Transfer Agency**<br>- Process share trades of co-mingled vehicles especially mutual funds<br>- Host call-center to respond to shareholder inquiries | Ticker Symbol, FIGI, RIC, Private, Dummy, Issuer Name, High Level Fields, CUSIP | Ticker Symbol, FIGI, RIC, Private, Dummy, Issuer Name, High Level Fields, CUSIP | NA | NA |
| **I. Wealth Management, Registered Investment Advisors, Retail Broker Dealers**<br>- Invest retail client assets into mutual funds, securities, annuities and other products<br>- Sell securities to the public on commission | Ticker Symbol, FIGI, RIC, Private, Dummy, Issuer Name, High Level Fields, CUSIP | Ticker Symbol, FIGI, RIC, Private, Dummy, Issuer Name, High Level Fields, CUSIP | NA | NA |

B-7

| | | | | |
|---|---|---|---|---|
| **J. Retail Bank**<br>- Checking accounts, savings accounts, mortgages, Certificates of Deposit | CUSIP for CDs | CUSIP for CDs | NA | NA |
| **K. Private Bank**<br>- Offer banking and investment services for high-net-worth clients | Ticker Symbol, FIGI, RIC, Private, Dummy, Issuer Name, High Level Fields, CUSIP | Ticker Symbol, FIGI, RIC, Private, Dummy, Issuer Name, High Level Fields, CUSIP | NA | NA |
| **L. Treasury and Treasury Services**<br>- Self-Manage cash and liquidity for for-profit and not-for-profit corporations and/or local and national governments worldwide or hire an investment manager | Ticker Symbol, FIGI, RIC, Private, Dummy, Issuer Name, High Level Fields, CUSIP | Ticker Symbol, FIGI, RIC, Private, Dummy, Issuer Name, High Level Fields, CUSIP | NA | NA |
| **M. Audit & Consulting**<br>- Test books and records of investment accounts and corporations to ensure integrity and compliance<br>- Provide services and FinTech implementation to mitigate audit weakness and other matters | Ticker Symbol, FIGI, RIC, Private, Dummy, Issuer Name, High Level Fields, CUSIP | Ticker Symbol, FIGI, RIC, Private, Dummy, Issuer Name, High Level Fields, CUSIP | NA | NA |
| **N. Regulator**<br>- Monitor activity across financial services ecosystem as well as within any one firm | NA | Ticker Symbol, FIGI or RIC, CUSIP, High-Level Fields | NA | NA |
| **Other - Digital Asset Service Providers**<br>- Use case of tokenizing a US Equity or Debt Instrument | Ticker Symbol, FIGI or RIC, CUSIP, High-Level Fields, Digital Asset Code | Ticker Symbol, FIGI or RIC, CUSIP, High-Level Fields, Digital Asset Code | Ticker Symbol, FIGI or RIC, CUSIP, High-Level Fields, Digital Asset Code | NA |

B-8

**APPENDIX B**

**Table 4**

**Financial Identification Use Cases – Back Office, Accounting and Tax**

This table displays typical usages of financial identifiers within the portions of the investment lifecycle performed by the back-office, as well as those performed subsequent to settlement, with respect to accounting and tax filing obligations. The data in this table is based on my 40 plus years of employment and consulting experience in the financial services industry. In my opinion, most financial services firms differ from each other in the ways in which they use financial identifiers; thus, this chart is representative of a wide range of samples that I have observed and usage of financial identifiers varies in accordance with each financial services firm's unique situation.

One theme or take-away from the chart is that the CUSIP is the identifier that is used for the purpose of settlement and clearing equities issued in the United States at the DTCC. As Tables 2 and 3 illustrate, by the point of settlement the need for associated data has been met, the data associated with the CUSIP has been employed and validated, and the usefulness of alternate identifiers is moot, as it pertains to the sole purpose of achieving settlement finality at the DTCC. The other take away from this chart is that very few types of industry participants are members of the DTCC.[1] Most members of the putative class are not members of the DTCC and, thus, are not limited in their use of other identifiers for their various purposes or phases of the investment lifecycle.

Subsequent to settlement finality, post-trade reporting, fails mitigation, accounting and tax work take place. For these post-trade lifecycle steps, financial services again need additional information related to the identifier and the usefulness of alternate identifiers.

This table shows use cases for U.S. issuers listing their issues for settlement at the DTCC, which is a central focus of Mr. Miller's report (e.g., paragraphs 47-48, 51-52). Even in these use cases, the usage situations and variety of identifies grow exponentially as (a) asset classes diverge into debt, derivatives or private securities; (b) the geography of the issuer and currency denomination of the financial instrument expand away from United States and U.S. Dollar; and (c) the roster of FinTech firms that supporting these types of financial services continue to expand and create their own identifiers. During the back-office phase of the investment lifecycle, the expansion of asset class, geography and FinTech involvement makes it more remote that a given financial services firm would be limited to using the CUSIP and only the CUSIP Identifier.

---

[1] As of October 2025, there were 92 distinct settling banks at the DTCC, and 894 participant members in the DTC, some of which are assorted legal entities sharing the same parent company. DTCC. "DTC Member Directories". https://www.dtcc.com/client-center/dtc-directories; dated October 31, 2025.

| | Back Office Activities | | | | Accounting, Tax |
|---|---|---|---|---|---|
| **Types of Participants in the Financial Services Ecosystem** | Trade Instruction Submission to Custodian Bank | Affirm / Confirm Match at Settlement Venue (DTCC) | Settlement at DTCC | Post-Trade Reporting & Fails Handling | Valuation Accounting: Corp Actions Processing: Splits, Dividends, Coupons, Index Rate Resets, Calls/Puts, Amortization Paydowns, Maturity Redemptions |
| **A. Investment Bank** - Syndication, Underwriting, Research | CUSIP, Ticker Symbol, FIGI, RIC | CUSIP | CUSIP | CUSIP, Ticker Symbol, FIGI, RIC | CUSIP, Ticker Symbol, FIGI, RIC |
| **B. Broker Dealer - Interdealer** - Market making to other Broker Dealers | CUSIP, Ticker Symbol, FIGI, RIC | CUSIP | CUSIP | CUSIP, Ticker Symbol, FIGI, RIC | CUSIP, Ticker Symbol, FIGI, RIC |
| **B. Broker Dealer - TAMP** - Turn-Key Asset Manager Platform services retail broker dealers and retail investment advisors | CUSIP, Ticker Symbol, FIGI, RIC | If member: CUSIP Else: NA | NA | CUSIP, Ticker Symbol, FIGI, RIC | CUSIP, Ticker Symbol, FIGI, RIC |
| **C. Asset Management** - Institutional Investment Managers perform research, buy and sell securities for institutional clients including Mutual Funds, Insurance, Pensions | CUSIP, Ticker Symbol, FIGI, RIC | CUSIP | NA | CUSIP, Ticker Symbol, FIGI, RIC | CUSIP, Ticker Symbol, FIGI, RIC |
| **D. Mutual Funds Open & Closed - Sponsor** - Create, brand and publicly distribute funds of multiple securities. Hire investment manager and other service providers | NA | NA | NA | NA | CUSIP, Ticker Symbol, FIGI, RIC |
| **E. Corporate / Government Pension** - Sponsor, contribute to, and oversee investment accounts for the benefit of retired employees. - Hire the investment manager and other service providers | NA | NA | NA | NA | CUSIP, Ticker Symbol, FIGI, RIC |

| | | | | | |
|---|---|---|---|---|---|
| **F.1 - Insurance - Self-Managed Asset Owner** - Perform investment management activities in house. Includes family offices, endowments, and sovereign funds. | CUSIP, Ticker Symbol, FIGI, RIC | NA | NA | CUSIP, Ticker Symbol, FIGI, RIC | CUSIP, Ticker Symbol, FIGI, RIC |
| **F.2 -Insurance - Outsourced Investment Management** - Hire and oversee one or more investment managers to invest the general or separate account assets. | NA | NA | NA | NA | CUSIP, Ticker Symbol, FIGI, RIC |
| **G. Accounting - Funds and Investments** - Receive trade and position feeds from investment manager and custodian bank to maintain books and records of each investment account. - Compute, prepare and submit tax filings. | NA | NA | NA | NA | CUSIP, Ticker Symbol, FIGI, RIC |
| **H. Fund Administration & Transfer Agency** - Process share trades of co-mingled vehicles especially mutual funds - Host call-center to respond to shareholder inquiries | CUSIP, Ticker Symbol, Fund Name | CUSIP | CUSIP | CUSIP, Ticker Symbol, Fund Name | CUSIP, Ticker Symbol, FIGI, RIC |
| **I. Wealth Management, Registered Investment Advisors, Retail Broker Dealers** - Invest retail client assets into mutual funds, securities, annuities and other products - Sell securities to the public on commission | CUSIP, Ticker Symbol, Fund Name | NA | NA | CUSIP, Ticker Symbol, Fund Name | CUSIP, Ticker Symbol, FIGI, RIC |
| **J. Retail Bank** - Checking accounts, savings accounts, mortgages, Certificates of Deposit | NA | If member: CUSIP Else: NA | If member: CUSIP Else: NA | NA | CUSIP, Ticker Symbol, FIGI, RIC |
| **K. Private Bank** - Offer banking and investment services for high-net-worth clients | CUSIP, Ticker Symbol, Fund Name | If member: CUSIP Else: NA | If member: CUSIP Else: NA | CUSIP, Ticker Symbol, Fund Name | CUSIP, Ticker Symbol, FIGI, RIC |

| | | | | | |
|---|---|---|---|---|---|
| **L. Treasury and Treasury Services** - Self-Manage cash and liquidity for for-profit and not-for-profit corporations and/or local and national governments worldwide or hire an investment manager | CUSIP, Ticker Symbol, Fund Name | If member: CUSIP Else: NA | NA | CUSIP, Ticker Symbol, Fund Name | CUSIP, Ticker Symbol, FIGI, RIC |
| **M. Audit & Consulting** - Test books and records of investment accounts and corporations to ensure integrity and compliance - Provide services and FinTech implementation to mitigate audit weakness and other matters | NA | NA | NA | NA | CUSIP, Ticker Symbol, FIGI, RIC |
| **N. Regulator** - Monitor activity across financial services ecosystem as well as within any one firm | NA | NA | NA | NA | CUSIP, Ticker Symbol, FIGI, RIC |
| **Other - Digital Asset Service Providers** - Use case of tokenizing a US Equity or Debt Instrument | Ticker Symbol, FIGI or RIC, CUSIP, High-Level Fields, Digital Asset Code | NA | NA | Ticker Symbol, FIGI or RIC, CUSIP, High-Level Fields, Digital Asset Code | CUSIP, Ticker Symbol, FIGI, RIC |

**APPENDIX C**

**TEMPLATE CGS USE OF SERVICE STATEMENT**

C-1



**CUSIP Use of Service Statement**

Please complete this CUSIP Use of Service Statement which will be incorporated into the
CGS Agreement and subject to an annual affirmation of usage.

An agreement is required when a user obtains access to an electronic data feed, bulk download, or similar capability of CUSIP, CINS and CGS ISINs (collectively "CGS Identifiers") and related descriptive data ("CGS Data") - either directly from CGS or indirectly through one of CGS' authorized data vendors / information providers ("Authorized Data Vendors"), including outsourcing providers who furnish the benefit of CGS Data to indirect end user customers through some type of outsourced or managed solution. For additional information, please visit our website at https://www.cusip.com/services/license-fees.html.

**Company Information**

| | |
|---|---|
| Date: | Contact: |
| Company: | Address: |
| Parent Company: | City: |
| Company Website: | State / Province: |
| Affiliates listed in Section 14 (if applicable) | Zip / Postal Code: |

**1. Please provide a description of your company, its overarching business lines, and role(s) within its industry.**

**2. Our firm has access to these CGS Identifiers:** ☐ CUSIPs    ☐ CINS    ☐ CGS ISINs

**3. Our firm uses CGS Data in the following instrument types:**

☐ Stocks / Equities    ☐ Mutual Funds    ☐ Syndicated Loans    ☐ Private Credit
☐ Corporate Bonds    ☐ MBS (Pools)    ☐ Options / Futures    ☐ Private Equity/Venture Capital
☐ Municipal Bonds    ☐ Treasury / Govt Bonds    ☐ VCM Carbon Credits    ☐ Other ____

**4. Our firm receives CGS Data as follows:**

☐ Desktop Add-in    ☐ API    ☐ File Download    ☐ Bulk Feed    ☐ Hosted, Outsourced or Managed Solution (Provider:____)
☐ Other ____

**5. Our firm receives CGS Data from Authorized Data Vendors. Please include the Authorized Data Vendors(s), product(s), update frequency and capability** *(including but not limited to Bloomberg, Refinitiv, Six Financial Information, ICE Data Services, Ratings Agencies, BlackRock, S&P, Morningstar, MSRB, FINRA, Broadridge, Index Providers, Structured Finance Providers, outsourced or managed solutions (e.g., business process outsourcing; back-office outsourcing; trade processing; portfolio accounting; trust and fund accounting, or fund administration, as well as various other hosted, outsourced or managed solutions that offer middle-to-back-office "software as a service" solutions):*

**6. The following Industry Classification(s) describe(s) our firm's business(es):**

☐ Accounting Firm    ☐ Asset Management    ☐ Investment Banking
☐ Open & Closed End Funds    ☐ Audit/Consulting Firm    ☐ Private Banking
☐ Fund Administration    ☐ Insurance Company    ☐ Regulator/Government
☐ Broker-Dealer    ☐ Retail Bank    ☐ Corporate/Government Pension
☐ Wealth Management    ☐ Treasury    ☐ Other ____

**7. *Use and Count:* Please provide a summary of how your company accesses, uses, or otherwise benefits from CGS Data in the operation of your business(es) (including but not limited to, position management, performance, attribution, accounting, reconciliation, pricing, risk, trading (including pre-trade research and analytics), trade confirmation and settlements, corporate action processing, collateral management, pre and post trade compliance, reporting and maintaining the firm's security master.). This should include use within any outsourced or managed solutions.**

CUSIP® is a registered trademark of the American Bankers Association.
CUSIP Global Services is managed on behalf of the American Bankers Association by FactSet Research Systems Inc.

Our firm has access to, and/or usage of, the following **total** number of unique CGS Identifiers (The count of CGS Identifiers should include all unique CGS Identifiers that your firm ultimately receives the benefit of in order to support or operate any part of its internal business processes or operations, regardless of where such CGS Identifiers are stored, processed or maintained.):

☐ Under 500          ☐ Up to 5,000          ☐ Up to 20,000          ☐ Up to 40,000
☐ Up to 2,500        ☐ Up to 10,000         ☐ Up to 30,000          ☐ More than 40,000

**8. Our firm benefits from access to and/or usage of CGS Data in the following geographic region(s). Please include all geographic regions that your firm ultimately receives the benefit of CGS Data in order to support or operate any part of its internal business processes or operations, regardless of where such CGS Identifiers are stored, processed or maintained. Please do NOT select a region based on the domicile of a particular security:**

| <u>North America</u> | <u>South America</u> | <u>Europe</u> | | <u>Middle East & Africa</u> | <u>Asia/Pacific</u> | |
|---|---|---|---|---|---|---|
| ☐ USA | ☐ Argentina | ☐ UK | ☐ Spain | ☐ Israel | ☐ Australia | ☐ China |
| ☐ Canada | ☐ Brazil | ☐ France | ☐ Germany | ☐ U.A.E | ☐ Korea | ☐ Singapore |
| ☐ Mexico | ☐ Colombia | ☐ Switzerland | | ☐ South Africa | ☐ Japan | ☐ Hong Kong |
| ☐ Caribbean | ☐ Other ____ | ☐ Italy | | ☐ Other ____ | ☐ India | ☐ Other ____ |
| ☐ Other ____ | | ☐ Other ____ | | | | |

**9. CGS Data ☐ <u>will</u> / ☐ <u>will not</u> be included in Retail and/or Institutional Client Statements** containing **client holdings only** (including trading & settlement) with associated CGS Data and be provided to clients in **Print, Electronic (*read-only format*),** and **Web Access to a secure client account** (*limited file download of up to 500 CGS Identifiers on a monthly basis – client's holdings only. If your firm sends more than 500 CGS Identifiers on a monthly basis, please describe in Section 10*).

**10. The following describes our firm's external use, display and/or distribution of CGS Data, including which data elements are distributed externally, for what purpose they are distributed and to whom they are delivered. Please explain all scenarios (i.e. - products & services, website, etc.):**

**11. Our firm offers the following types of products, services, and capabilities that display or distribute CGS Data:**

| | | |
|---|---|---|
| ☐ Reference Data Provider | ☐ Evaluated Pricing | ☐ Market Data Aggregator |
| ☐ Indices Provider | ☐ Credit Ratings Agency | ☐ Structured Finance Data Provider |
| ☐ Stock Exchange | ☐ Hosted Solution Provider | ☐ Correspondent Clearing Service |
| ☐ Trust Services Provider | ☐ Software Solutions / Facilitator | ☐ Custody Services |
| ☐ Fundamental Data Analysis / Research Provider | ☐ Outsourcing (e.g. IT, Operations, Data Management, Back Office Services) | ☐ Portfolio Risk & Analytics Provider |
| | | ☐ Other ____ |

**12. Our firm markets the following products that distribute CGS Data. Please include the names and locations of these products and services:**

☐ Display Product (including Web, Desktop Add-in, Terminal)

☐ Bulk Download/Feeds (including Portfolio extract, API)

☐ Other (including Print)

**13. Does your firm store, process, update or maintain CGS Data on your client's behalf? ☐Yes ☐No**
**If yes, please name and describe the service(s)**

**14. Please list all Affiliates with access to and usage of the CGS Data, including the percentage of ownership.**
(All Affiliates listed below must comply with the definition ascribed in the License Agreement and each Affiliate's use must comply with the scope provided for in the UOSS)

| Legal Entity Name | % of Ownership |
|---|---|
| | |

CUSIP® is a registered trademark of the American Bankers Association.
CUSIP Global Services is managed on behalf of the American Bankers Association by FactSet Research Systems Inc.

# APPENDIX D

# MATERIALS RELIED UPON

<u>Bates-Stamped Documents</u>

-
- 
- 
- 
- 
- 
- FRSI00008107
- FRSI00025655
- FRSI00026071
- FRSI00026993
- FRSI00036670
- FRSI00048084
- FRSI00055650
- FRSI00060445
- FRSI00075623
- FRSI00087277
- FRSI00127288
- FRSI00127337
- FRSI00172633
- FRSI00180883
- FRSI00198228
- FRSI00259093
- FRSI00259101
- FRSI00265538

- FRSI00370172
- FRSI00615340
- FRSI01068804
- FRSI01345671
- FRSI01349602
- FRSI01416467
- FRSI01416522
- FRSI01416559
- FRSI01416657
- FRSI01417671
- FRSI01429077
- FRSI01430694
- FRSI01431066
- FRS101266979
- 
- 
- 
- 
- 
- 
- 
- 

<u>Depositions</u>

<u>Depositions</u>

-  Dep. Tr.
-  Dep. Tr.
-  Dep. Tr.
-  Dep. Tr.
-  Dep. Tr.

- ██████████████████████████ Dep. Tr.
- Dinosaur Financial Group 30(b)(6) (Perez-Santalla) Dep. Tr.
- Elhauge, Einer Dep. Tr.
- ████████████████ Dep. Tr.
- ███████████████ r) Dep. Tr.
- ███████████████ Dep. Tr.
- ███████████ Dep. Tr.
- █████████████ Dep. Tr.
- ███████████████ Dep. Tr.
- Lenz, Frank Dep. Tr.
- ███████████████ Dep. Tr.
- Miller, Arthur Dep. Tr.
- ██████████ Dep. Tr.
- ███████████ Dep. Tr.
- ██████████████ Dep. Tr.
- █████████████ Dep. Tr.
- █████████████ ) Dep. Tr.

Declarations

- ███████████████ Declaration
- ███████████ Declaration
- ████████████ Declaration
- ████████████ Declaration
- ███████████████ ) Declaration
- ██████████████ Declaration
- ██████████ Declaration, April 11, 2025.

Interrogatory Responses

- ██████ Responses to Defendant American Bankers Association's Interrogatories
- ██████ Supplemental Responses and Objections to Defendant American Bankers Association's Interrogatories
- ███████ Responses and Objections to Defendant S&P Global, Inc.'s Interrogatories
- Dinosaur Financial Group LLC's Responses and Objections to Defendant FactSet Research Systems Inc.'s Second Set of Interrogatories
- Dinosaur Financial Group LLC's Responses and Objections to Defendant S&P Global, Inc.'s Second Set of Interrogatories

- ██████████ Responses and Objections to Defendant American Bankers Association's Interrogatories
- ██████████ Response and Objections to Defendant American Bar Association's Interrogatories
- Hildene Capital Management, LLC's Responses and Objections to Defendant FactSet Research System Inc.'s Second Set of Interrogatories
- Hildene Capital Management, LLC's Responses and Objections to Defendant S&P Global, Inc.'s Second Set of Interrogatories
- █████████████████ Supplemental Response and Objections to American Bankers Associations' Interrogatories
- ████████ Response and Objections to American Bankers Associations' Interrogatories
- Swiss Life Investment Management Holding AG's Responses and Objections to Defendant FactSet Research Systems Inc.'s Second Set of Interrogatories
- Swiss Life Investment Management Holding AG's Responses and Objections to Defendant S&P Global, Inc.'s Second Set of Interrogatories
- ████████████ Response and Objections to Defendant FactSet Research Systems, Inc. Interrogatories
- ████████████ Response and Objections to American Bankers Association's Interrogatories

Plaintiffs' Expert Reports

- Elhauge, Einer Expert Report
- Miller, Arthur Expert Report
- Powell, James Expert Report

Case Documents

- ECF 87, Second Amended Class Action Complaint

Academic Sources

- Meyn, Cynthia. Journal of Security and Operations Custody, Volume 17, Number 1; "The Benefits of CUSIP Non-Permanence: Reverse Splits", November 2024.

Public Sources

- Accredited Standards Committee X9, Inc. "ASC X9 Publishes U.S. Standard for the Financial Instrument Global Identifier". https://x9.org/asc-x9-publishes-u-s-standard-for-the-financial-instrument-global-identifier/; dated July 29, 2021.

D-3

- Accredited Standards Committee X9, Inc."CUSIP Re Approved as U.S. Standard for Securities Identification". https://x9.org/cusip-re-approved-as-u-s-standard-for-securities-identification/; dated February 3, 2021.
- AdvisorHub. "Tally of Brokerage Firms Continues to Shrink, Fee-Only Firms on the Rise". https://www.advisorhub.com/tally-of-brokerage-firms-continues-to-shrink-fee-only-firms-on-the-rise/.
- A-Team Insight Blogs. "CUSIP Adopted as Numbering Scheme in New Syndicated Loan Service". https://a-teaminsight.com/blog/cusips-adopted-as-numbering-scheme-in-new-syndicated-loan-service/; published November 1, 2004.
- Bayview Asset Management. "About Us". https://www.bayview.co.jp/en/about/feature/index.html#:~:text=A%20broad%20base%20of%20clients,schemes%2C%20and%20fulfilling%20disclosure%20requirements.
- Bitcoin Magazine; "The Birth of BCH: The First Crazy Days of 'Bitcoin Cash'". https://bitcoinmagazine.com/technical/birth-bch-first-crazy-days-bitcoin-cash; published August 3, 2017.
- Bitcoin Magazine. "What is XBT". https://bitcoinmagazine.com/glossary/xbt#:~:text=XBT%20is%20the%20ISO%204217,codes%2C%20follows%20a%20different%20logic; published December 6, 2024.
- BlackRock. "BlackRock Institutions". https://www.blackrock.com/institutions/en-us/our-clients#:~:text=BlackRock%20serves%20institutional%20clients%20who%20help%20millions,ministries%2C%20future%20generation%20funds%20and%20multilateral%20organizations.
- Bloomberg. "What's in a name? The Bloomberg Global ID is reborn as the FIGI". https://www.bloomberg.com/company/press/whats-name-bloomberg-global-id-reborn-figi/.
- Bloomberg December 17, 2024 FDTA Comment Letter, https://www.sec.gov/comments/s7-2024-05/s7202405-548555-1571942.pdf.
- Bloomberg October 21, 2024 FDTA Comment Letter, https://www.sec.gov/comments/s7-2024-05/s7202405-533215-1528962.pdf.
- Bloomberg Professional Services. "A better solution for identifying syndicated loans? The FIGI ID system provides consistency and transparency". https://www.bloomberg.com/professional/insights/financial-services/better-solution-identifying-syndicated-loans-figi-id-system-provides-consistency-transparency/; published June 3, 2016.
- The Business Transformation & Operational Excellence Awards. "What is Financial Services?". https://insights.btoes.com/what-is-financial-services.
- CAIS Group. "Welcome to CAIS – Transforming the World of Alternative Investing". https://www.caisgroup.com/.

- Charles River. "Charles River Development to Be Acquired by State Street Corporation". https://www.crd.com/news/press-releases/2018/charles-river-development-to-be-acquired-by-state-street-corporation/#:~:text=The%20acquisition%20is%20subject%20to%20regulatory%20approvals,different%20supplier%20components%20and%20services%20as%20desired; dated July 20, 2018.

- Cohen, Gregory J., Melanie Friedrichs, Kamran Gupta, William Hayes, Seung Jung Lee, W. Blake Marsh, Nathan Mislang, Maya Shaton & Martin Sicilian (2018). "The U.S. Syndicated Loan Market: Matching Data," Finance and Economics Discussion Series 2018-085. Washington: Board of Governors of the Federal Reserve System. https://doi.org/10.17016/FEDS.2018.085.

- Commodity Futures Trading Commission. "Swap Execution Facilities (SEFs)". https://www.cftc.gov/IndustryOversight/TradingOrganizations/SEF2/index.htm.

- Coinbase. "Explore Crypto". https://www.coinbase.com/en-es/explore/s/listed.

- CoinCodex." ISO 2022 Crypto: List of Compliant Coins & Tokens in 2025". https://coincodex.com/article/27964/iso-20022-crypto/.

- Congressional Research Service. "Regulation Best Interest (Reg BI): The SEC's Rule for Broker-Dealers". https://www.congress.gov/crs_external_products/R/PDF/R46115/R46115.3.pdf; updated January 30, 2020.

- The Corporate Finance Institution. "Stock Exchange Daily Official List (SEDOL)". https://corporatefinanceinstitute.com/resources/career-map/sell-side/capital-markets/stock-exchange-daily-official-list-sedol/#:~:text=The%20Context%20of%20Assigning%20SEDOL%20Codes,-Several%20reasons%20underlie&text=They%20include%20reclassifications%2C%20change%20of,SEDOLS%20codes%20are%20issued%20sequentially.

- Cryptorank. "What is ISO 2022 compliance for crypto coins? Is it a 'must have' for crypto adoption?". https://cryptorank.io/news/feed/a74e9-whats-iso-20022-compliance-for-crypto-coins; published December 17, 2024.

- CUSIP Global Services.  "CUSIP Global Services Teams with Aumni, Inc., a J.P. Morgan company, to Offer CUSIP Identifiers for Private Companies". https://www.globenewswire.com/news-release/2025/06/10/3096575/0/en/CUSIP-Global-Services-Teams-with-Aumni-Inc-a-J-P-Morgan-company-to-Offer-CUSIP-Identifiers-for-Private-Companies.html, dated July 10, 2025.

- CUSIP Global Services; "Supporting efficient global capital markets". https://www.cusip.com/identifiers.html.

- CUSIP Global Services. "We are the trusted originators of quality identifiers and descriptive data". https://www.cusip.com/about/history.html.

- Danaher, Coleen; Dhungel, Bidhya & Xenick, Mike. IIUSA. "Understanding Audits & Fund Administration Under the Reform & Integrity Act". https://iiusa.org/blog/understanding-audits-fund-administration-under-ria/#:~:text=An%20Overview%20of%

D-5

20Fund%20Administration,this%20percentage%20increased%20to%2090%25;
published November 30, 2022.

- DemandSage. "FinTech Statistics (2025) - Companies, Adoptions Rates".
  https://www.demandsage.com/fintech-statistics/; published August 21, 2025.

- Derivatives Service Bureau. "The CFTC, SEC and DSB address key industry questions
  ahead of the go live of US UPI regulatory reporting". https://www.anna-dsb.com/
  2024/01/26/the-cftc-sec-and-dsb-address-key-industry-questions-ahead-of-the-go-live-of-
  us-upi-regulatory-reporting/.

- DTCC. "DTC Member Directories". https://www.dtcc.com/client-center/dtc-directories;
  dated October 31, 2025.

- DTCC. "An Introduction to DTCC".
  https://www.sechistorical.org/collection/papers/2010/2010_0701_DTCCServices.pdf;
  published 2010.

- DWC The 401k Experts. "Who Are All the Providers Servicing My Plan & What Do
  They Do?". https://www.dwc401k.com/blog/who-are-the-providers-servicing-my-plan-
  what-do-they-do.

- European Central Bank. "How the Euro Became Our Money". https://www.ecb.europa.
  eu/pub/pdf/other/euro_became_our_moneyen.pdf; published 2007.

- Extractable. "By the Numbers – Mega Banks vs. Community Banks".
  https://www.extractable.com/insights/by-the-numbers-mega-banks-vs-community-
  banks/; dated July 1, 2018.

- Finance Strategists. "Capital Markets". https://www.financestrategists.com/wealth-
  management/alternative-investment/capital-market/?msclkid=3559cd40cf691
  140a41fa4584d1cda7e; published June 8, 2023.

- Financial News. "Deutsche Borse switches to ISIN". https://www.fnlondon.com/articles/
  deutsche-borse-switches-to-isin-20021209.

- Finextra. "LSTA and S&P to provide CUSIP lsin numbers for syndicated loans".
  https://www.finextra.com/pressarticle/2297/lsta-and-sp-to-provide-cusip-isin-numbers-
  for-syndicated-loans; dated October 13, 2004.

- FINRA. "EBS Submissions Following Implementation of the Option Symbology
  Initiative". https://www.finra.org/rules-guidance/notices/09-18; published March 30,
  2009.

- FINRA. "TRACE ABS and ABSX Reference Data Availability".
  https://www.finra.org/filing-reporting/trace/technical-notices/trace-abs-and-absx-
  reference-data-availability#:~:text=To%20give%20firms%20adequate%20time,for%20
  each%20roster%20of%20securities; dated April 27, 2015.

- FINRA. "Web API Specifications for the TRACE Treasury Securities File Downloads".
  https://www.finra.org/sites/default/files/2024-01/TRACE_API_File_Downloads_
  TS_v3.1_05_15_2023.pdf; dated May 15, 2023.

- Hildene Capital Management. "Insurance Solutions". https://www.hildenecap.com/what-we-do/insurance-solutions/.
- IBM. "What is business process outsourcing (BPO)?". https://www.ibm.com/think/topics/business-process-outsourcing.
- International Standard. "Financial services – Unique transaction identifier (UTI)". https://cdn.standards.iteh.ai/samples/77308/49b5fa7d44644e358111aa18bc5b4bc8/ISO-23897-2020.pdf.
- ISO; "About ISO".  https://www.iso.org/about.
- ISO. "ISO 23897". https://cdn.standards.iteh.ai/samples/77308/49b5fa7d44644e358111aa18bc5b4bc8/ISO-23897-2020.pdf.
- ISO. "ISO 4217:2015". https://www.iso.org/standard/64758.html.
- ISO. "ISO 6166:2021". https://www.iso.org/standard/78502.html.
- ISO. "What is FinTech?" . https://committee.iso.org/sites/tc68/home/articles/content-left-area/articles/what-is-FinTech.html; dated February 20, 2020.
- International Securities Identification Numbers Organization (ISIN); "About International Securities Identification Numbers (ISIN)". https://www.isin.org/isin/.
- International Securities Identification Numbers Organization. "Convert WKN to ISIN". https://www.isin.org/convert-wkn-to-isin.
- International Securities Identification Numbers Organization. "Convert VALOR to ISIN". https://www.isin.org/convert-valor-to-isin/.
- Investopedia. "Understanding Red Herring Prospectus: Definition, Benefits, and Example".  https://www.investopedia.com/terms/r/redherring.asp; published October 3, 2025.
- Investopedia. "Understanding SEDOL Codes: A Guide to UK Stock Identification". https://www.investopedia.com/terms/s/sedol.asp#:~:text=SEDOL%20stands%20for%20Stock%20Exchange,accurate%20settlement%20in%20financial%20markets.
- Investopedia. "What are Asset Classes? More Than Just Stock and Bonds". https://www.investopedia.com/terms/a/assetclasses.asp; published July 26, 2025.
- J.P. Morgan. "Expanding access to standardized identifiers in private markets". https://www.jpmorgan.com/insights/markets-and-economy/markets/standardized-identifier-access-private-markets.
- J.P. Morgan. "Goodbye LIBOR, hello SOFR". https://www.jpmorgan.com/insights/markets-and-economy/markets/the-global-move-away-from-LIBOR; published April 14, 2022.
- Kyriba. "About Us". https://www.kyriba.com/company/about-kyriba/.
- Kyriba. "Navigate Currency Volatility with Confidence"; "Comprehensive Valuations & Accounting"; "FX Analytics"; "Automated Deal Tracking". https://www.kyriba.com/use-cases/fx-risk/.

- Liu, Qianhua, Ka-Ching Chan, & Ranga Chimhundu. *Fintech research: systematic mapping, classification, and future directions.* Financial Innovation 10, 24, January 2024. https://doi.org/10.1186/s40854-023-00524-z.
- London Stock Exchange, Plc ("LSE"); "SEDOL Masterfile". https://www.lseg.com/content/dam/lseg/en_us/documents/sedol/sedol-masterfile-faqs-170321.pdf; published 2020; copyright 2021.
- LSEG Data & Analytics. "DataScope Plus Securities Data". https://www.lseg.com/en/data-analytics/products/datascope-plus-securities-database.
- LSEG Data & Analytics. "Data Identifiers – Symbology". https://www.lseg.com/en/data-analytics/market-data/data-analytics-pricing/data-symbology#t-ric.
- LSEG Data & Analytics. "Discover New Possibilities". https://www.lseg.com/en/data-analytics.
- LSEG Data & Analytics. "LSEG Workspace". https://www.lseg.com/en/data-analytics/products/workspace.
- LSEG Data & Analytics. "Refinitiv has now changed to LSEG". https://www.lseg.com/en/data-analytics/refinitiv.
- Markets Media Group. "Markets Choice Awards: Best Data Provider Bloomberg". https://www.marketsmedia.com/best-data-provider-bloomberg/#:~:text=Bloomberg%20Reference%20Data%20Services%20give,or%20an%20official%2C%20master%20version; dated February 20, 2014.
- Marsh, W. Blake and Laliberte, Brendan. The Federal Reserve Bank of Kansas City. "The Implications of Unrealized Losses for Banks". https://www.kansascityfed.org/research/economic-review/the-implications-of-unrealized-losses-for-banks/.
- Mercurius. "Financial Responsibilities of Broker Dealers in the U.S.". https://masllp.com/financial-responsibility-of-broker-dealers-in-us/#:~:text=Apart%20from%20keeping%20records%2C%20broker,as%20their%20finances%20are%20concerned; published November 19, 2024.
- NAIC. "Adoptions by the Statutory Accounting Principles (E) Working Group". https://content.naic.org/committees/e/statutory-accounting-principles-wg/adoptions.
- NAIC. "Data Products Schedules D, DA and DB". https://content.naic.org/prod_serv_idp_sched_d.htm#:~:text=Schedules%20D%2C%20DA%2C%20and%20DB%20are%20used,Property/Casualty%20*%20Life/Accident/Health%20*%20Health%20*%20Title
- Open FIGI. "FIGI Search". https://www.openfigi.com/search?marketSector=All&searchTerms=BTC.
- PIMCO. "Institutional Insights, Portfolio Analysis, and Dedicated Support". https://www.pimco.com/us/en/resources/pimco-pro.
- PIMCO. "PIMCO at a Glance". https://www.pimco.com/hk/en/documents/eaa90e154858b0fcb2e9b6c61b3d85c11b0bad0d7aff2005eed624de5b0755d5d37c4a34f6037f1171ecc6d5603fb4fd.

- SIFMA. "TBA Market Fact Sheet". https://www.sifma.org/resources/general/to-be-announced-tba-market-fact-sheet; published 2015.
- Skadden Arps Slate Meagher & Flom LLP. "Stock Tickers, Trademarks And The Potential For Conflict". https://www.skadden.com/-/media/files/publications/2017/12/stocktickerstrademarksandthepotentialforconflict.pdf; published in 2017.
- S&P Global. "S&P Global Expands Private Markets Offering with Private Credit Identifiers Using LoanX IDs". https://press.spglobal.com/2025-06-24-S-P-Global-Expands-Private-Markets-Offering-With-Private-Credit-Identifiers-Using-LoanX-IDs; dated June 24, 2025.
- S&P Global Market Intelligence. "ClearPar Loan Trade Settlement". https://cdn.ihsmarkit.com/www/pdf/0823/ClearPar-Trade-Settlement.pdf;  copyright 2023.
- Li, Zhangti; Guo, Wenbin Guo Gao, Yabing; Yang; and Kang, Lin, "A Large Language Model-Based Approach for Data Lineage Parsing" at 2.1, *Electronics* 14, no. 9: 1762 (2025), https://doi.org/10.3390/electronics14091762.
- Six Group. "Market Data – Monitor Today's Trading Activity on SIX Swiss Exchange". https://www.six-group.com/en/market-data.html.
- Singh, Balkar and Kasana, Geeta. Sage Journals; "A review of digital watermarking techniques: current trends, challenges and opportunities". https://journals.sagepub.com/doi/10.3233/WEB-230280; published January 18, 2024.
- Stanford Business. "Download Data from the LSEG Workspace Excel Add-In Formula Builder". https://gsb-research-help.stanford.edu/library/faq/374648.
- Statistica. "Number of FDIC-insured commercial banks in the United States from 2000 to 2024". https://www.statista.com/statistics/184536/number-of-fdic-insured-us-commercial-bank-institutions/#:~:text=Table_title:%20Number%20of%20FDIC%2Dinsured%20commercial%20banks%20in,2019%20%7C%20Number%20of%20banks:%204%2C526%20%7C.
- Statrys. "CNY vs CNH vs RMB: Key Difference and Exchange Rates". https://statrys.com/blog/cnh-vs-cny-differences-chinese-renminbi; published July 4, 2024.
- Stone Ridge Asset Management. "Institutional Investors". https://www.stoneridgeam.com/institutional-investors#:~:text=Investment%20Solutions%20for%20Institutions%20%7C%20Stone,same%20vehicles%20as%20our%20partners.
- Swiss Life Asset Managers. "Investing with Swiss Life Asset Managers". https://ch.swisslife-am.com/en/home/funds-invest.html.
- TastyTrade. "Available Cryptocurrencies".  https://tastytrade.com/learn/trading-products/cryptocurrency/available-cryptocurrencies/.

- Thompson, Travis, "Data Lineage is Strategy: Beyond Observability and Debugging," *Modern Data 101*, https://moderndata101.substack.com/p/data-lineage-is-strategy-beyond-observability.
- Traction. "Crypto-Asset Identifiers – (DTIs) As Underlyers for UPIs". https://tractionfintech.com/emir/crypto-asset-identifiers-dtis-as-underliers-for-upis/#:~:text=What%20is%20a%20DTI?,registry%20and%20not%20used%20again.
- Ultimus. "Commingled Vehicles". https://www.ultimusfundsolutions.com/our-services/registered-funds/commingled-vehicles/#collective.
- Ultimus. "Fund Accounting". https://www.ultimusfundsolutions.com/our-services/registered-funds/fund-services/fund-accounting/#:~:text=Ultimus'%20fund%20accounting%20services%20include:%20*%20A,*%20New%20York%20*%20Ohio%20*%20Nebraska.
- U.S. Securities and Exchange Commission. "Commission Statement on T+2 Implementation". https://www.sec.gov/newsroom/press-releases/2017-163; dated September 11, 2017.
- Wells Fargo, Wells Fargo Advisors. "Invest Your Way". https://sites.wf.com/wfa-investing-options/?cid=SG2400032840&&msclkid=52def00b3280141df3b2992955ba0c42&gclid=52def00b3280141df3b2992955ba0c42&gclsrc=3p.ds&gad_source=7&gad_campaignid=19940622889.
- Wikipedia. "ASC X9". https://en.wikipedia.org/wiki/ASC_X9.
- Wikipedia. "CUSIP". https://en.wikipedia.org/wiki/CUSIP.Wikipedia; "Financial Instrument Global Identifier". https://en.wikipedia.org/wiki/Financial_Instrument_Global_Identifier.
- Wikipedia. "ISO 4217". https://en.wikipedia.org/wiki/ISO_4217.
- Wikipedia. "Option Symbol". https://en.wikipedia.org/wiki/Option_symbol.
- Wikipedia. "SEDOL". https://en.wikipedia.org/wiki/SEDOL.
- Willmer, Sabrina; Stein, Charles; and, Son, Hugh. Bloomberg Business. "BlackRock's $1 Trillion JPMorgan Move Shows Cost Strategy." https://www.bloomberg.com/news/articles/2017-01-25/blackrock-to-move-1-trillion-to-jpmorgan-from-state-street?embedded-checkout=true; published January 25, 2017.
- Wilshire. "U.S. Corporate Pension plans Funding Status – October 2025". https://www.wilshire.com/press-releases/u-s-corporate-pension-plans-funding-status-october-2025.
- WM Datenservice. "Master File (GAT)". https://www.wmdatenservice.com/en/product/gat/.
- ZeroHash. "Where Transactions Move at the Speed of Ideas". https://zerohash.com/.
- Zippia; "Asset manager demographics and statistics in the US". https://www.zippia.com/asset-manager-jobs/demographics/.

D-10