UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X

DINOSAUR FINANCIAL GROUP LLC,  :
HILDENE CAPITAL MANAGEMENT,  :
LLC and SWISS LIFE INVESTMENT  :
MANAGEMENT HOLDING AG, on behalf:
of themselves and all others similarly  :
situated,  :

  :

              Plaintiffs,  :     Case No. 1:22-cv-1860-KPF

  :

     -against-  :

  :

S&P GLOBAL, INC., AMERICAN  :
BANKERS ASSOCIATION, and FACTSET:
RESEARCH SYSTEMS INC.,  :

  :

          Defendants.  :

------------------------------------------------------- X

## REPLY DECLARATION OF GREGORY K. ARENSON IN SUPPORT OF PLAINTIFFS' MOTION TO EXCLUDE TESTIMONY OF DR. LAUREN J. STIROH

I, Gregory K. Arenson, declare:

1.     I am a partner in Kaplan Fox & Kilsheimer LLP, one of the interim class counsel for the plaintiffs Dinosaur Financial Group LLC, Hildene Capital Management, LLC, and Swiss Life Investment Management in the above-captioned litigation. I am a member in good standing of the bar of the State of New York, and I have been admitted to practice in the United States District Court for the Southern District of New York. I have personal knowledge of the matters referenced in this declaration, and, if called to testify, I could and would testify competently about them.

2.     Attached as Exhibit 8 is a true and correct copy of excerpts from the transcript of the January 7, 2026 deposition of Dr. Lauren J. Stiroh, including pages 1-7, 149-71, and 294-301, and the errata sheet.

3.      Attached as Exhibit 9 is a true and correct copy of excerpts from the transcript of the January 16, 2026 deposition of Professor Jorge Contreras, including pages 1-5, 201-12, and 257-59, and the errata sheet.

4.      Attached as Exhibit 10 is a true and correct copy of excerpts from the transcript of the January 13, 2026 deposition of Ms. Cynthia L. Meyn, including pages 1-7, 232-40, and 267-71, and the errata sheet.

5.      Attached as Exhibit 11 is a true and correct copy of excerpts from the transcript of the March 7, 2025 deposition of the Rule 30(b)(6) witness for Bloomberg, LP, Jennifer Cole, including pages 1-7, 38-47, and 127-39 and Errata Sheet for the Deposition Transcript of Jennifer Cole.

6.      Attached as Exhibit 12 is a true and correct copy of excerpts from the transcript of the March 11, 2025 deposition of Roger Fahy, including pages 1-5, 173-81, and 259-61 and errata sheet.

7.      Attached as Exhibit 13 is a true and correct copy of excerpts from the transcript of the March 4, 2025 deposition of the Rule 30(b)(6) witness for ███████████████, including pages 1-6, 68-77, and 304-06.

8.      Attached as Exhibit 14 is a true and correct copy of excerpts from the transcript of the December 11, 2024 deposition of the Rule 30(b)(6) witness for ███████████ including pages 1-6, 36-46, 211, and 214.

9.      Attached as Exhibit 15 is a true and correct copy of excerpts from the transcript of the January 14, 2025 deposition of David Hunter, including pages 1-7, 148-60, and 381-84 and errata sheet.

10.     Attached as Exhibit 16 is a true and correct copy of excerpts from the transcript of the April 1, 2025 deposition of David Hunter, including pages 1-5, 47-56, and 318-23 and errata sheet.

11.     Attached as Exhibit 17 is a true and correct copy of Plaintiff Dinosaur Financial Group LLC's Responses and Objections to Defendant S&P Global, Inc.'s Second Set of Interrogatories dated December 11, 2024.

12.     Attached as Exhibit 18 is a true and correct copy of Plaintiff Hildene Capital Management, LLC's Responses and Objections to Defendant S&P Global, Inc.'s Second Set of Interrogatories dated December 11, 2024.

13.     Attached as Exhibit 19 is a true and correct copy of Plaintiff Swiss Life Investment Management Holding AG's Responses and Objections to Defendant S&P Global, Inc.'s Second Set of Interrogatories dated December 11, 2024.

14.     Attached as Exhibit 20 is a true and correct copy of an undated document entitled "Revenue line-item descriptions," ABA-0000028927 – 29.

15.     Attached as Exhibit 21 is a true and correct copy of PX-519, FRSI00087277 – 94, including the CUSIP Global Services Subscription Agreement for Hildene Capital Management, LLC dated August 21, 2021.

16.     Attached as Exhibit 22 is a true and correct copy of PX-521, FRSI00134497 – 513, including the CUSIP Global Services Subscription Agreement for Swiss Life Investment Management Holding AG dated July 1, 2019.

17.     Attached as Exhibit 23 is a true and correct copy of PX-520, FRSI00370172 – 84, the CUSIP Global Services Subscription Agreement for Dinosaur Financial Group, LLC dated May 31, 2020.

18.    Attached as Exhibit 24 is a true and correct copy of FRSI01173749 – 70, a pair of emails dated February 23 and 24, 2021, between CGS's Scott Preiss and John Chappell, with attachments including Inside the CGS Identification System.

19.    Attached as Exhibit 25 is a true and correct copy of CUSIP_db Master File User Documentation, FRSI01417360 – 420.

20.    Attached as Exhibit 26 is a true and correct copy of FRSI01450061 – 81, a series of emails from May 2019, the last of which is an email from CGS's Gerard Faulkner to Albert Parisi, attaching a copy of Inside the CGS Identification System.

21.    Attached as Exhibit 27 is a true and correct copy of CUSIP/CINS_db Master File file version 16 User Documentation, FRSI01498548 – 622.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 13, 2026.

Gregory K. Arenson
Gregory K. Arenson

4

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served on all parties through

their counsel of record via the Court's CM/ECF system, on May 13, 2026.

*Gregory K. Arenson*

Gregory K. Arenson