# EXHIBIT 20
# SEALED