# Exhibit 25



# CUSIP_db Master File

# User Documentation

CONFIDENTIAL

FRSI01417360

# CUSIP_db Master File                    User Documentation

- Product Overview                                    2

- Field Definitions:                                    7

    - Issuer

    - Issue

    - Issue Attributes

    - Extended Attributes


Exhibit A –  CFI Codes
Exhibit B –  CUSIP Abbreviations
Exhibit C –  CUSIP System
Exhibit D –  ISO Domicile and Currency Codes
Exhibit E –  Holiday Schedule
Exhibit F –  Issue Attributes Glossary

Sample Data

CONFIDENTIAL                                    FRSI01417361

## CUSIP_db Master File Product Overview

➢ **The Service**
CUSIP_db Master File Service provides 9-character CUSIP numbers, standardized descriptions and additional data attributes for over 6 million corporate, municipal and government securities offered in the United States and Canada.  The service is also available for Corporates only and Municipals only.

The Mortgage-Backed Pool, PPN (Private Placement Numbers for Insurance Company holdings), CINS (CUSIP International), Syndicated Loan and Option Services are available separately.

➢ **About the Files**
CUSIP_db comprises the following files: Issuer, Issue, Issue Attributes, Extended Attributes
- Issuer file contains standardized Issuer Names
- Issue file contains security descriptions and basic information such as coupon, dated date and maturity
- Issue Attribute file contains data elements collected by CUSIP since 1997
- Extended Attribute File contains issues with Nasdaq Portal indicators, Other Tax Exempt indicator and related state code, and issues whose information has been certified by the issuer (only equity issues are being certified at this time)

CUSIP_db is initialized with a full Master File; subsequent updates are in the same format. Updates are either replacement records or additions to the file.  No physical deletions are made.  Subscribers are entitled to one master file refresh annually at no additional charge.

The following individual services have the same data format and procedures as CUSIP_db: Municipal, Corporate, Certificate of Deposit, Mutual Fund and PPN services.

**CUSIP_db Features**
- Corporate, Municipal and Government issues
- Intraday, daily and weekly delta files are available via ftp
- Up to 50 data attributes per security

**Benefits**
- Reduces implementation expenses
- Quick implementation and reduced programming lead times

**System Requirements**
- Relational database such as Oracle, IBM DB2, Sybase, etc.
- Any platform that will support a recognized relational database
- Approximate storage requirement:  one gigabyte hard disk storage

**CUSIP_db Master File User Documentation**       2

CONFIDENTIAL                                                                 FRSI01417362

**Technical Information and Assistance for CUSIP_db and PPN_db Services**

<u>Contact</u>
CUSIP Customer Service     Phone:  (212) 438 - 6500       Fax:  (212) 438 - 6578
                           Email:  cusip_custservice@cusip.com


<u>Delivery</u>
Initial universe file and delta files are available via Internet FTP


<u>File Availability</u>  (each business day based on New York time)
- Intraday     1 File available at 12:00 pm  (data entered until noon)
               2 File available at 3:00 pm   (data entered from noon until 3:00 pm)
               3 File available at 7:00 pm   (data entered from 3:00 pm until 7:00 pm)

- Daily File available by 1 a.m. Tuesday through Saturday
- Weekly File available by 1 a.m. Friday
- Archived Files available



File Processing Notes:

- All files contain the CUSIP Issuer number (Issuer_Num); all files except the Issuer file can be linked by the Issuer_Num + Issue_Num.
- Every Issuer Name is linked to an Issuer Number.  Not every Issuer is linked to Issues in CUSIP_db (e.g., Issuer Name and Number is provided for Federal Agency mortgage pool issuers, Institutional CD Book Entry programs and Commercial Paper programs in the CUSIP_db Master File Service, but the issue level information is not provided).
- The CUSIP_db Issue Attributes file is an extension of the Issue file.  If there is a change to a data field in either file, both the Issue file and Issue Attributes file generate an update

**CUSIP_db Master File User Documentation**          **3**

CONFIDENTIAL                                                                      FRSI01417363

record.
- There are always complete updates within a record.  If there is a change to an Issue or Issue Attribute record an update will be generated for the Issue and Issue Attributes files, but the Issuer and Extended Attributes records will not be generated unless there is a change to data in those records.
- The delta file will contain the latest updated fields.  All changes will be reflected in a single record for the particular update frequency
Example of naming convention for CUSIP_db Master File with daily updates:

| | |
|---|---|
| Issuer File: | CMDmm-ddR.pip |
| Issue File: | CMDmm-ddE.pip |
| Issue Attributes File: | CMDmm-ddA.pip |
| Extended Attributes: | CMDmm-ddXA.pip |

-  To ensure the database is complete, if a change transaction comes through the delta file and the record does not exist in the client's database, insert the record as an Add.
-  Issuers or Issues flagged with a status of 'W' in a delta file will not be included in a subsequent master refresh file
-  Trailer Record:  A dummy CUSIP 999999 99 (Dummy CUSIP 999999 in the Issuer File) is used to provide the record count and update date in each file.
- File handling order:
     1) Issuer
     2) Issue
     3) Issue Attribute
     4) Extended Attributes

**<u>Securities coverage in CUSIP_db</u>:**
    **> Equity**
    American/Global Depositary Receipts
    Common Shares
    Exchange Traded Funds
    Indices
    Limited Partnerships
    Mutual Funds
    Preferred Shares
    Real Estate Investment Trusts
    Rights
    Unit Investment Trusts
    Warrants
    **> Debt**
    Asset Backed Securities
    Certificates of Deposit - Retail
    Certificates of Deposit - Institutional (issued subsequent to March 10, 2010)
    Collateralized Debt Obligations
    Collateralized Mortgage Obligations
    Corporate Bonds
    Medium Term Notes
    Mortgage Backed Securities
    Municipal Bonds
    Secondarily-Insured Securities

**CUSIP_db Master File User Documentation**    **4**

CONFIDENTIAL    FRSI01417364

Structured Products
U.S. Federal Government Agencies
U.S. Treasuries: Bonds, Bills, Notes
**> Other**
Capital Securities (Hybrids)
IAM Commercial Paper (issued subsequent to June 1, 2009)
Municipal Derivatives
Equity-linked and Index-linked Notes (Hybrids)
Restricted Issues: 144A and Reg D Private Securities
Trust Preferred (Hybrids)
Variable Annuities and other Insurance-related Products


Instrument types/identifiers not included in CUSIP_db
- Syndicated Loans
- Credit Derivatives (CLIPS/RED)
- Bankers Acceptances
- Discount Commercial Paper/Agency Discount Notes
- Mortgage Backed Pools
- Options
- CINS (CUSIP International Numbers)

**CUSIP_db Master File User Documentation**          **5**

CONFIDENTIAL

FRSI01417365

## CUSIP Data Elements

Primary Issuer Type (C=Corporate, G=Government, M=Municipal, O= Other Tax Exempt*)

- **Debt – General**



- **Equity Issues**

- **Debt – Municipal**

- **Certification Attributes (Equity)**

Note: Data elements in bold type have been collected subsequent to 1996. Prior to that time, data is not available for these issue attributes. CUSIP Global Services uses its best efforts to finalize the information in its database. Only data elements pertaining to a security type will be completed, based on documentation received.

\* The implementation of the OTE Indicator has been delayed pending further industry review.

**CUSIP_db Master File User Documentation**            **6**

                                                    FRSI01417366

## CUSIP_db Field Definitions

**Issuer File**



CONFIDENTIAL                                                    FRSI01417367



## Issue File

**CUSIP_db User Documentation**          **8**

CONFIDENTIAL

FRSI01417368



**CUSIP_db User Documentation**                    9

CONFIDENTIAL



## Issue Attributes File



**CUSIP_db User Documentation**                    10

CONFIDENTIAL                                                                                    FRSI01417370



**CUSIP_db User Documentation**                    11

CONFIDENTIAL                                                      FRSI01417371



**CUSIP_db User Documentation**                    12

CONFIDENTIAL                                                                    FRSI01417372



**CUSIP_db User Documentation**                    13

CONFIDENTIAL                                                            FRSI01417373



**CUSIP_db User Documentation**                    14

CONFIDENTIAL

FRSI01417374



**CUSIP_db User Documentation**          15

CONFIDENTIAL          FRSI01417375



**CUSIP_db User Documentation**            16

CONFIDENTIAL                                                                                    FRSI01417376



## Extended Attributes



**CUSIP_db User Documentation**                    17

CONFIDENTIAL                    FRSI01417377



**CUSIP_db User Documentation**    18

CONFIDENTIAL    FRSI01417378

**CFI Codes    Exhibit A**

## ISO CFI Codes

|  |  | **Code** |
|---|---|---|
| **Equities Category** |  | **E** |
|  |  |  |
| Group: |  |  |
| Shares |  | S |
| Preferred Shares |  | P |
| Cv Shares |  | C |
| Units: MF, UITs |  | U |
| Other |  | M |

| | First Attribute | |
|---|---|---|
| Shares, Pref'd Shares, Cv Shares | Voting rights: | |
|  |   Voting | V |
|  |   Non-voting | N |
|  |   Restricted Voting | R |
|  |   Enhanced Voting | E |
| Units | Mutual Fund Type | |
|  |   Closed-end | C |
|  |   Open-end | O |
| Other | Undefined | X |

| | Second Attribute | |
|---|---|---|
| Shares, Pref'd Shares, Cv Shares | Ownership Transfer: | |
|  |   Restrictions | T |
|  |   Free | U |
| Units | Income Distribution policy: | |
|  |   Reinvest | G |
|  |   Distribute | I |
|  |   Mixed | M |
| Other | Undefined | X |

| | Third Attribute | |
|---|---|---|
| Shares | Payment status: | |
|  |   Nil paid | O |
|  |   Partly paid | P |
|  |   Fully paid | F |
| Pref'd Shares, Cv Shares | Type of Income | |
|  |   Fixed Rate Income | F |
|  |   Cumulative, Fxd Rate Income | C |
|  |   Participating Income | P |
|  |   Cumulative Participating Income | Q |
|  |   Adjustable Rate Income | A |
|  |   Normal Rate income | N |
| Units | Fund Investment Policy | |
|  |   Real Estate | R |
|  |   Securities | S |
|  |   Mixed-general | M |
|  |   Commodities | C |
|  |   Derivatives | D |

**CUSIP_db User Documentation**                    **19**

CONFIDENTIAL
FRSI01417379

| Other | Undefined | X |
|---|---|---|

|  | **Fourth Attribute** |  |
|---|---|---|
| All groups | Form |  |
|  | Bearer | B |
|  | Registered | R |
|  | Bearer/Registered | N |
|  | Bearer Depositary receipt | Z |
|  | Registered Depositary receipt | A |

## Debt Category        D

Group:
| Bonds | B |
|---|---|
| Cv Bonds | C |
| Bonds with warrants | W |
| Medium Term Notes | T |
| Money Mkt Instruments | Y |
| Other | M |

|  | **First Attribute** |  |
|---|---|---|
| All groups | Type of Interest |  |
|  | Fixed Rate | F |
|  | Zero Rate/Discounted | Z |
|  | Variable | V |

|  | **Second Attribute** |  |
|---|---|---|
| All groups | Guarantee |  |
|  | Govt/Treasury | T |
|  | Guaranteed | G |
|  | Secured | S |
|  | Unsecured/unguaranteed | U |

|  | **Third Attribute** |  |
|---|---|---|
| All groups | Redemption/Reimbursement: |  |
|  | Fixed Maturity | F |
|  | Fixed Maturity w/call features | G |
|  | Amortization plan | A |
|  | Amortization plan with call feature | B |
|  | Perpetual | P |
|  | Perpetual w/call features | Q |

|  | **Fourth Attribute** |  |
|---|---|---|
| All  groups | Form: |  |
|  | Bearer | B |
|  | Registered | R |
|  | Bearer/Registered | N |
|  | Bearer Depositary receipt | Z |
|  | Registered Depositary receipt | A |

**CUSIP_db User Documentation**      **20**

CONFIDENTIAL

FRSI01417380

**<u>Rights Category</u>**                                                                     **R**

Group:
Allotment rights                                                                              A
Subscription rights                                                                           S
Warrants                                                                                      W
Other                                                                                         M


                                              First Attribute
Warrants                              Underlying assets:
                                        Basket                                                B
                                        Stock-Equities                                        S
                                        Debt                                                  D
                                        Commodities                                           T
                                        Currencies                                            C
                                        Indices                                               I
                                        Others                                                M
Allotment, Subscrip, Other            Not defined                                             X


                                              Second Attribute
Warrants                              Status of underlying issuer
                                        Traditional warrants                                  T
                                        Naked warrants                                        N
                                        Covered warrants                                      C
Allotment, Subscrip, Other            Not defined                                             X


                                              Third Attribute
Warrants                              Type of Warrant
                                        Call                                                  C
                                        Put                                                   P
Allotment, Subscrip, Other            Not defined                                             X


                                              Fourth Attribute
All groups                            Form
                                        Bearer                                                B
                                        Registered                                            R
                                        Bearer/Registered                                     N
                                        Bearer Depositary Receipt                             Z
                                        Registered Depositary receipt                         A


**CUSIP_db User Documentation**                 **21**

CONFIDENTIAL                                                          FRSI01417381

**Options Category**                                                                O

Group:
Call options                                                                        C
Put options                                                                         P
Miscellaneous                                                                       M


                                    First Attribute
Calls, Puts                         Type of Scheme
                                        American                                    A
                                        European                                    E
Miscellaneous                       Undefined                                       X


                                    Second Attribute
Calls, Puts                         Underlying Assets:
                                        Basket                                      B
                                        Stock-Equities                              S
                                        Debt                                        D
                                        Commodities                                 T
Other                               Undefined                                       X


                                    Third Attribute
Calls, Puts                         Delivery
                                        Physical                                    P
                                        Cash                                        C
Miscellaneous                       Undefined                                       X


                                    Fourth Attribute
Calls, Puts                         Option Terms
                                        Standardized                                S
                                        Non-standardized                            N
Miscellaneous                       Undefined                                       X




**Futures Category**                                                                F

Group:
Financial Futures                                                                   F
Commodities Futures                                                                 C


                                    First Attribute
Financial                           Underlying Assets - Financial
                                        Basket                                      B
                                        Stock-Equities                              S
                                        Debt                                        D
                                        Currencies                                  C
                                        Indices                                     I
                                        Options                                     O
                                        Futures                                     F
                                        Swaps                                       W
                                        Others                                      M



**CUSIP_db User Documentation**                22


CONFIDENTIAL                                                      FRSI01417382

| | | |
|---|---|---|
| Commodities | Underlying  Assets - Commodities | |
| | Extraction | E |
| | Agriculture, etc. | A |
| | Industrial Products | I |
| | Services | S |
| | | |
| | Second Attribute | |
| All groups | Delivery | |
| | Physical | P |
| | Cash | C |
| | | |
| | Third Attribute | |
| Calls, Puts | Option Terms | |
| | Standardized | S |
| | Non-standardized | N |
| | | |
| | Fourth Attribute | |
| All groups | Not defined | X |

**Miscellaneous Category**                                                          **M**

| | | |
|---|---|---|
| Group: | | |
| Referential Instruments | | R |
| Other Assets | | M |
| | | |
| | First Attribute | |
| Referential | Further Groupings - Referential | |
| | Currencies | C |
| | Commodities | T |
| | Interest Rates | R |
| | Indices | I |
| | | |
| Other | Further Groupings - Other Assets | |
| | Real Estate Deeds | R |
| | Insurance Policies | I |
| | Escrow Receipts | E |
| | Forwards | F |
| | Precious Metal Receipts | P |
| | Others | M |
| | | |
| | Second Attribute | |
| All | Undefined | X |
| | | |
| | Third Attribute | |
| All | Undefined | X |
| | | |
| | Fourth Attribute | |
| All | Undefined | X |

**CUSIP_db User Documentation**                    **23**

CONFIDENTIAL                                                          FRSI01417383

## US CFI Codes

|  | Code |
| --- | --- |
| **Equities Category** | E |
| Group: | |
| Common Shares | S |
| Common Shares Series | R |
| Common Shares Class | L |
| Common Units (LP) | N |
| Capital Shares | T |
| Installment Receipts | I |

|  | |
| --- | --- |
| First Attribute | |
| Voting Rights | |
| Voting Rights | V |
| Non-voting | N |
| Restricted Vote | R |
| Enhanced Vote | E |
| Sub Voting | S |

|  | |
| --- | --- |
| Second Attribute | |
| Ownership | |
| Restricted | R |
| Unrestricted | U |

|  | |
| --- | --- |
| Third Attribute | |
| Payment Status | |
| Nil Paid | O |
| Partly Paid | P |
| Fully Paid Par Value | V |
| Fully Paid No Par | N |

|  | |
| --- | --- |
| Fourth Attribute | |
| Form | |
| Bearer | B |
| Registered | R |
| Bearer / Registered | N |
| Bearer Depositary Receipt | Z |
| Reg. Depositary Receipt | A |
| Private (144A, Reg S, AI) | P |

| Group: | |
| --- | --- |
| Preferred Shares | P |
| Convertible Shares | C |
| Conv. Preferred Shares | W |
| Preference Shares | E |
| Conv. Preference Shares | V |
| Depositary Pfd Shares | Y |

|  | |
| --- | --- |
| First Attribute | |
| Voting Rights | |
| Voting Rights | V |
| Non-voting | N |
| Restricted Vote | R |
| Enhanced Vote | E |
| Sub Voting | S |

**CUSIP_db User Documentation**                    24

CONFIDENTIAL                                                                    FRSI01417384

Second Attribute
Preferred Type
Redeemable                           R
Exchangeable                         E
Extendible                           T
Redeemable Exchg Extd                A
Redeemable Extd                      B
Redeemable Exchg                     C
Exchangeable Extd                    L
Non Red Exch Extd                    N

Third Attribute
Income
Fixed Rate Income                    F
Cumulative Fixed Rate                C
Participating Income                 P
Cumulative Part. Income              Q
Adjustable Rate Income               A
Auction Rate                         U
Normal Rate Income                   N

Fourth Attribute
Form
Bearer                               B
Registered                           R
Bearer / Registered                  N
Bearer Depositary Receipt            Z
Reg. Depositary Receipt              A
Private (144A, Reg S, AI)            P

Group:
ADR                                  A
GDR                                  G
IDR                                  D
EDR                                  U

First Attribute
Sponsoring
Sponsored                            S
Unsponsored                          U
Sponsored 144A                       P
NY Registry Shares                   N
Sponsored AMPS                       A

Second Attribute
Ownership
Restricted                           R
Unrestricted                         U

Third Attribute
Payment Status
Nil Paid                             O
Partly Paid                          P
Fully Paid Par Value                 V
Fully Paid No Par                    N

**CUSIP_db User Documentation**                25

CONFIDENTIAL                                                      FRSI01417385

<table>
<tr><td colspan="2">Fourth Attribute</td></tr>
<tr><td colspan="2">Form</td></tr>
<tr><td>Bearer</td><td>B</td></tr>
<tr><td>Registered</td><td>R</td></tr>
<tr><td>Bearer / Registered</td><td>N</td></tr>
<tr><td>Bearer Depositary Receipt</td><td>Z</td></tr>
<tr><td>Reg. Depositary Receipt</td><td>A</td></tr>
<tr><td>Private (144A, Reg S, AI)</td><td>P</td></tr>
</table>

Group:
Mutual Funds      F

|  |  |
|---|---|
| **First Attribute** | |
| Closed End | C |
| Open End | O |
| | |
| **Second Attribute** | |
| Distribution | |
| Income Funds | I |
| Growth Funds | G |
| Mixed Funds | M |
| | |
| **Third Attribute** | |
| Assets | |
| Real Estate | R |
| Securities | S |
| Mixed General | M |
| Commodities | C |
| Derivatives | D |
| Capital Appreciation | A |
| Growth | Y |
| Growth & Income | W |
| Equity Income | Q |
| Small Company Growth | L |
| Mid Cap | P |
| Health/Biotech | H |
| Natural Resources | N |
| Environment | E |
| Science & Technology | T |
| Utility | U |
| Financial Services | F |
| Precious Metals | G |
| Global | B |
| International | I |
| State Taxable Bond | X |
| Intermediate Tax Bond | V |
| Long Term Tax Bond | Z |
| High Yield Tax Bond | J |
| Mortgage Backed Bond | K |
| Municipal Bond | O |
| | |
| **Fourth Attribute** | |
| Form | |
| Front Load | L |
| No Load | O |
| Back Load | D |
| Level Load | V |

**CUSIP_db User Documentation**       26

CONFIDENTIAL

FRSI01417386

| | |
|---|---|
| **Package Units** | U |
| Group: | |
| Shares & Warrants | W |
| Shares & Rights | R |
| Shares & Preferred | P |
| Shares & Bonds | B |
| Shares & Bond & Warrant | T |
| Others | M |

| First Attribute | |
|---|---|
| Undefined | X |

| Second Attribute | |
|---|---|
| Ownership | |
| Restricted | R |
| Unrestricted | U |

| Third Attribute | |
|---|---|
| Undefined | X |

| Fourth Attribute | |
|---|---|
| Form | |
| Bearer | B |
| Registered | R |
| Bearer / Registered | N |
| Bearer Depositary Receipt | Z |
| Reg. Depositary Receipt | A |
| Private (144A, Reg S, AI) | P |

| | |
|---|---|
| **Debt** | D |
| Group: | |
| Bond | B |
| Convertible Bond | C |
| Bond with Warrants | W |
| Debenture | D |
| Note | N |

| | |
|---|---|
| **Medium Term Note** | W |
| Group: | |
| Medium Term Note | N |

| | |
|---|---|
| **Mortgage Backed Sec** | B |
| Group: | |
| Mtg Pass Thru Ctf | P |
| Coll Mtg Obligation | O |
| Remic | T |

| | |
|---|---|
| **Asset Backed** | A |
| Group: | |
| Automobile Loan | A |
| Credit Card Receivable | V |
| Home Equity Loan | H |
| Student Loan | S |

**CUSIP_db User Documentation**                27

CONFIDENTIAL                                                                  FRSI01417387

**<u>Treasury</u>**                                                     T
Group:
Bill                                                                   L
Note                                                                  N
Bond                                                                  B
Strip                                                                 S

**<u>Municipal</u>**                                                   M
Group:
General Obligation Bond                                               G
Revenue Bond                                                          F
TAN                                                                   J
Municipal Strips                                                     S
RAN                                                                   U
BAN                                                                   Y
VRDO                                                                 Z
Commercial Paper                                                    C

**<u>Money Market</u>**                                                Y
Group:
Bankers Acceptance                                                   K
Commercial Paper                                                    E
REPOs                                                                R
Institutional CD                                                    D

**<u>Annuities</u>**                                                   N
Group:
Others                                                               M


                              First Attribute
                    Type of Interest
                      Fixed Rate                                     F
                      Zero / Discount                               Z
                      Variable                                       V
                      Payment in Kind                              P
                      Step Up                                       U
                      Step Down                                     D
                      Increasing Rate                              I
                      Split Coupon                                  S

                              Second Attribute
                    Guarantee
                      Government/Treasury                          T
                      Guaranteed (not govt)                       G
                      Secured                                       S
                      Unsecured                                    U
                      FDIC                                          D
                      FFCB                                          C
                      Freddie Mac                                  H
                      Fannie Mae                                   N
                      FCFAC                                         A
                      FHLB                                          L
                      Financing Corp.                              F
                      RTC                                           R
                      Sallie Mae                                   M

**CUSIP_db User Documentation**              **28**

CONFIDENTIAL                                    FRSI01417388

Ginnie Mae                                  O
Junior                                      J
Senior                                      E
Subordinated                                B

               Third Attribute
Redemption
  Fixed Maturity                            F
  Fixed Maturity with Call                  G
  Fixed Maturity with Put                   K
  Fxd Mat with Put/Call                     L
  Amortization Plan                         A
  Amortization with Call                    B
  Perpetual                                 P
  Perpetual with Call                       Q
  Redemption                                R
  Refunding                                 E
  Pre-refunding                             C
  Exchangeable                              H
  Amortization with Put                     T
  Fixed Maturity with Put/Call             D

               Fourth Attribute
Form
  Bearer                                    B
  Registered                                R
  Bearer / Registered                       N
  Bearer Depositary Receipt                 Z
  Reg. Depositary Receipt                   A
  Private (144A, Reg S, AI)                 P


**<u>Rights</u>**                           **R**
Group:
Allotment Rights (bonus)                    A
Subscription Rights                         S
Prescription Rights                         R
Purchase Rights                             P


               First Attribute
Undefined                                   X


               Second Attribute
Undefined                                   X


               Third Attribute
Undefined                                   X




               Fourth Attribute
Form
  Bearer                                    B
  Registered                                R
  Bearer / Registered                       N
  Bearer Depositary Receipt                 Z
  Reg. Depositary Receipt                   A


**CUSIP_db User Documentation**             **29**

Private (144A)                                   P


Group:
Warrants                                                          W

                              First Attribute
                 Basket                          B
                 Stock Equities                  S
                 Debt/Interest                   D
                 Commodities                     T
                 Currencies                      C
                 Indices                         I
                 Others                          M

                              Second Attribute
                 Type
                 Traditional Warrants            T
                  Naked Warrants                 N
                  Covered Warrants               C

                              Third Attribute
                 Call                            C
                 Put                             P

                              Fourth Attribute
                 Form
                  Bearer                         B
                  Registered                     R
                  Bearer / Registered            N
                  Bearer Depositary Receipt      Z
                  Reg. Depositary Receipt        A
                  Private (144A, Reg S, AI)      P

Group:
Others                                           M
                 Not defined                     X




**<u>Options</u>**                                               **O**
Group:
Call Options                                     C
Put Options                                      P


                              First Attribute
                 Type
                  American                       A
                  European                       E
                              Second Attribute
                 Underlying Asset
                  Basket                         B
                  Stock Equities                 S
                  Debt / Interest                D
                  Commodities                    T

**CUSIP_db User Documentation**                  **30**

CONFIDENTIAL                                        FRSI01417390

|                       |   |
|-----------------------|---|
| Currencies            | C |
| Indices               | I |
| Options               | O |
| Futures               | F |
| Swaps                 | W |
| Others                | M |

Third Attribute
Delivery

|           |   |
|-----------|---|
| Physical  | P |
| Cash      | C |

Fourth Attribute

|                   |   |
|-------------------|---|
| Standardized      | S |
| Non-Standardized  | N |

Group:
Others                                                          M

Not defined                                                     X

## Futures                                                      **F**

Group:
Financial Futures                                               F

First Attribute
Underlying Asset

|                  |   |
|------------------|---|
| Basket           | B |
| Stock Equities   | S |
| Debt / Interest  | D |
| Commodities      | T |
| Currencies       | C |
| Indices          | I |
| Options          | O |
| Futures          | F |
| Swaps            | W |
| Others           | M |

Second Attribute
Delivery

|           |   |
|-----------|---|
| Physical  | P |
| Cash      | C |

Third Attribute

|                   |   |
|-------------------|---|
| Standardized      | S |
| Non-Standardized  | N |

Fourth Attribute

|           |   |
|-----------|---|
| Undefined | X |

Group:
Commodities Futures                                             C

First Attribute
Underlying Asset

|                       |   |
|-----------------------|---|
| Extraction Resources  | E |

**CUSIP_db User Documentation**          **31**

CONFIDENTIAL                                      FRSI01417391

|  |  |  |
|---|---|---|
| Agriculture/Forestry | | A |
| Industrial Products | | I |
| Services | | S |
| | Second Attribute | |
| Delivery | | |
| Physical | | P |
| Cash | | C |
| | Third Attribute | |
| Standardized | | S |
| Non-Standardized | | N |
| | Fourth Attribute | |
| Undefined | | X |

**Others**                                                              **M**
Group:
Referential Instruments                                          R

| | First Attribute | |
|---|---|---|
| Currencies | | C |
| Commodities | | T |
| Interest Rates | | R |
| Indices | | I |
| | Second Attribute | |
| Undefined | | X |
| | Third Attribute | |
| Undefined | | X |
| | Fourth Attribute | |
| Undefined | | X |

Group:
Other Assets                                                      M

| | First Attribute | |
|---|---|---|
| Real Estate Deeds | | R |
| Insurance Policies | | I |
| Escrow Receipts | | E |
| Forwards | | F |
| Precious Metals Receipts | | P |
| Others | | M |
| | Second Attribute | |
| Undefined | | X |
| | Third Attribute | |
| Undefined | | X |
| | Fourth Attribute | |
| Undefined | | X |

Note:  The letter 'X' in any position of a CFI Code indicates the information is not available or undefined for the respective data element.

**CUSIP_db User Documentation**                    **32**

# CUSIP Abbreviations (for Issuer and Issue Descriptions)    Exhibit B

| | | | |
|---|---|---|---|
| $ | DOLLAR | CMNTY | COMMUNITY |
| % | PERCENT | CNTY | COUNTY |
| & | AND | CO | COMPANY |
| ACC | ACCIDENT | COLL | COLLATERAL |
| ACCEP | ACCEPTANCE | COLO | COLORADO |
| ADJ | ADJUSTED | COM | COMMON |
| ADJ | ADJUSTMENT | COML | COMMERCIAL |
| ADMIN | ADMINISTRATION | COMM | COMMERCE |
| ADR | AMERICAN DEPOSITORY RECEIPTS | COMMN | COMMISSION |
| AGRIC | AGRICULTURAL | COMMR | COMMISSIONER |
| AGY | AGENCY | COMWLTH | COMMONWEALTH |
| AIRL | AIRLINE | CONN | CONNECTICUT |
| ALA | ALABAMA | CONSLDTN | CONSOLIDATION |
| ALTA | ALBERTA | CONSTR | CONSTRUCTION |
| ALUM | ALUMINUM | CONSV | CONSERVATION |
| AMAL | AMALGAMATED | CONTL | CONTINENTAL |
| AMER | AMERICA | CONV | CONVERTIBLE |
| AMERN | AMERICAN | COOP | COOPERATIVE |
| AMORT | AMORTIZATION | CORP | CORPORATION |
| ANTIC | ANTICIPATION | CPN | COUPON |
| APT | APARTMENT | CR | CREDIT |
| ARIZ | ARIZONA | CSWY | CAUSEWAY |
| ARK | ARKANSAS | CT | COURT |
| ARPT | AIRPORT | CTF | CERTIFICATE |
| ASNTD | ASSENTED | CTL | CONTROL |
| ASSD | ASSOCIATED | CTR | CENTER |
| ASSMT | ASSESSMENT | CTRY | COUNTRY |
| ASSN | ASSOCIATION | CTZN | CITIZEN |
| ASSOC | ASSOCIATES | CUM | CUMULATIVE |
| ASSUR | ASSURED | D C | DISTRICT OF COLUMBIA |
| ASSURN | ASSURANCE | DEB | DEBENTURE |
| ATT | ATTACHED | DEFD | DEFERRED |
| AUD | AUDITORIUM | DEL | DELAWARE |
| AUTH | AUTHORITY | DEP | DEPOSIT |
| AUTHZ | AUTHORIZED | DEPT | DEPARTMENT |
| AVE | AVENUE | DEV | DEVELOPMENT |
| AWY | AIRWAY | DISC | DISCOUNT |
| B C | BRITISH COLUMBIA | DISP | DISPOSAL |
| BD | BOND | DIST | DISTRICT |
| BEN | BENEFICIAL | DISTR | DISTRIBUTION |
| BENEV | BENEVOLENT | DISTRG | DISTRIBUTING |
| BK | BANK | DISTRS | DISTRIBUTORS |
| BKG | BANKING | DIV | DIVISION |
| BLDG | BUILDING | DIVID | DIVIDEND |
| BLDR | BUILDER | DLR | DOLLAR |
| BLVD | BOULEVARD | DORM | DORMITORY |
| BORO | BOROUGH | DRAIN | DRAINAGE |
| BR | BEARER | DTD | DATED |
| BRD | BOARD | EASTN | EASTERN |
| BRDG | BRIDGE | ED | EDUCATION |
| BRH | BRANCH | EDL | EDUCATIONAL |
| BRIT | BRITISH | ELEC | ELECTRIC |
| BRITN | BRITAIN | ELECTR | ELECTRONIC |
| BROS | BROTHERS | ELEM | ELEMENTARY |
| BUR | BUREAU | ELIM | ELIMINATION |
| C Z | CANAL ZONE | ENG | ENGLAND |
| CALIF | CALIFORNIA | ENGR | ENGINEERING |
| CALL | CALLABLE | ENTMT | ENTERTAINMENT |
| CAP | CAPITAL | EQUIP | EQUIPMENT |
| CAS | CASUALTY | ETC | ET CETERA |
| CDA | CANADA | EXHIB | EXHIBITION |
| CDN | CANADIAN | EXMP | EXEMPTED |
| CEM | CEMENT | EXP | EXPIRE |
| CENT | CENTRAL | EXPL | EXPLORATION |
| CENTY | CENTURY | EXPT | EXPORT |
| CHEM | CHEMICAL | EXPWY | EXPRESSWAY |
| CIG | CIGARETTE | EXTD | EXTENDED |
| CL | CLASS | EXTL | EXTERNAL |

**CUSIP_db User Documentation**                           33

CONFIDENTIAL                                                                                     FRSI01417393

| | |
|---|---|
| EXTN | EXTENSION |
| FAC | FACILITY |
| FD | FUND |
| FDG | FUNDING |
| FDRY | FOUNDRY |
| FED | FEDERAL |
| FEDN | FEDERATION |
| FEDT | FEDERATED |
| FGHT | FREIGHT |
| FGN | FOREIGN |
| FID | FIDELITY |
| FIN | FINANCE |
| FING | FINANCING |
| FINL | FINANCIAL |
| FLA | FLORIDA |
| FMR | FARMER |
| FNDTN | FOUNDATION |
| FR | FRACTIONAL |
| FST | FOREST |
| FT | FORT |
| GA | GEORGIA |
| GEN | GENERAL |
| GOVT | GOVERNMENT |
| GRNT | GRANT |
| GTD | GUARANTEED |
| GTEE | GUARANTEE |
| GTR | GREATER |
| GTY | GUARANTY |
| GYM | GYMNASIUM |
| HBR | HARBOR |
| HLDG | HOLDING |
| HOSP | HOSPITAL |
| HSG | HOUSING |
| HWY | HIGHWAY |
| ILL | ILLINOIS |
| ILLUM | ILLUMINATING |
| IMPT | IMPROVEMENT |
| INC | INCORPORATE |
| INC | INCORPORATED |
| INCIN | INCINERATOR |
| INCL | INCLUSIVE |
| IND | INDIANA |
| IND | INDUSTRY |
| INDBT | INDEBTEDNESS |
| INDENT | INDENTURE |
| INDL | INDUSTRIAL |
| INDPT | INDEPENDENT |
| INDTY | INDEMNITY |
| INS | INSURANCE |
| INSD | INSURED |
| INST | INSTITUTE |
| INSTL | INSTITUTIONAL |
| INSTN | INSTITUTION |
| INSTR | INSTRUMENT |
| INSTRN | INSTRUCTION |
| INT | INTEREST |
| INTER | INTERMEDIATE |
| INTL | INTERNATIONAL |
| INTST | INTERSTATE |
| INV | INVESTOR |
| INVT | INVESTMENT |
| IRR | IRRIGATION |
| IS | ISLAND |
| JCT | JUNCTION |
| JR | JUNIOR |
| JT | JOINT |
| KANS | KANSAS |
| KY | KENTUCKY |
| LA | LOUISIANA |
| LAB | LABORATORY |
| LD | LAND |
| LIBR | LIBRARY |

| | |
|---|---|
| LIQ | LIQUIDATION |
| LMBR | LUMBER |
| LN | LOAN |
| LOC | LOCAL |
| LT | LIGHT |
| LTD | LIMITED |
| LTG | LIGHTING |
| MACH | MACHINE |
| MACHY | MACHINERY |
| MAN | MANITOBA |
| MASS | MASSACHUSETTS |
| MAT | MATURITY |
| MATL | MATERIAL |
| MD | MARYLAND |
| ME | MAINE |
| MED | MEDICAL |
| MEM | MEMORIAL |
| MET | METROPOLITAN |
| MGMT | MANAGEMENT |
| MICH | MICHIGAN |
| MINN | MINNESOTA |
| MISS | MISSISSIPPI |
| MLG | MILLING |
| MLS | MILLS |
| MNG | MINING |
| MO | MISSOURI |
| MONT | MONTANA |
| MT | MOUNT |
| MTG | MORTGAGE |
| MTN | MOUNTAIN |
| MTR | MOTOR |
| MUN | MUNICIPAL |
| MUT | MUTUAL |
| N B | NEW BRUNSWICK |
| N C | NORTH CAROLINA |
| N D | NORTH DAKOTA |
| N H | NEW HAMPSHIRE |
| N J | NEW JERSEY |
| N MEX | NEW MEXICO |
| N S | NOVA SCOTIA |
| N Y | NEW YORK |
| NAT | NATURAL |
| NATL | NATIONAL |
| NAV | NAVIGATION |
| NEB | NEBRASKA |
| NETH | NETHERLANDS |
| NEV | NEVADA |
| NFLD | NEWFOUNDLAND |
| NO | NUMBER |
| NORTH EASTN | NORTH EASTERN |
| NORTH WESTN | NORTH WESTERN |
| NORTHEASTN | NORTHEASTERN |
| NORTHN | NORTHERN |
| NORTHWESTN | NORTHWESTERN |
| NT | NOTE |
| OBLIG | OBLIGATION |
| OKLA | OKLAHOMA |
| ONT | ONTARIO |
| OPER | OPERATING |
| OPT | OPTION |
| OPTL | OPTIONAL |
| ORD | ORDINARY |
| ORE | OREGON |
| ORIG | ORIGINAL |
| P R | PUERTO RICO |
| PA | PENNSYLVANIA |
| PAC | PACIFIC |
| PAR | PAR VALUE |
| PART | PARTICIPATING |
| PARTN | PARTICIPATION |
| PAV | PAVING |
| PAY | PAYABLE |

**CUSIP_db User Documentation**                    34

FRSI01417394

| | | | | |
|---|---|---|---|---|
| PERM | PERMANENT | | S D | SOUTH DAKOTA |
| PERP | PERPETUAL | | SAN | SANITARY |
| PERS | PERSONAL | | SANTN | SANITATION |
| PETE | PETROLEUM | | SASK | SASKATCHEWAN |
| PFD | PREFERRED | | SCH | SCHOOL |
| PK | PARK | | SEC | SECURITY |
| PKG | PARKING | | SECD | SECURED |
| PKWY | PARKWAY | | SECT | SECTION |
| PL | PLACE | | SER | SERIES |
| PLG | PLEDGE | | SEW | SEWAGE |
| PLGD | PLAYGROUND | | SF | SINKING FUND |
| PLT | PLANT | | SH | SHARE |
| PMT | PAYMENT | | SMLT | SMELTING |
| POL | POLICY | | SOC | SOCIETY |
| PPTY | PROPERTY | | SOUTH EASTN | SOUTH EASTERN |
| PR | PRIOR | | SOUTH WESTN | SOUTH WESTERN |
| PREF | PREFERENCE | | SOUTHEASTN | SOUTHEASTERN |
| PRELIM | PRELIMINARY | | SOUTHN | SOUTHERN |
| PREM | PREMIUM | | SOUTHWESTN | SOUTHWESTERN |
| PRIM | PRIMARY | | SPL | SPECIAL |
| PRIN | PRINCIPAL | | SR | SENIOR |
| PRIV | PRIVILEGE | | SS | STEAMSHIP |
| PROD | PRODUCT | | ST | SAINT |
| PRODTN | PRODUCTION | | ST | STATE |
| PROJ | PROJECT | | STA | STATION |
| PROM | PROMISSORY | | STAD | STADIUM |
| PROT | PROTECTIVE | | STAT | STATUTORY |
| PROTN | PROTECTION | | STD | STANDARD |
| PROV | PROVINCE | | STK | STOCK |
| PRTG | PRINTING | | STKYD | STOCKYARD |
| PUB | PUBLIC | | STL | STEEL |
| PUBG | PUBLISHING | | STPD | STAMPED |
| PUBN | PUBLICATION | | STR | STREET |
| PUR | PURCHASE | | SUB | SUBORDINATED |
| PURP | PURPOSE | | SUBDIV | SUBDIVISION |
| PWR | POWER | | SUBN | SUBURBAN |
| QUE | QUEBEC | | SUBS | SUBSCRIPTION |
| R I | RHODE ISLAND | | SUBT | SUBSTITUTE |
| RCPT | RECEIPT | | SURP | SURPLUS |
| RD | ROAD | | SVC | SERVICE |
| REC | RECREATION | | SVGS | SAVINGS |
| RECON | RECONSTRUCTION | | SWITZ | SWITZERLAND |
| RED | REDEEMABLE | | SWR | SEWER |
| REDEV | REDEVELOPMENT | | SYND | SYNDICATE |
| REF | REFUNDING | | SYS | SYSTEM |
| REFNG | REFINING | | TEL | TELEPHONE |
| REFRIG | REFRIGERATION | | TELEG | TELEGRAPH |
| REG | REGISTERED | | TEMP | TEMPORARY |
| REGL | REGIONAL | | TENN | TENNESSEE |
| REGR | REGULAR | | TER | TERRACE |
| REGT | REGENTS | | TERM | TERMINAL |
| REINS | REINSURANCE | | TERR | TERRITORY |
| RENT | RENTAL | | TEX | TEXAS |
| REORG | REORGANIZED | | THORO | THOROUGHFARE |
| REORGN | REORGANIZATION | | THRU | THROUGH |
| REP | REPUBLIC | | TOB | TOBACCO |
| REPST | REPRESENT | | TPK | TURNPIKE |
| REPSTD | REPRESENTED | | TR | TRUST |
| REPSTG | REPRESENTING | | TRAN | TRANSIT |
| RES | RESOURCES | | TRANSN | TRANSPORTATION |
| RESH | RESEARCH | | TRCNTNTL | TRANSCONTINENTAL |
| RESV | RESERVE | | TREAS | TREASURY |
| REV | REVENUE | | TREASR | TREASURER |
| RIV | RIVER | | TUIT | TUITION |
| RLTY | REALTY | | TUNL | TUNNEL |
| RR | RAILROAD | | TWP | TOWNSHIP |
| RT | RIGHT | | TWY | THRUWAY |
| RT | ROUTE | | TWY | TOLLWAY |
| RTY | ROYALTY | | U A R | UNITED ARAB REPUBLIC |
| RUBR | RUBBER | | U K | UNITED KINGDOM |
| RY | RAILWAY | | U S | UNITED STATES |
| S C | SOUTH CAROLINA | | UN | UNION |

**CUSIP_db User Documentation**                    35

CONFIDENTIAL                                                                                                    FRSI01417395

| | | | |
|---|---|---|---|
| UNI | UNIFIED | VY | VALLEY |
| UNIV | UNIVERSITY | W VA | WEST VIRGINIA |
| UNVL | UNIVERSAL | WASH | WASHINGTON |
| UTD | UNITED | WESTN | WESTERN |
| UTIL | UTILITY | WHSE | WAREHOUSE |
| V I | VIRGIN ISLANDS | WHSL | WHOLESALE |
| VA | VIRGINIA | WHSLR | WHOLESALER |
| VAR | VARIOUS | WIS | WISCONSIN |
| VEH | VEHICLE | WK | WORK |
| VET | VETERAN | WT | WARRANTS |
| VIC | VICINITY | WTR | WATER |
| VLG | VILLAGE | WTRWKS | WATERWORKS |
| VOL | VOLUNTARY | WYO | WYOMING |
| VT | VERMONT | YD | YARD |
| VTG | VOTING | YR | YEAR |

**CUSIP_db User Documentation**            36

CONFIDENTIAL                                                                  FRSI01417396

**CUSIP System     Exhibit C**

**CUSIP GLOBAL SERVICES:  MISSION STATEMENT**

CUSIP Global Services, operated by Standard & Poor's for the American Bankers Association, exists for the primary purpose of uniquely identifying issuers and issues of securities and financial instruments within a standard framework, and disseminating this data to the financial marketplace via various media. CUSIP numbers and standardized descriptions are used by virtually all sectors of the financial industry, and are critical for the accurate and efficient clearance and settlement of securities as well as back-office processing.

CUSIP Global Services seeks to assign unique numbers and standardized descriptions in a timely and accurate manner, using its best efforts to use primary or reliable sources of information. However, because of the possibility of human or mechanical error by securities issuers, CUSlP's sources, Standard & Poor's or others, neither Standard & Poor's nor the American Bankers Association guarantees the accuracy, adequacy or completeness of any information, and Standard & Poor's and the American Bankers Association are not responsible for any errors or omissions or for the results obtained from use of such information.

COPYRIGHT
Subscribers acknowledge that the Service to be provided under a CUSIP Agreement contains information obtained, selected, arranged and published by Standard & Poor's (S&P), under authority from the American Bankers Association, and according to methods and procedures developed and used by S&P, all at the expenditure of substantial amounts of work, time and money. Subscriber agrees to protect the proprietary and copyright position of S&P, and of the American Bankers Association, during the existence, and after the termination, of this Agreement. Subscriber agrees that without S&P's prior written consent, Subscriber shall not transfer or sell such information or copies thereof, or extracts therefrom, or summaries thereof, to any other person or organization, or permit any other person or organization to use or distribute such information. Subscriber represents and agrees it shall not publish or make distribution copies of, or distribute, any or all of the information provided Subscriber hereunder in any form, provided, however, that this Agreement shall not be deemed to prohibit the use by Subscriber of CUSIP uniform descriptions and CUSIP numbers in the normal internal processing of security transactions of business of Subscriber.

BACKGROUND TO THE DEVELOPMENT OF THE CUSIP NUMBERING SYSTEM
In 1962, after many informal discussions with members of the financial community, the New York Clearing House Association established a Securities Procedures Committee to study the question of developing a standard method of identifying securities. This Committee concluded that a uniform securities identification system was feasible and timely and—because of the magnitude of the problems to be solved and their far-reaching implications—the development of the system should involve the cooperation and support of the entire financial community.

The Clearing House approached The American Bankers Association's Department of Automation to develop the system. In July 1964, the ABA's Committee on Uniform Security Identification Procedures (CUSIP) was created under the chairmanship of  John L. Gibbons, Chairman of the Trust Committee of Chemical Bank New York Trust Company. The main goals of the CUSIP Committee were to develop specifications for a uniform security identification system, for devising a format for imprinting the identification number on the certificate in man/machine readable type font, and to establish an agency to administer the identification system according to specifications.

The CUSIP Committee appointed three subcommittees: The Technical Subcommittee to develop specifications, and Legal and Agency Subcommittees to implement the system.

*Development of the CUSIP Number*
In developing specifications for the numbering system, the CUSIP Technical Subcommittee found two needs: 1) that the number should contain as few characters as possible, and 2) that it should be linked to an alphabetic sequence of issuer names. Also, the number should be capable of meeting future as well as present operating requirements; that it must be adaptable to the internal systems of all users, to communications systems, to automated document reading, etc.; and that the structure of the system should allow each user to assign numbers to securities or other assets not covered by the CUSIP System.

In January 1967, the A.B.A. announced the development of a CUSIP numbering system which met as closely as possible these criteria. This system is explained in detail in this Introduction. Basically, the CUSIP number consists of nine characters, the first six of which uniquely identify the issuer and have been assigned to issuers in alphabetic sequence, and two other characters (alphabetic or numeric) which identify the issue.
The ninth digit is the check digit.

**CUSIP_db User Documentation**                    **37**

CONFIDENTIAL                                                                                    FRSI01417397

WHO ENDORSES THE CUSIP NUMBERING SYSTEM?
The CUSIP numbering system has been endorsed by all major segments of the financial community including:
American Bankers Association
American Stock Exchange
Bond Market Association
Canadian Depository for Securities Ltd.
Depository Trust & Clearing Corporation
Midwest Stock Exchange
Government Finance Officers Association of the U.S. & Canada
Municipal Securities Rulemaking Board
National Association of Securities Dealers
National Association of Variable Annuities
New York Stock Exchange
Philadelphia Depository Trust Company
Philadelphia Stock Exchange
Securities and Exchange Commission
Securities Industry Association

WHO CONTROLS THE CUSIP NUMBERING SYSTEM?
The operation of the CUSIP numbering system is overseen by the CUSIP Board of Trusteese. Through the work of the CUSIP Legal and Agency Subcommittees, the CUSIP service functions were outlined and Standard & Poor's was awarded the contract to function as the CUSIP Service Bureau, the operational arm of the system, which is responsible for, among other functions, the compilation and publication of the CUSIP Directory.

WHAT SECURITIES ARE COVERED BY THE CUSIP NUMBERING SYSTEM?
General interest is the primary consideration in determining what securities are covered by the CUSIP identification system, provided appropriate documentation is supplied to CUSIP Global Services in requesting the assignment of a CUSIP number.

ADDITIONAL CUSIP COVERAGE
*Canadian Issues*
CUSIP numbers are assigned by CUSIP Global Services to securities listed on Canadian Exchanges and other securities as may be deemed of general interest by the CUSIP Agency. The Canadian Agent for Standard & Poor's is the Canadian Depository for Securities Limited (CDS). All applications by Canadian issuers for a CUSIP number must be made through CDS. The following is the prescribed procedure to ensure that the CUSIP is issued expeditiously:

A request in letter form should be sent to the attention of:
The Canadian Depository for Securities Limited
85 Richmond Street West
Toronto, Canada  M5H 2C9
(416) 365-3552


The request should contain the following information:
Name of the Company
Head office and registered office address of the company
Law and date of incorporation
Authorized and issue capital for all classes authorized
Description of security for which the number is being requested
Nature and description of the offering to be made
For name changes, provide both the old and new names
Exchange(s) Issue is intended to be listed on

The following documentation, where applicable, in draft form, must be included with the request:
Preliminary Prospectus
Rights Offering Circular
Information Circular
Statement of Material Facts
Articles of Amendments in the case of reclassifications, reorganizations, or name changes

Final copies of the above documentation, where applicable, must be filed with CDS when available. Processing of the request will not be delayed pending receipt of the final copy.

Payment for service is in Canadian dollars, payable to the Canadian Depository for Securities Limited.


**CUSIP_db User Documentation**                    **38**

CONFIDENTIAL                                                                    FRSI01417398

***TBA Securities***
TBAs are futures contracts on mortgage-backed pools.  Working with the MBSCC, CUSIP Global Services developed a specialized numbering scheme for TBA (To Be Announced)) mortgage-backed securities.
TBA CUSIPs incorporate, within the number itself, a security's mortgage type (Ginnie Mae, Fannie Mae, Freddie Mac), coupon, maturity and settlement month.

TBA Algorithm:

| | | | |
|---|---|---|---|
| Position 1-2 | Product Code (e.g. Single Family Mortgage, Balloon, etc. | Position 7 | Maturity |
| Position 3 | Type of Mortgage (Ginnie Mae, Fannie Mae, Freddie Mac) | Position 8 | Settlement Month |
| Position 4-6 | Coupon | Position 9 | Check Digit |

*Private Placements*
The National Association of Insurance Commissioners (NAIC) in October 1988 mandated the use by insurers of a uniform private placement number (PPN) to identify such investments in their annual statements filed with State Regulatory Authorities. CUSIP Global Services was selected by the NAIC to create, assign and administer the PPN system primarily for the Insurance Industry.
CUSIP Global Services
55 Water Street
New York, NY 10041
Attn: PPN Department

For more information, contact:
CUSIP Global Services - Customer Service Department at (212) 438-6500

CUSIP Global Services may, from time to time, review this list and add or delete as is deemed appropriate. Although the foregoing describes those items included in the CUSIP System, subscribers may be interested to know that the following items, because of their short life or special status are not normally assigned CUSIP numbers:  CUSIP numbers have not been assigned to Fractional Shares and small local over-the-counter issues.  In addition, no distinction is made between shares trading when issued and regular way (exception where redemption of certificates is required).

*International Issues*
For securities actively traded on an international basis which are either underwritten (debt issues) or domiciled (equities) outside the United States and Canada, the security will be identified by a CINS (CUSIP International Numbering System) identifier.  This number was developed in 1988 in response to the North American securities industry's need for a 9-character identifier of international securities.

CINS numbers employ the same Issuer (6 character)/Issue (2 character & check digit) concept espoused by the CUSIP Numbering System.  It is important to note that the first position of a CINS code is always represented by an alpha character, signifying the Issuer's country code (domicile) or geographic region:

| | | | | | |
|---|---|---|---|---|---|
| A = Austria | E = Spain | J = Japan | N = Netherlands | S = South Africa | W = Sweden |
| B = Belgium | F = France | K = Denmark | P = South America | T = Italy | X = Europe—Other |
| C = Canada | G = United Kingdom | L = Luxembourg | Q = Australia | U = United States | Y = Asia |
| D = Germany | H = Switzerland | M = Mid-East | R = Norway | V = Africa—Other | |

**CUSIP_db User Documentation**                    **39**

**THE CUSIP NUMBERING SYSTEM**

The CUSIP number consists of nine characters: a base number of six characters known as the issuer number, the 4th, 5th and/or 6th position of which may be alpha or numeric and a two character suffix (either numeric or alphabetic or both) known as the issue number. The ninth character is a check digit which is described later.

**Issuer Number**

A single alphabetical file of corporate, municipal, and government issuers has been developed, and an issuer number of six characters has been assigned to each in alphabetical sequence. One number will be assigned to an issuer, except in those few cases where the issue numbers are not sufficient to accommodate all outstanding issues with their various rates and maturities, such as U. S. Governments and certain municipalities or states. In such instances, one or more additional issuer numbers will be assigned.

*Gapping Factors:* Gapping factors have been incorporated throughout the numbering system to allow for future file expansion; these are described more fully below.

*Provision for Overflow:* Issuer numbers (900 to 989 in each group of 1,000 numbers) have been reserved for overflow. These overflow numbers will be assigned in ascending sequence to any new issuer that cannot be accommodated at the proper alphabetical position in the preceding group of issuer numbers. Such names are always in a positively identifiable position as the number assigned will contain a 9 in the hundreds position.

*Issuer Numbers Reserved for Internal Use:* Issuer numbers (990 to 999 and 99A to 99Z in each group of 1,000 numbers) have also been reserved for the user's own purpose. This permits a user to assign an issuer number to any issuer which might be relevant to his holdings but which does not quality for coverage under the CUSIP numbering system. Other issuer numbers (990,000 to 999,999 and 990,00A to 999,99Z) are also reserved for the user so that they may be assigned to non-security assets or for other internal operating purposes. Thus, with the addition to at least two numeric digits in the issue number field, a minimum of three million numbers is available to the user for numbering internal miscellaneous assets.

The alphabetic character Z in the 5th and 6th position has been reserved for use by the Canadian Depository for Securities.

The following chart illustrates the assignment of CUSIP issuer numbers.

ILLUSTRATION OF ASSIGNMENT OF CUSIP ISSUER NUMBERS

|  | Issuer Number | | |
|---|---|---|---|
|  | 000000 | | |
|  | 000001 | | |
| Not Assignable | 000002 | | |
| 1st Issuer Number Assigned | 000003 | | |
| 2nd Issuer Number Assigned | 000004 | | |
| 3rd Issuer Number Assigned | 000020 | | |
| etc. | | | |
| 112th Issuer Number Assigned | 000892 | | |
|  | 000900 | | |
| Reserved for Overflow | to | | |
|  | 000989 | | |
|  | 000990 | | 00099A |
| Reserved for User's Internal Use | to | and | to |
|  | 000999 | | 00099Z |
| 113th Issuer Number Assigned | 001000 | | |
| 114th Issuer Number Assigned | 001008 | | |

**The Issue Number**

The issue number uniquely identifies each individual issue of an issuer. (Each individual rate and maturity is considered a separate issue for numbering purposes.) The issue number consists of two numeric characters when assigned to equity securities and two alphabetic characters—or one numeric and one alphabetic character—when assigned to fixed income securities (this permits the user to differentiate between issues in the two groups).

**CUSIP_db User Documentation**                    40

CONFIDENTIAL                                                                    FRSI01417400

Issue numbers are assigned in sequence as each issue is originated. However, in the setting up of the CUSIP numbering system and in the assignment of numbers to issues then in existence, numbers were assigned on the basis of rate and maturity and no consideration was given to the original date of issue.

**Issue Numbers for Equity Securities:**  The first issue number for an issuer's equity securities is 10 (blanks in the issue number position indicate this is an issuer; in some cases only an issuer number has been assigned—as additional information is gathered, it will be added to the CUSIP file). The unit position of the equity number is used to identify rights, warrants and so on and is assigned on an as-available basis. When there are insufficient tens positions available for all individual issues, the necessary additional numbers are found through the use of the first open two-position digit in reverse sequence starting with 88 and assigned in descending order. (see illustration below) Issue numbers 00-09 are reserved for future use.

*Options:*  Issue number 01 has been designated to identify options for an issuer.
*Overflow Linkage:*  Issue Number 89 will be reserved for overflow linkage and will not be assigned to a specific issue.

**Issue Numbers for Fixed Income Securities:**  The issue number assigned to an issuer's fixed income securities may consist of two alphabetic characters (AA etc.), one alphabetic character followed by one digit (A2 etc.), or one digit followed by one alphabetic character (2A etc.), assigned in that order. A separate issue number is assigned to each rate and/or maturity for each issue of bonds—thus a serial bond having 40 different maturities is assigned 40 separate issue numbers—but general obligations of a municipality having the same issue date, rate and maturity are normally assigned the same number regardless of purpose. The alphabetic letter I and numeric 1 as well as the alphabetic O and numeric zero are not used in the assignment of issue numbers to fixed income securities.

*Overflow Linkage:* Issue Number 9Z will be reserved for overflow linkage and will not be assigned to a specific use.

**Issue Numbers Reserved for Internal Use:**  Issue Numbers 90 through 99 in the equity group, and 9A through 9Y in the fixed income group, are reserved for the user specifically for assignment to those issues of an eligible issuer where no CUSIP issue number has been assigned.

ILLUSTRATION OF THE ASSIGNMENT OF CUSIP ISSUE NUMBERS

|  | Issuer Number | Issue Number |
|---|---|---|
| ABC RAILROAD CORP | 003761 | |
| Equity Issues | | |
| Com | | 10 |
| RT | | 11 |
| PFD 5% | | 20 |
| PFD 3.75% | | 30 |
| PFD 1st Ser 6%. | | 40 |
| PFD 2nd Ser 6% | | 50 |
| CL A | | 60 |
| PFD Ser A Conv 5% | | 70 |
| PFD Ser B Conv 5% | | 80 |
| PFD $3.50 | | 88 |
| PFD 7.24% | | 87 |
| Fixed Income Issues | | |
| 1st Cons Mtg 4% 10/01/1999 | | AA |
| Sub Income Deb 5.25% 11/15/2000 | | AB |
| Sub Deb Conv 4.75% 06/01 /2005 | | AC |
| Equip Tr Ser 70 7.75% 08/01 /2008 | | AD |
| Equip Tr Ser 72 7.00% 11/01/2010 | | AE |

CHECK DIGIT
In data transmission, when accuracy of the number may represent the only means of identification, the use of a check digit becomes mandatory as it provides the means of mathematically determining the accuracy of the whole number transmitted. For this reason it is necessary to use the full nine digits of the CUSIP code.

A check digit based on the Modulus 10 Double Add Double technique will be assigned to each CUSIP security number. Modulus 10 was selected over the other systems because it provides the greatest degree of reliability without the loss of any available numbers.

The illustrations below will clarify the manner of calculation of a Modulus 10 Double Add Double check digit.

**CUSIP_db User Documentation**                41

CONFIDENTIAL                                                FRSI01417401

Illustration 1

Issuer Number 837649        Issue Number 12

| 8 | 3 | 7 | 6 | 4 | 9 |   | 1 | 2 |
|---|---|---|---|---|---|---|---|---|
| x 1 | x 2 | x 1 | x 2 | x 1 | x 2 |   | x 1 | x 2 |
| 8 | 6 | 7 | 12 | 4 | 18 |   | 1 | 4 |

Thus, 8 + 6 + 7 + 1 + 2 + 4 + 1 + 8 + 1 + 4 = 42

The complement of the last digit of the sum becomes the check digit. The complement of 2 is 8; therefore, the CUSIP number with optional check digit would appear as  837649    12    8

---

In the calculation of the check digit, alphabetic characters will be assigned a numeric value. The letter A will be 10; and the value of each subsequent letter will be the preceding letter's value incremented by 1. Normally, validation of the number would be made internally within a computer, using a relatively simple program.

Illustration 2

Issuer Number 392690        Issue Number QT

| 3 | 9 | 2 | 6 | 9 | 0 |   | 26 (Q) | 29 (T) |
|---|---|---|---|---|---|---|---|---|
| x 1 | x 2 | x 1 | x 2 | x 1 | x 2 |   | x 1 | x 2 |
| 3 | 18 | 2 | 12 | 9 | 0 |   | 26 | 58 |

Thus, 3 + 1 + 8 + 2 + 1 + 2 + 9 + 0 + 2 + 6 + 5 + 8 = 47; the complement of
7 is 3, and the CUSIP number with check digit would appear  392690  QT  3

---

To avoid confusion, the fixed income issue number assignments have omitted the alphabetic I and numeric 1 as well as the alphabetic O and numeric zero. However, in the check digit computation described above, the value of Z is 35.

A check digit has also been computed for Issuers assigned a six-character issuer number.

**Alpha characters and their equivalent numerical values:**
Alphabetic characters are assigned a numeric value. The letter A will be 10; and the value of each subsequent letter will be the preceding letter's value incremented by 1:

| | | | | | |
|---|---|---|---|---|---|
| A = 10 | F = 15 | K = 20 | P = 25 | U = 30 | * = 36 (PPN System) |
| B = 11 | G = 16 | L = 21 | Q = 26 | V = 31 | @ = 37 (PPN System) |
| C = 12 | H = 17 | M = 22 | R = 27 | W = 32 | # = 38 (PPN System) |
| D = 13 | I = 18 | N = 23 | S = 28 | X = 33 | |
| E = 14 | J = 19 | O = 24 | T= 29 | Y = 34 | |
| | | | | Z = 35 | |

**THE CUSIP DESCRIPTIVE SYSTEM**

As well as developing a standard method for identifying issuers and issues (i.e. the CUSIP numbering system just discussed), the CUSIP Committee also developed a standard security description system to provide for a consistent and concise description of an issue for use throughout the securities industry.

This descriptive system provides that each security shall be uniformly identified with a description which includes the following three elements of data arranged in the order shown:
1. The CUSIP number (i.e. the nine character issuer and issue number with check digit);
2. The issuer's name in a standard abbreviated form;
3. The description of the issue.

**CUSIP_db User Documentation**                42

The details of the specifications for the uniform issuer's name and description of the issue follows.

GENERAL SPECIFICATIONS FOR SECURITY DESCRIPTIONS
All security descriptions shall be based on the following specifications, except where common industry usage differs. These exceptions are indicated throughout by reference to custom dictating a deviation from the specified standard. CUSIP Global Services will be the final authority as to the interpretation of custom.
There shall be one standard name description for an issuer, and this description shall be used for all issues of that issuer. Although the complete descriptions of all issues of an issuer presently outstanding may fit within the prescribed description format without the need for abbreviation, there is no guarantee that future issues will. Therefore, in order to provide for possible expanded descriptions, the rules for abbreviations outlined herein shall be mandatory, rather than permissive.
The maximum length of a complete security description (issuer and issue data) shall be one hundred and twenty (120) characters, including spaces. It shall be structured to produce a description of no more than four (4) lines of thirty (30) characters each.
The last word of a line shall not be split or hyphenated. For the purpose of this rule, rates and dates shall be considered as single words.
ILLUSTRATION:
        4.50%
        06/06/1995
Punctuation marks, including parentheses, hyphens, and other special characters shall not be used in the issuer or issue description except when specifically required by these specifications.
ILLUSTRATION:
        rates    $4.50    4.50%
        dates    07/15/1995-2000
        dollars  $
A space shall be substituted whenever a punctuation mark or special character is dropped unless the resulting description would be ambiguous.
ILLUSTRATION:
        B/G Foods Company        Twenty-Nine Palms, California
        *becomes*                *becomes*
        B G FOODS CO         TWENTY NINE PALMS CALIF
        A space will always be used in an issuer's name whenever it also appears in the issuer's legal name.
ILLUSTRATION:
        MAC DONALD CO
        LA SALLE BUILDING CO
The words a, of, and in shall always be omitted from the description. The word the shall also always be omitted from the description except when custom dictates that the is the prime word for alphabetic sequencing of the issuer name.
ILLUSTRATION:
        The Commonwealth Airlines Company of New York        The Dalles, Oregon
        *becomes*                                        *becomes*
        COMMONWEALTH AIRLS CO N Y        THE DALLES ORE

One space shall separate all words within the issuer's name and issue description.
ILLUSTRATION:
        A. & C. Company First Mortgage 3-1/2% due March 1, 1995        The M.A. Abbot Company Preferred
        *becomes*                                            Convertible $4.25
        A & C CO 1ST MTG 3.50%  03/01 /1995        *becomes*
                                                        ABBOTT M A CO PFD CONV $4.25

RULES CONCERNING THE ISSUER'S NAME

The description of the issuer's name shall conform to the following rules. However, under certain circumstances, in order to comply with the basic requirement of fitting the description within 120 characters (4 lines of 30 characters each), these rules may be amended at the discretion of CUSIP Global Services.

The first word of the issuer's name after rearrangement (that is, the word that determines the alphabetic segment in which the issuer will be filed) generally will not be abbreviated except if it is a compound word and custom dictates its abbreviation or it is the only word which can be logically abbreviated to fit the full description within the maximum number of lines.
ILLUSTRATION:

**CUSIP_db User Documentation**                **43**

CONFIDENTIAL        FRSI01417403

The Saint Louis Glass Company                    City of Saint Paul, State of Minnesota
*becomes*                                         *becomes*
ST LOUIS GLASS CO                                ST PAUL MINN

When two or more of the terms company, incorporated, corporation, and limited appear at the end of a name the first of the terms will be eliminated unless more than one is required to distinguish between two separate issuers or an ampersand or the word and immediately precedes the two terms.
ILLUSTRATION:

Berry Brake Company Incorporated                 Parsons and Company Incorporated
*becomes*                                         *becomes*
BERRY BRAKE INC                                  PARSONS & CO INC
ABC Company Limited                              R. Hoe & Company Incorporated
*and*                                             *becomes*
ABC Company Incorporated                         HOE & CO INC
*becomes*
ABC LTD
*and*
ABC INC

Compound words will be considered as one word. They will not be rearranged and will be abbreviated only when they appear as other than the first word except when, as previously stated, custom dictates otherwise.
ILLUSTRATION:

ST LOUIS
NEW YORK
DEL RAY BEACH
WEST PALM BEACH

When all or a portion of an issuer name is comprised of single letters, with or without punctuation marks, packed (unspaced) or unpacked (spaced), each letter will be treated as a separate word and the issuer name will be sequenced accordingly. However, when a title is comprised of packed letters that are by custom pronounceable, these will be treated and sequenced as one word.
ILLUSTRATION:

| | | |
|---|---|---|
| A.M.D.G. | —printed A M D G | —sequenced A M D G |
| ACD | —printed ACD | —sequenced A C D |
| SCM | —printed SCM | —sequenced S C M |
| ABEX | —printed ABEX | —sequenced ABEX |
| AMP | —printed AMP | —sequenced AMP |

An exception to this rule will be when the legal title uses the letters U. S. to indicate United States. These will be treated as if the full words were used.
When an issuer name includes a number in alpha form, the alpha form will be used when it is the first word, and the entire number will be treated as if it were a single word. When the issuer's corporate title is numerically expressed it will appear in that form. However, such numeric names will be sequenced as though they were alphabetic.
ILLUSTRATION:

The Two George Street Company                    1010 Corporation
*becomes*                                         *becomes*
TWO GEORGE STR CO                                1010 CORP
18 Jones Street Company                          *but will be sequenced as*
*becomes*                                         ONE THOUSAND TEN CORP
18 JONES STR CO
*but will be sequenced as*
EIGHTEEN JONES STR CO

Words such as city, town, or village will be omitted from a governmental issuer's name whenever they are used as a descriptive designation to a place name except when they are required to distinguish between two similar issuers or custom dictates their usage. The related state name, in its standard abbreviated form, will be added. The word township, in its abbreviated form, when it appears, will always be included.
ILLUSTRATION:

City of Akron                                    Oklahoma City, Oklahoma
*becomes*                                         *becomes*
AKRON OHIO                                        OKLAHOMA CITY OKLA
New York City                                    New City, New York
*becomes*                                         *becomes*
NEW YORK N Y                                      NEW CITY N Y
Kansas City, Missouri                            Bernards Township, New Jersey
*becomes*                                         *becomes*
KANSAS CITY MO                                    BERNARDS TWP N J

**CUSIP_db User Documentation**                          **44**

                                              FRSI01417404

The word ''county,'' abbreviated in a governmental issuer's name, will always be shown. The related state name in its standard abbreviated form will be added. For the state of Alaska, the word ''BOROUGH'' is equivalent to county and will always be shown in its abbreviated form. For the state of Louisiana, the word ''PARISH'' is the equivalent of county and will always be shown.
ILLUSTRATION:

Los Angeles County, California
*becomes*
LOS ANGELES CNTY CALIF
North Star Borough, Alaska
*becomes*
NORTH STAR BORO ALASKA

La Salle Parish, Louisiana
*becomes*
LA SALLE PARISH LA

Special district, revenue, or authority designations in a governmental issuer's name will always be preceded by its appropriate geographic place name except where custom dictates otherwise. The related state name in its standard abbreviated form will be included, except when its presence would be redundant or confusing.
ILLUSTRATION:

Union Free School District Number 1 Huntington, New York
*becomes*
HUNTINGTON N Y UN FREE SCH DIST NO 1
Port of New York Authority
*becomes*
PORT N Y AUTH

Water Revenue City of Detroit,   Michigan
*becomes*
DETROIT MICH WTR REV

No more than two place names followed by ETC will be used in a governmental issuer's name when more than three multiple place names appear. When an additional name is required to distinguish one issuer from another only the one additional place name, which will provide this uniqueness, will be added.
ILLUSTRATION:

Towns of Kirkland, New Hartford, Whitestown, Marshall, Westmoreland, Vernon, and Paris Central School District Number 1, New York
*becomes*
KIRKLAND NEW HARTFORD ETC N Y CENT SCH DIST NO 1
Towns of Whitestown, Marcy, Deerfield Central School District Number 1, New York and Towns of Whitestown, Marcy, Floyd, Rome Central School District Number 1, New York
*becomes*
WHITESTOWN MARCY DEERFIELD ETC N Y CENT SCH DIST NO 1
*and*
WHITESTOWN MARCY FLOYD ETC N Y CENT SCH DIST NO 1

Words such as state, commonwealth, or republic in a governmental issuer name will be used in their standard abbreviated form when they appear as a descriptive designation to a place name. The word state in its abbreviated form, will be substituted for the word commonwealth for those states (Massachusetts, Pennsylvania, and Virginia) that use this descriptive designation.
ILLUSTRATION:

Commonwealth of Puerto Rico
*becomes*
PUERTO RICO COMWLTH
Commonwealth of Pennsylvania
*becomes*
PENNSYLVANIA ST

Republic of France
*becomes*
FRANCE REP
State of New York
*becomes*
NEW YORK ST

The state name, in its abbreviated form, will directly follow its related place name regardless of the sequence in which it normally appears in the issuer name.
ILLUSTRATION:

Pasadena Area Junior College District of California
*becomes*
PASADENA CALIF AREA JR COLLEGE DIST

Southern School District of Delaware
*becomes*
SOUTHERN SCH DIST DEL

Prefixing initials, first names, or descriptive words will always follow the basic name except where custom dictates otherwise, and will be sequenced accordingly.
ILLUSTRATION:

J. P. Stevens Company
*becomes*
STEVENS J P CO
Walt Disney Productions

**CUSIP_db User Documentation**                    **45**

    FRSI01417405

*becomes*
DISNEY WALT PRODTNS

The issuer name for all United States and Canadian banks and trust companies will be followed by the city and state or province, abbreviated, in which the legal address of the bank or trust company is located, except where the city, state, or province is part of the actual issuer name.

ILLUSTRATION:
Union County Trust Company
*becomes*
UNION CNTY TR CO ELIZABETH N J
Albuquerque National Bank
*becomes*
ALBUQUERQUE NATL BK N MEX

When a corporate issuer's (other than banks and trust companies) name is not by itself sufficient to make it unique in relation to other present issuers having the same name, the place of incorporation will be added.

ILLUSTRATION:
Empire Life Insurance Company (Incorporated in California)
  *and*
Empire Life Insurance Company (Incorporated in Ontario)
*becomes*
EMPIRE LIFE INS CO CALIF
  *and*
EMPIRE LIFE INS CO ONT

When a legal name of a foreign corporation is expressed in both its English and native equivalent, only the English version will be used as the issuer name.

ILLUSTRATION:
Chemcell Limited—Chemcell Ltee
*becomes*
CHEMCELL LTD
Canadian Salt Company Limited—La Societe Canadienne de Sel Ltee
*becomes*
CANADIAN SALT LTD

Special-purpose mutual funds, issued by the same legal entity, will be considered as separate issues rather than separate issuers.

ILLUSTRATION:
Channing Shares, Inc. Balanced Fund Shares
  *and*
Channing Shares, Inc. Growth Fund Shares
*becomes*
Issuer:    CHANNING SHS INC
Issue:     BALANCED FD SHS
           GROWTH FD SHS
National Securities Series Balanced Series
National Securities Series Bond Series
National Securities Series Growth Stock Series
*becomes*
Issuer:    NATIONAL SECS SER
Issue:     BALANCED SER
           BOND SER
           GROWTH STK SER

**CUSIP_db User Documentation**                    **46**

CONFIDENTIAL                                                    FRSI01417406

## RULES CONCERNING THE DESCRIPTION OF AN ISSUE

The description of the issue will contain the following elements of information in the sequence indicated, depending on the type of security being described:

| Equity | Fixed Income |
|---|---|
| > Class—common, preferred, etc. | Currency of issue, if required |
| | Type—mortgage, debenture, collateral, trust, equipment trust, etc |
| | Purpose, if required. |
| Modifier words such as refunding, prior, first, etc. (in standard abbreviated form) shall precede the class or type. The modifier word ''convertible shall follow the class—type, series, etc., and immediately precede the rate or conversion date, if required. | Same |
| > — | Dated date, (municipal issue date; corporate if available) |
| > Series designation, if any | Same, if required |
| > Par value, if required | — |
| > Dividend rate, if stated | Rate |
| > Expiration date, it any | Maturity, including optional date if any. |

The description of an issue shall conform to the following rules. However, under certain circumstances, in order to comply with the basic requirement of fitting the description within 120 characters (4 lines of 30 characters each), these rules may be amended at the discretion of CUSIP Global Services.

**A.** The word common'' will always be substituted for the word capital in describing that particular equity class.

ILLUSTRATION:

> Empire Aircraft Company Capital
> *becomes*
> EMPIRE AIRCRAFT CO COM

Supplemental modifier words such as cumulative, non-cumulative, dividend, non-dividend, redeemable, non-redeemable, part paid, or stamped will always be omitted from the issue description except when they are required to distinguish between two otherwise identical issues.

Series designations:

When an issue's series is designated alphabetically or numerically, it will be prefixed by the  abbreviation for series.

ILLUSTRATION:

> Series F
> *becomes*
> SER F

When an issue's series is designated by a date, it will be prefixed by the abbreviation for series or dated, as appropriate. When the word series is used, the year only will be included, expressed in two digits. When dated date is used, the day (expressed in two digits), month (expressed in two digits), and year (expressed in four digits), will be included except when the dated date is prior to 1900, in which case the year will be expressed in 4 digits. Issues dated prior to 1968 will carry the year only (2 digits).

When the phrase series of (date) indicates the maturity date of the issue, the series date shall be omitted.

ILLUSTRATION:

> Series 1935
> *becomes*
> SER 35
> Date July 8, 1948
> *becomes*
> DTD 07/08/48

Dated dates will be included for all state and local governmental issues and U. S. Government Savings Bonds, ''E'' and ''H'' series. For all other issues, an issue date will be included if available.

ILLUSTRATION:

> City of Chicago General Obligations Dated April 1, 1960 4-1/2% due April 1, 1995
> *becomes*
> CHICAGO ILL DTD 04/01/60 4.50% 04/01/1995
> ABC Corporation Debentures Dated July 1, 1962 5% due July 1, 1995
> *becomes*
> ABC CORP DEB DTD 07/01/62 5% 07/01/1995
> ABC Corporation Debentures Dated September 1, 1962 5% due July 1, 1993
> *becomes*
> ABC CORP DEB DTD 09/01/62 5% 07/01/1993

**CUSIP_db User Documentation**                    **47**

FRSI01417407

If the issue has both a series and a date or dated date designation, the series designation will be omitted, unless it provides the only method of distinguishing one issue from another. In this case, the series designation will follow the date or dated date.

ILLUSTRATION:

       Mohawk Valley Railroad Company Equipment Trust Certificate Series No. 1, 1956 4% due July 1, 1995
        *and*
       Mohawk Valley Railroad Company Equipment Trust Certificate Series No. 2, 1956 4% due July 1, 1995
       *becomes*
       MOHAWK VALLEY RR CO EQUIP TR CTF SER 56 NO 1 4% 07/01/1995
        *and*
       MOHAWK VALLEY RR CO EQUIP TR CTF SER 56 NO 2 4% 07/01/1995

Par value will not be included in issue descriptions except when it is necessary to distinguish different issues and separate CUSIP issue numbers have been assigned. All capital changes involving an exchange of certificates will require the assignment of a new issue number. Where both the security surrendered and the security received are of the same class, the par value, if different, will appear in the new issue description as the unique identifier. The term NEW'' will appear in the new issue description when the par does not change.

When different rates are applicable at different times for an issue, the description shall include the existing rate followed by the date(s) on which the rate(s) will change, followed by the new rate(s). The year will be expressed by two digits. A short or long coupon indication will not be included in the description when the rate is the same. Interest payment dates are not included as part of the description.

ILLUSTRATION:

       ABC Corporation Debentures 4% to July 1, 1990 5% thereafter due January 1, 1995
       *becomes*
       ABC CORP DEB 4% 07/01/90 5% 01/01/1995

Rates will always be expressed in dollars or as a decimal percentage. Fractions will be converted to their decimal form with a maximum of three decimal places, rounded off to the nearest thousandth. Zero cents and zero decimals will be omitted from full dollar or percentage rates. The following symbols will be used in expressing rates: %, $, and decimal point (.).

ILLUSTRATION:

       4-1/4% becomes 4.25%
       4-1/8% becomes 4.125%
       3-2/3% becomes 3.667%
       $4.25 remains $4.25
       4.20% remains 4.20%
       $4.00 becomes $4
       4.00% becomes 4%

**G.** Conversion features will be indicated by use of the abbreviation CONV and will appear immediately before the rate. Even in those cases where the conversion features become effective at a date after the issuance, this date will not be included and only the term ''CONV'' will appear.

ILLUSTRATION:

       ABC Corporation Convertible Debenture 4-1/2% due August 1, 1995
       *becomes*
       ABC CORP DEB CONV 4.50% 08/01 /1995

Maturity dates will always be expressed in this sequence: month, day, year. They will appear as the last item in the description. The word ''due'' will be omitted. Such dates shall always be written as two numeric characters for month, two numeric characters for day, and four numeric characters for year.  To facilitate reading, diagonals shall be inserted after month and day.

ILLUSTRATION:

       due February 1, 2005
       *becomes*
       2/01/2005

Optional maturity dates for United States Treasury on obligations, the year only, will be added to the maturity date, preceded by a hyphen (-).

ILLUSTRATION:

       due January 15, 2014 optional 2009
       *becomes*
       01/15/2014-09

The currency, in abbreviated form, will be indicated if the principal value is payable in other than U.S. dollars.  If the principal values of two otherwise identical issues are payable in different currencies, the issues will be assigned different issue numbers.  If an issue is payable in either U.S. dollars or another currency, at the option of the holder, it will be described as if it were payable only in U.S. dollars.

**CUSIP_db User Documentation**              48

CONFIDENTIAL                                                    FRSI01417408

ILLUSTRATION:
      Quebec Hydro Electric Power Commission  5-1/4%  Debentures due October 1, 1995 issued
        and Payable in Canadian Funds
      *becomes*
      QUEBEC HYDRO ELEC PWR COMMN CDN4 DEB 5.25% 10/01/1995

The abbreviation PERP shall appear in lieu of maturity date for perpetual bonds.

Callable dates, feature, or the word callable will be excluded from the description except as indicated in paragraph 1 or when necessary to distinguish between otherwise identical issues.

The description of rights, warrants, et cetera, will show only the abbreviation for the word right or warrant. Expiration dates for the warrants will be shown in the same format as a maturity date prefixed by the abbreviation EXP. The issuer name of the issue to which the holder can subscribe will be included if it is different than the actual issuer of the warrants. Once a number is assigned for short-term (less than 1 year) rights it will be retained permanently to provide for future issues.

ILLUSTRATION:
      Abacus Manufacturing Company Rights to Subscribe to 1/10 Share Common Expires July 1, 1991
      *becomes*
      ABACUS MFG CO RTS
      Consolidated Oil and Gas Company Warrants to Purchase ¼ Share Worldwide Energy Company
        Limited Expires
      *becomes*
      CONSOLIDATED OIL & GAS CORP WT PUR COM WORLDWIDE ENERGY LTD EXP
        07/20/1995

A combination issue, bonds or stock with warrants attached, or a unit certificate consisting of a common and   preferred interest, etc., will contain the description of each element as it would be shown if they were separate issues.  The description of a unit certificate will also include the principal amount or the number of shares of the separate components.

ILLUSTRATION:
      Commonwealth Airlines Company Convertible Debentures 3% due July 1, 1995 with warrants expiring
        July 1, 1997 to subscribe to ½ share Common attached
      *becomes*
      COMMONWEALTH AIRLS CO WW DEB CONV 3% 07/01/1995
      Commonwealth Grain Warehouse Company Unit Certificate for one share 4-3/4% Preferred and two shares
        Common
      *becomes*
      COMMONWEALTH GRAIN WHSE CO UNIT 1 PFD 4.75% 2 COM

Purpose will not appear in the description of a governmental issuer general obligation except where a separate issue number has been assigned. The term general obligation will always be omitted from the description.

The word ordinary abbreviated, will be substituted for the word bearer when that word appears as the only issue description for an equity issue of a foreign corporation.

ILLUSTRATION:
      Dresdner Bank Algemeine Bearer
      *becomes*
      DRESDNER BK AG ORD

## CONVENTIONS

### 1. Security Description

CUSIP Security Description Systems states that one space shall separate all words within the issuer's name and issue description. To conserve space, the issuer title appears first in the Directory followed by all the related issues. Valid CUSIP descriptions, however, must combine the issuer and issue description.

For example, this Directory listing:
      McGRAW HILL INC
          COM
          PREF CONV $1.20
          PFD CONV $5.50
          SUB DEB CONV 3.875% 05/01/1992
  *becomes*
      MCGRAW HILL INC COM
      MCGRAW HILL INC PREF CONV $1.20
      MCGRAW HILL INC PFD CONV $5.50
      MCGRAW HILL INC SUB DEB CONV
          3.875% 05/01/1992

### 2. New Public Housing Authorities

Users should be aware that all Federally secured housing authority bonds are located under the geographic place name followed by New Public Housing Authority

**CUSIP_db User Documentation**          **49**

CONFIDENTIAL      FRSI01417409

Non-Federally secured (local issues) housing authorities have only the ''Housing Authority.'' For example these two unique issuers:

> BOSTON MASS HOUSING AUTHORITY
> BOSTON MASS NEW PUBLIC HOUSING AUTHORITY

*3. Dated Dates*

Dated dates for municipal issues prior to the publication of the first Directory may include only the year of issue. From 1969 forward, the dated date will include the month, day and year. Where there are two or more identical coupon and maturity dates listed, the item numbers marked with an asterisk carry more recent issue dates.

Dated dates for corporate issues are provided on issues dated after 8/1 /89 where available.

**4. When Issued and Capital Changes**

A single issue number will be assigned to an individual issue even though it is being traded on both a normal settlement, and when issued basis. However, when separate market values are quoted for both a normal and when-issued delivery, the reporting service should provide both values with an appropriate qualifying indication so that the user can determine which one he wishes to utilize. *In addition, a user within his own system may indicate a when-issued condition on a trade or a holding through the use of an auxiliary or special transaction code.* New numbers are not assigned to reflect stock splits or dividends. However, a capital change requiring exchange of certificates (i.e. reverse split), results in assignment of a new number.

**5. Cross Referencing—Name Changes**

Information on corporate mergers, acquisitions, and name changes begins with changes that occurred in 1969. No attempt has been made to gather this information for corporate mergers and name changes prior to 1969, but the CUSIP file will be maintained with relevant cross reference information from the date of publication forward. Name changes which alter the alphabetic sequence of the issuers will necessitate assignment of new numbers. The old numbers will be cross-referenced with information lines.

An attempt has been made to record special information lines recording large school district consolidations, and debt assumptions. Accordingly, notices of major consolidations appear throughout the file.

**CUSIP_db User Documentation**                    50

CONFIDENTIAL                                                                                    FRSI01417410

# ISO  Codes        Exhibit D

- **ISO Domicile Codes**

| | | | | | | |
|---|---|---|---|---|---|---|
| Afghanistan | AF | European Union | EU | Malta | MT |
| Albania | AL | Falkland Isl | FK | Marshall Isl | MH |
| Algeria | DZ | Faroe Isl | FO | Martinique | MQ |
| American Samoa | AS | Fiji | FJ | Mauritania | MR |
| Andorra | AD | Finland | FI | Mauritius | MU |
| Angola | AO | France | FR | Mayotte | YT |
| Anguilla | AI | French Guyana | GF | Mexico | MX |
| Antarctica | AQ | French Polynesia | PF | Micronesia | FM |
| Antigua and Barbuda | AG | French Southern Terr | TF | Moldova | MD |
| Argentina | AR | Gabon | GA | Monaco | MC |
| Armenia | AM | Gambia | GM | Mongolia | MN |
| Aruba | AW | Georgia | GE | Montserrat | MS |
| Australia | AU | Germany | DE | Morocco | MA |
| Austria | AT | Ghana | GH | Mozambique | MZ |
| Azerbaijan | AZ | Gibraltar | GI | Myanmar | MM |
| Bahamas | BS | Greece | GR | Namibia | NA |
| Bahrain | BH | Greenland | GL | Nauru | NR |
| Bangladesh | BD | Grenada | GD | Nepal | NP |
| Barbados | BB | Guadeloupe | GP | Netherlands | NL |
| Belarus | BY | Guam | GU | Netherlands Antilles | AN |
| Belgium | BE | Guatemala | GT | New Caledonia | NC |
| Belize | BZ | Guernsey | GG | New Zealand | NZ |
| Benin | BJ | Guinea | GN | Nicaragua | NI |
| Bermuda | BM | Guinea Equatorial | GQ | Niger | NE |
| Bhutan | BT | Guinea-Bissau | GW | Nigeria | NG |
| Bolivia | BO | Guyana | GY | Niue | NU |
| Bosnia/Herzogovina | BA | Haiti | HT | Norfolk Island | NF |
| Botswana | BW | Heard/ McDonald Isl | HM | Northern Mariana Isl | MP |
| Bouvet Island | BV | Honduras | HN | Norway | NO |
| Brazil | BR | Hong Kong | HK | Oman | OM |
| Brit. Indian Ocean Terr | IO | Hungary | HU | Pakistan | PK |
| Brunei Darussalam | BN | Iceland | IS | Palau | PW |
| Bulgaria | BG | India | IN | Panama | PA |
| Burkina Faso | BF | Indonesia | ID | Papua New Guinea | PG |
| Burundi | BI | Iran | IR | Paraguay | PY |
| Cambodia | KH | Iraq | IQ | Peru | PE |
| Cameroon | CM | Ireland | IE | Philippines | PH |
| Canada | CA | Isle of Man | IM | Pitcairn Island | PN |
| Cape Verde | CV | Israel | IL | Poland | PL |
| Cayman Isl | KY | Italy | IT | Portugal | PT |
| Central African Rep | CF | Ivory Coast | CI | Puerto Rico | PR |
| Chad | TD | Jamaica | JM | Qatar | QA |
| Chile | CL | Japan | JP | Reunion | RE |
| China | CN | Jersey | JE | Romania | RO |
| Christmas Island | CX | Jordan | JO | Russia | RU |
| Cocos (Keeling) Isl | CC | Kazakhstan | KZ | Rwanda | RW |
| Colombia | CO | Kenya | KE | Samoa | WS |
| Comores | KM | Kiribati | KI | San Marino | SM |
| Congo | CG | Korea | KP | Sao Tome/Principe | ST |
| Congo Dem. Rep. | CD | Kuwait | KW | Saudi Arabia | SA |
| Cook Isl | CK | Kyrgyzstan | KG | Senegal | SN |
| Costa Rica | CR | Laos | LA | Seychelles | SC |
| Croatia | HR | Latvia | LV | Sierra Leone | SL |
| Cuba | CU | Lebanon | LB | Singapore | SG |
| Cyprus | CY | Lesotho | LS | Slovakia | SK |
| Czech Republic | CZ | Liberia | LR | Slovenia | SI |
| Denmark | DK | Libya | LY | Solomon Isl | SB |
| Djibouti | DJ | Liechtenstein | LI | Somalia | SO |
| Dominica | DM | Lithuania | LT | South Africa | ZA |
| Dominican Republic | DO | Luxembourg | LU | S.Georgia/Sandwich Isl | GS |
| East Timor | TP | Macao | MO | South Korea | KR |
| Ecuador | EC | Macedonia | MK | Soviet Union | SU |
| Egypt | EG | Madagascar | MG | Spain | ES |
| El Salvador | SV | Malawi | MW | Sri Lanka | LK |
| Eritrea | ER | Malaysia | MY | St. Helena | SH |
| Estonia | EE | Maldives | MV | St. Kitts and Nevis | KN |
| Ethiopia | ET | Mali | ML | St. Lucia | LC |

**CUSIP_db User Documentation**                              51

CONFIDENTIAL                                                                    FRSI01417411

| | | | | | |
|---|---|---|---|---|---|
| St. Pierre/Miquelon | PM | Tonga | TO | Vanuatu | VU |
| St. Vincent/Grenadines | VC | Trinidad and Tobago | TT | Vatican City | VA |
| Sudan | SD | Tunisia | TN | Venezuela | VE |
| Suriname | SR | Turkey | TR | Vietnam | VN |
| Svalbard/Jan Mayen | SJ | Turkmenistan | TM | Virgin Isl (UK) | VG |
| Swaziland | SZ | Turks and Caicos Isl | TC | Virgin Isl (US) | VI |
| Sweden | SE | Tuvalu | TV | Wallis and Futuna Isl | WF |
| Switzerland | CH | Uganda | UG | Western Sahara | EH |
| Syria | SY | Ukraine | UA | Yemen | YE |
| Taiwan | TW | United Arab Emirates | AE | Yugoslavia | YU |
| Tajikstan | TJ | United Kingdom | GB | Zambia | ZM |
| Tanzania | TZ | United States | US | Zimbabwe | ZW |
| Thailand | TH | U.S. Minor Outlying Isl | UM | | |
| Togo | TG | Uruguay | UY | | |
| Tokelau | TK | Uzbekistan | UZ | | |

- **ISO Currency Codes**

| | | | | | |
|---|---|---|---|---|---|
| Afghanistan | AFA | Djibouti | DJF | Kyrgyzstan | KGS |
| Albania | ALL | Dominica | XCD | Laos | LAK |
| Algeria | DZD | Dominican Republic | DOP | Latvia | LVL |
| Angola | AOR | East Timor | TPE | Lebanon | LBP |
| Anguilla | XCD | Ecuador | ECS | Lesotho | LSL |
| Antigua and Barbuda | XCD | Egypt | EGP | Liberia | LRD |
| Argentina | ARS | El Salvador | SVC | Libyan Arab Jamahiriya | LYD |
| Armenia | AMD | Equatorial Guinea | XAF | Lithuania | LTL |
| Aruba | AWG | Estonia | EEK | Luxembourg | LUF |
| Australia | AUD | Ethiopia | ETB | Macao | MOP |
| Austria | ATS | Euro | EUR | Macedonia | MKD |
| Azerbaijan | AZM | European Curr Unit | XEU | Madagascar | MGF |
| Bahamas | BSD | Falkland Islands | FKP | Malawi | MWK |
| Bahrain | BHD | Fiji | FJD | Malaysia | MYR |
| Bangladesh | BDT | Finland | FIM | Maldives | MVR |
| Barbados | BBD | France | FRF | Mali | XOF |
| Belarus | BYB | French Polynesia | XPF | Malta | MTL |
| Belgium | BEF | Gabon | XAF | Mauritania | MRO |
| Belize | BZD | Gambia | GMD | Mauritius | MUR |
| Benin | XOF | Georgia | GEL | Mexico | MXN |
| Bermuda | BMD | Germany Federal Rep | DEM | Moldova | MDL |
| Bhutan | BTN | Ghana | GHC | Mongolia | MNT |
| Bhutan- | MXN | Gibraltar | GIP | Montserrat | XCD |
| Bolivia | BOB | Greece | GRD | Morocco | MAD |
| Botswana | BWP | Grenada | XCD | Mozambique | MZM |
| Brazil | BRL | Guatemala | GTQ | Myanmar | MMK |
| Brunei Darussalam | BND | Guinea | GNF | Namibia | NAD |
| Bulgaria | BGL | Guinea-Bissau | GWP | Nepal | NPR |
| Burkina Faso | XOF | Guinea-Equator. | XAF | Netherlands | NLG |
| Burundi | BIF | Guyana | GYD | Netherlands Antilles | ANG |
| Cambodia | KHR | Haiti | HTG | New Caledonia | XPF |
| Cameroon | XAF | Honduras | HNL | New Zealand | NZD |
| Canada | CAD | Hong Kong | HKD | Nicaragua | NIO |
| Cape Verde | CVE | Hungary | HUF | Niger | XOF |
| Cayman Islands | KYD | Iceland | ISK | Nigeria | NGN |
| Central African Rep | XAF | India | INR | Norway | NOK |
| Chad | XAF | Indonesia | IDR | Oman | OMR |
| Chile | CLP | Iran | IRR | Pakistan | PKR |
| China | CNY | Iraq | IQD | Panama | PAB |
| Colombia | COP | Ireland | IEP | Papua New Guinea | PGK |
| Comoros | KMF | Israel | ILS | Paraguay | PYG |
| Congo | XAF | Italy | ITL | Peru | PEN |
| Costa Rica | CRC | Jamaica | JMD | Philippines | PHP |
| Cote D Ivoire | XOF | Japan | JPY | Poland | PLN |
| Croatia | HRK | Jordan | JOD | Portugal | PTE |
| Cuba | CUP | Kazakstan | KZT | Qatar | QAR |
| Cyprus | CYP | Kenya | KES | Romania | ROL |
| Czech Republic | CZK | Korea North | KPW | Russia | RUR |
| Czechoslovakia | CSK | Korea South | KRW | Russian Federation | RUB |
| Denmark | DKK | Kuwait | KWD | Rwanda | RWF |

**CUSIP_db User Documentation**                    52

CONFIDENTIAL                                                                    FRSI01417412

| | | | | | |
|---|---|---|---|---|---|
| Saint Helena | SHP | Sudan | SDD | Ukraine | UAH |
| Saint Kitts and Nevis | XCD | Suriname | SRG | United Arab Emirates | AED |
| Saint Lucia | XCD | Swaziland | SZL | United Kingdom | GBP |
| Saint Vincent-Grenadines | XCD | Sweden | SEK | United States | USD |
| Samoa | WST | Switzerland | CHF | Upper Volta | XOF |
| Sao Tome & Principe | STD | Syrian Arab Republic | SYP | Uruguay | UYU |
| Saudi Arabia | SAR | Taiwan | TWD | Uzbekistan | UZS |
| Senegal | XOF | Tajikistan | TJR | Vanuatu | VUV |
| Seychelles | SCR | Tanzania | TZS | Venezuela | VEB |
| Sierra Leone | SLL | Thailand | THB | Vietnam | VND |
| Singapore | SGD | Togo | XOF | Wallis & Futuna Isl | XPF |
| Slovakia | SKK | Tonga | TOP | West Indies | XCD |
| Slovenia | SIT | Trinidad and Tobago | TTD | Western Sahara | MAD |
| Solomon Islands | SBD | Tunisia | TND | Yemen | YER |
| Somalia | SOS | Turkey | TRL | Yugoslavia | YUM |
| South Africa | ZAR | Turkmenistan | TMM | Zaire | ZRN |
| Spain | ESP | U S S R Russia | SUR | Zambia | ZMK |
| Sri Lanka | LKR | Uganda | UGX | Zimbabwe | ZWD |

**CUSIP_db User Documentation**              53

CONFIDENTIAL                                                          FRSI01417413

**Holiday Schedule          Exhibit E**

There will be no delta files generated by CUSIP Global Services on the following observed U.S. holidays:

New Year's Day
Martin Luther King Day
Presidents' Day
Good Friday
Memorial Day
Independence Day
Labor Day
Thanksgiving Day
Christmas Day

**CUSIP_db User Documentation          54**

CONFIDENTIAL                                                                                    FRSI01417414

**Issue Attribute Glossary     Exhibit F**



**CUSIP_db User Documentation**                55

CONFIDENTIAL



**CUSIP_db User Documentation**            56

CONFIDENTIAL                                    FRSI01417416



**CUSIP_db User Documentation**          57

CONFIDENTIAL                                                      FRSI01417417

## CUSIP_db Sample Data



**CUSIP_db User Documentation**                58

CONFIDENTIAL

FRSI01417418



**CUSIP_db User Documentation**                59

CONFIDENTIAL                                                FRSI01417419

**CUSIP_db   Privacy Notice**

CUSIP Service Bureau uses contact data for order fulfillment and to inform subscribers and prospects about CUSIP services.  CUSIP does not share your information with other companies.

For more information about The McGraw-Hill Companies' Privacy Policy, visit our Web site http:// www.mcgraw-hill.com/privacy.html.

If you would like to confirm the accuracy of the information we have collected from you, or if you have questions about the uses of this information, please mail written request to:

> CUSIP Service Bureau
> Attention: Maria Latorraca
> 55 Water Street
> New York, NY 10041

Copyright 2010 by CUSIP Global Services..  All rights reserved.  No part of this publication may be reproduced, transmitted, transcribed, stored in a retrieval system, or translated into any language, in any form by any means, without the written permission of CUSIP Global Services.

CUSIP® and CINS® are trademarks of the American Bankers Association.
CUSIP Global Services is managed on behalf of the American Bankers Association by Standard & Poor's.

2010-03

CONFIDENTIAL                                                                                FRSI01417420