# Exhibit 27



# CUSIP/CINS_db
# Master File

file version 16

## *User Documentation*

*(Includes Pulse file and Supplemental Ticker file Information)*

CONFIDENTIAL

FRSI01498548

# CUSIP_db Master File User Documentation

- Product Overview                                       2
- Field Definitions:                                     7
  - Issuer
  - Issue

The sections below can be found online at:
https://www.cusip.com/cusip/cusipProductDocument.htm

Exhibit A:  CFI Codes
Exhibit B:  CUSIP Abbreviations
Exhibit C:  CUSIP System
Exhibit D:  ISO Domicile and Currency Codes
Exhibit F:  Issue Attributes Glossary

## CUSIP_db Master File Product Overview

- **The Service**

Depending on your subscription, the CUSIP_db File Service provides nine-character identifiers for CUSIPs and/or CINS (CUSIP International Numbers) numbers, along with standardized descriptions and up to 60 additional data elements for over 15 million corporate, municipal, sovereign and U.S. government securities in the same file product. (Previously CUSIPs and CINS were only available in separate file feeds.)

CUSIPs are assigned largely to U.S. and Canadian securities, whereas CINS are assigned to securities offered outside of the U.S. and Canada.

The service is available in the following segments in either Daily or Pulse (15 minute) frequency.

**CUSIP_db Master File User Documentation**     1

CONFIDENTIAL                                                                   FRSI01498549

All these segments are also available with or without the ISIN linkage which requires an additional entitlement.

- All CUSIPs and CINS
- CUSIPs Only
- CINS Only
- Corporate Only (CUSIPs and/or CINS)
- Municipals Only
- All Debt (CUSIPs and/or CINS)
- Corporate Debt (CUSIPs and/or CINS)
- Equity and Equity Common/Preferred
- Canadian Only (CUSIPs and/or CINS)
- Mutual Funds
- Certificates of Deposit
- PPNs (Private Placement Numbers for Insurance Company holdings)

The Mortgage-Backed Security Pool CUSIPs, Syndicated Loans and Option Services are available separately.

**About the Files**
- CUSIP/CINS_db comprises the following files: Issuer file and Issue file
- Supplemental Ticker/Exchange file
- Issuer file contains standardized Issuer Names and additional issuer level data elements including the LEI
- Issue file contains security descriptions and basic information such as coupon, dated date, maturity date, CFI codes and up to 50 different data elements
- CUSIP/CINS_db is initialized with a full Master File; subsequent updates are in the same format.
- Update records are either full replacement records or new additions to the file.  No physical deletions are made.
- Subscribers are entitled to one master file refresh annually at no additional charge.


**CUSIP/CINS_db Features**
- Corporate, Municipal, U.S. Government and Sovereign issues
- Daily and 15 Minute Pulse delta files are available
- Up to 50 data attributes per security

**Benefits**
- Reduces implementation expenses
- Quick implementation and reduced programming lead times

**System Requirements**
- A Relational database such as Oracle.
- Any platform that will support a recognized relational database

**CUSIP_db Master File User Documentation**     2

FRSI01498550

• Approximate storage requirement:  3 gigabyte hard disk storage
• UTF-8 compliant. The service contains non-standard ASCII characters.


**Technical Information and Assistance for CUSIP/CINS_db File Services**

<u>Contact</u>
CUSIP Product Group
<u>Products@CUSIP.com</u>


<u>Delivery</u>
Initial full master file and delta files are delivered via SFTP

<u>**Delta File Delivery Schedule and Frequencies:**</u> **(**each business day based on ET-US.)

- ***Daily***       files posted by 8 P.M. Monday through Friday
- ***Pulse***       every fifteen minutes between 9:00 AM and 7:00 PM, Monday through Friday

Daily delta files contain records for all activity from 7:00 PM the previous day to 7:00 PM of
the present day.
Pulse files are complete delta files that contain all activity within a given fifteen-minute
interval during the day. End of day file is available along with the Pulse file.



File Processing Notes:
- Files should be processed in the following order: Issuer file, Issue file.
- All files contain the CUSIP/CINS Issuer number (Issuer_Num); the issue file is linked to the
issuer file by the issuer number.
- Every Issuer Name is linked to an Issuer Number.  Not every Issuer is linked to Issues in
CUSIP/CINS_db (e.g., Issuer Name and Number is provided for Federal Agency mortgage

**CUSIP_db Master File User Documentation**       3

FRSI01498551

pool issuers and Commercial Paper programs in the CUSIP/CINS_db Master File Service, but the issue level information is not provided).
- There are always complete updates within a record. But the Issuer record will not be generated unless there is a change to data in those records.
- The delta file will contain the latest updated fields.  All changes will be reflected in a single record for the update frequency received.

**Naming convention for CUSIP/CINS _db Daily files\*:**
>  Issuer file: ALLD[MM-dd]R.PIP
>  Issue file: ALLD[MM-dd]E.PIP
>  Issue with ISIN file: ALLD[MM-dd]NE.PIP
>  Supplemental Ticker/Exchange file: CC9_TKR[MM-dd].PIP


\*Different segments and frequencies of the CUSIP/CINS_db master files will have different file names.

-  To ensure the database is complete, if a change transaction comes through the delta file and the record does not exist in the client's database, insert the record as an Add.
-  Issuers or Issues flagged with a status of 'W' in a delta file will not be included in a subsequent master refresh file
-  Trailer Record:  A dummy CUSIP 999999 99 (Dummy CUSIP 999999 in the Issuer File) is used to provide the record count and update date in each file.
- File handling order:
>  1) Issuer
>  2) Issue


**Securities coverage in CUSIP/CINS_db:**
>  **> Equity**
>  American/Global Depositary Receipts
>  Common Shares
>  Exchange Traded Funds
>  Indices
>  Limited Partnerships
>  Mutual Funds
>  Preferred Shares
>  Real Estate Investment Trusts
>  Rights
>  Unit Investment Trusts
>  Warrants
>  **> Debt**
>  Asset Backed Securities
>  Certificates of Deposit - Retail
>  Certificates of Deposit - Institutional (issued after March 10, 2010)

**CUSIP_db Master File User Documentation**     4

FRSI01498552

Collateralized Debt Obligations
Collateralized Mortgage Obligations
Corporate Bonds
Medium Term Notes
Mortgage Backed Securities
Municipal Bonds
Secondarily Insured Securities
Structured Products
U.S. Federal Government Agencies
U.S. Treasuries: Bonds, Bills, Notes
> **Other**
Capital Securities (Hybrids)
Equity-linked and Index-linked Notes (Hybrids)
IAM Commercial Paper (issued after June 1, 2009)
Institutional Certificate of Deposit (issued after March 11, 2010)
Municipal Derivatives
Restricted Issues: 144A and Reg D Private Securities
Trust Preferred (Hybrids)
Variable Annuities and other Insurance-related Products

Instrument types/identifiers ***not*** included in CUSIP/CINS_db
- Syndicated Loans
- Credit Derivatives (RED Codes)
- Bankers Acceptances
- Discount Commercial Paper/Agency Discount Notes
- Mortgage-Backed Pools
- Options

## CUSIP Data Elements

Primary Issuer Type (C=Corporate, G=Government, M=Municipal)

- **Debt – General**




**CUSIP_db Master File User Documentation**     5

FRSI01498553

- **Debt – Municipal**



- **Equity Issues**

- **Certification Attributes (Equity)**

Note: Data elements in **bold** type have been collected after 1996. Prior to that time, data is not available for these issue attributes. CUSIP Global Services uses its best efforts to finalize the information in its database. Only data elements pertaining to a security type will be provided based on documentation received.

# CUSIP/CINS_db Field Definitions
## Issuer File



**CUSIP_db Master File User Documentation**    6

CONFIDENTIAL

FRSI01498554



CONFIDENTIAL

FRSI01498555



Page **8** of **75**

CONFIDENTIAL

FRSI01498556



## CUSIP/CINS_db Field Definitions

### Issue file

|  | Field Name | Data Type | Maximum Length |
|--|------------|-----------|----------------|

CONFIDENTIAL

FRSI01498557



Page **10** of **75**

CONFIDENTIAL

FRSI01498558



Notes:

CONFIDENTIAL

FRSI01498559



CONFIDENTIAL

FRSI01498560



Page **13** of **75**

CONFIDENTIAL

FRSI01498561



CONFIDENTIAL

FRSI01498562



CONFIDENTIAL

FRSI01498563



CONFIDENTIAL

FRSI01498564



Page **17** of **75**

CONFIDENTIAL



Page **18** of **75**

CONFIDENTIAL

FRSI01498566



Page **19** of **75**

CONFIDENTIAL

FRSI01498567



CONFIDENTIAL

FRSI01498568



CONFIDENTIAL

FRSI01498569



CONFIDENTIAL

FRSI01498570



CONFIDENTIAL

FRSI01498571



CONFIDENTIAL

FRSI01498572

****For additional information related to the CUSIP Data Feeds and System please see our user guides on-line at:
https://www.cusip.com/cusip/cusipProductDocument.htm
Under CGS Database Services➔CUSIP_db Master File
Appendix: ISO CFI Codes: 2015 version

| ISO CFI Code Updated (10962:2015) Version | | | | | |
|---|---|---|---|---|---|
| Category | Group | 1st Attribute Name | 2nd Attribute Name | 3rd Attribute Name | 4th Attribute Name |
| E = Equities | S = Common / ordinary shares | Voting rights | Ownership/transfer/sales restrictions | Payment status | Form |
| | | V = Voting<br>N = Non-voting<br>R = Restricted voting<br>E = Enhanced voting | T = Restrictions<br>U = Free (unrestricted) | O = Nil paid<br><br>P = Partly paid<br><br>F = Fully paid | B = Bearer<br>R = Registered<br><br>N = Bearer / registered<br>~~Z = Bearer depository receipt~~<br>~~A = Registered depository receipt~~<br>M = Others (miscellaneous) |
| | P = Preferred / Preference shares | Voting rights | Redemption | Income | Form |
| Legend: | | V = Voting | R = Redeemable | F = Fixed rate income | B = Bearer |

Page **25** of **75**

FRSI01498573

| Black: Item in both 2001 & 2015 CFI versions  Blue: Item new in 2015 version  Red: Item included in 2001 and removed in 2015 edition  Orange: Item relocated in 2015 version regarding 2001 edition | N = Non-voting  R = Restricted voting  E = Enhanced voting | E = Extendible  T = Redeemable / extendible  G = Exchangeable  A = Redeemable / exchangeable / extendible  C = Redeemable /exchangeable  N = Perpetual | C = Cumulative, fixed rate income  P = Participating income  Q = Cumulative, participating income  A = Adjustable / variable rate income  N = Normal rate income  U = Auction rate income | R = Registered  N = Bearer / registered  Z = Bearer depository receipt  A = Registered depository receipt  M = Others (miscellaneous) |

| R = Preference shares | Voting right | - | Redemption | - | Income | - | Form |
|---|---|---|---|---|---|---|---|

| C = Common / ordinary convertible shares | Voting rights | | Ownership/transfer/sales restrictions | | Income – Payment status | - | Form |
|---|---|---|---|---|---|---|---|
| | V = Voting | | T = Restrictions | | O = Nil paid Participating income | | B = Bearer |
| | N = Non-voting | | U = Free (unrestricted) | | P = Partly paid Fixed rate income | | R = Registered |
| | R = Restricted voting | | | | F = Fully paid C = Cumulative, fixed rate income | | N = Bearer / registered |
| | E = Enhanced voting | | | | P = Participating income Q = Cumulative, participating income A = Adjustable rate income N = Normal rate income | | Z = Bearer depository receipt A = Registered depository receipt M = Others (miscellaneous) |

| F = Preferred / Preference convertible shares | Voting rights | | Redemption | | Income | | Form |
|---|---|---|---|---|---|---|---|

CONFIDENTIAL

FRSI01498574

| | Voting right | - | Redemption | - | Income | - | Form |
|---|---|---|---|---|---|---|---|
| | V = Voting<br>N = Non-voting<br>R = Restricted voting<br>E = Enhanced voting | | R = Redeemable<br>E = Extendible<br>T = Redeemable / extendible<br>G = Exchangeable<br>A = Redeemable / exchangeable / extendible<br>C = Redeemable /exchangeable<br>N = Perpetual | | F = Fixed rate income<br>C = Cumulative, fixed rate income<br>P = Participating income<br>Q = Cumulative, participating income<br>A = Adjustable / variable rate income<br>N = Normal rate income<br>U = Auction rate income | | B = Bearer<br>R = Registered<br>N = Bearer / registered<br>~~Z = Bearer depository receipt~~<br>~~A = Registered depository receipt~~<br>M = Others (miscellaneous) |

| ~~V = Preference convertible shares~~ | ~~Voting right~~ | ~~-~~ | ~~Redemption~~ | ~~-~~ | ~~Income~~ | ~~-~~ | ~~Form~~ |
|---|---|---|---|---|---|---|---|

| ~~U = Units, i.e. unit trusts/mutual funds/OPCVM/OÌ CVM~~ | ~~Closed-/ open-end~~ | ~~-~~ | ~~Distribution policy~~ | ~~-~~ | ~~Assets~~ | ~~-~~ | ~~Form~~ |
|---|---|---|---|---|---|---|---|

| L = Limited partnership units | Voting rights | | Ownership/transfer/sales restrictions | | Payment status | | Form |
|---|---|---|---|---|---|---|---|
| | V = Voting<br>N = Non-voting<br>R = Restricted voting<br>E = Enhanced voting | | T = Restrictions<br>U = Free (unrestricted) | | O= Nil paid<br>P = Partly paid<br>F = Fully paid | | B = Bearer<br>R = Registered<br>N = Bearer / registered<br>M = Others (miscellaneous) |

| D = Depositary receipts on equities | Instrument dependency | | Redemption / conversion of the underlying assets | | Income | | Form |
|---|---|---|---|---|---|---|---|
| | S = Common / ordinary shares | | R = Redeemable | | F = Fixed rate income | | B = Bearer |

CONFIDENTIAL

FRSI01498575

| | | | |
|---|---|---|---|
| P = Preferred / preference shares | N = Perpetual | C = Cumulative, fixed rate income | R = Registered |
| C = Common / ordinary convertible shares | B = Convertible | P = Participating income | N = Bearer / registered |
| F = Preferred / preference convertible shares | D = Convertible / redeemable | Q = Cumulative, participating income | M = Others (miscellaneous) |
| L = Limited partnership units | X = Not applicable / undefined | A = Adjustable / variable rate income | |
| M = Others (miscellaneous) | | N = Normal rate income | |
| | | U = Auction rate income | |
| | | Dividends | |

| Y = Structured instruments (participation) | | *Type* | | *Distribution* | | *Repayment* | | *Underlying assets* |
|---|---|---|---|---|---|---|---|---|
| | | A = Tracker certificate | | D = Dividend payments | | F = Cash repayment | | B = Baskets |
| | | B = Outperformance certificate | | Y = No payments | | V = Physical repayment | | S = Equities |
| | | C = Bonus certificate | | M = Others (miscellaneous) | | E = Elect at settlement | | D = Debt instruments |
| | | D = Outperformance bonus certificate | | | | M = Others (miscellaneous) | | G = Derivatives |
| | | E = Twin-win-certificate | | | | | | T = Commodities |
| | | M = Others (miscellaneous) | | | | | | C = Currencies |
| | | | | | | | | I = Indices |
| | | | | | | | | N = Interest rates |
| | | | | | | | | M = Others (miscellaneous) |

| M = Others (miscellaneous) | | | | | | | | *Form* |
|---|---|---|---|---|---|---|---|---|
| | | X = Not applicable / undefined | | X = Not applicable / undefined | | X = Not applicable / undefined | | B = Bearer |

Page **28** of **75**

CONFIDENTIAL

FRSI01498576

R =
Registered
N = Bearer /
registered
Z = Bearer
depository
receipt
A =
Registered
depository
receipt
M = Others
(miscellane
ous)

| Category | Group | 1st Attribute Name | | 2nd Attribute Name | | 3rd Attribute Name | | 4th Attribute Name |
|---|---|---|---|---|---|---|---|---|
| D = Debt | B = Bonds | *Type of interest or cash payment* | | *Guarantee or ranking* | | *Redemption/rei mbursement* | | *Form* |
| | | F = Fixed rate | | T = Government guarantee | | F = Fixed maturity | | B = Bearer |
| | | Z = Zero rate/discoun ted | | G = Joint guarantee | | G = Fixed maturity with call feature | | R = Registered |
| | | | | | | C = Fixed maturity with put feature | | N = Bearer / registered |
| | | V = Variable | | S = Secured | | D = Fixed maturity with put and call | | Z = Bearer depository receipt |
| | | C = Cash payment | | U = Unsecured/ung uaranteed | | | | A = Registered depository receipt |
| | | K = Payment in kind | | P = Negative pledge | | A = Amortization plan | | |
| | | | | | | B = Amortization plan with call feature | | M = Others (miscellane ous) |
| | | | | N = Senior | | T = Amortization plan with put feature | | |
| | | | | O = Senior subordinated | | L = Amortization plan with put and call | | |
| | | | | Q = Junior | | | | |
| | | | | J = Junior subordinated | | P = Perpetual | | |
| | | | | C = Supranational | | Q = Perpetual with call feature | | |
| | | | | | | R = Perpetual with put feature | | |

**Legend:**

CONFIDENTIAL

FRSI01498577

Black: Item in both 2001 &
2015 CFI versions
Blue: Item
new in
2015
version
Red: Item included in 2001 and
removed in 2015 edition
Orange: Item relocated in 2015
version regarding 2001 edition

| C = Convertible Bonds | Type of interest | | Guarantee or ranking | Redemption/rei mbursement | | Form |
|---|---|---|---|---|---|---|
| | F = Fixed rate | | T = Government guarantee | F = Fixed maturity | | B = Bearer |
| | Z = Zero rate/discoun ted | | G = Joint guarantee | G = Fixed maturity with call feature | | R = Registered |
| | | | | C = Fixed maturity with put feature | | N = Bearer / registered |
| | V = Variable | | S = Secured | D = Fixed maturity with put and call | | Z = Bearer depository receipt |
| | K = Payment in kind | | U = Unsecured/ung uaranteed | | | A = Registered depository receipt |
| | | | P = Negative pledge | A = Amortization plan | | |
| | | | | B = Amortization plan with call feature | | M = Others (miscellane ous) |
| | | | N = Senior | T = Amortization plan with put feature | | |
| | | | O = Senior subordinated | L = Amortization plan with put and call | | |
| | | | Q = Junior | | | |
| | | | J = Junior subordinated | | | |
| | | | C = Supranational | P = Perpetual | | |
| | | | | Q = Perpetual with call feature | | |
| | | | | R = Perpetual with put feature | | |
| | | | | E = Extendible | | |

| W = Bonds with warrants | Type of interest | | Guarantee or ranking | Redemption/rei mbursement | | Form |
|---|---|---|---|---|---|---|
| | F = Fixed rate | | T = Government guarantee | F = Fixed maturity | | B = Bearer |

CONFIDENTIAL                                                                                          FRSI01498578

| Type of interest | Guarantee or ranking | Redemption/reimbursement | Form |
|---|---|---|---|
| Z = Zero rate/discounted | G = Joint guarantee | G = Fixed maturity with call feature | R = Registered |
| V = Variable | S = Secured | C = Fixed maturity with put feature | N = Bearer / registered |
| K = Payment in kind | U = Unsecured/unguaranteed | D = Fixed maturity with put and call | ~~Z = Bearer depository receipt~~ |
| | P = Negative pledge | A = Amortization plan | ~~A = Registered depository receipt~~ |
| | N = Senior | B = Amortization plan with call feature | M = Others (miscellaneous) |
| | O = Senior subordinated | T = Amortization plan with put feature | |
| | | L = Amortization plan with put and call | |
| | Q = Junior | | |
| | J = Junior subordinated | P = Perpetual | |
| | C = Supranational | Q = Perpetual with call feature | |
| | | R = Perpetual with put feature | |
| | | E = Extendible | |

| T = Medium-term notes | Type of interest | | Guarantee or ranking | Redemption/reimbursement | | Form |
|---|---|---|---|---|---|---|
| | F = Fixed rate | | T = Government guarantee | F = Fixed maturity | | B = Bearer |
| | Z = Zero rate/discounted | | G = Joint guarantee | G = Fixed maturity with call feature | | R = Registered |
| | | | | C = Fixed maturity with put feature | | N = Bearer / registered |
| | V = Variable | | S = Secured | D = Fixed maturity with put and call | | ~~Z = Bearer depository receipt~~ |
| | K = Payment in kind | | U = Unsecured/unguaranteed | | | ~~A = Registered depository receipt~~ |
| | | | P = Negative pledge | A = Amortization plan | | |
| | | | | B = Amortization plan with call feature | | M = Others (miscellaneous) |
| | | | N = Senior | feature | | |

CONFIDENTIAL

FRSI01498579

| Guarantee or ranking | |
|---|---|
| O = Senior subordinated | T = Amortization plan with put feature |
| | L = Amortization plan with put and call |
| Q = Junior | |
| J = Junior subordinated | P = Perpetual |
| C = Supranational | Q = Perpetual with call feature |
| | R = Perpetual with put feature |
| | E = Extendible |

| Y = Money market instruments | Type of interest | | Guarantee or ranking | | | | Form |
|---|---|---|---|---|---|---|---|
| | F = Fixed rate | | T = Government guarantee | | X = Not applicable / undefined | | B = Bearer |
| | Z = Zero rate/discounted | | G = Joint guarantee | | | | R = Registered |
| | V = Variable | | S = Secured | | | | N = Bearer / registered |
| | K = Payment in kind | | U = Unsecured/unguaranteed | | | | Z = Bearer depository receipt |
| | | | P = Negative pledge | | | | A = Registered depository receipt |
| | | | | | | | M = Others (miscellaneous) |
| | | | N = Senior | | | | |
| | | | O = Senior subordinated | | | | |
| | | | Q = Junior | | | | |
| | | | J = Junior subordinated | | | | |
| | | | C = Supranational | | | | |

| S = Structured instruments (capital protection) | Type | | Distribution | | Repayment | | Underlying assets |
|---|---|---|---|---|---|---|---|
| | A = Capital protection certificate with participation | | F = Fixed interest payments | | F = Fixed cash repayment (only protected capital level) | | B = Baskets |

CONFIDENTIAL

FRSI01498580

| | Type | Distribution | Repayment | Underlying assets |
|---|---|---|---|---|
| B = Capital protection convertible certificate | | D = Dividend payments | V = Variable cash repayment | S = Equities |
| C = Barrier capital protection certificate | | V = Variable interest payments | M = Others (miscellaneous) | D = Debt instruments |
| D = Capital protection certificate with coupons | | Y = No payments | | T = Commodities |
| | | | | C = Currencies (specified exchange rate) |
| M = Others (miscellaneous) | | M = Others (miscellaneous) | | I = Indices (the performance of an index) |
| | | | | N = Interest rates |
| | | | | M = Others (miscellaneous) |

| E = Structured instruments (w/o capital protection) | Type | | Distribution | | Repayment | | Underlying assets |
|---|---|---|---|---|---|---|---|
| | A = Discount certificate | | F = Fixed interest payments | | R = Repayment in cash | | B = Baskets |
| | B = Barrier discount certificate | | D = Dividend payments | | S = Repayment in assets | | S = Equities |
| | C = Reverse convertible | | V = Variable interest payments | | C = Repayment in assets and cash | | D = Debt instruments |
| | D = Barrier reverse convertible | | Y = No payments | | T = Repayment in assets or cash | | T = Commodities |
| | E = Express certificate | | M = Others (miscellaneous) | | M = Others (miscellaneous) | | C = Currencies (specified exchange rate) |
| | M = Others (miscellaneous) | | | | | | I = Indices (the performance of an index) |
| | | | | | | | N = Interest rates |

Page **33** of **75**

CONFIDENTIAL

FRSI01498581

M = Others (miscellaneous)

| G = Mortgage-backed securities | Type of Interest | | Guarantee or ranking | | Redemption/reimbursement | | Form |
|---|---|---|---|---|---|---|---|
| | F = Fixed rate<br>Z = Zero rate/discounted<br><br>V = Variable | | T = Government guarantee<br>G = Joint guarantee<br><br>S = Secured<br>U = Unsecured/unguaranteed<br><br>P = Negative pledge<br><br><br>N = Senior<br>O = Senior subordinated<br><br>Q = Junior<br>J = Junior subordinated<br>C = Supranational | | F = Fixed maturity<br>G = Fixed maturity with call feature<br>C = Fixed maturity with put feature<br>D = Fixed maturity with put and call<br>A = Amortization plan<br>B = Amortization plan with call feature<br>T = Amortization plan with put feature<br>L = Amortization plan with put and call<br>P = Perpetual<br>Q = Perpetual with call feature<br>R = Perpetual with put feature<br>E = Extendible | | B = Bearer<br>R = Registered<br>N = Bearer / registered<br>M = Others (miscellaneous) |

| A = Asset-backed securities | Type of Interest | | Guarantee or ranking | | Redemption/reimbursement | | Form |
|---|---|---|---|---|---|---|---|
| | F = Fixed rate<br>Z = Zero rate/discounted<br><br>V = Variable | | T = Government guarantee<br>G = Joint guarantee<br><br>S = Secured<br>U = Unsecured/unguaranteed | | F = Fixed maturity<br>G = Fixed maturity with call feature<br>C = Fixed maturity with put feature<br>D = Fixed maturity with put and call | | B = Bearer<br>R = Registered<br>N = Bearer / registered<br>M = Others (miscellaneous) |

CONFIDENTIAL                                                                                     FRSI01498582

| | Guarantee or ranking | Redemption/reimbursement |
|---|---|---|
| | P = Negative pledge | A = Amortization plan |
| | | B = Amortization plan with call feature |
| | N = Senior | T = Amortization plan with put feature |
| | O = Senior subordinated | L = Amortization plan with put and call |
| | Q = Junior | |
| | J = Junior subordinated | P = Perpetual |
| | C = Supranational | Q = Perpetual with call feature |
| | | R = Perpetual with put feature |
| | | E = Extendible |

| N = Municipal bonds | Type of Interest | | Guarantee or ranking | | Redemption/rei mbursement | | Form |
|---|---|---|---|---|---|---|---|
| | F = Fixed rate | | T = State guarantee | | F = Fixed maturity | | B = Bearer |
| | Z = Zero rate/discoun ted | | G = Joint guarantee | | G = Fixed maturity with call feature | | R = Registered |
| | | | | | C = Fixed maturity with put feature | | N = Bearer / registered |
| | V = Variable | | S = Secured | | D = Fixed maturity with put and call | | M = Others (miscellane ous) |
| | | | U = Unsecured/ung uaranteed | | A = Amortization plan | | |
| | | | P = Negative pledge | | B = Amortization plan with call feature | | |
| | | | N = Senior | | T = Amortization plan with put feature | | |
| | | | O = Senior subordinated | | L = Amortization plan with put and call | | |
| | | | Q = Junior | | | | |
| | | | J = Junior subordinated | | P = Perpetual | | |
| | | | C = Supranational | | Q = Perpetual with call feature | | |
| | | | | | R = Perpetual with put feature | | |

Page **35** of **75**

CONFIDENTIAL                                                                 FRSI01498583

E = Extendible

| D = Depositary receipts on debt instruments | Instrument dependency | Type of interest/cash payment | | Guarantee or ranking | Redemption/reimbursement |
|---|---|---|---|---|---|
| | B = Bonds | F = Fixed rate | | T = Government guarantee | F = Fixed maturity |
| | C = Convertible bonds | Z = Zero rate/discounted | | G = Joint guarantee | G = Fixed maturity with call feature |
| | W = Bonds with warrants attached | V = Variable | | S = Secured | C = Fixed maturity with put feature |
| | T = Medium-term notes | C = Cash payment | | U = Unsecured/unguaranteed | D = Fixed maturity with put and call |
| | Y = Money market instruments | | | P = Negative pledge | A = Amortization plan |
| | G = Mortgage-backed securities | | | N = Senior | B = Amortization plan with call feature |
| | A = Asset-backed securities | | | O = Senior subordinated | T = Amortization plan with put feature |
| | N = Municipal bonds | | | | L = Amortization plan with put and call |
| | | | | Q = Junior | |
| | M = Others (miscellaneous) | | | J = Junior subordinated | P = Perpetual |
| | | | | | Q = Perpetual with call feature |
| | | | | C = Supranational | R = Perpetual with put feature |
| | | | | | E = Extendible |

| M = Others (Miscellaneous) | Type of Interest | | Guarantee | Redemption/Reimbursement | Form |
|---|---|---|---|---|---|
| | F = Fixed rate | | T = Government guarantee | F = Fixed maturity | B = Bearer |

CONFIDENTIAL                                                                     FRSI01498584

| | | | |
|---|---|---|---|
| ~~Z = Zero rate/discounted~~ | ~~G = Joint guarantee~~ | ~~G = Fixed maturity with call feature~~ | R = Registered |
| ~~V = Variable~~ | ~~S = Secured~~ | ~~C = Fixed maturity with put feature~~ | N = Bearer / registered |
| B = Bank loan | ~~U = Unsecured/unguaranteed~~ | ~~D = Fixed maturity with put and call~~ | ~~Z = Bearer depository receipt~~ |
| P = Promissory note | X = Not applicable / undefined | ~~A = Amortization plan~~ | ~~A = Registered depository receipt~~ |
| M = Others (miscellaneous) | | ~~B = Amortization plan with call feature~~ | M = Others (miscellaneous) |
| | | ~~T = Amortization plan with put feature~~ | |
| | | ~~L = Amortization plan with put and call~~ | |
| | | ~~P = Perpetual~~ | |
| | | ~~Q = Perpetual with call feature~~ | |
| | | X = Not applicable / undefined | |

| Category | Group | 1st Attribute | 2nd Attribute | 3rd Attribute | 4th Attribute |
|---|---|---|---|---|---|
| C = Collective investment vehicles | I = Standard (vanilla) investment funds/mutual funds | *Closed/open-end* | *Distribution policy* | *Assets* | *Security type and investors restrictions* |
| | | C = Closed-end | I = Income funds | R = Real estate | S = Shares |
| | | O = Open-end | G = Accumulation funds | B = Debt instruments | Q = Shares for QI |
| | | M = Others (miscellaneous) | J = Mixed funds | E = Equities | U = Units |
| | | | | V = Convertible securities | Y = Units for QI |
| | | | | L = Mixed | |
| | | | | C = Commodities | |
| | | | | D = Derivatives | |
| | | | | F = Referential instruments | |

**Legend:**
Black: Item in both 2001 & 2015 CFI versions
Blue: Item new in 2015 version

Page **37** of **75**

CONFIDENTIAL

FRSI01498585

Red: Item included in 2001 and
removed in 2015 edition
Orange: Item relocated in 2015
version regarding 2001 edition

K = Credits

M = Others

| H = Hedge funds | Investment strategy | | | | | |
|---|---|---|---|---|---|---|
| | D = Directional<br>R = Relative value<br>S = Security selection<br>E = Event-driven<br>A = Arbitrage<br>N = Multi-strategy<br>L = Asset based lending<br><br>M = Others | | X = Not applicable/und efined | | X = Not applicable / undefined | X = Not applicable / undefined |

| B = Real estate investment trusts (REIT) | Closed/open-end | | Distribution policy | | | Security type and investors restrictions |
|---|---|---|---|---|---|---|
| | C = Closed-end<br><br>O = Open-end<br>M = Others (miscellaneous) | | I = Income funds<br>G = Accumulation funds<br><br>J = Mixed funds | | X = Not applicable / undefined | S = Shares<br><br>Q = Shares for QI<br><br><br>U = Units<br>Y = Units for QI |

| E = Exchange traded funds (ETF) | Closed/open-end | | Distribution policy | | Assets | Security type |
|---|---|---|---|---|---|---|
| | C = Closed-end<br><br>O = Open-end<br>M = Others (miscellaneous) | | I = Income funds<br>G = Accumulation funds<br><br>J = Mixed funds | | R = Real estate<br><br>B = Debt instruments<br><br><br>E = Equities<br>V = Convertible securities<br><br>L= Mixed | S = Shares<br><br>U = Units |

Page **38** of **75**

FRSI01498586

C = Commodities

D = Derivatives

F = Referential instruments

K = Credits

M = Others

| S = Pension funds | Closed/open-end | | Strategy/style | | Type | | Security type |
|---|---|---|---|---|---|---|---|
| | C = Closed-end | | B = Balanced/conservative | | R = Defined benefit | | S = Shares |
| | O = Open-end | | G = Growth | | B = Defined contribution | | U = Units |
| | M = Others (miscellaneous) | | L = Life style | | M = Others (miscellaneous) | | |
| | | | M = Others | | | | |

| F = Funds of funds | Closed/open-end | | Distribution policy | | Type of funds | | Security type and investors restrictions |
|---|---|---|---|---|---|---|---|
| | C = Closed-end | | I = Income funds | | I = Standard (vanilla) | | S = Shares |
| | O = Open-end | | G = Accumulation funds | | H = Hedge funds | | Q = Shares for QI |
| | M = Others (miscellaneous) | | J = Mixed funds | | B = REIT | | U = Units |
| | | | | | E = ETF | | Y = Units for QI |
| | | | | | P = Private equity funds | | |
| | | | | | M = Others (miscellaneous) | | |

| P = Private equity funds | Closed/open-end | | Distribution policy | | Assets | | Security type and investors restrictions |
|---|---|---|---|---|---|---|---|
| | C = Closed-end | | I = Income funds | | R = Real estate | | S = Shares |
| | O = Open-end | | G = Accumulation funds | | B = Debt instruments | | Q = Shares for QI |
| | M = Others (miscellaneous) | | J = Mixed funds | | E = Equities | | U = Units |
| | | | | | V = Convertible securities | | Y = Units for QI |

Page **39** of **75**

CONFIDENTIAL                                                                FRSI01498587

L= Mixed

C = Commodities

D = Derivatives
F = Referential instruments

K = Credits

M = Others

| M = Others (miscellaneous) | | | | | Security type and investors restrictions |
|---|---|---|---|---|---|
| | X = Not applicable/undefined | X = Not applicable/undefined | X = Not applicable / undefined | | S = Shares Q = Shares for QI |
| | | | | | U = Units Y = Units for QI |

| Category | Group | 1st Attribute | 2nd Attribute | 3rd Attribute | 4th Attribute |
|---|---|---|---|---|---|
| R = Entitlements (Rights) | | | | | |
| | A = Allotment (Bonus) Rights | | | | Form |
| | | X = Not applicable / undefined | X = Not applicable / undefined | X = Not applicable / undefined | B = Bearer R = Registered N = Bearer / registered Z = Bearer depository receipt A = Registered depository receipt M = Others (miscellaneous) |
| | S = Subscription Rights | Underlying assets | | | Form |
| | | S = Common / ordinary shares | X = Not applicable / undefined | X = Not applicable / undefined | B = Bearer |

Legend:

CONFIDENTIAL                                                                FRSI01498588

Black: Item in both 2001 &
2015 CFI versions
Blue: Item
new in
2015
version

Red: Item included in 2001 and
removed in 2015 edition

Orange: Item relocated in 2015
version regarding 2001 edition

P =
Preferred /
preference
shares

R =
Preference
shares

C = Common / ordinary convertible
shares

F = Preferred / preference convertible
shares

V =
Preference
convertible
shares

B = Bonds
I =
Combined
instruments
M = Others
(miscellaneo
us)

R =
Registered

N = Bearer /
registered

Z = Bearer
depositor
y receipt
A =
Registere
d
depositor
y receipt

M = Others
(miscellane
ous)

| P = Purchase Rights | Underlying assets | | | | | Form |
|---|---|---|---|---|---|---|
| | S = Common / ordinary shares | | X = Not applicable / undefined | | X = Not applicable / undefined | B = Bearer |
| | P = Preferred / preference shares | | | | | R = Registered |
| | R = Preference shares | | | | | N = Bearer / registered |
| | C = Common / ordinary convertible shares | | | | | Z = Bearer depositor y receipt A = Registere d depositor y receipt |
| | F = Preferred / preference convertible shares | | | | | |
| | V = Preference convertible shares | | | | | M = Others (miscellane ous) |
| | B = Bonds I = Combined instruments | | | | | |

CONFIDENTIAL                                          FRSI01498589

M = Others
(miscellaneous)

| W = Warrants | *Underlying assets* | | *Type* | | *Call/put* | | ~~*Form*~~ *Exercise option style* |
|---|---|---|---|---|---|---|---|
| | B = Baskets ~~Stock~~ S = Equities D = Debt instruments/ interest rates T = Commodities C = Currencies I = Indices M = Other (miscellaneous) | | T = Traditional warrants N = Naked warrants C = Covered warrants | | C = Call P = Put B = Call and put | | ~~B = Bearer~~ ~~R = Registered~~ ~~N = Bearer / registered~~ ~~Z = Bearer depository receipt~~ ~~A = Registered depository receipt~~ ~~M = Others (miscellaneous)~~ E = European A = American B = Bermudan M = Others (miscellaneous) |

| F = Mini-Future Certificate / constant leverage certificates | *Underlying assets* | | *Barrier dependency type* | | *Long / Short* | | *Exercise option style* |
|---|---|---|---|---|---|---|---|
| | B = Baskets S = Equities D = Debt instruments/ interest rates T = Commodities C = Currencies | | T = Barrier underlying based N = Barrier instrument based M = Others (miscellaneous) | | C = Long P = Short M = Others (miscellaneous) | | E = European A = American B = Bermudan M = Others (miscellaneous) |

CONFIDENTIAL                                                          FRSI01498590

I = Indices
M = Other (miscellaneous)

| D = Depositary Receipts on Entitlements | Instrument dependency | | | | | Form |
|---|---|---|---|---|---|---|
| | A = Allotment (bonus) rights<br>S = Subscription rights<br>P = Purchase rights<br><br>W = Warrants<br>M = Others (miscellaneous) | | X = Not applicable / undefined | | X = Not applicable / undefined | B = Bearer<br><br>R = Registered<br>N = Bearer / registered<br>M = Others (miscellaneous) |

| M = Others (Miscellaneous) | | | | | | ~~Form~~ |
|---|---|---|---|---|---|---|
| | X = Not applicable / undefined | | X = Not applicable / undefined | | X = Not applicable / undefined | ~~B = Bearer~~<br>~~R = Registered~~<br>~~N = Bearer / registered~~<br>~~Z = Bearer depository receipt~~<br>~~A = Registered depository receipt~~<br>~~M = Others (miscellaneous)~~<br>X = Not applicable / undefined |

| Category | Group | 1st Attribute | | 2nd Attribute | | 3rd Attribute | | 4th Attribute |
|---|---|---|---|---|---|---|---|---|
| ~~O = Options~~ O = Listed Options | C = Call Options | ~~Type of scheme~~ Exercise option style | | Underlying Assets | | Delivery | | Standardized/non-standardized |

Page **43** of **75**

FRSI01498591

| | Exercise option style | Underlying Assets | Delivery | Standardized/non-standardized |
|---|---|---|---|---|
| | A = American | B = Basket | P = Physical | S = Standardized |
| | | | | N = Non-standardized |
| | E = European | S = Stock-equities | C = Cash | |
| | | ~~Interest rate~~/notional debt securities | | |
| | B = Bermudan | D = Debt instruments | N = Non-deliverable | |
| | | T = Commodities | E = Elect at exercise | |
| | | C = Currencies | | |
| | | I = Indices | | |
| | | O = Options | | |
| | | F = Futures | | |
| | | W = Swaps | | |
| | | N = Interest rates | | |
| | | M = Others (miscellaneous | | |

**Legend:**
Black: Item in both 2001 & 2015 CFI versions
Blue: Item new in 2015 version
Red: Item included in 2001 and removed in 2015 edition
Orange: Item relocated in 2015 version regarding 2001 edition

| P = Put options | ~~Type of scheme~~ Exercise option style | | Underlying Assets | | Delivery | | Standardized/non-standardized |
|---|---|---|---|---|---|---|---|
| | A = American | | B = Basket | | P = Physical | | S = Standardized |
| | | | | | | | N = Non-standardized |
| | E = European | | S = Stock-equities | | C = Cash | | |
| | | | ~~Interest rate~~/notional debt securities | | | | |
| | B = Bermudan | | D = Debt instruments | | N = Non-deliverable | | |
| | | | T = Commodities | | E = Elect at exercise | | |
| | | | C = Currencies | | | | |
| | | | I = Indices | | | | |
| | | | O = Options | | | | |
| | | | F = Futures | | | | |
| | | | W = Swaps | | | | |
| | | | N = Interest rates | | | | |

Page **44** of **75**

CONFIDENTIAL

FRSI01498592

|  | M = Others (miscellaneous | | | |
|---|---|---|---|---|

| M = Others (miscellaneous) |  |  |  |  |
|---|---|---|---|---|
|  | X = Not applicable / undefined | X = Not applicable / undefined | X = Not applicable / undefined | X = Not applicable / undefined |

| Category | Group | 1st Attribute |  | 2nd Attribute |  | 3rd Attribute |  | 4th Attribute |
|---|---|---|---|---|---|---|---|---|
| F = Futures | F = Financial Futures | *Underlying Assets* |  | *Delivery* |  | *Standardized/non-standardized* |  |  |
|  |  | B = Basket<br>S = Stock-equities<br>~~Interest rate~~/~~notional debt securities~~ D = Debt instruments<br>C = Currencies<br><br>I = Indices<br><br>O = Options<br><br>F = Futures<br><br>W = Swaps<br>N = Interest rates<br><br><br>V = Stock dividend<br>M = Others (miscellaneous) |  | P = Physical<br><br>C = Cash<br><br><br><br>N = Non-deliverable |  | S = Standardized<br>N = Non-standardized |  | X = Not applicable / undefined |

**Legend:**
Black: Item in both 2001 & 2015 CFI versions
Blue: Item new in 2015 version

Red: Item included in 2001 and removed in 2015 edition
Orange: Item relocated in 2015 version regarding 2001 edition

| C = Commodities futures | *Underlying Assets* |  | *Delivery* |  | *Standardized/non-standardized* |  |  |
|---|---|---|---|---|---|---|---|
|  | E = Extraction resources<br>A = Agriculture<br>I = Industrial products<br><br>S = Services |  | P = Physical<br><br>C = Cash<br>N = Non-deliverable |  | S = Standardized<br>N = Non-standardized |  | X = Not applicable / undefined |

CONFIDENTIAL

FRSI01498593

N =
Environmental
P =
Polypropylene products
H =
Generated resources

M = Others

| Category | Group | 1st Attribute | 2nd Attribute | 3rd Attribute | 4th Attribute |
|---|---|---|---|---|---|
| T = Referential Instruments | C = Currencies | *Type* N = National currency L = Legacy currency C = Bullion coins M = Others | X = Not applicable / undefined | X = Not applicable / undefined | X = Not applicable / undefined |
| | T = Commodities | *Type* E = Extraction resources A = Agriculture I = Industrial products S = Services N = Environmental P = Polypropylene products H = Generated resources M = Others (miscellaneous) | X = Not applicable / undefined | X = Not applicable / undefined | X = Not applicable / undefined |
| | R = Interest rates | *Type* | *Frequency* | | |

**Legend:**

Black: Item in both 2001 & 2015 CFI versions
Blue: Item new in 2015 version

Red: Item included in 2001 and removed in 2015 edition

Orange: Item relocated in 2015 version regarding 2001 edition

Page **46** of **75**

| | N = Nominal | D = Daily | X = Not applicable / undefined | X = Not applicable / undefined |
| | V = Variable | W = Weekly | | |
| | F = Fixed | M = Monthly | | |
| | R = Real | Q = Quarterly | | |
| | M = Others (miscellaneous) | S = Semi-annually | | |
| | | A = Annually | | |
| | | M = Others (miscellaneous) | | |

| I = Indices | Asset classes | Weighting types | Index return types | |
|---|---|---|---|---|
| | E = Equities | P = Price weighted | P = Price return | X = Not applicable / undefined |
| | D = Debt | C = Capitalization weighted | N = Net total return | |
| | F = Collective Investment Vehicles | E = Equal weighted | G = Gross total return | |
| | R = Real estate | F = Modified market capitalization weighted | M = Others (miscellaneous) | |
| | T = Commodities | M = Others (miscellaneous) | | |
| | C = Currencies | | | |
| | M = Others (miscellaneous) | | | |

| B = Baskets | Composition | | | |
|---|---|---|---|---|
| | E = Equities | X = Not applicable / undefined | X = Not applicable / undefined | X = Not applicable / undefined |
| | D = Debt | | | |
| | F = Collective Investment Vehicles | | | |
| | I = Indices | | | |
| | T = Commodities | | | |

Page **47** of **75**

CONFIDENTIAL

FRSI01498595

C =
Currencies
M = Others
(miscellaneo
us)

| D = Stock dividends | *Type of equity* | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | S = Common Ordinary Shares P = Preferred / Preference Shares C = Common ordinary convertible shares F = Preferred / Preference convertible Shares L = Limited partnership units K = Collective Investment Vehicles M = Others (miscellaneo us) | | X = Not applicable / undefined | | X = Not applicable / undefined | | X = Not applicable / undefined | |

| M = Others (miscellaneous) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | X = Not applicable / undefined | | X = Not applicable / undefined | | X = Not applicable / undefined | | X = Not applicable / undefined | |

| Category | Group | | 1st Attribute | | 2nd Attribute | | 3rd Attribute | | 4th Attribute |
|---|---|---|---|---|---|---|---|---|---|
| M = Other (Miscellan eous) | C = Combined instruments | | *Components* | | *Ownership/tra nsfer/sales restrictions* | | | | *Form* |
| | | | S = Combination of shares B = Combination of bonds H = Share and bond | | T = Restrictions U = Free (unrestricted) | | X = Not applicable / undefined | | B = Bearer R = Registered N = Bearer / registered |

Page **48** of **75**

FRSI01498596

|  | A = Share and warrant<br><br>W = Warrant and warrant<br>U = Fund unit and other components<br>M = Others (miscellaneous) |  | M = Others (miscellaneous) |
| --- | --- | --- | --- |

| R = Referential instruments | *Further grouping* | - |  |  |  |  |
| --- | --- | --- | --- | --- | --- | --- |
|  | C = Currencies<br>T = Commodities |  | X = Not applicable / undefined |  | X = Not applicable / undefined |  | X = Not applicable / undefined |
|  | R = Interest rates |  |  |  |  |  |
|  | I = Indices |  |  |  |  |  |

**Legend:**

Black: Item in both 2001 & 2015 CFI versions
Blue: Item new in 2015 version
Red: Item included in 2001 and removed in 2015 edition
Orange: Item relocated in 2015 version regarding 2001 edition

| **M = Other assets** | *Further grouping* |  |  |  |  |  |
| --- | --- | --- | --- | --- | --- | --- |
|  | R = Real Estate Deeds<br>I = Insurance Policies<br>E = Escrow Receipts<br>T = Trade finance instruments | X = Not applicable / undefined |  | X = Not applicable / undefined |  | X = Not applicable / undefined |
|  | F = Forwards<br>N = Carbon credit<br>P = Precious Metal Receipts<br>S = Other OTC derivative products<br>M = Others (Miscellaneous) |  |  |  |  |  |

Page **49** of **75**

FRSI01498597

# The CUSIP System

**CUSIP GLOBAL SERVICES:  MISSION STATEMENT**

CUSIP Global Services, operated by **FactSet Research Systems** for the American Bankers Association, exists for the primary purpose of uniquely identifying issuers and issues of securities and financial instruments within a standard framework, and disseminating this data to the financial marketplace via various media. CUSIP numbers and standardized descriptions are used by virtually all sectors of the financial industry, and are critical for the accurate and efficient clearance and settlement of securities as well as back-office processing.

CUSIP Global Services seeks to assign unique numbers and standardized descriptions in a timely and accurate manner, using its best efforts to use primary or reliable sources of information. However, because of the possibility of human or mechanical error by securities issuers, CUSIP's sources, FactSet Research Systems or others, neither FactSet Research Systems nor the American Bankers Association guarantees the accuracy, adequacy or completeness of any information, and FactSet Research Systems and the American Bankers Association are not responsible for any errors or omissions or for the results obtained from use of such information.

COPYRIGHT

Subscribers acknowledge that the Service to be provided under a CUSIP Agreement contains information obtained, selected, arranged and published by FactSet Research Systems, under authority from the American Bankers Association, and according to methods and procedures developed and used by FactSet Research Systems, all at the expenditure of substantial amounts of work, time and money. Subscriber agrees to protect the proprietary and copyright position of FactSet Research Systems, and of the American Bankers Association, during the existence, and after the termination, of this Agreement. Subscriber agrees that without FactSet Research Systems' prior written consent, Subscriber shall not transfer or sell such information or copies thereof, or extracts therefrom, or summaries thereof, to any other person or organization, or permit any other person or organization to use or distribute such information. Subscriber represents and agrees it shall not publish or make distribution copies of, or distribute, any or all of the information provided Subscriber hereunder in any form, provided, however, that this Agreement shall not be deemed to prohibit the use by Subscriber of CUSIP uniform descriptions and CUSIP numbers in the normal internal processing of security transactions of business of Subscriber.

BACKGROUND TO THE DEVELOPMENT OF THE CUSIP NUMBERING SYSTEM

In 1962, after many informal discussions with members of the financial community, the New York Clearing House Association established a Securities Procedures Committee to study the question of developing a standard method of identifying securities. This Committee concluded that a uniform securities identification system was feasible and timely and—because of the magnitude of the problems to be solved and their far-reaching implications—the development of the system should involve the cooperation and support of the entire financial community.

The Clearing House approached The American Bankers Association's Department of Automation to develop the system. In

July 1964, the ABA's Committee on Uniform Security Identification Procedures (CUSIP) was created under the chairmanship of John L. Gibbons, Chairman of the Trust Committee of Chemical Bank New York Trust Company. The main goals of the CUSIP Committee were to develop specifications for a uniform security identification system, for devising a format for imprinting the identification number on the certificate in man/machine readable type font, and to establish an agency to administer the identification system according to specifications.

Page **50** of **75**

FRSI01498598

The CUSIP Committee appointed three subcommittees: The Technical Subcommittee to develop specifications, and Legal and Agency Subcommittees to implement the system.

*Development of the CUSIP Number*

In developing specifications for the numbering system, the CUSIP Technical Subcommittee found two needs: 1) that the number should contain as few characters as possible, and 2) that it should be linked to an alphabetic sequence of issuer names. Also, the number should be capable of meeting future as well as present operating requirements; that it must be adaptable to the internal systems of all users, to communications systems, to automated document reading, etc.; and that the structure of the system should allow each user to assign numbers to securities or other assets not covered by the CUSIP System.

In January 1967, the A.B.A. announced the development of a CUSIP numbering system which met as closely as possible these criteria. This system is explained in detail in this Introduction. Basically, the CUSIP number consists of nine characters, the first six of which uniquely identify the issuer and have been assigned to issuers in alphabetic sequence, and two other characters (alphabetic or numeric) which identify the issue.

The ninth digit is the check digit.

**WHO ENDORSES THE CUSIP NUMBERING SYSTEM?**

The CUSIP numbering system has been endorsed by all major segments of the financial community including:

American Bankers Association

American Stock Exchange

Bond Market Association

Canadian Depository for Securities Ltd.

Depository Trust & Clearing Corporation

Midwest Stock Exchange

Government Finance Officers Association of the U.S. & Canada

Municipal Securities Rulemaking Board

National Association of Securities Dealers

National Association of Variable Annuities

New York Stock Exchange

Philadelphia Depository Trust Company

Philadelphia Stock Exchange

Securities and Exchange Commission

Page **51** of **75**

CONFIDENTIAL                                          FRSI01498599

Securities Industry Association

**WHO CONTROLS THE CUSIP NUMBERING SYSTEM?**

The operation of the CUSIP numbering system is overseen by the CUSIP Board of Trustees. Through the work of the CUSIP Legal and Agency Subcommittees, the CUSIP service functions were outlined and FactSet Research Systems was awarded the contract to function as the CUSIP Service Bureau, the operational arm of the system, which is responsible for, among other functions, the compilation and publication of the CUSIP Directory.

WHAT SECURITIES ARE COVERED BY THE CUSIP NUMBERING SYSTEM?

General interest is the primary consideration in determining what securities are covered by the CUSIP identification system, provided appropriate documentation is supplied to CUSIP Global Services in requesting the assignment of a CUSIP number.

ADDITIONAL CUSIP COVERAGE

*Canadian Issues*

CUSIP numbers are assigned by CUSIP Global Services to securities listed on Canadian Exchanges and other securities as may be deemed of general interest by the CUSIP Agency. The Canadian Agent for CUSIP Global Services is the Canadian Depository for Securities Limited (CDS). All applications by Canadian issuers for a CUSIP number must be made through CDS. The following is the prescribed procedure to ensure that the CUSIP is issued expeditiously:

A request in letter form should be sent to the attention of:

The Canadian Depository for Securities Limited

85 Richmond Street West

Toronto, Canada  M5H 2C9

(416) 365-3552

The request should contain the following information:

Name of the Company

Head office and registered office address of the company

Law and date of incorporation

Authorized and issue capital for all classes authorized

Description of security for which the number is being requested

Nature and description of the offering to be made

For name changes, provide both the old and new names

Exchange(s) Issue is intended to be listed on

Page **52** of **75**

CONFIDENTIAL                                                                                 FRSI01498600

The following documentation, where applicable, in draft form, must be included with the request:

Preliminary Prospectus

Rights Offering Circular

Information Circular

Statement of Material Facts

Articles of Amendments in the case of reclassifications, reorganizations, or name changes

Final copies of the above documentation, where applicable, must be filed with CDS when available. Processing of the request will not be delayed pending receipt of the final copy.

Payment for service is in Canadian dollars, payable to the Canadian Depository for Securities Limited.

*TBA Securities*

TBAs are futures contracts on mortgage-backed pools.  Working with the MBSCC, CUSIP Global Services developed a specialized numbering scheme for TBA (To Be Announced)) mortgage-backed securities.

TBA CUSIPs incorporate, within the number itself, a security's mortgage type (Ginnie Mae, Fannie Mae, Freddie Mac), coupon, maturity and settlement month.

TBA Algorithm:

| Position 1-2 | Product Code (e.g. Single Family Mortgage, Balloon, etc. | Position 7 | Maturity |
| Position 3 | Type of Mortgage (Ginnie Mae, Fannie Mae, Freddie Mac) | Position 8 | Settlement Month |
| Position 4-6 | Coupon | Position 9 | Check Digit |

*Private Placements*

The National Association of Insurance Commissioners (NAIC) in October 1988 mandated the use by insurers of a uniform private placement number (PPN) to identify such investments in their annual statements filed with State Regulatory Authorities. CUSIP Global Services was selected by the NAIC to create, assign and administer the PPN system primarily for the Insurance Industry.

CUSIP Global Services may, from time to time, review this list and add or delete as is deemed appropriate. Although the foregoing describes those items included in the CUSIP System, subscribers may be interested to know that the following items, because of their short life or special status are not normally assigned CUSIP numbers:  CUSIP numbers have not been assigned

CONFIDENTIAL                                                                    FRSI01498601

to Fractional Shares and small local over-the-counter issues.  In addition, no distinction is made between shares trading when issued and regular way (exception where redemption of certificates is required).

### International Issues

For securities actively traded on an international basis which are either underwritten (debt issues) or domiciled (equities) outside the United States and Canada, the security will be identified by a CINS (CUSIP International Numbering System) identifier.  This number was developed in 1988 in response to the North American securities industry's need for a 9-character identifier of international securities.

CINS numbers employ the same Issuer (6 character)/Issue (2 character & check digit) concept espoused by the CUSIP Numbering System.  It is important to note that the first position of a CINS code is always represented by an alpha character, signifying the Issuer's country code (domicile) or geographic region:

| | | | | | |
|---|---|---|---|---|---|
| A = Austria | E = Spain | J = Japan | N = Netherlands | S = South Africa | W = Sweden |
| B = Belgium | F = France | K = Denmark | P = South America | T = Italy | X = Europe—Other |
| C = Canada | G = United Kingdom | L = Luxembourg | Q = Australia | U = United States | Y = Asia |
| D = Germany | H = Switzerland | M = Mid-East | R = Norway | V = Africa—Other | |

**THE CUSIP NUMBERING SYSTEM**

The CUSIP number consists of nine characters: a base number of six characters known as the issuer number, the 4th, 5th and/or 6th position of which may be alpha or numeric and a two character suffix (either numeric or alphabetic or both) known as the issue number. The ninth character is a check digit which is described later.

**Issuer Number**

A single alphabetical file of corporate, municipal, and government issuers has been developed, and an issuer number of six characters has been assigned to each in alphabetical sequence. One number will be assigned to an issuer, except in those few cases where the issue numbers are not sufficient to accommodate all outstanding issues with their various rates and maturities,

Page **54** of **75**

                                                                                                FRSI01498602

such as U. S. Governments and certain municipalities or states. In such instances, one or more additional issuer numbers will be assigned.

*Gapping Factors:*  Gapping factors have been incorporated throughout the numbering system to allow for future file expansion; these are described more fully below.

*Provision for Overflow:*  Issuer numbers (900 to 989 in each group of 1,000 numbers) have been reserved for overflow. These overflow numbers will be assigned in ascending sequence to any new issuer that cannot be accommodated at the proper alphabetical position in the preceding group of issuer numbers. Such names are always in a positively identifiable position as the number assigned will contain a 9 in the hundreds position.

*Issuer Numbers Reserved for Internal Use:*  Issuer numbers (990 to 999 and 99A to 99Z in each group of 1,000 numbers) have also been reserved for the user's own purpose. This permits a user to assign an issuer number to any issuer which might be relevant to his holdings but which does not qualify for coverage under the CUSIP numbering system. Other issuer numbers (990000 to 999999 and 99000A to 99999Z) are also reserved for the user so that they may be assigned to non-security assets or for other internal operating purposes. Thus, with the addition to at least two numeric digits in the issue number field, a minimum of three million numbers is available to the user for numbering internal miscellaneous assets.

The alphabetic character Z in the 5th or 6th position has been reserved for use by the Canadian Depository for Securities.

The following chart illustrates the assignment of CUSIP issuer numbers.

ILLUSTRATION OF ASSIGNMENT OF CUSIP ISSUER NUMBERS

| | Issuer Number | | |
|---|---|---|---|
| | 000000 | | |
| | 000001 | | |
| Not Assignable | 000002 | | |
| 1st Issuer Number Assigned | 000003 | | |
| 2nd Issuer Number Assigned | 000004 | | |
| 3rd Issuer Number Assigned | 000020 | | |
| etc. | | | |
| 112th Issuer Number Assigned | 000892 | | |
| | 000900 | | |
| Reserved for Overflow | to | | |
| | 000989 | | |
| | 000990 | | 00099A |
| Reserved for User's Internal Use | to | and | to |

CONFIDENTIAL                                                                        FRSI01498603

|  |  |  |
|---|---|---|
|  | 000999 | 00099Z |
| 113th Issuer Number Assigned | 001000 |  |
| 114th Issuer Number Assigned | 001008 |  |

**The Issue Number**

The issue number uniquely identifies each individual issue of an issuer. (Each individual rate and maturity is considered a separate issue for numbering purposes.) The issue number consists of two numeric characters when assigned to equity securities and two alphabetic characters—or one numeric and one alphabetic character—when assigned to fixed income securities (this permits the user to differentiate between issues in the two groups).

Issue numbers are assigned in sequence as each issue is originated. However, in the setting up of the CUSIP numbering system and in the assignment of numbers to issues then in existence, numbers were assigned on the basis of rate and maturity and no consideration was given to the original date of issue.

**Issue Numbers for Equity Securities:**  The first issue number for an issuer's equity securities is 10 (blanks in the issue number position indicate this is an issuer; in some cases only an issuer number has been assigned—as additional information is gathered, it will be added to the CUSIP file). The unit position of the equity number is used to identify rights, warrants and so on and is assigned on an as-available basis. When there are insufficient tens positions available for all individual issues, the necessary additional numbers are found through the use of the first open two-position digit in reverse sequence starting with 88 and assigned in descending order. (see illustration below) Issue numbers 00-09 are reserved for future use.

*Options:*  Issue number 01 has been designated to identify options for an issuer.

*Overflow Linkage:*  Issue Number 89 will be reserved for overflow linkage and will not be assigned to a specific issue.

**Issue Numbers for Fixed Income Securities:**  The issue number assigned to an issuer's fixed income securities may consist of two alphabetic characters (AA etc.), one alphabetic character followed by one digit (A2 etc.), or one digit followed by one alphabetic character (2A etc.), assigned in that order. A separate issue number is assigned to each rate and/or maturity for each issue of bonds—thus a serial bond having 40 different maturities is assigned 40 separate issue numbers—but general obligations of a municipality having the same issue date, rate and maturity are normally assigned the same number regardless of purpose. The alphabetic letter I and numeric 1 as well as the alphabetic O and numeric zero are not used in the assignment of issue numbers to fixed income securities.

*Overflow Linkage:* Issue Number 9Z will be reserved for overflow linkage and will not be assigned to a specific use.

**Issue Numbers Reserved for Internal Use:**  Issue Numbers 90 through 99 in the equity group, and 9A through 9Y in the fixed income group, are reserved for the user specifically for assignment to those issues of an eligible issuer where no CUSIP issue number has been assigned.

ILLUSTRATION OF THE ASSIGNMENT OF CUSIP ISSUE NUMBERS

Issuer Number          Issue Number

Page **56** of **75**

CONFIDENTIAL                                                    FRSI01498604

ABC RAILROAD CORP            003761

    Equity Issues

| | | |
|---|---|---|
| Com | | 10 |
| RT | | 11 |
| PFD 5% | | 20 |
| PFD 3.75% | | 30 |
| PFD 1st Ser 6%. | | 40 |
| PFD 2nd Ser 6% | | 50 |
| CL A | | 60 |
| PFD Ser A Conv 5% | 70 | |
| PFD Ser B Conv 5% | 80 | |
| PFD $3.50 | | 88 |
| PFD 7.24% | | 87 |

    Fixed Income Issues

| | |
|---|---|
| 1st Cons Mtg 4% 10/01/1999 | AA |
| Sub Income Deb 5.25% 11/15/2000 | AB |
| Sub Deb Conv 4.75% 06/01 /2005 | AC |
| Equip Tr Ser 70 7.75% 08/01 /2008 | AD |
| Equip Tr Ser 72 7.00% 11/01/2010 | AE |

CHECK DIGIT

In data transmission, when accuracy of the number may represent the only means of identification, the use of a check digit becomes mandatory as it provides the means of mathematically determining the accuracy of the whole number transmitted. For this reason it is necessary to use the full nine digits of the CUSIP code.

A check digit based on the Modulus 10 Double Add Double technique will be assigned to each CUSIP security number. Modulus 10 was selected over the other systems because it provides the greatest degree of reliability without the loss of any available numbers.

The illustrations below will clarify the manner of calculation of a Modulus 10 Double Add Double check digit.

Illustration 1

    Issuer Number 837649            Issue Number 12

CONFIDENTIAL                                                                 FRSI01498605

| 8 | 3 | 7 | 6 | 4 | 9 | | 1 | 2 |
|---|---|---|---|---|---|---|---|---|
| x 1 | x 2 | x 1 | x 2 | x 1 | x 2 | | x 1 | x 2 |
| 8 | 6 | 7 | 12 | 4 | 18 | | 1 | 4 |

Thus, 8 + 6 + 7 + 1 + 2 + 4 + 1 + 8 + 1 + 4 = 42

The complement of the last digit of the sum becomes the check digit. The complement of 2 is 8; therefore, the CUSIP number with optional check digit would appear as  837649    12    8

In the calculation of the check digit, alphabetic characters will be assigned a numeric value. The letter A will be 10; and the value of each subsequent letter will be the preceding letter's value incremented by 1. Normally, validation of the number would be made internally within a computer, using a relatively simple program.

Illustration 2

Issuer Number 392690        Issue Number QT

| 3 | 9 | 2 | 6 | 9 | 0 | 26 (Q) | 29 (T) |
|---|---|---|---|---|---|---|---|
| x 1 | x 2 | x 1 | x 2 | x 1 | x 2 | x 1 | x 2 |
| 3 | 18 | 2 | 12 | 9 | 0 | 26 | 58 |

Thus, 3 + 1 + 8 + 2 + 1 + 2 + 9 + 0 + 2 + 6 + 5 + 8 = 47; the complement of

7 is 3, and the CUSIP number with check digit would appear  392690  QT  3

To avoid confusion, the fixed income issue number assignments have omitted the alphabetic I and numeric 1 as well as the alphabetic O and numeric zero. However, in the check digit computation described above, the value of Z is 35.

A check digit has also been computed for Issuers assigned a six-character issuer number.

**Alpha characters and their equivalent numerical values:**

Page **58** of **75**

FRSI01498606

Alphabetic characters are assigned a numeric value. The letter A will be 10; and the value of each subsequent letter will be the preceding letter's value incremented by 1:

| | | | | | |
|---|---|---|---|---|---|
| A = 10 | F = 15 | K = 20 | P = 25 | U = 30 | * = 36 (PPN System) |
| B = 11 | G = 16 | L = 21 | Q = 26 | V = 31 | @ = 37 (PPN System) |
| C = 12 | H = 17 | M = 22 | R = 27 | W = 32 | # = 38 (PPN System) |
| D = 13 | I = 18 | N = 23 | S = 28 | X = 33 | |
| E = 14 | J = 19 | O = 24 | T= 29 | Y = 34 | |
| | | | | Z = 35 | |

**THE CUSIP DESCRIPTIVE SYSTEM**

As well as developing a standard method for identifying issuers and issues (i.e. the CUSIP numbering system just discussed), the CUSIP Committee also developed a standard security description system to provide for a consistent and concise description of an issue for use throughout the securities industry.

This descriptive system provides that each security shall be uniformly identified with a description which includes the following three elements of data arranged in the order shown:

1. The CUSIP number (i.e. the nine character issuer and issue number with check digit);

2. The issuer's name in a standard abbreviated form;

3. The description of the issue.

The details of the specifications for the uniform issuer's name and description of the issue follows.

GENERAL SPECIFICATIONS FOR SECURITY DESCRIPTIONS

All security descriptions shall be based on the following specifications, except where common industry usage differs. These exceptions are indicated throughout by reference to custom dictating a deviation from the specified standard. CUSIP Global Services will be the final authority as to the interpretation of custom.

Page **59** of **75**

CONFIDENTIAL                                                                FRSI01498607

There shall be one standard name description for an issuer, and this description shall be used for all issues of that issuer. Although the complete descriptions of all issues of an issuer presently outstanding may fit within the prescribed description format without the need for abbreviation, there is no guarantee that future issues will. Therefore, in order to provide for possible expanded descriptions, the rules for abbreviations outlined herein shall be mandatory, rather than permissive.

The maximum length of a complete security description (issuer and issue data) shall be one hundred and twenty (120) characters, including spaces. It shall be structured to produce a description of no more than four (4) lines of thirty (30) characters each.

The last word of a line shall not be split or hyphenated. For the purpose of this rule, rates and dates shall be considered as single words.

ILLUSTRATION:

    4.50%

    06/06/1995

Punctuation marks, including parentheses, hyphens, and other special characters shall not be used in the

issuer or issue description except when specifically required by these specifications.

ILLUSTRATION:

    rates     $4.50     4.50%

    dates     07/15/1995-2000

    dollars   $

A space shall be substituted whenever a punctuation mark or special character is dropped unless the

resulting description would be ambiguous.

ILLUSTRATION:

    B/G Foods Company          Twenty-Nine Palms, California

    *becomes*                  *becomes*

    B G FOODS CO               TWENTY NINE PALMS CALIF

    A space will always be used in an issuer's name whenever it also appears in the issuer's legal name.

ILLUSTRATION:

    MAC DONALD CO

    LA SALLE BUILDING CO

The words a, of, and in shall always be omitted from the description. The word the shall also

always be omitted from the description except when custom dictates that the is the prime word for alphabetic sequencing of the issuer name.

Page **60** of **75**

CONFIDENTIAL                                        FRSI01498608

ILLUSTRATION:

The Commonwealth Airlines Company of New York        The Dalles, Oregon

*becomes*                                                            *becomes*

COMMONWEALTH AIRLS CO N Y                            THE DALLES ORE


One space shall separate all words within the issuer's name and issue description.

ILLUSTRATION:

A. & C. Company First Mortgage 3-1/2% due March 1, 1995        The M.A. Abbot Company Preferred

*becomes*                                                               Convertible $4.25

A & C CO 1ST MTG 3.50%  03/01 /1995                         *becomes*

                                                                     ABBOTT M A CO PFD CONV $4.25


**RULES CONCERNING THE ISSUER'S NAME**


The description of the issuer's name shall conform to the following rules. However, under certain circumstances, in order to comply with the basic requirement of fitting the description within 120 characters (4 lines of 30 characters each), these rules may be amended at the discretion of CUSIP Global Services.


The first word of the issuer's name after rearrangement (that is, the word that determines the alphabetic segment in which the issuer will be filed) generally will not be abbreviated except if it is a compound word and custom dictates its abbreviation or it is the only word which can be logically abbreviated to fit the full description within the maximum number of lines.

ILLUSTRATION:

The Saint Louis Glass Company                        City of Saint Paul, State of Minnesota

*becomes*                                            *becomes*

ST LOUIS GLASS CO                                    ST PAUL MINN

When two or more of the terms company, incorporated, corporation, and limited appear at the end of a name the first of the terms will be eliminated unless more than one is required to distinguish between two separate issuers or an ampersand or the word and immediately precedes the two terms.

ILLUSTRATION:

Berry Brake Company Incorporated                     Parsons and Company Incorporated

*becomes*                                            *becomes*

Page **61** of **75**

CONFIDENTIAL                                          FRSI01498609

BERRY BRAKE INC                                    PARSONS & CO INC

ABC Company Limited                                    R. Hoe & Company Incorporated

*and*                                                     *becomes*

ABC Company Incorporated                                HOE & CO INC

*becomes*

ABC LTD

*and*

ABC INC

Compound words will be considered as one word. They will not be rearranged and will be abbreviated only when they appear as other than the first word except when, as previously stated, custom dictates otherwise.

ILLUSTRATION:

ST LOUIS

NEW YORK

DEL RAY BEACH

WEST PALM BEACH

When all or a portion of an issuer name is comprised of single letters, with or without punctuation marks, packed (unspaced) or unpacked (spaced), each letter will be treated as a separate word and the issuer name will be sequenced accordingly. However, when a title is comprised of packed letters that are by custom pronounceable, these will be treated and sequenced as one word.

ILLUSTRATION:

| | | |
|---|---|---|
| A.M.D.G. | —printed A M D G | —sequenced A M D G |
| ACD | —printed ACD | —sequenced A C D |
| SCM | —printed SCM | —sequenced S C M |
| ABEX | —printed ABEX | —sequenced ABEX |
| AMP | —printed AMP | —sequenced AMP |

An exception to this rule will be when the legal title uses the letters U. S. to indicate United States. These will be treated as if the full words were used.

When an issuer name includes a number in alpha form, the alpha form will be used when it is the first word, and the entire number will be treated as if it were a single word. When the issuer's corporate title is numerically expressed it will appear in that form. However, such numeric names will be sequenced as though they were alphabetic.

Page **62** of **75**

CONFIDENTIAL                                                                    FRSI01498610

ILLUSTRATION:

| | |
|---|---|
| The Two George Street Company | 1010 Corporation |
| *becomes* | *becomes* |
| TWO GEORGE STR CO | 1010 CORP |
| 18 Jones Street Company | *but will be sequenced as* |
| *becomes* | ONE THOUSAND TEN CORP |
| 18 JONES STR CO | |
| *but will be sequenced as* | |
| EIGHTEEN JONES STR CO | |

Words such as city, town, or village will be omitted from a governmental issuer's name whenever they are used as a descriptive designation to a place name except when they are required to distinguish between two similar issuers or custom dictates their usage. The related state name, in its standard abbreviated form, will be added. The word township, in its abbreviated form, when it appears, will always be included.

ILLUSTRATION:

| | |
|---|---|
| City of Akron | Oklahoma City, Oklahoma |
| *becomes* | *becomes* |
| AKRON OHIO | OKLAHOMA CITY OKLA |
| New York City | New City, New York |
| *becomes* | *becomes* |
| NEW YORK N Y | NEW CITY N Y |
| Kansas City, Missouri | Bernards Township, New Jersey |
| *becomes* | *becomes* |
| KANSAS CITY MO | BERNARDS TWP N J |

The word ''county,'' abbreviated in a governmental issuer's name, will always be shown. The related state name in its standard abbreviated form will be added. For the state of Alaska, the word ''BOROUGH'' is equivalent to county and will always be shown in its abbreviated form. For the state of Louisiana, the word ''PARISH'' is the equivalent of county and will always be shown.

ILLUSTRATION:

| | |
|---|---|
| Los Angeles County, California | La Salle Parish, Louisiana |
| *becomes* | *becomes* |
| LOS ANGELES CNTY CALIF | LA SALLE PARISH LA |

Page **63** of **75**

CONFIDENTIAL

FRSI01498611

North Star Borough, Alaska

*becomes*

NORTH STAR BORO ALASKA

Special district, revenue, or authority designations in a governmental issuer's name will always be preceded by its appropriate geographic place name except where custom dictates otherwise. The related state name in its standard abbreviated form will be included, except when its presence would be redundant or confusing.

ILLUSTRATION:

Union Free School District Number 1 Huntington, New York    Water Revenue City of Detroit,  Michigan

*becomes*                                                   *becomes*

HUNTINGTON N Y UN FREE SCH DIST NO 1          DETROIT MICH WTR REV

Port of New York Authority

*becomes*

PORT N Y AUTH

No more than two place names followed by ETC will be used in a governmental issuer's name when more than three multiple place names appear. When an additional name is required to distinguish one issuer from another only the one additional place name, which will provide this uniqueness, will be added.

ILLUSTRATION:

Towns of Kirkland, New Hartford, Whitestown, Marshall, Westmoreland, Vernon, and Paris Central School

District Number 1, New York

*becomes*

KIRKLAND NEW HARTFORD ETC N Y CENT SCH DIST NO 1

Towns of Whitestown, Marcy, Deerfield Central School District Number 1, New York and Towns of

Whitestown, Marcy, Floyd, Rome Central School District Number 1, New York

*becomes*

WHITESTOWN MARCY DEERFIELD ETC N Y CENT SCH DIST NO 1

*and*

WHITESTOWN MARCY FLOYD ETC N Y CENT SCH DIST NO 1

Words such as state, commonwealth, or republic in a governmental issuer name will be used in their standard abbreviated form when they appear as a descriptive designation to a place name. The word state in its abbreviated form, will be substituted for the word commonwealth for those states (Massachusetts, Pennsylvania, and Virginia) that use this descriptive designation.

Page **64** of **75**

CONFIDENTIAL

FRSI01498612

ILLUSTRATION:

| | |
|---|---|
| Commonwealth of Puerto Rico | Republic of France |
| *becomes* | *becomes* |
| PUERTO RICO COMWLTH | FRANCE REP |
| Commonwealth of Pennsylvania | State of New York |
| *becomes* | *becomes* |
| PENNSYLVANIA ST | NEW YORK ST |

The state name, in its abbreviated form, will directly follow its related place name regardless of the sequence in which it normally appears in the issuer name.

ILLUSTRATION:

Pasadena Area Junior College District of California

*becomes*

PASADENA CALIF AREA JR COLLEGE DIST

Southern School District of Delaware

*becomes*

SOUTHERN SCH DIST DEL

Prefixing initials, first names, or descriptive words will always follow the basic name except where custom dictates otherwise, and will be sequenced accordingly.

ILLUSTRATION:

J. P. Stevens Company

*becomes*

STEVENS J P CO

Walt Disney Productions

*becomes*

DISNEY WALT PRODTNS

The issuer name for all United States and Canadian banks and trust companies will be followed by the city and state or province, abbreviated, in which the legal address of the bank or trust company is located, except where the city, state, or province is part of the actual issuer name.

ILLUSTRATION:

Page **65** of **75**

CONFIDENTIAL                                                                                    FRSI01498613

Union County Trust Company

*becomes*

UNION CNTY TR CO ELIZABETH N J

Albuquerque National Bank

*becomes*

ALBUQUERQUE NATL BK N MEX

When a corporate issuer's (other than banks and trust companies) name is not by itself sufficient to make it unique in relation to other present issuers having the same name, the place of incorporation will be added.

ILLUSTRATION:

Empire Life Insurance Company (Incorporated in California)

*and*

Empire Life Insurance Company (Incorporated in Ontario)

*becomes*

EMPIRE LIFE INS CO CALIF

*and*

EMPIRE LIFE INS CO ONT

When a legal name of a foreign corporation is expressed in both its English and native equivalent, only the

English version will be used as the issuer name.

ILLUSTRATION:

Chemcell Limited—Chemcell Ltee

*becomes*

CHEMCELL LTD

Canadian Salt Company Limited—La Societe Canadienne de Sel Ltee

*becomes*

CANADIAN SALT LTD

Special-purpose mutual funds, issued by the same legal entity, will be considered as separate issues rather than separate issuers.

ILLUSTRATION:

Channing Shares, Inc. Balanced Fund Shares

CONFIDENTIAL

FRSI01498614

*and*

Channing Shares, Inc. Growth Fund Shares

*becomes*

Issuer:    CHANNING SHS INC

Issue:     BALANCED FD SHS

           GROWTH FD SHS

National Securities Series Balanced Series

National Securities Series Bond Series

National Securities Series Growth Stock Series

*becomes*

Issuer:    NATIONAL SECS SER

Issue:     BALANCED SER

           BOND SER

           GROWTH STK SER

**RULES CONCERNING THE DESCRIPTION OF AN ISSUE**

The description of the issue will contain the following elements of information in the sequence indicated, depending on the type of security being described:

---

| Equity | Fixed Income |
|---|---|
| > Class—common, preferred, etc. | Currency of issue, if required |
| | Type—mortgage, debenture, collateral, trust, equipment trust, etc |
| | Purpose, if required. |
| Modifier words such as refunding, prior, first, etc. | Same |

CONFIDENTIAL

FRSI01498615

(in standard abbreviated form) shall precede the class

or type. The modifier word ''convertible shall follow

the class—type, series, etc., and immediately precede

the rate or conversion date, if required.

| | |
|---|---|
| > — | Dated date, (municipal issue date; corporate if available) |
| > Series designation, if any | Same, if required |
| > Par value, if required | — |
| > Dividend rate, if stated | Rate |
| > Expiration date, it any | Maturity, including optional date if any. |

---

The description of an issue shall conform to the following rules. However, under certain circumstances, in order to comply with the basic requirement of fitting the description within 120 characters (4 lines of 30 characters each), these rules may be amended at the discretion of CUSIP Global Services.

**A.** The word common'' will always be substituted for the word capital in describing that particular equity class.

ILLUSTRATION:

Empire Aircraft Company Capital

*becomes*

EMPIRE AIRCRAFT CO COM

Supplemental modifier words such as cumulative, non-cumulative, dividend, non-dividend, redeemable, non-redeemable, part paid, or stamped will always be omitted from the issue description except when they are required to distinguish between two otherwise identical issues.

Series designations:

When an issue's series is designated alphabetically or numerically, it will be prefixed by the  abbreviation for series.

ILLUSTRATION:

Series F

*becomes*

SER F

When an issue's series is designated by a date, it will be prefixed by the abbreviation for series or

CONFIDENTIAL

FRSI01498616

dated, as appropriate. When the word series is used, the year only will be included, expressed in two digits. When dated date is used, the day (expressed in two digits), month (expressed in two digits), and year (expressed in four digits), will be included except when the dated date is prior to 1900, in which case the year will be expressed in 4 digits. Issues dated prior to 1968 will carry the year only (2 digits).

When the phrase series of (date) indicates the maturity date of the issue, the series date shall be omitted.

ILLUSTRATION:

Series 1935

*becomes*

SER 35

Date July 8, 1948

*becomes*

DTD 07/08/48

Dated dates will be included for all state and local governmental issues and U. S. Government

Savings Bonds, ''E'' and ''H'' series. For all other issues, an issue date will be included if available.

ILLUSTRATION:

City of Chicago General Obligations Dated April 1, 1960 4-1/2% due April 1, 1995

*becomes*

CHICAGO ILL DTD 04/01/60 4.50% 04/01/1995

ABC Corporation Debentures Dated July 1, 1962 5% due July 1, 1995

*becomes*

ABC CORP DEB DTD 07/01/62 5% 07/01/1995

ABC Corporation Debentures Dated September 1, 1962 5% due July 1, 1993

*becomes*

ABC CORP DEB DTD 09/01/62 5% 07/01/1993

If the issue has both a series and a date or dated date designation, the series designation will be

omitted, unless it provides the only method of distinguishing one issue from another. In this case, the series designation will follow the date or dated date.

ILLUSTRATION:

Mohawk Valley Railroad Company Equipment Trust Certificate Series No. 1, 1956 4% due July 1, 1995

*and*

Page **69** of **75**

CONFIDENTIAL                                                    FRSI01498617

Mohawk Valley Railroad Company Equipment Trust Certificate Series No. 2, 1956 4% due July 1, 1995

*becomes*

MOHAWK VALLEY RR CO EQUIP TR CTF SER 56 NO 1 4% 07/01/1995

*and*

MOHAWK VALLEY RR CO EQUIP TR CTF SER 56 NO 2 4% 07/01/1995

Par value will not be included in issue descriptions except when it is necessary to distinguish different issues and separate CUSIP issue numbers have been assigned. All capital changes involving an exchange of certificates will require the assignment of a new issue number. Where both the security surrendered and the security received are of the same class, the par value, if different, will appear in the new issue description as the unique identifier. The term NEW'' will appear in the new issue description when the par does not change.

When different rates are applicable at different times for an issue, the description shall include the existing rate followed by the date(s) on which the rate(s) will change, followed by the new rate(s). The year will be expressed by two digits. A short or long coupon indication will not be included in the description when the rate is the same. Interest payment dates are not included as part of the description.

ILLUSTRATION:

ABC Corporation Debentures 4% to July 1, 1990 5% thereafter due January 1, 1995

*becomes*

ABC CORP DEB 4% 07/01/90 5% 01/01/1995

Rates will always be expressed in dollars or as a decimal percentage. Fractions will be converted to their decimal form with a maximum of three decimal places, rounded off to the nearest thousandth. Zero cents and zero decimals will be omitted from full dollar or percentage rates. The following symbols will be used in expressing rates: %, $, and decimal point (.).

ILLUSTRATION:

4-1/4% becomes 4.25%

4-1/8% becomes 4.125%

3-2/3% becomes 3.667%

$4.25 remains $4.25

4.20% remains 4.20%

$4.00 becomes $4

4.00% becomes 4%

**G.**   Conversion features will be indicated by use of the abbreviation CONV and will appear immediately

before the rate. Even in those cases where the conversion features become effective at a date after the issuance, this date will not be included and only the term ''CONV'' will appear.

Page **70** of **75**

CONFIDENTIAL                                                          FRSI01498618

ILLUSTRATION:

> ABC Corporation Convertible Debenture 4-1/2% due August 1, 1995
>
> *becomes*
>
> ABC CORP DEB CONV 4.50% 08/01 /1995

Maturity dates will always be expressed in this sequence: month, day, year. They will appear as the last item in the description. The word ''due'' will be omitted. Such dates shall always be written as two numeric characters for month, two numeric characters for day, and four numeric characters for year.  To facilitate reading, diagonals shall be inserted after month and day.

ILLUSTRATION:

> due February 1, 2005
>
> *becomes*
>
> 2/01/2005

Optional maturity dates for United States Treasury on obligations, the year only, will be added to the maturity date, preceded by a hyphen (-).

ILLUSTRATION:

> due January 15, 2014 optional 2009
>
> *becomes*
>
> 01/15/2014-09

The currency, in abbreviated form, will be indicated if the principal value is payable in other than U.S. dollars.  If the principal values of two otherwise identical issues are payable in different currencies, the issues will be assigned different issue numbers. If an issue is payable in either U.S. dollars or another currency, at the option of the holder, it will be described as if it were payable only in U.S. dollars.

ILLUSTRATION:

> Quebec Hydro Electric Power Commission  5-1/4%  Debentures due October 1, 1995 issued
>
>   and Payable in Canadian Funds
>
> *becomes*
>
> QUEBEC HYDRO ELEC PWR COMMN CDN4 DEB 5.25% 10/01/1995

The abbreviation PERP shall appear in lieu of maturity date for perpetual bonds.

Callable dates, feature, or the word callable will be excluded from the description except as indicated in paragraph 1 or when necessary to distinguish between otherwise identical issues.

The description of rights, warrants, et cetera, will show only the abbreviation for the word right or warrant. Expiration dates for the warrants will be shown in the same format as a maturity date prefixed by the abbreviation EXP. The issuer name of the

CONFIDENTIAL                                                                                    FRSI01498619

issue to which the holder can subscribe will be included if it is different than the actual issuer of the warrants. Once a number is assigned for short-term (less than 1 year) rights it will be retained permanently to provide for future issues.

ILLUSTRATION:

Abacus Manufacturing Company Rights to Subscribe to 1/10 Share Common Expires July 1, 1991

*becomes*

ABACUS MFG CO RTS

Consolidated Oil and Gas Company Warrants to Purchase ¼ Share Worldwide Energy Company

  Limited Expires

*becomes*

CONSOLIDATED OIL & GAS CORP WT PUR COM WORLDWIDE ENERGY LTD EXP

  07/20/1995

A combination issue, bonds or stock with warrants attached, or a unit certificate consisting of a common and   preferred interest, etc., will contain the description of each element as it would be shown if they were separate issues.  The description of a unit certificate will also include the principal amount or the number of shares of the separate components.

ILLUSTRATION:

Commonwealth Airlines Company Convertible Debentures 3% due July 1, 1995 with warrants expiring

  July 1, 1997 to subscribe to ½ share Common attached

 *becomes*

COMMONWEALTH AIRLS CO WW DEB CONV 3% 07/01/1995

Commonwealth Grain Warehouse Company Unit Certificate for one share 4-3/4% Preferred and two shares

  Common

*becomes*

COMMONWEALTH GRAIN WHSE CO UNIT 1 PFD 4.75% 2 COM

Purpose will not appear in the description of a governmental issuer general obligation except where a separate issue number has been assigned. The term general obligation will always be omitted from the description.

The word ordinary abbreviated, will be substituted for the word bearer when that word appears as the only issue description for an equity issue of a foreign corporation.

ILLUSTRATION:

Dresdner Bank Algemeine Bearer

*becomes*

CONFIDENTIAL                                                                                           FRSI01498620

DRESDNER BK AG ORD

**CONVENTIONS**

*1. Security Description*

CUSIP Security Description Systems states that one space shall separate all words within the issuer's name and issue description. To conserve space, the issuer title appears first in the Directory followed by all the related issues. Valid CUSIP descriptions, however, must combine the issuer and issue description.

For example, this Directory listing:

McGRAW HILL INC

COM

PREF CONV $1.20

PFD CONV $5.50

SUB DEB CONV 3.875% 05/01/1992

*becomes*

MCGRAW HILL INC COM

MCGRAW HILL INC PREF CONV $1.20

MCGRAW HILL INC PFD CONV $5.50

MCGRAW HILL INC SUB DEB CONV

3.875% 05/01/1992

*2. New Public Housing Authorities*

Users should be aware that all Federally secured housing authority bonds are located under the geographic place name followed by New Public Housing Authority

Non-Federally secured (local issues) housing authorities have only the ''Housing Authority.'' For example these two unique issuers:

BOSTON MASS HOUSING AUTHORITY

BOSTON MASS NEW PUBLIC HOUSING AUTHORITY

*3. Dated Dates*

Dated dates for municipal issues prior to the publication of the first Directory may include only the year of issue. From 1969 forward, the dated date will include the month, day and year. Where there are two or more identical coupon and maturity dates listed, the item numbers marked with an asterisk carry more recent issue dates.

Dated dates for corporate issues are provided on issues dated after 8/1 /89 where available.

CONFIDENTIAL                                                                 FRSI01498621

**4. When Issued and Capital Changes**

A single issue number will be assigned to an individual issue even though it is being traded on both a normal settlement, and when issued basis. However, when separate market values are quoted for both a normal and when-issued delivery, the reporting service should provide both values with an appropriate qualifying indication so that the user can determine which one he wishes to utilize. *In addition, a user within his own system may indicate a when-issued condition on a trade or a holding through the use of an auxiliary or special transaction code.* New numbers are not assigned to reflect stock splits or dividends. However, a capital change requiring exchange of certificates (i.e. reverse split), results in assignment of a new number.

**5. Cross Referencing—Name Changes**

Information on corporate mergers, acquisitions, and name changes begins with changes that occurred in 1969. No attempt has been made to gather this information for corporate mergers and name changes prior to 1969, but the CUSIP file will be maintained with relevant cross reference information from the date of publication forward. Name changes which alter the alphabetic sequence of the issuers will necessitate assignment of new numbers. The old numbers will be cross-referenced with information lines.

   An attempt has been made to record special information lines recording large school district consolidations, and debt assumptions. Accordingly, notices of major consolidations appear throughout the file.

*Please contact products@cusip.com for assistance*

*June 2, 2023*

CONFIDENTIAL                                                                                    FRSI01498622