UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DINOSAUR FINANCIAL GROUP LLC; SWISS LIFE INVESTMENT MANAGEMENT HOLDING AG; and HILDENE CAPITAL MANAGEMENT, LLC, *on behalf of themselves and all others similarly situated*,

Plaintiffs,

-v.-

S&P GLOBAL, INC.; AMERICAN BANKERS ASSOCIATION; and FACTSET RESEARCH SYSTEMS INC.,

Defendants.

22 Civ. 1860 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

On August 28, 2026, the Court filed and provided to the parties an unredacted copy of a Sealed Opinion and Order resolving the parties' cross-motions to exclude expert testimony under *Daubert* v. *Merrell Dow Pharms., Inc.*, 509 U.S. 579 (1993), and Plaintiffs' motion for class certification. For the reasons set forth in that Opinion, Defendants' motions to exclude the testimony of three of Plaintiffs' experts are GRANTED IN PART and DENIED IN PART; Plaintiffs' motions to exclude the testimony of two of Defendants' experts are DENIED; and Plaintiffs' motion for class certification is GRANTED.

The Clerk of Court is directed to unstay this case, and to terminate the pending motions at docket entries 215, 238, 241, 244, 285, 289, 302, and 305. The Clerk of Court is further directed to file this Opinion and Order under seal, viewable to the Court and the parties only. On or before September 25, 2026, the parties shall file a joint letter suggesting redactions to the Opinion in

accordance with *Lugosch* v. *Pyramid Co. of Onondaga*, 435 F.3d 110 (2d Cir. 2006). Taking the parties' suggestions into consideration, the Court will then file a redacted version of the Opinion on the public docket.

SO ORDERED.

Dated: August 28, 2026
New York, New York

KATHERINE POLK FAILLA
United States District Judge