W | M | D

C L P
COMPETITION LAW PARTNERS

KAPLAN FOX

September 4, 2026

*VIA ECF*
Hon. Katherine Polk Failla
United States District Court Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square, Room 618
New York, NY 10007

**MEMO ENDORSED**

Re: *Dinosaur Financial Group LLC et al. v. S&P Global, Inc. et al.*, Case No. 22-cv-1860

Dear Judge Failla:

We represent Plaintiffs Hildene Capital Management, LLC, Dinosaur Financial Group LLC, and Swiss Life Capital Management (collectively "Plaintiffs"). Plaintiffs are filing today a request for a pre-motion conference regarding a Rule 60(a) motion for a correction based on a clerical mistake, oversight, or omission. Pursuant to Rule 9 of this Court's Individual Rules of Civil Procedure, Plaintiffs request permission to file their letter motion under seal as the motion discusses the contents of the Courts' Opinion and Order on Class Certification (Dkt. # 410) which is presently under seal. Plaintiffs respectfully request that the parties be granted the same deadline as in the Opinion and Order on Class Certification (September 25, 2026) to meet and confer with Defendants and seek to agree on what redactions to the letter motion, if any, are necessary.

Respectfully submitted,

Dated: September 4, 2026

/s/ *Joshua M. Slocum*
Ronald J. Aranoff
Ryan A. Kane
Joshua M. Slocum
Lyndon M. Tretter
Reuben R. Bauer
WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue, 12th Floor
New York, New York 10110
Telephone: (212) 382-3300
raranoff@wmd-law.com
rkane@wmd-law.com
jslocum@wmd-law.com

Respectfully submitted,

/s/ *Leiv Blad*
Leiv Blad
Jeffrey Blumenfeld
Meg Slachetka
COMPETITION LAW PARTNERS PLLC
601 Pennsylvania Avenue NW
Washington, DC 20004
Telephone: (202) 742-4300
Email: leiv@competitionlawpartners.com
jeff@competitionlawpartners.com
meg@competitionlawpartners.com

/s/ *Robert N. Kaplan*

ltretter@wmd-law.com
rbauer@wmd-law.com

Robert N. Kaplan
Gregory K. Arenson
Elana Katcher
KAPLAN FOX & KILSHEIMER LLP
800 Third Ave., 38th Floor New York, NY
10022 Telephone: (212) 687-1980
Email: rkaplan@kaplanfox.com
garenson@kaplanfox.com
ekatcher@kaplanfox.com

Plaintiffs' application to file their letter motion under seal is GRANTED.

The Clerk of Court is directed to terminate the pending motion at docket entry 412, and to keep docket entry 413 under seal, viewable only to the parties and the Court.

Defendants are reminded that, pursuant to this Court's Individual Rule 2(C), they may file a response to Plaintiffs' letter motion to correct the Order and Opinion within three business days after the initial letter motion was received (here, on or before September 10, 2026).

Dated: September 8, 2026
New York, New York

SO ORDERED.

Katherine Polk Failla

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE