September 10, 2026

VIA ECF

Hon. Katherine Polk Failla
United States District Court Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square, Room 618
New York, NY 10007

Re: *Dinosaur Financial Group LLC et al. v. S&P Global, Inc. et al.*, Case No. 22-cv-1860

Dear Judge Failla:

We represent Defendants S&P Global. Inc., the American Bankers Association ("ABA"), and FactSet Research Systems Inc. (collectively "Defendants"). Defendants are filing today their opposition letter to Plaintiffs' Letter Motion under Federal Rule of Civil Procedure 60(a) (ECF No. 413). Pursuant to the Protective Order (ECF No. 125) and Rule 9 of this Court's Individual Rules of Civil Procedure ("Rule 9"), Defendants request permission to file their letter under seal as the letter discusses the contents of the Court's opinion and order on Plaintiffs' motion for class certification (the "Opinion") (ECF No. 410) which is presently under seal. Defendants respectfully request that the parties be granted until September 25, 2026, the same deadline as in the Opinion, to meet and confer with Plaintiffs and seek to agree on what redactions to the opposition letter, if any, are necessary.

Respectfully submitted,

*/s/ Eric J. Stock*
Eric J. Stock
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue, 47th Fl.
New York, NY 10166
Tel.: (212) 351-2301
Fax: (212) 716-0801
estock@gibsondunn.com

Attorney for Defendant S&P Global, Inc.

*/s/ Jeffrey Shinder*
Jeffrey I. Shinder
SHINDER CANTOR LERNER
14 Penn Plaza, Suite 1900
New York, NY 10122
Tel.: (646) 960-8601
jeffrey@scl-llp.com

Attorney for Defendant FactSet Research Systems, Inc.

*/s/ David Kiernan*
David C. Kiernan
JONES DAY
555 California Street, 26th Fl.
San Francisco, CA 94104
Tel.: (415) 626-3939
Fax: (415) 875-5700
dkiernan@jonesday.com

Attorney for Defendant American Bankers Association

cc: All Counsel of Record (*via ECF*)