UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DINOSAUR FINANCIAL GROUP LLC; SWISS LIFE INVESTMENT MANAGEMENT HOLDING AG; and HILDENE CAPITAL MANAGEMENT, LLC, *each on behalf of themselves and all others similarly situated*,

Plaintiffs,

-v.-

S&P GLOBAL, INC.; AMERICAN BANKERS ASSOCIATION, and FACTSET RESEARCH SYSTEMS INC.,

Defendants.

22 Civ. 1860 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

As an initial matter, Defendants' application to file their letter motion under seal is GRANTED. The Clerk of Court is directed to terminate the pending motion at docket entry 415, and to keep docket entry 416 under seal, viewable only to the parties and the Court.

The Court has also reviewed Plaintiffs' letter motion of September 4, 2026 (Dkt. #413), and Defendants' opposition thereto filed September 10, 2026 (Dkt. #416). Preliminarily, the Court disagrees that the issue identified by Plaintiffs' counsel can be remedied as a scrivener's error. Given the conflicting language in Plaintiffs' motion papers (*see, e.g.*, Dkt. #230 at 7 n.10), the Court did not explicitly consider and address the inclusion of Distributors in the classes and subclasses it certified.

With the clarification provided by Plaintiffs' letters and the imminent appellate deadline, the Court will VACATE its Opinion and Order of August 28, 2026. (Dkt. #410). The Clerk of Court is directed to strike docket entry 410, and to terminate the pending motions at docket entries 413 and 416.

Needless to say, the deadlines for the parties' proposed redactions to the now-stricken Opinion and Order and for the joint status letter are ADJOURNED *sine die*. Instead, the parties shall submit simultaneous briefing on whether Distributors should be certified in the class on or before **October 13, 2026**. The briefing shall not exceed 3,500 words.

SO ORDERED.

Dated: September 10, 2026
New York, New York

Katherine Polk Failla

KATHERINE POLK FAILLA
United States District Judge