September 25, 2026

Hon. Katherine Polk Failla
United States District Court Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square, Courtroom 618
New York, NY 10007
Failla_NYSDChambers@nysd.uscourts.gov

**MEMO ENDORSED**

Re: *Dinosaur Financial Group LLC et al. v. S&P Global, Inc. et al.,* Case No. 1:22-cv-1860

Dear Judge Failla:

Defendants S&P Global, Inc., the American Bankers Association ("ABA"), and FactSet Research Systems Inc. (collectively, "Defendants"), submit this letter motion to seal confidential information in Defendants' Letter Opposing Plaintiffs' Rule 60(a) Motion ("Opposition Letter"), ECF No. 416.

Appendix A contains Defendants' four proposed redactions and justifications. These redactions to confidential and competitively sensitive contractual terms and nonparty information consist of the same or materially similar information that this Court has already permitted the parties to redact. *See* ECF Nos. 229 (adopting most of Defendants' proposed redactions to Plaintiffs' opening class certification motion and associated filings), 313 (finding that the material Defendants sought to seal satisfied the Second Circuit's standard under *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110 (2d Cir. 2006), and granting Defendants' motion to seal); 354 (same) and 409 (same). Plaintiffs do not oppose Defendants' proposed redactions.

In resolving a motion to seal, courts in the Second Circuit: (1) evaluate whether the document is a judicial document (i.e., whether "the item filed [is] relevant to the performance of the judicial function and useful in the judicial process"); (2) determine the weight given to the presumption of public access to such documents; and (3) weigh the competing considerations against the public dissemination of the document, or parts thereof, such as "the privacy interests of those resisting disclosure." *Lugosch*, 435 F.3d at 119–20.

*Confidential agreements*. Defendants again seek to redact confidential terms of a contractual agreement. Such agreements are often sealed when used in litigation to avoid the competitive and commercial disadvantages that public disclosure would cause to Defendants and their business partners. *See, e.g.*, *Capri Sun GmbH v. Am. Bev. Corp.*, No. 1:19-cv-01422 (PAE), 2021 U.S. Dist. LEXIS 121094, at *4 (S.D.N.Y. June 4, 2021) (collecting cases); *Fairstein v. Netflix, Inc.*, 2023 WL 6164293, at *4 (S.D.N.Y. Sept. 21, 2023). Defendants' redactions to the terms of this confidential contract are "'essential to preserve higher values and . . . narrowly tailored to serve' Defendants' interests." ECF No. 229 at 6 (quoting *In re Keurig Green Mountain Single-Serve Coffee Antitrust Litig.*, No. 14 MD 2542 (VSB), 2023 WL 196134, at *6 (S.D.N.Y. Jan. 17, 2023)).

*Nonparty materials*. Defendants also seek to seal confidential information about nonparties' business operations. "[N]onparty privacy interests . . . often overcome the presumption of access." ECF No. 229 at 5 (citing *United States v. Amodeo*, 71 F.3d 1044, 1050–51 (2d Cir. 1995); *Secs. and Exch. Comm'n v. Telegram Grp. Inc.*, No. 19-cv-9439 (PKC), 2020 WL 3264264, at *3 (S.D.N.Y. June 17, 2020)). Furthermore, the sealing stipulation and order for class certification briefing mandates that confidential nonparty materials be maintained under seal unless the nonparty de-designates that material as confidential. ECF No. 214, at ¶ 7.

Because Defendants seek only narrowly tailored redactions of the same categories of confidential information the Court has previously ordered protected, Defendants respectfully request that the Court grant the proposed redactions to Defendants' Opposition Letter.

Respectfully submitted,

*/s/ Eric J. Stock*
Eric J. Stock
GIBSON, DUNN &
CRUTCHER LLP
200 Park Avenue, 47th Fl.
New York, NY 10166
Tel.: (212) 351-2301
Fax: (212) 716-0801
estock@gibsondunn.com

Attorney for Defendant S&P Global, Inc.

*/s/ Jeffrey I. Shinder*
Jeffrey I. Shinder
SHINDER CANTOR
LERNER
14 Penn Plaza, Suite 1900
New York, NY 10122
Tel.: (646) 960-8601
jeffrey@scl-llp.com

Attorney for Defendant FactSet Research Systems Inc.

*/s/ David C. Kiernan*
David C. Kiernan
JONES DAY
555 California Street, 26th Fl.
San Francisco, CA 94104
Tel.: (415) 626-3939
Fax: (415) 875-5700
dkiernan@jonesday.com

Attorney for Defendant American Bankers Association

The Court is in receipt of Defendants' application to seal confidential information in and propose redactions to their September 10, 2026 letter opposing Plaintiffs' Rule 60(a) motion (Dkt. #416). Plaintiffs do not oppose Defendants' proposed redactions.

Accordingly, the application is GRANTED. The Clerk of Court is directed to SEAL docket entries 416 and 419, viewable only to the Court and the parties. The Clerk of Court is further directed to terminate the pending motion at docket entry 418.

Dated: September 28, 2026
New York, New York

SO ORDERED.

Katherine Polk Failla

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE