October 19, 2026

VIA ECF

Hon. Katherine Polk Failla
United States District Court Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square, Room 618
New York, NY 10007

Re: *Dinosaur Financial Group LLC et al. v. S&P Global, Inc. et al.*, Case No. 22-cv-1860

Dear Judge Failla:

Defendants S&P Global, Inc., American Bankers Association, and FactSet Research Systems Inc. ("Defendants"), write to respectfully request oral argument on whether CGS Distributors should be included in Plaintiffs' proposed class. Having reviewed the Parties' submissions in response to the Court's Order of September 11, 2026, ECF No. 417, Defendants have concluded that oral argument may materially assist the Court in reaching its decision. Plaintiffs take no position on Defendants' request.

Respectfully submitted,

*/s/ Eric J. Stock*
Eric J. Stock
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue, 47th Fl.
New York, NY 10166
Tel.: (212) 351-2301
Fax: (212) 716-0801
estock@gibsondunn.com

Attorney for Defendant S&P Global, Inc.

*/s/ Jeffrey I. Shinder*
Jeffrey I. Shinder
SHINDER CANTOR LERNER
14 Penn Plaza, Suite 1900
New York, NY 10122
Tel.: (646) 960-8601
jeffrey@scl-llp.com

Attorney for Defendant FactSet Research Systems, Inc.

*/s/ David C. Kiernan*
David C. Kiernan
JONES DAY
555 California Street, 26th Fl.
San Francisco, CA 94104
Tel.: (415) 626-3939
Fax: (415) 875-5700
dkiernan@jonesday.com

Attorney for Defendant American Bankers Association

cc: All Counsel of Record (*via ECF*)