# EXHIBIT 19

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------x

DINOSAUR FINANCIAL GROUP LLC, HILDENE CAPITAL MANAGEMENT, LLC and SWISS LIFE INVESTMENT MANAGEMENT HOLDING AG, on behalf of themselves and all others similarly situated,

Plaintiffs,

-v-

S&P GLOBAL, INC., AMERICAN BANKERS ASSOCIATION, and FACTSET RESEARCH SYSTEMS INC.,

Defendants.

------------------------------------------x

**Case No. 1:22-CV-1860 (KPF)**

**DECLARATION OF ROGER FAHY**

I, Roger Fahy, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury:

1. I am employed by FactSet Research Systems Inc. as Senior Vice President CUSIP Product and Global Data Operations for CUSIP Global Services (CGS). My responsibilities encompass CGS's global data operations, including CGS services offerings relating to the issuance of financial identifiers and licensing of CGS databases. I report directly to Scott Preiss, Senior Vice President and Global Head of CGS. I have worked with CGS at FactSet and previously at entities owned by Standard & Poors since March 1998.

2. I was deposed in the above-captioned case by counsel for the Plaintiffs on March 11, 2025. During that deposition, I was questioned about the scope of CGS Data that a Subscriber could access under the CGS Subscription Agreement, but I was not asked parallel questions concerning the level of access to CGS Data provided under a CGS Distribution

Agreement to Distributors that also obtain the right to redistribute CGS Data.[1]

3. I therefore submit this Declaration to explain the scope of CGS Data that Distributors can obtain under their Distribution Agreements with CGS and the attachments to those agreements that define the services they license from CGS.

4. During my deposition, Plaintiffs' counsel directed me to section 1.1 of a version of the form Services Attachment to the CUSIP Subscription Agreement, which describes a service option for a "CGS License service" that includes "CUSIP, CINS and/or CGS ISIN identifiers and standard security descriptions provided by either CGS directly or via an Authorized Data Vendor as part of Subscriber's agreement with such Authorized Data Vendor." (Exhibit 133B, the "Services Attachment," a true and correct copy of which is appended to my Declaration as Exhibit A).

5. Counsel asked for my understanding of the scope of CGS Data that a Subscriber receives under the "CGS License service" option in section 1.1 of the Services Attachment. I responded that the "CGS License service" option allows Subscribers to access to all data in the CGS Database:

> Q: Is the CGS license the entire CGS Database that you described to me or some part of it?
> A: We license all of our content. It's all of it.
> Q: So if someone purchases CGS License they have access to the entire CGS database?
> A: Yes, they do.
> Q: And they can get that directly from CGS?
> A: Yes, they can.
> Q: They can get that from an authorized data vendor, in your view?
> A: If they so choose.

*See* Exhibit B, a true and correct copy of excerpts from my deposition transcript (Tr.) at 163:8-24 (objection omitted).

---

[1] The capitalized terms I use are defined in the CGS Subscription and Distribution Agreements, respectively.

6. My testimony was truthful and accurate when given, and that remains the case today. The "CGS License service" option under section 1.1 entitles a Subscriber to access all of the 60+ fields in the CGS Database for up to the total number of securities that they have licensed to access.

7. While Plaintiffs' counsel showed me a particular version of the form Services Attachment, all three Plaintiffs signed an earlier version of the Services Attachment with somewhat different language. That earlier version refers in section 1.1 to a "CGS Master File License service," rather than a "CGS License service," which "consists of CUSIP, CINS, and/or CGS ISIN identifiers and standard security descriptions provided by either CGS or a CGS-Licensed third party data vendor as part of Subscriber's agreement with such vendor." Dkt. 93-1, 93-2, and 93-3 at 7. Although the name and the language describing that service are different, under both versions of the agreement each Subscriber has the right to access all of the 60+ data fields for the number of securities they have licensed to access.

8. At my deposition, Plaintiffs' counsel asked me few questions about the CGS Distribution Agreement. As I explained during the deposition, the purpose of a CUSIP Distribution Agreement is to provide rights to re-distribute portions of the CGS dataset of "data that CGS ingests, analyzes, supports, maintains, and distributes… ." Ex. B Tr. 153:8-18. A customer enters into a Distribution Agreement rather than a Subscription Agreement because it has a specific business use case involving re-distribution of CGS Data to its customers. *Id.*, Tr. 159:8-18.

9. The standard form CGS Distribution Agreement includes an "Order Schedule" which, like the Services Attachment to the Subscription Agreement, offers each Distributor a menu of optional CGS Services to license. The version of the Distribution Agreement presented

to me in my deposition (Plaintiffs' Exhibit 15) did not include an Order Schedule. For the Court's convenience, I attach as Exhibit C a true and correct copy of Plaintiffs' Exhibit 501, which is a complete copy of the same version of the form Distribution Agreement, including the Order Schedule.

10. If I had been asked at my deposition about the language in the Order Schedule to the Distribution Agreement, I would have testified as follows:

A. Section 7(A) of the Order Schedule lists a series of 20 optional CGS Services from the CGS Master File Database that the Distributor can license to access and use. *See* Ex. C at FRSI0000000084.

B. Section 7(A)(i) of the Order Schedule describes the first license option almost identically to the "CGS License service" in Plaintiffs' Exhibit 133B section 1.1, that is, for "CUSIP, CINS, or CGS ISIN Identifiers and standard security descriptions provided by either CGS directly or via a CGS-Licensed third-party vendor as part of Distributor's agreement with such vendor." *See* Ex. C at FRSI0000000084.

C. CGS interprets and applies this language the same way in the Distribution Agreement as I had testified with respect to the Subscription Agreement. Specifically, the "CGS License service" offered to Distributors under section 7(1)(1) grants the Distributor access to all 60+ descriptive fields for each security, regardless of whether the Distributor obtains the CGS Data directly from a CGS service or through a CGS-authorized third-party data vendor. *Id.* The phrase "standard security descriptions" refers to the system of standard conventions and abbreviations that CGS uses to convey information in many of the 60+ data fields, and does not refer to or limit the number of data fields conveyed.

D. The Order Statement requires customers that sign Distribution Agreements with CGS to specify their intended level or levels of use for the CGS Data:

(1) Level 1 -- "Internal Use by Distributor";

(2) Level 2 -- "Display (including Desktop User with Limited Desktop Download Capabilities" to their customers;

(3) Level 3 -- "Datafeed," i.e., the ability to provide an electronic redistribution in bulk to their customers as a download or data feed; and/or

(4) Level 4 -- "Service facilitator or Hosted Solution."

*Id.* at FRSI0000000086-88, Section 8.C and D.

11. Only Distributors can sign up for Level 2-4 usage; Subscribers cannot.

12. To my knowledge and understanding, hundreds of Distributors that obtain CGS Data from other Authorized Data Vendors, and not directly from CGS, offer Level 2-4 services to their respective customers.

13. Generally, customers that sign Distribution Agreements intend to offer Level 2-4 redistribution services to their customers in the near or foreseeable future. Some customers with Subscription Agreements later sign Distribution Agreements. Some customers sign both Subscription and Distribution Agreements for different parts of their businesses. Occasionally, some customers with Distribution Agreements will cancel them and sign Subscription Agreements instead. This is true whether the Distributors receive CGS Data only from other Authorized Data Vendors or directly from CGS.

14. For Distributors and Subscribers who license a certain level of service either directly from CGS or indirectly through an Authorized Data Vendor, CGS provides them access to and use of the CGS CUSIP Access service at no extra fee for a specified number of seat

licenses. This includes Distributors and Subscribers that have opted for the "CGS License service" option. The CUSIP Access service allows these Distributors and Subscribers to search for and access CGS Data directly from CGS, including the 60+ descriptive data fields for all securities in the CGS CUSIP Master File Database. The CUSIP Access service also allows the Distributor or Subscriber at no extra fee to download CGS Data from the 60+ descriptive data fields, currently up to 1000 securities. This also is true for Distributors that receive CGS Data from other Authorized Data Vendors and not directly from CGS. The CGS website has a description of the CUSIP Access service at http://experience.cusip.com/resource/fact-sheet/cusip-access.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed in New York, New York this 9th day of October, 2026.

By: Roger Fahy

Roger Fahy

# EXHIBIT A

# CUSIP GLOBAL SERVICES
## SERVICES ATTACHMENT TO THE CUSIP SUBSCRIPTION AGREEMENT

This CGS Services Attachment (this "Attachment") is entered into by and between Subscriber (as set forth below) and CUSIP Global Services ("CGS") having its principal offices at 45 Glover Avenue, Norwalk, CT 06850, and is made pursuant to, and is incorporated as part of, the CUSIP Subscription Agreement with the Effective Date stated below (the "Agreement") by and between [INSERT SUBSCRIBER NAME], [INSERT SUBSCRIBER ADDRESS], and CGS. CGS is managed by FactSet Research Systems Inc., a Delaware corporation, on behalf of the American Bankers Association. Any term not otherwise defined herein shall have the meaning ascribed thereto in the Agreement.

**LIST SUBSCRIBER(S) FOR PURPOSES OF THIS ATTACHMENT:**
[INSERT SUBSCRIBER(S)]

| | |
|---|---|
| EFFECTIVE DATE OF THIS ATTACHMENT: | [INSERT EFFECTIVE DATE, WHICH SHOULD BE THE START DATE OF THE TERM] |
| EFFECTIVE DATE OF THE AGREEMENT: | [INSERT EFFECTIVE DATE OF GOVERNING SUBSCRIBER AGREEMENT] |
| CGS INTERNAL CONTRACT NUMBER OF AGREEMENT: | [TO BE INSERTED] |
| CGS ACCOUNT EXECUTIVE: | [TO BE INSERTED] |

**1. <u>CGS Services:</u>**

Subscriber may access one or more of the following Services described below, as designated in the Pricing Schedule:

1.1 CGS License: The CGS License service consists of CUSIP, CINS and/or CGS ISIN identifiers and standard security descriptions provided by either CGS directly or via an Authorized Data Vendor as part of Subscriber's agreement with such Authorized Data Vendor. For deliveries of CGS Data not made by CGS directly, CGS is not responsible for any changes, errors or delays in the delivery of CGS Data through the Authorized Data Vendor's delivery system.

1.2 CGS CUSIP Master File: The CGS CUSIP Master File service is a CGS delivery service available exclusively through CGS whereby the CGS Master File Database is delivered by CGS via feed on a near real-time intraday (Pulse) or daily basis. The service is also available via API. Subsets of this service can be provided, such as Equities only, Municipal Bonds, Corporate Bonds, Mutual Funds, Certificates of Deposit, Equities-Common & Preferred Only, Corporate Only (includes Corporate, US Government and Sovereign issuers), and All Debt (Corporate, Municipal, U.S. Government and Sovereign).

1.3 CGS CUSIP with ISIN Linkage Master File: The service is available exclusively through CGS whereby the service is delivered via datafeed with updates on near real-time intraday (Pulse) or daily basis. These CUSIP updates shall contain the corresponding ISIN where available.

1.4 CGS CUSIP to GEOID Mapping File with ESG Scoring Add-on File: CUSIP Global Services (CGS), in partnership with ISS ESG Muni QualityScore (ISS), offers a CUSIP-GEOID mapping file that links CUSIP identifiers for municipal securities with regional data for the corresponding issuers. The file can be enhanced to include ISS ESG scores for unique insight into sustainability metrics for municipal issuers. Master files are delivered quarterly via secured file transfer protocol (SFTP).

1.5 CGS Private Placement Numbers: The CGS Private Placement Numbers service contains private placement identifiers assigned for use in insurance company regulatory filings available on a daily basis via feed.

1.6 CGS Mortgage-Backed Securities: The CGS Mortgage-Backed Securities service contains CUSIP identifiers for mortgage pools issued by U.S. Federal Agencies.

1.7 CGS CINS Master File: The CGS CINS Master File service contains CUSIP International Numbers (CINS) for debt and equity securities offered outside the U.S. and Canada trading in two or more global markets. The service is available via datafeed on a near real-time intraday (Pulse) or daily basis. The service is also available via API. Subsets of this service can be provided.

1.8 CGS CINS with ISIN Linkage Master File: The CGS CINS with ISIN Linkage Master File contains CUSIP International Numbers (CINS) for debt and equity securities offered outside the U.S. and Canada trading in two or



EXHIBIT 133-B 1/30/25 9T

more global markets and is linked to the ISIN (if available). The service is available via datafeed on a near real-time intraday (Pulse) or daily basis. Subsets of this service can be provided.

1.9 CGS ISIN Master File: The CGS ISIN Master File service contains ISINs assigned by CGS as the U.S. National Numbering Agency and as Substitute Numbering Agency for selected countries, primarily in the Caribbean and South America. The service is available via datafeed on a near real-time intraday (Pulse) or daily basis. Subsets of this service can be provided.

1.10 CGS Syndicated Loans: The CGS Syndicated Loan service provides a file of private bank loans as released by financial institutions acting as administrative agents and is comprised of a deal file and a facility file. The service is available via feed with daily updates. The service is also available via API. This service was developed through a collaboration between CGS and the Loan Syndications and Trading Association (LSTA). In the event this service is selected by SUBSCRIBER, the limitation of liability set forth in the Agreement is hereby amended to include all administrative agents or private bank loans as being excluded from all liability under such section.

1.11 CGS Options: The CGS Options service contains 9-character CUSIP identifiers, ISINs and related data, including OPRA and OCC Symbols for U.S. & Canadian listed options. The service is available with two intraday updates via feed.

1.12 CGS Associated Issuers: The CGS Associated Issuers service contains 6-character CUSIP Issuer Numbers that are related through corporate actions or multiple issuances in the CUSIP database. The service is available via datafeed on a daily basis. Notwithstanding anything to the contrary herein, this service is available to SUBSCRIBER on an internal use basis only and SUBSCRIBER is expressly prohibited from furnishing or providing access to the Service or any portion thereof to any person, firm or entity.

1.13 CGS 144A: The CGS 144A service links securities contained within the same private placement offering document. CUSIP identifiers are assigned for each type of qualified institutional buyer in these offerings (144A, Accredited Investor, Registered and Reg S identifiers, where available). This service is available daily via feed.

1.14 CGS TBA (To Be Announced): The CGS TBA service contains future contracts on mortgage-backed pools including a specialized numbering scheme that incorporates a security's mortgage type, coupon, maturity, and settlement month. CGS provides a one-time file, comma-delimited, with periodic updates via feed.

1.15 CGS Hedge Fund Service: The CGS Hedge Fund service contains CUSIP identifiers and basic descriptive data for domestic and global hedge funds and funds of funds. This service is available weekly via feed.

1.16 CGS Global ISIN Data File: The CGS Global ISIN Data File service provides 12-character ISINs linked to a CUSIP Number or CUSIP International Number (CINS). The ISIN data is sourced directly from over 110 National Numbering Agencies and provides identifier linkages, standard security descriptions and reference data. This service is available via datafeed on a near real-time intraday (Pulse) or daily basis via feed.

1.17 CABRE's Relation Instrument Bundle ("CRIB"): The CRIB service maps the CABRE, CGS' legal entity offering, to the securities issued by a single entity historically. CRIB contains thousands of entity "bundles" linking the CABRE to that entity's underlying CUSIP, CINS and ISINs including matured and suspended issues. This service may require additional agreements with third parties and/or CGS. This service is available daily via master file refresh only via feed.

1.18 CGS Portfolio Service: The CGS Portfolio service allows users to send in-bound identifiers such as CUSIP, CINS, or ISIN and receive back validation flags and corresponding Issue and Issuer level descriptions and reference data in Excel file format via the CGS Portfolio Website.

1.19 CGS Muni Pre-Refunded Linkage Service: The CGS Muni Pre-Refunded Linkage service tracks partially pre-refunded municipal bonds. New CUSIP identifiers are assigned when a municipal bond is partially pre-refunded, that is when a portion of the outstanding principal amount of an issue (maturity) is pre-refunded before the scheduled maturity date. This service links the original issue with the newly created pre-refunded and un-refunded balance issues (and any subsequent pre-refunding for the new CUSIPs). This service is available daily via feed.

1.20 CGS CUSIP Access: The CGS CUSIP Access service is an on-line look up service providing near real-time access to the CUSIP/CINS database via SUBSCRIBER'S web browser. This service offers more than 14 million CUSIP and CINS identifiers for U.S. and global debt and equity financial instruments. CGS will assign user login IDs/passwords based on individual email addresses. No sharing of such user IDs/passwords and no simultaneous access via the same password shall be permitted:

Core Entitlements include:

a) ID and Description search

b) 144A
c) Corporate Actions
d) TBA
e) Portfolio List service (service to validate and download up to 25 CGS identifiers)
f) CUSIP New Issue Alert Service

Supplemental entitlements available (subject to an additional fee):

g) Syndicated Bank Loans
h) Associated Issuers
i) U.S. and Canadian Listed Equity Options
j) Portfolio Download service (service to validate and download up to 500 CGS identifiers)
k) CUSIP-GEOID Mapping with ESG Scoring Add-on

2. **Term:**

The term of this Attachment as it applies to the Service described above shall be for a period of [LENGTH OF TERM, AT LEAST 1 YEAR] from the Effective Date of this Attachment and shall be automatically extended for successive one (1) year terms unless either party shall notify the other in writing of its decision not to extend the term of this Attachment as it applies to the Service at least thirty (30) days prior to the expiration of the term then in effect.

3. **Personal Data Processing:**

For information about how CGS and its Affiliates process personal data in accordance with applicable law and regulation, see the Privacy and Cookie Notice at https://www.factset.com/legal, as may be amended from time to time.

4. **Use and Restrictions on Use:**

Subject to the terms and conditions of the Agreement and the CUSIP Use of Service Statement dated [INSERT UOSS DATE] (which may be amended or updated from time to time by mutual consent of the parties), incorporated and made a part hereof the Service, is solely and exclusively for the internal business use and de minimus distribution by Subscriber as stated in the Use of Service Statement provided however, notwithstanding anything to the contrary set forth in the Agreement or the Use of Services Statement, the display of CUSIP identifiers requires the execution of the Web Display Addendum.

**Bill to:**

______________________________

______________________________

**Deliver to:**

______________________________

______________________________

5. **Pricing Schedule:**

**Services:**

**Delivery Method:**
**Frequency:**
**Quantity:**

**Annual Fees:** **[PLEASE FILL IN]**
**Plus any applicable sales tax, VAT, GST, or similar tax. Subscriber shall pay fees annually, in advance.**

**Special Instructions:**

**6. Withholding Tax:**

If any fees paid to CGS hereunder are subject to withholding taxes by a country other than the country of tax residence of CGS ("Home Country"), Subscriber shall provide to CGS an original receipt from the tax authorities of such foreign country evidencing the amount of tax withheld. Such receipt shall be furnished at the time such fee is paid to CGS or as soon thereafter as is practicable. If CGS is denied a foreign tax credit due to the failure of Subscriber to provide satisfactory evidence of the amount withheld, Subscriber shall pay to CGS an amount sufficient to compensate, on an after-tax basis, for the credit denied. The foregoing obligation of Subscriber shall survive the termination of the Agreement or any Services Attachment. If a tax treaty exists between the Home Country and the foreign country subjecting the fees to withholding taxes, CGS hereby elects to apply the withholding rate applicable under such tax treaty. If Subscriber requires a special certificate from CGS to apply the withholding rate under the tax treaty, such certificate should be requested from CGS at the time of execution of this Agreement or the applicable Services Attachment(s).

**7. Legal Notices:**

Pursuant to the Notice section of the Agreement.

If to Subscriber:

[Insert Notice Contact Name]

[Insert Notice Contact Address]

[Insert Legal Notice Email]

**Business Notices:**

If to Subscriber:

[Insert Notice Contact Name]

[Insert Notice Contact Address]

[Insert Business Notice Email]

**8. Electronic Agreement:**

The parties agree that the electronic copy of this Attachment retained by CGS constitutes the "original", complete, and exclusive statement of this Attachment, and that no paper copy of this Attachment (including any paper copy retained by Subscriber) may be claimed to be the document memorializing this Attachment. This section shall survive any termination of this Attachment.

**[This Space Intentionally Left Blank]**

This Attachment supersedes all previous Attachments between the parties with respect to its subject matter. Each of the undersigned acknowledges that he/she is authorized to execute this Attachment on behalf of Subscriber, and CGS respectively. The signatures below are evidence of each party's agreement to be bound by the terms and conditions of this Attachment and the Agreement, the terms and conditions of which are incorporated herein by reference as if set forth at length. Where Subscriber is not a party to the Agreement, Subscriber expressly acknowledges and agrees that, by entering into this Attachment, it shall be bound by, and shall comply in all respects with, the terms and conditions contained in the Agreement. In the event of any conflict between the terms of the Agreement and the terms of this Attachment, the terms of this Attachment shall prevail with respect to this Services Attachment only.

**Subscriber: [INSERT SUBSCRIBER NAME]**
Signature ______________________
Date:
Name:
Title:
Email:

**Accepted for CUSIP Global Services, managed by FactSet Research Systems Inc. on behalf of The American Bankers**

DRAFT COPY – not for execution

* If the Agreement to which this Attachment relates was entered into using any version that predates June 1, 2011, a CUSIP Usage Review Addendum must be executed by Subscriber and accompany this Attachment.

# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------x
DINOSAUR FINANCIAL GROUP LLC, SWISS LIFE INVESTMENT MANAGEMENT HOLDING AG, and HILDENE CAPITAL MANAGEMENT, LLC, on behalf of themselves and all others similarly situated,

Plaintiffs, Civil Action No.

vs. 22 Civ. 1860 (KPF)

S&P GLOBAL, INC., AMERICAN BANKERS ASSOCIATION, and FACTSET RESEARCH SYSTEMS INC.,

Defendants.
---------------------------------------x

*** HIGHLY CONFIDENTIAL ***

VIDEOTAPED DEPOSITION OF ROGER FAHY, held at the offices Wollmuth Maher & Deutsch, LLP, 500 5th Avenue, New York, New York 10110, on March 11, 2025, at 9:00 a.m. before Maureen Ratto, a Registered Professional Reporter and Certified Shorthand Reporter.

ROGER FAHY - HIGHLY CONFIDENTIAL

Q. You don't have a view?

MR. SHINDER: Objection to form.

A. Yeah, I think that's open to interpretation. Historically challenging, how far back does it go historically? I don't know what that means.

Q. Let's take [redacted]

A. Okay.

Q. Do you recall there ever being any disagreements between CGS and [redacted] with respect to licensing issues?

MR. SHINDER: Objection to form.

A. Yeah, I wasn't part of those discussions, so I'd be speculating.

Q. Who would be part of those licensing discussions?

A. The relationship manager and perhaps the licensing manager.

Q. Were there any customers during your nine years at CGS that you

ROGER FAHY - HIGHLY CONFIDENTIAL

had involvement with concerning licensing negotiations?

A. None that stand out.

Q. Do you recall ever being involved during your nine years at CGS with respect to negotiating license issues with customers?

A. If it happened, it wasn't directly.

MR. SHINDER: Counsel, I think we're getting close to lunch.

MR. KANE: Yeah. I'll be done with this document in less than a minute. After that we can take a lunch break.

MR. SHINDER: Perfect.

MR. KANE: Let's take lunch.

VIDEOGRAPHER: Time is 12:54 p.m. We're going off the record.

(Lunch recess is taken.)

VIDEOGRAPHER: Time is approximately 1:51 p.m. We are back on the record.

Q. Good afternoon, Mr. Fahy.

ROGER FAHY - HIGHLY CONFIDENTIAL
Do you have any general knowledge of CGS's finances?
A. Only what's in the documents.
Q. What do you mean, only with respect to what's in the documents?
A. A general understanding.
Q. Do you have a general understanding of the costs for CGS with respect to running their business?
A. No.
Q. Do you have a general understanding of CGS's streams of revenue in connection with their business?
A. What do you mean by "streams"?
Q. How they make their money.
A. Just general understanding of financial P&L.
Q. What do you mean by financial P&L, profit and loss statements?
A. Yeah.
Q. Do you have an understanding or general knowledge, Mr. Fahy, of the marketing and licensing and distribution of the CUSIP database and CGS data?

ROGER FAHY - HIGHLY CONFIDENTIAL

MR. SHINDER: Objection to form.

A. A general understanding of how we publish our content.

Q. How about licensing it?

A. Other than what's sort of publicly available on our website, a general understanding.

Q. Do you have an understanding of the different license agreements that CGS enters into with third parties?

A. Generally.

(Plaintiff Exhibit 15, CUSIP Global Services Distribution Agreement, Bates FRSI00000073, having been previously marked, is shown to the Deponent.)

Q. Handing you what's been previously marked as Exhibit 15. I'm sorry. What was it previously marked as? 15? Okay. This is a document entitled CUSIP Global Services CUSIP Distribution Agreement.

Mr. Fahy, do you know what

ROGER FAHY - HIGHLY CONFIDENTIAL

this document is?

A. It appears to be a CUSIP Distribution Agreement.

Q. Do you know what a CUSIP Distribution Agreement is?

A. It's this document here.

Q. What's the purpose of a CUSIP Distribution Agreement?

A. It provides rights to a distributor to distribute the CGS dataset.

Q. When you say "the CGS dataset", what are you referring to, in particular?

A. The data that CGS ingests, analyzes, supports, maintains and distributes.

Q. Can you take a look at the second "whereas" clause in the CUSIP Distributor Agreement, please, on the first page?

A. Okay.

Q. You see there's terms, defined terms, CUSIP Database and CGS Data?

ROGER FAHY - HIGHLY CONFIDENTIAL

A. Yes, I see that.

Q. Do you understand what the difference, if any, is between the CUSIP Database and CGS Data?

MR. SHINDER: Objection to form, also calls for a legal conclusion.

A. I trust the lawyers. This is their language.

Q. Do you ever use the term CUSIP database in your business?

A. It depends.

Q. Can you think of times you've used the term CUSIP database?

A. As a defined term? I'm sure those words are put together.

Q. I just mean in general. What do you refer to the entire compilation that you were describing earlier? Do you call that anything in your business?

MR. SHINDER: Objection to form.

A. We refer to the CUSIP CGS data that we collect, analyze, support,

ROGER FAHY - HIGHLY CONFIDENTIAL

maintain, publish a variety of different ways.

Q. Do you know what the CUSIP_DB Database is?

MR. SHINDER: Objection to form. Are you asking about from within --

Q. I'm asking generally do you know what CUSIP_DB Database is?

A. Any time you have CGS_DB it's probably a reference to a database, so it could be a technical term that the technologist labeled.

Q. Do you have an understanding, though, of what in particular a CUSIP_DB is?

A. Generally.

Q. What is your general understanding?

A. A database of all the CGS datasets that we collect, analyze, create, distribute.

Q. Is that something that CGS licenses to third parties?

ROGER FAHY - HIGHLY CONFIDENTIAL

A. There's a whole host of subscribers, they range from broker-dealers, asset managers, financial advisors, insurance companies, data vendors, could be one of many.

Q. And my question was a little more -- a little different.

Is the CUSIP_DB database something that CGS licenses to third parties in general?

A. It depends. It could be.

Q. What else can or does CGS license to third parties besides the CUSIP_DB Database?

MR. SHINDER: Objection to form.

A. It depends on the end users' use case.

Q. Are there a menu of options from which a user can select for its license agreement?

MR. SHINDER: Objection to form.

A. I think we provide a lot of

ROGER FAHY - HIGHLY CONFIDENTIAL

different options for different use cases since we serve a wide swath of the marketplace.

Q. While we get that document out, Mr. Fahy, did you have any involvement in putting together the form of the CUSIP Distribution Agreement?

A. No, I did not.

Q. Have you ever reviewed it in your business world?

A. I reviewed it in the ordinary course of business.

Q. Do you recall how often you reviewed the CUSIP Distribution Agreement in the ordinary course of your business?

A. No, I don't recall.

Q. Do you recall -- sorry.

A. Yeah, I don't recall how frequently I review this.

Q. Do you recall the last time you reviewed the CUSIP Distribution Agreement in your business role?

A. I can't say exactly.

Q. Do you recall the reasons in

which you would review the CUSIP Distribution Agreement in your business role?

A. I can't say specifically, no.

Q. It's just a document you're generally familiar with?

A. Generally.

Q. Are you also generally familiar with the CUSIP Subscription Agreement?

A. Yes.

Q. What's the purpose of the CUSIP Subscription Agreement?

MR. SHINDER: I'll object to the extent it calls for a legal conclusion. You can answer.

A. A subscription agreement is one that a customer of CGS would enter into that would grant them rights to the CGS dataset.

Q. Do you have an understanding of what, if any, differences there are in the purpose of the distributor agreement and the subscription agreement?

ROGER FAHY - HIGHLY CONFIDENTIAL

MR. SHINDER: I'll object to form and I object to the extent this calls for a legal conclusion.

A. I'm not sure of the differences between the agreements. I'm not a lawyer.

Q. The purpose is. I mean, why would someone have to enter in a distributor agreement versus a subscription agreement?

MR. SHINDER: Same objection.

A. A customer that enters into a distributor agreement as a specific use case typically there is distribution involved, and that's why you would need a distribution agreement as opposed to a subscription agreement.

Q. Would the licensing department at CGS be involved in determining whether someone has to enter a distribution agreement versus a subscription agreement?

MR. SHINDER: Objection to form, calls for speculation.

ROGER FAHY - HIGHLY CONFIDENTIAL

A. Yeah, I'm not involved in those discussions.

(Plaintiff Exhibit 133A, CUSIP Subscription Agreement, Bates FRSI0000095, having been previously marked, is shown to the Deponent.)

(Exhibit 133B, CUSIP Services Attachment to Subscription Agreement, Bates, FRSI0000068 having been previously marked, is shown to the Deponent.)

Q. We're handing you two exhibits now, 133A and 133B.

Mr. Fahy, do you know what Exhibit 133A is?

A. Yes.

Q. What is Exhibit 133A?

A. It appears to be a subscription agreement.

Q. Do you know what 133B is?

A. This appears to be a Services Attachment to the CUSIP Subscription Agreement.

Q. What's the purposes -- purpose

of the Services Attachment to the CUSIP Subscription Agreement?

MR. SHINDER: Object to form and I'll object to the extent this question calls for a legal conclusion.

A. I'm not sure. I leave it up to the legal team to determine what legal agreements need to be in place.

Q. Does the legal team determine what CGS services a subscriber elects to acquire through this agreement?

MR. SHINDER: Objection to form.

A. I'm sorry. Could you repeat the question?

Q. Sure. I'm trying to understand what you meant, you leave it up to the lawyers. You mean lawyers to draft the agreements, correct?

A. Yeah, and structure the agreements.

Q. As COO, do you have a general understanding of the different services

ROGER FAHY - HIGHLY CONFIDENTIAL

and products that CGS offers customers?

A. Generally.

Q. And do you see that in Exhibit 133B there is a Section 1 called CGS Services and there's 20 subparagraphs under it?

A. Yes, I do.

Q. Do you understand these to be different services or products that CGS offers third parties?

A. Yeah, there's many different options for, you know, a diverse set of end users, different use cases.

Q. The first product is called CGS License. Do you see that?

A. Yes.

Q. What's your business understanding of what the CGS License product is?

A. As it states here, its service consists of CUSIP CINS and/or CGS ISIN identifiers and standard security descriptions provided by either CGS directly or via an authorized data

ROGER FAHY - HIGHLY CONFIDENTIAL

vendor.

Q. So this is a service, as I think you just mentioned, CGS can provide directly or an authorized data vendor can provide a customer?

A. Yes.

Q. Is the CGS license the entire CGS database that you described to me or some part of it?

MR. SHINDER: Objection to form.

A. We license all of our content. It's all of it.

Q. So if someone purchases CGS License they have access to the entire CGS database?

A. Yes, they do.

Q. And they can get that directly from CGS?

A. Yes, they can.

Q. They can get that from an authorized data vendor, in your view?

A. If they so choose.

Q. You see the second product

ROGER FAHY - HIGHLY CONFIDENTIAL

offered is CGS CUSIP Masterfile, do you know what that is?

A. Yes.

Q. What's your business understanding of the product entitled CGS CUSIP Masterfile?

A. It is the universe of CGS data attributes delivered in a variety of different ways, depending on customer need.

Q. And this product or service indicates it's available exclusively through CGS; is that right?

A. Yeah, this is something that CGS offers. This is their product and we offer this.

Q. What's the difference between the CGS license product and the CGS CUSIP Masterfile product then, if any?

A. It states the differences right here in this document.

Q. And what are they?

A. We deliver -- CGS delivers a masterfile of data attributes, should a

customer decide or need to take a direct file from us. And license covers usage whether they're coming directly or via an authorized data vendor.

Q. So if someone is getting a CGS license directly they, therefore, are getting the CGS CUSIP Masterfile?

A. They can, if they choose.

Q. Is the cost the same?

A. It depends on the use case.

Q. What do you mean by "depends on the use case"?

A. So if a customer wants access to this and has a license, then it depends on what their license is.

Q. So the license could be for -- could be for the entire CGS CUSIP Masterfile, it could be a some smaller portion of that; is that what you're --

A. Yes.

Q. -- distinguishing?

A. Yes.

Q. And would the price vary depending on whether the license is for

the entire masterfile or some elements in the masterfile?

A. I think what I'm saying is the price is really dictated by the end users' use case and whether they choose to come in and take the CGS CUSIP Masterfile in its entirety and they have access to that if they wanted to, some choose to do that and also get it through a third party depending on the use case.

Q. And the use case, is that contingent on how many identifiers the user is downloading?

MR. SHINDER: Objection to form.

A. No, not necessarily. There is a number of -- it could be asset class.

Q. Is the number of identifiers being downloaded, could that be a use case for determining a price?

MR. SHINDER: Objection to form.

A. There's many factors that go into the pricing, depending on customer's

need.

Q. Does everyone pay the same then for a CGS license?

A. No.

Q. Then how is it determined how much a particular customer has to pay for a CGS license?

A. There's many factors that go in but it could be a number of business lines, the regions in which they operate, the asset classes that they're interested in, and a number of identifiers, but one of those factors.

Q. Is there a set price list that CGS uses to determine the price for a CGS license or is it an individual by individual determination?

MR. SHINDER: Objection to form.

A. We have a transparent licensing model that is out on the open web and you can take a look for yourself and see what drives price.

Q. And that would be what's

C E R T I F I C A T E

I, MAUREEN M. RATTO, a Registered Professional Reporter, do hereby certify that prior to the commencement of the examination, ROGER FAHY was sworn by me to testify the truth, the whole truth and nothing but the truth.

I DO FURTHER CERTIFY that the foregoing is a true and accurate transcript of the proceedings as taken stenographically by and before me at the time, place and on the date hereinbefore set forth.

I DO FURTHER CERTIFY that I am neither a relative nor employee nor attorney nor counsel of any of the parties to this action, and that I am neither a relative nor employee of such attorney or counsel, and that I am not financially interested in this action.

____________________________

MAUREEN M. RATTO, RPR

License No. 817125

DINOSAUR FINANCIAL GROUP LLC, et al.
vs. S&P GLOBAL, INC., et al.
3/11/2025 - ROGER FAHY

ACKNOWLEDGEMENT OF DEPONENT

I, ROGER FAHY, do hereby declare that I have read the foregoing transcript, I have made any corrections, additions, or changes I deemed necessary as noted on the Errata to be appended hereto, and that the same is a true, correct and complete transcript of the testimony given by me.

_________________________ _______________
ROGER FAHY Date
*If notary is required

SUBSCRIBED AND SWORN TO BEFORE ME THIS
______ DAY OF ________________, 20___.

__________________________
NOTARY PUBLIC

DINOSAUR FINANCIAL GROUP LLC, et al.
vs. S&P GLOBAL, INC., et al.
3/11/2025 - ROGER FAHY

E R R A T A   S H E E T

PAGE_____ LINE_____ CHANGE_________________
__________________________________________
REASON____________________________________
PAGE_____ LINE_____ CHANGE_________________
__________________________________________
REASON____________________________________
PAGE_____ LINE_____ CHANGE_________________
__________________________________________
REASON____________________________________
PAGE_____ LINE_____ CHANGE_________________
__________________________________________
REASON____________________________________
PAGE_____ LINE_____ CHANGE_________________
__________________________________________
REASON____________________________________
PAGE_____ LINE_____ CHANGE_________________
__________________________________________
REASON____________________________________

_________________________   _______________
ROGER FAHY                  Date

ERRATA SHEET
VERITEXT REPORTING COMPANY
7 TIMES SQUARE
NEW YORK, NEW YORK 10036
212-279-9424

NAME OF CASE: Dinosaur v. S&P
DATE OF DEPOSTION: March 11, 2025
NAME OF DEPONENT: Roger Fahy

PAGE LINE (S) CHANGE REASON

39 | 22-24 |They need an agreement for portions of it. There is also a free lookup service. | Reason for Change: Punctuation missing.
53 | 9 | Karen should be spelled Karin | Misspelling
54 | 8 | Karen should be spelled Karin | Misspelling
82 |3-5| market participants assign dummy CUSIPs. | Clarification
138 | 11, 16, 19-20, 24 | Should be SNL instead of S & L financial | Misspelling
146 | 8 | They do although I am not sure. I think it’s voluntary | Missing my answer
182 | 3 | I would say we offer a lot | Clarification
184 | 15 | I view it from | misplaced words.
201 | 16 | a sales management system | Clarification
211 | 4 | only use the US ISIN records, | Clarification
226 | 9 | firm called Delinian | Clarification
234 | 23| Karen should be spelled Karin | Misspelling
236 | 3 | Karen should be spelled Karin | Misspelling
237 | 2 | of their data feed | Clarification
241 | 8 | do not have a required | Clarification
245 | 2 | I don’t. Think you need to speak to | Clarification

I declare under penalty and perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: May 14, 2025 Roger J. Fahy
____________________________
Roger Fahy

# EXHIBIT C

**CUSIP GLOBAL SERVICES**
**CUSIP DISTRIBUTION AGREEMENT**

This CUSIP Distribution Agreement ("Agreement") is entered into as of the Effective Date (as set forth below), by and between CUSIP Global Services ("CGS"), having its principal offices at 45 Glover Avenue, Norwalk, CT 06850 and Client. CGS is managed by FactSet Research Systems Inc., a Delaware corporation ("FactSet"), on behalf of the American Bankers Association.

CLIENT: ______________________________

STREET ADDRESS: ______________________________

CITY, STATE, ZIP CODE: ______________________________

TYPE OF ENTITY/PLACE OF FORMATION: ______________________________

EFFECTIVE DATE OF THIS AGREEMENT: ______________________________

<u>Recitals</u>

WHEREAS, DISTRIBUTOR offers services capable of receiving, storing and disseminating data by use of the computer hardware and computer software and data communications networks owned by or otherwise under the control of DISTRIBUTOR; and

WHEREAS, CGS, pursuant to an exclusive agreement with the American Bankers Association ("ABA"), has the right to license all proprietary rights to the CUSIP databases ("CUSIP Database") as described in the Order Schedule(s) attached hereto, which contains CUSIP standard identifiers, CUSIP standard descriptions, CGS ISINs, CINS identifiers, and other information about financial instruments (the "CGS Data") which CGS regularly maintains and periodically enhances and further develops; and

WHEREAS, DISTRIBUTOR desires to incorporate portions of the CGS Data into its electronic information service described in the appropriate CUSIP Use of Service Statement as attached to the applicable Order Schedule(s) for distribution to its own customers (such third party customers are hereinafter referred to as ("Distributor Subscribers"); and

WHEREAS, upon the terms and conditions set forth in this Agreement, CGS desires to license DISTRIBUTOR to display the CGS Data as part of the Distributor Service to Distributor's Subscribers.

NOW, THEREFORE, in consideration of the mutual promises herein contained, it is agreed as follows:

1. **<u>CUSIP DATABASE.</u>**

[redacted]

2. **<u>LICENSE GRANT.</u>**

A. Definitions

[redacted]

Exhibit
P- 501
04/01/2025

DRAFT COPY – not for execution

(ii) [redacted]

(iii) [redacted]

(iv) [redacted]

B. [redacted]

C. [redacted]

D. [redacted]

E. [redacted]

3. **ORDER SCHEDULES.** [redacted]

4. **DISTRIBUTOR OBLIGATIONS.** [redacted]

A. [redacted]

B. [redacted]

C. [redacted]

D. [redacted]

E. [redacted]

5. **ADDITIONAL DISTRIBUTOR OBLIGATIONS WITH DISTRIBUTOR SUBSCRIBERS.**

A. [redacted]

B. [redacted]

C. [redacted]

D. [redacted]

E. [redacted]

F. [redacted]

G. [redacted]

6. **THE CGS SERVICES.**

A. [redacted]

B. [redacted]

C. [redacted]

7. **UPDATES/DELIVERY OF THE CGS SERVICES BY CGS TO DISTRIBUTOR.**

A. [redacted]

B. [redacted]

C. [redacted]

8. **PROPRIETARY RIGHTS.**

A. [redacted]

B. [redacted]

C. [redacted]

D. [redacted]

E. [redacted]

F. [redacted]

G. [redacted]

H. [redacted]

9. **MARKETING AND TRADEMARKS.**

A. [redacted]

B. [redacted]

C. [redacted]

10. **FEES/PAYMENTS.**

A. [redacted]

B. [redacted]

C. [redacted]

F. [redacted]

G. [redacted]

11. **TERM AND TERMINATION.**

A. [redacted]

[redacted]

B. [redacted]

C. [redacted]

D. [redacted]

(i) [redacted]

(ii) [redacted]

(iii) [redacted]

(iv) [redacted]

E. Upon termination of all the Order Schedule(s) this Agreement shall automatically terminate.

12. **FORCE MAJEURE.** [redacted]

13. **WARRANTIES & REPRESENTATIONS.**

A. [redacted]

B. [redacted]

14. **DISCLAIMERS; LIMITATION OF LIABILITY.**

A. [redacted]

[redacted]

15. **INDEMNIFICATION.**

A. [redacted]

B. [redacted]

C. [redacted]

16. **INJUNCTIVE RELIEF.** [redacted]

17. **CONFIDENTIAL INFORMATION.** [redacted]

[redacted]

18. **GENERAL.**

A. *Governing Law.* This Agreement shall be governed by and construed in accordance with the laws of the State of New York, without giving effect to its rules of conflict of laws. DISTRIBUTOR agrees to the exclusive jurisdiction of the state and federal courts sitting in New York, New York for the resolution of any disputes arising from or related to this Agreement.

B. [redacted]

C. [redacted]

D. [redacted]

E. [redacted]

F. [redacted]

G. [redacted]

H. [redacted]

If to CGS: CUSIP Global Services
45 Glover Avenue
Norwalk, CT 06850
Attention: Managing Director, with a copy to:

Legal Department
And via email to legal@factset.com and via email to cgs_license@cusip.com

If to DISTRIBUTOR: DISTRIBUTOR Contact as Indicated on each Order Schedule

IN WITNESS WHEREOF, the parties hereto have caused this Agreement to be executed as of the date first set forth above.

**DISTRIBUTOR:**

By: ______________________

Date: ______________________

Name: ______________________

Title: ______________________

Email: ______________________

**Accepted for CUSIP Global Services, managed by FactSet Research Systems Inc., on behalf of the American Bankers Association**

DRAFT COPY – not for execution

Title: ______________________


DRAFT COPY – not for execution

# EXHIBIT A-1

## Additional Contract Terms To Be Included In Distributor Subscriber Agreement or Click Agreement

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

**EXHIBIT A-2**
**Distributor Subscriber Agreement**
**Or Click Agreement**

[redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

**ORDER SCHEDULE NO. _____**

This Order Schedule, dated as of _____ ("Effective Date"), by and between _____ ("Distributor") and CUSIP Global Services ("CGS") is issued pursuant to, and incorporates herein, the CUSIP DISTRIBUTION AGREEMENT dated as of _____, ("Agreement"), by and between _____ ("Client") a _____ corporation, and CGS. CGS is managed by FactSet Research Systems Inc. ("FactSet"), a Delaware corporation, on behalf of the American Bankers Association ("ABA"). Any capitalized term not otherwise defined herein shall have the meaning ascribed to it in the Agreement.

1. Effective Date: ______________________________
2. Delivery Date (if different from Effective Date): ______________________________
3. Billing Commencement Date (if different from Effective Date): ______________________________
4. Initial Term (from Effective Date): ______________________________
5. Territory: ______________________________
6. Sales Representative Name: ______________________________

7. **CGS SERVICES:**

A. DISTRIBUTOR shall receive a license to access and use the CGS Master File Database described in 7(A) below. In addition, any other CGS Services described below that DISTRIBUTOR elects to receive shall be listed in Section 10(A).

(i) **CGS License:** The CGS License service consists of CUSIP, CINS and/or CGS ISIN identifiers and standard security descriptions provided by either CGS directly or via a CGS-Licensed third-party vendor as part of Distributor's agreement with such vendor. For deliveries of CGS Data not made by CGS directly, CGS is not responsible for any errors or delays in the delivery of CGS Data through that third-party vendor's delivery system.

(ii) **CGS CUSIP Master File:** The service consists of CUSIP identifiers and related descriptive data and is available exclusively through CGS whereby the service is delivered via datafeed with updates on a near real-time intraday (Pulse) or daily basis. The service is also available via API. Subsets of this service are available such as Equity only, Municipal Bonds, Corporate Bonds, Mutual Funds, Certificates of Deposit, Equity-Common & Preferred Only, Corporate Only (includes Corporate, US Government and Sovereign issuers), and All Debt (Corporate, Municipal, U.S. Government and Sovereign).

(iii) **CGS CUSIP to GEOID Mapping File with ESG Scoring Add-on File**: CUSIP Global Services (CGS), in partnership with ISS ESG Muni QualityScore (ISS), offers a CUSIP-GEOID mapping file that links CUSIP identifiers for municipal securities with regional data for the corresponding issuers. The file can be enhanced to include ISS ESG scores for unique insight into sustainability metrics for municipal issuers. Master files are delivered quarterly via secured file transfer protocol (SFTP).

(iv) **CGS CUSIP with ISIN Linkage Master File:** The service is available exclusively through CGS whereby the service is delivered via datafeed with updates on a near real-time intraday (Pulse) or daily basis. The service is also available via API. These CUSIP updates shall contain the corresponding ISIN where available.

(v) **CGS Private Placement Numbers File:** The service contains private placement identifiers assigned for use in insurance company regulatory filings available on a daily basis via datafeed.

(vi) **CGS Mortgage-Backed Securities File:** The CGS Mortgage-Backed Securities service contains CUSIP identifiers for mortgage pools issued by U.S. Federal Agencies with periodic updates.

(vii) **CGS CINS Master File:** The service contains CUSIP International Numbers (CINS) for debt and equity securities offered outside the U.S. and Canada. The service is available via datafeed on a near real-time intraday (Pulse) or daily basis. The service is also available via API. Subsets of this service are available.

(viii) **CGS CINS with ISIN Linkage Master File:** The service contains CUSIP International Numbers (CINS) for debt and equity securities offered outside the U.S. and Canada. The service is available via datafeed on a near

real-time intraday (Pulse) or daily basis. The service is also available via API. Subsets of this service are available. These CINS updates shall contain the corresponding ISIN where available.

(ix) **CGS ISIN Master File:** The service contains ISINs assigned by CGS as the U.S. National Numbering Agency and as Substitute Numbering Agency for selected countries, primarily in the Caribbean and South America. The service is available via datafeed on a near real-time intraday (Pulse) or daily basis. Subsets of this service are available.

(x) **CGS Syndicated Loans File:** The service provides CUSIPs for private bank loans as released by financial institutions acting as administrative agents and is comprised of a deal file and a facility file. The service is available via datafeed with daily updates. The service is also available via API. This service is developed through collaboration between CGS and the Loan Syndications and Trading Association (LSTA). In the event this service is selected by Distributor, the limitation of liability set forth in the Agreement is hereby amended to include all administrative agents or private bank loans as being excluded from all liability under such section.

(xi) **CGS Options File:** The CGS Options File service contains 9-character CUSIP identifiers, ISINs and related data, including OPRA and OCC Symbols for U.S. & Canadian listed equity and index options. The service is available via datafeed with two intraday updates.

(xii) **CGS Associated Issuers File:** The CGS Associated Issuers File service contains 6-character CUSIP Issuer Numbers that are related through corporate actions or multiple issuers in the CUSIP database. The service is available via datafeed on a daily basis. Notwithstanding anything to the contrary herein, this service is available to Distributor on an internal use basis only and Distributor is expressly prohibited from furnishing or providing access to the Service or any portion thereof to any person, firm or entity.

(xiii) **CGS 144A Service:** The CGS 144A service links securities contained within the same private placement offering document. CUSIP identifiers are assigned for each type of qualified institutional buyer in these offerings (144A, Accredited Investor, Registered and Reg S identifiers, where available). This service is available daily via datafeed.

(xiv) **CGS TBA (To Be Announced) File:** The CGS TBA service contains CUSIPs for future contracts on mortgage-backed pools including a specialized numbering scheme that incorporates a security's mortgage type, coupon, maturity, and settlement month. CGS provides a one-time file, comma-delimited, with periodic updates via datafeed.

(xv) **CGS Global ISIN Data File:** The CGS Global ISIN Data File service provides 12-character ISINs linked to a CUSIP Number or CUSIP International Number (CINS). The ISIN data is sourced directly from over 110 National Numbering Agencies and provides identifier linkages, standard security descriptions and reference data. This service is available on a near real-time intraday (Pulse) or daily basis via datafeed.

(xvi) **CABRE's Relation Instrument Bundle ("CRIB"):** The CRIB service maps the CABRE, CGS' legal entity offering, to the securities issued by a single entity historically. CRIB contains thousands of entity "bundles" linking the CABRE to that entity's underlying CUSIP, CINS and ISINs including matured and suspended issues. This service may require additional agreements with third parties and/or CGS. This service is available in a daily master file via datafeed.

(xvii) **CGS Portfolio Service:** The CGS Portfolio service validates submitted lists of CUSIPs, CINS, and ISINs and returns all related reference data in Excel file format via the CGS Portfolio Website.

(xviii) **CGS Muni Pre-Refunded Linkage Service:** The CGS Muni Pre-Refunded Linkage service tracks partially pre-refunded municipal bonds. New CUSIP identifiers are assigned when a municipal bond is partially pre-refunded, that is when a portion of the outstanding principal amount of an issue (maturity) is pre-refunded before the scheduled maturity date. This service links the original issue with the newly created pre-refunded and un-refunded balance issues (and any subsequent pre-refunding for the new CUSIPs). This service is available daily via datafeed.

(xix) **CGS Discount Commercial Paper File:** The service provides CUSIP numbers and descriptive information for Corporate and Municipal Discount Commercial Paper programs. For this unique asset class, a CUSIP number is pre-assigned for each day of the year in a four-year block and is recycled every four years.

(xx) **CGS CUSIP Access:** The CGS CUSIP Access service is an online look-up service providing near real-time access to the CUSIP/CINS database via Distributor's web browser. This service offers look up capability to more than 50 million CUSIP and CINS identifiers for U.S. and global debt and equity financial instruments. CGS will assign user login IDs/passwords based on individual email addresses. No sharing of such user IDs/passwords and no simultaneous access via the same password shall be permitted:

**Core Entitlements include:**
a) ID and Description search
b) 144A
c) Corporate Actions
d) TBA
e) Portfolio List service (service to validate and download up to 25 CGS identifiers)
f) CUSIP New Issue Alert Service

**Supplemental entitlements available (subject to an additional fee):**
g) Syndicated Bank Loans
h) Associated Issuers
i) U.S. and Canadian Listed Equity Options
j) Portfolio Download service (service to validate and download up to 500 CGS identifiers)
k) CUSIP-GEOID Mapping with ESG Scoring Add-on

8. **SERVICE LEVEL DESCRIPTIONS:**

A. [redacted]

B. Service Levels:

(i) **Level 1: Internal Use by Distributor**
[redacted]



DRAFT COPY – not for execution

(ii) **Level 2: Display (Including Desktop Use with Limited Desktop Download Capabilities)**

a) [redacted]

- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]

b) [redacted]

(iii) **Level 3: Datafeed**

a) [redacted]

b) [redacted]

(iv) **Level 4: Service Facilitator or Hosted Solution**

[redacted]

[redacted]

C. [redacted] ____

D[redacted]

[redacted] [redacted] ____
[redacted] [redacted] ____
[redacted] [redacted] ____

9. **AUTHORIZATION AND REPORTING:**

A. [redacted]

B. [redacted]

C. [redacted]

10. **CGS SERVICE FEES:**

A. Fees

DISTRIBUTOR shall pay CGS the following amounts, annually in advance:

| SERVICE | DELIVERY/ ACCESS | FREQUENCY | QUANTITY | ANNUAL FEE |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | ESTIMATED GRAND TOTAL* | |
| | | | | * Plus any applicable sales tax, VAT, GST, or similar tax |

| **Special Instructions:** |
|---|
| |

B. Display Fees for Service Level 2

[redacted]

Minimum Annual Display Fees are based on the following, if applicable:

| Number of Logons/User-IDs: | Annual Fee per login/User-IDs: |
|---|---|
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |

(i) [redacted]

(ii) [redacted]

(iii) [redacted]

C. [redacted]

**11. USE AND RESTRICTIONS ON USE:**

[redacted]

**12. PERSONAL DATA PROCESSING:**

For information about how CGS and its affiliates process personal data in accordance with applicable law and regulation, see the Privacy and Cookie Notice at https://www.factset.com/legal, as may be amended from time to time.

**13. NOTICES:** Pursuant to the Notice section of the Agreement.

Legal Notice to DISTRIBUTOR:

________________________________________

________________________________________

________________________________________

________________________________________

Attention: ______________________________

Business Notice to DISTRIBUTOR:

______________________________
______________________________
______________________________
______________________________

Attention: ______________________________

BILLING ADDRESS:

______________________________
______________________________
______________________________

ATTN: ______________________________
Telephone #: ______________________________
Fax #: ______________________________
Email: ______________________________

SHIPPING ADDRESS:
(If different from the Billing Address)

______________________________
______________________________
______________________________

ATTN: ______________________________
Telephone #: ______________________________
Fax #: ______________________________
Email: ______________________________

**14. ELECTRONIC AGREEMENT:**

[redacted]

[redacted]

[redacted]

**DISTRIBUTOR**

Signature:

Print Name:

E-Mail:

Date: ______________________________

**CUSIP Global Services, managed by FactSet Research Systems Inc. on behalf of the American Bankers Association**

DRAFT COPY – not for execution



DRAFT COPY – not for execution

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]



DRAFT COPY – not for execution

CUSIP GLOBAL SERVICES
Experience • Process
Technology • Innovation

# CUSIP Use of Service Statement

Please complete this CUSIP Use of Service Statement which will be incorporated into the CGS Agreement and subject to an annual affirmation of usage.

An agreement is required when a user obtains access to an electronic data feed, bulk download, or similar capability of CUSIP, CINS and CGS ISINs (collectively "CGS Identifiers") and related descriptive data ("CGS Data") - either directly from CGS or indirectly through one of CGS' authorized data vendors / information providers ("Authorized Data Vendors"), including outsourcing providers who furnish the benefit of CGS Data to indirect end user customers through some type of outsourced or managed solution. For additional information, please visit our website at https://www.cusip.com/services/license-fees.html.

**Company Information**

| | |
|---|---|
| Date: | Contact: |
| Company: | Address: |
| Parent Company: | City: |
| Company Website: | State / Province: |
| Affiliates listed in Section 14 (if applicable) | Zip / Postal Code: |

**1. Please provide a description of your company, its overarching business lines, and role(s) within its industry.**

**2. Our firm has access to these CGS Identifiers:** ☐ **CUSIPs** ☐ **CINS** ☐ **CGS ISINs**

**3. Our firm uses CGS Data in the following instrument types:**

☐ Stocks / Equities ☐ Mutual Funds ☐ Syndicated Loans
☐ Corporate Bonds ☐ MBS (Pools) ☐ Options / Futures
☐ Municipal Bonds ☐ Treasury / Govt Bonds ☐ Other _____

**4. Our firm receives CGS Data as follows:**

☐ Desktop Add-in ☐ API ☐ File Download ☐ Bulk Feed ☐ Hosted, Outsourced or Managed Solution (Provider:_____)
☐ Other _____

**5. Our firm receives CGS Data from Authorized Data Vendors. Please include the Authorized Data Vendors(s), product(s), update frequency and capability** *(including but not limited to Bloomberg, Refinitiv, Six Financial Information, ICE Data Services, Ratings Agencies, BlackRock, S&P, Morningstar, MSRB, FINRA, Broadridge, Index Providers, Structured Finance Providers, outsourced or managed solutions (e.g., business process outsourcing; back-office outsourcing; trade processing; portfolio accounting; trust and fund accounting, or fund administration, as well as various other hosted, outsourced or managed solutions that offer middle-to-back-office "software as a service" solutions):*

**6. The following Industry Classification(s) describe(s) our firm's business(es):**

☐ Accounting Firm ☐ Asset Management ☐ Investment Banking
☐ Open & Closed End Funds ☐ Audit/Consulting Firm ☐ Private Banking
☐ Fund Administration ☐ Insurance Company ☐ Regulator/Government
☐ Broker-Dealer ☐ Retail Bank ☐ Corporate/Government Pension
☐ Wealth Management ☐ Treasury ☐ Other _____

**7. *Use and Count:* Please provide a summary of how your company accesses, uses, or otherwise benefits from CGS Data in the operation of your business(es) (including but not limited to, position management, performance, attribution, accounting, reconciliation, pricing, risk, trading (including pre-trade research and analytics), trade confirmation and settlements, corporate action processing, collateral management, pre and post trade compliance, reporting and maintaining the firm's security master.). This should include use within any outsourced or managed solutions.**

**Our firm has access to, and/or usage of, the following total number of unique CGS Identifiers (The count of CGS Identifiers should include all unique CGS Identifiers that your firm ultimately receives the benefit of in order to support or operate any part of its internal business processes or operations, regardless of where such CGS Identifiers are stored, processed or maintained.):**

CUSIP® is a registered trademark of the American Bankers Association.
CUSIP Global Services is managed on behalf of the American Bankers Association by FactSet Research Systems Inc.

| | | | |
|---|---|---|---|
| ☐ Under 500 | ☐ Up to 5,000 | ☐ Up to 20,000 | ☐ Up to 40,000 |
| ☐ Up to 2,500 | ☐ Up to 10,000 | ☐ Up to 30,000 | ☐ More than 40,000 |

**8. Our firm benefits from access to and/or usage of CGS Data in the following geographic region(s). Please include all geographic regions that your firm ultimately receives the benefit of CGS Data in order to support or operate any part of its internal business processes or operations, regardless of where such CGS Identifiers are stored, processed or maintained. Please do NOT select a region based on the domicile of a particular security:**

| North America | South America | Europe | | Middle East & Africa | Asia/Pacific | |
|---|---|---|---|---|---|---|
| ☐ USA | ☐ Argentina | ☐ UK | ☐ Spain | ☐ Israel | ☐ Australia | ☐ China |
| ☐ Canada | ☐ Brazil | ☐ France | ☐ Germany | ☐ U.A.E | ☐ Korea | ☐ Singapore |
| ☐ Mexico | ☐ Colombia | ☐ Switzerland | | ☐ South Africa | ☐ Japan | ☐ Hong Kong |
| ☐ Caribbean | ☐ Other _____ | ☐ Italy | | ☐ Other _____ | ☐ India | ☐ Other _____ |
| ☐ Other _____ | | ☐ Other _____ | | | | |

**9. CGS Data** ☐ **will** / ☐ **will not be included in Retail and/or Institutional Client Statements** containing **client holdings only** (including trading & settlement) with associated CGS Data and be provided to clients in **Print, Electronic** (***read-only format***), and **Web Access to a secure client account** (***limited file download of up to 500 CGS Identifiers on a monthly basis – client's holdings only. If your firm sends more than 500 CGS Identifiers on a monthly basis, please describe in Section 10***).

**10. The following describes our firm's external use, display and/or distribution of CGS Data, including which data elements are distributed externally, for what purpose they are distributed and to whom they are delivered. Please explain all scenarios (i.e. - products & services, website, etc.):**

**11. Our firm offers the following types of products, services, and capabilities that display or distribute CGS Data:**

| | | |
|---|---|---|
| ☐ Reference Data Provider | ☐ Evaluated Pricing | ☐ Market Data Aggregator |
| ☐ Indices Provider | ☐ Credit Ratings Agency | ☐ Structured Finance Data Provider |
| ☐ Stock Exchange | ☐ Hosted Solution Provider | ☐ Correspondent Clearing Service |
| ☐ Trust Services Provider | ☐ Software Solutions / Facilitator | ☐ Custody Services |
| ☐ Fundamental Data Analysis / Research Provider | ☐ Outsourcing (e.g. IT, Operations, Data Management, Back Office Services) | ☐ Portfolio Risk & Analytics Provider |
| | | ☐ Other _____ |

**12. Our firm markets the following products that distribute CGS Data. Please include the names and locations of these products and services:**

☐ Display Product (including Web, Desktop Add-in, Terminal)

☐ Bulk Download/Feeds (including Portfolio extract, API)

☐ Other (including Print)

**13. Does your firm store, process, update or maintain CGS Data on your client's behalf?** ☐**Yes** ☐**No**
**If yes, please name and describe the service(s)**

CUSIP® is a registered trademark of the American Bankers Association.
CUSIP Global Services is managed on behalf of the American Bankers Association by FactSet Research Systems Inc.

**14. Please list all Affiliates with access to and usage of the CGS Data, including the percentage of ownership.**
(All Affiliates listed below must comply with the definition ascribed in the License Agreement and each Affiliate's use must comply with the scope provided for in the UOSS)

| Legal Entity Name | % of Ownership |
|---|---|
| | |

**CUSIP Global Services**

Company

Contact Name/Title

X
Signature (required) Date

Contact Phone

Contact E-Mail

Print Name/Title

X
Signature Date

*(Internal Use Only)*

☐AMERICAS ☐ EMEA ☐ ASIA-PAC

**Notes:**

**Sales Rep**:

ver. 01/28/22

Contact Name/Title

X
Signature (required) Date

Contact Phone

Contact E-Mail

CUSIP® is a registered trademark of the American Bankers Association.
CUSIP Global Services is managed on behalf of the American Bankers Association by FactSet Research Systems Inc.