# EXHIBIT 124

# Filed Under Seal